| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| **Claim 1[1]** | | |
|    1. An aircraft data transmission system, the aircraft having a data acquisition unit, and the aircraft including a data storage medium having stored thereon **flight data** gathered in-flight by at least a first sensor on the aircraft, comprising: | **Flight data:** flight parameters such as air speed, altitude, vertical acceleration, heading, and time. | **'990 Patent.** '990 col.1 ll.21-25 ("It is common for aircraft to generate records of data relating to flight and performance parameters for each flight of the aircraft. The data typically relate to parameters such as air speed, altitude, vertical acceleration, heading, time, etc."); and *id.* col.3 ll.8-15 ("The data acquisition unit 20 includes a digital flight data acquisition unit (DFDAU) processor 22, which includes a storage media for storing flight data in a digital format. The DFDAU processor 22 receives signals from sensors 24 which sense parameters such as air speed, altitude, vertical acceleration, heading, time, etc.") <br><br> **Teledyne's January 14, 2006 Response to the U.K. Patent Office regarding U.K. Patent Application No. 0323990.2.** ("[I]n the '990 patent, the data acquisition unit is limited to acquiring **parametric data**. The '990 patent lacks any mention of or reference to acquiring **maintenance and diagnostic data** from internal equipment (other than data acquisition units). Moreover, in the '990 patent, the parametric data – not maintenance and diagnostic |

---

[1] Construed terms are noted only in the first instance for each claim series in which the term is used, but the same construction applies to all other instances in each claim series unless noted otherwise.

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | data - is transmitted.  Clearly, the '990 patent does not teach, suggest or disclose receiving **maintenance and diagnostic data** from a plurality of **avionics and/or electronic engine control line replaceable units** and downloading and downloading such data … .") (emphasis in original) |
| a communications unit located in the aircraft and in communication with the **data acquisition unit**; | **Data acquisition unit:**  The aircraft component known as the flight data acquisition unit (FDAU). | **'990 Patent.**  '990 col.3 ll.8-15 ("The data acquisition unit 20 includes a digital flight data acquisition unit (DFDAU) processor 22, which includes a storage media for storing flight data in a digital format. The DFDAU processor 22 receives signals from sensors 24 which sense parameters such as air speed, altitude, vertical acceleration, heading, time, etc.") |
| **at least a second sensor configured to sense a landing of the aircraft**; | **At least a second sensor configured to sense a landing of the aircraft:**  Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "at least a second sensor configured to sense a touching down of the aircraft." | **'990 Patent.**   '990 col.3 ll.26-50 ("The processor 32 is responsive to a weight-on-wheels signal, which acts as an interrupt signal to signal the processor 32 to initiate transmission or reception of the data when the aircraft 12 has landed."); and *id.* col.4 ll.58-61 ("At step 82, the gatelink processor 32 receives a weight-on-wheels interrupt which signals that the aircraft has landed, and the data transfer is initiated.")  THE OXFORD ENGLISH DICTIONARY, Vol. VIII at **622 & 625 (2nd ed. 1989)** (defining "landing" as "[t]he action of the verb 'land,' "The action of |

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | coming to land or putting ashore; disembarkation," "The (or an) action of approaching and alighting on the ground or some other surface after a flight;" defining "land" as "To alight upon the ground, e.g., from a vehicle after a leap, etc. Esp. of an aircraft or spacecraft, or a person in one"; "to alight upon or reach the ground, or some other surface, after a flight.")<br><br>**MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY at 654 (10th ed. 1997)** ("a going or bringing to a surface (as land or shore) after a voyage or flight.")<br><br>**14 C.F.R. § 121.195 Airplanes:** Turbine engine powered: Landing limitations: Destination airports (landing occurs on 60% of effective length of runway: "(b) … no person operating a turbine engine powered airplane may take off that airplane unless its weight on arrival, allowing for normal consumption of fuel and oil in flight … would allow a full stop landing at the intended destination airport within 60 percent of the effective length of each runway … .") |
| a **cellular infrastructure** in communication with said communications unit after the aircraft has landed, wherein the | **Cellular infrastructure**: a voice/data network for mobile radio communication in a licensed frequency band, organized as a system of cells including a base station | **'990 Patent.** '990 col.3 ll.42-50 ("The cellular infrastructure 14 includes an antenna 40, which is within free-space radiating range of the aircraft 12. The antenna 40 is connected to a base station transceiver subsystem 42. The subsystem 42 is connected to a base station controller 44 which has a |

