

Search

▸ Home ▸ Corporate Information ▸ Teledyne Companies ▸ Products & Services ▾ News ▸ Investors

**News**

▸ News Home

**About Us**
▸ Did You Know
▸ Competitive Strengths
▸ Ethics and Values

**Management Team**
▸ Board of Directors
▸ Executive Profiles

**Financial Information**
▸ Investor Information
▸ News/Earnings
▸ Shareholder Info

**Careers**
▸ Work With Us
▸ Submit Your Resume

# News

### Teledyne Controls Announces Successful Launch of Wireless GroundLink$^{TM}$

LOS ANGELES - September 5, 2001 - Teledyne Technologies Incorporated (NYSE:TDY) today announced that Teledyne Controls has successfully launched its new Wireless GroundLink$^{TM}$ product. GroundLink allows aircraft to immediately transmit flight data information to an airline's home base when touching down at virtually any airport. Since July 16, Qantas Airlines has been using the Wireless GroundLink onboard a Boeing 747-400, and Qantas' Sydney headquarters has successfully received more than 40 flight legs of data downloads via the Sprint PCS Network*.

Qantas and other airlines employ flight data acquisition and recording systems onboard aircraft to monitor engine condition and other performance data throughout a flight. With current technology, the data are recorded on removable optical disks, tapes or PC cards that must be removed from the aircraft and shipped to the airline's operations center.

Teledyne's Wireless GroundLink automates this process by transmitting the data via existing cellular/PCS networks, eliminating the risks and delays associated with physical shipment of the recorded data. Furthermore, the use of existing, and rapidly evolving, cellular/PCS data networks eliminates the need for the installation of dedicated infrastructure on the airport property and the associated capital costs to the airlines.

Teledyne Controls is currently working to add a software upload capability to Wireless GroundLink.

"Wireless GoundLink significantly reduces the risk of data loss and delays in information during processing," said Robert Mehrabian, chairman, president and chief executive officer of Teledyne Technologies. "Until now, optical disks and PC cards were used to process flight information, resulting in the potential for data loss and delays in information processing. Immediately upon arrival, flight operations and engineering can begin analyzing the flight data to evaluate an aircraft's airworthiness, thereby improving the effectiveness of the airline's safety operations."

Greg Gibbens, manager of flight safety systems for Qantas Airways Ltd. added, "Qantas has maintained a Flight Operations Quality Assurance (FOQA) program for the past 12 years. While Quick Access Recorder (QAR) airborne technology has advanced considerably during this period, a significant data loss problem remains within the process system when data is sourced from individual media such as tapes, disks and PC cards. To date, the trial operation has been extremely successful - data return has been noted to be consistently at 100 percent of expectations."

Teledyne Controls will showcase the product at the European Flight Data Conference, to be held in Lisbon, Portugal, September 19 - 20, 2001.

**About Teledyne Controls**

Exhibit G
Page 427

Headquartered in Los Angeles, Teledyne Controls, a business unit of Teledyne Technologies Incorporated, is a leading manufacturer and innovator of a wide range of air transport, business & commuter aircraft, helicopter, and airport systems. Teledyne Controls supports its many airline, airframe, helicopter, and airport customers with extensive product-support bases and worldwide facilities. More information about Teledyne Controls can be found at www.teledynecontrols.com.

### About Teledyne Technologies Incorporated

Teledyne Technologies is a leading provider of sophisticated electronics and communication products, systems engineering solutions and aerospace engines and components. Teledyne Technologies has operations in the United States, the United Kingdom and Mexico. For more information, visit Teledyne Technologies' website at www.teledyne.com.

This press release contains forward-looking statements, as defined in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from these forward-looking statements. Many factors, including the extent and timing of technological changes, enhancements of competitors' products, and continued weakness in the economy, could affect anticipated results. Additional information concerning factors that could cause actual results to differ materially from those projected in the forward-looking statements is contained in Teledyne Technologies' periodic filings with the Securities and Exchange Commission, including its 2000 Annual Report on Form 10-K and its Forms 10-Q.

Wireless GroundLink is a registered trademark of Teledyne Technologies.

Investor Contact:
Jason VanWees
(310) 893-1642

Press Contact:
Robyn McGowan
(310) 893-1640

Home | Terms of Use | Careers | Search | Contact

Copyright © 2007 Teledyne Technologies Incorporated. All rights reserved.

1049 Camino Dos Rios - Thousand Oaks, CA 91360 - 805-373-4545
Quote data provided by North American Quotations, Inc.