**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3257**

WRITER'S INTERNET ADDRESS
**joepaunovich@quinnemanuel.com**

November 7, 2007

**VIA E-MAIL**

Ephraim Starr, Esq.
Kirkland & Ellis LLP
777 Figueroa Street
Los Angeles, California 90017

Re:     Teledyne v. Honeywell
        <u>CDCA Case No. CV 06-0683-MMM (SHx)</u>

Dear Ephraim:

Further to our letter of November 2, 2007 informing you of Teledyne's intention to assert claim 25 of United States Patent No. 6,181,990, Teledyne hereby provides the following preliminary, non-limiting claim constructions for those phrases and terms it presently believes require construction in claim 25. Teledyne expressly reserves the right to modify, supplement and/or amend its preliminary, non-limiting claim constructions for claim 25 based on on-going discovery, its continuing analysis, Honeywell's proposed terms/phrases and constructions, and discussions between the parties.

**<u>Preliminary Claim Constructions for Claim 25 of U.S. Patent No. 6,181,990</u>**

| Element | Term | Construction |
|---------|------|--------------|
| 25. | **flight data** | Data relating to flight or performance of aircraft systems or components during flight |
| 25.a. | **data acquisition unit** | Teledyne believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "a hardware device for use on an aircraft that acquires data." |

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL (650) 801-5000 FAX (650) 801-5100

| Element | Term | Construction |
|---------|------|--------------|
| 25.c. | **cellular infrastructure** | Teledyne believes this claim phrase does not require construction, but if the Court is inclined to construe the phrase, its plain meaning is "a cellular voice and/or data network that uses frequencies in the licensed frequency range." |
| 25.c.(vi) | **primary data thread** | A thread that causes the initial call to be made to the cellular infrastructure. |
| 25.c.(vii) | **threads are active** | If there are any data packets that have not been transmitted or have been transmitted and dropped. |

Teledyne will supplement its response to Honeywell's Interrogatory Nos. 8-10 to address claim 25 by Friday, November 9, 2007.  Please provide us with Honeywell's proposed constructions for the above-referenced terms by Monday, November 12, 2007.

Very truly yours,

Joseph M. Paunovich

cc:     Luke L. Dauchot, Esq.
        Frederick A. Lorig, Esq.
        Steven M. Anderson, Esq.
        Anthony P. Alden, Esq.