QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
  Steven M. Anderson (Bar No. 144014)
  stevenanderson@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  josephpaunovich@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Teledyne Technologies Incorporated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TELEDYNE TECHNOLOGIES INCORPORATED, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND COUNTERCLAIM | CASE NO. CV 06-06803-MMM (SHx)<br><br>**DECLARATION OF JOSEPH M. PAUNOVICH IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT TELEDYNE TECHNOLOGIES INCORPORATED'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Hearing Date: January 28, 2008<br>Time:               9:00 a.m.<br>Courtroom:      780<br><br>Discovery Cut-off Date: June 6, 2008<br>Pre-trial Conference Date: Aug. 25, 2008<br>Trial Date: Sept. 23, 2008 |

20101/2298616.1

DECLARATION OF JOSEPH M. PAUNOVICH

DECLARATION OF JOSEPH M. PAUNOVICH

I, Joseph M. Paunovich, declare as follows:

1. I am a member of the Bar of the State of California, am admitted to practice before this Court and am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Plaintiff and Counter-Defendant Teledyne Technologies Incorporated.  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,181,990.

3. Attached as Exhibit 2 is a true and correct copy of the Ex Parte Reexamination Certificate for U.S. Patent No. 6,181,990.

4. Attached as Exhibit 3 is a true and correct copy of the Amendment and Response to Office Action in the Ex Parte Reexamination of U.S. Patent No. 6,181,990.

5. Attached as Exhibit 4 is a true and correct copy of pages excerpted from The IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Edition, 1997.

6. Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,550,738.

7. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 6,477,152.

8. Attached as Exhibit 7 is a true and correct copy of the Office Action, dated February 6, 2002, in prosecution of U.S. Patent No. 6,477,152.

9. Attached as Exhibit 8 is a true and correct copy of the Response to Office Action, dated May 13, 2002, in prosecution of U.S. Patent No. 6,477,152.

10. Attached as Exhibit 9 is a true and correct copy of the Reasons for Allowance, dated June 13, 2002, in prosecution of U.S. Patent No. 6,477,152

1   11.   Attached as Exhibit 10 is a true and correct copy of web page
2   http://www.direcpc.com/about/a36f.html, dated November 30, 1998.
3   12.   Attached as Exhibit 11 is a true and correct copy of web page
4   http://www.dishnetwork.com/satserv/data/dataintro.htm, dated November 30, 1998.
5   13.   Attached as Exhibit 12 is a true and correct copy of U.S. Patent
6   No. 6,201,797.
7   14.   Attached as Exhibit 13 is a true and correct copy of U.S. Patent
8   No. 6,438,468.
9   I declare under penalty of perjury under the laws of the United States of
10  America that the foregoing is true and correct.
11  Executed on November 19, 2007, at Los Angeles, California.

      /s/ Joseph M. Paunovich
      Joseph M. Paunovich