UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/224,214 | 12/30/1998 | JOHN H. HIBTT | A62-25262-US | 3982 |

128      7590      02/13/2002
HONEYWELL INTERNATIONAL INC.
101 COLUMBIA ROAD
P O BOX 2245
MORRISTOWN, NJ  07962-2245

| EXAMINER |
|---|
| PHAM, BRENDA H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2664 | |

DATE MAILED: 02/13/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

EXHIBIT  7
PAGE  64

| Office Action Summary | Application No. 09/224,214 | Applicant(s) HIETT |
|---|---|---|
| | Examiner Brenda Pham | Art Unit 2664 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _THREE_ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on _Dec 30, 1998_
2a) ☐ This action is FINAL.    2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) _1-12_ is/are pending in the application.
   4a) Of the above, claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) _1-12_ is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved  b) ☐ disapproved.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   a) ☐ All  b) ☐ Some*  c) ☐ None of:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
   *See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)
16) ☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s). _4,5,6_
18) ☐ Interview Summary (PTO-413) Paper No(s). _____
19) ☐ Notice of Informal Patent Application (PTO-152)
20) ☐ Other:

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-00)                Office Action Summary                Part of Paper No. 1

EXHIBIT __7__
PAGE __65__

Application/Control Number: 09/224,214      Page 2

Art Unit: 2664

### DETAILED ACTION

1. Claims 1-12 have been examined.

*Claim Rejections - 35 USC § 102*

2. The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

3. Claims 1-12 are rejected under 35 USC 102(b) as being anticipated by Leuca et al (US 6,201,797 B1), hereinafter referred to as Leuca.

-Regarding claims 1-3 and 7, Leuca discloses a data communications system and associated method for providing and controlling data communications from a direct broadcast system to a passenger carrier, said method comprising the steps of (referring to figure 2): transmitting data information requests from an information request system (inherently included in 40) to a ground station (27); transmitting the data information requests from said ground station (27) to said direct broadcast system (29) through a network system (2); accessing data information corresponding to the data information request from said direct broadcast system, ("The desired website responds to the data request by sending the data requested to an access management server 33 that is connected to a DBS system 29. The requested data is transmitted from a ground station 92a to DBS satellite 29b, then to aircraft 40. The laptop computer receives the requested data from DBS interface circuit 20, router 15 and internal data pipe 13.", col. 5,

EXHIBIT 7
PAGE 66

Application/Control Number: 09/224,214                                                        Page 3

Art Unit: 2664

lines 40-47); transmitting the data information from said direct broadcast system (29a) to a direct broadcast satellite (29b); and broadcasting the data information from said direct broadcast satellite to a receiver provided onboard said passenger carrier.

-Regarding claims 4, 8, 10 and 11, Leuca teaches a data communications system and method for a passenger carrier, said system comprising (referring to figure 1): a transmission unit located on board said passenger carrier and operatively connected to a user interface (see figure 1); a ground station (22, 24a) for receiving information request signals from said transmission unit (12); a direct broadcast system (29) for providing data information; a ground network (2) for linking said ground station and said direct broadcast system to facilitate communications; a direct broadcast satellite (24 and 29), said direct broadcast satellite adapted to interface and communicate with said direct broadcast system; and a receiver (inherently included in 12) located onboard said passenger carrier and adapted to receive data signals broadcast from said direct broadcast satellite, said receiver being operatively connected to said user interface (inherently included in 11a) to facilitate the transmission of said data information from said direct broadcast system to passengers (11a-11f).

-Regarding claim 6, Leuca further teaches wherein said information request system comprises a wireless LAN unit (12,13) and said first communication medium further comprises: a LAN ground station (22) is adapted to transmit data information requests from said wireless LAN (12, 13) to said network system (2), and said network system is adapted to transfer information requests signals to said data source (particular wibsite on Internet 2).

EXHIBIT  7
PAGE  67

Application/Control Number: 09/224,214    Page 4

Art Unit: 2664

-Regarding claims 5 and 12, although Leuca does not specifically teach wherein said information request system further comprises a radio frequency unit, a radio frequency unit is inherently included in (item 40 of figure 2). As well understood by those skilled in the art that a radio frequency unit coupled to the antenna is inherently included in Leuca for converting the output of the modulator to a transmission frequency wave and for amplifying the converted wave to a required level.

*Conclusion*

4.  Any response to this action should be mailed to:

> Commissioner of Patents and Trademarks
> Washington, D.C. 20231

or faxed to:

> (703) 872-9314, (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington, VA., Sixth Floor (Receptionist)

5.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to Brenda Pham whose telephone number is (703) 308-0148. The examiner can normally be reached on Monday-Friday from 9:00 to 5:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Wellington Chin, can be reached on (703) 305-4366.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900.

Brenda Pham
February 6, 2002

WELLINGTON CHIN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER ~~~~

EXHIBIT 7
PAGE 68