HONEYWELL       ☎ 602 436 6655       11/30/98  11:27  :08/13 NO:873

### How Does it work?

**Turbo Internet** - The speed of DirecPC is the result of using advanced satellite technology, rather than crowded telephone networks that are constantly flooded or clogged. DirecPC downloads content from the Internet directly from the server to our satellite network and straight into the back of your PC.



**Turbo Webcast** - When you launch cached web sites using DirecPC, the request is sent to a cache management PC. From there, content is acquired between the Internet and the DirecPC Network Operations Center. Select key websites are sent to the satellite, which delivers content based on your preferences to the satellite antenna. From the antenna, the information is delivered, full circle, to your PC.

http://www.direcpc.com/about/a36f.html                11/30/98

EXHIBIT   10
PAGE   100

HONEYWELL     ☎ 602 436 6655     11/30/98  11:27 :09/13 NO:873
Page 2 of 2



Turbo Newscast - DirecPC receives a Usenet Newsgroup feed from the Internet, which allows Turbo Newscast to automatically broadcast thousands of newsgroups over the DirecPC satellite system. When you subscribe to Usenet Newsgroups, Turbo Newscast filters just those newsgroups onto your PC's hard drive cache, for you to enjoy at your convenience.



http://www.direcpc.com/about/a36f.html        11/30/98

EXHIBIT   18
PAGE    101