HONEYWELL                ☎ 602 436 6655           11/30/98  11:27 ☐ :10/13 NO:873
                                                                     Page 1 of 4



Data Services



**What You Want...
When You Want It...
The Way You Want It...**

EchoStar's digital broadcast is the first Direct Broadcast Satellite (DBS) service to link directly to subscriber PCs, making Web programming, for the first time, all that it is supposed to be.

**Net users can enjoy interactive programming that is fast, reliable and full of dynamic multimedia.**

In a nutshell, our data broadcast service broadcasts select web-based programming at speeds of up to 30 Mbps, *100 times faster than a 33.6k phone modem*. EchoStar collects the programming and digitally broadcasts it to customer PCs, where it is delivered transparently, but without the frustrations inherent in

imagine....

# 30 mbps

The advantages of digital broadcasts are manifold. The service allows direct distribution of multimedia data to

http://www.dishnetwork.com/satserv/data/dataintro.htm                    11/30/98

EXHIBIT _____ 11 _____
PAGE _____ 102 _____

HONEYWELL  ☎ 602 436 6655                11/30/98  11:27  :11/13 NO:873

slow ISP connection and transmission. The service automatically updates programming so that users can reliably access up-to-date information.

We are continuing to add other multi-media and Interactive products. Please visit fill out our <u>questionnaire</u> inquiring what data services you would like to see EchoStar deliver.

customer PCs, or interactive set-top receivers. Extremely broad bandwidth means that media-rich programming is faster, clearer and fuller. Users receive many times more video and audio than is possible through any other practical means, with transmission quality that is unmatched.

**NOW AVAILABLE!!**


AgCast.

*Agcast*

Agcast is an agricultural data information service delivering time sensitive news, commentary, commodity futures, options and charts plus stock market information and more to America's farm producers. AgCast has sections with current news and sports information. And later this summer E-Mail will be available through AgCast, without the need for an Internet Provider!

Signal

*Signal*

Signal is a real-time quote service that provides data directly from the equity, futures, and options exchanges to a user's PC.

Signal has been voted "Best Real-Time Data" for the past four years by the readers of *Stocks & Commodities Magazine*.

**EchoStar's data broadcast service is comprised of three distinct, yet complementary, elements:**

http://www.dishnetwork.com/satserv/data/dataintro.htm                11/30/98

EXHIBIT ____II____
PAGE ____103____

HONEYWELL     ☎ 602 436 6655     11/30/98  11:27  :12/13  NO:873

### CONSUMER

The consumer service is by subscription. For a small monthly fee, subscribers have available a variety of programming of individual interest.

We showcase the multimedia-rich content 'net cruisers want most: news, weather, sports and a broad variety of entertainment options. Whether your interests is world financial news; professional, collegiate or extreme sport; technology, software and games; travel; family entertainment; or movies, and TV, you can customize your computer to instantly access the best, most dynamic programming available, when you desire it.

### BUSINESS NETWORKING

The business networking service, typically an adjunct to our Business Television (BTV) service, is rate-card based. Customers employ the service to enhance web-based activities including corporate communications, file transfer, training and development. A business can contract the level of service it requires, from sporadic transmission over a fixed period of time, to a 24x7 dedicated channel of up to 30 Mbps. Continuing education for professionals, sales and statistical data for multi-site organizations and data files can be quickly and economically distributed to LAN and WAN remote locations at any time and in any volume, on a regularly-scheduled basis, or virtually continuously.

### EDUCATIONAL SERVICES

EchoStar Educational Data Services provides multimedia products for educational institutions and home-schooling activities. Kindergarden-12th grade, institutions of higher learning and professional continuing education can now access and distribute better tools in a better way. Similarly to the business service, educational institutions can contract for the level of service needed and can rely on

http://www.dishnetwork.com/satserv/data/dataintro.htm      11/30/98

EXHIBIT    11
PAGE    104

HONEYWELL     ☎ 602 436 6655     11/30/98   11:27   :13/13   NO:873

high-quality data delivery.



**BUSINESS SERVICES**
**DATA SERVICES**
**EDUCATIONAL SERVICES**

©1998, EchoStar Communications Corporation. All rights reserved. <u>Click Here</u> for details.

http://www.dishnetwork.com/satserv/data/dataintro.htm     11/30/98

EXHIBIT _____ 11
PAGE _____ 105