# TELEDYNE'S SUPPLEMENTAL PRELIMINARY INFRINGEMENT CHART FOR THE PRESENTLY ASSERTED INDEPENDENT CLAIMS OF U.S. PATENT NO. 6,181,990

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| 1. | An aircraft data transmission system, the aircraft having a data acquisition unit, and the aircraft including a data storage medium having stored thereon flight data gathered in-flight by at least a first sensor on the aircraft, comprising: | Honeywell's FliteLink Wireless Data Management system ("FliteLink") is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System). The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium. The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality. With little or no human involvement, FliteLink downloads the gathered data to an airlines facility after landing of the aircraft using a cellular network.<br><br>Honeywell's Gatelink system ("Gatelink") is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, similar to Teledyne's Wireless Quick Access Recorder (WQAR). Data is transferred to and from an aircraft, including databases, reports, maintenance manuals, inventory, FOQA data, avionics software updates/FMC databases, weather graphics and/or ACARS type data. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |

1

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|----------------------------|
| 1a. | a communications unit located in the aircraft and in communication with the data acquisition unit; | Honeywell's FliteLink is designed to communicate with Honeywell's FDAMS. The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium. The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU functionality.<br><br>As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to communicate with Honeywell's FDAMS, Mark III CMU, Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with EFBs, IFE systems and/or FMS. |
| 1b. | at least a second sensor configured to sense a landing of the aircraft; | Both Honeywell's FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed. For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground. And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 1c. | a cellular infrastructure in communication with said communications unit after the aircraft has landed, wherein the cellular infrastructure communicates said flight data, and wherein the communication is initiated when at least the second sensor senses the landing of the aircraft; | With little or no human involvement, Honeywell's FliteLink downloads data relating to flight or performance of aircraft systems or components gathered during flight to an airlines facility after landing of the aircraft using a cellular network.<br><br>"Using 802.11 (WiFi) and cellular/GPRS networks, FliteLink provides immediate access to flight data, thereby accelerating FOQA decision making."<br><br>"Affordable wireless transmission capability over |

2

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|---------------------------|
| | | CUM/GSM/802.11 or cellular communication links." |
| | | "Larger data packages can be downloaded faster, more frequently, and more reliably than by direct downloading from the FDAMS or by collection of magnetic memory storage cards." |
| | | Honeywell's Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, similar to Teledyne's WQAR. |
| | | Both FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed.  For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground.  And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 1d. | a data reception unit in communication with said cellular infrastructure; and | Honeywell's FliteLink and Gatelink download data relating to flight or performance of aircraft systems or components during flight, providing information to an airlines facility using a cellular network. |
| 1e. | wherein said flight data includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft. | Honeywell's FliteLink and Gatelink download Flight Operations and Quality Assurance (FOQA) data.  FOQA data, at a minimum, includes time, altitude, airspeed, vertical acceleration, heading, time of each radio transmission either to or from air traffic control, pitch attitude, roll attitude, longitudinal acceleration, control column or pitch control surface position and thrust of each engine. |

3

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|---------------------------|
| **8.** | **A data system for an aircraft, comprising:** | Honeywell's FliteLink Wireless Data Management system ("FliteLink"), Gatelink system ("Gatelink") and Zing Intelligent Monitoring Network ("Zing") are data systems for aircraft. |
| | | Honeywell's FliteLink is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System). |
| | | Honeywell's Gatelink is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| | | Honeywell's Zing is designed to work with Honeywell's Engine Condition Trend Monitoring Data Downloader ("ECTM-DD") and Digital Electronic Engine Controller ("DEEC"). |
| 8a. | a digital flight data acquisition unit in communication with at least one sensor; | Honeywell's FliteLink is designed to communicate with Honeywell's FDAMS.  The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium.  The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality. |
| | | As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to communicate with Honeywell's FDAMS, |

4

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | | Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| | | As a component of Honeywell's Zing, Honeywell's ECTM-DD collects data relating to flight or performance of aircraft systems or components during flight from at least Honeywell's DEEC.  Honeywell's DEEC receives and stores data from at least a first sensor. |
| 8b. | a processor in communication with said digital flight data acquisition unit; | FliteLink, Gatelink and Zing each employ at least one processor that communicates with a hardware device on an aircraft that acquires data. |
| | | Honeywell's FliteLink is designed to communicate with Honeywell's FDAMS. |
| | | As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to communicate with Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| | | As a component of Honeywell's Zing, Honeywell's ECTM-DD collects data relating to flight or performance of aircraft systems or components during flight from at least Honeywell's DEEC. |

