**EXHIBIT R**

**Highly Confidential - Attorney Eyes Only**

**To Be Filed Manually Under Seal**