# EXHIBIT T

**Confidential - Outside Counsel Only**

**To Be Filed Manually Under Seal**