

COPY OF PAPERS
ORIGINALLY FILED

PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | John H. Hiett | Client Ref.: | A62-25262-US |
| Serial No.: | 09/224,214 | Docket No.: | 46180.7800 |
| Filing Date: | December 30, 1998 | Group Art: | 2664 |
| Title: | APPARATUS AND METHOD FOR DATA COMMUNICATIONS | Examiner | Brenda H. Pham |

## RESPONSE TO OFFICE ACTION

RECEIVED
JUN 0 3 2002
Technology Center 2600

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Office Action dated February 13, 2002, please amend the above

identified application as follows:

06/06/2002 MHGBEE1 00000003 192814  09224214
'01 FC:102      84.00 CH

## IN THE SPECIFICATION

Please amend the paragraph at page 11, lines 7-21, in the specification as follows:

Information requests are transmitted to the data source 104 by the transmission unit 206

via first communication medium 208. Moreover, the transmission unit 206 may also be

configured as a transceiver to receive data signals from data source 104 through transmission

medium 208 or from various components within transmission medium 208, e.g., an aeronautical

satellite system 310, a VHF ground station 412, or a ground-based LAN 512. Accordingly,

transmission unit 206 may be configured to validate the contents of the information requests

signals sent to the data source 104. In the present embodiment, transmission unit 206 includes

1176861

Exhibit U
Page 361

HON00000993

Appl. No. 09/224,214

multiple transmission mechanisms 810 available for transmitting the request to the data source

104, and a selection system 808 for selecting the appropriate transmission mechanism 810. For

example, referring now to Figure 8, the transmission unit 206 suitably comprises a selection

system 808 and multiple transmission mechanisms 810, such as a satellite transmitter unit 602, a

VHF radio unit 406, wireless LAN unit 506, and/or voice channel unit 812. Similarly, first

communication medium 208 also suitably includes multiple media corresponding to the various

transmission mechanisms, i.e., satellite, VHF radio, wireless, voice and/or direct cable or laser

signals.

## IN THE CLAIMS

Please cancel claims 2, 4, 5, 11 and 12 without prejudice or disclaimer. Please amend

claims 1, 3, 6, 7, 8, 9 and 10 as follows:

1. (Amended) A data communications system for retrieving data information, said data

communications system comprising:

a data source comprising a network system for the storage and delivery of the data

information;

an information request system comprising a transmission unit coupled to said data source

and adapted to request the data information from said data source wherein said transmission unit

comprises a satellite data unit and a radio frequency unit;

a first communication medium configured for transmission of requests for the data

information from the information request system to said data source, said first communication

medium comprising:

1176861

2

Appl. No. 09/224,214

an aeronautical satellite system and a ground station, wherein said aeronautical

satellite system is adapted to transmit data information requests from said satellite data

unit to said ground station, said ground station being coupled to said network system to

facilitate the transferring of said data information requests to said network system; and

a radio ground station adapted to receive information request signals from said

radio frequency unit, wherein said radio ground station is adapted to transmit data

information requests from said radio frequency unit to said network system;

a second communication medium comprising a direct broadcast satellite adapted to

receive data information from said data source and to broadcast said data information to said

receiver;

a receiver coupled to said data source by said second communication medium and

adapted to receive the data information requested by said information request system from said

data source; and

wherein said information request system is configured to select one of said aeronautical

satellite system and said radio ground station from said first communication medium for

transmission of data information requests.

~~3.~~ (Amended) A data communications system according to claim 1, wherein said

network system comprises a direct broadcasting system.

~~5.~~ (Amended) A data communications system according to claim 1, wherein said

information request system further comprises a wireless LAN unit and said first communication

medium further comprises:

a LAN ground station adapted to receive information request signals from said wireless

LAN unit, wherein said LAN ground station is adapted to transmit data information requests

Exhibit U
Page 363

HON00000995

Appl. No. 09/224,214

from said wireless LAN unit to said network system, and said network system is adapted to transfer information requests signals to said data source.

