## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teledyne Technologies Inc., a Delaware corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>Honeywell International Inc., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 06-06803 MMM<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Honeywell's Markman Responsive Brief
Conf. Exhibits R-T to the Decl of Ephraim D. Starr in Support of Honeywell's Markman Responsive Brief

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

_December 17, 2007_____
Date

_Ephraim D. Starr_____
Attorney Name

_Defendant Honeywell International Inc._____
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).