QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
  Steven M. Anderson (Bar No. 144014)
  stevenanderson@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Teledyne Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TELEDYNE TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>―――――――――――――――<br><br>AND COUNTERCLAIM | CASE NO. 06-06803-MMM (SHx)<br><br>DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT TELEDYNE TECHNOLOGIES INCORPORATED'S RESPONSIVE CLAIM CONSTRUCTION BRIEF<br><br>The Honorable Margaret M. Morrow<br><br>Hearing Date: January 28, 2008<br>Time: 9:00 a.m.<br>Courtroom: 780<br><br>Trial Date: Sept. 23, 2008<br>Discovery Cut-off Date: June 6, 2008<br>Pre-trial Conference Date: Aug. 25, 2008 |

## DECLARATION OF ANTHONY P. ALDEN

I, Anthony P. Alden, declare as follows:

1. I am a member of the Bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys of record for Plaintiff and Counter-Defendant Teledyne Technologies Incorporated ("Teledyne"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I would and could testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of relevant excerpts from the Reexamination File History of U.S. Patent No. 6,181,990 (issued Jan. 30, 2001).

3. Attached as Exhibit B is a true and correct copy of relevant excerpts from Airplane Flying Handbook, U.S. Department of Transportation, Federal Aviation Administration (1999).

4. Attached as Exhibit C is a true and correct copy of relevant excerpts from the Prosecution File History of U.S. Patent No. 6,181,990 (issued Jan. 30, 2001).

5. Attached as Exhibit D is a true and correct copy of relevant excerpts from Federal RadioNavigation Systems, U.S. Department of Defense and U.S. Department of Transportation (2001).

6. Attached as Exhibit E is a true and correct copy of relevant excerpts from Aircraft Accident Report, National Transportation Safety Board (July 31, 1997).

7. Attached as Exhibit F is a true and correct copy of relevant excerpts from The New Oxford American Dictionary (2nd ed. 2005).

8. Attached as Exhibit G is a true and correct copy of relevant excerpts from The Cassell Dictionary and Thesaurus (1999).

9. Attached as Exhibit H is a true and correct copy of relevant excerpts from The Merriam-Webster's Collegiate Dictionary (10th ed. 1993).

1        10.    Attached as Exhibit I is a true and correct copy of Airplane
2  Flight Recorder Specifications, 14 C.F.R. Pt. 121, Appendix M.
3        11.    Attached as Exhibit J is a true and correct copy of U.S. Patent
4  No. 6,397,128 (issued May 28, 2002).
5        12.    Attached as Exhibit K is a true and correct copy of relevant
6  excerpts from The Authoritative Dictionary on IEEE Standards Terms (7th ed.
7  2000).
8        13.    Attached as Exhibit L is Teledyne's '990 Patent Claim
9  Construction Evidentiary Chart.
10        14.    Attached as Exhibit M is Teledyne's '468 Patent Claim
11  Construction Evidentiary Chart.
12        15.    Attached as Exhibit N is Teledyne's '152 Patent Claim
13  Construction Evidentiary Chart.
14        I declare under penalty of perjury under the laws of the United States of
15  America that the foregoing is true and correct.
16        Executed this 17th day of December, 2007, at Los Angeles, California.

*/s/ Anthony P. Alden*

-2-

ALDEN DECLARATION

20101/2327155.2