# AIRPLANE FLYING HANDBOOK

**Revised 1999**

U.S. DEPARTMENT OF TRANSPORTATION
**FEDERAL AVIATION ADMINISTRATION**
Flight Standards Service

Ex. B - 40

# CONTENTS

**CHAPTER 1—INTRODUCTION TO FLIGHT TRAINING**
Introduction ............................................................. 1-1
Choosing a Flight School ..................................... 1-1
Instructor/Student Relationship .......................... 1-1
Role of the FAA ..................................................... 1-1
Flight Standards District Offiices
(FSDO's)................................................................. 1-3
Study Habits .......................................................... 1-3
Study Materials ..................................................... 1-3
Collision Avoidance ............................................. 1-4

**CHAPTER 2—PREFLIGHT, POSTFLIGHT, AND GROUND OPERATIONS**
Introduction ............................................................ 2-1
Pilot Assessment ................................................... 2-1
Preflight Preparation and Flight Planning ........ 2-1
Airplane Preflight Inspection .............................. 2-2
Minimum Equipment Lists (MEL's) and
   Operations with Inoperative Equipment ........... 2-4
Cockpit Management ............................................ 2-5
Use of Checklists ................................................... 2-5
Ground Operations ................................................ 2-6
Taxiing .................................................................... 2-8
Taxi Clearances at Airports with an
   Operating Control Tower .............................. 2-10
Before Takeoff Check ........................................ 2-10
After-Landing ...................................................... 2-11
Postflight ............................................................. 2-12

**CHAPTER 3—TAKEOFFS AND CLIMBS**
Introduction ........................................................... 3-1
Terms and Definitions ......................................... 3-1
Prior to Takeoff .................................................... 3-2
Normal Takeoff ..................................................... 3-2
Crosswind Takeoff ............................................... 3-4
Short-field Takeoff and Climb ........................... 3-6
Soft-Field Takeoff and Climb ............................ 3-7
Rejected Takeoff ................................................. 3-10
Noise Abatement ................................................ 3-10

**CHAPTER 4—BASIC FLIGHT MANEUVERS**
Introduction ........................................................... 4-1
Integrated Flight Instruction .............................. 4-1
Attitude Flying ...................................................... 4-1
Straight-And-Level Flight .................................... 4-2
Turns ...................................................................... 4-2
Climbs .................................................................... 4-7
Descents ................................................................. 4-9

**CHAPTER 5—SLOW FLIGHT, STALLS, AND SPINS**
Introduction ........................................................... 5-
Slow flight ............................................................. 5-
Stalls ...................................................................... 5-:
Spins ...................................................................... 5-1
Spin Procedures .................................................. 5-1:
Aircraft Limitations ............................................ 5-1:
Weight and Balance Requirements .................. 5-1:

**CHAPTER 6—GROUND REFERENCE AND PERFORMANCE MANEUVERS**
Introduction ........................................................... 6-
Maneuvering by Reference to Ground
   Objects ............................................................... 6-
Performance Maneuvers .................................... 6-1:

**CHAPTER 7—AIRPORT TRAFFIC PATTERNS APPROACHES, AND LANDINGS**
Introduction ........................................................... 7-
Airport Traffic Patterns and Operations .......... 7-
Normal Approach and Landing ........................ 7-:
Crosswind Approach and Landing .................. 7-1:
Short-Field Approach and Landing ................. 7-1:
Soft-Field Approach and Landing ................... 7-1:
Power-Off Accuracy Approaches .................... 7-1:

**CHAPTER 8—FAULTY APPROACHES AND LANDINGS**
Introduction ........................................................... 8-:
Final Approaches .................................................. 8-:
Roundout (flare) ................................................... 8-:
Touchdown ............................................................ 8-:

**CHAPTER 9—FLIGHT BY REFERENCE TO INSTRUMENTS**
Introduction ........................................................... 9-1
Basic Instrument Training .................................. 9-1
Basic Instrument Flight ....................................... 9-:
Use of Navigation Systems ................................ 9-:
Use of Radar Services ......................................... 9-:

