# The New Oxford American Dictionary

SECOND EDITION

FIRST EDITION

Elizabeth J. Jewell
Frank Abate

SECOND EDITION

Erin McKean



OXFORD
UNIVERSITY PRESS

2005

Ex. F - 93

# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford   New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

The first edition of the *New Oxford American Dictionary* was based on *The New Oxford Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2005 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
*www.oup.com/us*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a
retrieval system, or transmitted, in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without prior permission of
Oxford University Press

Library of Congress Cataloging-in-Publication Data

The new Oxford American dictionary.-- 2nd ed.
    p. cm.
 ISBN 0-19-517077-6
 1. English language--United States--Dictionaries. 2.
Americanisms--Dictionaries.
 PE1628.N429 2005
 423'.1--dc22
                    2005000941

This book includes some words that are, or are asserted to be, proprietary names or
trademarks. Their inclusion does not imply that they have acquired for legal
purposes a nonproprietary or general significance, nor is any other  judgment
implied concerning their legal status. In cases where the editor has some evidence
that a word is used as a proprietary name or trademark, this is indicated by the
designation trademark, but no judgment concerning the legal status of such words is
made or implied thereby.

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America on acid-free paper



**au·to·gi·ro** /ˌôtōˈjīrō/ (also **au·to·gy·ro**) ▶ *n.* (*pl.* **-ros**) a form of aircraft with freely rotating horizontal vanes and a propeller. It differs from a helicopter in that the vanes are not powered but rotate in the slipstream, propulsion being by a conventional mounted engine. ▷1920s: from Spanish, from *auto* 'self' + *giro* 'gyration.'

**au·to·graft** /ˈôtəˌgraft/ ▶ *n.* a graft of tissue from one point to another of the same individual's body.

**au·to·graph** /ˈôtəˌgraf/ ▶ *n.* **1** a signature, esp. that of a celebrity written as a memento for an admirer: *fans surged around the car asking for autographs.* **2** a manuscript or musical score in the author's or musician's own handwriting. ■ a person's handwriting: *a songbook in Purcell's autograph.*
▶ *v.* [*trans.*] (of a celebrity) write one's signature on (something); sign: *the whole team autographed a shirt for him* | [as *adj.*] (**autographed**) *an autographed photo.*
▶ *adj.* written in the author's own handwriting: *an autograph manuscript.* ■ (of a painting or sculpture) done by the artist, not by a copier. ▷early 17th cent.: from French *autographe* or late Latin *autographum*, from Greek *autographon*, neuter of *autographos* 'written with one's own hand,' from *autos* 'self' + *graphos* 'written.'

**au·tog·ra·phy** /ôˈtägrəfē/ ▶ *n.* (*pl.* **-phies**) an autobiography: *Arthur Miller's splendid autography*, Timebends.

**Au·to·harp** /ˈôtōˌhärp/ ▶ *n.* trademark a kind of zither with a mechanical device that allows the playing of a chord by damping all the other strings.

**au·to·hyp·no·sis** /ˌôtōhipˈnōsis/ ▶ *n.* induction of a hypnotic state in oneself; self-hypnosis. —**au·to·hyp·not·ic** /-ˈnätik/ *adj.*

**au·to·im·mune** /ˌôtōəˈmyo͞on/ ▶ *adj. Medicine* of or relating to disease caused by antibodies or lymphocytes produced against substances naturally present in the body: *the infection triggers an autoimmune response.* —**au·to·im·mu·ni·ty** /-ˈnitē/ *n.*

**au·to·in·tox·i·ca·tion** /ˌôtō-inˌtäksiˈkāSHən/ ▶ *n. Medicine* poisoning by a toxin formed within the body itself.

**au·to·load** /ˈôtōˌlōd/ ▶ *adj.* self-loading; semiautomatic: *24mm film in autoload cartridges.* —**au·to·load·er** *n.* —**au·to·load·ing** *n.*

