# The CASSELL DICTIONARY AND THESAURUS

CASSELL

Cassell
Wellington House
125 Strand
London
WC2R 0BB

First published 1999

© Cassell 1999

All rights reserved. No part of this publication may be reproduced in any material form (including photocopying or storing it in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright owner, except in accordance with the provisions of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency, 90 Tottenham Court Road, London W1P 9HE. Applications for the copyright owner's written permission to reproduce any part of this publication should be addressed to the publisher.

**British Library Cataloguing in Publication Data**
A catalogue entry for this book is available from the British Library

ISBN 0–304–35004–4

Printed and bound in Finland

**auto** (aw´tō) *n.* (*pl.* **autos**) (*esp. N Am.*) short for AUTOMOBILE.

**auto-** (aw´tō), **aut-** *comb. form* **1** self. **2** one's own. **3** from within or by oneself. **4** operating independently; self-propelling, self-regulating.

**autobahn** (aw´təbahn) *n.* a motorway in Germany, Austria or Switzerland.

**autobiography** (awtəbīog´rəfi) *n.* (*pl.* **autobiographies**) **1** a memoir of one's life, written by oneself. **2** the writing of one's own memoirs. **autobiographer** *n.* **autobiographic** (-graf´-), **autobiographical** *a.* **autobiographically** *adv.*

**autocar** (aw´təkah) *n.* a vehicle driven by its own mechanical power, a motor vehicle.

**autocephalous** (awtōsef´ələs, -kef´-) *a.* **1** (of an eastern Church) having the power to appoint its own synod, bishop etc. **2** (of a bishop, Church) independent. **autocephaly** *n.*

**autochthon** (awtok´thən, -thōn) *n.* (*pl.* **autochthons, autochthones** (-thənēz)) **1** any one of the original or earliest known inhabitants. **2** an aboriginal animal or plant.

**autochthonous** *a.* **1** native, indigenous. **2** (*esp. Geol.*) occurring, formed or originating in the place where found.

**autoclave** (aw´təklāv) *n.* **1** a sealed vessel used for chemical reactions at high temperature and pressure. **2** an apparatus using superheated steam for sterilizing, cooking etc.

**autocracy** (awtok´rəsi) *n.* (*pl.* **autocracies**) **1** absolute government by a single person. **2** the power wielded by an autocrat. **3** a country under autocratic rule.

**autocrat** (aw´təkrat) *n.* **1** a sovereign with uncontrolled authority. **2** a dictatorial person.

**autocratic** (-krat´-) *a.* absolute, despotic. **autocratically** *adv.*

■ *a.* absolute, all-powerful, bossy, despotic, dictatorial, domineering, high-handed, imperious, oppressive, tyrannical. ANTONYMS: lenient.

**autocross** (aw´tōkros) *n.* the sport of motor racing across country or on unmade roads.

**Autocue**® (aw´təkū) *n.* a device that displays the text to be spoken by a person on television.

**auto-da-fé** (awtōdafā´) *n.* (*pl.* **autos-da-fé** (awtō-)) **1** a sentence pronounced by the Inquisition. **2** the execution of this judgement. **3** the burning of a heretic.

**autodidact** (awtōdī´dakt) *n.* a self-taught person. **autodidactic** (-didak´-) *a.*

**auto-erotism** (awtōer´ətizm), **auto-eroticism** (-irot´-) *n.* (*Psych.*) self-produced sexual pleasure or emotion, e.g. masturbation. **auto-erotic** (-irot´-) *a.*

**autofocus** (aw´tōfōkəs) *n.* a facility in some cameras for automatically focusing the lens.

**autogamy** (awtog´əmi) *n.* (*Bot.*) self-fertilization. **autogamous** *a.*

**autogenous** (awtoj´ənəs) *a.* **1** self-engendered, self-produced, independent. **2** (of a graft, vaccine) originating from sources within the patient's own body.

**autogiro** (aw´tōjīrō), **autogyro** *n.* (*pl.* **autogiros, autogyros**) an aircraft in which the lifting surfaces are the freely-rotating blades of a large horizontal airscrew.

**autograft** (aw´təgrahft) *n.* a surgical graft that moves tissue from one point to another in the same individual's body.

**autograph** (aw´təgrahf) *n.* **1** a signature written esp. by a celebrity for an admirer. **2** a person's own handwriting. **3** a manuscript in an author's own handwriting. *~a.* written by the author. *~v.t.* **1** to write one's signature on or in, esp. at the request of an admirer. **2** to write with one's own hand.

