

# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Ex. H - 101

Case 2:06-cv-06803-MMM-SH   Document 49-8   Filed 12/18/07   Page 2 of 3



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1993
423—dc20                                      93-20206
                                                                   CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

456RMcN93

Ex. H - 102

individual cited or appealed to as an expert  **2 a**: power to influence or command thought, opinion, or behavior  **b**: freedom granted by one in authority: RIGHT  **3 a**: persons in command; *specif*: GOVERNMENT  **b**: a governmental agency or corporation to administer a revenue-producing public enterprise ⟨the transit ~⟩  **4 a**: GROUNDS, WARRANT ⟨had excellent ~ for believing the claim⟩  **b**: convincing force ⟨lent ~ to the performance⟩  *syn* see INFLUENCE, POWER
**au·tho·ri·za·tion** \ˌȯ-th(ə-)rə-ˈzā-shən\ *n* (15c)  **1**: the act of authorizing  **2**: an instrument that authorizes: SANCTION
**au·tho·rize** \ˈȯ-thə-ˌrīz\ *vt* **-rized; -riz·ing** (14c)  **1**: to establish by or as if by authority: SANCTION ⟨a custom *authorized* by time⟩  **2**: to invest esp. with legal authority: EMPOWER ⟨*authorized* to act for her husband⟩  **3** *archaic*: JUSTIFY 1a — **au·tho·riz·er** *n*
**Authorized Version** *n* (1824): a revision of the English Bishops' Bible carried out under James I, published in 1611, and widely used by Protestants — called also *King James Version*
**au·thor·ship** \ˈȯ-thər-ˌship\ *n* (1710)  **1**: the profession of writing  **2**: the source (as the author) of a piece of writing, music, or art  **3**: the state or act of writing, creating, or causing
**au·tism** \ˈȯ-ˌti-zəm\ *n* (1912)  **1**: absorption in self-centered subjective mental activity (as daydreams, fantasies, delusions, and hallucinations) usu. accompanied by marked withdrawal from reality  **2**: a mental disorder originating in infancy that is characterized by self-absorption, inability to interact socially, repetitive behavior, and language dysfunction (as echolalia) — **au·tis·tic** \ȯ-ˈtis-tik\ *adj or n* — **au·tis·ti·cal·ly** \-ti-k(ə-)lē\ *adv*
**au·to** \ˈȯ-(ˌ)tō, ˈä-\ *n, pl* **autos** (1899): AUTOMOBILE
**auto-** — see AUT-
**au·to·an·ti·body** \ˌȯ-tō-(ˌ)tō-ˈan-ti-ˌbä-dē\ *n* (ca. 1910): an antibody active against a tissue constituent of the individual producing it
**au·to·bahn** \ˈȯ-tō-ˌbän, ˈau̇-\ *n* [G, fr. *Auto* + *Bahn* road] (1937): a German, Swiss, or Austrian expressway
**au·to·bi·og·ra·phy** \ˌȯ-tə-bī-ˈä-grə-fē, -bē-\ *n* (1771): the biography of a person narrated by himself — **au·to·bi·og·ra·pher** \-fər\ *n* — **au·to·bi·o·graph·i·cal** \-ˌbī-ə-ˈgra-fi-kəl\ *also* **au·to·bi·o·graph·ic** \-fik\ *adj* — **au·to·bi·o·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv*
**au·to·bus** \ˈȯ-tō-ˌbəs\ *n* [*auto* + *bus*] (1899): OMNIBUS 1
**au·to·ca·tal·y·sis** \ˌȯ-tō-kə-ˈta-lə-səs\ *n, pl* **-y·ses** \-ˌsēz\ [NL] (1891): catalysis of a reaction by one of its products — **au·to·cat·a·lyt·ic** \-ˌka-tə-ˈli-tik\ *adj* — **au·to·cat·a·lyt·i·cal·ly** \-ti-k(ə-)lē\ *adv*
**au·to·ceph·a·lous** \ˌȯ-tō-ˈse-f(ə-)ləs\ *adj* [LGk *autokephalos*, fr. Gk *aut-* + *kephalē* head — more at CEPHALIC] (1863): being independent of external and esp. patriarchal authority — used esp. of Eastern national churches — **au·to·ceph·a·ly** \-fə-lē\ *n*
**au·toch·thon** \ȯ-ˈtäk-thən\ *n, pl* **-thons** *or* **-tho·nes** \-thə-ˌnēz\ [Gk *autochthōn*, fr. *aut-* + *chthōn* earth — more at HUMBLE] (1590): one (as a person, plant, or animal) that is autochthonous
**au·toch·tho·nous** \ȯ-ˈtäk-thə-nəs\ *adj* (1805)  **1**: INDIGENOUS, NATIVE ⟨an ~ people⟩  **2**: