| **'468 Patent Claim Terms** | **Teledyne's Proposed Construction** | **Support** |
|---|---|---|
| **Claim 1** | | |
| 1. A method of providing a data update to a vehicle, the method comprising the steps of: | | |
| obtaining and storing said data update at a **system server**; | a remote hardware storage device that obtains and stores data updates and sends data updates to a vehicle server via a data connection | **'468 Patent**<br><br>"A method of providing a data update to a vehicle, comprising the steps of:<br>obtaining and storing said data update at a system server;<br>forwarding said data update from said system server to a vehicle server via a data connection." (10:35-39). |

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | FIGURE 1<br><br>[showing that the system server is remote from the vehicle server] |

20101/2328177.1

2

TELEDYNE'S RESPONSIVE MARKMAN BRIEF

Alden Decl. Ex. M

Ex. M - 155

| **'468 Patent Claim Terms** | **Teledyne's Proposed Construction** | **Support** |
| --- | --- | --- |
| forwarding said data update at a system server to a **vehicle server** via a **data connection**; | vehicle server: a hardware storage device for use in a vehicle that is capable of receiving data updates from the system server and loading the data updates in a component that is separate from the vehicle server<br><br>data connection: a digital communication medium for transferring data | **VEHICLE SERVER**<br><br>**'468 Patent**<br><br>"loading said data update from said vehicle server into a component at said vehicle" (Claim 1.c, 10:41-42) (emphasis added).<br><br>"Vehicle server 116 is any hardware or software device that is capable of receiving data updates from system server 102 and loading the updates in component 118. " (5:18-5:22).<br><br>"The vehicle server 116 described therein is a central node through which terminals are able to communicate with avionics systems, access data and applications stored in the NSS mass memory storage, although of course other types of vehicle servers 116 could be formulated." (5:29-31). |

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | FIGURE 1<br>[showing the separateness of the vehicle server and system server]<br><br>**DATA CONNECTION**<br><br>**<u>'468 Patent</u>**<br><br>"Conventional techniques of updating databases have been cumbersome and time consuming. Typically, a customer (such as an airline) obtains a diskette containing the upgrade for a particular aircraft type from a database or component vendor. The customer |

20101/2328177.1

4

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. M

Ex. M - 157

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | then duplicates the diskette and distributes copied diskettes to service technicians, who then go to individual aircraft and manually load the data update using a specialized data loader, such as a Model PDL 615 portable data loader available from Demo Systems Division of Moorpark, Calif. . . . It would be desirable, then, to provide systems and methods for updating software or data for aircraft or other vehicles that would efficiently provide current data without requiring the administrative overhead typically associated with copying and distributing diskettes." (1:50-2:12). |
| **loading said data update from said vehicle server into a component at said vehicle**; and | component: a vehicle hardware device that is separate from the vehicle server and that receives data updates from the vehicle server and uses the data updates to perform a function<br><br>in full: a vehicle server extracts, processes, and saves a data update in a component for further processing and use by the | **'468 Patent**<br><br>(See also Claim 1.b regarding the separateness of the "vehicle server" and "system server")<br><br>"loading said data update from said vehicle server into a component at said vehicle" (Claim 1, 10:41-42).<br><br>"After the data update is provided to vehicle server 116, the relevant data is extracted, processed, and |

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | component | loaded into component 116 (step 214)." (6:36-38) (emphasis added).<br><br>"Component 118 is any avionics or other aircraft device such a flight management computer (FMC), flight management system (FMS), global positioning system (GPS), navigation computer or the like. Such devices are available from Honeywell International Inc. of Phoenix, Ariz., and may be communicatively coupled to vehicle server 116 via any networking or cabling scheme. In various embodiments, component 118 suitably uses data upgrades from data source 101 to perform a function." (5:46-49). |

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | FIGURE 1<br><br>[showing that the component is separate from the vehicle server]<br><br>"The vehicle server 116 described therein is a central node through which terminals are able to communicate with avionics systems, access data and applications stored in the NSS mass memory storage, although of course other types of vehicle servers 116 could be formulated." (5:29-31). |

20101/2328177.1

7

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. M

Ex. M - 160

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | **Dictionary definition of "server"**<br><br>"In a network, a device or computer system that is dedicated to providing specific facilities to other devices attached to the network." THE AUTHORITATIVE DICTIONARY OF IEEE STANDARD TERMS, 1031 (7th ed. 2000) (emphasis added). |
| **verifying from said vehicle server to said system server via said data connection that said loading step completed successfully**. | after the data is loaded into the appropriate component, the vehicle server determines whether the load was successful and sends the result of this check to the system server via the same data connection used to transmit the data update to the vehicle server in the second element of claim 1. | **'468 Patent**<br><br>"In various embodiments, the aircraft server sends a verification message to the system server to indicate success or failure of the load operation." (2:23-25). |
| **Claim 2** | | |
| 2. The method of claim 1 wherein said data connection comprises a wireless data connection. | | |

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| **Claim 7** | | |
| 7. A **digital storage medium** having computer-executable instructions stored thereon, wherein said computer-executable instructions are **operable to execute the method** of claim 2. | digital storage medium: a remote hardware device on which computer-executable instructions can be stored.<br><br>operable to execute the method: must execute each step of the method. (plain language construction) | **'468 Patent**<br><br>"obtaining and storing said data update at a system server; forwarding said data update from said system server to a vehicle server via a data connection" (Claim 1.a-b, 10:38-40). |
| **Claim 9** | | |
| 9. A method of providing a data update to a vehicle, the method comprising the steps of: | | |
| receiving said data update at a **system server**; | See Claim 1 | |

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| transmitting said data update to a **vehicle server** via a **data connection at a predetermined time**; and | See Claim 1 on "vehicle server" and "data connection"<br><br>predetermined time: scheduled in advance. (plain meaning) | |
| **receiving a confirmation from said vehicle server via said data connection when said data update is successfully loaded**. | after the data update is loaded into the appropriate component, the vehicle server determines whether the load was successful and sends the result of this check to the system server via the same data connection used to transmit the data update to the vehicle server in the second element of Claim 9. | See Claim 1 on "verifying" |
| **Claim 12** | | |
| 12. The method of claim 9 wherein said data connection comprises a wireless data connection. | | |

| '468 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| **Claim 13** | | |
| 13. A **digital storage medium** having computer-executable instructions stored thereon, wherein said computer-executable instructions are **operable to execute the method** of claim 9. | See Claim 7 | |
| **Claim 15** | | |
| 15. A **digital storage medium** having computer-executable instructions stored thereon, wherein said computer-executable instructions are **operable to execute the method** of claim 12. | See Claim 7 | |

20101/2328177.1
11
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. M
Ex. M - 164