| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| **Claim 1** | | |
| 1. A data communications system for retrieving data information, said data communications system comprising: | | |
| a **data source** comprising a **network system** for the storage and delivery of the data information; | data source: a source of data remote from the vehicle, which stores or channels information, receives requests for information from the information request system and transmits the requested data to the receiver<br><br>network system: a system remote from the vehicle configured to transmit data or voice communications between various communication systems | **DATA SOURCE**<br><br>**'152 Patent**<br><br>"Data source 104 stores or channels information, such as news, weather, entertainment, financial, or sports information, or any other type of information, receives requests for information from the information request system 102, and transmits the requested data to the receiver 106." (2:59-64).<br><br>"The present invention relates to communications, and more particularly, to systems for requesting and receiving data from a <u>remote data source</u>." (1:6-8) (emphasis added). |

20101/2328179.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | **NETWORK SYSTEM** |
| | | **'152 Patent** |
| | | "Network 314 preferably comprises a general network system configured to transmit data or voice communications between various communication systems, such as ground stations, internet service providers, direct broadcast systems, or home computer systems." (8:56-58). |
| an **information request system** comprising a **transmission unit** coupled to said data source and adapted to request the data information from said data source wherein said transmission unit comprises a **satellite data unit** and a **radio frequency unit**; | **information request system:** a dedicated system configured to enable a system user to request information via the first communication medium from the data source | **INFORMATION REQUEST SYSTEM** |
| | **transmission unit:** a unit on an aircraft that transmits a request for data to the data source via the first communication medium | **'152 Patent** |
| | **satellite data unit:** satellite transmitter unit that receives a | "The information request system 102 is configured to enable a system user, such as a passenger on an aircraft, ship or automobile, to request information from the data source 104 via the first communication medium 208." (5:32-35). |
| | | "The data communications system may be carried out in one form by a data communications system having a data source, an information request system coupled to the data source and adapted to request |

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | request from the information request system and generates a corresponding signal to be transmitted via satellite to the data request system." (Abstract). | data information from the data source, and a receiver coupled to the data source and adapted to receive the data information requested [by] the information request system." (Abstract).

**'152 Patent**

**TRANSMISSION UNIT**

"Information requests are transmitted to the data source 104 by the transmission unit 206 via first communication medium." (6:14-16). |
| | radio frequency unit: a unit for providing conventional radio transmission signals to a ground station | 

FIG. 2 |

20101/2328179.1

3
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 167

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | |  |

4
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 168

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | **SATELLITE DATA UNIT**<br><br>**'152 Patent**<br><br>"The SDU receives the request and generates a corresponding signal to be transmitted according to any suitable satellite communication technique." (6:67-7:2).<br><br> |

20101/2328179.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | **RADIO FREQUENCY UNIT** |
| | | **'152 Patent** |
| | | "Accordingly, the reciver 106 may be compatible with any appropriate communication medium, including radio, wireless LAN communications, satellite communications, or any other medium." (4:1-4). |
| **a first communication medium** configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising: | a manner of communication defined in the third element of claim 1 (sub-paragraphs one and two) that is different from the second communication medium | **'152 Patent**<br><br>*1 ... a first communication medium configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising:*<br><br>*an aeronautical satellite system and a ground station, wherein said aeronautical satellite system is adapted to transmit data information requests from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to* |

20101/23281179.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | *said network system; and* |
| | | *a radio ground station adapted to receive information request signals from said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system* . |
| | | *a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver* ... (claim 1 c-d; 10:55-11:7) (emphasis added). |
| | | *10. ... a first communication medium configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising:* |
| | | *an aeronautical satellite system and a ground station, wherein said aeronautical satellite system is adapted to transmit data information requests from said satellite data unit to said* |

7

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 171

20101/2328179.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said network system; and |
| | | a radio ground station adapted to receive information request signals from said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system; and |
| | | a LAN ground station adapted to receive information request signals from said wireless LAN unit, wherein said LAN ground station is adapted to transmit data information requests from said wireless LAN unit to said network system, and said network system is adapted to transfer information requests signals to said data source |
| | | a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver (claim 10.c–d, |

