

**résumé**

7900 Wisconsin Avenue
Bethesda, Maryland 20814
+1-301-652-5306 Voice
+1-301-652-4571 Fax

# K. PRASAD NAIR

Mr. Nair is the President of Project Management Enterprises, Inc. (PMEI) and has in excess of 25 years of aviation related communications experience. Areas in which he has personally provided client consulting service during include technology feasibility studies, systems architecture, requirements analysis, hardware/ software selection, database design, RFP preparation and procurement actions, and project monitoring and management. These services have been provided to a varied clientele in both federal and state government and in the private sector; national and international.

Service specialties include air-ground communication applications, Global Positioning System (GPS) applications for the aviation industry, high reliability and integrity data link applications in support of mobile units, telecommunications and computerized simulation and modeling. PMEI is currently engaged in the development of software and avionics hardware for VHF and satellite-based communications services for ATS and AOC applications (C-N-S-based communication technologies). These wireless technologies support future applications of C-N-S-ATM interchanges between and among aircraft and ground-based host systems using industry standard TCP/IP. Issues of data integrity, availability and information security are being correlated to specific RF delivery technologies. PMEI and its subsidiary corporation has developed Airborne Internet capable avionics and ground stations that are undergoing tests and field trials.

**AIRBORNE NETWORK RELATED PROJECTS**

- Program Manager for an on-going FAA and Air Force sponsored Airborne Network test environment that includes four test aircraft and 3 ground stations sited at the FAA Technical Center in Atlantic City, PMEI lab in Bethesda Md, and Scott Air Force Base, Ill. (2005 – Present)
- Key contributing member of RTCA Special Task Force I that addressed the transition issues of migrating from the current aviation environment to the future free flight-based CNS/ATM environment. (1995)
- Program Manager for PMEI's participation in the NASA Small Aircraft Transportation System (SATS) that demonstrated advanced aviation technologies applied to General Aviation for applicability to the traveling public. The technologies including PMEI developed Airborne Internet products and self organized discovery protocols. (2002 – 2005)
- Technical advisor to the FAA ICAO delegation that developed and obtained international acceptance of the Future Air Navigation System (FANS). (1992 – 1995)
- Technical and communications strategy consultant to ARINC for the development and expansion of the ACARS communications service. (1985 – 1996)
- Technical advisor to the Swedish Civil Aviation Administration (SCAA) at the ICAO Aeronautical Mobile Communications Panel (AMCP) (1995 – 1999).
- Program manager for a joint FAA/SCAA technical evaluation of VDL based ADS-B protocol by conducting field engineering trials with prototype equipment at the Atlanta Hartsfield airport. The program included development of a two-way data interface between the airport ASDE / AMASS surface movement and guidance system and a self organized mobile TDMA data link system. (1996)

pn@pmei.com                                                                                                                  August 2007

MR. K.P. NAIR                                                                    PROJECT MANAGEMENT ENTERPRISES, INC.
Page 2

- Member of the RTCA SC-159 Working Group that proposed and developed the GNSS SCAT-I standard for private use DGPS-based Category I Approach systems. (1993 – 1999)
- Communications data link program manager on NASA effort to demonstrate surface movement and guidance under complete data link control at Atlanta Hartsfield airport. The program culminated with a weeklong demonstration of the full system using NASA's Transportation Systems Research Vehicle (TSRV) B-757 aircraft and several ground vehicles. (1995 – 1996)
- Member of the ATA Direct Access Working Group (and sub-group leader for data security and integrity issues) for the establishment of industry wide standards on access and delivery of electronic maintenance information between manufacturer and the airline end-user (to include in-flight access to real-time information). (1994 – 1997)

**EDUCATION**

- B.S. in Electrical Engineering from Howard University, Washington, D.C. –1966
- Masters Degree in Engineering Administration from George Washington University, Washington, D.C. – 1968
- Graduate Certificate in Management Information Systems from American University, Washington, D.C. – 1970

**PROFESSIOAL ASSOCIATIONS, ETC.**

Continuous member of IEEE since 1967
Member of Association of Computing Machines (1980-2000 est.)
Co-inventor/ submitter of more than a dozen communication patent applications.
Co-inventor of U.S. Patent 6,477,359 B2, <u>Diversity Reception for Aeronautical Packet Data Communications Systems</u>.