

Search | Site Help | Contact NBAA | Join NBAA | Home

# Airspace/ Air Traffic

**Flight Operations**
- Safety
- Security
- Administration
- Tax & Finance
- Maintenance
- Airports
- Airspace/Air Traffic
- CNS
- International Ops
- Ops FAQs

**Government Affairs**
**Conventions**
**Seminars**
**Travel$ense**
**Air Mail**
**Products & Services**
**Library**
**Membership**
**Site Help**
**Contact NBAA**

**Board/Committees**
**Merchandise Center**
**Education**
**Industry Data**
**Press Room**
**About NBAA**

**Search**

## NBAA GA Desk

### Support for Flight Planning and Flight Support Companies

NBAA has positioned full time employees to work in partnership with the FAA's Air Traffic Control System Command Center (ATCSCC). This partnership has led to the development of a new subscription-based Member service. This new service is rooted in the development of new FAA air traffic management tools and procedures introduced under the umbrella of Collaborative Decision Making (CDM). CDM is an evolving process that continually takes advantage of new technologies and better procedures to improve efficiency for operators in the National Airspace System (NAS). Placing staff at the ATCSCC puts NBAA in position to affect CDM products and develop services for operating Members thus taking advantage of all that CDM has to offer.

Members can either be direct subscribers to the NBAA GA Desk or alternatively may benefit from the GA Desk by subscribing to various services offered by NBAA Members that provide Flight Planning and Flight Support activities. This web page has been established to allow those companies that have partnered with NBAA a chance to briefly describe their services with links back to their main company web pages for more detailed offerings. It is important to note that the NBAA GA Desk in not in competition with these providers, rather we are partnered with them to provide services to the membership at large.

- **Air Routing International**
- **ARINC Direct$^{SM}$ Flight Support Services**
- **Honeywell Global Data Center Flight Support Services**
- **Jeppesen**

For more information, contact NBAA's Ernie Stellings at estellings@nbaa.org or (703) 326-3819 or one of the Flight Planning Service Providers located on this page.

### Air Routing International

For nearly 30 years, Air Routing International (ARI) has been servicing the needs of corporate and commercial aviation with a variety of support services. Beginning as a weather service provider, the firm and its associates - Wilkens Weather Technologies, Air Routing Fuel and Air Routing Card Services -- have developed many industry standard-setting support concepts. From special volume fuel purchasing to flight planning, ground transportation, hotel arrangements, catering, weather and security services, charge and payment options and even electronic flight planning -- ARI is dedicated to finding ways and means to make aviation travel simpler and safer.

Air Routing's New Domestic Flight Watch Program (DFW)

As dedicated corporate aviation specialists, the Air Routing team fully realizes that one reduced delay of even half an hour might be worth tens of thousands of dollars to a flight department. Always looking for ways and means to further enhance its service and support options, ARI has developed a new service that is now ready for use by the business and charter aviation community. It is called Air Routing Domestic Flight Watch Program (DFW). This new service incorporates a partnership between ARI, the NBAA General Aviation Desk (GA Desk) and the Federal Aviation Administration (FAA). The purpose of this new service is to reduce ATC delays and reroutes for ARI clients.

For those operators who file their own domestic flight plans and desire DFW coverage,

they can subscribe to the DFW program and simply submit their domestic schedules via phone, fax, email, ARI Flight Manager or selected scheduling software programs.

Subscribers to the Air Routing Flight Manager website can view the status of DFW covered flight legs online via a PC or PDA device.
Additional features include graphical flight route overlays, passenger weather forecasts and fuel pricing.

To contact Air Routing International - 800 987 5676; www.airrouting.com

### ARINC Direct$^{SM}$ Flight Support Services

Business aircraft operators may come straight to the source-ARINC-for data link communications, flight information, and ground assistance needs, regardless of avionics type. ARINC Direct$^{SM}$ provides end-to-end flight support services, including flight planning, weather services, flight following, and data communications over VHF, HF, and satellite. All flight information applications on ARINC Direct$^{SM}$ are web-enabled, so Flight department personnel can send messages, perform flight planning, check weather, view live air traffic information, and perform a variety of other tasks from any standard Internet connection.

