QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
  Steven M. Anderson (Bar No. 144014)
  stevenanderson@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Teledyne Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TELEDYNE TECHNOLOGIES, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>     Defendant.<br><br>AND COUNTERCLAIM | CASE NO. 06-06803-MMM (SHx)<br><br>SUPPLEMENTAL DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT TELEDYNE TECHNOLOGIES INCORPORATED'S RESPONSIVE CLAIM CONSTRUCTION BRIEF<br><br>The Honorable Margaret M. Morrow<br><br>Hearing Date: January 28, 2008<br>Time: 9:00 a.m.<br>Courtroom: 780<br><br>Trial Date: Sept. 23, 2008<br>Discovery Cut-off Date: June 6, 2008<br>Pre-trial Conference Date: Aug. 25, 2008 |

## DECLARATION OF ANTHONY P. ALDEN

I, Anthony P. Alden, declare as follows:

1. I am a member of the Bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys of record for Plaintiff and Counter-Defendant Teledyne Technologies Incorporated ("Teledyne"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I would and could testify competently thereto.

2. At approximately 11:30 p.m. on Monday, December 17, 2007, I attempted to electronically file two documents in support of Teledyne's Responsive Claim Construction Brief—Declaration of Anthony P. Alden and Declaration of K. Prasad Nair, with exhibits attached thereto. I did not, however, receive any confirmation that these documents had been filed, and they did not appear on the case docket. Accordingly, at approximately 11:50 p.m. on the same day, I again tried to file these documents. Again, however, I received no confirmation that the documents had been filed, and they did not appear on the case docket.

3. In light of these filing difficulties, and to avoid any appearance of impropriety, I immediately sent an e-mail to Ephraim Starr, Esq., of opposing counsel, advising him of my filing difficulties and attaching the relevant documents. Attached hereto as Exhibit A is a true and correct copy of my e-mail to Mr. Starr.

4. At 10:00 a.m. the next day, December 18, 2007, I telephoned the Court's CM/ECF Helpdesk and left a message inquiring as to how I should get the documents filed. As of drafting this declaration, I have not received a response.

5. Also, at approximately 1:00 p.m. on December 18, 2007, I left a message with Court Clerk Huerta, advising her of my technical difficulties in filing the documents on December 17, 2007.

6. At approximately 1:15 p.m. on December 18, 2007, the documents were finally accepted for electronic filing. These documents are in no

1  way different from those that I attempted to file, and that were served on opposing
2  counsel, on December 17, 2007.
3        I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.
5        Executed this 18th day of December, 2007, at Los Angeles, California.

                                         /s/ *Anthony P. Alden*
                                         Anthony P. Alden

-2-

SUPPLEMENTAL ALDEN DECLARATION