# Anthony Alden

| | |
|---|---|
| **From:** | Anthony Alden |
| **Sent:** | Tuesday, December 18, 2007 12:24 AM |
| **To:** | 'estarr@kirkland.com' |
| **Cc:** | Teledyne-Honeywell; Steven Anderson; Joe Paunovich; Jessica Stoddard |
| **Subject:** | Teledyne v. Honeywell |
| **Attachments:** | A.pdf; Alden Declaration.pdf; B.pdf; C.pdf; D.pdf; Declaration of Nair.pdf; E.pdf; EX L.pdf; EX M.pdf; EX N.pdf; F.pdf; G.pdf; H.pdf; I.pdf; J.pdf; K.pdf; 1.pdf; 2.pdf |

Ephraim: please find attached my declaration and declaration of K. Prasad Nair in support of Teledyne's Responsive Claim Construction Brief, with exhibits thereto. I have attempted for the last hour to file these documents electronically, but it is unclear whether they were accepted by the system. Accordingly, to avoid any appearance of impropriety, I am e-mailing them to you now.

Best,

Anthony P. Alden
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3159
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: anthonyalden@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT ___A___
PAGE ___3___

12/18/2007