KIRKLAND & ELLIS LLP
Robert G. Krupka, P.C. (S.B.N. 196625)
rkrupka@kirkland.com
Luke L. Dauchot (S.B.N. 229829)
ldauchot@kirkland.com
Ephraim D. Starr (S.B.N. 186409)
estarr@kirkland.com
777 South Figueroa Street
Los Angeles, California  90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Defendant-Counterclaimant
HONEYWELL INTERNATIONAL INC.
and Counterclaimant HONEYWELL
INTELLECTUAL PROPERTIES INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TELEDYNE TECHNOLOGIES INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>HONEYWELL INTERNATIONAL INC., a Delaware corporation,<br><br>                    Defendant.<br><br>HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., a Delaware corporation,<br><br>                    Counterclaimants.<br><br>       vs.<br><br>TELEDYNE TECHNOLOGIES INC., a Delaware corporation,<br>                    Counterdefendant. | Case No. CV 06-06803<br><br>Assigned to: Hon. Margaret M. Morrow<br><br>**SUPPLEMENTAL DECLARATION OF EPHRAIM D. STARR IN SUPPORT OF HONEYWELL'S *MARKMAN* OPENING AND RESPONSIVE BRIEFS**<br><br>Date:     January 28, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 780 |

# SUPPLEMENTAL DECLARATION OF EPHRAIM D. STARR

I, Ephraim D. Starr, declare as follows:

1. I am a member of the Bar of the State of California and am a partner at Kirkland & Ellis LLP, attorneys of record for Defendant-Counterclaimant Honeywell International Inc. and Counterclaimant Honeywell Intellectual Properties Inc. (collectively "Honeywell"). I submit this supplemental declaration on the basis of personal, firsthand knowledge in support of Honeywell's *Markman* Opening and Responsive Briefs, and if called upon to do so, would and could competently testify as follows:

2. A true and correct copy of relevant excerpts from the Aviation Electronics Glossary (2005) is attached hereto as Exhibit A. The arrow has been added for the convenience of the Court.

3. A true and correct copy of relevant excerpts from Merriam-Webster's Collegiate Dictionary: (10th Ed., 1997) is attached hereto as Exhibit B. The arrow has been added for the convenience of the Court.

4. A true and correct copy of relevant excerpts from the Microsoft Press Computer Dictionary: (3rd Ed., 1997), is attached hereto as Exhibit C. The arrow has been added for the convenience of the Court.

5. A true and correct copy of relevant excerpts from the Modern Dictionary of Elecs: (7th Ed., 1999), is attached hereto as Exhibit D. The arrows have been added for the convenience of the Court.

6. A true and correct copy of relevant excerpts from The AlliedSignal Glossary Of Avionics Terms & Acronyms (1998) is attached hereto as Exhibit E. The arrow has been added for the convenience of the Court.

7. A true and correct copy of relevant excerpts from The Authoritative Dictionary of IEEE Standard Terms (2000) is attached hereto as Exhibit F. The

-1-
**SUPPLEMENTAL DECLARATION OF EPHRAIM D. STARR IN SUPPORT OF HONEYWELL'S *MARKMAN* OPENING AND RESPONSIVE BRIEFS**

arrows have been added for the convenience of the Court.

8. A true and correct of copy of relevant excerpts from The IEEE Dictionary Of Elec. And Elec. Terms: (6th Ed., 1996) is attached hereto as Exhibit G. The arrow has been added for the convenience of the Court.

9. A true and correct copy of relevant excerpts from The Oxford English Dictionary (2nd Ed. 1989) is attached hereto as Exhibit H. The arrows have been added for the convenience of the Court.

10. A true and correct copy of relevant excerpts from Webster's New Twentieth Century Dictionary, Unabridged: (2nd Ed., 1979) is attached hereto as Exhibit I. The arrow has been added for the convenience of the Court.

11. A true and correct copy of relevant excerpts from the Nat'l Transp. Bd., NTSB Incident Report Identification: CHI03IA070 (2005) are attached hereto as Exhibit J. Highlighting has been added for the convenience of the Court.

12. A true and correct copy of relevant excerpts from the Dept. of the Army, Army Reg. 95-2 (August 10, 1990) is attached hereto as K. The arrow has been added for the convenience of the Court.

13. A true and correct copy of relevant excerpts from Vocabulary For 3GPP [3rd Generation Partners] Specifications (3g Tr 21.905) (2000) is attached hereto as Exhibit L. The arrows have been added for the convenience of the Court.

14. A true and correct copy of relevant excerpts from the SAE Dictionary of Aerospace Engineering (1992) is attached hereto as Exhibit M. The arrow has been added for the convenience of the Court.

15. A true and correct copy of 14 C.F.R. § 91.1415(b) (Federal Aviation Administration, Department of Transportation, Air Traffic and General Operating Rules, General Operating and Flight Rules (Refs & Annos), Fractional Ownership Operations (Refs & Annos), Program Management, CAMP: Mechanical reliability reports) is attached hereto as Exhibit N. The arrow has been added for the convenience of the Court.

16. A true and correct copy of 14 C.F.R. § 121.703(b) (Federal Aviation Administration, Department of Transportation, Air Carriers and Operators for Compensation or Hire: Certification and Operations, Operating Requirements: Domestic, Flag, and Supplemental Operations (Refs & Annos), Records and Reports (Refs & Annos), Service difficulty reports) is attached hereto as Exhibit O.  The arrow has been added for the convenience of the Court.

17. A true and correct copy of 14 C.F.R. § 135.415(b) (Federal Aviation Administration, Department of Transportation, Air Carriers and Operators for Compensation or Hire: Certification and Operations, Operating Requirements: Commuter and on Demand Operations and Rules Governing Persons on Board Such Aircraft (Refs & Annos), Maintenance, Preventive Maintenance, and Alterations, Service difficulty reports) is attached hereto as Exhibit P.  The arrow has been added for the convenience of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2008 at Los Angeles, California.

By:  /s/ Ephraim D. Starr
Ephraim D. Starr
KIRKLAND & ELLIS LLP

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.
and Counterclaimants
HONEYWELL INTERNATIONAL INC.
and HONEYWELL INTELLECTUAL
PROPERTIES INC.

SUPPLEMENTAL DECLARATION OF EPHRAIM D. STARR IN SUPPORT OF
HONEYWELL'S *MARKMAN* OPENING AND RESPONSIVE BRIEFS