

# Aviation Electronics Glossary

**Rockwell Collins**

# AVIATION ELECTRONICS GLOSSARY

**How to Speak Avionics-ese***

## CONTENTS OF GLOSSARY

| | | | |
|---|---:|---|---:|
| **A** | 2 | **N** | 76 |
| **B** | 15 | **O** | 80 |
| **C** | 18 | **P** | 83 |
| **D** | 28 | **Q** | 91 |
| **E** | 36 | **R** | 92 |
| **F** | 43 | **S** | 99 |
| **G** | 49 | **T** | 110 |
| **H** | 53 | **U** | 119 |
| **I** | 56 | **V** | 121 |
| **J** | 62 | **W** | 126 |
| **K** | 63 | **X** | 128 |
| **L** | 63 | **Y** | 129 |
| **M** | 67 | **Z** | 129 |

*Avionics-ese. Sometimes called AV-Speak.

It's a confusing, sometimes frustrating language.

That's why your friends at Rockwell Collins created this handy compendium of acronyms, terms and definitions.

We hope it helps.

Copyright © 2005 Rockwell Collins, Inc.
www.rockwellcollins.com



| | | |
|---|---|---|
| • | **DEFDARS** | Digital Expandable Flight Data Acquisition and Recording System |
| • | **DEFL** | Deflection |
| • | **DEG** | Degree |
| • | **DEL** | Delete |
| • | **Demand Mode** | An ACARS mode of operation in which communications may be initiated by the ground processor or the airborne system. |
| • | **DEP** | ( 1 ) Departure<br>( 2 ) Design Eye Position. The position at each pilot's station from which a seated pilot achieves the optimum combination of outside visibility and instrument scan. |
| • | **DER** | Designated Engineering Representative: Designation of authority by the FAA authorized under FAR Part 183, Subpart B. |
| • | **DES** | Descent |
| • | **DESCR** | Description |
| • | **Desensitization** | TCAS sensitivity level (threat volume) reduction |
| • | **DES** | Descent: An autopilot Flight director mode. |
| • | **DEST** | Destination |
| • | **DEV** | Deviation |
| • | **DF** | Definition File |
| • | **DFA** | Direction Finding Antenna |
| • | **DFCS** | Digital Flight Control System |
| • | **DFDAF** | Digital Flight Data Acquisition Function |
| • | **DFDAMU** | Digital Flight Data Acquisition Management Unit |
| • | **DFDAU** | Digital Flight Data Acquisition Unit. The DFDAU samples, conditions and digitizes the flight data. |
| • | **DFDR** | Digital Flight Data Recorder |
| • | **DFDU** | Digital Flight Data Unit |
| • | **DFIDU** | Dual Function Interactive Display Unit |
| • | **DFIU** | Digital Flight Instrument Unit |
| • | **DFS** | Digital Frequency Select |

**31**