

# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20
                                         96-42529
                                            CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

17181920RMcN97

**land·er** \'lan-dər\ n (1859) : one that lands; esp : a space vehicle that is designed to land on a celestial body (as the moon or a planet)

**land·fall** \'lan(d)-,fȯl\ n (1627) 1 : a sighting or making of land after a voyage or flight 2 : the land first sighted on a voyage or flight

**land·fill** \-,fil\ n (1942) 1 : a system of trash and garbage disposal in which the waste is buried between layers of earth to build up low-lying land — called also *sanitary landfill* 2 : an area built up by landfill

**land·form** \-,fȯrm\ n (1893) : a natural feature of a land surface

**land·grab** \-,grab\ n (1860) : a usu. swift acquisition of land often by fraud or force — **land–grab·ber** \-,gra-bər\ n

**land grant** n (1862) : a grant of land made by the government esp. for roads, railroads, or agricultural colleges

**land·hold·er** \'land-,hōl-dər\ n (15c) : a holder or owner of land

**land·hold·ing** \-,hōl-diŋ\ n (ca. 1890) 1 : the state or fact of holding or owning land 2 : property in land — **landholding** *adj*

**land·ing** n (15c) 1 : an act or process of one that lands; esp : a going or bringing to a surface (as land or shore) after a voyage or flight 2 : a place for discharging and taking on passengers and cargo 3 : a level part of a staircase (as at the end of a flight of stairs)

**landing craft** n (1940) : any of numerous naval craft designed for conveying troops and equipment from a transport to a beach in an amphibious assault

**landing field** n (ca. 1920) : a field where aircraft may land and take off

**landing gear** n (1911) : the part that supports the weight of an airplane or spacecraft when in contact with the land or water

**landing strip** n (1930) : AIRSTRIP

**land·la·dy** \'land-,lā-dē\ n (ca. 1536) : a woman who is a landlord

**land·line** \-,līn\ n (1865) : a line of communication (as by telephone cable) on land

**land·locked** \-,läkt\ adj (1622) 1 : enclosed or nearly enclosed by land ⟨a ~ country⟩ 2 : confined to fresh water by some barrier ⟨~ salmon⟩

**land·lord** \-,lȯrd\ n (bef. 12c) 1 : the owner of property (as land, houses, or apartments) that is leased or rented to another 2 : the master of an inn or lodging house : INNKEEPER

**land·lord·ism** \-,lȯr-,di-zəm\ n (1844) : an economic system or practice by which ownership of land is vested in one who leases it to cultivators

**land·lub·ber** \-,lə-bər\ n (ca. 1700) : LANDSMAN 2 ⟨clumsy ~s learning to sail⟩ — **land·lub·ber·li·ness** \-bər-lē-nəs\ n — **land·lub·ber·ly** \-bər-lē\ adj — **land·lub·bing** \-biŋ\ adj

**land·mark** \-,märk\ n (bef. 12c) 1 : an object (as a stone or tree) that marks the boundary of land 2 a : a conspicuous object on land that marks a locality b : an anatomical structure used as a point of orientation in locating other structures 3 : an event or development that marks a turning point or a stage 4 : a structure (as a building) of unusual historical and usu. aesthetic interest; esp : one that is officially designated and set aside for preservation

**land·mass** \-,mas\ n (1856) : a large area of land ⟨continental ~es⟩

**land mine** n (1890) 1 : a mine placed on or just below the surface of the ground and designed to be exploded by the weight of vehicles or troops passing over it 2 : BOOBY TRAP 1

**land office** n (1681) : a government office in which entries upon and sales of public land are registered

**land–office business** n (1839) : extensive and rapid business ⟨money changers ... did a *land-office business* on payday —F. J. Haskin⟩

**land·own·er** \'land-,ō-nər\ n (ca. 1733) : an owner of land — **land·own·er·ship** \-,ship\ n — **land·own·ing** \-,ō-niŋ\ adj or n

**land–poor** \'lan(d)-,pu̇r\ adj (1873) : owning so much unprofitable or encumbered land as to lack funds to develop the land or pay the charges due on it

**Land·ra·ce** \'lan(d)-,rä-sə\ n [Dan, fr. *land* + *race*] (1935) : a swine of any of several breeds locally developed in northern Europe

**land reform** n (1846) : measures designed to effect a more equitable distribution of agricultural land esp. by governmental action; *also* : the resulting redistribution

**¹land·scape** \'lan(d)-,skāp\ n, *often attrib* [D *landschap*, fr. *land* + *-schap* -ship] (1598) 1 a : a picture representing a view of natural inland scenery b : the art of depicting such scenery 2 a : the landforms of a region in the aggregate b : a portion of territory that can be viewed at one time from one place c : a particular area of activity : SCENE ⟨political ~⟩ 3 *obs* : VISTA, PROSPECT

