

# AlliedSignal Glossary of Avionics Terms & Acronyms






# Offering the Finest in Avionics Products & Service.






"Soar Above the Competition"

**Customer Excellence**
*AlliedSignal*

Phone: 800-257-0726

# The AlliedSignal Glossary of Avionics Terms & Acronyms

A Handy Compendium of Terms and Acronyms
Associated with the Avionics Industry



# AVIONICS GLOSSARY

## CONTENTS OF GLOSSARY

| | | | |
|---|---|---|---|
| A | . . . . . . . . . . . . . . . .3 | M | . . . . . . . . . . . . . 45 |
| B | . . . . . . . . . . . . . .12 | N | . . . . . . . . . . . . . 51 |
| C | . . . . . . . . . . . . . .14 | O | . . . . . . . . . . . . . 54 |
| D | . . . . . . . . . . . . . .21 | P | . . . . . . . . . . . . . 56 |
| E | . . . . . . . . . . . . . .26 | Q | . . . . . . . . . . . . . 61 |
| F | . . . . . . . . . . . . . .30 | R | . . . . . . . . . . . . . 61 |
| G | . . . . . . . . . . . . . .34 | S | . . . . . . . . . . . . . 65 |
| H | . . . . . . . . . . . . . .37 | T | . . . . . . . . . . . . . 72 |
| I | . . . . . . . . . . . . . .38 | U | . . . . . . . . . . . . . 78 |
| J | . . . . . . . . . . . . . .42 | V | . . . . . . . . . . . . . 79 |
| K | . . . . . . . . . . . . . .42 | W | . . . . . . . . . . . . . 81 |
| L | . . . . . . . . . . . . . .43 | X-Z | . . . . . . . . . . . . 83 |

| | |
|---|---|
| **DEG** | Degree |
| **Demand Mode** | AN ACARS mode of operation in which communications may be initiated by the ground processor or the airborne system. |
| **Desensitization** | TCAS sensitivity level (threat volume) reduction |
| **DEST** | Destination |
| **DEV** | Deviation |
| **DFA** | Direction Finding Antenna |
| **DFCS** | Digital Flight Control System |
| **DFDAF** | Digital Flight Data Acquisition Function |
| **DFDAU** | Digital Flight Data Acquisition Unit. The DFDAU samples, conditions and digitizes the flight data. |
| **DFDR** | Digital Flight Data Recorder |
| **DFDU** | Digital Flight Data Unit |
| **DFIDU** | Dual Function Interactive Display Unit |
| **DFIU** | Digital Flight Instrument Unit |
| **DFU** | Digital Function Unit |
| **DFW** | Dallas Fort Worth Airport |
| **DGNSS** | Differential Global Navigation Satellite System |
| **DGPS** | Differential Global Positioning System |
| **DGSS** | Data-link Ground System Standard |
| **DH** | (1) Decision Height<br>(2) Dataflash Header |
| **DI** | Data Interrupt |
| **DIA** | Denver International Airport |
| **DIAS** | DGPS Instrument Approach System |
| **DID** | Data Item Description |
| **DIP** | (1) Dual In line Package. The most common package configuration for integrated circuits.<br>(2) Data Interrupt Program |

**The AlliedSignal Glossary of Avionics Terms & Acronyms**          23



AlliedSignal
Electronic & Avionics Systems
400 North Rogers Road
Olathe, Kansas
66062-1212
Phone: (913) 782-0400
FAX: 913-791-1302

©1998 AlliedSignal Inc.
3/98  006-18100-0000  .7K Printed in the U.S.A.

