Case 2:06-cv-06803-MMM-SH   Document 60-6   Filed 01/18/08   Page 1 of 5

RECEIVED LIBRARY

MAY 8 2005

KIRKLAND & ELLIS LLP
CHICAGO OFFICE

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

## Seventh Edition



**Published by**
**Standards Information Network**
**IEEE Press**

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2              SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

---

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

---

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3′03—dc21
                                                      00-050601

**capacity, specific unit, purchases or sales (electric power supply)** Capacity that is purchased, or sold, in transactions with other systems and which is from a designated unit on the system of the seller.                                      (PE/PSE) 346-1973w

**capacity test (battery)** A discharge of a battery at a constant current or a constant power to a specified voltage.
(SB/PE/EDPG) 1188-1996, 450-1995, 1106-1995

**cap-and-pin insulator** An assembly of one or more shells with metallic cap and pin, having means for direct and rigid mounting. *See also:* insulator.                (EEC/IEPL) [89]

**capstan** A rotating shaft within a tape drive that pulls the tape across the read or write heads.            (C) 610.10-1994w

**capture effect (1) (modulation systems)** The effect occurring in a transducer (usually a demodulator) whereby the input wave having the largest magnitude controls the output.
(Std100) 270-1964w
(2) The tendency of a receiver to suppress the weaker of two time-coincident signals within its passband.
(AES) 686-1997

**capturing (accelerometer) (gyros)** The use of a torquer (forcer) in a servo loop to restrain a gyro gimbal, rotor, or accelerometer proof mass to a specified reference position.
(AES/GYAC) 528-1994

**car** *See:* vehicle.

**carabiner** A connector component generally comprised of a trapezoidal or oval shaped body with a normally closed gate or similar arrangement which may be opened to permit the body to receive an object, and when released, automatically closes to retain the object.      (T&D/PE) 1307-1996

**carabiner, locking** *See:* locking carabiner.

**carabiner, manual locking** *See:* manual locking carabiner.

**carabiner, non-locking** *See:* nonlocking carabiner.

**car annunciator** An electric device in the car that indicates visually the landings at which an elevator-landing signal-registering device has been actuated. *See also:* elevator.
(EEC/PE) [119]

**carbon-arc lamp (illuminating engineering)** An electric-discharge lamp employing an arc discharge between carbon electrodes. One or more of these electrodes may have cores of special chemicals that contribute importantly to the radiation.
(EEC/IE) [126]

**carbon block protector** An assembly of two or three carbon blocks and air gaps designed to a specific breakdown voltage. These devices are normally connected to telecommunication circuits to provide overvoltage protection and a current path to ground during such overvoltage.    (PE/PSC) 487-1992

**carbon brush (A) (motors and generators)** A specific type of brush composed principally of amorphous carbon. *Note:* This type of brush is usually hard and is adapted to low speeds and moderate currents. **(B) (motors and generators)** A broader classification of brush, containing carbon in appreciable amount. *See also:* brush.                   (PE) [9]

**carbon-consuming cell (carbon-combustion cell)** A cell for the production of electric energy by galvanic oxidation of carbon. *See also:* electrochemistry.        (PE/EEC) [119]

**carbon-contact pickup** A phonograph pickup that depends for its operation upon the variation in resistance of carbon contacts. *See also:* phonograph pickup.       (EEC/PE) [119]

**carbon-dioxide system (rotating machinery)** A fire-protection system using carbon-dioxide gas as the extinguisher.
(PE) [9]

**carbon-graphite brush** A carbon brush to which graphite is added. This type of brush can vary from medium hardness to very hard. It can carry only moderate currents and is adapted to moderate speeds. *See also:* brush.   (EEC/EM/LB) [101]

**carbon noise (carbon microphones)** The inherent noise voltage of the carbon element. *See also:* close-talking pressure-type microphones.                             (SP) 258-1965w

**carbon-pressure recording facsimile** That type of electromechanical recording in which a pressure device acts upon carbon paper to register upon the record sheet. *See also:* recording.                                  (COM) 168-1956w