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| cellular infrastructure communicates said flight data, | transceiver subsystem connected to a base station controller. | direct connection via a router (not shown) to the Internet 45.") <br><br> **MODERN DICTIONARY OF ELECTRONICS 145 (7th ed. 1999)** (defining "cellular system" as "a mobile telephone system that divides large service areas into small cells, each with its own low power transmitter. A telephone call is switched by computers from one transmitter to the next without interrupting the signal as a vehicle moves from cell to cell. Calls can be divided and frequencies reused over shorter intervals.") |
| and wherein the **communication is initiated when at least the second sensor senses the landing of the aircraft**; | **Communication is initiated when at least the second sensor senses the landing of the aircraft:** Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "communication is initiated at the time that at least the second sensor senses the touching down of the aircraft." | **'990 Patent.** '990 col.3 ll.26-33 ("The processor 32 is responsive to a weight-on-wheels signal, which acts as an interrupt signal to signal the processor 32 to initiate transmission or reception of the data when the aircraft 12 has landed."); and *id.* col.4 ll.58-61 ("At step 82, the gatelink processor 32 receives a weight-on-wheels interrupt which signals that the aircraft has landed, and the data transfer is initiated.") <br><br> **'990 File History, July 10, 2000 Amendment and Response to Office Action, pp. 1-5** (amending claims to overcome §102 and §103 rejections based on U.S. Patent No. 5,550,738 to Bailey et al. by adding phrase "wherein the communication is initiated automatically upon landing of the aircraft" |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | to existing claim language, "transmitting data via a cellular infrastructure after the aircraft has landed")<br><br>**THE OXFORD ENGLISH DICTIONARY, VOL. VII 622 (2nd ed. 1989)** ("1. To bring to land; to set on shore; to disembark. . . . 7b. To alight upon the ground  . . . Esp. of an aircraft or spacecraft . . . to alight upon or reach the ground, or some other surface, after a flight.")<br><br>**MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY 654 (10th ed. 1997)** ("An act or process of one that lands; esp: a going or bringing to a surface (as land or shore) after a voyage or flight.")<br><br>**14 C.F.R. §§ 121.703(b), 135.415(b) and 1415(b) (2007)** ("during flight means the period from the moment the aircraft leaves the surface of the earth on takeoff until it touches down on landing.")<br><br>**ED FLYNN, UNDERSTANDING ACARS 8 (3rd. Ed. 1995)** ("An ON or 'Wheels-On' event is started **when the landing gear first annunciates compression** of the strut [and] is declared as true after 10 seconds of continuous strut compression. For the Boeing 767…, the datalink system captures the ON time automatically **as the nose oleo [strut] compresses on landing**.") |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | **BOEING, MD-80/MD-90 IN-FLIGHT GROUND SPOILER LOCKOUT MECHANISM,** http://www.boeing.com/commercial/aeromagazine/aero_03/textonly/sy02txt.html (last visited Nov. 19, 2007) ("MLG [Main Landing Gear] Weight-On-Wheels: An electric solenoid unlocks the speed brake lever within the first two inches of right MLG strut compression at touchdown.") |
| a data reception unit in communication with said cellular infrastructure, and | | |
| wherein said flight data includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft. | | |
| **Claim 2** | | |
| 2. The system of claim 1 wherein said data reception unit is in communication with said cellular | | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| infrastructure via the Internet. | | |
| **Claim 4** | | |
| 4. The system of claim 1 wherein said communications unit has at least one **modem** in communication with said cellular infrastructure and said data reception unit has at least one modem in communication with said cellular infrastructure. | **Modem:** Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "An electronic device that modulates and demodulates an analog carrier, enabling digital information to be sent and received over analog transmission facilities." | **COMPREHENSIVE DICTIONARY OF ELECTRICAL ENGINEERING 417 (1999)** ("abbreviation for modulator-demodulator. A device containing a modulator and a demodulator. The modulator converts a binary stream into a form suitable for transmission over an analog medium such as telephone wires or (in the case of a wireless modem) air. The demodulator performs the reverse operation, so two modems connected via an analog channel can be used to transfer binary data over the (analog) channel.")<br><br>**MODERN DICTIONARY OF ELECTRONICS 478 (7th ed. 1999)** ("a modulator-demodulator, whose primary function is to convert input digital data to a form compatible with basic analog transmission lines.") |
| **Claim 8** | | |
| 8. A data system for an aircraft, comprising: | | |
| a digital **flight data** acquisition unit in communication with at | **Flight data:** *see claim 1.* | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| least one sensor; | | |
| a processor in communication with said digital flight **data acquisition unit**; | **Data acquisition unit:** *see claim 1.* | |
| a **serial card** in communication with said processor; and | **Serial card:** a circuit board with I/O interfaces that each transmit data to or from a peripheral device one bit at a time. | THE AUTHORITATIVE DICTIONARY OF IEEE STANDARD TERMS 144, 1029 (2000) (defining "serial interface" as "[a]n interface that transmits data bit by bit rather than in whole bytes" and "card" as "a generic term used for a circuit board." COMPREHENSIVE DICTIONARY OF ELECTRICAL ENGINEERING,  p.89 & 573 (1999) (defining "serial I/O interface" as "I/O interface consisting of a single line over which data is transferred one bit at a time," and "card" as "a printed circuit board that can be plugged into a main board to enhance the functionality or memory of a computer.")<br><br>MODERN DICTIONARY OF ELECTRONICS 98, 681 (7th ed. 1999) (defining "card" as "nonpreferred term for printed circuit board" and "serial I/O" as "a method of data transfer between a computer and a peripheral device in which data is transmitted for input to the computer (or output to the device) bit by bit over a single circuit.") |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| a **plurality of cell channels in communication with said serial card**, said cell channels for transmitting data via a cellular infrastructure after the aircraft has landed, | **Plurality of cell channels in communication with said serial card:** more than one physical, over-the-air channels to the cellular infrastructure are each attached to an I/O port of said serial card, allowing the cell channels to transmit data simultaneously and thus in parallel | **'990 Patent.** '990 col.3 ll.30-37 ("Upon receipt of the weight-on-wheels signal from the landing gear of the aircraft 12, the processor 32 prepares the flight data for transmission and transmits the data to a multi-port serial card 34. Each I/O port of the card 34 is attached to a cell channel which can open, sustain, and close a physical, over-the-air channel to the cellular infrastructure 14. The cell channels 36 can transmit simultaneously and can thus transmit data in parallel.")