5

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| 8c. | a serial card in communication with said processor; and | Honeywell's FliteLink, Gatelink and Zing each employ an interface for the transfer of data in a sequence of bits that communicates with a processor to transmit data over a cellular network. |
| 8d. | a plurality of cell channels in communication with said serial card, said cell channels for transmitting data via a cellular infrastructure after the aircraft has landed, wherein the communication between the cell channels and the serial card is initiated automatically upon landing of the aircraft. | With little or no human involvement, Honeywell's FliteLink downloads data relating to flight or performance of aircraft systems or components gathered during flight to an airlines facility after landing of the aircraft using a cellular network.

"Using 802.11 (WiFi) and cellular/GPRS networks, FliteLink provides immediate access to flight data, thereby accelerating FOQA decision making."

"Affordable wireless transmission capability over CUM/GSM/802.11 or cellular communication links."

"Larger data packages can be downloaded faster, more frequently, and more reliably than by direct downloading from the FDAMS or by collection of magnetic memory storage cards."

Honeywell's Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN with little or no human involvement to transmit data after landing of the aircraft, similar to Teledyne's WQAR.

With little or no human involvement, Honeywell's Zing creates a high-speed information connection between an aircraft and an airlines facility after the aircraft has landed, providing access to data relating to flight or performance of aircraft systems or components gathered during flight to the airlines facility using a cellular network. |

6

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | | FliteLink, Gatelink and Zing initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed. For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground. Gatelink will initiate transmission only after it receives a weight-on-wheels signal. And, Zing can be configured to initiate transmission only after it receives a signal indicating weight-on-wheels, door open, engine low oil pressure, and/or parking brake set. |
| 14. | An aircraft comprising: | Honeywell's FliteLink Wireless Data Management system ("FliteLink"), Gatelink system ("Gatelink"), and Zing Intelligent Monitoring Network ("Zing") are implemented on aircraft.

Honeywell's FliteLink is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System).

Honeywell's Gatelink is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS).

Honeywell's Zing is designed to work with Honeywell's Engine Condition Trend Monitoring Data Downloader ("ECTM-DD") and Digital Electronic Engine Controller ("DEEC"). |

7

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| 14a. | a digital flight data acquisition unit in communication with at least one sensor; and | Honeywell's FliteLink is designed to communicate with Honeywell's FDAMS. The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium. The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality. <br><br> As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to communicate with Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). <br><br> As a component of Honeywell's Zing, Honeywell's ECTM-DD collects data relating to flight or performance of aircraft systems or components during flight from at least Honeywell's DEEC. Honeywell's DEEC receives and stores data from at least one sensor. |
| 14b. | a communications unit in communication with said digital flight data acquisition unit, said communications unit including: | Honeywell's FliteLink is designed to communicate with Honeywell's FDAMS. <br><br> As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to communicate with Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or |

8

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | | flight management systems (FMS). |
| | | As a component of Honeywell's Zing, Honeywell's ECTM-DD collects data relating to flight or performance of aircraft systems or components during flight from at least Honeywell's DEEC. |
| 14c. | a processor in communication with said digital flight data acquisition unit; | FliteLink, Gatelink and Zing each employ at least one processor that communicates with a hardware device on an aircraft that acquires data. |
| | | Honeywell's FliteLink is designed to communicate with Honeywell's FDAMS. |
| | | As components of Honeywell's Gatelink,  Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to communicate with Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| | | As a component of Honeywell's Zing, Honeywell's ECTM-DD collects data relating to flight or performance of aircraft systems or components during flight from at least Honeywell's DEEC. |
| 14d. | a serial card in communication with said processor; and | Honeywell's FliteLink, Gatelink and Zing each employ an interface for the transfer of data in a sequence of bits that communicates with a processor to transmit data over a cellular network. |