4 2. (Amended) A method for providing and controlling data communications from a direct broadcast system to a passenger carrier, said method comprising the steps of:

transmitting data information requests from an information request system to a ground station, said transmitting of data information requests provided through one of satellite transmission signals and radio transmission signals by way of selection between one of a satellite data unit and a radio frequency unit;

transmitting the data information requests from said ground station to said direct broadcast system through a network system;

accessing data information corresponding to the data information request from said direct broadcast system;

transmitting the data information from said direct broadcast system to a direct broadcast satellite; and

broadcasting the data information from said direct broadcast satellite to a receiver provided onboard said passenger carrier.

5 5. (Amended) A method according to claim 4, wherein said step of transmitting data information requests from said information request system to said ground station comprises:

transmitting the data information requests from said satellite data unit to an aeronautical satellite system utilizing said satellite transmission signals; and

transmitting the data information requests from said aeronautical satellite system to said ground station using said satellite transmission signals.

Exhibit U
Page 364

HON00000996

Appl. No. 09/224,214

6. (Amended) A method according to claim 7, wherein said step of transmitting data information requests from said information request system to said ground station comprises:

selecting one of a group of transmission mediums comprising an aeronautical satellite system, a radio frequency system, a wireless LAN system and a voice channel system for transmission of the data information requests.

7. (Amended)    A data communications system for a passenger carrier, said system comprising:

a transmission unit comprising a satellite data unit and a radio frequency unit, located on board said passenger carrier and operatively connected to a user interface, said transmission unit being configured to select one of said satellite data unit and said radio frequency unit for transmission of the information request signals, said satellite frequency unit configured for providing satellite transmission signals to an aeronautical satellite system, said aeronautical satellite system being adapted to provide the information request signals to said ground station, and said radio frequency unit for providing radio transmission signals to said ground station, wherein said ground station is adapted to receive the radio transmission signals and transmit said signals to said ground network;

a ground station for receiving information request signals from said transmission unit;

a direct broadcast system for providing data information;

a ground network for linking said ground station and said direct broadcast system to facilitate communications;

a direct broadcast satellite, said direct broadcast satellite adapted to interface and communicate with said direct broadcast system; and

1176861

5

HON00000997

Appl. No. 09/224,214

a receiver located onboard said passenger carrier and adapted to receive data signals broadcast from said direct broadcast satellite, said receiver being operatively connected to said user interface to facilitate the transmission of said data information from said direct broadcast system to passengers.

Please add the following new claims:

8 13. (New)   A data communications system according to claim 10, wherein said transmission unit further comprises a wireless LAN unit, said transmission unit being configured to select one of said satellite data unit, said radio frequency unit and said wireless LAN unit for transmission of the information request signals.

9 14. (New)   A data communications system according to claim 10, wherein said transmission unit further comprises a high power amplifier, a di-plexor low-noise amplifier, and a phased-array antenna, wherein said amplifiers are configured to facilitate transmission of information request signals from said satellite data unit to said phased-array antenna, and said phased-array antenna being configured to transmit the information request signals to said ground station.

10 15. (New)   A data communications system for retrieving data information, said data communications system comprising:

a data source comprising a network system for the storage and delivery of the data information;

an information request system comprising a transmission unit coupled to said data source and adapted to request the data information from said data source, wherein said transmission unit comprises a satellite data unit, a radio frequency unit, and a wireless LAN unit;

1176861

6   28

Appl. No. 09/224,214

a first communication medium configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising:

an aeronautical satellite system and a ground station, wherein said aeronautical satellite system is adapted to transmit data information requests from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said network system; and

a radio ground station adapted to receive information request signals from said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system; and

a LAN ground station adapted to receive information request signals from said wireless LAN unit, wherein said LAN ground station is adapted to transmit data information requests from said wireless LAN unit to said network system, and said network system is adapted to transfer information requests signals to said data source;

a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver;

a receiver coupled to said data source by said second communication medium and adapted to receive the data information requested by said information request system from said data source; and

wherein said information request system is configured to select one of said aeronautical satellite system, said radio ground station and said LAN ground station from said first communication medium for transmission of data information requests.