**CHAPTER 10—NIGHT OPERATIONS**
Introduction ......................................................... 10-1
Night Vision ........................................................ 10-1
Night Illusions ..................................................... 10-:
Pilot Equipment .................................................. 10-:
Airplane Equipment and Lighting ................... 10-:

Airport and Navigation Lighting Aids ............... 10-4
Preparation and Preflight ................. 10-5
Starting, Taxiing, and Runup ............. 10-5
Takeoff and Climb ........................... 10-6
Orientation and Navigation ............... 10-7
Approaches and Landings .................. 10-7
Night Emergencies ........................... 10-8

## CHAPTER 11—NAVIGATION SYSTEMS
Introduction ..................................... 11-1
VOR Navigation ............................... 11-1
VOR/DME RNAV ............................. 11-4
Loran-C Navigation .......................... 11-5
Global Positioning System (GPS) ........ 11-6
Radar Services ................................. 11-8

## CHAPTER 12—EMERGENCY OPERATIONS
Introduction ..................................... 12-1
Systems and Equipment Malfunctions ... 12-1
Emergency Approaches and Landings
   (actual) ....................................... 12-3

## CHAPTER 13—TRANSITION TO DIFFERENT AIRPLANES AND SYSTEMS
Introduction ..................................... 13-1
General ........................................... 13-1
Transition to Different Make and/or Model
Airplanes ........................................ 13-1
Airplane Systems .............................. 13-2
Pressurized Airplanes ........................ 13-3
Oxygen Systems ............................... 13-5
Physiological Altitude Limits .............. 13-7
Regulatory Requirements ................... 13-7

## CHAPTER 14—TRANSITION TO A MULTIENGINE AIRPLANE
Introduction ..................................... 14-1
Multiengine Performance Characteristics .. 14-1
The Critical Engine ........................... 14-2
Vmc for Certification ......................... 14-3
Performance .................................... 14-5
Factors in Takeoff Planning ............... 14-5
Accelerate/Stop Distance ................... 14-7
Propeller Feathering ......................... 14-9
Use of Trim Tabs .............................. 14-10
Preflight Preparation ......................... 14-10
Checklist ........................................ 14-10
Taxiing .......................................... 14-11
Normal Takeoffs .............................. 14-11
Crosswind Takeoffs .......................... 14-12

Short-Field or Obstacle Clearance Takeoff . 14-12
Stalls ............................................. 14-13
Emergency Descent .......................... 14-13
Approaches and Landings .................. 14-14
Crosswind Landings .......................... 14-15
Short-Field Landing .......................... 14-15
Go-Around Procedure ........................ 14-15
Engine Inoperative Emergencies .......... 14-16
Engine Inoperative Procedures ............ 14-16
Vmc Demonstrations ......................... 14-17
Engine Failure Before Lift-Off
   (rejected takeoff) .......................... 14-17
Engine Failure After Lift-off ............... 14-17
Engine Failure En Route .................... 14-19
Engine Inoperative Approach and Landing ..... 14-20

## CHAPTER 15—TRANSITION TO TAILWHEEL AIRPLANES
Introduction ..................................... 15-1
Landing Gear ................................... 15-1
Taxiing .......................................... 15-1
Normal Takeoff Roll .......................... 15-2
Takeoff .......................................... 15-3
Crosswind Takeoff ............................ 15-3
Short-Field Takeoff ........................... 15-4
Soft-Field Takeoff ............................. 15-4
Touchdown ..................................... 15-4
After-Landing Roll ............................ 15-5
Crosswind Landing ............................ 15-5
Crosswind After-Landing Roll ............. 15-6
Wheel Landing ................................. 15-6
Short-Field Landing .......................... 15-6
Soft-Field Landing ............................ 15-7
Ground Loop ................................... 15-7