**au·tol·o·gous** /ôˈtäləgəs/ ▶ *adj.* (of cells or tissues) obtained from the same individual: *autologous bone marrow transplants.*

**au·tol·y·sis** /ôˈtäləsis/ ▶ *n. Biology* the destruction of cells or tissues by their own enzymes, esp. those released by lysosomes. —**au·to·lyt·ic** /ˌôtlˈitik/ *adj.*

**au·to·mat** /ˈôtəˌmat/ ▶ *n. historical* a cafeteria in which food and drink were obtained from vending machines. ▷late 17th cent. (denoting an automaton): from German, from French *automate*, from Latin *automaton* (see **AUTOMATON**). The current sense dates from the early 20th cent.

**au·to·mate** /ˈôtəˌmāt/ ▶ *v.* [*trans.*] convert (a process or facility) to largely automatic operation: *industry is investing in automating production* | [as *adj.*] (**automated**) *a fully automated process.* ▷1950s: back-formation from **AUTOMATION**.

**Au·to·mat·ed Clear·ing·house** /ˈôtəˌmātid ˈkli(ə)riNG ˌhous/ ▶ *n.* the clearing and settlement system used by U.S. commercial banks and other institutions.

**au·to·mat·ed tell·er ma·chine** (also **au·to·mat·ic tell·er ma·chine**) (abbr.: **ATM**) ▶ *n.* a machine that automatically provides cash and performs other banking services on insertion of a special card by the account holder.

**au·to·mat·ic** /ˌôtəˈmatik/ ▶ *adj.* **1** (of a device or process) working by itself with little or no direct human control: *an automatic kettle that switches itself off when it boils* | *calibration is fully automatic.* ■ (of a firearm) self-loading and able to fire continuously until the ammunition is exhausted or the pressure on the trigger is released: *automatic weapons.* ■ (of a motor vehicle or its transmission) using gears that shift by themselves according to speed and acceleration: *a four-speed automatic gearbox.* **2** done or occurring spontaneously, without conscious thought or intention: *automatic physical functions such as breathing* | *"Nice to meet you," he said, with automatic politeness.* ■ occurring as a matter of course and without debate: *he is the automatic choice for the senior team.* ■ (esp. of a legal sanction) given or imposed as a necessary and inevitable result of a fixed rule or particular set of circumstances: *for missing the team workout, he received an automatic one-game suspension.*
▶ *n.* **1** an automatic machine or device, in particular: ■ a gun that continues firing until the ammunition is exhausted or the pressure on the trigger is released. ■ a vehicle with automatic transmission.

**2** *Football* another term for **AUDIBLE**. ▷mid 18th cent.: from Greek *automatos* 'acting of itself' (see **AUTOMATON**) + -IC. —**au·to·mat·i·cal·ly** /-ik(ə)lē/ *adv.* —**au·to·mat·ic·i·ty** /-məˈtisitē/ *n.*

**au·to·mat·ic gain con·trol** (abbr.: **AGC**) ▶ *n. Electronics* a feature of certain amplifier circuits that gives a constant output over a wide range of input levels.

**au·to·mat·ic pi·lot** ▶ *n.* a device for keeping an aircraft on a set course without the intervention of the pilot: *figurative cruising through life on automatic pilot.*

**au·to·mat·ic writ·ing** ▶ *n.* writing said to be produced by a spiritual, occult, or subconscious agency rather than by the conscious intention of the writer.

**au·to·ma·tion** /ˌôtəˈmāSHən/ ▶ *n.* the use of largely automatic equipment in a system of manufacturing or other production process: *unemployment due to the spread of automation* | *the automation of office tasks.* ▷1940s (originally U.S.): irregular formation from **AUTOMATIC** + **-ATION**.