**autographic** (-graf´-), **autographical** *a.* **1** written by one's own hand. **2** of or relating to autographs or autography.

**autography** (-tog´-) *n.* **1** writing with one's own hand. **2** one's own handwriting. **3** a process of reproducing handwriting or drawing in facsimile.

**Autoharp**® (aw´tōhahp) *n.* a zither-like instrument having dampers which stop selected strings from sounding and allow chords to be played.

**autoimmune** (awtōimūn´) *a.* (*Med.*) of or caused by antibodies that attack the molecules, cells etc. normally present in the organism producing them. **autoimmunity** *n.*

**autointoxication** (awtōintoksikā´shən) *n.* (*Med.*) reabsorption of toxic matter produced by the body.

**autolysis** (awtol´isis) *n.* the breakdown of cells by the action of enzymes produced in the cells themselves. **autolytic** (-lit´-) *a.*

**automat** (aw´təmat) *n.* **1** a vending machine. **2** (*N Am.*) a restaurant or room equipped with automatic machines for supplying food etc.

**automate** (aw´-) *v.t.* to make automatic; to bring automation to. *~v.i.* to apply automation.

**automatic** (awtəmat´ik) *a.* **1** operating without direct or continuous human intervention. **2** (of actions, behaviour) spontaneous, reflex. **3** (*derog.*) (of actions, behaviour) habitual, merely mechanical. **4** certain, unavoidable. **5** (*Psych.*) carried on unconsciously. **6** (of a firearm) repeatedly ejecting the empty shell, introducing a new one and firing, until the trigger is released. **7** (of a vehicle) having automatic transmission. *~n.* **1** an automatic firearm. **2** a motor vehicle with automatic transmission. **automatically** *adv.* **automaticity** (-tis´-) *n.*

■ *a.* **1** automated, mechanical, mechanized, push-button, self-acting, self-activating, self-regulating. ANTONYMS: hand-operated, manual. **2** instinctive, involuntary, mechanical, reflex, spontaneous, unconscious. ANTONYMS: deliberate, intentional, voluntary. **4** certain, ineluctable, inescapable, inevitable, routine, unavoidable. ANTONYMS: avoidable.

**automatic pilot** *n.* a device which automatically maintains an aircraft or spacecraft on a predetermined course.

**automatic transmission** *n.* power transmission in a motor vehicle in which the gears change automatically.

**automation** (awtəmā´shən) *n.* **1** the use of self-regulating or automatically programmed machines in the manufacture of goods. **2** the introduction of such machinery to save labour.

**automatism** (awtom´ətizm) *n.* **1** the quality of being automatic. **2** involuntary action. **3** (*Psych.*) the performance of actions without conscious control. **4** automatic routine.

**automatize, automatise** *v.t.* **1** to make automatic. **2** to automate. **automatization** (-zā´shən) *n.*

**automaton** (awtom´ətən) *n.* (*pl.* **automatons, automata** (-tə)) **1** a machine that is activated by a concealed mechanism and power source within itself, a robot. **2** a machine of this kind that simulates human or animal actions. **3** a person who acts mechanically or leads a life of monotonous routine.

**automobile** (awtəməbēl´, aw´-) *n.* (*esp. N Am.*) a motor car.

**automotive** (awtəmō´tiv) *a.* **1** self-propelling. **2** of or relating to motor vehicles.

**autonomic** (-nom´-) *a.* **1** (*Biol.*) occurring involuntarily, spontaneous. **2** of, relating to or mediated by the autonomic nervous system.

**autonomic nervous system** *n.* the part of the vertebrate nervous system that regulates the involuntary actions of the heart, glands and some muscles.

**autonomist** *n.* an advocate of autonomy.

**autonomous** *a.* **1** of or possessing autonomy. **2** self-governing or partially self-governing. **3** able to act or acting independently. **autonomously** *adv.*

■ *a.* **2** independent, self-governing, self-ruling. ANTONYMS: dependent, subsidiary.

**autonomy** (awton´əmi) *n.* (*pl.* **autonomies**) **1** the right of self-government. **2** an independent state or community. **3** freedom to act as one pleases. **4** in Kantian philosophy, freedom of the will. **5** organic independence.

■ *n.* **1** home rule, independence, self-government, self-rule. ANTONYMS: dependency.