formed or originating in the place where found ⟨⟨~ rock⟩ ⟨an ~ infection⟩ — **au·toch·tho·nous·ly** *adv*
**¹au·to·clave** \ˈȯ-tō-ˌklāv\ *n* [F, fr. *aut-* + L *clavis* key — more at CLAVICLE] (1876): an apparatus in which special conditions (as high or low pressure or temperature) can be established for a variety of applications; *esp*: an apparatus (as for sterilizing) using superheated steam under high pressure
**²autoclave** *vt* **-claved; -clav·ing** (1911): to treat in an autoclave
**au·to·cor·re·la·tion** \ˌȯ-tō-ˌkȯr-ə-ˈlā-shən, -ˌkär-\ *n* (1950): the correlation between paired values of a function of a mathematical or statistical variable taken at usu. constant intervals that indicates the degree of periodicity of the function
**au·toc·ra·cy** \ȯ-ˈtä-krə-sē\ *n, pl* **-cies** (1655)  **1**: the authority or rule of an autocrat  **2**: government in which one person possesses unlimited power  **3**: a community or state governed by autocracy
**au·to·crat** \ˈȯ-tə-ˌkrat\ *n* [F *autocrate*, fr. Gk *autokratēs* ruling by oneself, absolute, fr. *aut-* + *-kratēs* ruling — more at -CRAT] (1803)  **1**: a person (as a monarch) ruling with unlimited authority  **2**: one who has undisputed influence or power
**au·to·crat·ic** \ˌȯ-tə-ˈkra-tik\ *also* **au·to·crat·i·cal** \-ti-kəl\ *adj* (1823)  **1**: of, relating to, or being an autocracy: ABSOLUTE ⟨an ~ government⟩  **2**: characteristic of or resembling an autocrat: DESPOTIC ⟨an ~ ruler⟩ — **au·to·crat·i·cal·ly** \-ti-k(ə-)lē\ *adv*
**au·to·cross** \ˈȯ-tō-ˌkrȯs, -ˌkräs\ *n* [*auto* + *motocross*] (1963): an automobile gymkhana
**au·to-da-fé** \ˌau̇-tō-də-ˈfā, ˌȯ-tō-\ *n, pl* **au·tos-da-fé** \-ˌtōz-də-\ [Pg *auto da fé*, lit., act of the faith] (1723): the ceremony accompanying the pronouncement of judgment by the Inquisition and followed by the execution of sentence by the secular authorities; *broadly*: the burning of a heretic
**au·to·di·dact** \ˌȯ-tō-ˈdī-ˌdakt, -dī-', -də-'\ *n* [Gk *autodidaktos* self-taught, fr. *aut-* + *didaktos* taught, fr. *didaskein* to teach] (1748): a self-taught person — **au·to·di·dac·tic** \-ˌdī-ˈdak-tik, -də-\ *adj*
**au·toe·cious** \ȯ-ˈtē-shəs\ *adj* [*aut-* + Gk *oikia* house — more at VICINITY] (ca. 1882): passing through all life stages on the same host ⟨~ rusts⟩ — **au·toe·cious·ly** *adv* — **au·toe·cism** \-ˈtē-ˌsi-zəm\ *n*
**au·to·er·o·tism** \ˌȯ-tō-ˈer-ə-ˌti-zəm\ *or* **au·to·erot·i·cism** \-i-ˈrä-tə-ˌsi-zəm\ *n* (1898)  **1**: sexual feeling arising without known external stimulation  **2**: sexual gratification obtained solely through stimulation by oneself of one's own body — **au·to·erot·ic** \-i-ˈrä-tik\ *adj*
**au·tog·a·my** \ȯ-ˈtä-gə-mē\ *n* [ISV] (1877): SELF-FERTILIZATION; as **a**: pollination of a flower by its own pollen  **b**: conjugation of two sister cells or sister nuclei of protozoans or fungi — **au·tog·a·mous** \-məs\ *adj*
**au·tog·e·nous** \ȯ-ˈtä-jə-nəs\ *also* **au·to·gen·ic** \ˌȯ-tə-ˈje-nik\ *adj* [Gk *autogenēs*, fr. *aut-* + *-genēs* born, produced — more at -GEN] (1846)  **1**: produced independently of external influence or aid: ENDOGENOUS  **2**: originating in or derived from sources within the same individual ⟨an ~ graft⟩ ⟨~ vaccine⟩  **3**: not requiring a meal of blood to produce eggs ⟨~ mosquitoes⟩ — **au·tog·e·nous·ly** *adv* — **au·tog·e·ny** \ȯ-ˈtä-jə-nē\ *n*
**au·to·gi·ro** *or* **au·to·gy·ro** \ˌȯ-tō-ˈjir-(ˌ)ō\ *n, pl* **-ros** [fr. *Autogiro*, a trademark] (1923): a rotary-wing aircraft that employs a propeller for forward motion and a freely rotating rotor for lift
**au·to·graft** \ˈȯ-tō-ˌgraft\ *n* (ca. 1913): a tissue or organ that is transplanted from one part to another of the same body — **autograft** *vt*