8

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 172

2010/23281?9.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| an **aeronautical satellite system** and a ground station, wherein said | at least one satellite that is not a direct broadcast satellite, which is configured to receive data request signals from a transmission unit | 12:55-13:14) (emphasis added).<br><br>**'152 File History**<br><br>"Leuca does not disclose, teach or suggest various elements of claim 1. For example, Leuca fails to disclose, teach or suggest a first communication medium having both an aeronautical satellite system and a radio ground station, a second communication medium comprising a direct satellite is adapted to receive data information and to broadcast data information to said receiver, or wherein the information request system is configured to select one said aeronautical system and said radio ground station from said first communication medium." Response to Office Action, May 13, 2002, p. 10 (emphasis added).<br><br>See also Reasons for Allowance, p. 2 (Ex. 9 to Teledyne's Opening Claim Construction Brief).<br><br>**'152 Patent** |

20101/2328179.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| aeronautical satellite system is adapted to transmit data information requests from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said network system, and | and forward or transmit the signals to a ground earth station | *1. ... a first communication medium configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising:*<br><br>FIG. 3<br><br><br>*an aeronautical satellite system and a ground station, wherein said aeronautical satellite system is adapted to transmit data information requests from said satellite data unit to said ground station, said ground station being* |

20101/2328179.1

10
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 174

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| a radio ground station adapted to receive information request signals from | | *coupled to said network system to facilitate the transferring of said data information requests to said network system;* and<br><br>*a radio ground station adapted to receive information request signals from said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system .*<br><br>*a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver ...* (claim 1.c-d; 10:55-11:7) (emphasis added); <u>see also</u> similar language in claim 10, above.<br><br><u>See also</u> Reasons for Allowance, p. 2 (Ex. 9 to Teledyne's Opening Claim Construction Brief). |

11
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 175

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system; | | |
| a second **communication medium** comprising a **direct broadcast satellite** adapted to receive data information from said data source and to broadcast said data information to said receiver; | second communication medium: a method of communication defined in the fourth element of claim 1 that is different from the first communication medium<br><br>direct broadcast satellite: a satellite that is not an aeronautical satellite, which broadcasts the same transmissions directly to all end-users and cannot receive transmissions from end-users | **SECOND COMMUNICATION MEDIUM**<br><br>See discussion of "first communication medium."<br><br>**DIRECT BROADCAST SATELLITE**<br><br>See also discussion of "aeronautical satellite system."<br><br>**'152 Patent**<br><br>"a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver" (claim 1.d; 11:6-7; claim 10.d, 13:11-14) (emphasis added).<br><br>"broadcasting the data information from said direct |

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | broadcast satellite to a receiver provided onboard said passenger carrier" (claim 4.e, 11:47-48) (emphasis added). |
| | | "a receiver located onboard said passenger carrier and adapted to receive data signals broadcast from said direct broadcast satellite, said receiver being operatively connected to said user interface to facilitate the transmission of said data information from said direct broadcast system to passengers" (claim 7.f, 12:26-31) (emphasis added). |
| | | "Data unit 704 preferably comprises a system configured for processing signals received by antenna 702, such as the broadcast signals from DBS satellite 318." (4:45-47) (emphasis added). |
| | | Cited References |
| | | "The broadband satellite systems, such as the Geo-synchronous Earth Orbit (GEO) Digital Broadcast Satellite (DBS), are envisioned as providing a one-way data service as the primary service. DBS technology uses an MPEG-2 digital compression |

13
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 177

20101/2328179.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | | system for sending a plurality of channels of digitized video signals through one transponder." U.S. Patent. No. 6,201,797 (Leuca, *et al.*, Mar. 13, 2001) (4:49-55) (emphasis added).<br><br>"DirecPC downloads content from the Internet directly from the server to our satellite network and straight into the back of your PC." (Ex. 10 to Teledyne's Opening Claim Construction Brief).<br><br>"EchoStar's digital broadcast is the first Direct Broadcast Satellite (DBS) service to link directly to subscriber PCs. . . ." (Ex. 11 to Teledyne's Opening Claim Construction Brief).<br><br>"DirecPC receives a Usenet Newsgroup feed from the Internet, which allows Turbo Newscast to automatically broadcast thousands of newsgroups over the DirecPC satellite system." (Ex. 10 to Teledyne's Opening Claim Construction Brief). |