We also partner with the NBAA GA Desk and the FAA Command Center to bring the benefits of the FAA's Collaborative Decision Making (CDM) program to Business Aviation. Through this partnership, ARINC is able to view current and possible future air traffic initiatives that may impact your flight, and offer alternatives and advance notice. Your flights are also considered during the strategic planning sessions conducted by the FAA Command Center throughout the day. Through the GA Desk, and our link with the CDM Systems, we have direct access to the FAA Command Center on behalf of your flight department.

ARINC Direct$^{SM}$ also provides many other services including RVSM services; a wide range of aircraft services including maintenance, repair, and overhaul; SKYLink high speed Internet for the cabin; and ARINC Messenger, a lower cost data link avionics solution.

+1 877 4DIRECT
+1 410 266 2266
direct@arinc.com
www.arinc.com/direct

### Honeywell Global Data Center Flight Support Services

Honeywell's Global Data Center offers pre-flight and in-flight pilot services for business aviation. Since 1985, the GDC has been offering customers a single source for all flight support service needs available 24 hours a day.

Global Data Center Pre-Flight Services

- Datalink Communications
- Pre-arranged Fuel
- Web Flight Planning
- Flight Sentinel™
- Air Traffic Services

Global Data Center In-Flight Services

- Air Traffic Services
- Navigation Databases
- WINN™ Graphical Weather
- JetMapII®

- Onelink™
- Graphical Flight Following

GDC's Flight Sentinel service combines flight planning, active flight monitoring, and datalink communications to increase the effectiveness of the FAA's Collaborative Decision Making (CDM) program for business aviation organizations. The Flight Sentinel staff participate in FAA Command Center briefings and employ FAA Playbook routing to help crews circumnavigate weather and air traffic delays.

Flight Sentinel Services

- Flight Planning
- Active Flight Monitoring
- Collaborative Decision Making
- Custom Flight Concierge

Contact Information:

Telephone: +1 425 885 8100
US/Canada: +1 888 634 3330
Facsimile: +1 425 885 8930
Email: gfo@mygdc.com
Internet: www.mygdc.com

## Jeppesen

Jeppesen, the leader in providing navigation and flight information for over 70 years, has been providing Flight Planning, Aviation Weather and International Trip Planning services to the Business Aviation community for over 30 years. As a Boeing company, Jeppesen is committed to providing data and services you can trust.

Flight Planning

JetPlan, the industry leader in optimized flight planning, offers the benefits of saving you money and time when planning a trip. Whether it's using ETOPS, ERAD or CDR's, JetPlan calculates the optimized plan for your desired routing and aircraft that you can file with ATC. Jeppesen flight planning specialists, in contact with the NBAA GA Desk, are available 7x24 to assist customers with all your flight planning needs. JetPlan is available through a web interface (Jetplan.com) or pc software (JetPlanner) which allows you to graphically depict your route, overlay weather and navigation information, and track a flight in progress.

Weather

Jeppesen provides worldwide aviation weather, including customized products that you can only get from Jeppesen, including a 6 hour NEXRAD radar forecast, worldwide turbulence and icing forecasts, and worldwide lightning detection. Jeppesen employs a staff of professional meteorologists, available 7x24, who can also provide custom briefings for your specific route and requirements. Worldwide NOTAMs are also available as part of the Jeppesen Weather Service.

International Trip Planning

Jeppesen can arrange and follow your international trip to insure a safe and smooth trip to destinations you may not be familiar with. Services include over flight permits, landing permits, departure and landing slots, fueling, catering, hotels, ground transportation, security arrangements, flight planning and weather. Trip Planners are available 7x24 to arrange new trips or assist with ongoing trips.

Contact Information:

| Western Hemisphere | Eastern Hemisphere |
|---|---|
| +1 800 358 6468 | +44 (0) 1293 842403 |
| 408 961 2825 | |
| www.jeppesen.com | |
| ifs@jeppesen.com | ifs_eur@jeppesen.com |

Flight Operations | Government Affairs | Conventions | Seminar Series | Travel$ense
Air Mail | Products & Services | Library | Merchandise Center | Site Help | Contact NBAA
Board & Committees | Membership | Education | Industry Data | Press Room | About NBAA | Search

© 1995-2007 National Business Aviation Association, Inc.