**²landscape** vb **land·scaped; land·scap·ing** vt (1914) : to modify or ornament (a natural landscape) by altering the plant cover ~ vi : to engage in landscape gardening — **land·scap·er** n

**landscape architect** n (1863) : one who develops land for human use and enjoyment through effective placement of structures, vehicular and pedestrian ways, and plantings — **landscape architecture** n

**landscape gardener** n (ca. 1763) : one who is engaged in the development and decorative planting of gardens and grounds — **landscape gardening** n

**land·scap·ist** \'lan(d)-,skā-pist\ n (1843) : a painter of landscapes

**¹land·slide** \'lan(d)-,slīd\ n (1838) 1 : the usu. rapid downward movement of a mass of rock, earth, or artificial fill on a slope; *also* : the mass that moves down 2 a : a great majority of votes for one side b : an overwhelming victory

**²landslide** vi **-slid** \-,slid\; **-slid·ing** \-,slī-diŋ\ (1926) 1 : to produce a landslide 2 : to win an election by a heavy majority

**land·slip** \-,slip\ n (1679) : LANDSLIDE 1

**Lands·mål** or **Lands·maal** \'län(d)s-,mȯl\ n [Norw, fr. *land* country + *mål* speech] (1886) : NYNORSK

**lands·man** \'lan(d)z-mən\ n (1598) 1 : a fellow countryman 2 : one who lives on the land; *esp* : one who knows little or nothing of the sea or seamanship

**land·ward** \'land-wərd\ *adv or adj* (15c) : to or toward the land

**land yacht** n (1928) : a 3-wheel wind-driven recreation vehicle consisting of a bare-frame structure and a single sail and used esp. on areas of firmly packed sand

**¹lane** \'lān\ n [ME, fr. OE *lanu*; akin to MD *lane* lane] (bef. 12c) 1 : a narrow passageway between fences or hedges 2 : a relatively narrow way or track: as a : an ocean route used by or prescribed for ships b : a strip of roadway for a single line of vehicles c : AIR LANE d : any of several parallel courses on a track or swimming pool in which a competitor must stay during a race e : an unmarked lengthwise division of a playing area which defines the playing zone of a particular player f : a narrow hardwood surface having pins at one end and a shallow channel along each side that is used in bowling g : FREE THROW LANE

**²lane** *Scot var of* LONE

**lane·way** \'lān-,wā\ n (1882) *Brit* : LANE

**lang·bein·ite** \'laŋ-,bī-,nīt\ n [G *Langbeinit*, fr. A. *Langbein*, 19th cent. Ger. chemist] (ca. 1897) : a mineral that is a double sulfate of potassium and magnesium used in the fertilizer industry

**lang·lauf** \'läŋ-,lau̇f\ n [G, fr. *lang* long + *Lauf* race] (1927) : cross-country running or racing on skis — **lang·lauf·er** \-,lau̇-fər\ n

**lang·ley** \'laŋ-lē\ n, *pl* **langleys** [Samuel P. *Langley*] (1947) : a unit of solar radiation equivalent to one gram calorie per square centimeter of irradiated surface

**Lan·go·bard** \'laŋ-gə-,bärd\ n [L *Langobardus*] (1788) : LOMBARD 1a — **Lan·go·bar·dic** \,laŋ-gə-'bär-dik\ *adj*

**lan·gouste** \län-'gu̇st\ n [F, grasshopper, lobster, fr. OF *languste*, fr. OProv *langosta*, (assumed) VL *lacusta*, alter. of L *locusta*] (1832) : SPINY LOBSTER

**lan·gous·tine** \,län-gə-'stēn\ *also* **lan·gos·ti·no** \,läŋ-gə-'stē-(,)nō\ n, *pl* **-tines** *also* **-ti·nos** [*langoustine*, fr. F, dim. of *langouste; langostino*, fr. Sp, dim. of *langosta* spiny lobster, locust, fr. (assumed) VL *lacusta*] (1915) : any of several small lobsters (genera *Nephropsis* and *Metanephrops* of the family Nephropidae) widely used for food

**¹lang syne** \(,)laŋ-'zīn, -'sīn\ *adv* [ME (Sc), fr. *lang* long + *syne* since] (15c) *chiefly Scot* : at a distant time in the past

**²lang syne** n (1694) *chiefly Scot* : times past ⟨should auld acquaintance be forgot, and days o' auld *lang syne* —Robert Burns⟩