**carbon telephone transmitter** A telephone transmitter that depends for its operation upon the variation in resistance of carbon contacts. *See also:* telephone station.
(EEC/PE) [119]

**car builder (1)** The entity assembling or manufacturing the vehicle.                                         (VT) 1475-1999
(2) The entity manufacturing the vehicle.    (VT) 1476-2000

**car, cable** *See:* cable car.

**carcinogen** An agent that tends to produce cancer.
(T&D/PE) 539-1990

**carcinotron (microwave tubes) (m-type backward-wave oscillator)** A crossed-field oscillator tube in which an electron stream interacts with a backward wave on the nonreentrant circuit. The oscillation frequency is a function of anode-to-solve voltage.                                    (ED) [45]

**car, conductor** *See:* conductor car.

**card (1) (STD bus)** A printed circuit board and components that make up the modules that plug in to the bus backplane.
(C/MM) 961-1987r
**(2) (A)** A generic term used as an abbreviation for a circuit board. **(B)** An input medium made of paperboard, formed in a uniform size and shape such that it may be punched or marked and sensed electronically. *See also:* magnetic card; mark-sensing card; punch card.              (C) 610.10-1994
**(3) (computers)** *See also:* magnetic card; tape to card; punched card.

**card cage** A chassis in which a printed circuit board may be mounted.                                      (C) 610.10-1994w

**card code** The set or combination of punched holes in a punch card that represent a character.         (C) 610.10-1994w

**card column** A single vertical line of punch positions on a punch card. *Contrast:* card row.          (C) 610.10-1994w

**card deck** A group of punch cards.            (C) 610.10-1994w

**card duplicator** *See:* card reproducing punch.

**card extender** A device that provides access to components on a circuit card for testing purposes while maintaining all the electrical connections to the card.
(SWG/PE) C37.100-1992

**card feed (1) (test, measurement, and diagnostic equipment)** The mechanism that moves cards serially into a machine.
(MIL) [2]
(2) A mechanism that moves cards one at a time from the card hopper to the card path.        (C) 610.10-1994w

**card field (test, measurement, and diagnostic equipment)** An area (one or more columns) of a card that is regularly assigned for the same information item.                     (MIL) [2]

**card hopper (1) (computers)** A device that holds cards and makes them available to a card-feed mechanism. *See also:* card stacker.                                          (C) [85]
(2) The part of a card-processing device that holds the cards to be processed and makes them available to the card feed mechanism. *Synonym:* punched card holder. *Contrast:* card stacker.                                  (C) 610.10-1994w

**card image (1) (computers)** A one-to-one representation of the contents of a punched card, for example, a matrix in which a 1 represents a punch and a 0 represents the absence of a punch.                                             (C) [85]
(2) A representation of the hole patterns found in a punched card, for example, a matrix in which a one represents a punch and a zero represents the absence of a punch.
(C) 610.10-1994w

**cardinality (1) (A)** The number of elements in a set. **(B)** In a relational data model, the number of tuples in a relation.
(C) 610.5-1990
**(2)** The numeric relationship between entity sets, labeled as one to one (1-1), many to one (M-1), or many to many (M-N), which indicates the number of items in one entity set that could possibly be associated with the items in another entity set.                                         (PE/EDPG) 1150-1991w
**(3)** A specification of how many instances of a first class may or must exist for each instance of a second (not necessarily distinct) class, and how many instances of a second class may

hich events occur in time
ity or overlap of events.
arallel computer.
    (C) 610.10-1994w

ruct.
de of computer operation
onsecutively unless spec-
    (MIL/C) [2], [20], [85]

ntial file.

itomatic detection in two
ep uses a high probability
low probability of false
ollable scanning, the first
scan to return to, stop at,
;et position.
    (AES) 686-1997