**William C.Y. Lee, Mobile Cellular Telecommunications, 2nd Ed. (1995), p. 8** ("Each mobile unit can only use one channel at a time for its communication link.")

**GSM 05.02 version 6.2.0 (July 1998), §3.2.4, Packet data traffic channels** ("A PDTCH corresponds to the resource allocated to a single MS [mobile station] on one physical channel for user data transmission."). |
| wherein the communication between the cell channels and the serial card is **initiated automatically upon landing of the** | **Initiated automatically upon landing of the aircraft**: Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "initiated | **'990 File History, July 26, 2005 Amendment and Response to Office Action in Ex Parte Reexamination, p. 9** (distinguishing Ross prior art reference on basis that, while "Ross does teach communicating 'altitude, air speed, and direction of the aircraft' from the aircraft to the flight control center" via a cellular infrastructure, the |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| **aircraft**. | without human intervention upon touching down of the aircraft." | communication "takes place when the pilot manually activates switch 15 of Ross in flight, not, 'automatically upon landing of the aircraft,' as recited in claim 1.") <br><br> *See also* **"landing" support at claim 1.** <br><br> **THE OXFORD ENGLISH DICTIONARY, Vol. I 805 (2nd ed. 1989)** (defining "automatic" as "self-acting under conditions fixed for it, going of itself"), and Vol. XIX, at 299-301 (defining "upon" as "on the occasion of," "immediately after; following on," and "as soon as") <br><br> *Thomson Consumer Electronics, Inc. v. Innovatron, S.A.*, **43 F. Supp.2d 26, 36-38 (D. D.C. 1999)** (construing both "when" and "upon" to mean "as soon as"). |
| **Claim 14** | | |
| 14. An aircraft, comprising: | | |
| a digital **flight data** acquisition unit in communication with at least one sensor; and | **Flight data:** *see claim 1.* | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| a communications unit in communication with said digital flight **data acquisition unit**, said communications unit including: | **Data acquisition unit:** *see claim 1.* | |
| a processor in communication with said digital flight data acquisition unit; | | |
| a **serial card** in communication with said processor; and | **Serial card:** *see claim 8.* | |
| a **plurality of cell channels in communication with said serial card**, said cell channels for transmitting data via a cellular infrastructure after the aircraft has landed, wherein the communication between the cell channels and the serial card is **initiated automatically upon** | **Plurality of cell channels in communication with said serial card:** *see claim 8.*<br><br>**Initiated automatically upon landing of the aircraft**: *see claim 8.* | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| **landing of the aircraft**. | | |
| **Claim 15** | | |
| 15. An aircraft data transmission system, the aircraft having a data acquisition unit, the aircraft including a data storage medium having stored thereon **flight data** gathered in-flight by at least one sensor on the aircraft, comprising: | **Flight data:** *see claim 1*. | |
| **sensing means for sensing a landing of the aircraft;** | **Sensing means for sensing a landing of the aircraft:** this is a means-plus-function limitation under 35 U.S.C. § 112(6).<br><br>**Function:** sensing the landing of the aircraft. | **'990 Patent.** '990 col.3 ll.26-33 (The processor 32 is responsive to a weight-on-wheels signal, which acts as an interrupt signal to signal the processor 32 to initiate transmission or reception of the data when the aircraft 12 has landed. Upon receipt of the weight-on-wheels signal from the landing gear of the aircraft 12, the processor 32 prepares the flight data for |

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | **Corresponding structure:** the weight-on-wheels signal from the landing gear of the aircraft. | transmission and transmits the data to a multi-port serial card 34.) *See also* **"landing" support at claim 1.** |