9

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|---------------------------|
| 14e. | a plurality of cell channels in communication with said serial card, said cell channels for transmitting data via a cellular infrastructure after the aircraft has landed, wherein the communication between the cell channels and the serial card is initiated automatically upon landing of the aircraft. | With little or no human involvement, Honeywell's FliteLink downloads data relating to flight or performance of aircraft systems or components gathered during flight to an airlines facility after landing of the aircraft using a cellular network. |
|  |  | "Using 802.11 (WiFi) and cellular/GPRS networks, FliteLink provides immediate access to flight data, thereby accelerating FOQA decision making." |
|  |  | "Affordable wireless transmission capability over CUM/GSM/802.11 or cellular communication links." |
|  |  | "Larger data packages can be downloaded faster, more frequently, and more reliably than by direct downloading from the FDAMS or by collection of magnetic memory storage cards." |
|  |  | Honeywell's Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, similar to Teledyne's WQAR. |
|  |  | With little or no human involvement, Honeywell's Zing creates a high-speed information connection between an aircraft and an airlines facility after the aircraft has landed, providing access to data relating to flight or performance of aircraft systems or components gathered during flight to the airlines facility using a cellular network. |
|  |  | FliteLink, Gatelink and Zing initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed.  For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose |

10

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|----------------------------|
| | | squat equals ground. Gatelink will initiate transmission only after it receives a weight-on-wheels signal. And, Zing can be configured to initiate transmission only after it receives a signal indicating weight-on-wheels, door open, engine low oil pressure, and/or parking brake set. |
| 15. | An aircraft data transmission system, the aircraft having a data acquisition unit, the aircraft including a data storage medium having stored thereon flight data gathered in-flight by at least one sensor on the aircraft, comprising: | Honeywell's FliteLink Wireless Data Management system ("FliteLink") is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System). The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium. The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality. With little or no human involvement, FliteLink downloads the gathered data to an airlines facility after landing of the aircraft using a cellular network.

Honeywell's Gatelink system ("Gatelink") is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, similar to Teledyne's Wireless Quick Access Recorder (WQAR). Data is transferred to and from an aircraft, including databases, reports, maintenance manuals, inventory, FOQA data, avionics software updates/FMC databases, weather graphics and/or ACARS type data. Gatelink is also designed to work with electronic flight |

11

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|----------------------------|
| | | bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| 15a. | sensing means for sensing a landing of the aircraft; | Both Honeywell's FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed.  For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and  nose squat equals ground.  And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 15b. | means for transmitting said flight data from the data acquisition unit, via a cellular infrastructure after the aircraft has landed, wherein transmission of the data is initiated when the sensing means sense the landing of the aircraft; | With little or no human involvement, Honeywell's FliteLink downloads data relating to flight or performance of aircraft systems or components gathered during flight to an airlines facility after landing of the aircraft using a cellular network.

"Using 802.11 (WiFi) and cellular/GPRS networks, FliteLink provides immediate access to flight data, thereby accelerating FOQA decision making."

"Affordable wireless transmission capability over CUM/GSM/802.11 or cellular communication links."

"Larger data packages can be downloaded faster, more frequently, and more reliably than by direct downloading from the FDAMS or by collection of magnetic memory storage cards."

Honeywell's Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, similar to Teledyne's WQAR.

FliteLink and Gatelink initiate transmission only after at least one |

12

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | | discrete sensed parameter is met that is associated with the aircraft having landed. For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground. And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 15c. | means for receiving said flight data from said cellular infrastructure; and | Honeywell's FliteLink and Gatelink download data relating to flight or performance of aircraft systems or components during flight, providing information to an airlines facility using a cellular network. |
| 15d. | wherein said flight data includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft. | Honeywell's FliteLink and Gatelink download Flight Operations and Quality Assurance (FOQA) data. FOQA data, at a minimum, includes time, altitude, airspeed, vertical acceleration, heading, time of each radio transmission either to or from air traffic control, pitch attitude, roll attitude, longitudinal acceleration, control column or pitch control surface position and thrust of each engine. |
| 18. | A method of transmitting aircraft flight data from an aircraft, comprising: | Honeywell's FliteLink Wireless Data Management system ("FliteLink") and Gatelink system ("Gatelink"), implement a method of transmitting data relating to flight or performance of aircraft systems or components during flight from an aircraft.<br><br>Honeywell's FliteLink is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System).<br><br>Honeywell's Gatelink is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight |

13

| Claim | Limitation | Honeywell Accused Products |
|-------|------------|----------------------------|
| | | entertainment (IFE) systems and/or flight management systems (FMS). |
| 18a. | receiving flight data from a data acquisition unit; | Honeywell's FliteLink is designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS. The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium. The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality.<br><br>As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| 18b. | receiving a signal indicating a landing of the aircraft from at least a first sensor; | FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met, which is associated with the aircraft having landed. For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground. And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 18c. | transmitting said flight data via a cellular communications infrastructure after the aircraft has landed, wherein the cellular communications infrastructure is accessed in response to the | With little or no human involvement, Honeywell's FliteLink downloads data relating to flight or performance of aircraft systems or components gathered during flight to an airlines facility after |

14

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | signal; | landing of the aircraft using a cellular network. |
| | | "Using 802.11 (WiFi) and cellular/GPRS networks, FliteLink provides immediate access to flight data, thereby accelerating FOQA decision making." |
| | | "Affordable wireless transmission capability over CUM/GSM/802.11 or cellular communication links." |
| | | "Larger data packages can be downloaded faster, more frequently, and more reliably than by direct downloading from the FDAMS or by collection of magnetic memory storage cards." |
| | | Honeywell's Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, similar to Teledyne's WQAR. |
| | | FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed. For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground. And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 18d. | receiving said transmitted flight data; and | Honeywell's FliteLink and Gatelink download data relating to flight or performance of aircraft systems or components during flight, providing information to an airlines facility using cellular networks. |
| 18e. | wherein said flight data is gathered in-flight by at least a second sensor on the aircraft, and includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the | Honeywell's FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium. The FDAMS is a multifunction airborne LRU that collects real-time data |

15

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|---------------------------|
| | aircraft. | relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU functionality. |
| | | As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to work with Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| | | Both FliteLink and Gatelink download Flight Operations and Quality Assurance (FOQA) data. FOQA data, at a minimum, includes time, altitude, airspeed, vertical acceleration, heading, time of each radio transmission either to or from air traffic control, pitch attitude, roll attitude, longitudinal acceleration, control column or pitch control surface position and thrust of each engine. |
| 19. | **A computer-implemented method of transmitting aircraft flight data from an aircraft, comprising:** | Honeywell's FliteLink Wireless Data Management system ("FliteLink") and Gatelink system ("Gatelink") employ a computer-implemented method of transmitting data relating to flight or performance of aircraft systems or components during flight from an aircraft. |
| | | Honeywell's FliteLink is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System). |
| | | Honeywell's Gatelink is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications |

16

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|---------------------------|
| | | Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| 19a. | receiving flight data from a digital flight data acquisition unit, wherein said flight data is gathered in-flight by at least a first sensor on the aircraft, and includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft; | Honeywell's FliteLink is designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS.  The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium.  The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality.

As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS, Mark III CMU, Mark IIIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with EFBs, IFE systems and/or FMS.

Both FliteLink and Gatelink download Flight Operations and Quality Assurance (FOQA) data.  FOQA data, at a minimum, includes time, altitude, airspeed, vertical acceleration, heading, time of each radio transmission either to or from air traffic control, pitch attitude, roll attitude, longitudinal acceleration, control column or pitch control surface position and thrust of each engine. |

17

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|---------------------------|
| 19b. | receiving a signal indicating a landing of the aircraft from at least a second sensor; | Both FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed.  For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground.  And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 19c. | processing said flight data to prepare said data for transmission; and | FliteLink and Gatelink each employ at least one processor to process data relating to flight or performance of aircraft systems or components during flight and to prepare such data for transmission.  For example, FliteLink and Gatelink compress such data and may perform encryption before transmitting the data. |
| 19d. | transmitting said processed data via a cellular infrastructure after the aircraft has landed, wherein the cellular infrastructure is accessed in response to the signal. | With little or no human involvement, Honeywell's FliteLink downloads data relating to flight or performance of aircraft systems or components during flight to an airlines facility after landing of the aircraft using a cellular network.<br><br>"Using 802.11 (WiFi) and cellular/GPRS networks, FliteLink provides immediate access to flight data, thereby accelerating FOQA decision making."<br><br>"Affordable wireless transmission capability over CUM/GSM/802.11 or cellular communication links."<br><br>"Larger data packages can be downloaded faster, more frequently, and more reliably than by direct downloading from the FDAMS or by collection of magnetic memory storage cards."<br><br>Honeywell's Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, |