1176861

7

Exhibit U
Page 367

HON00000999

Appl. No. 09/224,214

16. (New)    A data communications system according to claim 18, wherein said information request system comprises a selection system configured to select one of said aeronautical satellite system, said radio ground station and said LAN ground station from said communication mediums for transmission of data information requests to said data source.

17. (New)    A data communications system according to claim 16, wherein said transmission unit further comprises:

a high power amplifier;

a di-plexor low-noise amplifier; and

a phased-array antenna, wherein said high power amplifier and said di-plexor low-noise amplifier are configured to facilitate transmission of requests signals from said satellite data unit to said phased-array antenna, and said phased-array antenna being configured to transmit the request signals to said data source through said first communication medium.

1176861                                                    8

HON00001000

Appl. No. 09/224,214

## REMARKS

In the February 13, 2002, Office Action, the Examiner rejected claims 1-12 pending in the application. This Response cancels claims 2, 4, 5, 11 and 12, without prejudice or disclaimer, amends claims 1, 3, 6-10, and presents new claims 13-17 for consideration. Applicant notes the Draft person's objections to the drawings, and plans to submit corrected, formal drawings upon receipt of a Notice of Allowance. After entry of the foregoing amendments, claims 1, 3, 6-10, and 13-17 (3 independent claims; 12 total claims) remain pending in the application. Reconsideration is respectfully requested.

Claims 1-12 stand rejected under 35 U.S.C. § 102(b) as being anticipated by Leuca et al., U.S. Patent No. 6,201,797, issued March 13, 2001 (hereinafter "Leuca"). In light of the amendments to claim 1, Applicant respectfully traverses this rejection.

Leuca generally discloses a method and a communications system in which a request for data transmitted by an airborne transmitter over a low-bandwidth air-to-ground communication system uplink and received by a ground-based receiver. The requested data is then transmitted over a high-bandwidth communication system downlink, such as a DBS satellite system downlink, preferably using an MPEG-2 compression technique, and received by an airborne receiver located on the same aircraft as the airborne transmitter. The received request for data is transmitted to a data network that contains the requested data, such as the Internet or a private data network, using circuit-switched techniques. According to Leuca, the requested data includes one of video information, audio information and textual information.

In contrast to Leuca, Applicant's amended independent claim 1 recites a data communications system for retrieving data information, said data communications system comprising a data source comprising a network system for the storage and delivery of the data

Exhibit U
Page 369

HON00001001

Appl. No. 09/224,214

information, an information request system comprising a transmission unit coupled to said data source and adapted to request the data information from said data source wherein said transmission unit comprises a satellite data unit and a radio frequency unit, a first communication medium configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising an aeronautical satellite system and a ground station, wherein said aeronautical satellite system is adapted to transmit data information requests from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said network system, and a radio ground station adapted to receive information request signals from said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system, a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver, a receiver coupled to said data source by said second communication medium and adapted to receive the data information requested by said information request system from said data source, and wherein said information request system is configured to select one of said aeronautical satellite system and said radio ground station from said first communication medium for transmission of data information requests. Support for the amendment to claim 1 can be found in the originally filed claims 2, 4 and 5, and in the originally filed specification. No new matter has been introduced.

Leuca does not disclose, teach or suggest various *elements of claim 1.* For example, Leuca fails to disclose, teach or suggest a first communication medium having both an aeronautical satellite system and a radio ground station, a second communication medium

Exhibit U
Page 370

HON00001002

Appl. No. 09/224,214

comprising a direct satellite is adapted to receive data information and to broadcast data information to said receiver, or wherein the information request system is configured to select one said aeronautical system and said radio ground station from said first communication medium.