## CHAPTER 16—TRANSITION TO SEAPLANES
Introduction ..................................... 16-1
Terms and Definitions ........................ 16-1
General ........................................... 16-2
Characteristics of Water .................... 16-2
Characteristics of Seaplanes ............... 16-4
Seaplane Bases/Landing Areas ............ 16-5
Safety Rules for Seaplanes ................. 16-5
Preflight Inspection ........................... 16-6
Taxiing .......................................... 16-6
Before Takeoff ................................. 16-10
Takeoffs ......................................... 16-10
Landings ........................................ 16-13
Anchoring, Mooring, Docking, and
   Beaching ..................................... 16-17

**CHAPTER 17—TRANSITION TO SKIPLANES**
INTRODUCTION ......................................................... 17-1
TERMS AND DEFINITIONS ........................................ 17-1
GENERAL .................................................................. 17-2
GROUND OPERATIONS ............................................. 17-3
OFF AIRPORT LANDING SITES ................................. 17-5
EMERGENCY OPERATIONS ....................................... 17-6

**CHAPTER 18—AERONAUTICAL DECISION MAKING**
INTRODUCTION ......................................................... 18-1
GENERAL .................................................................. 18-1
TYPES OF DECISIONS ............................................... 18-1
EFFECTIVENESS OF ADM ........................................ 18-2

**INDEX** .................................................................. I-1

**After-Landing Roll**

The landing process must never be considered complete until the airplane decelerates to the normal taxi speed during the landing roll or has been brought to a complete stop when clear of the landing area. Many accidents have occurred as a result of pilots abandoning their vigilance and positive control after getting the airplane on the ground.

The pilot must be alert for directional control difficulties immediately upon and after touchdown due to the ground friction on the wheels. The friction creates a pivot point on which a moment arm can act.

Loss of directional control may lead to an aggravated, uncontrolled, tight turn on the ground, or a ground loop. The combination of centrifugal force acting on the center of gravity (CG) and ground friction of the main wheels resisting it during the ground loop may cause the airplane to tip or lean enough for the outside wingtip to contact the ground. This may even impose a sideward force which could collapse the landing gear.

The rudder serves the same purpose on the ground as it does in the air—it controls the yawing of the airplane. The effectiveness of the rudder is dependent on the airflow, which depends on the speed of the airplane. As the speed decreases and the nosewheel has been lowered to the ground, the steerable nose provides more positive directional control.

The brakes of an airplane serve the same primary purpose as the brakes of an automobile—to reduce speed on the ground. In airplanes they may also be used as an aid in directional control when more positive control is required than could be obtained with rudder or nosewheel steering alone.

To use brakes, on an airplane equipped with toe brakes, the pilot should slide the toes or feet up from the rudder pedals to the brake pedals. If rudder pressure is being held at the time braking action is needed, that pressure should not be released as the feet or toes are being slid up to the brake pedals, because control may be lost before brakes can be applied.

During the ground roll, the airplane's direction of movement can be changed by carefully applying pressure on one brake or uneven pressures on each brake in the desired direction. Caution must be exercised when applying brakes to avoid overcontrolling.

The ailerons serve the same purpose on the ground as they do in the air—they change the lift and drag components of the wings. During the after-landing roll, they should be used to keep the wings level in much the same way they were used in flight. If a wing starts to rise, aileron control should be applied toward that wing to lower it. The amount required will depend on speed because as the forward speed of the airplane decreases, the ailerons will become less effective. Procedures for using ailerons in crosswind conditions are explained further in this chapter, in the crosswind landings section.

After the airplane is on the ground, back-elevator pressure may be gradually relaxed to place normal weight on the nosewheel to aid in better steering.

If available runway permits, the speed of the airplane should be allowed to dissipate in a normal manner. Once the airplane has slowed sufficiently and has turned on to the taxiway and stopped, the pilot should retract the flaps and clean up the airplane. Too many accidents have occurred as a result of the pilot unintentionally operating the landing gear control and retracting the gear instead of the flap control when the airplane was still rolling. The habit of positively identifying both of these controls, before actuating them, should be formed from the very beginning of flight training and continued in all future flying activities.