**au·tom·a·tism** /ôˈtäməˌtizəm/ ▶ *n.* the performance of actions without conscious thought or intention. ■ *Art* the avoidance of conscious intention in producing works of art, esp. by using mechanical techniques or subconscious associations. ■ an action performed unconsciously or involuntarily. ▷mid 19th cent.: from French *automatisme*, from *automate* 'automaton,' from Greek *automatos* 'acting of itself' (see **AUTOMATON**).

**au·tom·a·tize** /ôˈtäməˌtīz/ ▶ *v.* [*trans.*] [usu. as *adj.*] (**automatized**) make automatic or habitual: *the need to refresh automatized forms of literature.* —**au·tom·a·ti·za·tion** /ô-ˌtämətiˈzāSHən/ *n.*

**au·tom·a·ton** /ôˈtämətən/; -ˌtän/ ▶ *n.* (*pl.* **-ta** /-tə/ or **-tons**) a moving mechanical device made in imitation of a human being. ■ a machine that performs a function according to a predetermined set of coded instructions, esp. one capable of a range of programmed responses to different circumstances. ■ used in similes and comparisons to refer to a person who seems to act in a mechanical or unemotional way: *she went about her preparations like an automaton.* ▷early 17th cent.: via Latin from Greek, neuter of *automatos* 'acting of itself,' from *autos* 'self.'

**au·to·mim·ic·ry** /ˌôtəˈmimikrē/ ▶ *n.* the mimicking or accentuation of some characteristic of one's own species as an adaptive response.

**au·to·mize** /ˈôtəˌmīz/ ▶ *v.* **1** another term for **AUTOMATE**. **2** another term for **AUTOMATIZE**.

**au·to·mo·bile** /ˌôtəmōˈbēl/ ▶ *n.* a road vehicle, typically with four wheels, powered by an internal combustion engine or electric motor and able to carry a small number of people. ▷late 19th cent.: from French, from *auto-* 'self' + *mobile* 'mobile.'

**au·to·mo·tive** /ˌôtəˈmōtiv/ ▶ *adj.* [*attrib.*] of, relating to, or concerned with motor vehicles.

**au·to·nom·ic** /ˌôtəˈnämik/ ▶ *adj.* [*attrib.*] chiefly *Physiology* involuntary or unconscious; relating to the autonomic nervous system. ▷mid 19th cent. (in the sense 'self-governing'): from **AUTONOMY** + **-IC**.

**au·to·nom·ic nerv·ous sys·tem** ▶ *n.* the part of the nervous system responsible for control of the bodily functions not consciously directed, such as breathing, the heartbeat, and digestive processes.

**au·ton·o·mous** /ôˈtänəməs/ ▶ *adj.* (of a country or region) having self-government, at least to a significant degree: *the federation included sixteen autonomous republics.* ■ acting independently or having the freedom to do so: *an autonomous committee of the school board* | *autonomous underwater vehicles.* ■ (in Kantian moral philosophy) acting in accordance with one's moral duty rather than one's desires. ▷early 19th cent.: from Greek *autonomos* 'having its own laws' + -OUS. —**au·ton·o·mous·ly** *adv.*

**au·ton·o·my** /ôˈtänəmē/ ▶ *n.* (*pl.* **-mies**) (of a country or region) the right or condition of self-government, esp. in a particular sphere: *Tatarstan demanded greater autonomy within the Russian Federation.* ■ a self-governing country or region. ■ freedom from external control or influence; independence: *economic autonomy is still a long way off for many women.* ■ (in Kantian moral philosophy) the capacity of an agent to act in accordance with objective morality rather than under the influence of desires. ▷early 17th cent.: from Greek *autonomia*, from *autonomos* 'having its own laws,' from *autos* 'self' + *nomos* 'law.' —**au·ton·o·mist** /-mist/ *n.* & *adj.*

**au·to·pa·thog·ra·phy** /ˌôtōpəˈTHägrəfē/ ▶ *n.* (*pl.* **-phies**) an autobiography dealing primarily with the influence of a disease, disability, or psychological

disorder on the author's life. ▷blend of *autobiography* and *pathography*.