**autopilot** (aw´tōpīlət) *n.* AUTOMATIC PILOT.

**autopista** (awtōpēs´tə) *n.* a motorway in Spain.

**autopsy** (aw´topsi, -top´-) *n.* (*pl.* **autopsies**) **1** a post-mortem examination. **2** a critical examination. **3** a personal observation. *~v.t.* (*3rd pers. sing. pres.* **autopsies**, *pres.p.* **autopsying**, *past, p.p.* **autopsied**) to perform a post-mortem examination on.

■ *n.* **1** post-mortem, post-mortem examination. ANTONYMS: biopsy.

**autoradiograph** (awtōrā´diəgrahf) *n.* a photograph produced by radiation from, and showing the distribution of, radioactive particles in a body. **autoradiographic** (-graf´ik) *a.* **autoradiography** (-og´rəfi) *n.*

**autorotation** (awtōrōtā´shən) *n.* rotation resulting from the shape or structure of an object in an airflow, not from a power source. **autorotate** *v.i.*

**autoroute** (aw´tōroot) *n.* a motorway in France.

**autostrada** (aw´tōstrahdə) *n.* a motorway in Italy.

**autosuggest** self, esp. the condition et

**autotelic** (a

**autotimer** appliance, e

**autotomy** ( the body, e.g

**autotoxic** (a

**autotoxin** *n* it attacks.

**autotrophi** capable of m by photosyn

**autotype** (a process for r by this proc

**autowinde** automaticall been taken.

**autoxidati** spontaneous

**autumn** (av summer and nal equinox months from and from Ma or incipient

**autumnal** (- in autumn.

**autumnal** when the su 22 Sept. in southern).

**autumn cr** saffron.

**auxiliary** ( **3** applied to **auxiliaries)** **2** (*Gram.*) ar the service assists, esp.

■ *a.* **1** aiding, ancillary, re ary. ANTONY

**auxiliary ve** verbs.

**auxin** (awk hormones.

**auxology** (- **ologist** *n.*

**AV** *abbr.* **1** au

**Av.** *abbr.* ave

**avadavat** (a SE Asian wa

**avail** (əvāl´) helpful. **3** to age to. *~n.* effectual, in use of.

**available** ( disposal. **2** tactable. **4** ( *n.* **availabl**

■ *a.* **1** at one' ready, ready **2** accessibl reach. ANTO

**avalanche** ( or sliding overwhelmi avalanche.

**avant-gard** tastes or tre

l of the order
their oil and
; etc. (*We had*
ıose formerly
in long, thin
:*eps rex*, with
employed in
*Carcharinus*
‹, *Rhincodon*
. ~*v.i.* (*pres.p.*
with a loud,
'*Am.*) an evil
blow or mis-
drum etc.) to
bang.
ling place for
nsisting of a
to moor at a
r this.
harf.
ȝe of a wharf.
. **2** (*rel.*) that
r which. ~*a.*
:r etc. **2** how
*rel.*) such as,
ıat extent, in
f the kind. **or**
:**ive someone**
punishment.
:; what is the
ır what at all
son, purpose
**2** what does
re moreover.
that matter?
uation. **what**
ng at all that.
matter what
' things). **or**
*Use a knife, a*
: of furniture
thing whose
hatever.
us *Triticum*,
r bread. **2** its
separate or
:ivated, such
d the US.
of the genus
vitamins.

**wheatgrass** *n.* couch grass.

**wheatmeal** *n.* flour containing much of the original wheat grain. ~*a.* made from such flour.

**whee** (wē) *int.* used to express delight or excitement.

**wheedle** (wē´dəl) *v.t.* **1** to entice, to win over, to persuade by coaxing or flattery. **2** to cheat by cajolery. **3** to obtain from or get (out of) by coaxing and flattery. **wheedler** *n.* **wheedling** *a.* **wheedlingly** *adv.*

■ *v.t.* **1** (*coll.*) butter up, cajole, charm, coax, entice, flatter, induce, inveigle, persuade, talk (someone) into.