autogiro

**¹au·to·graph** \ˈȯ-tə-ˌgraf\ *n* [LL *autographum*, fr. L, neut. of *autographus* written with one's own hand, fr. Gk *autographos*, fr. *aut-* + *-graphos* written — more at -GRAPH] (ca. 1644): something written or made with one's own hand: **a**: an original manuscript or work of art  **b**: a person's handwritten signature — **au·tog·ra·phy** \ȯ-ˈtä-grə-fē\ *n*
**²autograph** *vt* (1818)  **1**: to write with one's own hand  **2**: to write one's signature on or on
**³autograph** *adj* (1832): being in the writer's own handwriting: not copied or duplicated ⟨an ~ letter⟩
**au·to·graph·ic** \ˌȯ-tə-ˈgra-fik\ *adj* (1810)  **1**: of, relating to, or constituting an autograph  **2** *of an instrument*: SELF-RECORDING  **b** *of a record*: recorded by a self-recording instrument — **au·to·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv*
**Au·to·harp** \ˈȯ-tō-ˌhärp\ *trademark* — used for a zither with button-controlled dampers for selected strings
**au·to·hyp·no·sis** \ˌȯ-tō-hip-ˈnō-səs\ *n* [NL] (1903): self-induced and usu. automatic hypnosis — **au·to·hyp·not·ic** \-ˈnä-tik\ *adj*
**au·to·im·mune** \-im-ˈyün\ *adj* (1952): of, relating to, or caused by autoantibodies or lymphocytes that attack molecules, cells, or tissues of the organism producing them ⟨~ diseases⟩ — **au·to·im·mu·ni·ty** \-ˈyü-nə-tē\ *n* — **au·to·im·mu·ni·za·tion** \-ˌim-yə-nə-ˈzā-shən *also* -ˌim-ˌyü-\ *n*
**au·to·in·fec·tion** \-in-ˈfek-shən\ *n* [ISV] (1903): reinfection with larvae produced by parasitic worms already in the body
**au·to·in·tox·i·ca·tion** \-in-ˌtäk-sə-ˈkā-shən\ *n* [ISV] (1887): a state of being poisoned by toxic substances produced within the body
**au·to·load·ing** \ˌȯ-tō-ˈlō-diŋ\ *adj* (1923): SEMIAUTOMATIC b
**au·tol·o·gous** \ȯ-ˈtä-lə-gəs\ *adj* [*aut-* + *-ologous* (as in *homologous*)] (ca. 1921): derived from the same individual ⟨~ blood transfusion⟩
**au·tol·y·sate** \ȯ-ˈtä-lə-ˌsāt, -ˌzāt\ *also* **au·tol·y·zate** \-ˌzāt\ *n* (1910): a product of autolysis
**au·to·lyse** *Brit var of* AUTOLYZE
**au·tol·y·sis** \ȯ-ˈtä-lə-səs\ *n* [NL] (1902): breakdown of all or part of a cell or tissue by self-produced enzymes — **au·to·lyt·ic** \ˌȯ-tᵊl-ˈi-tik\ *adj*
**au·to·lyze** \ˈȯ-tō-ˌlīz\ *vb* **-lyzed; -lyz·ing** [back-formation fr. *autolysis*] *vi* (1903): to undergo autolysis ~ *vt*: to subject to autolysis
**au·to·mak·er** \ˈȯ-tō-ˌmā-kər, ˈä-tō-\ *n* (ca. 1905): a manufacturer of automobiles
**au·to·man** \ˈȯ-tō-ˌman, ˈä-tō-\ *n* (1952): AUTOMAKER
**Au·to·mat** \ˈȯ-tə-ˌmat\ *service mark* — used for a cafeteria in which food is obtained esp. from vending machines
**au·to·mate** \ˈȯ-tə-ˌmāt\ *vb* **-mat·ed; -mat·ing** [back-formation fr. *automation*] *vt* (1952)  **1**: to operate by automation  **2**: to convert to largely automatic operation: AUTOMATIZE ~ *vi*: to undergo automation — **au·to·mat·able** \-ˌmā-tə-bəl\ *adj*
**automated teller machine** *n* (1981): a computerized electronic machine that performs basic banking functions (as handling check deposits or issuing cash withdrawals) — called also *automatic teller, automatic teller machine*
**¹au·to·mat·ic** \ˌȯ-tə-ˈma-tik\ *adj* [Gk *automatos* self-acting, fr. *aut-* + *-matos* (akin