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| a receiver coupled to said data source by said second communication medium and adapted to receive the data information requested by said information request system from said data source; and | | |
| wherein said information request system is configured to select one of said aeronautical satellite system and said radio ground station from said first communication medium for transmission of data information requests. | | |

2010/2328179.1

15
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 179

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| **Claim 2** | | |
| 2. A data communications system according to claim 1, wherein said network system comprises a **direct broadcasting system.** | See claim 1 on "direct broadcast satellite" | |
| **Claim 3** | | |
| 3. A data communications system according to claim 1, wherein said **information request system** further comprises a wireless LAN unit and said first communication medium further comprises: | See claim 1 | |

20101/2328179.1

Ex. N - 180

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| a LAN ground station adapted to receive information request signals from said wireless LAN unit, wherein said LAN ground station is adapted to transmit data information requests from said wireless LAN unit to said network system, and said network system is adapted to transfer information requests signals to said data source. | | |
| **Claim 4** | | |
| 4. A method for providing and controlling data communications from a **direct broadcast** | See claim 1 on direct broadcast satellite | |

2010\2328179.1

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| **system** to a passenger carrier, said method comprising the steps of: | | |
| transmitting data information requests from an **information request system** to a ground station, said transmitting of data information requests provided through one of satellite transmission signals and radio transmission signals by way of selection between one of a **satellite data unit** and a **radio frequency unit;** | See claim 1 | |
| transmitting the data information requests from said | See claim 1 | |

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| ground station to said broadcast system through a **network system**; | | |
| accessing data information corresponding to the data information request from said direct broadcast system; | | |
| transmitting the data information from said direct broadcast system to a **direct broadcast satellite**; and | See claim 1 | See Claim 1 on "direct broadcast satellite" |
| **broadcasting** the data information from said direct broadcast satellite to a receiver provided onboard said passenger carrier. | sending the same transmissions to all | |

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| **Claim 5** | | |
| 5. A method according to claim 4, wherein said step of transmitting data information requests from said information request system to said ground station comprises: | | |
| transmitting the data information requests from said satellite data unit to an aeronautical satellite system utilizing said satellite transmission signals; | | |
| and transmitting the data information requests from said aeronautical satellite system to said ground | | |

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

2010123281791

Ex. N - 184

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| station using said satellite transmission signals. | | |
| **Claim 6** | | |
| 6. A method according to claim 4, wherein said step of transmitting data information requests from said information request system to said ground station comprises: | | |
| **selecting** one of a group of transmission mediums comprising an **aeronautical satellite system**, a **radio frequency system**, a **wireless LAN system** and a **voice channel system** for transmission of the | selecting: selecting is done by the information request system<br><br>other terms: not susceptible to construction; alternatively:<br><br>Aeronautical satellite system: at least one satellite that is not a direct broadcast satellite, which is configured to receive data request | **'152 patent**<br><br>"Accordingly, the information request system 102 may select an appropriate transmission mechanism 510 for submitting requests to the data source 104 according to any appropriate criteria." (10:13-15). |

2010/2328179.1

Ex. N - 185

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| | data information requests. | signals from a transmission unit and forward or transmit the signals to a ground earth station. | |
| **Claim 7**<br><br>7. A data communications | Radio Frequency System: a radio frequency unit and at least one ground station configured to receive radio transmissions.<br><br>Wireless LAN System: a wireless LAN unit with at least one ground station configured to receive transmissions.<br><br>Voice Channel System: a voice channel unit, voice communication protocol and a ground station configured to receive voice channel communications. | |

2010/2/328179.1

22
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

Ex. N - 186

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| system for a passenger carrier, said system comprising: | | |
| a **transmission unit** comprising a **satellite data unit and a radio frequency unit,** located on board said passenger carrier and operatively connected to a user interface, said transmission unit being configured to select one of said satellite data unit and said radio frequency unit for transmission of the information request signals, said satellite frequency unit configured for providing satellite transmission signals to an **aeronautical** | See claim 1 | |