**lan·guage** \'laŋ-gwij, -wij\ n [ME, fr. OF, fr. *langue* tongue, language, fr. L *lingua* — more at TONGUE] (14c) 1 a : the words, their pronunciation, and the methods of combining them used and understood by a community b (1) : audible, articulate, meaningful sound as produced by the action of the vocal organs (2) : a systematic means of communicating ideas or feelings by the use of conventionalized signs, sounds, gestures, or marks having understood meanings (3) : the suggestion by objects, actions, or conditions of associated ideas or feelings ⟨~ in their very gesture —Shak.⟩ (4) : the means by which animals communicate (5) : a formal system of signs and symbols (as FORTRAN or a calculus in logic) including rules for the formation and transformation of admissible expressions (6) : MACHINE LANGUAGE 2 a : form or manner of verbal expression; *specif* : STYLE b : the vocabulary and phraseology belonging to an art or a department of knowledge c : PROFANITY 3 : the study of language esp. as a school subject

### HOME LANGUAGES WITH OVER FORTY MILLION SPEAKERS[1]

| LANGUAGE | MILLIONS | LANGUAGE | MILLIONS |
|---|---|---|---|
| Mandarin Chinese | 865 | Korean | 70 |
| English | 334 | Marathi | 68 |
| Spanish | 283 | Italian | 68 |
| Arabic | 197 | Tamil | 65 |
| Bengali | 181 | French | 65 |
| Hindi and Urdu | 172 | Vietnamese | 61 |
| Portuguese | 161 | Awadhi[2] | 61 |
| Russian | 156 | Bhojpuri | 58 |
| Japanese | 125 | Southern Min Chinese[3] | 55 |
| German | 104 | Turkish | 52 |
| Wu Chinese | 94 | Ukrainian | 50 |
| Panjabi | 76 | Thai and Lao | 47 |
| Javanese | 76 | Polish | 42 |
| Telugu | 72 | Gujarati | 41 |
| Cantonese | 70 | Persian | 40 |

[1] Compiled by William W. Gage, using information supplied in *Ethnologue: Languages of the World*, 11th ed. (Dallas: Summer Institute of Linguistics, 1988). Home language used here means the language usually spoken at home.
[2] Indo-Aryan language of eastern and central Uttar Pradesh.
[3] Group of Chinese dialects esp. of Xiamen, Shantou, and Taiwan.

**language arts** n pl (1948) : the subjects (as reading, spelling, literature, and composition) that aim at developing the student's comprehension and capacity for use of written and oral language

**langue** \läŋg\ n [F, lit., language] (1924) : language viewed abstractly as a system of forms and conventions used for communication in a community; *also* : COMPETENCE 3 — compare PAROLE

**langue d'oc** \,läŋ-'dȯk, läŋ-dȯk\ n [F, fr. OF, lit., language of *oc*; fr. the Provençal use of the word *oc* for "yes"] (1703) : PROVENÇAL 2

**langue d'oïl** \,läŋ-'dȯi(ə)l, -'dȯi; läŋ-dȯ-ēl, -dȯi\ n [F, fr. OF, lit., language of *oïl*; fr. the French use of the word *oïl* for "yes"] (1703) : FRENCH 1

**lan·guet** \'laŋ-gwət, laŋ-'gwet\ n [ME, fr. MF *languete*, dim. of *langue*] (15c) : something resembling the tongue in form or function

**lan·guid** \'laŋ-gwəd\ *adj* [MF *languide*, fr. L *languidus*, fr. *languēre* to languish — more at SLACK] (1597) 1 : drooping or flagging from or as if from exhaustion : WEAK 2 : sluggish in character or disposition : LISTLESS 3 : lacking force or quickness of movement : SLOW — **lan·guid·ly** *adv* — **lan·guid·ness** n

**lan·guish** \'laŋ-gwish\ vi [ME, fr. MF *languiss-*, stem of *languir*, fr. (assumed) VL *languire*, fr. L *languēre*] (14c) 1 a : to be or become feeble, weak, or enervated b : to be or live in a state of depression or decreasing vitality 2 a : to become dispirited : PINE ⟨~ing in prison⟩ b : to suffer neglect ⟨the bill ~ed in the Senate for eight months⟩ 3 : to assume an expression of grief or emotion appealing for sympathy — **lan·guish·er** n — **lan·guish·ing·ly** \-gwi-shiŋ-lē\ *adv* — **languishment** \-gwish-mənt\ n

**lan·guor** \'laŋ-gər *also* -ər\ n [ME, fr. MF, fr. L, fr. *languēre*] (14c) 1 : weakness or weariness of body or mind 2 : listless indolence or inertia *syn* see LETHARGY

**lan·guor·ous** \'laŋ-gə-rəs, -grəs *also* -ə-rəs\ *adj* (15c) 1 : producing or tending to produce languor ⟨a ~ climate⟩ 2 : full of or characterized by languor — **lan·guor·ous·ly** *adv*