1 A system that monitors
process status and records
detected occurrences. This
using a device dedicated
multifunction system such
tem. (PE/EDPG) [5], [1]

accessed using sequential
a magnetic tape. *Synonyms:*
ntrast: partitioned data set;
    (C) 610.5-1990w

ng.
inction in which there exists
it states for which there is
combination of states at the
unctions of variables in ad-
nputs, such as time, previous
    (GSD) 91-1984r

events recording systems)
in the same order in which
a. The memory capacity can
events or levels. *See also:*
    (PE/EDPG) [5], [1]

o the performance of opera-
    (C) [20], [85]

*See:* hierarchical database.
rocesses that execute in such
fore the next begins. *See also:*
    (C/SE) 729-1983s

processing.

ieasurement, and diagnostic
of a device by which only one
1 can be executed at one time.
    (MIL) [2]

trols two or more sets of con-
ice. *See also:* relay.
    (EEC/REE) [87]

A rectilinear scanning process
nter to center of successively
nominal line width. *See also:*
    (PE/EEC) [119]

'hich the items in a set are ex-
1 the first item in the set, until
end of the set is encountered.
    (C) 610.5-1990w

of accelerated aging in which
es are applied or intensified in
    (DEI/RE) 775-1993w

operation with multiple data
se. *See also:* transfer operation;
    (C/MM) 1296-1987s

1 where one or more relay ter-
t an internal line fault, typically
or more terminals has already
ed. (PE/PSR) C37.113-1999

**serial (1) (A)** Pertaining to the time sequencing of two or more processes. **(B)** Pertaining to the time sequencing of two or more similar or identical processes, using the same facilities for the successive processes. **(C)** Pertaining to the time-sequential processing of the individual parts of a whole, such as the bits of a character, the characters of a word, etc., using the same facilities for successive parts. *See also:* serial-parallel.    (C) 162-1963
**(2) (software)** Pertaining to the sequential transfer, occurrence, or processing of the individual parts of a whole, such as the bits of a character, using the same facilities for successive parts. *Contrast:* parallel. *See also:* sequential.    (C) 610.12-1990
**(3)** One bit following another over a single pathway. *Contrast:* parallel. *See also:* bit serial.    (C) 610.10-1994w

**serial access (1) (computers)** Pertaining to the process of obtaining data from, or placing data into, storage when there is a sequential relation governing the access time to successive storage locations.    (C) [20], [85]
**(2) (data management)** *See also:* sequential access.    (C) 610.5-1990w

**serial access storage** *See:* sequential access storage.

**serial adder** An adder in which addition is performed by adding, digit place after digit place, the corresponding digits of the operands. *Contrast:* parallel adder.    (C) 610.10-1994w

**serial addition** Addition that is performed by adding the corresponding digits of the operands, one digit place at a time. *Contrast:* parallel addition.    (C) 1084-1986w

**serial by bit** *See:* serial transmission.

**serial bus (1)** Intended as a low-cost peripheral connect or an alternate diagnostic and control path. One instantiation of a serial bus is the "Serial Bus" as specified in IEEE P1394.    (C/BA) 896.2-1991w
**(2)** A peripheral interconnect and an alternate diagnostic and control path.    (C/BA) 896.10-1997

**Serial Bus (1)** The name that refers to the IEEE project, P1394, which specifies a serial bus intended as a low-cost peripheral connect or an alternate diagnostic and control path.    (C/MM) 1212-1991s
**(2)** A bit-serial interconnect defined by IEEE P1394.    (C/MM) 1212.1-1993
**(3)** Refers to the IEEE P1394 project, which defines an inexpensive serial network that can be used as an alternate control or diagnostic path, as an I/O connection, or in place of a parallel bus in some systems.    (C/MM) 1596.5-1993, 1596-1992

**Serial Bus management** The set of protocols, services, and operating procedures that monitors and controls the various Serial Bus layers: physical, link, and transaction. See figure 34 for the relation of Serial Bus management to the Serial Bus protocol stack.    (C/MM) 1394-1995

**serial clock driver** A functional module that provides a periodic timing signal that synchronizes the operation of IEEE P1132 serial bus. Two backplane signal lines are reserved for use by a serial bus. However, the protocols of the serial bus are completely independent of this standard, and the inclusion of a serial bus is not a required feature of IEEE Std 1014-1987.    (C/BA) 1014-1987