| **means for transmitting** said flight data from the **data acquisition unit** via a **cellular infrastructure** after the aircraft has landed, | **Means for transmitting:** this is a means-plus-function limitation under 35 U.S.C. § 112(6).<br><br>**Function:** transmitting said flight data from the data acquisition unit via a cellular infrastructure after the aircraft has landed.<br><br>**Corresponding structure:** The structure and steps disclosed at '990 col.3 ll.31-42 and '990 col.4 l. 63 to col.5 l. 40.<br><br><br><br><br><br><br>**Data acquisition unit:** *see claim* | **'990 Patent.** '990 col.3 ll.31-42 ("Upon receipt of the weight-on-wheels signal from the landing gear of the aircraft, the processor prepares the flight data for transmission and transmits the data to a multi-port serial card. Each I/O port of the card is attached to a cell channel which can open, sustain, and close a physical, over-the-air channel to the cellular infrastructure. The cell channels can transmit simultaneously and can thus transmit data in parallel. Each cell channel is connected to an antenna matching network and a post amplifier (not shown). An antenna is installed in the aircraft so as to optimize free space radiation to the cellular infrastructure.")<br><br>'990 col.4 l. 63 to col.5 l. 40 (The flight data is segmented into datagrams and UDP/IP packets, which are transmitted as a fixed number of threads corresponding to the number of cell channels in primary and secondary threads.) |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | *1.* <br><br> **Cellular infrastructure:** *see claim 1.* | |
| wherein **transmission of the data is initiated when the sensing means sense the landing of the aircraft**; | **Transmission of the data is initiated when the sensing means sense the landing of the aircraft:** Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "transmission of the data is initiated when the weight-on-wheels signal is generated." | **'990 Patent**:  '990 col.3 ll.26-33 ("The processor 32 is responsive to a weight-on-wheels signal, which acts as an interrupt signal to signal the processor 32 to initiate transmission or reception of the data when the aircraft 12 has landed. Upon receipt of the weight-on-wheels signal from the landing gear of the aircraft 12, the processor 32 prepares the flight data for transmission and transmits the data to a multi-port serial card 34.") <br><br> ***See also* "landing" support at claim 1.** |
| **means for receiving** said flight data from said cellular infrastructure; and | **Means for receiving**:  this is a means-plus-function limitation under 35 U.S.C. § 112(6). <br><br>    **Function:**  receiving the flight data from the cellular infrastructure. <br><br>    **Structure:**  the structure and steps disclosed at  '990 col.4 ll.32-53 and '990 col.5 l. 41 to | **'990 Patent.**  '990 col.4 ll.32-53 ("The packets are received from the Internet [or public-switched telephone network] 45 by the local router 46 in the flight operations center 18. The network layer 62 receives acknowledgments of received packets from the gatelink processor 50 in the flight operations center 18. The network layer 62 also re-queues packets that are dropped before reaching the gatelink processor 50.) <br><br> '990 col.5 l. 41 to col.6 l. 26. (Describing the |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | col.6 l. 26. | algorithm for the initialization through termination of a network session.) |
| wherein said flight data includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft. | | |
| **Claim 18** | | |
| 18. A method of transmitting aircraft flight data from an aircraft, comprising: | | |
| receiving **flight data** from a **data acquisition unit**; | **Flight data:** *see claim 1.*<br><br>**Data acquisition unit:** *see claim 1.* | |
| **receiving a signal** | **Receiving a signal indicating a** | **'990 Patent.** '990 col.3 ll.26-33 ("The processor 32 |