18

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | | similar to Teledyne's WQAR. |
| | | FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met, which is associated with the aircraft having landed.  For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground.  And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 25. | **A computer-implemented method of transmitting aircraft flight data from an aircraft, comprising:** | Honeywell's FliteLink Wireless Data Management system ("FliteLink"), Gatelink system ("Gatelink") and Zing Intelligent Monitoring Network ("Zing") employ a computer-implemented method of transmitting data relating to flight or performance of aircraft systems or components during flight from an aircraft. |
| | | Honeywell's FliteLink is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System). |
| | | Honeywell's Gatelink system ("Gatelink") is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU. |
| | | Honeywell's Zing is designed to work with Honeywell's Engine Condition Trend Monitoring Data Downloader ("ECTM-DD") and Digital Electronic Engine Controller ("DEEC"). |

19

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| 25a. | receiving flight data from a digital flight data acquisition unit; | Honeywell's FliteLink is designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS.  The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium.  The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality. As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). As a component of Honeywell's Zing, Honeywell's ECTM-DD receives data relating to flight or performance of aircraft systems or components during flight from at least Honeywell's DEEC. |
| 25b. | processing said flight data to prepare said data for transmission; and | Honeywell's FliteLink, Gatelink and Zing each employ at least one processor to process data relating to flight or performance of aircraft systems or components during flight and to prepare such data for transmission.  For example, both FliteLink, Gatelink and Zing compress such data and may perform encryption before transmitting the data. |

20

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| 25c. | transmitting said processed data via a cellular infrastructure after the aircraft has landed, wherein processing said flight data includes: | With little or no human involvement, Honeywell's FliteLink, Gatelink and Zing download data relating to flight or performance of aircraft systems or components during flight, using a cellular network after the aircraft has landed. |
| 25d. | receiving a weight-on-wheels signal; | FliteLink, Gatelink and Zing receive a weight-on-wheels signal or its equivalent before initiating a data transfer. |
| 25e. | initiating a data transfer; | FliteLink, Gatelink and Zing initiate a data transfer by determining that it is appropriate to transfer information to the ground. |
| 25f. | compressing said flight data; | FliteLink, Gatelink and Zing compress data relating to flight or performance of aircraft systems or components during flight and may perform encryption before transmitting the data. |
| 25g. | encrypting said compressed data; | FliteLink, Gatelink and Zing compress data relating to flight or performance of aircraft systems or components during flight and may perform encryption before transmitting the data. |
| 25h. | creating a packet queue; | FliteLink, Gatelink and Zing create a packet queue or its equivalent. After a data file is closed, compressed and optionally encrypted, it is then added to the set of unsent data files that are available for wireless download. |
| 25i. | starting a primary data thread; | FliteLink and Gatelink start a primary data thread to at least open a connection to the cellular infrastructure. On information and belief, Zing starts a primary data thread to at least open a connection to the cellular infrastructure. |
| 25j. | waiting a predetermined period of time; | FliteLink and Gatelink wait a predetermined period of time before checking or re-checking if any threads are active. On information |

21

| Claim | Limitation | Honeywell Accused Products |
|-------|------------|----------------------------|
| | | and belief, Zing waits a predetermined period of time before checking or re-checking if any threads are active. |
| 25k. | determining if any threads are active; | FliteLink and Gatelink determine if any data has not been transmitted or has been transmitted and dropped.  On information and belief, Zing determines if any data has not been transmitted or has been transmitted and dropped. |
| 25l. | repeating, when threads are active, the steps of waiting a predetermined period of time and determining if any threads are active; and | When data is yet to be transmitted or has been transmitted and dropped, FliteLink and Gatelink will wait a predetermined period of time and then check whether there is any data yet to be transmitted or whether any data has been transmitted and dropped.<br><br>On information and belief, when data is yet to be transmitted or has been transmitted and dropped, Zing will wait a predetermined period of time and then check whether there is any data yet to be transmitted or whether any data has been transmitted and dropped. |
| 25m. | exiting processing said flight data when no threads are active. | If there are no more unsent data files to download, FliteLink and Gatelink will terminate the connection for transmitting data relating to flight or performance of aircraft systems or components during flight.  On information and belief, if there are no more unsent data files to download, Zing will terminate the connection for transmitting data relating to flight or performance of aircraft systems or components during flight. |
| **33.** | **A computer readable medium having stored thereon instructions which when executed by a processor, cause the processor to perform the steps of:** | Honeywell's FliteLink Wireless Data Management system ("FliteLink"), and  Gatelink system ("Gatelink") employ computer-readable media having stored thereon instructions which when executed by a process cause the processor to perform the steps in 33.a.-d. |