While the Examiner acknowledges that Leuca does not teach an information request system further comprising a radio frequency unit, the Examiner contends that the radio frequency unit is inherently included within the aircraft 40 of Leuca. Applicant's counsel has reviewed Leuca and it is not apparent where any such information request system of Leuca comprises a transmission unit, let alone one comprising a satellite data unit and a radio frequency unit (claim 1), and a LAN unit (claim 6). Applicant respectfully submits that it is improper for the Examiner to contend that particular features are inherent properties within the prior art which are not demonstrated by the prior art, *i.e.*, arguments based on inherent properties cannot stand when there is no supporting teaching in the prior art. In re Spormann, 363 F.2d 444, 150 USPQ449, 452 (CCPA 1966) ("The inherency of an advantage and its obviousness are entirely different questions. That which may inherent is not necessarily known. Obviousness cannot be predicated on what is unknown.")

For the above reasons, Applicant submits that each and every element of independent claim 1 is not disclosed, taught or suggested by Leuca. Accordingly, claim 1 (and claims 3 and 6, each of which variously depend from claim 1) is not anticipated by Leuca, and Applicant respectfully requests the withdrawal of the rejection of claims 1, 3 and 6 under 35 U.S.C. § 102.

Furthermore, the invention of claims 1, 3 and 6 would not have been obvious to one skilled in the art having knowledge of Leuca. The Examiner cannot simply pick and choose among the individual elements of Leuca to recreate the claimed invention, but instead must look

1176861                                    11

HON00001003

Appl. No. 09/224,214

for some teaching or suggestion in Leuca to support their particular claim combination. <u>Symbol Technologies, Inc. v. Opticon, Inc.</u>, 935 F.2d 1569, 1576 19 USPQ2d 1241 (Fed. Cir. 1991) (citing <u>Smithkline Diagnostics, Inc. v. Helena Laboratories Corp.</u>, 859 F.2d 878, 887, 8 USPQ2d (BAN 1468, 1475 (Fed. Cir. 1988)).

Applicant's amended independent claim 7 recites a method for providing and controlling data communications from a direct broadcast system to a passenger carrier, said method comprising the steps of transmitting data information requests from an information request system to a ground station, said transmitting of data information requests provided through one of satellite transmission signals and radio transmission signals by way of selection between one of a satellite data unit and a radio frequency unit, transmitting the data information requests from said ground station to said direct broadcast system through a network system, accessing data information corresponding to the data information request from said direct broadcast system, transmitting the data information from said direct broadcast system to a direct broadcast satellite, and broadcasting the data information from said direct broadcast satellite to a receiver provided onboard said passenger carrier. Leuca does not disclose, teach or suggest the transmitting of data information requests provided through one of satellite transmission signals and radio transmission signals by way of selection between one of the satellite data unit and a radio frequency unit.

Applicant submits that each and every element of independent claim 7 is also not disclosed, taught or suggested by Leuca. Accordingly, claim 7 and claims 8 and 9 (each of which variously depend from claim 7) are not anticipated by Leuca, and Applicant respectfully requests the withdrawal of the rejection of claims 7-9 under 35 U.S.C. § 102.



Exhibit U
Page 372

HON00001004

Appl. No. 09/224,214

   Claim 9 is also independently patentable over Leuca in that claim 9 further recites the step of selecting one of a group of transmission mediums comprising an aeronautical satellite system, a radio frequency system, a wireless LAN system and a voice channel system for transmission of the data information requests. Each of these elements are simply not disclosed, taught or suggested by Leuca.

   Applicant's amended independent claim 10 recites a data communications system for a passenger carrier, said system comprising a transmission unit comprising a satellite data unit and a radio frequency unit, located on board said passenger carrier and operatively connected to a user interface, said transmission unit being configured to select one of said satellite data unit and said radio frequency unit for transmission of the information request signals, said satellite frequency unit configured for providing satellite transmission signals to an aeronautical satellite system, said aeronautical satellite system being adapted to provide the information request signals to said ground station, and said radio frequency unit for providing radio transmission signals to said ground station, wherein said ground station is adapted to receive the radio transmission signals and transmit said signals to said ground network, a ground station for receiving information request signals from said transmission unit, a direct broadcast system for providing data information, a ground network for linking said ground station and said direct broadcast system to facilitate communications, a direct broadcast satellite, said direct broadcast satellite adapted to interface and communicate with said direct broadcast system, and a receiver located onboard said passenger carrier and adapted to receive data signals broadcast from said direct broadcast satellite, said receiver being operatively connected to said user interface to facilitate the transmission of said data information from said direct broadcast system to passengers.