**Hydroplaning**

When there is a film of water on a runway, the airplane ground controllability and braking efficiency can be seriously affected. As the speed of the airplane and depth of the water increase, the water layer builds up an increasing resistance to displacement, resulting in the formation of a wedge of water beneath the tire. This progressively lifts the tire, decreasing the area in contact with the runway and causes the airplane to hydroplane on the film of water. In this condition, the tires no longer contribute to directional control and braking action is nil.

There are basically three types of hydroplaning they are dynamic, viscous, and reverted rubber.

**Dynamic**

Dynamic hydroplaning occurs when there is standing water on the runway surface. Water about one-tenth of an inch deep acts to lift the tire off the runway as explained above.

**Viscous**

Viscous hydroplaning is due to the viscous properties of water. A thin film of fluid no more than one-thousandth of an inch in depth cannot be penetrated by the tire and the tire rolls on top of this film. This can occur at a much lower speed than dynamic

# AFTER-LANDING ROLL

The landing process must never be considered complete until the airplane decelerates to the normal taxi speed during the landing roll or has been brought to a complete stop when clear of the landing area. The pilot must be alert for directional control difficulties immediately upon and after touchdown due to the ground friction on the wheels. The friction creates a pivot point on which a moment arm can act. This is because the CG is behind the main wheels. [Figure 15-2]



FIGURE 15-2—*Effect of CG on directional control.*

Any difference between the direction the airplane is traveling and the direction it is headed will produce a moment about the pivot point of the wheels, and the airplane will tend to swerve. Loss of directional control may lead to an aggravated, uncontrolled, tight turn on the ground, or a ground loop. The combination of inertia acting on the CG and ground friction of the main wheels resisting it during the ground loop may cause the airplane to tip or lean enough for the outside wingtip to contact the ground, and may even impose a sideward force that could collapse the landing gear. The aircraft can ground loop late in the after-landing roll because rudder effectiveness decreases with the decreasing flow of air along the rudder surface as the airplane slows. As the airplane speed decreases and the tailwheel has been lowered to the ground, the steerable tailwheel provides more positive directional control.

To use the brakes, the pilot should slide the toes or feet up from the rudder pedals to the brake pedals. If rudder pressure is being held at the time braking action is needed, that pressure should not be released as the feet or toes are being slid up to the brake pedals, because control may be lost before brakes can be applied. During the ground roll, the airplane's direction of movement may be changed by carefully applying pressure on one brake or uneven pressures on each brake in the desired direction. Caution must be exercised, when applying brakes to avoid overcontrolling.

If a wing starts to rise, aileron control should be applied toward that wing to lower it. The amount required will depend on speed because as the forward speed of the airplane decreases, the ailerons will become less effective.

The elevator control should be held back as far as possible and as firmly as possible, until the airplane stops. This provides more positive control with tailwheel steering, tends to shorten the after-landing roll, and prevents bouncing and skipping.

If available runway permits, the speed of the airplane should be allowed to dissipate in a normal manner by the friction and drag of the wheels on the ground. Brakes may be used if needed to help slow the airplane. After the airplane has been slowed sufficiently and has been turned onto a taxiway or clear of the landing area, it should be brought to a complete stop. Only after this is done should the pilot retract the flaps and perform other checklist items.

# CROSSWIND LANDING

If the crab method of drift correction has been used throughout the final approach and roundout, the crab must be removed before touchdown by applying rudder to align the airplane's longitudinal axis with its direction of movement. This requires timely and accurate action. Failure to accomplish this results in severe sideloads being imposed on the landing gear and imparts ground looping tendencies.

If the wing-low method is used, the crosswind correction (aileron into the wind and opposite rudder) should be maintained throughout the roundout, and the touchdown made on the upwind main wheel.

During gusty or high-wind conditions, prompt adjustments must be made in the crosswind correction to assure that the airplane does not drift as the airplane touches down.

Ex. B - 45

15-5