**au·to·pi·lot** /ˈôtōˌpīlət/ ▶ *n.* short for **AUTOMATIC PILOT**.

**au·top·sy** /ˈôˌtäpsē/ ▶ *n.* (*pl.* **-sies**) a postmortem examination to discover the cause of death or the extent of disease: [as *adj.*] *an autopsy report.*
▶ *v.* (**-sies**, **-sied**) [*trans.*] perform a postmortem examination on (a body or organ): [as *adj.*] (**autopsied**) *an autopsied brain.* ▷mid 17th cent. (in the sense 'personal observation'): from French *autopsie* or modern Latin *autopsia*, from Greek, from *autoptēs* 'eyewitness,' from *autos* 'self' + *optos* 'seen.'

**au·to·ra·di·o·gram** /ˌôtōˈrādēəˌgram/ ▶ *n.* another term for **AUTORADIOGRAPH**.

**au·to·ra·di·o·graph** /ˌôtōˈrādēəˌgraf/ ▶ *n.* a photograph of an object produced by radiation from radioactive material in the object and revealing the distribution or location of labeled material in the object.
▶ *v.* [*trans.*] make an autoradiograph of. —**au·to·ra·di·o·graph·ic** /-ˌrādēəˈgrafik/ *adj.* —**au·to·ra·di·og·ra·phy** /-ˌrādēˈägrəfē/ *n.*

**au·to·ro·ta·tion** /ˌôtōrōˈtāSHən/ ▶ *n.* rotation of an object caused by the flow of moving air or water around the shape of the object (e.g., a winged seed). ■ such rotation in the rotor blades of a helicopter that is descending without engine power. —**au·to·ro·tate** /-ˈrōtāt/ *v.*

**au·to·route** /ˈôtōˌro͞ot/ ▶ *n.* a highway in a French-speaking country. ▷1960s: from French, from *auto(mobile)* 'car' + *route* 'route.'

**au·to·shap·ing** /ˈôtōˌSHāpiNG/ ▶ *n. Psychology* a method of conditioning in which the conditioned response has not been reinforced by reward or punishment, but is a modified instinctive response to certain stimuli.

**au·to·some** /ˈôtōˌsōm/ ▶ *n. Biology* any chromosome that is not a sex chromosome. —**au·to·so·mal** /ˌôtōˈsōməl/ *adj.*

**au·to·stra·da** /ˈôtōˌsträdə/ ▶ *n.* (*pl.* **-stra·das** or **-stra·de** /-ˌsträdē/) an Italian highway. ▷1920s: from Italian, from *auto* 'automobile' + *strada* 'road.'

**au·to·sug·ges·tion** /ˌôtōsə(g)ˈjesCHən/ ▶ *n.* the hypnotic or subconscious adoption of an idea that one has originated oneself, e.g. through repetition of verbal statements to oneself in order to change behavior.

**au·to·tel·ic** /ˌôtəˈtelik/ ▶ *adj. formal* (of an activity or a creative work) having an end or purpose in itself. ▷early 20th cent.: from **AUTO-** 'self' + Greek *telos* 'end' + -IC.

**au·tot·o·my** /ôˈtätəmē/ ▶ *n. Zoology* the casting off of a part of the body (e.g., the tail of a lizard) by an animal under threat.

**au·to·tox·in** /ˈôtōˌtäksin/ ▶ *n.* a substance produced by an organism that is toxic to the organism itself. —**au·to·tox·ic** /ˌôtōˈtäksik/ *adj.*

**au·to·trans·form·er** /ˌôtōtransˈfôrmər/ ▶ *n.* an electrical transformer that has a single coil winding, part of which is common to both primary and secondary circuits.