**wheel** (wēl) *n.* **1** a circular frame or solid disc turning on its axis, used in vehicles, machinery etc. to reduce friction and facilitate motion. **2** a machine, implement, device etc. consisting principally of a wheel, such as a spinning wheel, potter's wheel, steering wheel etc. **3** an object resembling a wheel, a disc. **4** (*pl.*, *coll.*) a car. **5** (*N Am.*, *coll.*) a bicycle. **6** a Catherine wheel. **7** a turn, a revolution. **8** the turning or swinging round of a body of troops or a line of warships as on a pivot. **9** a set of short lines at the end of a stanza. ~*v.t.* **1** to move or push (a wheeled vehicle etc.) in some direction. **2** to cause to wheel. ~*v.i.* **1** to turn or swing round as on a pivot. **2** to change direction or objective, to face another way. **3** to go round, to circle, to gyrate. **at the wheel 1** driving a motor vehicle. **2** steering a vessel. **3** directing, in control, in charge. **to wheel and deal** to be a wheeler-dealer. **wheels within wheels 1** intricate machinery. **2** (*coll.*) concealed reasons or interdependent circumstances. **wheelless** *a.* **wheely** *a.*

■ *v.t.* **1** push, shove, trundle. ~*v.i.* **1** spin round, swing round, turn round, whirl round. **3** circle, go round, gyrate, revolve, rotate.

**wheel-back** *a.* (of a chair) having a back shaped like a wheel.

**wheelbarrow** *n.* a barrow usu. supported on a single wheel, with two handles by which it is wheeled.

**wheelbase** *n.* the distance between the front and rear axles of a vehicle.

**wheelchair** *n.* a chair on wheels, esp. for invalids or disabled people.

**wheel clamp** *n.* a clamp fixed on to the wheel of an illegally parked car to prevent it from being driven away before a fine is paid. **wheel-clamp** *v.t.*

**wheeled** *a.* having wheels (*usu. in comb.*, as *four-wheeled*).

**wheeler** *n.* **1** a person who wheels. **2** a wheelwright. **3** (*in comb.*) a vehicle with the specified number of wheels (*a three-wheeler*).

**wheeler-dealer** *n.* a person who operates shrewdly and often ruthlessly in business, politics etc. **wheeler-dealing** *n.*

**wheelhouse** *n.* a shelter for the steersman on a boat.

**wheelie** *n.* (*sl.*) a manoeuvre in which a bicycle or motorcycle is briefly supported on the rear wheel alone.

**wheelie bin, wheely bin** *n.* (*coll.*) a large plastic dustbin with two wheels so that it can be tilted and wheeled to the dustcart, where it is emptied automatically.

**wheelspin** *n.* the revolution of wheels without a grip of the road.

**wheelwright** *n.* a person whose occupation is to make or repair wheels etc.

**wheeze** (wēz) *v.i.* to breathe hard and with an audible sound, as in asthma. ~*v.t.* to utter thus. ~*n.* **1** a wheezing sound. **2** (*coll.*) a joke, a trick. **3** (*coll.*) a design, a scheme. **wheezer** *n.* **wheezy** *a.* **wheezily** *adv.* **wheeziness** *n.*

■ *v.i.* breathe noisily, breathe roughly, gasp, hiss, rasp, whistle. ~*n.* **3** design, expedient, idea, plan, plot, ploy, ruse, scheme, stunt, trick.

**whelk** (welk) *n.* a marine spiral-shelled gastropod of the family Buccinidae, esp. the common whelk, used for food.

**whelp** (welp) *n.* **1** the young of a dog, a pup. **2** †the young of a beast of prey, a cub. **3** an offensive or ill-bred child or youth. **4** (*usu. pl.*) a ridge on the drum of a capstan or windlass. ~*v.i.* (of a bitch etc.) to give birth to young. ~*v.t.* **1** to give birth to (a pup or cub). **2** (*derog.*) to originate or produce.

**when** (wen) *adv.* **1** (*interrog.*) at what or which time? **2** (*rel.*) at which (time). ~*conj.* **1** at the time that, at any time that. **2** as soon as. **3** just after the time that. **4** after which, and then. **5** although. **6** considering that. **7** while (*often with pres.p.*). ~*pron.* what or which time. ~*n.* the time or date.

**whence** (wens) *adv.* (*formal*) **1** (*interrog.*) from what place? where from? how? **2** (*rel.*) from which place, origin, source etc. ~*conj.* **1** to or at the place from which. **2** for which reason, wherefore. ~*pron.* what or which place or starting point.

**whenever** (-ev´ə), (*poet.*) **whene'er** (-eə´) *adv.*, *conj.* at whatever time. **or whenever** (*coll.*) or at any similar or suitable time.

**whensoever,** (*poet.*) **whensoe'er** *adv.*, *conj.* (*formal*) whenever.

**where** (weə) *adv.* **1** (*interrog.*) at or in what place, situation, case, circumstances? **2** (*interrog.*) to what place? in what direction? **3** (*rel.*) in which (place or places). ~*conj.* **1** in or to the place, direction etc. in which. **2** whereas. ~*pron.* what or which place. ~*n.* the place (*the where and when*).