to L *ment-, mens* mind) — more at MIND] (1748)  **1 a**: largely or wholly involuntary; *esp*: REFLEX 5 ⟨~ blinking of the eyelids⟩  **b**: acting or done spontaneously or unconsciously  **c**: done or produced as if by machine: MECHANICAL ⟨the answers were ~⟩  **2**: having a self-acting or self-regulating mechanism  **3** *of a firearm*: using either gas pressure or force of recoil and mechanical spring action for repeatedly ejecting the empty cartridge shell, introducing a new cartridge, and firing it  *syn* see SPONTANEOUS — **au·to·mat·i·cal·ly** \-ti-k(ə-)lē\ *adv* — **au·to·ma·tic·i·ty** \-mə-ˈti-sə-tē, -ma-\ *n*
**²automatic** *n* (1902)  **1**: a machine or apparatus that operates automatically: as  **a**: an automatic firearm  **b**: an automatic gear-shifting mechanism  **2**: a semiautomatic firearm  **3**: AUDIBLE
**automatic pilot** *n* (1916)  **1**: AUTOPILOT 1  **2**: a state or condition in which activity or behavior is regulated automatically in a predetermined or instinctive manner ⟨would go on *automatic pilot* and repeat all his standard denunciations —G. J. Church⟩
**automatic writing** *n* (1883): writing produced without conscious intention as if of telepathic or spiritualistic origin
**au·to·ma·tion** \ˌȯ-tə-ˈmā-shən\ *n* [¹*automatic*] (ca. 1948)  **1**: the technique of making an apparatus, a process, or a system operate automatically  **2**: the state of being operated automatically  **3**: automatically controlled operation of an apparatus, process, or system by mechanical or electronic devices that take the place of human organs of observation, effort, and decision
**au·tom·a·tism** \ȯ-ˈtä-mə-ˌti-zəm\ *n* [F *automatisme*, fr. *automate* automaton, fr. L *automaton*] (1838)  **1 a**: the quality or state of being automatic  **b**: an automatic action  **2**: the power or fact of moving or functioning without conscious control either independently of external stimuli (as in the beating of the heart) or under the influence of external stimuli (as in pupil dilation)  **3**: a theory that views the body as a machine and consciousness as a noncontrolling adjunct of the body  **4**: suspension of the conscious mind to release subconscious images ⟨~ —the surrealist trend toward spontaneity and intuition — *Elle*⟩ — **au·tom·a·tist** \-tist\ *n or adj*
**au·tom·a·tize** \ȯ-ˈtä-mə-ˌtīz\ *vt* **-tized; -tiz·ing** [¹*automatic*] (1952): to make automatic — **au·tom·a·ti·za·tion** \ȯ-ˌtä-mə-tə-ˈzā-shən, -ˌtī-ˈzā-\ *n*
**au·tom·a·ton** \ȯ-ˈtä-mə-tən, -mə-ˌtän\ *n, pl* **-atons** *or* **-a·ta** \-mə-tə, -mə-ˌtä\ [L, fr. Gk, neut. of *automatos*] (1645)  **1**: a mechanism that is relatively self-operating; *esp*: ROBOT  **2**: a machine or control mechanism designed to follow automatically a predetermined sequence of operations or respond to encoded instructions  **3**: an individual who acts in a mechanical fashion
**¹au·to·mo·bile** \ˈȯ-tə-mō-ˌbēl, ˌȯ-tə-mō-ˈbē(ə)l, ˌȯ-tə-ˈmō-ˌbēl\ *adj* [F, *aut-* + *mobile*] (1883): AUTOMOTIVE
**²automobile** *n* (ca. 1889): a usu. four-wheeled automotive vehicle designed for passenger transportation — **automobile** *vi* — **au·to·mo·bil·ist** \-ˈbē-list, -ˌbē-\ *n*

Ex. H- 103