2010/2323179.1

Ex. N - 187

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| **satellite system**, said aeronautical satellite system being adapted to provide the information request signals to said ground station, and said radio frequency unit for providing radio transmission signals to said ground station, wherein said ground station is adapted to receive the radio transmission signals and transmit said signals to said ground network; | | |
| a ground station for receiving information request signals from said transmission unit; | | |

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| a **direct broadcast system** for providing data information; | See claim 1 on "direct broadcast satellite" | |
| a ground network for linking said ground station and said direct broadcast system to facilitate communications; | | |
| a **direct broadcast satellite**, said direct broadcast satellite adapted to interface and communicate with said direct broadcast system; and | See claim 1 | |
| a receiver located onboard said passenger carrier and adapted to receive data signals broadcast from said direct broadcast satellite, said receiver | | |

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

20101/2328179.1

Ex. N - 189

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| being operatively connected to said user interface to facilitate the transmission of said data information from said direct broadcast system to passengers. | | |
| **Claim 8**<br><br>8.  A data communications system according to claim 7, wherein said transmission unit further comprises a wireless LAN unit, said transmission unit being configured to select one of said satellite data unit, said radio frequency unit and said wireless LAN unit for transmission of | | |

TELEDYNE'S RESPONSIVE MARKMAN BRIEF<br>Alden Decl. Ex. N

Ex. N - 190

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| the information request signals. | | |
| **Claim 10** | | |
| 10.  A data communications system for retrieving data information, said data communications system comprising: | | |
| a **data source** comprising a **network system** for the storage and delivery of the data information; | See claim 1 | |
| an **information request system** comprising a **transmission unit** coupled to said data source and adapted to request the data information from said | See claim 1 | |

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

20101/2328179.1

Ex. N - 191

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| data source, wherein said **transmission unit** comprises a **satellite data unit**, a **radio frequency unit**, and a wireless LAN unit; | | |
| a **first communication medium** configured for transmission of requests for the data information from the information requests system to said data source, said first communication medium comprising: | a manner of communication defined in the third element of claim 10 (sub-paragraphs one and two) that is different from the second communication medium | See Claim 1 on "first communication medium" |
| an **aeronautical satellite system** and a ground station, wherein said aeronautical satellite system is adapted to | See claim 1 | |

28
TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

20101/2324179.1

Ex. N - 192

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| transmit data information request from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said network system; and | | |
| a radio ground station adapted to receive information request signals from said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system; | | |

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

2010/2328179.1

Ex. N - 193

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| and | | |
| a LAN ground station adapted to receive information request signals from said wireless LAN unit, wherein said LAN ground station is adapted to transmit data information requests from said wireless LAN unit to said network system, and said network system is adapted to transfer information request signals to said data source; | | |
| a **second communication medium** comprising a **direct broadcast satellite** adapted to | See claim 1 | |

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

20\0\232\179.1

Ex. N - 194

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| receive data information from said data source and to broadcast said data information to said receiver; | | |
| a receiver coupled to said data source by said second communication medium and adapted to receive the data information requested by said information request system from said data source; and | | |
| wherein said information request system is configured to select one of said aeronautical satellite system, said radio ground station and said | | |

2010/2328179.1

Ex. N - 195

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| LAN ground station from said first communication medium for transmission of data information requests. | | |
| **Claim 11** | | |
| 11. A data communications system according to claim 10, wherein said information request system comprises a **selection system** configured to select one of said aeronautical satellite system, said radio ground station and said LAN ground station from said communication mediums for | See claim 6 | |

Alden Decl. Ex. N

2010\23281791

Ex. N - 196

| '152 Patent Claim Terms | Teledyne's Proposed Construction | Support |
|---|---|---|
| transmission of data information requests to said data source. | | |

TELEDYNE'S RESPONSIVE MARKMAN BRIEF
Alden Decl. Ex. N

20101/2328179.1

Ex. N - 197