**serial communication (1) (supervisory control, data acquisition, and automatic control)** A method of transmitting information between devices by sending all bits serially over a single communication channel.    (SWG/PE/SUB) C37.100-1992, C37.1-1994
**(2)** Method of transferring information between devices by transmitting a sequence of individual bits in a prearranged order of significance.    (SUB/PE) 999-1992w

**serial computer (A)** A computer that has a single arithmetic and logic unit. **(B)** A computer, some specified characteristic of which is serial; for example, a computer that manipulates all bits of a word serially. *Contrast:* parallel computer.    (C) 610.10-1994

**serial construct** A program construct consisting of a sequence of steps not involving a decision or loop. *Synonym:* sequential construct.    (C) 610.12-1990

**serial digital computer** A digital computer in which the digits are handled serially. Mixed serial and parallel machines are frequently called serial or parallel according to the way arithmetic processes are performed. An example of a serial digital computer is one that handles decimal digits serially although it might handle the bits that comprise a digit either serially or in parallel. *See also:* parallel digital computer.    (Std100) 270-1966w

**serial file** *See:* sequential file.

**serial interface** An interface that transmits data bit by bit rather than in whole bytes.    (C) 610.10-1994w

**serialization** Serialization is the process of transmitting coded characters one bit at a time. *See also:* deserialization.    (C/BA) 1355-1995

**serializer** A device that converts a set of simultaneous signals into a corresponding time sequence of signals. *Synonyms:* parallel-serial converter; dynamicizer.    (C) 610.10-1994w

**serially correlated variable** *See:* lag variable.

**serial medium** A medium that contains a POSIX.1 extended tar or extended `cpio` archive.    (C/PA) 1387.2-1995

**serial mouse** A mouse that is connected to a computer system through a serial port. *Contrast:* bus mouse.    (C) 610.10-1994w

**serial operation (data transmission) (telecommunications)** The flow of information in time sequence, using only one digit, word, line, or channel at a time.    (PE) 599-1985w

**serial-parallel** Pertaining to processing that includes both serial and parallel processing, such as one that handles decimal digits serially but handles the bits that comprise a digit in parallel.    (C) 162-1963

**serial port** A port that transfers data one bit at a time. *Contrast:* parallel port.    (C) 610.10-1994w

**serial printer** A printer that receives its input data in the form of a serial stream of data. *Contrast:* parallel printer. *See also:* character-at-a-time printer.    (C) 610.10-1994w

**serial processing** Pertaining to the sequential execution of processes in a single device, such as a processing unit or channel. *Synonym:* sequential processing. *Contrast:* parallel processing.    (C) 610.10-1994w

**serial protocol** Any communication protocol in which data is transferred serially to or from a fixed location.    (C/MM) 1155-1992

**serial transmission (1) (data transmission) (telecommunications)** Used to identify a system wherein the bits of a character occur serially in time. Implies only a single transmission channel. *Synonym:* serial by bit.    (PE) 599-1985w
**(2)** In data communications, the conveying of a character of information one bit at a time on a single path. *Contrast:* parallel transmission.    (C) 610.7-1995

**series** In a propulsion system, the motor connection in which all motors are connected in a series circuit for the purpose of applying to them some fraction (usually one half) of the maximum available per-motor voltage.    (VT) 1475-1999

**series capacitor** A device that has the primary purpose of introducing capacitive reactance in series with an electric circuit.    (T&D/PE) 824-1994

**series capacitor bank (series capacitor)** An assembly of capacitors and associated auxiliaries, such as structures, support insulators, switches, and protective devices, with control equipment required for a complete operating installation.    (T&D/PE) 824-1994

**series circuit** A circuit supplying energy to a number of devices connected in series, that is, the same current passes through each device in completing its path to the source of supply. *See also:* center of distribution.    (T&D/PE) [10]