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| **indicating a landing of the aircraft from at least a first sensor;** | **landing of the aircraft from at least a first sensor:**  Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "receiving a signal indicating a touching down of the aircraft from at least a first sensor." | is responsive to a weight-on-wheels signal, which acts as an interrupt signal to signal the processor 32 to initiate transmission or reception of the data when the aircraft 12 has landed.") and col.4 ll.58-61 ("At step 82, the gatelink processor 32 receives a weight-on-wheels interrupt which signals that the aircraft has landed, and the data transfer is initiated.")<br><br>*See also* **"landing" support at claim 1.** |
| transmitting said flight data via a **cellular communications infrastructure** after the aircraft has landed, | **Cellular communications infrastructure**:  same meaning as "cellular infrastructure" as defined above for claim 1. | *See* **"cellular infrastructure" support at claim 1.** |
| wherein the **cellular communications infrastructure is accessed in response to the signal;** | **Cellular communications infrastructure is accessed in response to the signal:** Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "the cellular communications infrastructure is accessed in response to the signal indicating that the aircraft is touching down." | **'990 Patent.**  '990 col.3 ll.26-33 ("The processor 32 is responsive to a weight-on-wheels signal, which acts as an interrupt signal to signal the processor 32 to initiate transmission or reception of the data when the aircraft 12 has landed.") and col.4 ll.58-61 ("At step 82, the gatelink processor 32 receives a weight-on-wheels interrupt which signals that the aircraft has landed, and the data transfer is initiated.")<br><br>**'990 file history, July 10, 2000 Amendment and Response to Office Action, pp. 1-5** (amending claims to overcome §102 and §103 rejections based |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | on U.S. Patent No. 5,550,738 to Bailey et al. by adding phrase "wherein the communication is initiated automatically upon landing of the aircraft" to existing claim language, "transmitting data via a cellular infrastructure after the aircraft has landed.")<br><br>**THE OXFORD ENGLISH DICTIONARY VOL. VIII 741 (2nd ed. 1989)** (defining "response" as "1.b. An action…which answers to some stimulus or influence"; and "c. The way in which an apparatus responds to a stimulus.")<br><br>*See also* **"landing" support at claim 1.** |
| receiving said transmitted flight data; and | | |
| wherein said flight data is gathered in-flight by at least a second sensor on the aircraft, and includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft. | | |
| **Claim 19** | | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| 19. A computer-implemented method of transmitting aircraft **flight data** from an aircraft, comprising: | **Flight data:** *see claim 1.* | |
| receiving flight data from a digital flight **data acquisition unit**, wherein said flight data is gathered in-flight by at least a first sensor on the aircraft, and includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft; | **Data acquisition unit:** *see claim 1.* | |
| **receiving a signal indicating a landing of the aircraft from at least a second sensor**; | **Receiving a signal indicating a landing of the aircraft from at least a second sensor**: Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "receiving a signal indicating a touching down of the aircraft from at least a second sensor." | **'990 Patent.** '990 col.3 ll.26-33 ("The processor 32 is responsive to a weight-on-wheels signal, which acts as an interrupt signal to signal the processor 32 to initiate transmission or reception of the data when the aircraft 12 has landed."); and *id.* col.4 ll.58-61 ("At step 82, the gatelink processor 32 receives a weight-on-wheels interrupt which signals that the aircraft has landed, and the data transfer is initiated.") <br><br> *See also* **"landing" support at claim 1.** |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | |
| processing said flight data to prepare said data for transmission; and | | |
| transmitting said processed data via a **cellular infrastructure** after the aircraft has landed, wherein the **cellular infrastructure is accessed in response to the signal**. | **Cellular infrastructure**: *see claim 1.*<br><br>**Cellular infrastructure is accessed in response to the signal**: *see claim 18.* | |
| **Claim 20** | | |
| 20. The method of claim 19 further comprising receiving said transmitted data at a **flight operations center**. | **Flight operations center:** base of operations for the airline or other aircraft operator. | **Army Regulation 95-2, Department of the U.S. Army (September 10, 1990) p. 296** (defining Air Traffic Control Facility as "A facility (including personnel, equipment, and structures) that provides ATC service. Included are ATC tower, Army approach control, Army radar approach control ground controlled approach, **flight operations center**, flight coordination center, or fixed base flight following.) |