22

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | | Honeywell's FliteLink is designed to work with Honeywell's FDAMS (Flight Data Acquisition & Management System). |
| | | Honeywell's Gatelink is designed to work with Honeywell's Terminal Area Wireless LAN Unit ("TWLU") equipped with cellular modem, Cabin Wireless LAN Unit ("CWLU") equipped with cellular modem, FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |
| 33a. | receiving flight data from a digital flight data acquisition unit in an aircraft, wherein said flight data is gathered in-flight by at least a first sensor on the aircraft, and includes time, airspeed, altitude, vertical acceleration, and heading data relating to a flight of the aircraft; | Honeywell's FliteLink is designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS.  The FDAMS includes an integrated PCMCIA removable storage device (PC-Card), which is a data storage medium.  The FDAMS is a multifunction airborne LRU that collects real-time data relating to flight or performance of aircraft systems or components during flight from sensors, and has DFDAU (Digital Flight Data Acquisition Unit) functionality.

As components of Honeywell's Gatelink, Honeywell's TWLU equipped with cellular modem and CWLU equipped with cellular modem are designed to receive data relating to flight or performance of aircraft systems or components during flight from Honeywell's FDAMS, Mark III Communications Management Unit ("CMU") (with optional storage), Mark IIIg CMU (with optional storage) and/or Mark II CMU.  Gatelink is also designed to work with electronic flight bags (EFBs), in-flight entertainment (IFE) systems and/or flight management systems (FMS). |

23

| Claim | Limitation | Honeywell Accused Products |
|---|---|---|
| | | FliteLink and Gatelink download Flight Operations and Quality Assurance (FOQA) data.  FOQA data, at a minimum, includes time, altitude, airspeed, vertical acceleration, heading, time of each radio transmission either to or from air traffic control, pitch attitude, roll attitude, longitudinal acceleration, control column or pitch control surface position and thrust of each engine. |
| 33b. | receiving a signal indicating a landing of the aircraft from at least a second sensor; | Both FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed.  For example, FliteLink will initiate transmission only after ground speed is less than 50 knots and nose squat equals ground.  And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |
| 33c. | processing said flight data to prepare said data for transmission; and | FliteLink and Gatelink each employ at least one processor to process data relating to flight or performance of aircraft systems or components during flight and to prepare such data for transmission.  For example, FliteLink and Gatelink compress such data and may perform encryption before transmitting the data. |
| 33d. | transmitting said processed data via a cellular infrastructure when said aircraft has landed, wherein the cellular infrastructure is accessed in response to the signal. | With little or no human involvement, Honeywell's FliteLink downloads data relating to flight or performance of aircraft systems or components gathered during flight to an airlines facility after landing of the aircraft using a cellular network.  "Using 802.11 (WiFi) and cellular/GPRS networks, FliteLink provides immediate access to flight data, thereby accelerating FOQA decision making."  "Affordable wireless transmission capability over CUM/GSM/802.11 or cellular communication links." |

24

| Claim | Limitation | Honeywell Accused Products |
|-------|-----------|---------------------------|
|       |           | "Larger data packages can be downloaded faster, more frequently, and more reliably than by direct downloading from the FDAMS or by collection of magnetic memory storage cards." |
|       |           | Honeywell's Gatelink is a high speed Cellular/WiFi Network, which connects aircraft to either a cellular network or a LAN, with little or no human involvement, to transmit data after landing of the aircraft, similar to Teledyne's WQAR. |
|       |           | FliteLink and Gatelink initiate transmission only after at least one discrete sensed parameter is met that is associated with the aircraft having landed.  For example, FliteLink will initiate transmission only after  ground speed is less than 50 knots and nose squat equals ground.  And, Gatelink will initiate transmission only after it receives a weight-on-wheels signal. |

25

Exhibit M
Page 27