1176861                                    13

Appl. No. 09/224,214

For reasons similar to those above, Applicant submits that each and every element of independent claim 10 is not disclosed, taught or suggested by Leuca. Accordingly, claim 10 (and claims 13 and 14, each of which variously depend from claim 10) is not anticipated by Leuca, and Applicant respectfully requests the withdrawal of the rejection of claim 10 under 35 U.S.C. § 102.

In addition to the above reasons, claim 14 is not taught or suggested by Leuca for at least one other independent reason. For example, claim 14 further recites that said transmission unit "further comprises a high power amplifier, a di-plexor low-noise amplifier, and a phased-array antenna, wherein said amplifiers are configured to facilitate transmission of information request signals from said satellite data unit to said phased-array antenna, and said phased-array antenna being configured to transmit the information request signals to said ground station." These elements are simply not disclosed, taught or suggested by Leuca. Accordingly, claim 14 is independently allowable under § 102.

Applicant has also added new claims 15-17 which are believed to be allowable for the reasons set forth above with respect to Leuca.

Attached hereto is a marked-up version of the changes made to the specification and claims by the current amendment. The attached pages are captioned "**Version with Markings to Show Changes Made.**"

In view of the foregoing, Applicant respectfully submits that all the pending claims fully comply with 35 U.S.C. 112 and are allowable over the prior art of record. Reconsideration of the application and allowance of all pending claims is earnestly solicited. Should the Examiner wish to discuss any of the above in greater detail or deem that further amendments should be made to



1176861

14

HON00001006

Appl. No. 09/224,214

improve the form of the claims, then the Examiner is invited to telephone the undersigned at the

Examiner's convenience.

Respectfully submitted,

Dated: _5/13/02_                    By: _R. Lee Fraley_
                                    R. Lee Fraley
                                    Reg. No. 42,550

**SNELL & WILMER** L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202
Phone: (602) 382-6250
Fax: (602) 382-6070

1176861                          15

Exhibit U
Page 375

| *Notice of Allowability* | Application No. **09/224,214** | Applicant(s) **HIETT** |
|---|---|---|
| | Examiner **Brenda Pham** | Art Unit **2664** |

--*The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *5/13/20*

2. ☒ The allowed claim(s) is/are *1, 3, 6-10, 13-17, renumbering as 1-12 , respectively.*

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
     a) ☐ All    b) ☐ Some*    c) ☐ None   of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
     *Certified copies not received: _____

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
     (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☒ CORRECTED DRAWINGS must be submitted.
     (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached
         1) ☐ hereto   or   2) ☒ to Paper No. _7___ .
     (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.
     (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____ .

     Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)
| | | | |
|---|---|---|---|
| 1 ☐ | Notice of References Cited (PTO-892) | 2 ☐ | Notice of Informal Patent Application (PTO-152) |
| 3 ☐ | Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4 ☐ | Interview Summary (PTO-413), Paper No. _____ . |
| 5 ☐ | Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____ | 6 ☐ | Examiner's Amendment/Comment |
| 7 ☐ | Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8 ☒ | Examiner's Statement of Reasons for Allowance |
| 9 ☐ | Other | | |

Application/Control Number: 09/224,214                                        Page 2