**au·to·trans·plan·ta·tion** /ˌôtōˌtransplanˈtāSHən/ ▶ *n.* transplantation of tissue from one site to another in the same individual. —**au·to·trans·plant** /-ˈtransˌplant/ *n.* —**au·to·trans·plant·ed** /-ˈtransˈplantid/ *adj.*

**au·to·troph** /ˈôtəˌträf/; -ˌtrōf/ ▶ *n. Biology* an organism that is able to form nutritional organic substances from simple inorganic substances such as carbon dioxide. Compare with **HETEROTROPH**. —**au·to·troph·ic** *adj.* —**au·tot·ro·phy** *n.*

**au·to·wind·er** /ˈôtōˌwīndər/ ▶ *n.* a device that automatically advances the film in a camera after a picture has been taken. —**au·to·wind** *n.* & *v.*

**au·to·work·er** /ˈôtōˌwərkər/ ▶ *n.* a worker in the automobile industry.

**au·tox·i·da·tion** /ˌôˌtäksiˈdāSHən/ ▶ *n. Chemistry* spontaneous oxidation of a substance at ambient temperatures in the presence of oxygen. —**au·tox·i·dize** /ôˈtäksiˌdīz/ *v.*

**Au·try** /ˈôtrē/, (Orvon) Gene (1907–98), U.S. singer and actor; known as **the Singing Cowboy**. His credits include the first cowboy song recording (1929) and many musical western movies.

**au·tumn** /ˈôtəm/ ▶ *n.* the third season of the year, when crops and fruits are gathered and leaves fall, in the northern hemisphere from September to November and in the southern hemisphere from March to May: *the countryside is ablaze with color in autumn* | [as *adj.*] *autumn l*...... ■ *Ast* tumnal equinox to t

Case 2:06-cv-06803-MMM-SH   Document 49-6   Filed 12/18/07   Page 4 of 4

sake," he wheedled. ■ [trans.] (**wheedle someone into doing something**) coax or persuade someone to do something. ■ [trans.] (**wheedle something out of**) coax or persuade (someone) to say or give something. ▷mid 17th cent.: perhaps from German *wedeln* 'cringe, fawn,' from *Wedel* 'tail, fan.' —**wheedler** n. —**whee·dling·ly** adv.

**wheel** /(h)wēl/ ▶n. **1** a circular object that revolves on an axle and is fixed below a vehicle or other object to enable it to move easily over the ground. ■ a circular object that revolves on an axle and forms part of a machine. ■ (**the wheel**) used in reference to the cycle of a specified condition or set of events: *the final release from the wheel of life.* ■ (**the wheel**) *historical* a large wheel used as an instrument of punishment or torture, esp. by binding someone to it and breaking their limbs: *a man sentenced to be broken on the wheel.* **2** a machine or structure having a wheel as its essential part. ■ (**the wheel**) a steering wheel (used in reference to driving or steering a vehicle or vessel): *his crew knows when he wants to take the wheel.* ■ a vessel's propeller or paddle-wheel. ■ a device with a revolving disk or drum used in various games of chance. ■ a system, or a part of a system, regarded as a relentlessly moving machine: *the wheels of justice.* **3** (**wheels**) *informal* a car: *she's got wheels now.* ■ a bicycle. **4** a thing resembling a wheel in form or function, in particular a cheese made in the form of a disk. **5** an instance of wheeling; a turn or rotation. **6** *informal* short for BIG WHEEL.
▶v. **1** [trans.] push or pull (a vehicle with wheels): *the sea sled was wheeled out to the flight deck.* ■ [trans.] carry (someone or something) in or on a vehicle with wheels: *a young woman is wheeled into the operating room.* ■ (**wheel something in/on/out**) *informal* produce something that is unimpressive because it has been frequently seen or heard before: *the old journalistic arguments have to be wheeled out.* **2** [intrans.] (of a bird or aircraft) fly in a wide circle or curve: *the birds wheeled and dived.* ■ turn around quickly so as to face another way: *Robert wheeled around to see the face of Mr. Mafouz.* ■ turn or seem to turn on an axis or pivot: *the stars wheeled through the sky.* ▷Old English *hwēol* (noun), of Germanic origin, from an Indo-European root shared by Sanskrit *cakra* 'wheel, circle' and Greek *kuklos* 'circle.' —**wheeled** adj. [in combination] *a four-wheeled cart.* —**wheel·less** adj.
▶PHRASES □ **on wheels 1** by, or traveling by, car or bicycle: *a journey on wheels.* ■ (of a service) brought to one's home or district; mobile. **2** *informal* used to emphasize one's distaste or dislike of the person or thing mentioned: *she was a bitch on wheels.* □ **wheel and deal** engage in commercial or political scheming, esp. unscrupulously: [as n.] (**wheeling and dealing**) *the wheeling and dealing of the Wall Street boom years.* □ **the wheel of Fortune** the wheel that the deity Fortune is fabled to turn as a symbol of random luck or change. □ **wheels within wheels** used to indicate that a situation is complicated and affected by secret or indirect influences.