**whereabouts** *adv.* near what or which place roughly? ~*n.* the approximate location of a person or thing.

■ *n.* locality, location, place, position, site, situation.

**whereafter** (weərahf´tə) *conj.* (*formal*) after which.

**whereas** (weəraz´) *conj.* **1** the fact on the contrary being that, when in reality. **2** in legal preambles etc., the fact or case being that, considering that.

**whereby** (-bī´) *conj.* by which.

**wherefore** †*adv.* **1** for what reason? why? **2** for which reason, on which account. ~*n.* (*coll.*) the reason why.

**wherein** (weərin´) *adv.* (*formal*) in what place or respect? ~*conj.* in which thing, place, respect etc.

**whereof** (weərov´) *adv.* (*formal*) of what? ~*conj.* of which or whom.

**wheresoever,** (*poet.*) **wheresoe'er** *adv.*, *conj.* (*formal*) wherever.

**whereupon** (weərəpon´) *conj.* **1** upon which. **2** in consequence of or immediately after which.

**wherever** (weərev´ə), (*poet.*) **where'er** (-eə´) *adv.*, *conj.* at, in or to whatever place. **or wherever** (*coll.*) or in any similar or suitable place.

**wherewith** (-widh´) *adv.* (*formal*) with what? ~*conj.* with which.

**wherewithal** *adv.*, *conj.* wherewith. ~*n.* (*coll.*) the necessary means or resources, esp. money.

■ *n.* (*sl.*) bread, capital, cash, (*sl.*) dough, finance, funds, means, money, ready money, reserves, resources, (*coll.*) the readies.

**wherry** (wer´i) *n.* (*pl.* **wherries**) **1** a light shallow rowing boat for plying on rivers. **2** a type of barge.

**whet** (wet) *v.t.* (*pres.p.* **whetting**, *past*, *p.p.* **whetted**) **1** to sharpen by rubbing on a stone or similar substance. **2** to excite, to stimulate (*to whet the appetite*). ~*n.* **1** the act of whetting. **2** anything taken to whet or stimulate the appetite. **3** a small quantity. **whetter** *n.*

■ *v.t.* **1** edge, hone, put an edge on, sharpen, strop. **2** arouse, excite, kindle, rouse, stimulate, stir, titillate.

**whether** (wedh´ə) *conj.* introducing (an indirect question in the form of) an alternative clause followed by an alternative *or*, *or not*, or *or whether*, or with the alternative unexpressed (*whether you like it or not*). **whether or no 1** in any case. **2** which (of two opposite cases).

**whetstone** *n.* **1** a piece of stone used for sharpening cutlery etc. **2** anything that sharpens or stimulates.

**whew** (hwū, fū) *int.* used to express relief, astonishment or consternation.

**whey** (wā) *n.* the watery part of milk that remains after the curds have formed and been separated.

**whey-face** *n.* a pale-faced person. **whey-faced** *a.*

**which** (wich) *pron.* **1** (*interrog.*) what person, thing or persons or things of a definite number. **2** (*rel.*) used in a subordinate clause to represent a noun expressed or understood in the principal sentence or previous clause. **3** (*rel.*) used after a preposition or after *that* (*the ladder on which she was standing*). ~*a.* **1** (*interrog.*) what (person, thing etc.) of a definite number. **2** (*rel.*) used with a noun defining an indefinite antecedent. **which is which** used when people or things are difficult to tell apart.

**whichever,** †**whichsoever** *pron.* **1** which person or thing of two or more. **2** no matter which person or thing. ~*a.* **1** which of two or more. **2** no matter which.

**whiff** (wif) *n.* **1** a sudden expulsion of smoke etc., a puff, a light gust, esp. one carrying an odour. **2** a small amount, a trace. ~*v.i.* **1** to puff or blow lightly. **2** (*coll.*) to smell (unpleasant). ~*v.t.* **1** to puff or blow lightly. **2** to detect a faint odour of, to sniff, to smell.

■ *n.* **1** blast, draught, gust, puff. **2** hint, soupçon, suggestion, suspicion, trace.

**whiffle** (wif´əl) *v.i.* **1** (of the wind etc.) to veer about. **2** to change from one opinion or course to another, to prevaricate, to equivocate. **3** to flicker, to flutter. ~*v.t.* to blow lightly. **whiffler** *n.*