**series circuit lighting transformer (power and distribution transformers)** Dry-type individual lamp insulating transformer, autotransformer, and group series loop transformers

ears.
2.22-1997, C62.11-1999
iced electrodes. The gap
in element of the protec-
he element from line or
oltage conditions.
(SPD/PE) C62.62-2000
**for industrial applica-**
iigned to have a specific
· a given length.
(BT/AV) 152-1953s
that are electrically con-
: path and have a specific
r a given length.
) 515.1-1995, 515-1997
inces are inserted in series
in circuit. *See also:* load-
(EEC/PE) [119]
intial-mode interference.
ich the plate circuits of a
mplifier tube are in series
(EEC/PE) [119]
in of electrical noise that
vhite noise generator con-
ie device.
(NPS) 325-1996
he output of two or more
r to obtain a total output
individual voltages. Load
gh each supply. The extent
ie maximum specified po-
terminal and ground. For
:ors, master/slave (compli-
over is used. *See also:* iso-
(AES) [41]
vercurrent release; direct

gement of cells in a battery
: series-connected groups,
· cells so that the positive
:cted together and the neg-
gether in a corresponding
(EEC/PE) [119]
controlling motors wherein
r be connected successively
multiple-unit control.
(EEC/PE) [119]
rk, containing only two-ter-
ructed by successively con-
· in parallel. *Note:* An ele-
mbination of two branches,
luctance in series, the other
vork is sometimes called a
network analysis.
(Std100) 270-1966w
**ansformer** One that has two
are intended for connection
fferent rated currents.
(PE/TR) C57.13-1993, [57]
**machinery)** The process of
t to the supply with the pri-
ially in series, and changing
in for running operation. *See*
(PE) [9]
Parameter or a Vector Series
(IM/ST) 1451.1-1999
ig of a tested combination of
rotective device and a load-
which the interrupting rating
an the interrupting rating of
interrupting rating of the se-

ries combination does not exceed the interrupting rating of the main overcurrent protective device.
(IA/PSP) 1015-1997
**series rectifier circuit** A rectifier circuit in which two or more simple rectifier circuits are connected in such a way that their direct voltages add and their commutations coincide. *See also:* rectifier circuit element; rectification. (IA) [12]
**series regulator (power supplies)** A device placed in series with a source of power that is capable of controlling the voltage or current output by automatically varying its series resistance. (AES) [41]
**series relay** *See:* relay; current relay.
**series resistor (electric instruments)** A resistor that forms an essential part of the voltage circuit of an instrument and generally is used to adapt the instrument to operate on some designated voltage or voltages. The series resistor may be internal or external to the instrument. *Note:* Inductors, capacitors, or combinations thereof are also used for this purpose. *See also:* auxiliary device to an instrument. (EEC/AII) [102]
**series snubber (ac adjustable-speed drives)** Circuit elements, usually including an inductor, connected in series with a switching device to limit the rate of rise or fall of current through the device when switching on or off, respectively. *See also:* snubber. (IA/ID/SPC) 995-1987w, 936-1987w
**series street-lighting transformer (power and distribution transformers)** A series transformer that receives energy from a current-regulating series circuit and that transforms the energy to another winding at the same or different current from that in the primary. *See also:* specialty transformer.
(PE/TR) C57.12.80-1978r, [57]
**series system** The arrangement in a multielectrode electrolytic cell whereby in each cell an anode connected to the positive bus bar is placed at one end and a cathode connected to the negative bus bar is placed at the other end, with the intervening unconnected electrodes acting as bipolar electrodes. *See also:* electrorefining. (EEC/PE) [119]
**series tee junction** *See:* E-plane tee junction.
**series thyristor converter** A thyristor converter in which two or more simple converters are connected in such a way that their direct voltages add and their commutations coincide.
(IA/IPC) 444-1973w
**series transformer (1) (power and distribution transformers)** A transformer with a "series" winding and an "exciting" winding, in which the "series" winding is placed in a series relationship in a circuit to change voltage or phase, or both, in that circuit as a result of input received from the "exciting" winding. *Note:* Applications of series transformers include:

1) Use in a transformer such as a load-tap-changing or regulating transformer to change the voltage or current duty of the load-tap-changing mechanism.
2) Inclusion in a circuit for power factor correction to indirectly insert series capacitance in a circuit by connecting capacitors to the exciting winding.