-19-
HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | ***Teledyne Controls Announces Successful Launch of Wireless GroundLink***, Sept. 5, 2001. ("GroundLink allows aircraft to immediately transmit flight data information to an airline's home base when touching down at virtually any airport.") <br><br> **http://usmilitary.about.com/od/glossarytermsf/g/flightopcen.htm** (defining "flight operations center as "The element of the tactical Army air traffic regulation system which provides for aircraft flight following, separation of aircraft under instrument conditions, and identification of friendly aircraft to friendly air defense agencies."); 14 C.F.R. § 119.3 Definitions (defining principal base of operations as "the primary operating location of a certificate holder.") <br><br> **Decl. of Wargo in support of Honeywell's Opening Markman Brief ¶ 8.** |
| **Claim 21** | | |
| 21. The method of claim 20 further comprising receiving said transmitted data and transmitting said | | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| received data via the Internet before receiving said transmitted data at a flight operations center. | | |
| **Claim 25** | | |
| 25. A computer-implemented method of transmitting aircraft **flight data** from an aircraft, comprising: | **Flight data:** *see claim 1.* | |
| receiving flight data from a flight **data acquisition unit**; | **Data acquisition unit:** *see claim 1.* | |
| processing said flight data to prepare said data for transmission; and | | |
| transmitting said processed data via a **cellular infrastructure** after | **Cellular infrastructure:** *see claim 1.* | |

-21-

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| the aircraft has landed, | | |
| wherein processing said flight data includes: | | |
| receiving a weight-on-wheels signal; | | |
| initiating a data transfer; | | |
| compressing said flight data; | | |
| encrypting said compressed data; | | |
| creating a packet queue; | | |
| starting a primary **data thread**; | **Data Thread:** a single sequential flow of control within a process for conveying data packets to the multi-port serial card for transmission via one of a fixed number of corresponding cell channels. | **'990 Patent:** '990 col.4 ll.26-31 ("The network layer 62 then routes the packets to one of up to 16 peer-to-peer protocol (PPP) threads running within the operating system 60 at a data link layer interface 64. The PPP threads convey the packets to the multi-port serial card 34 for transmission to the backbone 66 of the Internet 45 via the cell channels 36 to the cellular infrastructure 14.") and col.4 ll.65-67 ("The packets |