Art Unit: 2664

## REASONS FOR ALLOWANCE

1.      Claims 1, 3, 6-10 and 13-17 are allowed.  Claims 2, 4, 5, 11 and 12 have been canceled.

2.      The following is an examiner's statement of reasons for allowance: the prior art made of

record does not teach or fairly suggests in combination a data communications system for

retrieving data information, said data communications system comprising: a data source

comprising a network system for the storage and delivery of the data information; an information

request system comprising a transmission unit coupled to said data source and adapted to request

the data information from said data source wherein said transmission unit comprises a satellite

data unit and a radio frequency unit; a first communication medium configured for transmission of

requests for the data information from the information request system to said data source, said

first communication medium comprising: an aeronautical satellite system and a ground station,

wherein said aeronautical satellite system is adapted to transmit data information requests from

said satellite data unit to said ground station, said ground station being coupled to said network

system to facilitate the transferring of said data information requests to said network system; and

a radio ground station adapted to receive information request signals from said radio frequency

unit, wherein said radio ground station is adapted to transmit data information requests from said

radio frequency unit to said network system; a second communication medium comprising a direct

broadcast satellite adapted to receive data information from said data source and to broadcast said

data information to said receiver; a receiver coupled to said data source by said second

communication medium and adapted to receive the data information requested by said information

request system from said data source; and wherein said information request system is configured

Application/Control Number: 09/224,214                                             Page 3

Art Unit: 2664

to select one of said aeronautical satellite system and said radio ground station from said first

communication medium for transmission of data information requests.

The prior art made of record fails to teach in combination a method for providing and

controlling data communications from a direct broadcast system to a passenger carrier, said

method comprising the steps of: transmitting data information requests from an information

request system to a ground station, said transmitting of data information requests provided

through one of satellite transmission signals and radio transmission signals by way of selection

between one of a satellite data unit and a radio frequency unit; transmitting the data information

requests from said ground station to said direct broadcast system through a network system;

accessing data information corresponding to the data information request from said direct

broadcast system; transmitting the data information from said direct broadcast system to a direct

broadcast satellite; and broadcasting the data information from said direct broadcast satellite to a

receiver provided onboard said passenger carrier.

The prior art made of record fails to teach a data communications system for a passenger

carrier, said system comprising: a transmission unit comprising a satellite data unit and a radio

frequency unit, located on board said passenger carrier and operatively connected to a user

interface, said transmission unit being configured to select one of said satellite data unit and said

radio frequency unit for transmission of the information request signals, said satellite frequency

unit configured for providing satellite transmission signals to an aeronautical satellite system, said

aeronautical satellite system being adapted to provide the information request signals to said

ground station, and said radio frequency unit for providing radio transmission signals to said

Application/Control Number: 09/224,214                                    Page 4

Art Unit: 2664

ground station, and said radio frequency unit for providing radio transmission signals to said

ground station, wherein said ground station is adapted to receive the radio transmission signals

and transmit said signals to said ground network; a ground station for receiving information

request signals from said transmission unit; a direct broadcast system for providing data

information; a ground network for linking said ground station and said direct broadcast system to

facilitate communications; a direct broadcast satellite, said direct broadcast satellite adapted to

interface and communicate with said direct broadcast system; a receiver located onboard said

passenger carrier and adapted to receive data signals broadcast from said direct broadcast

satellite, said receiver being operatively connected to said user interface to facilitate the

transmission of said data information from said direct broadcast system to passengers.

     The prior art fails to in combination a data communications system for retrieving data

information, said data communications system comprising: a data source comprising a network

system for the storage and delivery of the data information; an information request system

comprising a transmission unit coupled to said data source and adapted to request the data

information from said data source, wherein said transmission unit comprises a satellite data unit, a

radio frequency unit, and a wireless LAN unit; a first communication medium configured for

transmission of requests for the data information from the information request system to said data

source, said first communication medium comprising: an aeronautical satellite system and a

ground station, wherein said aeronautical satellite system is adapted to transmit data information

requests from said satellite data unit to said ground station, said ground station being coupled to

said network system to facilitate the transferring of said data information requests to said network

Exhibit U
Page 379

Application/Control Number: 09/224,214                                        Page 5

Art Unit: 2664

system; and a radio ground station adapted to receive information request signals from said radio

frequency unit, wherein said radio ground station is adapted to transmit data information requests

from said radio frequency unit to said network system; and a LAN ground station adapted to

receive information request signals from said wireless LAN unit, wherein said LAN ground

station is adapted to transmit data information requests from said wireless LAN unit to said

network system, and said network system is adapted to transfer information requests signals to

said data source; a second communication medium comprising a direct broadcast satellite adapted

to receive data information from said data source and to broadcast said data information to said

receiver; a receiver coupled to said data source by said second communication medium and

adapted to receive the data information requested by said information request system from said

data source; and wherein said information request system is configured to select one of said

aeronautical satellite system, said radio ground station and said LAN ground station from said

first communication medium for transmission of data information request.