**wheel and ax·le** ▶n. a simple lifting machine consisting of a rope that unwinds from a wheel onto a cylindrical drum or shaft joined to the wheel to provide mechanical advantage.

**wheel arch** ▶n. an arch-shaped cavity in the body of a vehicle, which houses a wheel.

**wheel·bar·row** /'(h)wēl‚barō/ ▶n. a small cart with a single wheel at the front and two supporting legs and two handles at the rear, used typically for carrying loads in building-work or gardening.
▶v. [trans.] carry (a load) in a wheelbarrow.


wheelbarrow

**wheel·base** /'(h)wēl‚bās/ ▶n. the distance between the front and rear axles of a vehicle: [in combination] *a short-wheelbase model.*

**wheel·chair** /'(h)wēl‚CHe(ə)r/ ▶n. a chair built on wheels for an invalid or disabled person, pushed by another person or propelled by the occupant, or motorized.

**wheel dog** ▶n. the dog harnessed nearest to the sleigh in a dog team.

**Whee·ler** /'(h)wēlər/, John Archibald (1911– ), U.S. theoretical physicist. Wheeler worked with Niels Bohr on nuclear fission and collaborated with Richard Feynman on problems concerning the retarded effects of action at a distance. He coined the term **black hole** in 1968.

**wheel·er** /'(h)wēlər/ ▶n. **1** [in combination] a vehicle having a specified number of wheels: *a huge eighteen-wheeler truck.* **2** a wheelwright. **3** a horse harnessed next to the wheels of a cart and behind a leading horse.

**wheel·er-deal·er** (also **wheel·er and deal·er**) ▶n. a person who engages in commercial or political scheming. —**wheel·er-deal·ing** n.

**Whee·ler Peak** /'(h)wēlər/ a peak in the Sangre de Cristo Mountains, northeast of Taos, the highest peak in New Mexico at 13,161 feet (4,011 m)

**wheel horse** ▶n. a horse harnessed nearest the wheels of a vehicle. ■ *figurative* a responsible and hardworking person, esp. an experienced and conscientious member of a political party.

**wheel·house** /'(h)wēl‚hous/ ▶n. a part of a boat or ship serving as a shelter for the person at the wheel.

**wheel·ie** /'(h)wēlē/ ▶n. *informal* a trick or maneuver whereby a bicycle or motorcycle is ridden for a short distance with the front wheel raised off the ground.

**Whee·ling** /'(h)wēliNG/ a historic industrial city in northern West Virginia, on the Ohio River; pop. 31,419.

**wheel lock** ▶n. *historical* a kind of gunlock having a steel wheel that rubbed against a flint. ■ a gun having such a gunlock.