(PE/TR) C57.12.80-1978r
(2) A transformer in which the primary winding is connected in series with a power-supply circuit, and that transfers energy to another circuit at the same or different current from that in the primary circuit. *See also:* transformer. (PE/TR) [57]
**series transformer rating (power and distribution transformers)** The lumen rating of the series lamp, or the wattage rating of the multiple lamps, that the transformer is designed to operate. (PE/TR) C57.12.80-1978r
**series-trip recloser** A recloser in which main-circuit current above a specified value, flowing through a solenoid or operating coil, provides the energy necessary to open the main contacts. (SWG/PE) C37.100-1992
**series two-terminal pair networks** Two-terminal pair networks are connected in series at the input or at the output terminals when their respective input or output terminals are in series. *See also:* network analysis. (BT) 153-1950w

**series undercurrent tripping** *See:* direct release; undercurrent release.
**series unit (power and distribution transformers)** The core and coil unit which has one winding connected in series in the line circuit. (PE/TR) C57.12.80-1978r
**series weighting** Response weighting by separating a finger into individual elements with capacitive coupling between them; the elements may be separated from the bus bar.
(UFFC) 1037-1992w
**series winding (1) (A) (autotransformer) (power and distribution transformers)** That portion of the autotransformer winding which is not common to both the primary and the secondary circuits, but is connected in series between the input and output circuits. **(B) (power and distribution transformers)** The winding of the series unit which is connected in series in the line circuit. *Note:* If the main unit of a two-core transformer is an autotransformer, both units will have a series winding. In such cases, one is referred to as the series winding of the autotransformer and the other, the series winding of the series unit. (PE/TR) C57.12.80-1978
(2) That portion of the autotransformer winding that is not common to both the primary and secondary circuits, but is connected in series between the input and output circuits.
(PE/TR) C57.15-1999
**series-wound (rotating machinery)** A qualifying term applied to a machine to denote that the excitation is supplied by a winding or windings connected in series with or carrying a current proportional to that in the armature winding. *See also:* asynchronous machine. (PE) [9]
**series-wound motor (1)** The conductors and equipment for delivering energy from the electricity supply system to the wiring system of the premises served. (NESC/NEC) [86]
(2) A dc motor in which the field circuit and armature circuit are connected in series. Speed is inversely proportional to the square root of load torque. Motor operates at a much higher speed at light load than at full load. (IA/MT) 45-1998
**servant** A device that is controlled by a commander. There are message-based and register-based servants.
(C/MM) 1155-1992
**server (1) (telecommunications switching systems)** A system component that performs operations required for the processing of a call. *See also:* traffic usage count.
(COM/TA) 973-1990w
(2) **(MULTIBUS II)** An agent that performs a service for clients. *See also:* client. (C/MM) 1296-1987s
(3) In a network, a device or computer system that is dedicated to providing specific facilities to other devices attached to the network. *Contrast:* client. *See also:* mail server; disk server; file server; terminal server; network server; database server; print server. (C) 610.7-1995
(4) The facility in the terminal or work station that provides input (keyboard, mouse) and output (screen graphics) services to the application. *Synonym:* X server. (C) 1295-1993w
(5) The software component on one device that provides services for use by clients on the same or another device.
(C/MM) 1284.4-2000
(6) *See also:* batch server.
**Server Object** Any Object that executes one or more of its operations in response to a request from a Client object.
(IM/ST) 1451.1-1999
**Server Object Tag** An attribute of a Client Port that identifies the Object Tag of the Server Object with which the Port communicates in client-server communications.
(IM/ST) 1451.1-1999
**Service** An instance of a subclass of IEEE1451_Service.
(IM/ST) 1451.1-1999
**service (1) (electric systems)** The conductors and equipment for delivering electric energy from the secondary distribution or street main, or other distribution feeder, or from the transformer, to the wiring system of the premises served. *Note:* For overhead circuits, it includes the conductors from the last line pole to the service switch or fuse. The portion of an