-22-

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | are then ready for transmission as a fixed number of threads, corresponding to the number of cell channels 36.")<br><br>**IEEE DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS 1108 (6th Ed. 1996)** ("Thread ... (4) A single sequential flow of control within a process.")<br><br>**'990 Patent.** '990 col.4 l. 67 to col.5 l. 2 ("At step 90, the primary data thread is started to make the initial call and open the communications channel to the flight operations center 18.") |
| | **Primary data thread:** As used in this claim, this term is indefinite.  To the extent the Court is inclined to construe this phrase, a possible construction is, "the data thread that makes the initial cellular call and opens the communications channel to the receiver of the data threads." | |
| waiting a predetermined period of time; | | |
| determining if any **threads are active**; | **Threads are active:** more than one thread is active. | **'990 Patent**: '990 col.4 ll.30-32 ("threads convey the packets to the multi-port serial card 34 for transmission to the backbone 66 of the Internet 45 via the cell channels."); *id.* col.4 ll.65-67 ("The packets are then ready for transmission as a fixed number of |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| | | threads, corresponding to the number of cell channels."); *compare* '990 col.4 l.67 - col.5 l. 1 ("data thread is started") with *id.* col.5 ll.4-5 ("threads are active").)<br><br>**WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY, UNABRIDGED 83 (2nd ed. 1979)** (defining "any" as "1. one (no matter which) of more than two; as any boy may go. 2. some (no matter how much, how many, or what kind); as, do you have any apples?") |
| repeating, when threads are active, the steps of waiting a predetermined period of time and determining if any threads are active; and | | |
| exiting processing said flight data when no threads are active. | | |
| **Claim 33** | | |

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| 33. A computer readable medium having stored thereon instructions which when executed by a processor, cause the processor to perform the steps of: | | |
| receiving **flight data** from a digital flight **data acquisition unit** in an aircraft, wherein said flight data is gathered in-flight by at least a first sensor on the aircraft, and includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft; | **Flight data:** *see claim 1.*<br><br>**Data acquisition unit:** *see claim 1.* | |
| **receiving a signal indicating a landing of the aircraft from at least a second sensor**; | **Receiving a signal indicating a landing of the aircraft from at least a second sensor:** *see claim 19.* | |
| processing said flight data to prepare said data for | | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| transmission; and | | |
| **transmitting said processed data via a cellular infrastructure when said aircraft has landed**, wherein the **cellular infrastructure is accessed in response to the signal**. | **Transmitting said processed data via a cellular infrastructure when said aircraft has landed:** Honeywell believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "transmitting the processed data via a cellular infrastructure when the aircraft has touched down." <br><br>**Cellular infrastructure**: *see claim 1.* <br><br>**Cellular infrastructure is accessed in response to the signal**: *see claim 19.* | *See "landing" support at claim 1.* |
| **Claim 34** | | |
| 34. The system of claim 1, wherein the cellular infrastructure, is a **cellular telephone infrastructure**. | **Cellular infrastructure:** *see claim 1.* <br><br>**Cellular telephone infrastructure:** Honeywell believes this claim phrase does | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
|  | not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "a cellular infrastructure that provides service to cellular telephones." |  |
| **Claim 35** |  |  |
| 35. The system of claim 34, wherein said data reception unit is in communication with said cellular infrastructure via the Internet. |  |  |
| **Claim 37** |  |  |
| 37. The system of claim 34, wherein said data communications unit has at least one **modem** in communication with said cellular infrastructure and said data reception unit has at least one modem in communication with | **Modem**: *see claim 4* |  |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| said cellular infrastructure. | | |
| **Claim 41** | | |
| 41. The system of claim 15, wherein the cellular infrastructure is a **cellular telephone infrastructure**. | **Cellular telephone infrastructure**: *see claim 34.* | |
| **Claim 44** | | |
| 1` | **Cellular telephone infrastructure**: *see claim 34* | |
| **Claim 45** | | |
| 45. The method of claim 19, wherein the cellular infrastructure is a **cellular telephone infrastructure**. | **Cellular telephone infrastructure**: *see claim 34.* | |
| **Claim 46** | | |
| 46. The method of claim 45 further comprising receiving said transmitted data at a **flight operations center**. | **Flight operations center**: *see claim 20.* | |
| **Claim 47** | | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B

| '990 Patent Claim Terms | Honeywell's Proposed Construction | Support |
|---|---|---|
| 47. The method of claim 46 further comprising receiving said transmitted data and transmitting said received data via the Internet before receiving said transmitted data at a flight operations center. | | |
| **Claim 51** | | |
| 51. The method of claim 33, wherein the cellular infrastructure is a **cellular telephone infrastructure**. | **Cellular telephone infrastructure**: *see claim 34.* | |

HONEYWELL'S MARKMAN OPENING BRIEF, STARR DECL., EX. B