3.     Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee.  Such submissions should be clearly labeled "Comments on statement of Reasons for

Allowance."

Application/Control Number: 09/224,214                                    Page 6

Art Unit: 2664

4.      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Brenda Pham whose telephone number is (703) 308-0148.  The examiner
can normally be reached on Monday-Friday from 9:00 to 5:00.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Wellington Chin, can be reached on (703) 305-4366.

        Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the Group receptionist whose telephone number is (703) 305-3900.

Brenda Pham
June 13, 2002

WELLINGTON CHIN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

128      7590      06/17/2002

HONEYWELL INTERNATIONAL INC.
101 COLUMBIA ROAD
P O BOX 2245
MORRISTOWN, NJ 07962-2245

| EXAMINER |
|---|
| PHAM, BRENDA H |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 2664 | 370-316000 |

DATE MAILED: 06/17/2002

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/224,214 | 12/30/1998 | JOHN H. HIETT | A62-25262-US | 3982 |

TITLE OF INVENTION: APPARATUS AND METHOD FOR DATA COMMUNICATIONS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $0 | $1280 | 09/17/2002 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above. If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.



**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>  Box ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231
<u>Fax</u>  (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1) | |
|---|---|
| 128    7590    06/17/2002 | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
| HONEYWELL INTERNATIONAL INC.<br>101 COLUMBIA ROAD<br>P O BOX 2245<br>MORRISTOWN, NJ 07962-2245 | **Certificate of Mailing or Transmission**<br>I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USTPO, on the date indicated below.<br><br>_____ (Depositor's name)<br>_____ (Signature)<br>_____ (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/224,214 | 12/30/1998 | JOHN H. HIETT | A62-25262-US | 3982 |

TITLE OF INVENTION: APPARATUS AND METHOD FOR DATA COMMUNICATIONS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $0 | $1280 | 09/17/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| PHAM, BRENDA H | 2664 | 370-316000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).<br><br>☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.<br><br>☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached. Use of a Customer Number is required. | 2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.<br><br>1 _____<br>2 _____<br>3 _____ |
|---|---|

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE        (B) RESIDENCE: (CITY and STATE OR COUNTRY)


Please check the appropriate assignee category or categories (will not be printed on the patent)  ☐ individual  ☐ corporation or other private group entity  ☐ government

| 4a. The following fee(s) are enclosed: | 4b. Payment of Fee(s): |
|---|---|
| ☐ Issue Fee<br>☐ Publication Fee<br>☐ Advance Order - # of Copies _____ | ☐ A check in the amount of the fee(s) is enclosed.<br>☐ Payment by credit card. Form PTO-2038 is attached.<br>☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

_____
(Authorized Signature)        (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/224,214 | 12/30/1998 | JOHN H. HIETT | A62-25262-US | 3982 |

128      7590      06/17/2002

HONEYWELL INTERNATIONAL INC.
101 COLUMBIA ROAD
P O BOX 2245
MORRISTOWN, NJ 07962-2245
UNITED STATES

| EXAMINER |
|---|
| PHAM, BRENDA H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2664 | |

DATE MAILED: 06/17/2002

## Determination of Patent Term Extension under 35 U.S.C. 154 (b)
### (application filed after June 7, 1995 but prior to May 29, 2000)

The patent term extension is 0 days. Any patent to issue from the above identified application will include an indication of the 0 day extension on the front page.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term extension is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

PTOL-85  (REV. 04-02)  Approved for use through 01/31/2004.

Exhibit U
Page 384