**wheel·man** /'(h)wēl‚mən/ ▶n. (*pl.* -**men**) a person who drives a car or takes the wheel of a boat. ■ a cyclist.

**wheels·man** /'(h)wēlzmən/ ▶n. (*pl.* -**men**) a person who steers a ship or boat.

**wheel·spin** /'(h)wēl‚spin/ ▶n. rotation of a wheel's wheels without traction.

**wheel well** ▶n. a recess in a vehicle in which a wheel is located.

**wheel·wright** /'(h)wēl‚rīt/ ▶n. *chiefly historical* a person who makes or repairs wooden wheels.

**wheeze** /(h)wēz/ ▶v. [intrans.] (of a person) breathe with a whistling or rattling sound in the chest, as a result of obstruction in the air passages: *the illness often leaves her wheezing.* ■ [trans.] utter with such a sound: *he could barely wheeze out his pleas for a handout* | [with *direct speech*] *"Don't worry son," he wheezed.* ■ [intrans.] walk or move slowly with such a sound: *she wheezed up the hill toward them.* ■ (of a device) make an irregular rattling or spluttering sound: *the engine coughed, wheezed, and shrieked into life.*
▶n. [usu. in *sing.*] **1** a sound of or as of a person wheezing: *I talk with a wheeze.* **2** an old joke, story, aphorism, act, or routine: *the old wheeze about the diner complaining about the fly in his soup.* ■ *Brit., informal* a clever or amusing scheme, idea, or trick: *a new wheeze to help farmers.* ▷late Middle English: probably from Old Norse *hvæsa* 'to hiss.' —**wheez·er** n. —**wheez·ing·ly** adv.

**wheez·y** /'(h)wēzē/ ▶adj. making the sound of a person wheezing: *a wheezy laugh.* —**wheez·i·ly** /-əlē/ adv. —**wheez·i·ness** n.

**whelk**[1] /(h)welk/ ▶n. a predatory marine mollusk with a heavy, pointed spiral shell, some kinds of which are edible. • Family Buccinidae, class Gastropoda: *Buccinum* and other genera. ▷Old English *wioloc*, *weoloc*, of unknown origin; the spelling with *wh*- was perhaps influenced by WHELK[2].


whelk[1]

**whelk**[2] ▶n. *archaic* a pimple. ▷Old English *hwylca*, related to *hwelian* 'suppurate.'

**whelm** /(h)welm/ ▶v. [trans.] *archaic* or *poetic/literary* engulf, submerge, or bury (someone or something): *a swimmer whelmed in a raging storm.* ■ [intrans.] flow or heap up abundantly: *the brook whelmed up from its source.*
▶n. *archaic* or *poetic/literary* an act or instance of flowing or heaping up abundantly; a surge: *the whelm of the tide.* ▷Middle English: representing an Old English form parallel to *hwelfan* 'overturn (a vessel).'

**whelp** /(h)welp/ ▶n. a puppy. ■ a cub. ■ a boy or young man (often as a disparaging form of address). ■ (**whelps**) a set of projections on the barrel of a capstan or windlass, designed to reduce the slippage of a rope.
▶v. [trans.] (of a female dog) give birth to (a puppy): *Copper whelped seven puppies* | [intrans.] *a bitch due to whelp.* ▷Old English *hwelp* (noun), of Germanic origin; related to Dutch *welp* and German *Welf*.
▶PHRASE □ **in whelp** (of a female dog) pregnant.

**when** /(h)wen/ ▶interrog. adv. at what time: *when did you last see him?* | [with *prep.*] *since when have you been interested?* ■ how soon: *when can I see you?* ■ in what circumstances: *when would such a rule be justifiable?*
▶relative adv. at or on which (referring to a time or circumstance): *Saturday is the day when I get my hair done.*
▶conj. **1** at or during the time that: *I loved math when I was in school.* ■ after: *call me when you're finished.* ■ at any time that; whenever: *can you spare five minutes when it's convenient?* **2** after which; and just then (implying suddenness): *he had just drifted off to sleep when the phone rang.* **3** in view of the fact that; considering that: *why bother to paint it when you can photograph it with the same effect?* **4** although; whereas: *I'm saying it now when I should have told you long ago.* ▷Old English *hwanne*, *hwenne*, of Germanic origin; related to German *wenn* 'if,' *wann* 'when.'

**whence** /(h)wens/ ▶interrog. adv. (also **from whence**) *formal* or *archaic* from what place or source: *whence does Congress derive this power?*
▶relative adv. *formal* or *archaic* from which; from where: *the Ural mountains, whence the ore is procured.* ■ to the place from which: *he will be sent back whence he came.* ■ as a consequence of which: *whence it followed that the strategies were obsolete.* ▷Middle English *whennes*, from earlier *whenne* (from Old English *hwanon*, of Germanic origin) + -s[3] (later respelled -ce to denote the unvoiced sound).
**USAGE** Strictly speaking, **whence** means 'from what place,' as in *whence did you come?* Thus, the preposition *from* in *from whence did you come?* is redundant and its use is considered incorrect by some. The use with *from* is very common, though, and has been used by reputable writers since the 14th century. It is now broadly accepted in standard English.

**whence·so·ev·er** /‚(h)wensō'evər/ ▶relative adv. *formal* or *archaic* from whatever place or source.

**when·e'er** /(h)wən'e(ə)r; (h)wen-/ *poetic/literary* ▶contraction of **whenever**.

**when·ev·er** /(h)wən'evər/ ▶conj. at whatever time; on whatever occasion (emphasizing a lack of restriction): *you can ask for help whenever you need it.* ■ every time that: *the springs in the armchair creak whenever I change position.*
▶interrog. adv. used for emphasis instead of "when" in questions, typically expressing surprise or confusion: *whenever shall we get there?*
▶PHRASE □ **or whenever** *informal* or at any time: *if you lay eyes on him, either tonight or tomorrow or whenever, call me right away.*
**USAGE** See usage at WHATEVER.

**when-is·sued** ▶adj. Finance of or relating to trading in securities that have not yet been issued.

**when·so·e'er** /‚(h)wensō'e(ə)r/ *poetic/literary* ▶contraction of **whensoever**.

**when·so·ev·er** /‚(h)wensō'evər/ ▶conj. & adv. *formal* term for **WHENEVER**.

**where** /(h)we(ə)r/ ▶interrog. adv. in or to what place or position: *where do you live?* | *where is she going?* | [with *prep.*] *where do you come from?* ■ in what direction or respect: *where does the argument lead?* ■ in or from what source: *where did you read that?* ■ in or to what situation or condition: *just where is all this leading us?*
▶relative adv. **1** at, in, or to which (used after reference to a place or situation): *I first saw him in Paris, where I lived in the early sixties.* **2** the place or situation in which: *this is where I live.* ■ in or to a place or situation in which: *sit where I can see you* | *where people were concerned, his threshold of boredom was low.* ■ in or to any place in which; wherever: *he was free to go where he liked.*
▶conj. *informal* **1** that: *do you see where the men in your life are emotionally unavailable to you?* | *I see where the hotel has changed hands again.* **2** whereas: *where some care-givers burn out, others become too involved.*
▶n. [prec. by **the**] the place; the scene of something (see WHEN n.). ▷Old English *hwǣr*, of Germanic origin; related to Dutch *waar* and German *wo*.

**where·a·bouts** /'(h)we(ə)rə‚bouts/ ▶interrog. adv. where or approximately where: *whereabouts do you come from?*
▶n. [treated as *sing.* or *pl.*] the place where someone or something is: *his whereabouts remain secret.*

**where·af·ter** /(h)we(ə)r'aftər/ ▶relative adv. *formal* after which: *dinner was taken at a long wooden table, whereafter we sipped liqueurs in front of a roaring fire.*

**where·as** /(h)we(ə)r'a[...]
son with the fact [...]