# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME I

A–Bazouki

LIBRARY
KIRKLAND & ELLIS
JAN 0 4 1990
200 EAST RANDOLPH DR.
CHICAGO, ILLINOIS 60601

CLARENDON PRESS · OXFORD

1989

†**au'tomatary,** *a. Obs.* [see prec.] AUTOMATIC.
**1652** URQUHART *Jewel* Wks. (1834) 266, I can no better compare him then to an automatary engine. **1653** —— *Rabelais* I. xxiv, Automatarie Engines..moving of themselves.

†**'automate,** *sb.* and *a. Obs.* [a. F. *automate* (Cotgr.), ad. L. *automaton, -um.*]
**A.** *sb.* = AUTOMATON.
*a* **1649** DRUMM. OF HAWTH. *James III* Wks. 61 Taken with admiration of watches, clocks, dials, automates. *a* **1751** BOLINGBROKE *Hum. Knowl.* i. (R.) We pronounce our fellow animals to be automates, or we allow them instinct.
**B.** *adj.* [Cf. F. *automate*, adj.] = AUTOMATIC.
**1818** SOUTHEY in *Q. Rev.* XIX. 18 His scheme of a Royal Garden comprehended..artificial echos, automate and hydraulic music.

**automate** ('ɔːtəmeɪt), *v.* orig. *U.S.* [Back-formation f. next or f. AUTOMATION; cf. AUTOMATE *sb.* and *a.*] **1.** *trans.* To apply automation to; to convert to largely automatic operation; to introduce automatic control to (the manufacture of a product, etc.).
**1954** *N. Y. Times* 4 May (*heading*) Huge Sums to Be Spent to Automate Plants. **1959** *Listener* 5 Nov. 762/2 In theory.. management in steel has the right to automate the mills without interference. **1961** *Times* 3 Oct. (Computer Suppl.) ii/5 The first stage in 'automating' a production plant is to increase mechanization. **1962** *Listener* 17 May 855/1 It is natural that we should try to programme, or automate, part of the teacher's work [by the use of teaching machines].
**2.** *intr.* or *absol.*
**1955** *Controller* Dec. 602/2 PanAm Automates. **1962** *Economist* 19 May 693/1 Those days saw the country 'automating' considerably faster than it is doing now. **1967** *Listener* 23 Feb. 248/1 The more we automate, the greater the resources needed.

**'automated,** *ppl. a.* orig. *U.S.* [Back-formation f. AUTOMATION.] **1.** In senses of the verb (see prec.).
**1952** *Cleveland* (Ohio) *Plain Dealer* 13 Apr. 12 Another 'automated' line, less spectacular than the block line, machines the cylinder head. **1954** *Economist* 6 Nov. 466 (*heading*) Automated Giants. **1962** *Observer* 15 July 3/5 An automated laundry which washes, rinses and irons in a continuous process. **1962** *Cath. Gaz.* Nov. 320/1 A society is automated when its production is dominated by machines to the extent that machines are given a priority over men in the performance of human tasks. **1967** KARCH & BUBER *Offset Processes* xii. 506 A Lawson automated-spacing power paper cutter.
**2.** Special collocation: *automated teller machine* (orig. *U.S.*) = *automatic teller machine* s.v. AUTOMATIC *a.* 2; abbrev. *A.T.M.* s.v. A III. 1.
**1974** *Computers & People* Aug. 35/1 Installations of cash-dispensing and *automated teller machines in proliferation by both thrifts and commercial banks. **1986** *Amer. Banker* 13 Aug. 4/2 He's been actively shopping bank certificate of deposit rates, and uses your automated teller machines often.

**automath** ('ɔːtəʊmæθ). *rare.* [ad. Gr. αὐτομαθής, f. αὐτο- self + -μαθής learned, f. μανθ-άν-ειν, μαθ- to learn.] A self-taught person, an autodidact.
**1759** YOUNG *Conject. Orig. Comp.* 292 Those Automaths, those self taught Philosophers.

→ **automatic** (ɔːtəˈmætɪk), *a.* [f. Gr. αὐτόματ-ος (see AUTOMATON) + -IC.] Of the nature of, or pertaining to, an automaton.
**1.** *lit.* Self-acting, having the power of motion or action within itself.
**1812** SIR H. DAVY *Chem. Philos.* 180 In the universe, nothing can be said to be automatic. **1876** FOSTER *Phys.* (1879) Introd. 2 We may therefore speak of the amœba as being irritable and automatic. (*Note.* Automatic..has recently acquired a meaning almost exactly opposite to that which it originally bore, and an automatic action is now by many understood to mean nothing more than an action produced by some machinery or other. In this work I use it in the older sense, as denoting an action of a body, the causes of which appear to lie in the body itself.)
→ **2. a.** Self-acting under conditions fixed for it, going of itself. Applied *esp.* to machinery and its movements, which produce results otherwise done by hand, or which simulate human or animal action, as in an 'automatic mouse.' *automatic direction finder,* one in which the bearing is determined automatically; *automatic following* (see AUTO-*following*); *automatic landing* (*Aeronaut.*), a landing in which the pilot is guided by instruments and not by visual observation; *automatic machine,* spec. a slot machine; *automatic observer* (*Aeronaut.*) (see quot. 1950); *automatic parachute* (see quot. 1951); *automatic pilot,* a device in an aircraft for maintaining a set course and height (cf. AUTOPILOT); *automatic stabilizer,* a device in an aircraft for maintaining its set attitude; cf. *auto-stabilizer* (AUTO-[1] b); *automatic teller (machine)* (orig. *U.S.*), a machine (usu. linked to a computer) that automatically provides cash or performs other functions for a bank cashier when a special card is inserted; cf. *A.T.M.* s.v. A III. 1; *automatic train control,* a system which in appropriate circumstances provides audible warning in the driver's cab of a locomotive; *automatic transmission* (cf. TRANSMISSION d), an automatic gear-changing system in a motor vehicle; *automatic volume control* (abbrev. *A.V.C.*), also *automatic frequency control* (abbrev. *A.F.C.*), *gain control* (*A.G.C.*): devices used in radio for regulating a frequency or signal; *automatic writing* (see 6).
**1940** *Chambers's Techn. Dict.* 61/2 Automatic direction-finder. **1951** *Gloss. Aeronaut. Terms* (B.S.I.) 27 *Automatic direction finder,* an airborne equipment designed to indicate automatically the bearing of a continuous-wave ground beacon relative to the bearing of the aircraft. **1946** *Jrnl. Inst. Electr. Engin.* XCIII. III. 17/1 Automatic-following radar..was of the essence of the A.A. gunnery successes against flying bombs. **1950** *Gloss. Terms Radar* (B.S.I.) 7 *Automatic following,* automatic aiming with the addition of automatic range measurement. **1935** *Proc. Inst. Radio Engineers* XXIII. 1125 (*title*) Automatic Frequency Control. *Ibid.* 1133 (*diagram*) From AFC bias. **1930** *Proc. Inst. Radio Engineers* XVIII. 633 Those components.. which fade in and out..can be maintained at what approaches a constant level by means of the automatic gain control. **1942** *Electronic Engin.* XV. 216 A fault of most communications receivers is the inability to use A.G.C. when the B.F.O. is switched on. **1938** *Jrnl. R. Aeronaut. Soc.* XLII. 505 No mention had been made of the automatic landing, which seemed to represent the development of this science which was now engaging the attention of American experts. **1958** *Times* 17 Oct. 3/4 More than 2,000 completely automatic landings, some in thick fog and others in strong cross-winds, have been made. **1903** SHAW *Man & Superman* I. 14 A box of matches will come out of an automatic machine when I put a penny in the slot. **1872** YEATS *Techn. Hist. Comm.* 370 Automatic machinery [for].. the drilling and boring of metal. **1936** *Aircraft Engin.* Dec. 330/2 An 'automatic observer' was not employed from considerations of weight. **1950** *Gloss. Aeronaut. Terms* (B.S.I.) I. 41 *Automatic observer,* an apparatus for recording automatically the readings of a specified set of instruments in flight. [**1919** E. R. Calthrop's *Aerial Patents Book* 24 The 'Guardian Angel' Parachute, in all its different types, is instantly automatic.] **1951** *Gloss. Aeronaut. Terms* (B.S.I.) III. 13 *Automatic parachute,* a parachute which is withdrawn from its pack by a static line. **1916** *Aeronautics* 13 Sept. 175 The Sperry automatic pilot. **1921** *Ibid.* 3 Feb. 76/2 The automatic pilot..enables the pilot of an aeroplane to leave the machine entirely to its own devices. **1944** 'N. SHUTE' *Pastoral* iv. 91 Marshall sat motionless at the controls, flying upon the automatic pilot. **1842** W. GROVE *Corr. Phys. Forces* 57 Automatic or self-registration of periodical phenomena. **1909** *Flight* 17 July 434/2 The automatic stabiliser must.. show a strong and immediate tendency to return to its proper normal working position under all conditions. **1950** *Gloss. Aeronaut. Terms* (B.S.I.) I. 41 *Automatic stabilizer,* an automatic pilot adjusted to provide increased aerodynamic stability to the aircraft. **1802** PALEY *Nat. Theol.* iii, The difference between an animal and an automatic statue. **1971** *Amer. Banker* 31 Aug. 8/3 Depositors seal their deposits in envelopes which are provided and insert them in the 'automatic teller', which flashes a Thank You sign and issues a receipt. **1977** *Science* 18 Mar. 1116/1 Automatic teller machines (ATM's) for commercial banking being developed are in various stages of pilot testing. **1983** *N.Y. Times* 15 May 15 About 1,300 automatic teller machines are now in use at American supermarkets. *a* **1885** *Mod. A* Sewing Machine with automatic tension. **1912** *Railway Gaz.* 12 July 40/2 Automatic Train Control Demonstration. .. The ramps are so electrically connected that either of two signals are given on the engine—a clear signal or a danger —..as the train proceeds. **1936** *Economist* 25 Jan. 178/2 Security against collisions of this kind can only be provided by a combination of track-circuiting..and automatic train control. **1946** W. H. CROUSE *Automotive Mechanics* xvii. 403 The Hydra-Matic drive, supplied on Cadillac and Oldsmobile cars as special equipment, combines the fluid drive with an automatic transmission that has four forward and one reverse speed. **1961** *Autocar* 29 Sept. 471/1 A conventional clutch and three-speed gearbox costs..less than an automatic transmission. **1930** *Proc. Inst. Radio Engineers* XVIII. 321 The severe fluctuation of the signal.. indicates the desirability of some form of automatic volume control. **1933** *Pract. Wireless* 25 Nov. 545 The way in which A.V.C. operates does not seem to be widely understood.
**b.** Of a firearm: furnished with mechanism for successively and continuously loading, firing, and ejecting a cartridge as long as ammunition is supplied.
**1877** *Independent* (U.S.) 5 July 20/2 Smith & Wesson's automatic revolvers. **1902** *Encycl. Brit.* XXX. 401/2 In the modern 'automatic' machine gun the loading, firing, extracting, and ejecting are all performed automatically by the gun itself. *Ibid.* XXXII. 649/2 No nation has yet armed her forces with an automatic rifle. *Ibid.* 658/2 The Colt Automatic Pistol, calibre ·38.
**c.** Of a telephone exchange or system: operated by automatic switches (opp. *manual*). Also, designating a telephone instrument fitted with a dial.
**1879** M. D. CONNOLLY et al. *U.S. Pat.* 222,458, We.. have jointly invented a certain new and useful Automatic Telephone-Exchange..so constructed and arranged that any member of the exchange may..place himself in direct communication with any disengaged member of the exchange. **1914** W. ATKINS *Princ. Automatic Telephony* 1 In an automatic system of telephony it is required that the subscriber shall be able to obtain connection with any other subscriber without the intervention of an operator at the exchange. **1934** *Discovery* Mar. 58/2 The automatic telephone..has not been an unqualified blessing. **1955** *Oxf. Jun. Encycl.* VIII. 433/2 In an automatic exchange, the connexion to the required line is made by mechanical selectors.
**3.** Of animal actions: Like those of mechanical automatons; not accompanied by volition or consciousness, 'mechanical.'
**1748** HARTLEY *Observ. Man* I. Introd., The Motions are called automatic from their Resemblance to the Motions of Automata, or Machines, whose Principle of Motion is within themselves. **1855** BAIN *Senses & Int.* I. ii. §18 The winking of the eyes is essentially automatic. **1871** tr. *Pouchet's Universe* 106 The automatic nature of insects has only been maintained by those who have never observed them.
**4.** Not characterized by active intelligence; merely mechanical.
**1843** J. MARTINEAU *Chr. Life* (1876) 60 To rest in mere automatic regularities. **1855** MILMAN *Lat. Chr.* II. III. vi. 95 Mechanical and automatic acts of devotion.
**5.** Relating to automatons; AUTOMATIC.
*c* **1860** WRAXALL tr. *R. Houdin* v. 50 He gave me the automaton I was to repair.. I began my first automatic labours.
**6.** *Spiritualism.* Of or pertaining to automatism (sense 4); performed by unconscious, subconscious, or occult action.
**1883** W. S. MOSES *Spirit-Teachings* Introd. 1 Automatic Writing is a well-known method of communication with the invisible world of what we loosely call Spirit. **1884** *Proc. Soc. Psychical Research* II. 226, I wished to know if I were myself an automatic writer, or so-called writing medium. **1889** BARKWORTH in *Proc. Soc. Psychical Research* Dec. 85 It is only the execution and not the initiation of the movements which is automatic, the suggestion for them being external to the subject's own personality. **1890** W. JAMES *Princ. Psychol.* I. viii. 209 Certain trance-subjects who were also automatic writers. **1934** *Archit. Rev.* LXXXV. 215/1 Mr. Cooper's picture, on the other hand, might almost be a piece of automatic writing.
**7.** *Art.* Applied to a form of painting performed by the technique of 'automatism' (see AUTOMATISM 5).
**1951** A. HILL *Painting out Illness* xi. 74, I deny that true automatic pictures can be produced while both the eye and hand in subconscious conjunction are said to be 'employed'. **1960** E. H. GOMBRICH *Art & Illusion* x. 358 The modern painter may use what he calls 'automatic painting', the creation of Rorschach blots, in order to stimulate the mind ..towards fresh inventions.

**automatic** (ɔːtəˈmætɪk), *sb.* [f. prec.]
**1.** Abbreviation of *automatic pistol, gun,* etc.: see AUTOMATIC *a.* 2 b.
**1902** *Sears Catal.* (ed. 112) 305/2 Forehand Perfection Automatic, small frame, rebounding lock. **1914** G. ATHERTON *Perch of Devil* II. vii. 269 I've even bought an automatic. I suppose..I should call it a gun. **1920** *Blackw. Mag.* Aug. 154/1 A German automatic hung at his side. **1945** *Diamond Track* (*Army Board, N.Z.*) 35/1 Everything was thrown into it—grenades, automatics, bayonets, and rifle butts.
**2.** A machine, tool, etc., that is operated automatically.
**1909** in WEBSTER. **1914** *Machinery* (Engin. Ed.) XX. 468 (*title*) Making shrapnel cases on the Cleveland automatic. **1917** *Amer. Machinist* XLVII. 17 Automatics used advantageously in the making of starter parts. **1921** *Conquest* II. 125 The full advantage of automatics will only be appreciated when a large number of automatic exchanges have been erected. **1930** *Engineering* 7 Mar. 309/2 The machine tool display..covers automatics of various types, bending machines, sheet-metal working machines, drills [etc.]. **1949** *Jrnl. R. Aeronaut. Soc.* LIII. 428/2 Failures of the automatics may be more dangerous than the human failures they are designed to prevent.
**3.** A motor vehicle, esp. a car, which has automatic transmission. orig. *U.S.*
**1949** *Newsweek* (U.S.) 24 Oct. 65/1 (*heading*) Ford's automatic. **1966** *Motoring Which?* Oct. 124 The only automatic we have tested is the little Dutch-built Daf. **1984** *Which? Car Suppl.* Oct. 17/2 The BX range has recently been expanded with the inclusion of a diesel version, and there will be estates and automatics soon.

**auto'matical,** *a.* [f. as AUTOMATIC *a.* + -ICAL.]
**1.** *prop.* Having reference to or connected with things automatic.
**1665** *Surv. Aff. Netherl.* 178 Ships that (according to the Automatical proposal) could manage themselves.
**2.** = AUTOMATIC.
**1586** BRIGHT *Melanch.* xiii. 66 Automaticall instruments. **1788** PASQUIN *Childr. Thespis* (1792) 159 Automatical, heavy, dull, sombrous, half crazy. **1830** *Edin. Encycl.* II. 66/2 Automatical rope-dancers or tumblers.

**auto'matically,** *adv.* [f. prec. + -LY[2].]
**1.** In automatic manner; like an automaton; by spontaneous, or apparently spontaneous, action.
**1858** GLADSTONE *Homer* II. 276 Which [three-legged stands] he is carefully fitting with wheels, in order that they may automatically take their places. **1874** tr. *Lommel's Light* 10 Apparatuses have been invented which automatically approximate the points..as they are burnt away.
**2.** Without active thought or volition; unconsciously, involuntarily, mechanically.
**1853** *Scot. Rev.* I. 123 Actions..at first voluntary may come by habit to be automatically performed. **1859** GEO. ELIOT *A. Bede* 104 Lisbeth automatically obeying her old habits, began to put away the breakfast things.

**automaticity** (ɔːtəməˈtɪsɪtɪ). [f. AUTOMATIC + -ITY.] Automatic condition or nature.
**1871** D. FERRIER *Funct. Brain* 213 Man..in whom volition is predominant and automaticity plays only a subordinate part in the motor activities.

**automation** (ɔːtəˈmeɪʃən). [irreg. f. AUTOMATIC *a.* + -ATION.] Automatic control of the manufacture of a product through a number of successive stages; the application of automatic

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME VIII

Interval–Looie

LIBRARY
KIRKLAND & ELLIS

JAN 0 4 1990

200 EAST RANDOLPH DR.
CHICAGO, ILLINOIS 60601

CLARENDON PRESS · OXFORD

1989

and canoeing clubs. **1828** N. CARLISLE *Acc. Charities* 295 Two staves or 18 feet, in..Cornwall, are a *Land Yard, and 160 Land Yards are an English acre. **1869** BLACKMORE *Lorna D.* xii, I could smell supper, when hungry, through a hundred landyards of bog.

‖ **Land** (lant), *sb.*² Pl. **Länder** ('lɛndər), **Laender, Lands.** [G.] A semi-autonomous unit of local government in Germany and Austria.

[**1920** G. YOUNG *New Germany* 321 The transformation of this Constitution from a centralised republic..back to a federation has been reviewed already. The word 'länder' is literally translated for this and other reasons.] **1920** H. W. V. TEMPERLEY *Hist. Peace Conf. Paris* III. 347 The word *Länder*..has been deliberately used instead of the word *Staaten*... The word *States* for the members of a federal Constitution seems therefore to be misleading as expressly repudiated and 'Lands' is used, a new word coined by Professor Young. *Ibid.* 348 Article 5. Constitutional power is exercised..in matters pertaining to the Lands, by the Constitutional bodies of those Lands within the lines laid down by the constitutions of those Lands. **1950** THEIMER & CAMPBELL *Encycl. World Politics* 42 Austria became a federal republic, consisting of eight *Lands*. **1955** *Times* 26 Aug. 7/2 Many wage agreements are settled on a Land and not a federal basis. **1958** *Listener* 9 Oct. 571/1 In the Laender under its sway..it [*sc.* Austria] produced the nearest approach to the Welfare State that existed before its establishment in the United Kingdom. **1966** *Economist* 13 Aug. 633/1 The ambitious and consequently hard-pressed *Länder* are demanding that..Bonn's share of the tax-collectors' booty should be no more than 35 per cent. **1969** *Nature* 15 Nov. 633/2 The German universities are at present the responsibility of the Länder. **1973** *Times* 30 Jan. 4/6 The four *Länder*—Hamburg, Bremen, Lower Saxony and Schleswig-Holstein—have asked the Bonn Government to sanction a boycott.

**land** (lænd), *v.* [f. LAND *sb.*¹ (OE. had *lendan* of similar formation: see LEND *v.*)]

**I. Transitive senses.**

**1. a.** To bring to land; to set (on shore); to disembark.

*a* **1300** K. *Horn* 779 A gode schup he hurede, þat him scholde londe In Westene londe. **1508** KENNEDIE *Flyting w. Dunbar* 461 The skippar bad ger land the at the Bas. **1665** BOYLE *Occas. Refl.* IV. xii. (1848) 246, I see the Water-man prepare to Land us. **1678** WANLEY *Wond. Lit. World* v. ii. §79. 472/1 He Landed an Army in Apulia. **1748** *Anson's Voy.* II. xiv. 286 Our ships, when we should land our men, would keep at..a distance. **1838** THIRLWALL *Greece* III. xx. 149 The troops, having been landed in Cephallenia. **1842** CAMPBELL *Napoleon & Brit. Sailor* 64 He should be shipped to England Old And safely landed. **1894** HALL CAINE *Manxman* v. iii. 288 Four hundred boats were coming..to land their cargoes.

**b.** To bring to the surface (from a mine). ? *Obs.*

**1603** OWEN *Pembrokeshire* xi. (1891) 91 These persons will Lande about..hundred barells of coale in a daye.

**c.** *pass.* In Canada, to be given the status of a landed immigrant (see LANDED *ppl. a.* 3).

**1910** [see LANDED *ppl. a.* 3]. **1962** *Canada Month* Aug. 16/3 They arrived from an Italian refugee camp in three groups around mid-month, were duly 'landed' by immigration officials. **1974** *Globe & Mail* (Toronto) 16 May 3/3 So far 22,905 have actually been 'landed'—given legal status as landed immigrants—and it's just a matter of time before most of the others achieve the same goal.

**2.** To bring into a specified place, e.g. as a stage in or termination of a journey; to bring into a certain position: usually with advb. phr. Also *fig.* to bring into a certain position or to a particular point in a course or process. (Cf. **8.**)

**1649** JER. TAYLOR *Gt. Exemp.* Ep. Ded. a 3 b, It is onely a holy life that lands us there [*sc.* in heaven]. **1649** BLITHE *Eng. Improv. Impr.* (1653) 57 This drain to be continued to that place where you have most conveniencie to land your water. **1850** M'COSH *Div. Govt.* II. ii. (1874) 212 The pantheist, when compelled to explain himself, is landed in Atheism. **1856** WHYTE MELVILLE *Kate Cov.* xix, Now then, give us your hand; one foot on the box, one on the roller-bolt, and now you're landed. **1859** THACKERAY *Virgin.* II. i. 4 Poor Harry's fine folks have been too fine for him, and have ended by landing him here. **1874** BURNAND *My time* xxviii. 271 A jerk that nearly landed me on his [the horse's] back. **1878** BOSW. SMITH *Carthage* 200 The pass over the Cottian Alps ..would have landed Hannibal in the territory of the Taurini. **1883** BESANT *Revolt of Man* vi. (1883) 126 Such a sermon..would infallibly land his composer..in a prison. **1892** *Bookman* Oct. 29/2 His wife, his temperament, his philanthropy contrive to land him in fraudulent bankruptcy.

**b.** To set down from a vehicle. (Cf. **8 b.**)

**1851** THACKERAY *Eng. Hum.* iii. (1853) 108 The Exeter Fly..having..landed its passengers for supper and sleep. **1859** —— *Virgin.* I. xxvii. 213 One chair after another landed ladies at the Baroness's door. **1894** MRS. H. WARD *Marcella* II. 267 His hansom landed him at the door of a great mansion.

**c.** *slang.* To set (a person) 'on his feet'.

**1868** YATES *Rock Ahead* II. vi, Lord Ticehurst, having done his duty in landing Gilbert [viz. by giving him an introduction], had strolled away. **1876** HINDLEY *Adv. Cheap Jack* 33, I bought a big covered cart and a good strong horse. And I was landed! **1879** *Autobiog. of a Thief* in *Macm. Mag.* XL. 502, I was landed (was all right) this time without them getting me up a lead (a collection).

**d.** *Naut.* To lower on to the deck or elsewhere by a rope or tackle.

**1867** SMYTH *Sailor's Work-bk.*, *To land on deck.* A nautical anomaly, meaning to lower casks or weighty goods on deck from the tackles. **1882** NARES *Seamanship* (ed. 6) 61 Land them on the taffrail.

**e.** *slang.* To get (a blow) home. Also *intr.* with *out*.

**1886** H. BAUMANN *Londinismen* 93. 1 He landed him a little

object is to land one cunning blow. **1891** *Gentl. Mag.* Aug. 110 That's right, Captain Kitty!.. Land him [*sc.* the Devil] one in the eye. **1898** J. D. BRAYSHAW *Slum Silhouettes* 2 That on'y made Bill madder 'n ever, an' 'e lands aht wiv 'is right, but the Gent. jest ketched 'is arm. **1912** *Chambers's Jrnl.* June 395/2 After sparring for five minutes, and frustrating every attempt you made to 'land' on him, he would sit down. **1928** *Manch. Guardian Weekly* 5 Oct. 274/3 Why didn't his man 'land out' at the insulting blighter?

**f.** *Sporting colloq.* (with and without compl.) To bring (a horse) 'home', i.e. to the winning post; to place first in a race. Also *intr.* to get in first, win.

**1853** WHYTE MELVILLE *Digby Grand* I. vi. 151 St. Agatha ..after one of the finest races on record, is landed a winner by a neck. **1890** 'ROLF BOLDREWOOD' *Col. Reformer* (1891) 291 A shower of flukes at the latter end landed him the winner. **1891** *Licensed Victualler's Gaz.* 20 Mar. (Farmer), Had the French filly landed, what a shout would have arisen from the ring! **1898** *Daily News* 28 May 8/3 The Prince's colours were landed amid enthusiastic cheering.

**g.** *Machine knitting.* To secure (a loop) on the closed beard of a needle.

**1885** [see KNOCK *v.* 15 c]. **1926** J. CHAMBERLAIN *Knitting Math. & Mech.* v. 98 Using different lengths of beards in the same machine may result in certain loops not being landed, and consequently not cast off. **1932** D. F. PALING *Warp Knitting Technol.* i. 6 The old fabric loops on their upward movement pass over the tips of the beards which are embedded in the needle eyes, and the old loops are landed on to the closed beards.

**h.** To bring (an aircraft) to earth from the air; to place (an aircraft or spacecraft, or its contents) on the ground or some other surface after a flight.

**1916** H. BARBER *Aeroplane Speaks* 49 I'll guarantee to safely land the fastest machine in a five-acre field. **1926** *Encycl. Brit.* I. 65/2 Attempts were later made to land machines on this forward deck [of the aircraft carrier]. **1931** *Times* 19 Feb. 17/2 There was a difference of opinion as to who should land the flying boat?—Very definitely. **1932** W. E. JOHNS *Camels are Coming* ii. 35 Agents..are usually taken over by aircraft; sometimes they drop by parachute and sometimes we land them. **1948** GREGORY & ALLAN *Helicopter* xvi. 190 There are a lot of things that we have to do to this machine before you can take off and land it. **1952** K. W. GATLAND *Devel. Guided Missile* vi. 103 (*caption*) Instead of landing the entire space-ship, a secondary rocket will descend to the surface. **1962** *Times* 30 Apr. 12/7 Russia's latest earth satellite has been successfully landed in a predetermined area. **1967** J. ROWLAND *Jet Man* vi. 59 Now Whittle's experience of aerobatics came in useful, for he had to 'land' the machine in the water. **1968** *Ann. Reg. 1967* 178 The two accidents were a severe setback to American plans to land a man on the moon before 1970. **1972** *Nature* 3 Mar. 3/1 It is simply too dangerous to attempt to land a manned spacecraft in the lunar mountains.

**3.** *Angling.* To bring (a fish) to land, esp. by means of a gaff, hook, or net. Also, *to land the net.*

**1613** J. DENNYS *Secrets Angling* II. xxi, Then with a net, see how at last he lands A mighty carp. **1653** WALTON *Compl. Angler* iv. 105 Help me to land this as you did the other. **1787** [see LANDING-NET]. **1867** F. FRANCIS *Angling* viii. (1880) 297 When you have hooked a grayling your next job is to land him. **1873** *Act* 36 & 37 *Vict.* c. lxxi. §14 Any person who shall..work any seine or draft net for salmon.. within one hundred yards from..any other seine or draft net ..before such last-mentioned net is fully drawn in and landed, shall..be liable [etc.]. **1883** *Manch. Exam.* 30 Oct. 8/4, I will not trouble you with an account of the trout and grayling we landed during the first two or three days of our visit. **1884** PAE *Eustace* 62 They were pretty constantly engaged in shooting and landing the net.

**b.** *fig.* To catch or 'get hold of' (a person); to secure or win (a sum of money), esp. in betting or horse-racing. Also, to obtain (employment). Also *absol.*

**1854** WHYTE MELVILLE *Gen. Bounce* II. xx. 114, I landed a hundred gold mohrs by backing his new lot for the Governor-General's Cup. **1857** HUGHES *Tom Brown* II. vii, You must be gentle with me if you want to land me. **1876** OUIDA *Winter City* vi. 143 So that they land their bets, what do they care? **1884** BLACK in *Harper's Mag.* Dec. 24/1, I can't say I've landed a fortune over its tips. **1926** WHITEMAN & McBRIDE *Jazz* viii. 167 That is another reason why the outsider fails to land. He doesn't know about these rogues. **1946** E. O'NEILL *Iceman Cometh* (1947) III. 152 I'll bet you tink yuh're goin' out and land a job, too. **1952** GRANVILLE *Dict. Theatr. Terms* 108 *Land a spot*, obtain an engagement.

† **4.** To throw (a bridge) across a river. *Obs.*

**1637** *Petit. to Chas. I* in Willis & Clark *Cambridge* (1886) I. 91 They may be suffered at their owne chardge to land a bridge over yᵉ river. **1638** CHAS. I. *Let. to King's College, ibid.*, To permitt them at their owne charge to land a bridge from the middest of yᵗ oʳ Colledge.

† **5.** To bestow land upon. *Obs. nonce-use.*

**1624** HEYWOOD *Captives* I. i. in Bullen O. *Pl.* IV, Thou hast monied me in this, Nay landed me..And putt mee in a large possession.

**6.** *a. to land up*: to fill or block up (a watercourse, pond, etc.) partially or wholly with earth; to silt up.

**1605** WILLET *Hexapla Gen.* 30 Gobaris caused the naturall current, landed vp, to be opened and enlarged. **1682** BUNYAN *Holy War* 307 Diabolus sought to land up Mouthgate with dirt. **1793** R. MYLNE *Rep. Thames & Isis* 16 These lands have a very imperfect drainage at present, by the water-courses and ditches being landed up. **1815** W. MARRATT *Hist. Lincolnsh.* III. 243 A serpentine fish pond.. partly landed up. **1851** *Jrnl. R. Agric. Soc.* XII. II. 300 The river became landed up by the sediment of the tides.

**b.** To earth up (celery). Also with *up.*

*a* **1806** ABERCROMBIE in Loudon *Gardening* III. i. (1822) 723 Repeat this..till by degrees they are landed up from

**II. Intransitive senses.**

**7.** To come to land; to go ashore from a ship or boat; to disembark. Of a ship, etc.: To touch at a place in order to set down passengers.

In early use occas. conjugated with the verb *to be*.

**1382** WYCLIF 1 *Macc.* iii. 42 The oost appliede, or londide, at the coostis of hem. **1387** TREVISA *Higden* (Rolls) II. 151 Irisch Scottes londede at Argoyl. *c* **1400** *Sir Beues* p. 24 (MS. S.) With her ship þere gon þey lond. *a* **1450** *Le Morte Arth.* 3054 He wende to haue landyd..At Dower. **1470-85** MALORY *Arthur* I. xvii, The Sarasyns ar londed in theyr countreyes mo than xl M. *a* **1548** HALL *Chron., Hen. VIII* 259 b, He had knowledge..that the Frenche army entended to land in the Isle of Wight. **1611** BIBLE *Acts* xxi. 3 We.. sailed into Syria, and landed at Tyre. **1661** DRYDEN *To his Sacred Majesty* 9 Thus, royal Sir, to see you landed here Was cause enough of triumph for a year. **1725** POPE *Odyss.* XIII. 156 Behold him landed, careless and asleep, From all th' eluded dangers of the deep! **1748** *Anson's Voy.* II. xiii. 276 No place where it was possible for a boat to land. **1837** MARRYAT *Dog-fiend* xxii, The dog..landed at the same stairs where the boats land. **1882** MRS. B. M. CROKER *Proper Pride* I. ii. 11 Among the passengers who landed at Southampton from the Peninsular and Oriental *Rosetta*.

**8.** *lit.* and *fig.* To arrive at a place, a stage in a journey, or the like; to come to a stage in a progression; to end *in* something. Also with *up*. (Cf. **2**.)

**1679** MOXON *Mech. Exerc.* 153 Landing by the first pair of Stairs with your Face towards the East. **1721** RAMSAY *Elegy Patie Birnie* iii, When strangers landed. **1726** *Wodrow Corr.* (1843) III. 243 Thus this matter is entered on; where it will land, the Lord himself direct. **1727** *Ibid.* 304 If any subordination and dependence [of the Persons of the Trinity]..were asserted, he could not but think it would land in a strange and independent God. **1927** H. CRANE *Let.* 19 Mar. (1965) 291, I had just landed in town after three months with the bossy cows. **1958** *Listener* 30 Oct. 694/3 They [*sc.* migrants] land up, exhausted, on islands and headlands. **1965** *Ibid.* 2 Sept. 351/2 After unspecified work in a map shop he landed up, furnished with a testimonial from Charles Graves, in the publishing house of Novello.

**b.** To alight upon the ground, *e.g.* from a vehicle, after a leap, etc. Esp. of an aircraft or spacecraft, or a person in one: to alight upon or reach the ground, or some other surface, after a flight. (Cf. **2 b.**)

**1693** SOUTHERNE *Maid's Last Prayer* III. ii, *Lady Susan.* There's a Coach stopt, I hope 'tis hers. *Jano.* 'Tis my Lady Trickit's; she's just Landed. **1708** *Lond. Gaz.* No. 4427/14 To receive them as they Landed out of their Coaches. **1784** V. LUNARDI *Acct. First Aërial Voy. in Eng.* 37 My principal care was to avoid a violent concussion at landing, and in this my good fortune was my friend. At twenty minutes past four I descended in a spacious meadow. **1814** *Sporting Mag.* XLIII. 287 The spot where the horse took off to where he landed is above eighteen feet. **1837** MARRYAT *Dog-fiend* xxxvii, It landed among some cabbage-leaves. **1899** H. G. WELLS *When Sleeper Wakes* xxiv. 326 On Blackheath no aëroplane had landed. **1908** —— *War in Air* ii. 60 The balloon was bumping as though its occupants were trying to land. **1911** W. KAEMPFFERT *New Art of Flying* xiv. 238 Ely's remarkable feat in landing on the deck of a warship in the harbour of San Francisco. **1917** [see FLATTEN *v.* 2 b]. **1917** 'CONTACT' *Airman's Outings* ii. 45 The machine in question was probably hit, however, for it did not return, and I saw it begin a glide as though the pilot meant to land. **1930** *Times* 11 Nov. 16/4 She [*sc.* a flying boat] circled the station and then landed in comparatively calm water. **1952** *Oxf. Jun. Encycl.* X. 7/2 When landing, the pilot is guided on to the deck by the Deck Control Officer who signals with 'bats'. **1953** LESLIE & ADAMSKI (*title*) Flying saucers have landed. **1969** *Times* 21 July 1/1 The first word from man on the moon came from Aldrin: 'Tranquillity base. The Eagle has landed.' **1973** *Sci. Amer.* Dec. 102/1 If the birds are pursued, they take off, but they do not fly far before they land again.

† **c.** *fig.* To fall, light (*upon*). *Obs.*

*a* **1670** HACKET 2*nd Serm. on Incarnat.* (1675) 11 Each parcel of comfort landed jump..in the same model of Ground. **1727** *Wodrow Corr.* (1843) III. 304 We inquired into the reports, found them all land on Mr. Simson.

**d.** With *on.* Of an aircraft: to land on the deck of an aircraft carrier. Hence *landing-on vbl. sb.*

**1937** *Aeroplane* 9 June 691/1 The ship was headed into wind and permission to land-on was given to the first Nimrod. *Ibid.* 16 June 724/1 The landing-on is organised similarly to the flying-off. **1939** *Nature* CXLIII. 592/2 'Landing on' had proved safer than driving a car on an English road. **1954** P. K. KEMP *Fleet Air Arm* 95 They took off and landed on without difficulty, completely independent of the sea.

**land**, obs. f. LANT *sb.*¹, urine; var. LAUND *Obs.*

**Landabrides,** erron. f. LINDABRIDES *Obs.*

† **'landage.** *Obs.* In 5 londage. [f. LAND *v.* + -AGE.] Landing, coming ashore.

**1470-85** MALORY *Arthur* XXI. ii, There was syr Mordred redy awaytynge vpon his londage to lette his owne fader to lande vp the lande that he was kyng ouer.

‖**landamman(n** ('landaman). [Swiss Ger.; f. *land* LAND *sb.*¹ + *amman(n* = G. *amtmann*, f. *amt* office, magistracy + *mann* man.] In Switzerland, the title applied to the chief magistrate in certain cantons, and formerly also to the chief officer in certain smaller administrative districts.

**1796** MORSE *Amer. Geog.* II. 308 The village of Gersau.. has its land amman, its council of regency. **1822** L. SIMOND *Switzerland* I. 438 All the landammanns and statthalters. **1868** KIRK *Chas. Bold* III. v. iii. 435 The old landamman of

day, the day on which the annual perambulation of the boundaries is made in Lanarkshire and Aberdeen.

**944** in Earle *Land Charters* (1888) 178 Dis sint þa land ȝemæra & se embegang þara landa to baddan byriȝ & to doddan forda & to eter dune. **1825-80** JAMIESON, *Landimar*, ..2. A march or boundary of landed property, Aberd. *To ride the Landimeres*, to examine the marches, ibid., Lanarks... The day in which the procession is made is called Landimere's day. **1864** *Edin. Daily Rev.* 11 June, Lanimer Day at Lanark. **1888** *Scott. Leader* 16 May 5 Lanark Landimeres.

¶ 'A land-measurer... This word is here [*viz.* in Skene] used improperly' (Jam.).

**1597** SKENE *De Verb. Sign.* s.v. *Particata*, The measurers of land, called Landimers, in Latine, *Agrimesores*. **1670** BLOUNT *Law Dict.*, *Landimers*, measurers of Land, anciently so called. **1825-80** JAMIESON, *Lannimor*, a person employed by conterminous proprietors to adjust marches between their lands, Ayrsh.

**landing** ('lændɪŋ), *vbl. sb.* [f. LAND *v.* + -ING¹.]
  I. The action of the verb LAND.
  **1. a.** The action of coming to land or putting ashore; disembarkation.

*c* **1440** *Promp. Parv.* 312/1 Londynge fro schyppe and watur, *applicacio*. **1577-87** HOLINSHED *Chron.* I. 9/2 They take landing within the dominion of king Goffarus. **1655** *Nicholas Papers* (Camden) II. 308 Att his landing att Towre wharfe. **1697** DAMPIER *Voy.* I. 264 There is Water enough for Boats and Canoes to enter, and smooth landing after you are in. **1748** *Anson's Voy.* III. vii. 355 The Commodore.. was saluted at his landing by eleven guns. **1798** DK. CLARENCE in Nicolas *Disp.* (1845) III. 10 *note*, The French cannot effect a landing in Ireland. **1855** STANLEY *Mem. Canterb.* i. (1857) 3 There are five great landings in English history, each of vast importance.

  **b.** Arrival at a stage or place of landing, e.g. on a staircase.

**1705** ADDISON *Trav. Italy* 433 A Stair-Case..where..the Disposition of the Lights, and the convenient Landing are admirably well contriv'd.

  **c.** Coming to ground at the end of a leap.

**1881** *Times* 14 Feb. 4/2 The taking off at the jumps was awkward, and the landing more ugly still.

  **d.** The (or an) action of approaching and alighting on the ground or some other surface after a flight. *happy landings!*: see HAPPY *a.* 3.

**1784** [see LAND *v.* 8 b]. **1909** *Flight* 13 Feb. 93/1 (*heading*) Flight 'landings'. **1912** *Aeroplane* 19 Dec. 621/2 Major Cameron and Capt. Salmon with Mr. Barnwell and, later, Mr. Knight up behind, put in large number [*sic*] of straights each making very good flights and landings. **1916** H. BARBER *Aeroplane Speaks* 49 You can..imagine what a difference that would make where forced landings are concerned! **1923** H. G. WELLS *Men like Gods* I. iii. 37 The aeroplanes made an easy landing. **1927** G. ASTON *Navy of To-Day* v. 31 The airman, and the airman's home, the aircraft carrier, must steam head to wind..when the airmen want to accomplish 'landings' on her deck. **1936** *Discovery* Aug. 238/1 The camera is raised during take-offs and landings. **1956** [see EMERGENCY 5 b]. **1967** D. P. DAVIES *Handling Big Jets* iii. 30 For take-off and landing the weight should be known to within 5,000 lb. **1969** *Times* 21 July 1/1 The landing, in the Sea of Tranquillity, was near perfect and the two astronauts on board Eagle reported that it had not tilted too far to prevent take-off. **1974** *Daily Tel.* 21 Feb. 17/7 He [*sc.* a balloonist] has food and water for 10 days and the gondola is equipped with floatation devices to keep it upright if he is forced to make a water landing.

  **2. a.** *landing up*: blocking up of a watercourse by earth or mud. **b.** Earthing up of plants.

**1692** RAY *Dissol. World* III. v. (1732) 352 This Landing up and Atterration of the Skirts of the Sea. *a* **1806** ABERCROMBIE in Loudon *Gardening* III. i. (1822) 723 Give them [celery-plants] a final landing-up near the tops. **1856** LEVER *Martins of Cro'M.* 4 Celery, that wanted landing.

  **3.** *Angling.* (See LAND *v.* 3.)

**1884** *Public Opinion* 5 Sept. 302/1 His attention is fixed upon..the skilful 'landing' of his fish.

  **4.** *Mining.* (See quot. 1860 and LAND *v.* 1 b.)

**1860** *Eng. & For. Mining Gloss.*, *S. Staffs. Terms*, *Landing*, the banksman receiving the loaded skip at surface.

  II. Concrete senses.
  **5. a.** A place for disembarking passengers or unlading goods; a landing-place.

**1609** DANIEL *Civ. Wars* VII. xxxvi, Defend all landings, barre all passages. **1793** SMEATON *Edystone L.* § 100 Amending the landing at the Edystone. *Ibid.*, As my proposed materials would not swim, a safe landing became a still more important object. **1832** S. CUMINGS *Western Pilot* 49 There is a pretty good landing at the upper end of the town. **1867** J. N. EDWARDS *Shelby* xx. 366 The next day the brigade moved to the river near Gaines Landing. **1895** M. A. JACKSON *Mem. Stonewall Jackson* (ed. 2) xii. 211 Just before reaching the landing I stopped to look back.

  **b.** 'The platform of a railway station' (Simmonds *Dict. Trade* 1858). ? *Obs.*

  **6. a.** A platform in which a flight of stairs terminates; a resting-place between two flights of stairs.

**1789** P. SMYTH tr. *Aldrich's Archit.* (1818) 122 A resting-place, or landing, should be contrived after 9, 11, or at the utmost 13 steps. **1836-9** DICKENS *Sk. Boz* ii, He took to pieces the eight day clock on the front Landing. **1869** E. A. PARKES *Pract. Hygiene* (ed. 2) 308 The ablution rooms.. must be placed on the landings. **1882** *Macm. Mag.* XLVI. 441 The five bedrooms all opened on a square landing.

  **b.** Stone used in or suitable for the construction of staircase landings.

**1847** SMEATON *Builder's Man.* 190, 6-in. rubbed York landing. **1858** *Skyring's Builders' Prices* (ed. 48) 84, 3 inch Portland balcony bottoms, or landings. **1886** *Mod.*

  **7.** Various technical senses (chiefly *U.S.*). **a.** (See quot. 1844.) **b.** *Lumbering.* A place where logs are landed and stored. **c.** 'A platform of a furnace at the charging height' (Knight *Dict. Mech.* 1875). **d.** *Boat-building.* = LAND *sb.*¹ 9 c (q.v.). **e.** *Mining.* A place at the mouth of a shaft for the landing of kibbles or other receptacles (*Cent. Dict.*). **f.** *Fortif.* 'The horizontal space at the entrance of a gallery or return' (*Ibid.*).

**1844** GOSSE in *Zoologist* II. 706 Every extensive planter, whose estate borders on the river [Alabama], has what is called a landing; that is a large building to contain bales of cotton. **1868** *Harper's Mag.* XXXVI. 420 We emerged from the thick timber into an opening through which ran Tibbett's Brook. Here was what is called the landing..we could see thousands of logs that had been hauled. **1883** GRESLEY *Gloss. Coal Mining*, *Landing*, a level stage for loading or unloading coals upon.

  **8.** *attrib.* and *Comb.*, as (sense 1) *landing area, fee, field, ground, -leg, -pier, -quay, site, -stairs, -steps, -tower, vehicle*; (sense 3) *landing-gaff, -hook, -ring*; **landing beam** *Aeronaut.*, a radio beam to guide aircraft when landing; **landing card**, a card issued to a passenger on an international flight or voyage, which is surrendered on arrival; **landing charges, rates** (Ogilvie), 'charges or fees paid on goods unloaded from a vessel' (Webster, 1864); **landing craft**, a naval vessel with a shallow draught designed for landing troops, tanks, etc., in an amphibious assault; hence *transf.* in *Astronaut.*, the section of a spacecraft which is used for the final descent to the surface of a planet or moon; **landing flap** *Aeronaut.*, a flap that can be lowered to increase the lift and the drag and so make possible lower speeds for take-off and landing; **landing floor** = sense 6; **landing gear**, (*a*) *Aeronaut.*, the structure underneath an aircraft that is designed to support it on the ground and to absorb the shock of landing (in modern aircraft made to be retracted in flight); (*b*) the retractable support at the front of a semi-trailer that supports it when not attached to the tractor; **landing light**, (*a*) a light on the runway of an aerodrome to guide an aircraft in a night landing; (*b*) a light attached to an aircraft to illuminate the ground for a night landing; **landing pad**, (*a*) a small area of an aerodrome or heliport, used for the landing and taking off of helicopters; (*b*) a cushioned or strengthened foot which supports a hovercraft, spacecraft, or the like when stationary on the ground; **landing ship (tank(s))**, a large landing craft for the transport of tanks and other vehicles; **landing speed**, the speed at which an aircraft lands (see also quot. 1911); **landing-stage**, a platform, often a floating one, for the landing of passengers and goods from sea-vessels; **landing-strake** *Boat-building*, 'the upper strake but one' (Weale's *Rudim. Nav.* 128); **landing strip** = *air-strip* (AIR *sb.*¹ B. III. 7); **landing-surveyor**, a customs officer who appoints and superintends the landing waiters; **landing ticket** = *landing card*; **landing-waiter**, a customs officer whose duty is to superintend the landing of goods and to examine them; **landing wire**, *Aeronaut.*, a wire on a biplane or light monoplane that is designed to take the weight of a wing when the aircraft is on the ground. Also LANDING-NET, -PLACE.

**1910** R. FERRIS *How it Flies* xx. 464 *Landing area*, a piece of land specially prepared for the alighting of aeroplanes without risk of injury. **1951** *Gloss. Aeronaut. Terms (B.S.I.)* III. 23 *Landing area*, the part of the movement area primarily intended for the take-off and landing of aircraft. **1974** G. MITCHELL *Javelin for Jonah* ix. 115 You may go ahead with the new landing-areas for jump and pole. **1929** *Landing beam* [see BEAM *sb.*¹ 24 b]. **1933** *Flight* 1 June 524 A pointer on a simple instrument showed him any deviation from the landing beam. **1945** *Aeronautics* Feb. 30 (*heading*) Diagram showing the aircraft..entering the landing beam. **1932** G. GREENE *Stamboul Train* 1. i. 3 The purser took the last *landing card..and watched the passengers cross the grey wet quay. **1950** P. BOTTOME *Under Skin* ii. 18 Got your landing card ready, and your passport? **1966** 'W. HAGGARD' *Power House* vi. 58 He could be asked for a landing card and as a through-booking he didn't have one. **1973** *Times* 13 Dec. 11/2 He included landing cards among the paraphernalia of controls. **1940** W. S. CHURCHILL *Second World War* (1949) II. 593 Great efforts should be made to produce the *landing-craft as soon as possible. **1942** *R.A.F. Jrnl.* 18 Apr. 32 Two landing craft were sent ashore with reconnaissance parties. **1943** *Landing craft* [see ASSAULT *sb.* 8]. **1953** *Jrnl. Brit. Interplanetary Soc.* XII. 275 The landing craft (a small supplementary vehicle designed for vertical descent with rocket braking, carried to the destinaton by the parent spaceship). **1957** P. WORSLEY *Trumpet shall Sound* vii. 144 Landing-craft of all kinds poured out their cargo upon the beaches. **1966** D. HOLBROOK *Flesh Wounds* 93 Three thousand landing craft were ready to move out of all the ports all along the coast, from Falmouth to Harwich. **1969** *Times* 21 July 8/2 At 1,500 ft., the astronauts slowed the landing craft and brought it gently down four miles off the scheduled target in the Sea of Tranquillity. **1922** *Flight*

of test flights before departure. **1972** *Times* 11 Feb. 1/1 Strong opposition has come from the airlines to a new system of landing fees which is to be introduced at Heathrow. **1921** *Aeronautics* 13 Jan. 26/1 The improvement of *landing fields and equipment. **1959** *Chambers's Encycl.* I. 97 The emergency landing fields, which were set aside by the Royal Air Force for special purposes, were usually grass covered. **1936** *Technical Rep. Aeronaut. Res. Comm. 1934-35* I. 30 Now that so many aeroplanes are being fitted with *landing flaps it is important to permit the flap to extend along the whole span. **1940** *War Illustr.* 19 Jan. 620 With wheels and landing flaps lowered, the pilot makes his approach. **1966** *McGraw-Hill Encycl. Sci. & Technol.* XIV. 517/1 Structurally, the aileron is similar to the landing flap. **1856** CAPERN *Poems* (ed. 2) 143 A cautious footfall stealing Gently o'er the *landing-floor. **1911** *Rep. & Mem. Advisory Comm. Aeronaut.* No. 59. Nov. 103 The efficiency of *landing gear on various sorts of ground may be tried. **1931** *Flight* 9 Jan. 30/1 The landing gear is designed to give very smooth landing and taxying characteristics. **1931** J. E. YOUNGER *Airplane Construction & Repair* iii. 48 Some airplanes are designed with landing gears which fold up into the fuselage and hence offer no direct wind resistance. **1951** *Amer. Speech* XXVI. 308/2 Landing gear, a strong support that holds up the front end of a semi-trailer when it is not attached to a tractor. **1971** M. TAK *Truck Talk* 97 Landing gear, the retractable supports on a trailer that prop up the front end when the trailer is unhitched from the tractor. **1971** *Physics Bull.* Apr. 217/1 Steels with improved fracture properties needed in nuclear submarines and aircraft landing gear are also under development. **1912** *Aeroplane* 12 Dec. 584/1 The great deterrent at present is the lack of proper *landing grounds. **1920** *Landing ground* [see *flying school* (FLYING *vbl. sb.* 3)]. **1943** T. S. ELIOT in Ld. Sempill et al. *Friendship, Progress, Civilisation* 20 To descend from this flight into generalities on to the particular landing-ground of the present occasion. **1961** L. VAN DER POST *Heart of Hunter* I. v. 80 The great pan..had a floor so wide, level and firm that..the biggest aircraft could land on it. I myself had used it as a landing-ground many times. **1741** *Compl. Fam.-Piece* II. ii. 330 A young Angler should be furnished.. with..*Landing-Hook,..Shot and Floats of divers Sorts. **1951** *Jrnl. Brit. Interplanetary Soc.* X. 101 In the case of a Moonflight..this means a vertical descent using reverse rocket braking in conjunction with a radar-altimeter and *landing-legs. **1969** *Sun* 22 July 1/2 The Eagle, leaving its spidery landing-legs behind, soared away. **1917** *Flight* 4 Jan. 18/1 A new system, called 'Triplex glass *landing lights', proved to be inferior to petrol flares. **1920** *Proc. Air Conf., London* 11 Aerodromes will be equipped..as night flying is practicable. Permanent electric landing lights..are being installed. **1922** *Flight* XIV. 519/2 Lighting Set (including navigation lights, landing lights and illumination of instruments). **1937** *Times* 16 Apr. 9/3 They see no reason why they should confuse coloured Very lights or landing lights in the air. **1942** *R.A.F. Jrnl.* 3 Oct. 7 From beneath him a landing light groped downwards. **1969** I. KEMP *Brit. G.I. in Vietnam* iii. 69 He..switched on his landing light, illuminating three paratroopers standing on the landing zone signalling us in. **1973** *Times* 11 Apr. 3/7 They used landing lights to make three trips and everyone on board was winched to safety. **1958** *World Helicopter* Apr. 6/1 Our cover picture shows one of Sabena's fleet of 12-passenger Sikorsky S.58's making a landing at the heliport on the strip between the two 80 ft. diameter *landing pads. **1961** *New Scientist* 2 Mar. 528/3 The actual landing pad need still be no more than 150 ft square. **1967** *Gloss. Terms Air-Cushion Vehicles (B.S.I.)* 6 *Landing pads*, strong points, protruding below the rigid bottom of an ACV, which support the vehicle when at rest on land. **1969** *Islander* (Victoria, B.C.) 23 Mar. 10/1 The first landing pad for the young [helicopter] company was a patch of open land way down Shelbourne Street, at that time the outskirts of Victoria. **1969** *Times* 17 May 8/5 Its landing pads are 37 in. across, each of them fitted with a probe which can sense the surface. **1858** SIMMONDS *Dict. Trade*, *Landing-pier*, *Landing-stage*. **1861** M. PATTISON *Ess.* (1889) I. 45 Broad *landing quays covered with cranes lined the river bank. **1883** *Fisheries Exhib. Catal.* 51 *Landing Rings, Gaffs, Nets, &c. **1943** *Life* 11 Oct. 34/2 The first is the LST (*Landing Ship, Tank), 327 ft. long and displacing 5,500 tons. **1944** *Hutchinson's Pict. Hist. War* 27 Oct. 1943  11 Apr. 1944. 166 (*caption*) Landing Ship Tanks. These two landing ships tanks close inshore at Bougainville are  unloading supplies and equipment for the U.S. Marines and army troops. **1944** *Daily Tel.* 11 July, It [*sc.* the port of Cherbourg] will be open shortly for craft of the L.S.T. type (landing ship tanks). **1945** T. BLORE *Turning Point—1943* vi. 51 Cedric and I put off in a motor fishing vessel to find our Tank Landing Ship. **1951** W. S. CHURCHILL *Second World War* (1952) V. ii. 26 The 'landing-ship, tank'..had first been conceived and developed in Britain in 1940. **1961** B. FERGUSSON *Watery Maze* iv. 106 Rear-Admiral Burrough, with the cruiser Kenya and four destroyers, was to escort the two landing ships. **1966** D. HOLBROOK *Flesh Wounds* 93 Paul's Squadron embarked on its Landing Ship Tank late on the 3rd June. **1969** *Times* 4 Feb. 13/4 The eastern end of the planned Apollo *landing site. **1972** *Nature* 3 Mar. 3/1 The landing site of Luna 20 was some 120 km north of the region from which Luna 16 recovered specimens. **1911** R. M. PIERCE *Dict. Aviation* 144 *Landing-speed*.., the speed with which a landing or descent to the earth is made, as by a man falling from a height. **1937** *New Republic* 19 May 35/1 The modern air liner's landing speed has gone up as designers have boosted its top speed by refining line and form. **1961** P. W. BROOKS *Mod. Airliner* iii. 75 Wheel brakes..now became a necessity because of the increased take-off and landing speeds of the more heavily loaded monoplanes. **1858** *Landing-stage [see *landing-pier* above]. **1861** DICKENS *Gt. Expect.* liv, An old landing-stage. **1868** *Less. Mid. Age* 269 On Monday morning, in a thick white fog, I entered a little steamer at the landing-stage at Liverpool. **1838** DICKENS *O. Twist* viii, The steps..form a *landing-stairs from the river. **1887** *Spectator* 21 May 692/1 Jack is going to sea, and his friends are on the landing-stairs to take leave of him. **1838** THIRLWALL *Greece* III. xxii. 239 He..advanced foremost on the *landing-steps. **1864** MRS. LLOYD *Ladies Polc.* 28 A little natural pier, in which landing-steps had been cut. **1930** *Aircraft Engineering* Jan. 16/1 The standard intermediate field in low altitudes provides two *landing strips or runways. **1944** *Times* 1 July 4/3 Squadrons flying from landing strips in Normandy are taking advantage of every break in the clouds. **1956** W. GRAHAM *Sleeping Partner* 62

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME XIII

Quemadero–Roaver

LIBRARY
KIRKLAND & ELLIS

JAN 0 4 1990

200 EAST RANDOLPH DR.
CHICAGO, ILLINOIS 60601

CLARENDON PRESS · OXFORD

1989

*Telegr.* 246 In one type of electrolytic detector, now merely of historic interest, the processes of electrolysis are employed to form fine threads of metal across the gap or gaps, and these threads are destroyed by the oscillations to be detected. The consequent alteration of resistance is observed by telephone or galvanometer. Of this type is .. the 'responder' of de Forest and Smythe.

**b.** A device which automatically retransmits a pulse or signal on receiving one from an interrogator. Also *responder beacon*.

 **1945** *Nature* 15 Sept. 323/2 *A* and *B* are pulse-interrogator stations, the aircraft has a responder of constant and accurately known delay-time... 'G-H' and 'Babs'.. utilize coded responses sent back by a ground responder-beacon in reply to pulses from an airborne or shipborne interrogator. **1945** *Electronic Engin.* Oct. 735 Vehicles could now carry small questioning transmitters ('interrogators') and obtain replies from 'responder' beacons on land or sea. **1957** *Encycl. Brit.* XVIII. 873 Y/1 Beacons of the synchronous sort just described are variously called radar beacons, responder beacons, racons, or transponders, there being no important distinction among these terms. **1966** D. TAYLOR *Introd. Radar & Radar Techniques* iv. 45 A responder beacon.. is a 'repeater', in the sense that it would retransmit after a very short time-interval any pulse signal received. **1977** *Offshore Engineer* Aug. 46/2 The remote vehicle's depth, horizontal range, slant range and relative bearing can all be determined by using this single responder in conjunction with Wesmar's new SS400TS sonar tracking system. The responder acts as a transmitter/receiver, receiving electronic signals through an umbilical.

**3.** *Biol.* and *Med.* An individual, structure, etc., that responds or reacts to some stimulus or treatment.

 **1963** *Jrnl. Exper. Med.* CXVIII. 954 Responders showed both Arthus and delayed allergic skin reactions to the immunizing conjugates. **1973** *Nature* 30 Nov. 245/1 Cells were classified as either β+ or β− (responders and non-responders to β-adrenergic stimulators) or P+ or P− (responders and non-responders to prostaglandin E₁). **1976** *Lancet* 30 Oct. 928/1 A further analysis was made into responders and nonresponders... The responders were defined as patients in whom the number of ulcers decreased by more than 50% over 2 or more months.

†**re'spondie.** *Sc. Obs.* (See RESPONDE.)

 **1645** *Sc. Acts Chas. I* (1814) VI. 180/1 To call for payment and compt of all Respondies and Debts addebted.. to the publike. *Ibid.* 181/1 The Clerk.. shall have the trust and keeping of the Respondie-Books, and of all the Accompts.

**re'sponding,** *ppl. a.* [f. RESPOND *v.* + -ING.] Corresponding; responsive.

 **1683** MOXON *Mech. Exerc., Printing* xxii. ¶7 He.. removes them to the responding Quarter of the Form Imposing, into the responding places. **1819** T. CHALMERS *Serm.* (1836) I. 232 A responding affection can be deposited in the heart of man. **1863** GEO. ELIOT *Romola* xxiv, A loud responding sob rose at once from the wide multitude. **1921** G. CECIL *Life Ld. Salisbury* II. vi. 219 His action was generally attributed to the decision to call out the Reserves ..and Lord Beaconsfield implied as much in his responding speech. **1933** C. VANDYCK *Contract Contracted* 21 As the Playing Trick count is not used until the Trump Suit has been decided upon the Responding Hand is obviously the first one to use it. **1952** I. MACLEOD *Bridge* vi. 73 The responding hand.. never assumes, at least until the second trial bid, that the opener is slamming. **1965** in J. *Money Sex Research* 107 Seldom does the responding female directly manipulate the clitoris through an entire sexual response cycle. **1968** R. KYLE *Love Lab.* (1969) xviii. 210 Data on several hundred responding individuals has more scientific validity than data on one.

**responsa**: see RESPONSUM.

†**re'sponsable,** *a.* *Obs. rare.* [= F. and Sp. *responsable*, It. *responsabile*, med.L. *responsābilis*, f. *respōnsāre*.] Responsible.

 **1641** 'SMECTYMNUUS' *Answ.* xviii. (1653) 76 But now since Episcopacy comes to be challenged as a Divine Ordinance, how shall wee be responsable to those Texts. **1648** ASHHURST *Reasons agst. Agreem.* 11 Men that can neither write, read, nor have any estates responsable.

†**re'sponsal,** *sb. Obs.* Also 5-7 responsall(e, 6 *Sc.* responsall. [ad. med.L. *responsālis* (see next), used as sb. in various senses.]

**1.** A response, reply.

 **1432-50** tr. *Higden* (Rolls) V. 395 The tenors of whiche letters.., with the responsalles [L. *responsis*] of Gregory,.. were putte in the registre of Gregory. *c* **1480** HENRYSON *Test. Cres.* 127 Ye gave me anis ane devine responsaill That I suld be the flour of luif in Troy. **1609** ARMIN *Maids of More-Cl.* (1880) 96 T would allay his hot endeauours with a cold responsall. **1624** F. WHITE *Repl. Fisher* 241 The determination.. is like Apollo his riddles and responsalls. **1652** N. CULVERWEL *Lt. Nature* 1. xiii. (1661) 109 How cautelous they were in their Oracular Responsals.

 **b.** A liturgical response or respond.

 *a* **1652** J. SMITH *Sel. Disc.* iv. 123 The responsals or antiphons wherein each of them catcheth at the other's part. **1688** *Answ. Dissenter's Objections to Bk. Common Prayer* 11 The Responsals of the Congregation are Matters of Offence to some. **1753** CHAMBERS *Cycl. Suppl.* s.v. *Antiphony*, St. Ambrose [calls antiphony] *responsoria*, or singing by responsals. [**1893**] J. CHRISTIE *Acc. Parish Clerks* 15 Ability to read the Epistles and Lessons, to sing Responsals, Grails, and other parts of the Service.]

**2.** The respondent in a disputation. Also *attrib.*

 *c* **1500** in Peacock *Stat. Cambridge* (1841) App. p. xxxviii, The Responsall shall have a Deske ordeyned for hym byfore the Father. *c* **1551** BP. GARDNER *Explic. Cath. Faith* 130 One was answered at Cambridge when he pressed the responsall, what saye ye to myne argumente. **1574** in Peacock *Stat. Cambridge* (1841) App. p. xi, A Sophister

provided by the Proctour shall knele before the Responsall sett [= seat].

**3.** One appointed by a prelate to give or send replies to questions; an apocrisiary.

 **1570** FOXE *A. & M.* (ed. 2) 308/2 The Archbyshop receauyng this appellation, and saying that he would aunswere to the same either by him selfe or by his responsaill. **1610** DONNE *Pseudo-martyr* 23 He suspended him vntill he might vnderstand from his Responsall with the Emperor, whether that pretended Commandement.. were not subreptitious.

†**re'sponsal,** *a. Obs.* Also 4 -aill. [ad. late L. *responsālis* (6th c.), f. *respōnsāre* to reply. Cf. OF. *responsal*, *-el*.]

**1.** Answerable, responsible.

 *c* **1400** *Beryn* 2623 Such answers vs purvey, þat pey.. shull be responsaill For of [*sic*] wele. **1550** *Reg. Privy Council Scot.* I. 106 Giff he be nocht responsall for the said sowme, that the Schereff.. putt him in the irnis. **1587** *Ibid.* IV. 192 His complices nawayes being responsall in law to answer for thair deid. **1641** HEYLIN *Hist. Episc.* II. (1657) 442 The Presbyters.. in the Countrey villages, should be responsall to the Bishop. **1653** *Consid. Dissolving Crt. Chanc.* 44 [They] will want that wisdom and estates, which the other have to make them responsal.

**2.** Responsive; of the nature of responses.

 **1607** S. COLLINS *Serm.* (1608) 25 They should haue beene like an Oracle responsall, without any Philippizing. **1653** R. LOVEDAY *Lett.* (1663) 45 'Tis but an easie task for your Pen, and will engage mine to be responsal. **1680** BAXTER *Cath. Commun.* (1684) A 2 That the Primitive Churches had some Responsal Forms.. I shall recite an evidence out of Chrysostom. **1738** NEAL *Hist. Purit.* IV. 416 The Liturgy to be abbreviated.. by omitting all the Responsal prayers.

**3.** Correspondent, appropriate. *rare*⁻¹.

 **1647** SPRIGGE *Anglia Rediv.* III. vi. (1854) 168 Would thou hadst took that leisure time To visit some responsal clime.

**re'sponsary.** *rare.* [ad. med.L. *responsārium*.] = RESPONSORY *sb.*

 *c* **1557** ABP. PARKER *Ps.* G ij, And after that.. make a great noise by the responsaries.. of the Psalmes. **1715** M. DAVIES *Athen. Brit.* I. 256 The Pagans had not only such certain forms of Prayer, but also Repetitions and Responsaries. **1866** *Liturgy Ch. Sarum* 88 The Ten Commandments, and their responsaries.

**response** (rɪ'spɒns). Forms: 4 respouns(e, 4, 6 respons, 5-6 responce, 7- response. [In ME., and OF. *respuns*, *respons* (mod.F. *répons*) masc. or *response* (mod. *réponse*), fem. In later use directly ad. L. *responsum* neut. (also late L. *responsus* masc.), f. *respondēre* to RESPOND.]

**1. a.** An answer, a reply.

 *c* **1300** *Beket* 825 In a chambre faste iloke alle hi were ibrouȝt, That hi ne scholde ascapic noȝt er hi respounse sede. *c* **1330** R. BRUNNE *Chron. Wace* 11924 þe chartre þey schewed per barouns, & seide, 'swich ys Arthures respouns'. **1338** — *Chron.* (1810) 98 What was his respons writen, I ne sauh no herd. **1533** BELLENDEN *Livy* I. xix. (S.T.S.) I. 109 It is said þat Turnus was na thing satifyit on his respons. **1589** PUTTENHAM *Eng. Poesie* III. xix. (Arb.) 214 Ye haue a figuratiue speach which the Greeks cal Antipophora, I name him the Responce. **1604** R. CAWDREY *Table Alph.* (1613), *Responses*, answers. **1673** CAVE *Prim. Chr.* I. vii. 192 The Author of the Questions and Responses. **1675** BAXTER *Cath. Theol.* I. 113 He.. needeth no more of mine for the confutation of his vain responses. **1712** STEELE *Spect.* No. 266 ¶4, I heard an old and a young Voice repeating the Questions and Responses of the Church-Catechism. **1751** HARRIS *Hermes Wks.* (1841) 161 With respect to the interrogative, the return is necessarily made in words.. which are called a response or answer. **1798** COLERIDGE *Anc. Mar.* 411 But.. speak again, Thy soft response renewing. **1869** A. HARWOOD tr. *E. de Pressensé Early Yrs. Chr.* III. iii. 404 We know the response of ancient philosophy to this question.

 **b.** *transf.* and *fig.* An action or feeling which answers to some stimulus or influence; *spec.* in *Psychol.* (freq. opposed to *stimulus*), an observable reaction to some specific stimulus or situation; the fact of such reaction.

 **1815** SHELLEY *Alastor* 564 A pine,.. to each inconstant blast Yielding one only response. **1860** TYNDALL *Gloc.* I. §15. 103 A joyous rush was the creature's first response to the signal. **1875** JOWETT *Plato* (ed. 2) IV. 130 Something which found a response in his own mind seemed to have been lost. **1908** E. L. THORNDIKE in *Ess. Philos. & Psychol. in Honor W. James* 597 A situation arouses a response which brings an annoying state of affairs. The probability of a similar response in the future is lessened. **1919** J. B. WATSON *Psychol.* i. 16 Having now examined at some length into the general nature of both stimulus and response, we should be prepared to understand the object of a psychological experiment. **1934** H. DAVIS in C. Murchison *Handbk. Gen. Exper. Psychol.* 983 They.. constitute an objective response of great value for analyzing the activities of the cortical tissue. **1948** A. C. KINSEY et al. *Sexual Behav. Human Male* v. 159 Evidence of minimal psychic components with good enough physical responses. **1952** FORD & BEACH *Patterns Sexual Behav.* xii. 239 Her capacity for complete response returned. **1957** B. F. SKINNER in Saporta & Bastian *Psycholinguistics* (1961) v. 228/1 Semantic theory is often confined to the relation between response and stimulus which prevails in the verbal operant called the tact. **1965** in J. *Money Sex Research* 101 Three women were able to achieve orgasmic response by breast manipulation alone. **1976** SENTER & DIMOND *Psychol.* vi. 102 Relaxation and anxiety are competing responses. You must behave in one way or the other.

 **c.** The way in which an apparatus responds to a stimulus or range of stimuli.

 **1911** H. M. HOBART *Dict. Electr. Engin.* II. 630/1 The receiver must be sharply tuned so that the variations of frequency may be sufficient to make an appreciable difference in the strength of its response. **1915** W. H. ECCLES *Wireless Telegr.* 245 Fig. 176 shows the response of the detector (change of *I*) at various values of the intensity of magnetism *I* and the field *H*, for four different magnetic cycles. **1926**, etc. [see *frequency response* s.v. FREQUENCY 6 a]. **1958** O. R. FRISCH *Nuclear Handbk.* XIV. 16 In designing a scintillation counter the spectrum of the fluorescent radiation must be marked as far as possible with the spectral response of the multiplier. **1961** G. MILLERSON *Television Production* iii. 41 Where the tube's response to red is excessive, this may be held back with an appropriate green or blue filter. **1970** J. EARL *Tuners & Amplifiers* iii. 68 The latest 'quality' amplifiers.. boast a power response which is almost as good as the frequency response.

 **d.** *Bridge.* A reply to a partner's opening (or subsequent) bid.

 **1939** N. DE V. HART *Bridge Players' Bedside Bk.* x. 52 South's response of Six Clubs showed first round control of clubs. **1947** S. HARRIS *Fund. Princ. Contract Bridge* I. iv. 35 It sometimes happens that South is able to make a positive response. **1958** *Listener* 16 Oct. 611/2 West makes her natural response of Three Diamonds. **1967** P. ANDERTON *Play Bridge* iii. 28 The negative response is 2 N.T. in which case the hand will probably be played in 3 H. **1976** *Times* 1 May 12/6 A minimum response can be shown only by a rebid of the suit.

**2.** *Eccl.* **a.** = RESPONSORY *sb.* 1.

 **1450-1530** *Myrr. our Ladye* 107 After lessons foloweth Responces. *Ibid.*, Thys fyrste responce ys songe in faythe and in praysynge of the blyssed Trynyte. **1592** tr. *Junius on Rev.* xix. 3 The song of the Antiphonie or response. **1811** BUSBY *Dict. Mus.* (ed. 3), *Response*, or *Responso*. The name of a kind of anthem sung in the Roman church after the morning lesson. **1836** *Tracts for Times* No. 75, Lesson 8. (Homily continued.).. Response 8 (used on the Sundays after Trinity). **1879** SIMMONS *Lay Folks Mass Book* 200 The laity.. were not allowed to read the lessons in church, nor to say the *Alleluia*, but only the psalms and the responses (*responsoria*), without the *Alleluia*.

 **b.** A part of the liturgy said or sung by the congregation in reply to the priest. (Correlative to VERSICLE.)

 **1659** HAMMOND *On Ps.* xxxi. 6 Observing their responses most superstitiously. **1710** STEELE *Tatler* No. 213 ¶2 [He] was seen soon after reading the Responses with great Gravity at Six of Clock Prayers. **1797** MRS. RADCLIFFE *Italian* xi, Again he fancied her voice spoke in a part of the plaintive response delivered by the nuns. **1810** CRABBE *Borough* ii. 16 Where priest and clerk with joint exertion strive..; That, by his periods eloquent and grave; This, by responses, and a well-set stave. **1886** RUSKIN *Præterita* I. 354 The responses of the morning prayer.

**3.** An oracular answer.

 **1513** DOUGLAS *Æneis* x. i. 76 Sa feyll responsis of the goddis abufe. *a* **1660** HAMMOND (J.), The oracles,.. from giving responses in verse, descended to prose. **1687** A. LOVELL tr. *Thevenot's Trav.* I. 37 He that demands the response, roles it [*sc.* a piece of wood] three times. **1762** WARBURTON *Doctr. Grace* I. v, In the Mosaic dispensation.., where the church was continued in every step, at first by oracular responses, and afterwards by.. Prophets. **1822** SHELLEY tr. *Calderon's Mag. Prodig.* I. 138 Consider the ambiguous responses Of their oracular statues. **1869** TOZER *Highl. Turkey* II. 219 The ancient oracle.. from which.. the Greeks of his time used to seek responses.

**4.** *Mus.* 'In a fugue, the repetition of the given subject by another part' (Busby).

 **1797** *Encycl. Brit.* (ed. 3) VII. 491/2 Every fugue finds its response in the part immediately following that which commenced. **1854** CHERUBINI *Counterp. & Fugue* 63 It may be said that the Response decides the particular kind and nature of the fugue.

**5.** *pl.* = RESPONSION 3.

 **1810** *Oxford Univ. Cal.* p. ii, Feb. 21, Responses commence.

**6.** *attrib.* and *Comb.*, as *response function*, *rate*; esp. in *Psychol.*, as *response bias*, -*movement*, *pattern*, *probability*, *set*; *response-contingent* adj.; *response time Electr.*, the time taken for a circuit or measuring device, when subjected to a change in input signal, to change its state by a specified fraction of its total response to that change.

 **1970** *Jrnl. Gen. Psychol.* LXXXII. 63 These findings appear to be incompatible with the notion that both scales measure '*response bias*'. **1958** B. FLANAGAN et al. in Saporta & Bastian *Psycholinguistics* (1961) 415 (title) The control of stuttering through *response-contingent* consequences. **1972** *Sci. Amer.* May 97/1 The results of such analyses produce response functions.. which can be plotted to show the mean responses of different species of trees to conditions of temperature, precipitation and prior growth. **1975** D. G. FINK *Electronics Engineers' Handbk.* xxv. 25 The antenna and receiver are configured to match a target signal at a particular angle, delay, and frequency. The radar will respond with reduced gain to targets at other angles, delays, and frequencies. This *response function* can be expressed as a surface in a four-dimensional coordinate system. **1892** VAN LIEW & BEYER tr. *Ziehen's Introd. Physiol. Psychol.* i. 14 Goltz has termed the automatic movements '*response-movements*'. **1936** J. KANTOR *Objective Psychol. of Gram.* xx. 290 For objective psychology, moods are nothing but particular *response-patterns* or speech-community styles of utterance. **1965** *Brit. Jrnl. Psychol.* LVI. 217 (*heading*) Response patterns and strategies in the dynamics of concept attainment behaviour. **1960** W. N. DEMBER *Psychol. of Perception* (1970) viii. 287 All of the word-recognition experiments can be interpreted in terms of '*response-probability*. **1946** *Jrnl. Amer. Statist. Assoc.* XLI. 522 The number of mail questionnaires and field interviews required to achieve a specified precision will vary with the *response rate*. **1966** *Rep. Comm. Inquiry Univ. Oxf.* II. 351 The figures for Great Britain are from a survey (with a response rate of 53 per cent.) of those university teachers who responded to the inquiry by the Robbins Committee in 1961-2 (in which the response rate was 86 per cent.). **1970** *Jrnl. Gen. Psychol.* LXXXII. 64 '*Response set*'

Case 2:06-cv-06803-MMM-SH   Document 60-8   Filed 01/18/08   Page 8 of 18

is a generalized tendency to be agreeable. **1972** D. P. CAMPBELL in J. N. Butcher *Objective Personality Assessment* vi. 119 Response set, acquiescence and social desirability, are currently popular..even though the data in support of them [as concepts] are will-o'-the-wispy, at best. **1958** R. B. HURLEY *Junction Transistor Electronics* xix. 364 Output *response times are reduced by a factor of 2·5. **1970** WILLARDSON & BEER *Semiconductors & Semimetals* V. i. 7 The response time is determined by the rate at which the [infrared detector] element warms and cools. **1975** D. G. FINK *Electronics Engineers' Handbk.* XVII. 49 Performance specifications usually include the response of the system to a step input, measured in terms of response time, rise time, delay time, settling time, and overshoot.

Hence **re'sponseless** *a.*, giving no response or reply; **re'sponser**, one who makes response.

**1845** *Blackw. Mag.* LVIII. 36 The base, cold crowd.. Stood round, responseless to his fire. **1845** JANE ROBINSON *Whitehall* xix. 221 Mistress Chaloner looked at him..to ascertain who this lively responser was.

**responsi'bility.** [See next and -ITY. So F. *responsabilité*, It. *-ita*, Sp. *-idad*.]

**1.** The state or fact of being responsible.

**1787** HAMILTON *Federalist* No. 63 II. 193 Responsibility in order to be reasonable must be limited to objects within the power of the responsible party. **1796** BURKE *Regic. Peace* iii. Sel. Wks. (1892) 258 Where I speak of responsibility, I do not mean to exclude that species of it [etc.]. **1827** SOUTHEY *Hist. Penins. War* II. 746 He was made to understand that any risk which he incurred would be upon his own responsibility. **1874** SAYCE *Compar. Philol.* viii. 305 It is only when the conception of the individual has been reached that the idea of responsibility begins. **1973** *Black Panther* 17 Nov. 3/1 The attack was deliberate and appears to be associated with the letter from the 'Symbionese Liberation Army' claiming responsibility. **1974** *Oxford Mail* 26 Oct. 1/4 Four explosions shook New York's business and financial districts within a few minutes today and a self-styled Puerto Rican liberation movement claimed responsibility.

**b.** *Const. of* the thing done or to be done.

**1840** DICKENS *Old C. Shop* xvii, Then the entertainment began..; Mr. Codlin having the responsibility of deciding on its length. **1847** PRESCOTT *Peru* (1850) II. 137 He still shrunk from the responsibility of the deed. **1881** W. COLLINS *Black Robe* viii, I took the responsibility of leaving him undisturbed.

**c.** *Const. for.*

**1903** G. B. SHAW *Man & Superman* I. 17 Mamma knows that she is not strong enough to bear the whole responsibility for me and Rhoda without some help and advice. **1928** E. O'NEILL *Strange Interlude* II. 66 Looks damnably upset... Wants to evade all responsibility for her, I suppose. **1971** G. K. ROBERTS *Dict. Polit. Analysis* 190 The individual responsibility of British ministers for the actions of their civil servants. **1974** *Black Panther* 19 Jan. 3/1 A communique signed by the Symbionese Liberation Army claimed responsibility for the attack. **1975** *Times* 20 Aug. 13/1 Just as one was wondering who would 'claim responsibility' for spoiling the Headingley wicket—Saór Éire, the Women's Liberation Army..—up popped the Campaign to Free George Davis. **1981** M. SPARK *Loitering with Intent* ii. 32, I can't take responsibility for your mother this afternoon.

**2. a.** With *a* and *pl.* A charge, trust, or duty, for which one is responsible.

**1796** BURKE *Regic. Peace* iii. Sel. Wks. (1892) 258 That confidence..fixes a responsibility on the Ministers entire and undivided. **1847** C. BRONTE *J. Eyre* iv, Anxious to be relieved of a responsibility that was becoming irksome. **1880** *19th Cent.* Apr. 687 As the responsibilities became greater and warfare more scientific.

**b.** A person for whom one is responsible.

**1832** MARRYAT *N. Forster* xxxvi, [He] would hand over to Newton's charge any one of the unmarried responsibilities.

**c.** A person to whom one is responsible; a person in authority. *nonce-use.*

**1893** E. DOWSON *Let. c* 22 Mar. (1967) 275, I have to let the responsibilities know exactly how many people I have invited.

**3.** *U.S.* 'Ability to answer in payment; means of paying contracts' (*Cent. Dict.* 1890).

**responsible** (rɪˈspɒnsɪb(ə)l), *a.* (and *sb.*) [a. obs. F. *responsible* (1502), f. L. *respons-*, *respondēre* to RESPOND. Cf. RESPONSABLE.]

**A.** *adj.* †**1.** Correspondent or answering *to* something. *Obs.*

**1599** B. JONSON *Ev. Man out of Hum.* II. i, The admiration of your Forme; to which (if the bounties of your minde be any way responsible) [etc.]. **1629** MAXWELL tr. *Herodian* (1635) 140 If you expect a Doome, or Death, responsible to your blacke deeds, and detestable Villanies; the World cannot afford it. **1698** FRYER *Acc. E. India & P.* 14 The Mouth large, but not responsible to so large a Body.

†**2.** Capable of being answered. *Obs. rare*⁻¹.

**1647** LILLY *Chr. Astrol.* lviii. 383 This is a difficult Question, and yet by Astrologie responsible.

**3. a.** Answerable, accountable (*to* another *for* something); liable to be called to account.

**1643** PRYNNE *Sov. Power Parl.* III. App. 12 To hold this Popish erronious opinion, that they are in no case responsible to their whole Kingdomes or Parliaments for their grossest exorbitances. **1662** J. DAVIES tr. *Olearius' Voy. Ambass.* 405 Being responsible to the King for what might happen to us. **1720** WATERLAND *Doctr. Trin.* v. Wks. 1823 V.

**b.** Morally accountable for one's actions; capable of rational conduct.

**1836** J. GILBERT *Chr. Atonem.* ii. (1852) 50 The great God has treated us as responsible beings. **1858** FROUDE *Hist. Eng.* IV. xviii. 35 James arrived at an age when he could be treated as responsible. **1875** BAIN *Mental & Mor. Sci.* 396 In criminal procedure, a man is accounted responsible if motives still continue to have power over him.

**c.** *responsible government:* (see quot. 1910); also in extended use (esp. under influence of sense 5).

**1839** LD. DURHAM *Rep. Affairs Brit. N. Amer.* 142 By creating high prizes in a general and responsible Government, we shall immediately afford the means of pacifying the turbulent ambitions, and of employing in worthy and noble occupations the talents which now are only exerted to foment disorder. **1865** EARL RUSSELL *Essay on Hist. Eng. Govt. & Constitution* p. lxviii, Others said, 'the grant of what is called "responsible government" [in Canada] is a grant of independence. It must be resisted.' **1906** W. S. CHURCHILL in R. S. Churchill *Winston S. Churchill* (1969) II. Compan. 1. 506 We are not, of course, confined to any particular form of Responsible Government. **1910** *Colonial Office List* v. i. 633 The colonies possessing responsible government, in which the Crown has only reserved the power of disallowing legislation and the Secretary of State for the Colonies has no control over any public officer except the Governor. **1930** G. B. SHAW *Apple Cart* I. 33 The people have found out long ago that democracy is humbug, and that instead of establishing responsible government it has abolished it. **1957** *Encycl. Brit.* XII. 174/2 The device known as dyarchy, or double government,.. was intended to train Indians for responsible government.

**4.** *U.S.* Answerable to a charge.

**1650** in T. Hutchinson *Hist. Mass.* (1765) 452 You are required to attach the goods or lands of William Stevens to the value of one hundred pounds, so as to bind the same to be responsible at the next court at Boston.

**5. a.** Capable of fulfilling an obligation or trust; reliable, trustworthy; of good credit and repute. Also in *Comb.*

**1691** LOCKE *Consid. Money* Wks. 1714 II. 12 Not knowing that the Bill or Bond is true or legal, or that the Man bound to me is honest or responsible. *a***1817** JANE AUSTEN *Persuasion* iii, Could not be a better time, Sir Walter, for having a choice of tenants, very responsible tenants. **1853** C. BRONTE *Villette* xiv, There was about him a manly responsible look, that redeemed his youth. **1884** J. QUINCY *Figures of Past* 345 The collection and delivery of parcels.. might be undertaken by one responsible person. **1896** H. JOHNSTON *Dr. Congalton's Legacy* ix. 103 Responsible land-owners, bonnet-lairds, farmers, otherwise a nondescript crowd.

*Comb.* **1852** DICKENS *Bleak Ho.* xxviii, A responsible-looking gentleman dressed in black. **1891** MOSTYN *Curatica* 57 When the meeting was dissolved, I joined myself to a responsible-looking brother, and..begged an explanation. **1960** *Times* 7 Mar. 13/5 Are publishers responsible-minded parents?

**b.** Of respectable appearance.

**1780** S. G. PRATT *Emma Corbett* (ed. 4) I. 98 A new wig.. to be made so as to resemble a responsible head of hair. **1852** DICKENS *Bleak Ho.* lviii, His linen is arranged to a nicety, and he is wrapped in a responsible dressing-gown.

**6.** Involving responsibility or obligation.

**1855** PRESCOTT *Philip II*, I. 1. ii. 12 He selected two persons for the responsible office of superintending his education. **1880** *19th Cent.* Apr. 707 Native officers so appointed to high and responsible positions.

**B.** *sb. pl.* An actor who undertakes to play any part which may be temporarily required.

**1885** JEROME *On the Stage* 80 In the provinces, thirty shillings is a high figure for a good all-round 'responsibles'. *Ibid.* 121 Hearing that one of their 'responsibles' had just left, I went straight to the manager,..and was accepted.

Hence **re'sponsibleness.**

**1727** in BAILEY (vol. II). **1812** G. CHALMERS *Dom. Econ. Gt. Brit.* 138 At this crisis..every bill was suspected, as being of doubtful responsibleness. **1856** EMERSON *Eng. Traits* v. *Ability*, They have solidarity, or responsibleness, and trust in each other.

**re'sponsibly,** *adv. rare.* [f. prec. + -LY².] In a responsible manner.

**1847** in WEBSTER. **1891** KIPLING *Light that Failed* (1900) 240 Mr. Beeton stood by with the air of an ambassador and breathed responsibly.

**responsion** (rɪˈspɒnʃən). Also 6 -cion. [a. F. *responsion* (†*responcion*), = Sp. *responsion*, It. *re-*, *risponsione*, or ad. L. *responsion-em*, n. of action f. *respondēre* to RESPOND.]

**1.** An answer or reply; a response. Now *rare.*

**1502** ARNOLDE *Chron.* (1811) 10 By ony responcions or peticions of them in parlement. **1509** HAWES *Past. Pleas.* XI. (Percy Soc.) 42 Seven sophyms..Thys ydre used..Unto the people, and was full rigorious To devoure them, where lacked responsion. **1555** W. WATREMAN *Fardle Facions* Pref. 13 By obscure and doubtfully attempred Responcions, and voices of spirites. **1656** S. HOLLAND *Zara* (1719) 123 To the first he yielded a ready responsion, but to the other he answered in very obscure terms. **1677** GALE *Crt. Gentiles* III. 99 To confer among themselves by Questions and Responsions or Answers. **1802-12** BENTHAM *Ration. Judic. Evid.* (1827) II. 10 Fourth point—response performed in the presence of the judge. **1880** *Cent. Mag.* XIX. 294 (Cent.), Everywhere in nature, Whitman finds human relations, human responsions.

**2.** Torfischyn. **1480** *Acta Dom. Conc.* (1839) 50 þe soume of vjˣˣ pund, of þe Responsioune of þe said Trestramys landis, aucht to our souuerain lorde. **1540** *Act* 32 *Hen. VIII*, c. 24 Commanderies, preceptories, contribucions, responsions, rentes..which appertained..to the priours. [**1706** PHILLIPS (ed. Kersey), *Responsions,* a Word us'd among the Knights of St. John of Jerusalem, for certain Accounts made to them, by such as held their Lands, or Stocks. **1727-38** CHAMBERS *Cycl.* s.v., Such a knight Templar paid a responsion of fifty pounds per annum to his order, on account of such a commandery.]

**3.** *pl.* The first of the three examinations which candidates for the B.A. degree at Oxford were required to pass. (Responsions were ended by statute in 1960.)

**1813** *Oxford Univ. Cal.* p. ii, Feb. 17, Responsions commence. **1845** WILLIAM GRESLEY *Frank's Trip to Continent* 2 He had just come home from Oxford after having..passed his responsions. **1881** *Truth* 6 Oct. 443 The new examination in lieu of responsions at Oxford, which has just been instituted.

**4.** A public university disputation.

**1841** PEACOCK *Stat. Cambr.* 9 When they had kept two responsions..under the regency of a master of arts..they were presented..as candidates for admission.

**responsive** (rɪˈspɒnsɪv), *a.* and *sb.* [a. F. *responsif, -ive,* = Sp. and It. *responsivo,* or ad. late L. *responsīv-us,* f. *respons-,* *respondēre:* see RESPOND *v.* and -IVE.]

**A.** *adj.* **1.** Answering, responding; making answer or reply. †**a.** Of letters or epistolary replies. Also in *pl.* form. *Obs.*

**1529** WOLSEY in Burnet *Hist. Ref.* (1679) I. Rec. II. xxiii. 62 Shewing unto the same how ye have received Letters from the King's Highness and me, responsives to such as ye wrote. *c***1560** A. SCOTT *Poems* (S.T.S.) ix. 3 Suppois I am not eloquent To wryt now answer responsyve. **1620** BRENT tr. *Sarpi's Counc. Trent* II. (1676) 126 When there shall be occasion to write some Letter, missive, or responsive. **1726** AYLIFFE *Parergon* 157 A Certificate..is a Responsive Letter, or Letter by way of Answer.

**b.** In other uses. Also const. *to.*

**1667** MILTON *P.L.* IV. 683 Celestial voices..Sole, or responsive each to others note. **1715** POPE *Odyss.* I. 200 High strains responsive to the vocal string. **1747** COLLINS *Passions* 37 A soft responsive voice was heard at every close. **1781** COWPER *Charity* 177 Responsive to the distant neigh he neighs. **1802-12** BENTHAM *Ration. Judic. Evid.* (1827) III. 48 By the responsive testimony of the defendant, the existence of the criminative fact cannot be established. **1850** BLACKIE *Æschylus* I. 26 There the grey hearth slid the responsive fire. **1889** *Daily News* 25 July 7/2 The proctors for the Bishop of Lincoln were assigned to bring in their responsive allegation within a fortnight.

**c.** *Bridge.* Of a double: used to invite a change to an unbid suit in response to a partner's take-out double.

**1959** *Listener* 12 Mar. 489/3 His double would be 'responsive'. *Ibid.* 30 July 190/1 The responsive double is a double intended to give information when partner has already made an informatory double. **1964** *Official Encycl. Bridge* 456/2 The minimum strength for a responsive double varies slightly with the level of the auction. **1973** REESE & DORMER *Compl. Bk. Bridge* viii. 120 Responsive doubles are usually played up to the level of three spades.

**2.** Correspondent or corresponding. *rare.*

**1602** SHAKS. *Ham.* v. ii. 159 Three of the carriages in-faith are..very responsive to the hilts. **1634** CANNE *Necess. Separ.* (1849) 34 The bishops..do not maturely consider the responsive conclusions which follow upon their principles. **1867** MACFARREN *Harmony* i. 17, He extended it by the addition of four responsive or relative modes.

**3.** Responding readily to some influence.

**1762** FALCONER *Shipwr.* II. 45 Thus, and so quick, the helm responsive flew. **1792** A. YOUNG *Trav. France* 205 The vibrations of pleasurable emotions seemed more responsive than common. **1841** D'ISRAELI *Amen. Lit.* (1867) 584 The imaginative critic has described the excursions of our muse with responsive sympathy. **1868** DICKENS *Let.* 29 Jan., They are a bright, responsive people here. **1871** HOLME LEE *Miss Barrington* II. xv. 232 Felicia seemed attentive and responsive.

**b.** Const. *to.*

**1768** BEATTIE *Minstr.* I. lv, Responsive to the sprightly pipe, when all In sprightly dance the village youth were join'd. **1793** *Minstrel* II. 55 The heart of Eleanor did not beat responsive to his warm attachment. **1850** MCCOSH *Div. Govt.* II. ii. (1874) 210 There is no living being to feel responsive to his feelings. **1884** J. M. MATHER *Life & Teaching Ruskin* (ed. 2) 5 His nature was responsive to the influences brought to bear upon it.

**4.** Characterized by the use of responses.

**1778** BP. LOWTH *Transl. Isaiah* xxvii. 2 In that day, To the beloved Vineyard, sing ye a responsive song. **1848** R. I. WILBERFORCE *Doctr. Incarnation* xii. (1852) 326 Where this responsive system of worship is lost, the nature of a public service will soon be forgotten. **1882** J. H. BLUNT *Ref. Ch. Eng.* II. 565 The alternation of the responsive system of prayer into that of prayer by the minister alone.

†**5.** Responsible, answerable. *Obs. rare.*

**1642** JER. TAYLOR *Episc.* (1647) 371 For all of it, he is responsive to God Almighty. **1646** —— *Apol. Liturgy* §133 Such persons..for whom the Church her selfe may safely be responsive, that is, to men learned and pious.

**B.** *sb.* †**1.** An answer, a response. *Obs.*

**1683** CAVE *Ecclesiastici, Epiph.* 429 In answer to both he wrote Ἀντεπιστολή..a large Responsive, wherein he particularly opens the Doctrine of the Catholick Church.

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME XIX

Unemancipated–Wau-wau

LIBRARY
KIRKLAND & ELLIS
JAN 0 4 1990
200 EAST RANDOLPH DR.
CHICAGO, ILLINOIS 60601

CLARENDON PRESS · OXFORD

1989

economic upliftment of the people of the region. **1976** *Nigerian Chron.* 18 Aug. 12/2 Mr Onette congratulated the people of Osomba..for their initiative towards educational up-liftment in their community. **1979** P. NIHALANI et al. *Indian & Brit. Eng.* I. 187 The upliftment of the rural areas should be a top priority for the government. **1984** *Times* 25 Aug. 5/2 His immediate priorities would be the economic and educational upliftment of his people.

**'uplight.** [UP- 2.] = next.
**1982** *Program 1982/83* (Erco trade catal.) 56 Up-lights are the free-standing version of downlights. They illuminate the ceiling. **1983** *Homes & Gardens* Mar. 92/2 We decided to have uplights to cast light on to the fabric.

**'uplighter.** [UP- 2.] A light placed or designed to throw illumination upward.
**1969** *Queen* 17-30 Sept. 96/2 Rotaflex uplighters in plain black cans, shining on, say, a picture. **1974** *Habitat Catal.* 116/1 Uplighter..to stand on the floor or a low table to light a strategically placed plant or shapely object. **1978** J. KRANTZ *Scruples* iii. 67 He installed three ten-foot-tall Kentia palms he got wholesale at Kind's, lit them from underneath with uplighters. **1983** *Homes & Gardens* Nov. 137 Best lighting for watching television comes from an uplighter placed behind the set; it cuts down glare and avoids reflections on the screen.

**'uplink.** [UP- 2.] A communication link for transmissions from the earth to a satellite, weather balloon, etc. Freq. *attrib.*
**1968** W. M. GRIGGS *AMSS Prototype Radiosonde* (Rep. AD-680-409) 4 The radiosonde is designed to perform two functions... As a transponder, it must receive the uplink range tones. **1975** *Sci. Amer.* June 127/1 Since its launch in late 1972 it has offered a repeater service open to all, with an uplink at two meters and a downlink at 10. **1982** *New Scientist* 9 Sept. 682/1 These 'uplink' signals are at frequencies between 5.9 and 6.4 gigahertz.

**up'lock,** *v.* [UP- 4 + LOCK *v.*¹] *trans.* To lock up.
**1600** FAIRFAX *Tasso* XIX. xxxix, Come, come,..Thy selfe within this fortresse safe vplocke. **1611** R. BADLEY *Panegyr. Verses* in Coryat *Crudities*, Thy bitter journey.. Deserv'd the sweetest wines Piemont up-locks. **1689** in Law *Hampton Court Pal.* (1891) III. 9 Then Benting up-locks His King in a box.

**up'locked,** *ppl. a.* (UP- 5. Cf. prec.)
*c* **1600** SHAKS. *Sonn.* lii, So am I as the rich whose blessed key, Can bring him to his sweet vp-locked treasure.

**'uplong,** *prep., sb., and a.* [UP *adv.* + *long* ALONG *prep.* and *adv.*] A. *prep.* Up along.
**1762** FALCONER *Shipwr.* I. 198 Uplong the slipp'ry Masts the Yards ascend.
B. *sb.* A strengthening bar extending along the sail of a windmill.
**1819** REES *Cycl.* s.v. *Windmill*, There ought to be three uplongs..to the driving, and two to the leading side,..to strengthen the lattice. **1892** P. H. EMERSON *Son of Fens* xxxii. 356 That uplong have got loose.
C. *adj.* Extending upwards.
**1875** MORRIS *Æneid* IX. 244 In daily hunt, whereby we learned the river's uplong brim.

**'uplook,** *sb.* [UP- 2.] An upward look or glance.
**1836** T. POWER *Impressions of Amer.* II. 235 The Virginian, tall of stature,..with an open up-look. **1869** RUSKIN *Q. of Air* §135 To all true modesty the necessary business is not inlook, but outlook, and especially uplook. **1888** FLO. WARDEN *Woman's Face* II. xv. 112 Giving her a very straight uplook into the eyes.

**up'look,** *v.* (UP- 4. Cf. UPLOOKING *pres. pple.*)
*a* **1300** *Cursor M.* 1820 Noe..fined noþeir night ne day For þat caitiue folk to prai,..Bot durst he neuer wel [*Gött.* wid eie] vp-lok. **1596** SPENSER *F.Q.* VI. iii. 11 The morrow next, when day gan to vplooke, He also gan vplooke with drery eye. **1818** MILMAN *Samor* VII. 840 But not as wont, uplooks he to the sky.

**up'looker.** (UP- 8.)
**1581** MARBECK *Bk. of Notes* 661 Which thing the Greeks noted by the name of a man, calling him *Anthropos,* an vp-looker. **1895** *Expositor* April 260 Prayers that had long been flashed from the souls of these up-lookers.

**up'looking,** *pres. pple.* and *ppl. a.* (UP- 6, 6 b.)
*a* **1340** HAMPOLE *Psalter,* etc. 497 Thynnyd ere myn eghyn ..vplokand [L. *suspicientes*] in heghe. **1805** WORDSW. *Prel.* VI. 86 Often have I stood Foot-bound uplooking at this lovely tree. **1838** MRS. BROWNING *Cowper's Grave* vii, Wild timid hares..Uplooking to his human eyes with sylvan tendernesses. **1881** J. MARTINEAU *Ess. & Addr.* (1891) IV. 306 Two minds present with each other in uplooking and uplifting attitude.

†**up'loper.** *Obs.* [ad. Du. *oplooper,* f. *oploopen* to leap up: see UPLEAP *v.*] A variety of pigeon resembling a pouter.
**1735** J. MOORE *Columbarium* 36 To trip beautifully with his Feet..without Jumping, which is the Quality of an Uploper. **1765** *Treat. Dom. Pigeons* 104 When it approacheth the hen, [it] generally leaps to her with its tail spread, which is the reason of its being called Uploper.

**'up,lying,** *ppl. a.* [UP- 6 b.] Situated or lying on elevated ground; upland.
**1877** *Scribner's Mag.* Aug. 479/2 The favourite haunt of the wild strawberry is an up-lying meadow. **1884** *Nature* 25 Sept. 530/1 In up-lying situations,..fluxion-structures are seldom detected.

**upmaist,** Sc. var. UPMOST *a.*

**up'make,** *v. Sc.* [UP- 4 + MAKE *v.*¹ Cf. older Flem. *opmaecken,* Du. *opmaken* to use up, put up, etc., LG. *upmaken,* G. *aufmachen* to put up, etc.]
1. *trans.* To make up for (a defect or lack); to supply or fill up where there is a deficiency.
**1485** *Sc. Acts Parlt., Jas. III* (1814) II. 172/1 þe werk to be brokin, the werkman to vpmak þe avale to þe finace foresaid. **1526** *Extr. Aberd. Reg.* (1844) I. 114 To cloise the tovnn, and bred the portis of the same, and oupmak all wydis and waistis.
2. To construct, build.
**1507** *Extr. Aberd. Reg.* (1844) I. 77 [He] sale..big, oupmak,..and complet the xxxiiij stallis in thar queir.

**'up,making,** *vbl. sb.* [UP- 7.]
1. *Sc.* The action of making up, in various senses.
**1513** *Extr. Aberd. Reg.* (1844) I. 84 The biggin and vpmakin of thar blokhouse for thair artailzerie. **1681** R. FLEMING *Fulfilling Script.* (ed. 3) 64 When they..compared their gain with their losse, their upmaking with these dayes of trial. *Ibid.* 71 They have therein found a very sensible upmaking. **1856** MORTON's *Cycl. Agric.* II. 620/1 The average cost..did not exceed 15s. per acre.., with all necessary upmaking. **1897** MRS. OLIPHANT *W. Blackwood* II. xxii. 409 A sheet was often left for him in the 'upmaking' till the last possible moment.
2. *Shipbuilding.* (See quot. 1846.)
**1846** A. YOUNG *Naut. Dict.* 357 *Upmaking,*..pieces of plank or timber piled on each other as a filling up; more especially those placed between the bilge-coads and the ship's bottom, preparatory to launching. **1883** *Scotsman* 11 July 5/2 The upmaking never showed any signs of giving way until the vessel was well clear of the standing ways.

**'up,making,** *ppl. a. Sc.* [UP- 6 b.]
1. That makes up for a defect or lack.
**1682** R. HAMILTON in M. Shields *Faithful Contendings* (1780) 40, I have found my Lord..ay the same up making. (and more than up making) portion. **1726** WODROW *Corr.* (1843) III. 269 May he, by his Spirit, be assisting, comforting, and upmaking to you! **1729** E. ERSKINE *Serm.* (1791) 336/1 Rest in him, and upon him, as our upmaking and everlasting all. [**1852** *Chr. Treasury* 405/2 God..is an upmaking portion;..he can supply the place of all things.]
2. Seeking acquaintance or intimacy.
**1863** MRS. CARLYLE *Lett.* (1882) III. 166 They were very..'up-making' to me, and pressed me to visit them.

**Upmann** ('ʌpmən). The proprietary name of a make of (Havana) cigar.
[**1878** *Trade Marks Jrnl.* 16 Jan. 59 H. Upmann... Henry Upmann and William Rocholl, trading as H. Upmann and Co., Havana, Cuba; cigar manufacturers. Manufactured tobacco, cigars. **1912** *Official Gaz.* (U.S. Patent Office) 15 Oct. 770/1 H. Upmann & Co., Habana, Cuba.... Cigars.] **1969** N. FREELING *Tsing-Boum* xxi. 148 He..had a cigar going, an Upmann that could have been made of tightly-rolled hundred-franc notes. **1979** A. SCHOLEFIELD *Point of Honour* 142 He was dispensing Upmanns from a humidor.

**'upmanship.** *colloq.* = *one-upmanship* s.v. ONE *numeral a., pron.,* etc. 30 c.
**1962** *Spectator* 23 Nov. 837/2 (Advt.), Upmanship is the art of being one up on all the others. **1967** *Ibid.* 25 Aug. 212/2 He obviously thought I was trying upmanship on him before that word had been invented. **1976** *Casper* (Wyoming) *Star-Tribune* 29 June 19/1 (*caption*) Hospital upmanship: My Doc' is better'n yours! **1980** *Brit. Med. Jrnl.* 6 Sept. 666/1 In a moment of inspired upmanship this young moonlighting casualty officer had quietly dropped the word that he was a famous specialist in exotic diseases.

**'up-market,** *a.* and *adv.* Also (esp. *adv.*) *up-'market.* [UP *prep.*²] A. *adj.*
1. Of merchandise, etc.: characteristic of or designed for the more expensive end of the market; superior, expensive, 'quality'.
**1972** *Times* 28 June 14/4 Glass has still, apparently, a more up-market image than plastic. **1974** *Daily Tel.* 17 Sept. 6 An 'up-market' £1,950 version of the Austin Allegro, hand-finished by the Vanden Plas coachbuilders. **1976** *Daily Mail* (Hull) 30 Sept. 18/3 Sarila Kitchens are the ultimate in luxury and design. Naturally, they are up-market in price. **1980** *National Times* (Austral.) 24 Aug. 4/3 Franchised lines, apart from the usual T-shirts, badges, posters and dolls run up to a range of $200 couturier ensembles and an upmarket line of cosmetics.
2. *transf.* and *fig.*
**1976** *Listener* 6 May 584/1. I cannot allow other people to have all the most up-market remarks. **1979** *Early Music* Jan. Suppl. 13/3 Trust House Forte's up-market evenings.. presenting several early music groups in 1979. **1981** *Times Lit. Suppl.* 30 Jan. 117/5 Linguistic shamanism is respected, for there have been some distinguished practitioners. Sir Ernest Gowers was an up-market shaman. So was H. W. Fowler.
B. *adv.* Towards the more expensive end of the market. Also *transf.* and *fig.*
**1975** *Daily Tel.* 12 Apr. 12/4 Lyons-Tetley go up-market a bit with their Red Label and Orange Label [tea]. **1978** *South China Morning Post* 24 Nov. 14/7 Protectionism will increase in European Common Market countries so that Hongkong will have to diversify upmarket. **1980** *Times Lit. Suppl.* 24 Oct. 1206/2 Even the secessionist New English Art Club moved up-market to become a nursery for the Academy, with its paintings of..the pleasing and the picturesque. **1983** *Daily Tel.* 14 Mar. 11/8 Slightly upmarket of the rest of the channel's evening fare, *Omnibus* (BBC-1) has settled for an Everyman figure.. as presenter. **1984** W. GOLDING *Paper Men* xi. 125 To contemplate the nature of predestinate insects or, moving up-market, Lobsters and crabs.
Also as *v. trans.,* to raise the standing of (a product) in the market, esp. by advertisement or actual improvement. Hence **up-'marketing** *vbl. sb.*

**1972** *Times* 25 Aug. 7 Mathew Clark wants to upmarket Noilly Dry French, plugging heavily the drink's provenance compared with that of Italian Martini and Cinzano. **1975** *Listener* 4 Dec. 735/3 Leyland..decided the group's future lay in..improving its cars and charging more for them.... It would take a lot of up-marketing to keep it [*sc.* Leyland] at even half its present size. **1977** *Daily Mirror* 21 Mar. 12/2 The British Sausage Bureau, in short, is trying to up-market its succulent product. **1980** *Times Lit. Suppl.* 19 Sept. 1030/4 In 1819 Harris, now joined by his son, sensed the way trade was going and boldly up-marketed his nursery books still further.

**up'met,** *pa. pple.* (UP- 5 + *met* METE *v.* Cf. UPHEAPED *pa. pple.*)
**1828** CARR *Craven Gloss., Up-met,* filled above the measure... Hence, the expression 'up-met and down throsten,' excellent measure... Also, 'he's a rogue, up-met and down throsten;' i.e. a complete villain.

**'upmost,** *a.* Also *Sc.* 6 vpmest, 6-9 upmaist. [f. UP *adv.*² + -MOST.]
1. = UPPERMOST *a.* (in various senses).
**1560** BIBLE (Genev.) *Isaiah* xvii. 6 Two or thre beries are in the top of the vpmoste boughs. **1567** DRANT *Horace, Ep. To Rdr.* *iv, He that woulde come to the vpmoste top of an highe hill. **1599** T. M[OUFET] *Silkwormes* 62 That which lies vpmost is of least renowne. **1632** LITHGOW *Trav.* IX. 391 Sulphure streames, which haue burst forth from the vpmost tops of Ætna. *Ibid.* 418 Podalia, the vpmost Countrery of Polland. **1664** EVELYN *Kal. Hort.* 75 Taking away some of the upmost exhausted earth, and stirring up the rest. **1715** LEONI *Palladio's Archit.* (1721) II. 16 The middle of the upmost Wall ought to be perpendicular with the middle of the nethermost. **1808** SCOTT *Let. to Sharpe* 30 Dec. in *Lockhart, You have..been upmost in my thoughts for some time past. **1859** GULLICK & TIMBS *Paint.* 163 The upmost flat surface is divided into nine compartments. **1875** LIGHTFOOT *Comm. Col.* 411/1 What was the thought upmost in the Apostle's mind..?
b. *absol.* or as *sb.*
**1589** FLEMING *Virg. Georg.* III. 43 Let him skarse set his feet vpon th' upmost [note The superfie or vppermost part] of the sand.
†2. *Sc.* = UMEST *a.* 1. *Obs.*
**1592** *Lyndesay's Wks.* 134-5 The Vicar..will nocht faill to tak ane kow, And vpmaist claith. **1609** SKENE *Reg. Maj., Stat. Will.* 11 The forestar sall take..his vpmaist claith. **1620** *Henry's Wallace* X. i. 229 Wallace in haste gart tak their upmost weed.

**up'mount,** *v.* (UP- 4.)
*a* **1560** PHAER *Æneid* IX. (1562) Ee iv b, A clamorous noise vpmounts on fortres tops.

**up'mounted,** *pa. pple.* (UP- 5.)
**1616** J. LANE *Contn. Sqr.'s T.* VII. 487 Vpmounted are the greate Artilerie, on owne huge-iron-carriages. **1818** KEATS *Endym.* I. 642, I felt upmounted in that region Where falling stars dart their artillery forth.

**up'mounting,** *pres. pple.* (UP- 6.)
**1794** WOLCOT (P. Pindar) *Wks.* III. 221 The Moon... upmounting slow, In solemn stillness. **1820** KEATS *Hyperion* I. 157 Like the mist Which eagles cleave, upmounting from their nest.

**'upness.** [UP *adv.*²] The quality of being elevated or raised.
**1887** W. JAMES in *Mind* No. 45. 14 Rightness and leftness, upness and downness, are..pure sensation. **1902** *Yorks. Post* 28 Feb., With the..idea of height or up-ness in our minds.

†**up'nim,** *v. Obs.* [UP- 4. Cf. OFris. *opnima, opnema* (WFris. *opnimme*), (M)Du. *opnemen,* MLG. *upnemen* (LG. *upnämen*), MHG. *ûfnemen* (G. *aufnehmen*).] *trans.* To take up.
*c* **1250** *Gen. & Ex.* 3024 It so bi-cam, ðat moyses askes up-nam. *c* **1290** *St. Brandan* 11 in S. *Eng. Leg.* L. 220 Bi-twene his armes seint brendan þis holie man op nam. *c* **1320** *Cast. Love* 1488 He þat from heuene com, From louh an heiȝ he vs up-nom. **1340** *Ayenb.* 143 Hi deþ ase deþ þe ilke mayde strongliche opnome of loue.
Hence †**up'niming** *vbl. sb. Obs.*
**1340** *Ayenb.* 22 Þe pridde kuead..ys fole opniminge of uals strif. *Ibid.* 83 Fole op-nymynge is huer lite profit liþ, and moche cost.

**upo'** (ʌ'pəʊ), *prep.* Forms: 3, 5, 9 *dial.* uppo, 3, 8 *Sc.* upo (3-4 up-o, 4 opo), 5 vpo; 8- *Sc.* and *dial.* upo' (9 *Sc.* apo'). [f. UP *adv.*² + O, o', *prep.*¹ Cf. UPON *prep.*] = UPON *prep.*, in various senses. (In later use *Sc.* and *north. dial.*)
*c* **1200** ORMIN 11959 þe deofell brohhte Jesu Crist Wippuþenn o þe temmple Upponn an sæte uppo þe rof. *c* **1230** *Hali Meid.* 37 And euer habben sar care,..& bringe on his moder sorhe up-o sorhe. *c* **1300** *Havelok* 2596 Helpes me, and yu-self baþe, And slos up-o þe dogges swiþe. *c* **1310** in Wright *Lyric P.* xlii. 114 Fayrest fode upo loft. *c* **1330** R. BRUNNE *Chron. Wace* (Rolls) 2761 Faste þey fullen opo þem alle. *c* **1400** *Destr. Troy* 7037 Þe renke vp rose.. And foght vpo fote as a freke noble. **1610** B. JONSON *Alchemist* II. ii, Thatch will lie light upo' the rafters, Lungs. **1721** RAMSAY *Ode to the Ph—* vi, If they command the storms to blaw, Then upo' sight the hailstanes thud. **1772** FERGUSSON *To R. Fergusson* xii, [To] hae a charot at the door To wait upo' me. **1773** GOLDSM. *Stoops to Conq.* 1. ii, *Landlord,* They have lost their way upo' the forest. **1808** A. SCOTT *Poems* (ed. 2) 101 Upo' the rig she shoor wi' Hab. **1865** G. MACDONALD. *c* **1310** *Forbes* xi, I never kent ony guid come o' bein' owre sair upo' bairns.

**upon** (ə'pɒn), *prep.* Forms: *a.* 3- upon (4-5, 7 up on, 6 *Sc.* uponn), 4-7 vpon (3-5 vp on, 4, 5 *Sc.* vpone, *Sc.* 5-6 wpone, 6-7 wpon), 3-7 uppon, vppon (3 Orm. upponn, 4 upp on). β. 3-6 opon (4

Case 2:06-cv-06803-MMM-SH   Document 60-8   Filed 01/18/08   Page 11 of 18

oupon, opan), 4–5 oppon. γ. 3–6, 9 *Sc.* apon (4 apan), 5 *Sc.*, 6 apone, 5–6 *Sc.* apoun, 5–7 *Sc.* appon(e, apponne. δ. 6 poun, 8–9 'pon. See also UPO'. [Early ME. *upon, uppon,* etc., f. UP *adv.*[1] and *adv.*[2] + ON *prep.*; distinct from late OE. and early ME. *uppon,* var. of OE. *uppan* UP *prep.*[1]

The compound may have partly arisen from uses of *upp on* or *uppe on* in OE. (for instances see UP *adv.*[1] and *adv.*[2]), but the date at which it appears, and the locality of the texts in which it is first prominent, suggest that it was mainly due to the influence of ON. *upp á* (MSw. *up a, op a, uppa, oppa,* etc.; Sw. *på,* Norw. and Da. *paa*), with which it agrees in laying the stress on the preposition and weakening or altogether ignoring the force of *up*. In the mod. Scand. tongues, except Icelandic and Færoese, the reduced form *på, paa,* corresponding to Eng. (colloq. or dial.) 'pon, 'po', has displaced the simple prep. *å, aa* = on.]

Originally denoting elevation as well as contact, the compound has from the earliest period of its occurrence so far lost the former implication, that is, it has been regularly employed as a simple equivalent of *on,* in all the varieties of meaning which that preposition has developed. The use of the one form or the other has been for the most part a matter of individual choice (on grounds of rhythm, emphasis, etc.) or of simple accident, although in certain contexts and phrases there may be a general tendency to prefer the one to the other. For ease of comparison, the following arrangement of the senses corresponds as closely as possible with that of ON. (See also HERE-, THERE-, WHERE-UPON.)

**I.** Of local position outside of, but in contact with or close to, a surface.

**1.** Above and in contact with; in an elevated position on; at rest on the upper surface of; on and supported by; = ON *prep.* 1.

In a few instances in late MSS. (e.g. Hatton Gosp. *Matt.* v. 14) OE. *up on* can be taken in this sense, but appears to be merely a scribal variant or alteration of *uppon* for *uppan* UP *prep.*[1]

*c* 1250 *Gen. & Ex.* 2867 Đat..hise folc..ben ðor ȝare, In ðe deserd an stede up-on, His leue sacrifise to don. *a* 1272 *Luue Ron* 121 in *O.E. Misc.* 97 Hit stont vppon a treowe mote. *c* 1290 *St. Brendan* 368 in *S. Eng. Leg.* I. 229 At ester eue heore procuratour bad heom..heore resurrection upon þe fisches rugge make. *Ibid.* 577 Þe ston þat ich op-on sitte. 13.. *E.E. Allit. P. A.* 1054 The hyȝe trone.. þe hyȝe godez self hit set vpone. *c* 1386 CHAUCER *Miller's T.* 637 Til he cam to þe selle Vpon þe flore. *c* 1440 *Pallad. on Husb.* 1. 199 Vynys that vppon the hillis stonde. *c* 1489 CAXTON *Sonnes of Aymon* xxii. 486 Reynawde..was vppon the hyghe gate of Ardeyn. 1508 DUNBAR *Gold. Targe* 20 The birdis sang vpon the tender croppis. *c* 1560 A. SCOTT *Poems* i. 4 Welcum, oure rubent roiss vpoun þe ryce. 1606 SHAKS. *Ant. & Cl.* IV. xiv. 4 A forked Mountaine, or blew Promontorie With Trees vpon't. *a* 1648 DIGBY *Chym. Secr.* II. (1682) 215 Take it upon the point of a knife. 1732 BERKELEY *Alciphr.* IV. §8 The castle upon yonder hill. 1749 FIELDING *Tom Jones* XIV. ii, She's here, Mrs. Honour is upon the stairs. 1816 J. WILSON *City of Plague* I. i. 191 Wilt thou rest, old man, Upon this traveller's seat? 1825 J. NICHOLSON *Operat. Mechanic* 383 A pair of rollers upon the top of the roving-can. 1903 MRS. DE LA PASTURE *Cornelius* 7 A Crown Derby service was spread forth upon a round table.

**b.** Said with reference to an expanse, as of land, sea, etc.; = ON *prep.* 1 b. (Freq. from *c* 1650.)

*upon a* (†*tha*) *level* (*with*): see LEVEL *sb.* 2, 3.

*c* 1250 *Gen. & Ex.* 3273 And moyses stod up-on ðe sond. *c* 1300 *Havelok* 735 Þer sat is ship up-on þe sond. 1340–70 *Alex. & Dind.* 39 Neuere werrede we wiþ wiȝth up-on erþe. *Ibid.* 739 Of swiche bestus..þei han miht vp-on molde. 1362 LANGL. *P. Pl.* A. IX. 56 Vpen a Lynde, vppon a launde leonede I a stounde. 1390 GOWER *Conf.* I. 53 He syh upon the grene gras The faire freisshe floures springe. *c* 1420 *Chron. Vilod.* 2393 Þis blessud virgyn..Twolfeȝere..in hurr tombe lay, As saffe, as hole as he vpon vrthe ȝede. *c* 1470 *Gol. & Gaw.* 312 Thai plantit doun ane pailȝeoun, vpone ane plane lee. 1526 TINDALE *Mark* vi. 48 When they sawe him walkinge apon the see. 1535 FISHER *Wks.* (1876) 305 He must treade vppon the fallowes. 1568 *Durham Wills* (Surtees) III. 44 Corne..in the barne 58l., Upon the earth at 20l. 1609 BIBLE (Douay) *Ezek.* xvi. 5 Thou wast throwen forth vpon the face of the earth. 1650 HOWELL *Giraffi's Rev. Naples* I. 15 Benches, Forms,.. were burnt all to ashes upon the streets. 1662 J. DAVIES tr. *Olearius' Voy. Ambass.* 203 Wood and Lodging..are very scarce upon that Road. 1711 ADDISON *Spect.* No. 42 ¶3 Two or three Shifters of Scenes ..make up a complete Body of Guards upon the English Stage. 1812 BYRON *Ch. Har.* I. xiii. 75 Now I'm in the world alone, Upon the wide, wide sea. 1828 LYTTON *Pelham* III. xix, I have no time..to speak of the earlier part of my life. I passed it upon the race-course. 1871 HAWEIS *Music & Morals* (1874) 7 The Painter's art lies upon the surface of the world.

**c.** Denoting the part of the body on which one is supported; = ON *prep.* 1 c.

See also FOOT *sb.* 27, KNEE *sb.* 3 a, TIPTOE *sb.* 1.

1390 GOWER *Conf.* I. 286 Sche began merci to crie Upon hire bare knes. *c* 1440 *Generydes* 44 Vppe vppon his fete he was a non. 1481 CAXTON *Reynard* (Arb.) 18 He satte vpon his hammes. 1601 SHAKS. *Jul. C.* II. i. 270 Vpon my knees, I charme you,..By all your vowes of Loue. 1661 EARL ORRERY *St. Lett.* (1742) 40 We are now upon our last legs. 1692 tr. *C'tess D'Aunoy's Trav.* 157 Three or four Pages.. serve me upon my Knee. 1712 STEELE *Spect.* No. 460 ¶7 Gallantry strutting upon his Tiptoes. 1784 COWPER *Task* IV. 546 Her tott'ring form Ill propp'd upon French heels. 1800 WORDSW. *Hart-Leap Well* I. xi, Upon his side the Hart was lying stretched. 1843 MACAULAY *Horatius* lxvi, Horatius in his harness, Halting upon one knee.

**d.** Indicating a means of locomotion or conveyance; = ON *prep.* 1 d.

*a* 1300 *Cursor M.* 894 For þou sal slid apon þi brest. *c* 1300 *Havelok* 2041 Yf he mouhte..gangen wel up-on hise fet. 13.. *E.E. Allit. P.* B. 88 Swyerez þat swyftly swyed on blonkez, & also fele vpon fote. 1393 LANGL. *P. Pl.* C. VII. 43 Strengest vp-on stede, and styuest vnder gurdell. *c* 1400 MAUNDEV. (Roxb.) i. 4 It es made sittand apon a hors. *c* 1475 *Rauf Coilȝear* 794 Vpon ane rude Runsy he ruschit out of toun. 1590 SPENSER *F.Q.* I. i. 4 She..heauie sat vpon her palfrey slow. 1648 HEXHAM II, *Een Rijdt-bane,* a Sliding place..to slide upon Schates. 1660 F. BROOKE tr. *Le Blanc's Trav.* 350 The great King, whom they carry upon a *Sindela* of cotton. 1719 DE FOE *Crusoe* II. (Globe) 345 We went on Shore upon the Tide of Flood, near high Water. 1803 SOUTHEY *Queen Orraca* IV. vii, Upon her palfrey she is set, And forward then they go. 1821 SCOTT *Pirate* xxx, She saw him flee forth of the window..upon a dragon. 1853 KANE *Grinnell Exp.* xxxii. (1856) 282, I mounted the upheaving ice, and rode upon the fragments.

**e.** Denoting that on which the hand is placed in taking the oath, or the basis of an oath, etc.; = ON *prep.* 1 f.

See also CONSCIENCE 9, EVANGEL[1] 3, EVANGELY 3, FAITH *sb.* 8, HONOUR *sb.* 9 b, LIFE *sb.* 3 c, REP[1], SOUL *sb.* 10 c, WORD *sb.*

*c* 1290 *Beket* 585 in *S. Eng. Leg.* I. 123 Þat he ne scholde nouȝt swerie op-on þe boke. *c* 1330 R. BRUNNE *Chron. Wace* (Rolls) 10468 He swor hym vpon þe bok, To holde of hym his heritage. 1398 TREVISA *Barth. De P.R.* XV. cxxxvi. (Bodl. MS.), Hoote welles þat.. blindeþ þeues ȝif he swereþ vpon þe water and toucheþ heere ȝȝen þerewiþ. *c* 1400 *Destr. Troy* 642 Yow swyftly shall sweire vppon swete goddes, This couenaunt to kepe. *a* 1460 in *Hist. Coll. Lond. Cit.* (Camden) 119 The for sayde captaynys have sworne a-pon hyr honowre that..they shalle not makyn [etc.]. 1493 *Litt. Red Bk. Bristol* (1900) II. 134 This ys trew apon owre consciens. 1610 SHAKS. *Temp.* II. ii. 130 I'le sweare vpon that Bottle, to be thy true subiect. 1645 *Docq. Lett. Pat. at Oxf.* (1837) 268 Administering of Oathes vpon the Holy Evangelistes. 1710 ADDISON *Tatler* No. 253 ¶1 The Assistants.. were all sworn upon their Honour. 1722 DE FOE *Col. Jack* (1840) 67 He would come back..and untie him, upon his word. 1776 *Trial Nundocomar* 52/1 You have sworn me upon the waters of the Ganges: how can I tell more than I remember? 1831 JAMES *Phil. Augustus* II. I, I declare that..he himself [is] worthy of death, upon my honour! 1848 DICKENS *Dombey* xxxix, Upon my word and honour,..it would be a charity.

†**f.** Above, more than. *Obs.* Cf. UP *prep.*[1] 8.

13.. *Guy Warw.* (A.) 359 Opon al oþer y loue þe. *c* 1430 *Syr Gener.* (Roxb.) 969 Son, vpon al thing Doo aftre Nathanaels teching.

†**g.** *fig.* Over (a person, etc.), in respect of rule, authority, or supervision. *Obs.*

See also REIGN *v.* 1, RULE *v.* 5 b, RULER 1 (quot. 1382). *c* 1380 WYCLIF *Wks.* (1880) 383 þe kyngis of heþen han lordeschip vpon hem. *c* 1400 MAUNDEV. (Roxb.) iii. 10 þi powere es grete apon þi subgets. 1422 YONG tr. *Secreta Secret.* 162 Oure Lord god enoyntyd Saule Kynge vppon Israell. 1477 EARL RIVERS (Caxton) *Dictes* 69 He aught to haue lawde That..hath lordship vpon his ennemyes. 1534 WHITINTON *Tullyes Offices* I. (1540) 11 A man that wolde be chefe ruler vpon the commentye.

**h.** Taking part in, forming a member of (an inquest, jury, etc.). Cf. ON *prep.* 1 g.

1516 *Reg. Privy Seal Scot.* I. 422/2 Thai.. being apone the inqueist..in the schiref court. 1609 [see SIT *v.* 28]. 1643 *Docq. Lett. Pat. at Oxf.* (1837) 5 Consociating himselfe with his neighboring Justices in sitting upon an illegal Commission. 1676 *Office Clerk of Assize* a vj, Persons..to serve in or upon the Grand Jury. 1729 JACOB *Law Dict.* s.v. *Jury,* Clergymen, Apothecaries, &c. are exempted by Law from serving upon Juries. 1769 [see JURY *sb.* 2 b].

**i.** Hence in many phrases, originally denoting physical location, of which the sense has become more or less figurative; = ON *prep.* 1 h. See esp. ANVIL *sb.* 2 b, CARPET *sb.* 1 b, HAND *sb.* 32, HIGH *a.* 17 h, 18, LEVEL *sb.* 4, PAR *sb.* 1, SPOT *sb.*[1] 9, TABLE *sb.* 5 b.

**2.** Denoting contact with or location on a surface, etc., whatever its position; = ON *prep.* 2.

(*a*) *c* 1200 ORMIN *Ded.* 69 þatt upporin all þiss boc ne be Nan word ȝæn Cristess lare. *a* 1300 *Cursor M.* 23215 Painted þai..þat apon a wagh war wroght. 1382 WYCLIF *Exod.* xxxiv. 1 Y shal write vpon hem [*sc.* stone tables] the wordes that hadden the tablis. 1535 COVERDALE *Hab.* ii. 2 Wryte the vision planely vpon thy tables. 1552 in J. O. Payne *St. Paul's Cathedral* (1893) 22 A greate clothe of redd silke.. with lions of golde upon it. 1566, 1596 [see INSCULP *v.*]. 1596– [see RECORD *sb.* 1]. 1605 SHAKS. *Macb.* v. i. 7, I haue seene her..take foorth paper,.. write vpon't, read it. *Ibid.* viii. 26 As our rarer Monsters are Painted vpon a pole. 1729 T. INNES *Crit. Essay* (1879) 74 His name is writ, written with his own hand. 1766 [see ENGRAVE *v.* 3a]. 1776 *Trial Nundocomar* 97/2 Did you see upon the face of the bond anything to make you suspect it? 1801 *Farmer's Mag.* Apr. 203 Which is very practicable upon paper. 1888 'J. S. WINTER' *Bootle's Childr.* v, A gold bangle with 'Mignon' upon it..in raised letters.

(*b*) *a* 1225 *Leg. Kath.* 1187 þe treo þer he deide upon. *c* 1290 *S. Eng. Leg.* I. 43/300 þis ȝounguer Man sixe and þritti dawes heng up-on þe galu-treo. 1377 LANGL. *P. Pl.* B. I. 154 Was neuere leef vpon lynde liȝter þer-after. 14.. LYDG. *Min. Poems* (1911) 252 As he [*sc.* Christ] hangeth vp-on the roode tre. 1536 *Exhort. to North* in Furnivall *Ballads fr. MSS.* I. 307 The gallous apone, prepared for mardoche, hanged he was. 1596 DALRYMPLE tr. *Leslie's Hist. Scot.* II. 121 Lat him end his lyf vpon ane fork. 1605 SHAKS. *Macb.* V. V. 39 Vpon the next Tree shall thou hang. 1867 SMYTH *Sailor's Word-bk.* 411 A sail set upon the flying jib-boom. 1899 *Shetland News* 16 Dec. (E.D.D. s.v. *Hing*), I took aff me kjaep, an' hang her upon dis.

(*c*) *c* 1386 CHAUCER *Prol.* 111 Vp on his arm he baar a gay bracer. *c* 1450 *St. Cuthbert* (Surtees) 813 With broches and golde opon hir arme. 1494 *Act* 11 *Hen. VII,* c. 23 The little Bone þat sitteth upon the great Fin. 1523 FITZHERB. *Husb.* §21 A wedynge-hoke with a socket set vpon a lyttel staffe. 1547 in Feuillerat *Revels Edw. VI* (1914) 10 Th'under sleves of..Satten cut vpon Red Sarcenett. 1655 STANLEY *Hist. Philos.* II. 7 By reflection of the Sunns beams upon a thick cloud, which, not able to pierce it, are refracted upon it. 1774 J. BRYANT *Mythol.* II. 231 Upon the head of the woman is a veil. 1824 T. G. CUMMING *Rail & Tram Roads* 24 Several branches were made.. with the flaunche upon the wheel, and not upon the rail. 1847 MARRYAT *Childr. N. Forest* xix, Those clothes would not look so well upon Oswald. 1889 DOYLE *Micah Clarke* 318 Monmouth must fight now, if he ever hopes to feel the gold rim upon his temples.

**b.** Used of immaterial relationships, or in figurative expressions.

*to (be)get..upon* (a woman): see BEGET *v.* 2 b, GET *v.* 26.

*a* 1400 *Minor Poems fr. Vernon MS.* xlii. 8 His eȝe is euere þe vppon. 1423 JAS. I *King's Q.* ii, I..toke a boke to rede apon a quhile. *c* 1450 *Mirk's Festial* I. 6 Vnsley old man, goo hepen! for I se apon þe mony meruayles. 1548–9 (Mar.) *Bk. Com. Prayer* Pref., All thynges must be read vpon the boke. 1591 SHAKS. *Two Gent.* I. i. 20 Vpon some booke I loue, I'le pray for thee. 1662 STILLINGFL. *Orig. Sacræ* II. iii. §4 That what is spoken hath the impress of Divine authority upon it. *Ibid.* v. §2 They have a clear and distinct perception of God upon their own minds. 1719 DE FOE *Crusoe* II. (Globe) 498 The Horror which was upon our Minds. 1753–4 RICHARDSON *Grandison* I. xii. 66 Every one's eyes were upon me. 1806 J. BERESFORD *Miseries Hum. Life* (ed. 4) VI. 97 Here am I..with a sort of traveller's lumbago upon me. 1832 L. HUNT *Gentle Armour* I. 142 The page returns with doubt upon his eyes. 1848 BAILEY *Festus* (ed. 3) 230 There was a tale Upon thy tongue he interrupted. 1877 SPURGEON *Serm.* XXIII. 669 It is absurd upon its very face.

**c.** By means of; with. Now *dial.*

*c* 1440 *York Myst.* xix. 212 Þe knyght vppon his knyffe Hath slayne my sone. 1590 SHAKS. *Mids. N.* II. i. 244 To die vpon the hand I loue so well. 1742 *Phil. Trans.* XLII. 266 The Perfection of Smelling in the Inhabitants of the Antibes, who can run a Man upon the Nose like an Hound. 1751 LABELYE *Westm. Bridge* 71 Explaining before them, upon a working Model, the Method I proposed. 1790 BOSWELL *Lett.* (1924) 388, I intended to have printed it upon what is called an English letter. 1865 R. HUNT *Pop. Rom. West Eng.* I. 105 Which eye can you see me upon?

**d.** Used in reference to an axis, pivot, or base; = ON *prep.* 1 e. (Cf. RAISE *v.* 8 b, TURN *v.* 3.)

1570 BILLINGSLEY *Euclid* I. i. 8 A triangle..set or described vpon a line. 1593 FALE *Dialling* 14 Upon E make a halfe circle from H by G. 1679 MOXON *Math. Dict.* s.v. *Circle,* The Circle..is described upon the Centre A. 1728 CHAMBERS *Cycl.* s.v. *Triangle,* A Triangle is equal to a Parallelogram upon the same Base, but half the Altitude. 1796 *Instr. & Reg. Cavalry* (1813) 149 Each describing the portion of a circle upon (P) as a center. 1830 TENNYSON *Mariana* vi, The doors upon their hinges creak'd. 1832 *Prop. Reg. Instr. Cavalry* III. 47 Two contiguous points given as a Base, upon which a body of troops is to march or form. 1877 HUXLEY *Anat. Inv. Anim.* vi. 309 The next four somites..cease to be moveable upon one another.

**3. a.** On the bank of (a river or lake); on the shore of (the sea); on the borders of (a territory, etc.); close by, near to; bordering upon; beside or by; = ON *prep.* 3.

13.. *K. Alis.* 4090 (Laud MS.), A Castel he had vpon þe ryue. 1387 TREVISA *Hidgen* V. 329 He fauȝt..aȝenst þe Saxons..uppon þe ryver Gleny. *c* 1425 *Eng. Conq. Irel.* 142 The tounes vp-on the see. 1474 *Rental Bk. Cupar-Angus* (1879) I. 197 To mak a myl.. othir vpoun the gret watter or vpoun the burn. 1526 *Reg. Privy Seal Scot.* I. 514/1 Theifis and tratouris dueliand apoun Levin. 1585 T. WASHINGTON tr. *Nicholay's Voy.* I. viii. 7 b, Alger..is situated vpon the Mediterane Sea. 1601 R. JOHNSON *Kingd. & Commw.* 192 Siras seated vpon the riuer Bindimire. 1662 STILLINGFL. *Orig. Sacræ* III. iv. §13 The greatest part of the Countries lying upon the Ocean and Mediterranean. 1720 DE FOE *Capt. Singleton* xiii. (1840) 226 A tract of land..seated upon some navigable river. 1747 *Col. Rec. Pennsylv.* V. 87 Upon the heads of Joniady River. 1859 TENNYSON *Marriage of Geraint* 145 Arthur..Held court at old Caerleon upon Usk.

†**b.** About; near; close on (a specified number, etc.). *Obs.*

In later use only with CLOSE *adv.* 1 d, NEAR *adv.*[1] 5 c, NIGH *adv.* 12 c.

1451 CAPGRAVE *Life St. Gilbert* 68 He left at his deth swech persones dedicate to God vp-on too þousand too hundred. 1477 CAXTON *Jason* 74 He cessed not to.. rowe til he cam nyghe the Ile vpon a bowe shotte. 1478 J. PASTON in *P. Lett.* III. 219 A steppe modyr of hyrs, whyche is upon l. yer of age. 1482 *Cely Papers* (Camden) 102 Ther wylbe in aull with blottes apon xxvij or xxviij sarplers wholl. 1534 TINDALE *Luke* viii. 42 He had but a doughter only, apon a twelve yere of age. *a* 1548 HALL *Chron., Hen. VIII,* 32 b, He had askryed a nomber of horsemen.. vppon the poynct of syx thousand. 1600 HOLLAND *Livy* xxv. 72 There were upon two thousand & five hundred taken alive. 1660 *Nicholas Papers* (Camden) IV. 226 To pay mee my allowance..as it was regulated upon three years since.

**4.** Denoting collateral position; esp. with *side, hand,* †*half; beam* (of a ship), *point* (of the compass); *north, south,* etc.; *right, left;* = ON *prep.* 4.

See also BORDER *v.* 5, TOUCH *v.* 14, VERGE *v.*[1] 5.

(*a*) *c* 1330 R. BRUNNE *Chron. Wace* (Rolls) 7929 Southsex ..& Middelsex.. marchen vpon Kent. *c* 1400 MAUNDEV. (Roxb.) vi. 22 Mesopotamy also marchez apon þe desertes of Araby. 1568 GRAFTON *Chron.* II. 354 For we [Scots] are so lodged upon England, that we may..enter which way we lust. 1586– [see NEIGHBOUR *v.* 1, 2]. 1596 DALRYMPLE tr. *Leslie's Hist. Scot.* (S.T.S.) I. 31 Wpon the coste of the Lenox lyes Argyle. 1624 HEYWOOD *Gunaik.* II. 92 That part.. which butted vpon the west. 1681 DRYDEN *Span. Friar* I. i, Upon the skirts Of Arragon our squandered troops he rallies. 1786 W. THOMSON *Watson's Philip III* (1839) 311 An island bordering upon Istria. 1842 R. I. WILBERFORCE *Rutilius & Lucius* 106 Behind they abutted upon the grounds of Milo. 1873 T. W. HIGGINSON *Oldport Days* v. 115 The house was close upon the water.

(*b*) 13.. *Gaw. & Gr. Knt.* 2069 Þe brode ȝatez [were] Vnbarred, & born open, vpon boþe halue. 1375 BARBOUR

**Bruce** XI. 175 Schir Gylys de Argente he set Vpon ane half, his renȝe to get. *?a* **1400** *Morte Arth.* 3795 We are with Sarazenes be-sett appone sere halfes! *c* **1475** Rauf Coilȝear 291 I se the Firmament fist vpon ather syde. **1565** GOLDING *Ovid's Met.* I. 1 b, Twoo Zones do cut the Heauen vpon the righter syde. **1577** B. GOOGE *Heresbach's Husb.* II. (1586) 71 b, A rich grounde, leuell, and lying vpon the Sunne. **1644** in *Eng. Hist. Rev.* Apr. (1913) 341 My Lord Ambassador beinge plac'd..upon his left hand about three Seates distante from him. **1669** STURMY *Mariner's Mag.* I. ii. 4 Upon what Point of the Compass the Object beareth from you. **1739** LABELYE *Piers Westm. Bridge* 5 When the Wind is upon any Point of the Compass between the South and the West. **1791** SMEATON *Edystone L.* §76 A vessel steering to Foy will have the wind upon her beam. **1823** F. CLISSOLD *Ascent Mt. Blanc* 11 [It] shelved down, upon our right, in one plane of smooth rock.
*transf.* **1656** CROMWELL *Sp.* in Burton *Diary* (1828) I. p. clxix, It was never so upon the thriving hand. **1718** WODROW *Corr.* (1843) II. 362 May the kindgom of our Lord be upon the growing hand. **1852** BAILEY *Festus* (ed. 5) 252 To you, dear ass, upon the sire's side, To you, sir steed, I'm on the dam's allied.

**b.** *transf.* Indicating the side, part, cause, etc., espoused or supported by the agent.
*c* **1430** *Chev. Assigne* 219 'Go we forthe, fader,' quod þe childe, 'vpon goddes halfe!' **1445** in *Anglia* XXVIII. 256 [They] seyen the duke of yorke hath god vpon his side. **1595** SHAKS. *John* I. i. 34 Till she had kindled France and all the world, Vpon the right and party of her sonne. **1611** B. JONSON *Catiline* V. M 2, The least man, that falles vpon our party This day.., Shall walke at pleasure, in the tents of rest. **1821** SHELLEY *Hellas* 440 Famine, and Pestilence, And Panic, shall wage war upon our side!

**c.** Engaged in assailing, or about to attack.
**1568** GRAFTON *Chron.* II. 291 The French men were so mingled among their enemies, that some time there was fiue men vpon one Gentleman. *c* **1670** WOOD *Life* (O.H.S.) I. 114 Captain Walter had six rebells upon him, and..fought it out so..gallantly that [etc.]. **1701** W. WOTTON *Hist. Rome* 269 The Senate heard that Severus was just upon them. **1719** DE FOE *Crusoe* I. (Globe) 270 He saw five Men upon him. **1721** —— *Mem. Cavalier* (1840) 211 We are all undone, the roundheads are upon us. **1860** *All Year Round* No. 66. 384 Certain manœuvres, which had just time to result... when the squall was upon us. **1885** *Manch. Exam.* 10 June 4/7 The crisis..is upon us at last.

†**d.** Having a tendency to be; verging towards; bordering on. Freq. with *little*. *Obs.*
Cf. *to run upon* s.v. RUN v. 70 b.
**1707** LD. HERBERT in Hearne *Collect.* (O.H.S.) II. 43 He is..a little upon ye dirty as all ye Poles are. **1716** in *London Gaz.* No. 5438/4 Lost..., a large Brilliant.., a little upon the Blue. **1738** SWIFT *Pol. Conversat.* 180, I think he's a little upon the silly, or so. **1740** tr. *De Mouhy's Fort. Country Maid* (1741) I. 35 A Countenance much upon the Wheedler and the Devotee.

**5.** Within the bounds or limits of; in; = ON prep. 5. (Cf. UPO' prep., quot. 1773.)
**13..** *Sir Beues* (A.) 4180 [He] karf..Doun riȝt þe viser wip is swerd And half þe her vpon is hed. **1605** SHAKS. *Lear* IV. vi. 256 Seeke him out vpon the English party. **1639** LAUD *Wks.* (1853) V. 364, I find by the bishop's certificate, that he hath constantly resided upon his episcopal houses. **1765** *Museum Rust.* IV. 449 His country seat, possessed and lived upon by his ancestors for several generations. **1824** SCOTT *St. Ronan's* xxii, Miss Clara..just sitting upon the inside of a door [= in a draught].

†**b.** Denoting ratio between two numbers, etc.; = PER prep. III. 2, IN prep. 4. *Obs. rare.*
**1622** MALYNES *Anc. Law-Merch.* 195 In regarde of lecage of tenne or fifteene vpon the hundreth. **1739** LABELYE *Piers Westm. Bridge* 76 The Ascent..not being above one Foot perpendicular upon 20 Feet slope. *Ibid.* 78.

**6.** Denoting the day of an occurrence, regarded as a unit of time. Freq. also with *night*, *morn*, *morrow*, *eve*(*n*, *time*, †*tide*, †*hour*, *occasion*, etc. = ON prep. 6.
*once upon a time*: see ONCE *adv.* 4.
*a* **1300** *Cursor M.* 19810 Apon a dai þe tid o non An angel com. **1338** R. BRUNNE *Chron.* (1810) 37 Unto Kyngeston..Com S. Dunstan, opon a Sonenday. **1390** GOWER *Conf.* I. 3 Now upon this tyde Men se the world.. so diversed, That [etc.]. *?a* **1400** *Arthur* 539 And sone after vpon an owr He hurde of Mordred. **1424** *Stonor Papers* (Camden) I. 36 Writen at Sarum apon þe seynt Michell euen. *a* **1470** *Ibid.* 111 My wyf and y welbe with you uppon Ester. **1535** COVERDALE *Job* I. 6 Now vpon a tyme..the seruauntes of God came and stode before the Lorde. **1551** ROBINSON tr. *More's Utopia* (1895) 15 Vpon a tyme, when tidynges came [etc.]. **1631** WEEVER *Anc. Funeral Mon.* 471 Once euery yeare vpon the same day of his Anniuerse. **1663** *Extr. St. Papers Friends Ser.* II. (1911) 183 [They] were all brought before the mayor on the 28th of December. **1672** T. GODDEN *Cath. No Idolators* 35 Would an Impartial Reader (to use Dr. Taylor's expression upon another occasion) say [etc.]? **1711** ADDISON *Spect.* No. 164 P 4 Upon the Day on which..their Marriage was to have been solemnized. **1771** MRS. GRIFFITH *Hist. Lady Barton* III. 285, I wrote upon the instant, but..cannot recollect what I said. *a* **1821** KEATS *Eve St. Mark* 1 Upon a Sabbath-day it fell. **1868** TENNYSON *Lucretius* 24 He..woke upon a morn That mock'd him.

†**b.** In, at, or during (any period of time); in the course of; = ON *prep.* 6 b. *Obs.*
(a) **1390** GOWER *Conf.* I. 314 [He] made upon the derke nyht..Gret fyr. *c* **1400** *Destr. Troy* 8684 Wyth myche dole vppon dayes & on derke nightes, Sum walt into wodenes. **1427-9** *Rolls of Parlt.* IV. 364 To make a Toure to be upon day light a redy Bekyn. **1529** in Leadam *Star Chamb. Cases* (Selden) II. 34 Thomas..directed..the hole recordys.. vppon a yere past or more to vs..to examen the same. **1585** T. WASHINGTON tr. *Nicholay's Voy.* I. xix, Vpon the euening the fire..got into their pouder. **1603** SHAKS. *Meas. for M.* IV. i. 35 Vpon the Heauy midle of the night. **1661** *Act 13 Chas. II,* c. 9 §27 No man in or belonging to the Fleet shall sleep upon his Watch. **1673** in Picton *L'pool Munic. Rec.* (1883) I. 247 Offences committed by them the same day upon the said election. [**1820** KEATS *St. Agnes* vi, Upon the honey'd middle of the night.]
(b) **1591** UNTON *Corr.* (Roxb.) 103 Upon nowe advertisement is come from the Kinge. **1638** LD. DIGBY *Lett. Conc. Relig.* (1651) 19 To tell you what upon the present..occurreth to me.

†**c.** Within the space of (a specified period of time); = ON *prep.* 6 c. *Obs.*
*c* **1375** *Cursor M.* 510 (Fairf.), Be iournays qua ga hit may, fourty myle a-pon a day. *c* **1386** CHAUCER *Prol.* 704 Vp on a day he gat hym moore moneye Than þat the person gat in Monthes tweye. **1457-8** in *Acta Dom. Conc.* II. Introd. 15 He sall warne thame to pass to the kings chapell..apone xl dais. **1429** *Rolls of Parlt.* V. 369/2 A commaundement..to be redy to come..upon a day warnyng. *?a* **1585** MONTGOMERIE *Misc. Poems* vii. 35 Rome wes not biggit all vpon ane day. **1674** *Reg. Privy Council Scot. Ser.* III. IV. 299 [The lords] ordaines letters of horning upon 48 houres to be direct for that effect.

**d.** At the point of; close on, touching on; = ON *prep.* 6 d.
Usu. with vbl. sb. or gerundive: see group (a). *upon the point of*: see POINT *sb.*[1] D. 5.
(a) **1426** AUDELAY *Poems* 6 Have mynd apon ȝoure endyng the pays of helle. **1491** *Acta Dom. Conc.* (1839) 205/1, I am apone my saling and may nocht lang tary. **1530** PALSGR. 423/1, I am upon my lieng downe, as a woman that is nere her tyme. **1604** DEKKER *Honest Wh.* xii, *Wife.* Comes the Duke this way? *Pio.* Hee's upon comming, mistris. **1611** COTGR., *Emmati*, ..faded, vpon withering. **1669-70** MARVELL *Corr.* Wks. (Grosart) II. 310, I intended more, but the post also is upon going. **1707** HEARNE *Collect.* (O.H.S.) II. 10 The King of Prussia is upon sending to..Library all the..medals. *a* **1774** GOLDSM. *Hist. Greece* I. 247 The truce..was just upon expiring. **1842** C. WHITEHEAD *R. Savage* I. i, I was just upon commending them to a lower place.
*ellipt.* **1899** *Daily News* 12 Sept. 4/7 The new..recreation garden..is just upon finished.
(b) **1585** T. WASHINGTON tr. *Nicholay's Voy.* I. xix. 22 As wee were vpon our departure. **1626** BRETON *Fantasticks* D 3 b, Few that are merry, but..wenches that are vpon the mariage. **1632** MASSINGER *Maid of Hon.* v. i, Signor Adorni is return'd! now upon entrance! **1666** MARVELL *Corr.* Wks. (Grosart) II. 197 The Smyrna fleet..is upon returne. *c* **1680-** [see *do sb.*[1] 8 d]. **1722** POPE *Lett.* (1735) I. 274 I'm told you are all upon Removal very speedily. **1775** S. J. PRATT *Liberal Opin.* cxxxiii. (1783) IV. 206 Our old rector will make a subject by and by;..he's certainly upon the go [= dying]. **1797** MRS. M. ROBINSON *Walsingham* IV. 318 The good fellow is upon the go; his life is not worth six weeks' purchase. **1820** BYRON *Mar. Fal.* iv. ii. 66 *Doge.* How goes the night? *Ber. F.* Almost upon the dawn.

†**e.** By or for (a specified time). *Obs.*
**1510** *Brasenose Coll. Doc.* (MS.) A[3] 43 To make me a Dublett and a Jacket upon Crystmasse next comyng.

†**f.** For the extent or period of. *Obs.*
Cf. *upon a stretch* s.v. STRETCH *sb.* 6 a.
*a* **1548** HALL *Chron.*, *Hen. VII*, 49 b, Which sickenes contynued vpon fyue monethes.

**7. a.** On the occasion of; = ON *prep.* 7.
In freq. use *c* 1670-*c* 1825. Group (b) illustrates obs. usages.
See also OCCASION *sb.* 10 b, SIGHT *sb.* 4 b, 6 b, SUDDEN *sb.* 1 b, SUDDENTY 1 b, VIEW *sb.* 16.
(a) *c* **1440** CAPGRAVE *Life St. Kath.* I. 981 Vp-on this hir letter hath she sent. **1492** HEN. VII in G. Griffiths *Hist. Tong* (ed. 2) 224 To thentent that uppon convercacion we may shewe unto you our minde. **1515** in Leadam *Star Chamber Cases* (Selden) II. 79 The saide artificers seyne that by the grauntis made uppon their first corporacion it appereth that [etc.]. **1566** DRANT *Horace*, *Sat.* I. iii. B v, His maister hangs him straighte upponte. **1596** BACON *Use Com. Law* (1635) 2 If one kill another vpon a suddaine quarrell. **1662** CULPEPER in *Extr. St. Papers Friends Ser.* II. (1911) 152 *note*, I haue some Quakers..in prison which I doe intend to let goe upon taking the Oath. **1698** FRYER *Acc. E. India & P.* 74 The Banyans repairing to the Suburbs upon Tattoo. **1705** COLLIER *Ess. Mor. Subj.* III. *Pain* 13 Was ever..any Fencer, worth the naming, heard to groan upon a Hit? **1712** ADDISON *Spect.* No. 369 P 17 They..were cast into Hell upon their Disobedience. **1774** GOLDSM. *Nat. Hist.* (1776) II. 309 Upon comparing the various animals..with each other, we shall find [etc.]. **1817** MILL *Brit. India* II. 450 They retired upon the brisk advancement of the grenadiers. **1841** LANE *Arab. Nts.* I. 101 Upon which they raised their heads, and answered as before. **1890** LD. ESHER in *Law Times' Rep.* LXIII. 734/1 [He] shall be released from that obligation upon the Director undertaking the case.
(b) **1510** *Reg. Privy Seal Scot.* I. 307/1 The slauchter..committit be him apoun subdante. **1577** HOLINSHED *Chron.* I. 35/1 Cesar..writeth that immediatly vpon knowledge had ..he woulde inuade Brytaine. **1646** SIR T. BROWNE *Pseud. Ep.* 269 The Silly-how, that sometimes is found about the heads of children upon their birth. **1707** HEARNE *Collect.* (O.H.S.) II. 63 Ye sneaking Villains, like Worms upon a Rain, crawl'd out. **1726** SWIFT *Gulliver* II. v, Yet often, upon a pinch, I was forced to work like a common mariner. **1736** BUTLER *Anal.* I. iv, Persons may be betrayed into wrong behaviour upon surprise. **1763** JOHNSON in Boswell 25 June, He has no tenants..who will follow him to the field upon an emergency.

**b.** Immediately after; following on.
**1390** GOWER *Conf.* II. 71 Whan that he this tale herde, Hou upon that the king ansuerde With Hercules he moste feighte. **1496** *Coventry Leet Bk.* 573 And what persones þat be absent þat day vppon warnyng shall pay xij d. **1523** LD. BERNERS *Froiss.* I. cxlviii. 177 [They] conquered..townes and castels one vpon the other by force. **1562** J. HEYWOOD *Prov. & Epigr.* (1867) 43 So soone vpon supper.., Sleepe maketh yll..digestion. **1596** SHAKS. *Merch. V.* IV. i. 384, I am content..to render it, Vpon his death, vnto the Gentleman. **1614** DAY *Festivals* ix. (1615) 268 Whether the Fault were unawares, or upon advisement. **1645** BP. HALL *Rem. Discontents* 80 After he had upon ten years siege, taken the rich City. **1688** HOLME *Armoury* II. 181/2 The bite or sting of a Scorpion is present Death if..[Swine] drink upon it. **1711** G. HICKES *Two Treat. Chr. Priesth.* (ed. 3) II. 30, I have wrote..not rashly or by chance, but upon thought. **1748** ANSON *Voy.* II. xiii. 276 Immediately upon this

†**c.** As soon *as. Obs.*—[1]
**1475** *Paston Lett.* III. 128, I woll, upon as I heer from yow, come to yow in alle hast possible.

†**8.** Denoting physical arrangement, order, etc., = IN (*masses, a row*, etc.). Cf. ON *prep.* 8. *rare.*
*c* **1300** *Havelok* 892 Als he lep þe kok vn-til, He shof hem alle upon in mal. *c* **1400** *Destr. Troy* 1991 The flode..Rose vppon rockes [= in high masses] as any ranke hylles. *c* **1450** LOVELICH *Merlin* 1474 For thinges that ben past, j knowe, And thinges that ben comeng vppon a rowe. **1665** J. WEBB *Stone-Heng* 68 Nor [could] these have continued upon such a direct line, as still some of them seem to do.

**9.** In (a particular or specified manner, etc.); = ON *prep.* 9.
See also CROSS *sb.* 29, HEAD *sb.*[1] 35 d, LOFT *sb.* 2 a, SLY *sb.* 2(a), SQUARE *a.* 12 a, b.
*c* **1300** *Havelok* 468 Godard..tok þe maydnes bothe samen, Al-so it were up-on hiis gamen. **1338** R. BRUNNE *Chron.* (1810) 25 Bot þat þise lowed men vpon Inglish tellis, Right story can me not ken, þe certeynte what spellis. *a* **1400-50** *Alexander* 3300 Like to his werke, þat þis coppis opon kell-wyse knytt in þe woȝes. *c* **1400** *Destr. Troy* 7359 There only was onder of Ectors dethe, With all Soteltie to serche opon sere wise. *c* **1450** HOLLAND *Howlat* 828 The lordis leuch vpoun loft. *c* **1518** SKELTON *Magnyf.* 497 Chanons can not counterfeit but vpon thre. **1606** SHAKS. *A. Y. L.* I. i. 2 It was vpon this fashion bequeathed me by will. **1628** FELTHAM *Resolves* II. lxxxiii. 233 Though he doth forbeare to call for it, yet I beleeue, vpon the like, thou owest him. **1641** EARL MONM. tr. *Biondi's Civil Wars* III. 146 Charles de Lens..was slaine upon cold bloud.

†**b.** *upon new* = ANEW *adv.* 1. *Obs.*—[1]
**1399** GOWER *Praise of Peace* 315 Every dai it chaungeth uppon newe.

**10. a.** Occupied with; engaged in; employed on; = ON *prep.* 10 b.
For further illustration of group (b) see GUARD *sb.* 5 a, PATROL *sb.* 1, SENTRY *sb.* 3, WATCH *sb.* 6 b.
(a) **13..** *Seuyn Sages* (W.) 190 He was ever upon his bok, And to hys lore tok gret kepe. *c* **1386** CHAUCER *Frankl. T.* 197 Vp on this daunce, amonges othere men, Daunced a squier biforn Dorigen. **1478** *Acta Dom. Conc.* (1839) 19/1 þe lordis ..declarit þat þai wald nocht sit apoun na summondis quhil þe said xj day. **1612** in *10th Rep. Hist. MSS. Comm.* App. I. 608 The Electour Palatine is now at the Haghe upon his voyage into England. **1634** W. TIRWHYT tr. *Balzac's Lett.* (vol. I) 154 Those who carve in Brasse or Marble waxe old upon their workes. **1659** VANE in *Burton's Diary* (1828) III. 171 Consider what it is we are upon, a Protector in the office of Chief Magistrate. **1690** LOCKE *Govt.* I. xi. §146 When Mankind were but one People,..and were upon Building a City together. **1705** HEARNE *Collect.* (O.H.S.) I. 30 He designs to carry on the work, being now upon a III[d] volume. **1709** SWIFT *Adv. Relig.* Wks. 1755 II. 1. 100 Neither am I at present upon a wild speculative project. **1719** DE FOE *Crusoe* II. (Globe) 563 They seemed to be upon their own affairs. **1741** RICHARDSON *Pamela* I. 163 Well, Jacob, what do you stare at? Pray mind what you're upon. **1784** in B. Ward *Dawn Cath. Revival* (1909) I. iv. 81 That they may be upon the mission of *unius moris in Domino*. **1859** DICKENS *T. Two Cities* II. i, He was never absent..unless upon an errand.
(b) **1577-** [see GUARD *sb.* 5 a]. **1647-8** in *Eng. Hist. Rev.* Oct. (1917) 573 There was onely townesmen upon the guarde, and those expressed great joy to see Sir Hugh. **1678** BUTLER *Hud.* III. i. 459 He was upon pursuit, To take you somewhere hereabout. **1681** V'CTESS CAMPDEN in *12th Rep. Hist. MSS. Comm.* App. V. 56 Lady Skidmore..was at Mr. Conisby's house upon a visette. *a* **1716** SOUTH *Serm.* (1717) VI. 378 No Man would spend the Night upon the Sentry, who [etc.].

**b.** Denoting state or condition. Cf. ON *prep.* 10.
See also BEHAVIOUR 3, BY *sb.*[1] 2 b, CASE *sb.*[1] 2 b, CONTENT *sb.*[1] 2, DUTY 5 e, FRET *sb.*[2] 6, LOAN *sb.*[1] 3, LOOSE *a.* B. 1, OATH *sb.* 1, PAROLE *sb.* 1, TRIAL *sb.* 12. The uses placed under (b) are obsolete.
(a) *c* **1290** *S. Eng. Leg.* I. 272/39 Ich am a man opon mi seruiȝ, and noman serui i-nelle Bote mi louerd. *a* **1400-50** *Alexander* 42 He was wyse enoȝe wirdis to reken..of ledes opon lyfe. **1525** LD. BERNERS *Froiss.* II. lxxvii. [lxxiii.] 229 All suche..were styll in theyr owne houses vpon a redynes. *c* **1580** in *Eng. Hist. Rev.* July (1914) 517 You must kepe good wache by night and be upon your owne kepinge. **1585** T. WASHINGTON tr. *Nicholay's Voy.* I. xi. 13 b, The Caddy ..keepeth the town vpon tribute vnder the king of Alger. **1628** FELTHAM *Resolves* II. iv. 7 Their difference is neuer so much vpon the view, as then. **1657** EARL MONM. tr. *Paruta's Pol. Disc.* 35 Large Plains in Italy, wherein he might fight the Romans upon great advantage. **1683** MOXON *Mech. Exerc.*, *Printing* xiii. P 1 It must with the Chissel be split upon a good Blood-Red-Heat in that place. **1706** FARQUHAR *Recruiting Officer* I. i, A Granadeer..absent upon Furlow. **1769** GOLDSM. *Hist. Rome* (1786) II. 373 He never missep hitting..the fleetest animals, though upon full speed. **1788** CLARA REEVE *Exiles* I. 181 Poor Albert..had been upon the fret ever since I left him. **1801** tr. *Gabrielli's Myst. Husb.* II. 86 The kettle was just upon the boil. **1823** SOUTHEY *Hist. Penins. War* I. 686 The fate of the continent was upon the hazard.
(b) **1425** *Rolls of Parlt.* IV. 290 For like as Parsons.. children have deghed uncristned..and wymen opon chyld perechyd. **1535** COVERDALE *1 Chron.* xiii. 17 Yf ye come vpon disceate, and to be mine aduersaries. **1604** SHAKS. *Oth.* I. i. 100 And now in madnesse..Vpon malitious knauerie, dost thou come To start my quiet. **1707** J. STEVENS tr. *Quevedo's Com. Wks.* (1709) 45 Finding a Door upon the jar.

**a1715** BURNET *Own Time* III. xiv. (1900) II. 357 Lord Russell..was upon all the secret of his [*sc*. Rumsey's] going beyond sea. **1740** tr. *De Mouhy's Fort. Country Maid* (1741) I. 269, I had left the Door upon the Jarr.

**c.** Indicating a sphere of activity or existence. Partly with implication of locative sense: cf. 1 b.

**1487** *Cely Papers* (Camden) 159 Mony goyth now uppon the bursse at a xj⁴ iiij⁴ ob. the nobull. **1589** NASHE *Pasquil's Ret.* 1, I little thought to meete thee so suddainly upon the Exchange. **c1645** HOWELL *Lett.* (1650) I. 26 One may hear 7. or 8. sorts of toungs spoken upon their Bourses. **1709** STEELE *Tatler* No. 48 ¶4, I was curious to observe the Reception these Gentlemen met with upon Change. **1712** ── *Spect.* No. 266 ¶2 This Creature is what they call newly come upon the Town. **1763** JOHNSON in *Boswell* 25 June, A Merchant upon the 'Change of London. **1822** W. IRVING *Braceb. Hall* vii. 59 A dashing young ensign, just come upon the town. **1838** D. JERROLD *Men of Char.* II. 255 Again was John Applejohn upon the world. **1882** PEBODY *Eng. Journalism* xi. 79 He found employment upon the *Morning Post*.

**d.** With sbs. denoting activity or progress.

See also GALLOP *sb.* 1, GOG³, HUNT *sb.*² 1 b, LISTEN *sb.* 2, LONG RUN, SCRAMBLE *sb.* 1, TROT *sb.* 1 d.

**1645** SLINGSBY *Diary* (1836) 176 Our horse, upon a Gallop without once drawing up. **1662** J. WILSON *Cheats* I. i, I was out t'other Night upon the Randan. **1678** in *12th Rep. Hist. MSS. Comm.* App. V. 50 Lord Rochester hath bin att the gates of death, and so penitent that he is upon it an amendment. **1728** VANBR. & CIB. *Prov. Husb.* v. i, You will every Day see hundreds as fast upon the Gallop, as she is. **1768** GOLDSM. *Good-n. Man.* I. i, Everything upon the waste. **1801** *Farmer's Mag.* Jan. 105 Grain of all kinds continues upon the advance. **1877** SPURGEON *Serm.* XXIII. 505 The leaves are just upon the turn, and the fall of the year is close at hand.

**e.** Denoting situation with a portion of time or space.

**1632** SIR T. HAWKINS tr. *Mathieu's Unhappy Prosperitie* 76 His life was now almost wholly wasted, he is upon the last hour. **1680** R. L'ESTRANGE *20 Sel. Colloq. Erasm.* 258 Observing the Woman to Yawn and just upon her last Stretch, he put [etc.]. **1694**- [see TACK *sb.*¹ 6]. **1720** DE FOE *Capt. Singleton* xi. (1840) 187 We being then upon our starboard tack.

**11.** Indicating the basis or reason of reliance, trust, etc.

See also COUNT *v.* 9, DEPEND *v.* 5, HANG *v.* 13 b (quot. 1817), RELY *v.*¹ 5, REST *v.* 5 b, STAND *v.* 78 c, STAY *v.*² 2 b, 3 b, SUSPEND *v.* 9, TRIST *v.* 1, TRUST *v.* 1.

**c1200** ORMIN 16724 And wha se lefeþþ upponn himm, þatt mann iss all unndemedd. **a1225** *Ancr. R.* 280 Uor þet stonding is treowe trust of herdi bileaue uppon Godes strencðe. **c1250** *Prayer to Virgin* 18 in *O.E. Misc.* 196 Al min hope is uppon þe. **c1375** SHOREHAM v. 51 Four manere ioyen hy hedde here Of hyre sone so lef an dere, Wytnes opan þe godspelle. **1377** LANGL. *P. Pl.* B. I. 117 þei leueden vppon hym þat lyed in þis manere. **1382** WYCLIF *Isaiah* vii. 2 Siria restede vp on Effraym. **1509** *Reg. Privy Seal Scot.* I. 286/2 Ony proclamatioun..anent the intercommonyn and sitting apoun the Inglismenis assouerans. **1574** R. SCOT *Platform Hop Gard.* 2, I, for my part, relye not upon other mens opinions. **1765** T. WASHINGTON in *Nicholay's Voy.* I. xx. 24 [He] resolved [= relied] vppon so smal an assuraunce of the Bascha. **1604** SHAKS. *Oth.* I. iii. 295 My life vpon her faith. Honest Iago, My Desdemona must I leaue to thee. **1640** LAUD *Wks.* (1853) III. 279 His Majesty's goodness was confident upon the fidelity of his subjects. **1767** GOOCH *Treat. Wounds* I. 241 It is fallacious, and by no means to be depended upon, as a Criterion. **1796** JANE AUSTEN *Pride & Prej.* i, Depend upon it,..I will visit them all. **1823** SOUTHEY *Hist. Penins. War* I. 715 They counted upon succour from San Juan's troops. **1850** TENNYSON *In Mem.* xxxii. 7 Then one deep love doth supersede All other,..And rests upon the Life indeed.

**b.** According to; in agreement or accordance with; on the model of.

(*a*) **1390** GOWER *Conf.* II. 108, I not if that be Sompnolence, Bot upon youre conscience, Min holi fader, demeth ye. **c1400** *Sowdone Bab.* 105 Comaundinge hem vppon her legeaunce To come. **c1420** *Avow. Arth.* xxxiii, Quat is thi rawunsun opon ry3te, The sothe thou me sayn? **c1440** *Jacob's Well* 66 To make amendys, fully in trewe restitucyoun, vp-on þi powere. **1516** in *Acta Parlt. Scot.* (1875) XII. [I]..behavis him swa towart..3oure brothir..that apon Ressoune na man sall be discontentit of his gyding. **1585** T. WASHINGTON tr. *Nicholay's Voy.* I. xviii. 20 b, The king..was set at libertie, vpon an accord and alliaunce which hee made. **1664** *Extr. St. Papers Friends* III. (1912) 226, I inform'd my Lord..that vpon my certaine knowledge a greate number would meete..att such a house. **1698** FRYER *Acc. E. India & P.* 54 Nothing remaining of it but only what is taken upon Chronicle. **1702** VANBRUGH *False Friend* I. i, I find you much upon my taste in this matter. **1748** RICHARDSON *Clarissa* (1811) VII. 373 Here Mr. Belford gives the substance of it upon his memory. **1867** LOWELL *Fitz Adam's Story* 464 An honest cord [of wood] in Jethro still would fail By a good foot upon the Deacon's scale.

(*b*) **a1225** *Leg. Kath.* 994 Hwi schulde he forhohien to wurðen to þet þing þet is iwend [= formed] upon him? **1563** SHUTE *Archit.* B iv, This piller [is]..made by the Ionians vpon the Simetrie of a strong man. **1776** *Ann. Reg.* 148 A rifle gun upon a new construction. **1790** W. WRIGHTE *Grotesque Archit.* 11 The four minarets at the angles bring the plan upon a square of forty feet. **1791** SMEATON *Edystone L.* §85 Upon these ideas I drew up..the following plan. **1863** MARY HOWITT tr. *F. Bremer's Greece* I. viii. 264 The new constitution of Greece is formed very much upon that of France. **1882** PEBODY *Eng. Journalism* xxii. 172 The Society papers..are to some extent modelled upon the Reviews.

**c.** Indicating the ground, basis, occasion, or reason of an action, opinion, etc.; = ON *prep.* 11.

In very frequent use from *c* 1525. In group (*b*) with allusion to literal uses (sense 1).

(*a*) **1456** SIR G. HAYE *Law Arms* (S.T.S.) 179 A symple knycht may nocht lede a baroun..upon his sauf condyt. **a1500** in C. Trice-Allen *Chanc. Proc.* (1904) 4 Uppon untrue verydyte yoven in London ther lieth none atteynt. **1515** *Reg. Privy Seal Scot.* I. 403/2 The slaughter..committit apoun forthocht felony. **1554-5** in Feuillerat *Revels Q. Mary* (1914) 170 In a redines to serve vpon further warnynge. **1584** R. SCOT *Discov. Witchcr.* x. i. (1886) 143 Those witches that make men beleeve they can prophesie upon dreames. **1602** W. S. *Thomas Ld. Cromwell* v. iv, The great Lord Cromwell arreasted vpon treason! **1647-8** in *Eng. Hist. Rev.* Oct. (1917) 569 How..Cholmeley came first to be imployed in the Parliament service, and upon what grounds hee quitt the same. **1697** WALSH *Life V,* ¶26 in Dryden *Virgil,* He has solv'd more Phænomena of Nature upon sound Principles, than Aristotle in his Physics. **1722** DE FOE *Plague* (1754) 14 Upon these Arguments my Brother chang'd my Resolutions again. **1747** W. GOULD *Eng. Ants* Pref., Upon this Reason my Lord Bacon does not approve of the historical Method of writing in Philosophy. **1787** WHITAKER *Mary Q. Scots Vind.* I. 62 They thus condemn the Queen..upon letters unauthenticated by the producers. **1827** SCOTT *Chron. Canongate* Introd., Invernahyle obtained from the Chevalier his prisoner's freedom upon parole. **1846** *Chambers' Jrnl.* VI. 280/2 Upon the most insubstantial of pretexts. **1872** LIDDON *Elem. Relig.* i. 16 The most intellectual Gnostics were Sensualists; Sensualists upon a theory and with deliberation.

(*b*) **a1400-** [see FOUND *v.*² 4]. **1565** SIR R. MAITLAND in *Maitland Folio MS.* 23 Grund all thy doing vpon suthfastnes. **1573-** [see BUILD *v.* 6 b]. **1672** T. GODDEN *Catholicks No Idolaters* 23 This is the major Proposition of his Syllogism, and if this fail, the Charge he builds upon it, must needs fall. **1711** ADDISON *Spect.* No. 9 ¶8 Our Modern celebrated Clubs are founded upon Eating and Drinking. **1814** JANE AUSTEN *Mansf. Park* xlii, He particularly built upon a very happy..autumn there also. **1844** BERESF. HOPE *Ess.* 111 This..does give us very different ground to go upon. **1878** HOPPS *Princ. Relig.* iii. 13 Upon this great truth..we base all our hopes.

†**d.** Of (a cause of death or illness). *Obs.*

**c1420** *Brut* 344 Mony a worthi man yn þat viage deid vpon þe Flix. **1510** in Leadam *Star Chamber Cases* (Selden) II. 73 Vppon the seid enprisonement the same John..deyed within xij howres. **1600** HOLLAND *Livy* 1264 Upon which fracture he died thirtie daies after. **1645** SLINGSBY *Diary* (1836) 163 Yᵉ Gentlewoman yᵗ had lived in it dead upon Grief. **1696** A. TELFAIR *New Confut. Sadd.* 10 Which frightned him so much, that he fell sick upon it immediately.

**e.** Indicating means of subsistence or existence, or an article of food furnishing sustenance.

Sometimes = 'after having taken or consumed': see (*c*).

(*a*) **1457** HARDING *Chron.* in *Eng. Hist. Rev.* Oct. (1912) 747 His lyfelode exceded noght all clere An hundreth marke to leue vpon in dede. **c1489** CAXTON *Sonnes of Aymon* iii. 98 We have loste our store of vytaylles, so that we have noo thynge to lyve vpon. **1564** *Child-Marr.* 125 Aspshawe is a very poore man, and liveth apon his neibours. **1583**- [see LIVE *v.*¹ 2]. **1599** B. JONSON *Ev. Man out of Hum. Descr. Char.,* A Thred-bare Sharke. One that..lives upon lendings. **1600** J. PORY tr. *Leo's Africa* v. 249 Monasteries..maintained vpon the common beneuolence of the citie. **1625** BURGES *Pers. Tithes* 45 All liuing vpon Fishing. **1713** [see LIVE *v.*¹ 3]. **1884** *Pall Mall G.* 9 Sept. 3/1 The lady did not indeed say that she lived *with* her father and mother, but she lived *upon* them. **1885** *Law Times Rep.* LII. 651/1 He earned nothing, and he lived upon some money of mine.

(*b*) **c1440** *Pallad. on Husb.* x. 76 Til May hit wol suffice vppon to feede. **1571** DIGGES *Pantom.* Pref. Bj, Suche two footed Moules and Todes whom..nature hath ordayned to ..suck vpon the muck. **1600** PORY tr. *Leo's Africa* VI. 276 They liue vpon the flesh of Ostriches and camels. **1678** WANLEY *Wond. Lit. World* v. i. §94. 467/2 'Tis thought he surfeited upon Melons. **1713** STEELE *Guard.* No. 34 He..breakfasted upon toast and ale. **1743** P. FRANCIS tr. *Horace, Sat.* II. iii. 124 While Moths upon his rotting Carpets fed. **1818** G. S. FABER *Horæ Mosaicæ* III. 281 If the Dominical Supper be a feast upon a sacrifice. **1832** HT. MARTINEAU *Life in Wilds* ii. 26 The grass it fed upon. **1885** *Manch. Exam.* 16 June 5/1 M. Henze fed his prize oxen upon silage. *ellipt.* **1717** PRIOR *Alma* III. 243 Was ever Tartar fierce or cruel, Upon the Strength of Water-Gruel. **1737** BRACKEN *Farriery Impr.* (1757) II. 109 A young Horse may look pretty sleek upon Hay only. **1897** MEREDITH *Amazing Marriage* i, The clergyman,..renouncing strong drinks, because he found that he 'cursed better upon water'.

(*c*) **1819** BOYLE *Usef. Exp. Nat. Philos.* II. vi. 185 Though ..[it] did make her sickish, especially, when she slept upon it. **1829** SCOTT *Jrnl.* 5 July, So to roost upon a crust of bread and a glass of small beer, my usual supper.

†**f.** At (an expense, cost, etc.). *Obs.*

**c1400** R. *Gloucester's Chron.* (Rolls) 3799 Al þe bachelerie ..he nom in is compaynie..vp [*v.rr.* vp on, vppon] is coust. **1476** *Acta Auditorum* (1839) 49/1 þare to remain apoun þare awin expens. **1513** BRADSHAW *St. Werburge* II. 1157 Many shyps were made vpon the kynges cost. **1563** *Ref. Privy Council Scot.* I. 239 To commande thame to warde, to remane thairin upon thair awne expense. **1577** HANMER *Anc. Eccl. Hist.* 396 He had buylded vpon his owne costes and charges the sepulchres and tumbes. **1674** *Reg. Privy Counc. Scot.* IV. 278 A mudwall rowme..built upon his owne coast. **1711** in *10th Rep. Hist. MSS. Comm.* App. V. 124 Each company..was subsisted upon the cost of every captain for three months.

**g.** Denoting security of a loan, etc.

**1474** CAXTON *Chesse* (1883) 121 The besant..was holden & gaged vpon an ymage. **1562** J. HEYWOOD *Prov. & Epigr.* Bb i b, No man will one peny lende upon it. **1611** BIBLE *Neh.* v. 4 Wee haue borrowed money..vpon our lands and vine-yards. **1677** YARRANTON *Eng. Improv.* 7 Moneys lent upon Goods at very easie Interest. **1707** *Lond. Gaz.* No. 4333/8 They will..Lend Money upon Tallies or other good Securities, at 5 l. per Cent. **1742** KAMES *Decis. Crt. Sess.* (1799) 40 The money is secured..upon land. **1791** BOSWELL *Johnson* (1904) I. 328 Security being taken upon the property. **1861** M. PATTISON *Ess.* (1889) I. 36 He assigns 1000 marks..to his son's wife, secured upon the Swiss possessions of his house. **1868** ROGERS *Pol. Econ.* iv. 43 If [a banker]..issues notes upon no property at all, the issue is fraudulent. **1885** *Act 48-49 Vict.* c. 54 §11 Any mortgage or charge duly created..upon the profits of any benefice.

†**h.** On condition of. *Obs.*

**1516** *Reg. Privy Seal Scot.* I. 422/2 The kingis grace dischargis thaim apone thair remaining in ward for the said errour. **1591** SHAKS. *1 Hen. VI,* IV. v. 36 Vpon my Blessing I command thee goe. **1626** in Picton *L'pool Munic. Rec.* (1883) I. 199 Maister Lappage doth..promise that hee will continew his ministry..upon true payment and receivinge the afforesaid allowance. **1662** STILLINGFL. *Orig. Sacræ* III. iii. §5 If it were suitable to Gods nature to promise life to man upon obedience.

†**i.** Out of; with; by the use of. *Obs. rare.*

**1553** T. WILSON *Rhet.* (1580) 42 He did not make the wife vppon the same claie, whereof he made man. **1683** MOXON *Mech. Exerc., Printing* ii. ¶2 That his Letter be Cast upon good Mettal, that it may last the longer.

**j.** In many phrases, as *upon..accord, account (of), composition, condition, design, distrust, envy, foot, fraud, head, lease, matter, purpose, score, shame, suspicion, trust, whole,* for which see the sbs.

**12.** At the risk or with the certainty of incurring or suffering (a pain, penalty, etc.); on peril of; = ON *prep.* 12.

See also PAIN *sb.*¹ 1 b, PENALTY *sb.* 2 d.

**c1384** CHAUCER *H. Fame* III. 1570 That he shuld fast goon Vpon the peyn to be blynde. **c1420** *Contin. Brut* 384 þe King commaunded to..late hem passe yn pees, vpon deth. *Ibid.* 385[He] chargyd ham, vpon her lyf, to kepe wel the toun and þe Castell. **1480** CAXTON *Descr. Brit.* 9 Walsshmen shold not passe that dyche with wepen vpon a grete payne. **1540** *Acts Privy Council* (1837) VII. 21 To temperate his tongue hereafter upon adventure of further punishement. **1553** W. CHOLMELEY *Req. & Suite* 19 in *Camden Misc.* (1853) II, Commaundyng..the Aldermen, upon the losse of their auctoritie and office,..to see [etc.]. **1596** *Edward III,* I. i. 70 With threats, Vppon a penaltie, inioynd to come. **1603** PARSONS *2nd Pt. Three Convers. Eng.* xii. 625 The Duke protesteth the contrary (vpon his death). **1656** EARL MONM. tr. *Boccalini's Advts. fr. Parnass.* 126, I have,..upon severe punishment, inhibited the translation of my Alcheron. **1699** BENTLEY *Phal.* 439 He order'd every man upon the pain of death to bring in all the money he had.

**13.** Indicating that which forms the basis of revenue, profit, fines, taxation, lending, etc.; = ON *prep.* 13.

See also RETIRE *v.* 1 e (quot. 1806), TAX *sb.*¹ 1.

**1466** *Acta Auditorum* (1839) 4/2 [He] sall..resaue þe soume of mone aucht till him vppoun þe said annuel. **1495** *Act 11 Hen. VII,* c. 43 Preamble, So that the seid Erle upon his seid leasses.., do reserve asmuch rentis..as be nowe usuell. **1535** COVERDALE *Neh.* v. 3 Let vs borowe money of the kinge vpon vsury. **1554** in Leadam *Star Chamber Cases* (Selden) II. 217 They vse the probabilite to be payned opon a certen some of money. ?**1677** PETTY *Pol. Arithm.* (1699) 272 Such a part of the full value of their Commodities, as may possibly be lost upon the sale of them. **1719** D'URFEY *Pills* I. 333 Five hundred Pounds upon the brown Bay still. **1798** *Hull Advertiser* 24 Mar. 2/3 Insurance upon..outhouses, and upon unthreshed stock therein. **1845** R. W. HAMILTON *Pop. Education* x. 278 How can the State raise the amount? Is it not to be raised upon the people? **1892** *Law Times* XCIV. 104/1 A commission of over 60 per cent. upon the sums received.

**II.** Of motion or direction towards a position, thing or person, state, etc.

**14.** Upward so as to place or be on a surface, point, etc. Cf. ON *prep.* 14.

**c1200** ORMIN 11959 þe deofell brohhte Jesu Crist Wiþþutenn o þe temmple Upponn an sæte uppo þe rof. **c1250** *Gen. & Ex.* 3899 Moyses 8or made a wirme of bras, And henget heȝe up-on a saft. **c1300** *Havelok* 1942 He lep up on a stede lith. 13.. *Seuyn Sages* (W.) 2318 Vpon his palfrai lep Catoun. **1375, 1470-85** [see START *v.* 1]. **1470-85** MALORY *Arthur* IX. xxx. 384 They came vpon sir launcelot sodenly and vnnethe he myght putte vpon hym his helme. **1535** COVERDALE *Joel* ii. 9 They shal clymme vp vpon the houses. **1627** DRAYTON *Nymphidia* xvii, Flye Cranion her Chariottere, Vpon the Coach-box getting. **1639** S. DU VERGER tr. *Camus' Admir. Events* 130 He leapes upon his Mule. **1725** *Fam. Dict.* s.v. *Pears,* Mount them one upon another Steeplewise. **1847** TENNYSON *Princ.* III. 208 To lift the woman's fall'n divinity Upon an even pedestal with man. **1854** H. MILLER *Sch. & Schm.* xxi. 446 A large loligo ..had thrown itself high and dry upon the beach.

**b.** To or towards a position on a surface, etc.; = ON *prep.* 14.

Group (*b*) corresponds to sense 1 c; group (*c*) illustrates non-physical uses.

(*a*) **c1200** ORMIN 14667 Snip itt, alls itt wære an shep, & leȝȝ itt upponn alliterr. **c1250** *Gen. & Ex.* 3186 On an gold gad ðe name god Is grauen, and leid up-on ðe flod. *Ibid.* 3949 Vp-on hise ase his sadel he dede. **a1300** *Cursor M.* 8894 Vnwarli sco sett hir don Apon þis ilk tre. **c1386** CHAUCER *Knt.'s T.* 921 Some drope of pitee..Vp on vs wrecched wommen lat thou falle. **c1391** ── *Astrol.* II. §7 Ley thi label vp-on the same degree of the sonne. **c1400** *St. Alexius* (Cotton) 257 They hylde water wppon hys hede. **c1430** *Two Cookery Bks.* 42 þan take fayre pecez of Brede..vppe-on þe Eyroun. **1602** MARSTON *Antonio's Rev.* IV. iii, Her head sunk down upon her breast. **a1655** SIR T. MAYERNE *Archimag. Anglo-Gall.* No. 84 (1658) 58 Lay this froth upon your sullibub as high as you can. **1697** DRYDEN *Virg. Georg.* IV. 611 The various God..draws a Rock upon his dark Abode. **1728** CHAMBERS *Cycl.* s.v. *Triangle,* If a Perpendicular be let fall upon the Base of an oblique angled Triangle. **1808** SCOTT *Marm.* II. i, Upon the gale she stooped her side. **1844** J. JACK *Hist. of St. Monance* xi. 74 The skipper placed upon the table a large wooden cauip or platter. **1870** ANDERSON *Missions Amer.* Bd. IV. xxvi. 63 The mob rushed forward and trampled spitefully upon it.

*ellipt.* **c1450** *Mirk's Festial* I. 5 Sle, sle, opon þe broche, rost hote.

(*b*) **1303** R. BRUNNE *Handl. Synne* 952 Syttyþ dowun vppon ȝoure knees. **c1400** *26 Pol. Poems* 149/233, I set me doune apon my kne. **1486** BK. *St. Albans* b iv b, Softe and layserly fall oppon yowre kneys. **1535** COVERDALE *Mark* xv. 19 [They] fell vpon the kne, & worshipped him. *a***1578** LINDESAY (Pitscottie) *Chron. Scot.* (S.T.S.) I. 209 The said

Case 2:06-cv-06803-MMM-SH   Document 60-8   Filed 01/18/08   Page 14 of 18

preist..kneillit doune wpoun his knie. **1611** SHAKS. *Cymb.* IV. ii. 288 Come on, away, apart vpon our knees. **1837** SIR F. PALGRAVE *Merch. & Friar* iv. (1844) 176 The Chancellor, dropping off the Woolsack upon his bended knees. **1876** F. K. ROBINSON *Whitby Gloss.* 208, 'Up-end yourself,' get upon your legs.

(c) *c* **1325** *Spec. Gy Warw.* 995 And anon god putte his fuisoun Vp-on hire mele. **1382** WYCLIF *Job* xxv. 3 Vp on whom shyneth not the li3t of hym? **1461** *Rolls of Parlt.* V. 463/2 Takyng upon hym..the Coroune and name of Kyng. **1535** COVERDALE *Num.* vi. 25 The Lorde make his face to shyne upon the. **1656** EARL MONM. tr. *Boccalini's Advts. fr. Parnass.* II. vi. 210 Whereby they had put themselves.. upon great difficulties. **1697** DRYDEN *Virg. Georg.* IV. 773 The Nymphs, Companions of th' unhappy Maid, This Punishment upon thy Crimes have laid. **1765** STERNE *Tr. Shandy* VIII. xxi, I fell in love all at once.. it burst upon me ..like a bomb. **1768** BOSWELL *Lett.* (1924) 145, I am thrown upon the wide world again. **1793** T. BEDDOES *Demonstr. Evid.* 79 The magnitudes, being doubled upon themselves, increase so, that [etc.]. **1816** BYRON *Prisoner of Chillon* x, A light broke in upon my brain.

**c.** Denoting incidence, seizure, hold, etc.; = ON *prep.* 14 b.

*c* **1250** *Gen. & Ex.* 2339 Do cam iosep swilc rewðe up-on, he dede halle ut ðe toðere gon. **1398** TREVISA *Barth. De P.R.* XVII. cxv. (Bodl. MS.), Ripe & igadered ere corrupcioune ofer rostinge falle vpon whete. **1530** PALSGR. 748/2, I take holde apon one, *jempoygne.* **1535** COVERDALE *Ps.* cxiv. 3 The paynes of hell gat holde vpon me. **1535**- [see LAY v.¹ 22]. **1546**- [see SEIZE v. 9]. **1632** LITHGOW *Trav.* VII. 303 The Venetian Factor seased vpon all. **1665** *Extr. St. Papers, Friends* III. (1912) 240 There was a full congregation of quakers and the like seised vppon by Sir Francis Clarke sunday last. **1880** J. PAYNE *New Poems* 259 A deadly terror got A sudden hold upon her. **1892** H. LANE *Differ. Rheum. Dis.* (ed. 2) 67 It seems to have taken a firm hold upon the public.

**d.** Of the incidence of a blow, stroke, etc.; = ON *prep.* 14 c.

*c* **1300** *Havelok* 2734 He..smot him so up-on þe crune, þat [etc.]. **13..** *Guy Warw.* (A.) 2368 þan hastiliche þe ost ichon Opon Segyn þat smiten anon. **1470-85** MALORY *Arthur* x. lx. 516 Sir Tristram gaf hym suche a buffet vpon the helme. **1507** in Leadam *Star Chamber Cases* (Selden) 253 He sawe.. Irton being hurt vppon the hed. **1562** *Aberd. Kirk Sess. Rec.* (Spalding Cl.) 6 To be puneist with ane palm vpone the hand for ilk falt. **1594** *Selimus* 1417 Dart Thy smouldring flame Vpon the head of cursed Acomat. **1611** BIBLE *Exod.* vii. 17 Behold, I will smite with the rod..vpon the waters. **1711** ADDISON *Spect.* No. 9 ¶11 His Neighbour may give him a Kick upon the Shins. **1737** WHISTON *Josephus, Hist.* I. xxi. 13 Many..have stood amazed..when they saw him..shoot the arrow upon the mark. **1813** SCOTT *Rokeby* VI. xxv, One stroke, upon the Castle bell, To Oswald rung his dying knell. **1824** MRS. BROWNING *Drama Exile* 64 This is the Eden lost By Lucifer!..this the sword..That smote upon the forehead. **1881** BESANT & RICE *Chapl. of Fleet* I. viii, The cruel cat falling at every step upon their.. bleeding shoulders.

**e.** In phrases of the type *harm upon harm, torment upon torment,* denoting cumulative addition or repetition; = ON *prep.* 14 d.

*c* **1320** R. BRUNNE *Medit.* 865 þey wounded here, and heped harm vp on harmes. *c* **1380** WYCLIF *Sel. Wks.* III. 346 And so servauntis upon servantis weren char[g]ious to þis hous. *c* **1485** *Digby Myst.* (1882) IV. 1336 He had torment opon torment. **1529** S. FISH *Supplic. Beggers* (1871) 13 The capteyns of his kingdome..haue heped to him benefice vpon benefice. **1596** SHAKS. *Merch. V.* III. i. 95 Why, thou losse vpon losse! **1599** —— *Much Ado* II. i. 252 Hudling iest vpon iest, with..impossible conueiance vpon me. **1613** PURCHAS *Pilgrimage* (1614) 152 Which heaped vpon them Anathema vpon Anathema. **1699** EVELYN *Acetaria* App. P 4, Cover the Bottom of the Jar with some Dill,..then a Bed of Nuts; and so *stratum upon stratum.* **1864** KINGSLEY *Roman & T.* 137 Dietrich had had to write letter upon letter. **1882** 'OUIDA' *Maremma* I. 90 Centuries upon centuries of carnage ..have laid the land bare. **1884** C. F. WOOLSON in *Harper's Mag.* Feb. 371 Millions upon millions of violets.

**f.** On (a voyage, expedition, mission, etc.); = ON *prep.* 14 e.

**1426** LYDG. *De Guil. Pilgr.* 648 Or I myhte make my passage To gynnen vp-on my pylgrymage. *c* **1430** —— *Min. Poems* (Percy Soc.) 12 The kyng procedyng forthe upon his way, kome to the Condyte. **1596** SHAKS. *1 Hen. IV.* I. iii. 150 When the vnhappy King..did set forth Vpon his Irish Expedition. **1711** ADDISON *Spect.* No. 55 ¶1 A young Fellow..sent upon a long Voyage. **1712** W. ROGERS *Voy.* 324 To encourage our South Sea Company..to go upon some Discovery that way. **1817** KIRBY & SP. *Entomol.* xvii. II. 77 The rufescent ants do not have their nests to go upon these expeditions..till [etc.]. **1839** BAILEY *Festus* 232 As on they sped upon their starward course.

**15.** Into contact or collision with, esp. by way of attack; against; = ON *prep.* 15.

See also COME v. 51 b, FALL v. 70 b, FLY v.¹ 8 b, GO v. 67 a, LAY v.¹ 32 a, SET v.¹ 132 a.

*a* **1300** *Cursor M.* 24461 Me-thoght moght it [v.r. i] apon him rine,.. I suld ha ben all hale. **13..** *Guy Warw.* (A.) 1996 þou schalt 3if þe first asaut Opon þe Almaundes. *c* **1385** CHAUCER *L.G.W.* 1327 *Dido* (Fairf.), On a nyght sleping he let hir lye, And staal a-wey vpon [v.r. vnto] his companye. *c* **1400** *Sc. Trojan War* 11. 444 Russhande wpone the altare. *c* **1450** *Merlin* iii. 56 Whan Vter saugh..the Danes assembled, he sette vpon hem as vigorously or more. *c* **1500** *Melusine* lix. 348 Go we vpon our enemyes to helpe & socource our frendes. **1535** COVERDALE *1 Sam.* xvii. 35 And whan he wolde haue bene vpon me, I toke him by his beerde. **1585** T. WASHINGTON tr. *Nicholay's Voy.* I. xix. 22 The Turkes.., vpon whom they of the Castle..gaue an assault. **1622** MABBE tr. *Aleman's Guzman d'Alf.* II. 48, I stumbled ..vpon a great dung mixen. **1631** PELLHAM *Gods Power 2 Wee eight men..were bound for this Greenland aforesaid, to make a voyage upon Whales or Sea-horse. **1711** ADDISON *Spect.* No. 299 ¶2 He drew his Sword upon me before he was nine years old. **1782** COWPER *Royal George* 20 She ran upon no rock. **1801** STRUTT *Sports & Past.* III. i. 130 The two combatants..were thereby prevented from running their horses upon each other. **1857** T. HUGHES *Tom Brown* i. ix, [They] run plump upon one of the masters as they emerge into the High Street.

*ellipt.* *c* **1450** *Merlin* iii. 56 The kynge seide to his peple, 'Now vpon hem in all that we may'. **1535** COVERDALE *2 Sam.* XVIII. 14 Not so, I wil vpon him before thy face. **1588** SHAKS. *L.L.L.* IV. iii. 367 Aduance your standards, & vpon them Lords. **1821** BYRON *Sardanap.* IV. i, Upon them! (Trumpet sounds again.)

*fig.* **1535**- [see RUSH v.¹ 6 b, 3 a]. **1887** 'L. CARROLL' *Game of Logic* I. 36 Let them Rush upon their Fate!

**16.** In the direction of; towards; = ON *prep.* 16.

**a.** In respect of looking, etc.

See also CAST v. 7, FRONT v.¹ 1, GAPE v.¹ 3, GAZE v. 1 b, GLARE v. 2, LAUGH v. 4, LOOK v. 1, PORE v. 1, SEE v. 21, SMILE v. 2 a, SQUINT v. 2.

*a* **1225** *Ancr. R.* 56 To kesten kang eien upon 3unge wummen. *c* **1250** *Gen. & Ex.* 2661 Dor quiles he seweden [= looked] him up-on, Mani dede bileph un-don. *c* **1340** HAMPOLE *Pr. Consc.* 5024 þair bodys sal alle unsemely be,.. and ugly, opon to se. *c* **1386** CHAUCER *Knt.'s T.* 219 He cast his eye vpon Emelya. **14..** in *E.E.P.* (1862) 144 Dame ypocryte loke vp-on a boke. **1526** TINDALE *1 John* i. 1 That which..we have loked apon, and oure hondes have handled. **1581** [see TURN v. 48]. **1632** LITHGOW *Trav.* I. 38 ARTHUR looked vpon me, and I laughed vpon him. **1710** STRYPE *Life & Acts of E. Grindal* III. 70 These Unsuccesses were justly looked upon to proceed from the punishing Hand of Heaven. **1790** BRUCE *Source of Nile* I. 5 We pointed our prow directly..upon Alexandria. **1799** WORDSW. *Two April Mornings* 19 Matthew..fixing still his eye Upon the eastern mountain-top. **1845** S. AUSTIN *Ranke's Hist. Ref.* II. 357 The fears of some, the hopes of others, and the attention of all, were now turned upon the young emperor. **1874** FARRAR *Christ* I. 472 He turned His back for a time upon His native land. **1884** MRS. OLIPHANT *Sir Tom* iv, Her gray eyes absolutely flamed upon him.

**b.** In respect of movement, etc.

? *a* **1400** *Morte Arth.* 262 Thow countez no cass, ne castes no forthire, Bot hurles furthe appone heuede, as thi herte thynkes. *c* **1400** *Destr. Troy* 6258 If any stert vpon stray, strike hym to dethe! **1511** *Guylforde's Pylgr.* (Camden) 21 After..viij. dayes..he come vpon [= appeared to] theym ayen. **1634** SIR T. HERBERT *Trav.* 11 [We] were driuen to lee-ward a hundred leagues vpon the Coast of Brazil. **1697** COLLIER *Ess. Mor. Subj.* I. B 1, Unless you point directly upon his Vice. **1716** *Lond. Gaz.* No. 5455/3 Our Fleet.. bore down upon them. **1828** in Concanen *Rowe v. Brenton* (1830) 28 To sink a shaft upon the lode. **1829** NAPIER *Penins. War* II. 142 The hospitals..of Salamanca being evacuated upon Lamego, that town was crowded.

**17.** †**a.** In or into (pieces); = ON *prep.* 17 b.

*c* **1400** *Sege Jerusalem* 699 Twey apys..þat renten þe rawe flesche vpon rede peces.

**b.** Into, as by penetration; = ON *prep.* 17 a.

**1738** HERRING in J. Duncombe *Lett.* (1773) II. 137 The sea, which here indents upon the country.

**18.** Unto, to (a person): in reference to descent or (*Sc.*) marriage; = ON *prep.* 18.

**1492** *Acta Dom. Conc.* (1839) 254/2 His faider..maryit him apoun his sister dochter incontrare his band. **1536** BELLENDEN *Cron. Scot.* (1821) I. 127 The eldest of hir dochteris wes married apon..Marius. **1596** BACON *Use Com. Law* (1635) 32 If this inheritance descend upon a woman. **1667** [see DESCEND v. 9]. **1821** GALT *Ann. Parish* i, My marriage upon my own cousin, Miss Betty Lanshaw. **1893** STEVENSON *Catriona* xxi, She was married..upon my Uncle Robin.

**19.** Into, to, or on (some action, occupation, course, or condition); = ON *prep.* 19.

*a* **1300** *Cursor M.* 15580 Alle þe apostelis þan bi-gan to fal a-pon a gret. **1390** GOWER *Conf.* I. 30 Thanne upon dissencioun Thei felle. **1435** [see SET v.¹ 114]. **1483** in *Acta Dom. Conc.* II. Introd. 103 The said schiref put apone the said inquest..persons quhilk war suspect of the law. *a* **1513** FABYAN *Chron.* 351 A quest of .xii. Knyghtes of Myddlesex, sworne vpon a iurye. **1581**- [see RUN v. 70 d]. **1607** T. ROGERS *39 Art.* Pref. §5 Wee set vpon the building of Gods house. **1625**- [see FALL v. 70 d]. **1658** ALLESTREE *Whole Duty Man* XIV. §22. 300 It puts the child upon shifts, and tricks. **1709** STRYPE *Ann. Ref.* I. xxi. 240 Some while..after the entrance of Queen Elizabeth upon her government. **1750** JOHNSON *Rambler* No. 1 ¶1 The perplexity of being forced upon choice. **1764** FOOTE *Mayor of G.* I. Wks. 1799 I. 165 I advised him to pull off his spurs before he went upon action. **1813** *Examiner* 17 May 320/1 It put the Church upon the alert. **1847** WORDSW. in *Mem.* (1851) I. 14 When at school, I..was put upon reading the first six books of Euclid.

**20.** Indicating the person or thing that action, feeling, etc., is directed towards or against, or that is influenced or affected by it; = ON *prep.* 20.

Construed with many verbs, as *attend, await, bear, bespit, bestow, breathe, call, charge, wait.* See also FIE *int.* 1-2, OUT *int.* 2, SHAME *sb.* 16 b.

*c* **1200** ORMIN 1750 þa bedess, þatt te Laferrd Crist Forr hise þeowwess biddeþþ Upponn hiss faderr heofennking. *Ibid.* 6119 þe birrþ þin rihhte swinnkess winn Upponn 3uw alle nittenn. *a* **1225** *Leg. Kath.* 130 Ah se sone ha..wende hare wiheles, upon ham seoluen. **1297** R. GLOUC. (Rolls) 3167 þe king ek in is syde is herte up on him caste. *c* **1320** *Cast. Love.* 1482 þat muche wo vs brou3te vppon. *c* **1400** tr. *Secreta Secret., Gov. Lordsh.* 106 He hadde greuously synned vpon him. **1473** WARKW. *Chron.* (Camden) 8 The Kynge..losyde his gonnys of his ordynaunce uppone them. *c* **1500** *Melusine* lix. 360 Be ye he that wyl take the trybute vpon my Fortresse? **1533** *Acc. Ld. High Treas. Scot.* VI. 156 To Johne Drummondis childer wirkand upoune the hagbute stokkis. **1585** T: WASHINGTON tr. *Nicholay's Voy.* I. xviii. 21 We will not leaue the following on vpon our purpose. **1633** MARMION *Fine Companion* I. iii. (1875) 114 They can doe no more good upon me, than a young pittifull Lover upon a mistress that has the sullens. **1656** EARL MONM. tr. *Boccalini's Advts. fr. Parnass.* II. v. 206 He..had made their places be conferred upon men void of counsel. **1680** *Laws Nevis* iii. (1740) 6 If the said Offenders are not able to pay..then to be compelled to work it out upon the Forts. **1737** WHISTON *Josephus, Antiq.* XVI. iv. §3 The father may have a suspicion upon all his sons. **1796** *Ann. Reg., St. Papers* 297 The constitution..is sacredly obligatory upon all. **1805** tr. *Lafontaine's Hermann & Emilia* I. 261 Nothing is more detestable than to offer one's self upon a young man. **1850** ROBERTSON *Serm.* Ser. III. (1857) 7 Persecution is that which affixes penalties upon views held, instead of upon life- led. **1896** *Peterson Mag.* Jan. 102/2 The intruded-upon young lady turned her back upon him.

**b.** Denoting the object of regard, desire, etc.; = ON *prep.* 20 b.

See also DOTE v.¹ 3, EAGER a. 6, KEEN a. 6 b, MAD a. 4, RUN v. 70 b, SET v.¹ 37.

*c* **1330** R. BRUNNE *Chron. Wace* (Rolls) 7604 Opon þat meyden he wax al mad. **1382** WYCLIF *Psalm* xxxix. [xl.] 17 Ful out io3e thei, and glade vpon me, alle that sechen thee. *c* **1449** PECOCK *Repr.* II. xx. 267 He schal haue miche gretter affeccioun vpon the seid freend. **1470-85** MALORY *Arthur* X. lvi. 508 Louers..soo mad and soo soted vpon wymmen. *a* **1578** LINDESAY (Pitscottie) *Chron. Scot.* (S.T.S.) I. 169 The king..was covatous wpoun money. **1598** BARCKLEY *Felic. Man* I. 51 A young man..that was..enamoured vpon an Image of marble. **1614** BP. HALL *Recoll. Treat.* 982 In this case, Moses should have beene..cast downe..; yet how hot is hee uppon justice. **1711** ADDISON *Spect.* No. 106 ¶3 When he is pleasant upon any of them, all his Family are in good Humour. **1843** *Fraser's Mag.* XXVIII. 619 O'Connell is bent upon the disruption of the British empire.

†**c.** Among (a number of sharers, etc.). *Obs.*

**1492** in *10th Rep. Hist. MSS. Comm.* App. V. 323 Distributers of the same upon the commynes. **1526** TINDALE *Rom.* xv. 26 To make a certayne distribucion apon the poore sanctes. **1598** DALLINGTON *Meth. Trav.* K 3, Hee diuideth the Lands vpon his horsemen, to each his portion.

**d.** Indicating the person by whom a cheque, draft, order, etc., is payable, or the bank on which it is drawn; = ON *prep.* 20 c.

See also CHEQUE *sb.* 3, DRAUGHT *sb.* 35, DRAW v. 65.

**1660** *Nicholas Papers* (Camden) IV. 226 Mr. Fox hauing giuen mee a note upon Mr. Shaw to pay me my allowance. *a* **1722** FOUNTAINHALL *Decis.* (1759) I. 12 The bill upon his wife for £200. **1722** DE FOE *Col. Jack* (1840) 216 He shows me a bill upon me, drawn by my wife. **1798** in *Ushaw Mag.* Dec. (1913) 287 An order upon Mr. Wright for £12 as the price of the book sent you. **1843** *Blackw. Mag.* LIV. 736 It may be quite as well..to draw upon the bank.

**21.** Indicating a person or thing towards whom or which hostile or adverse action or language is directed; against; = ON *prep.* 21.

See also (a) BLOW v. 30, COMPLAIN v. 6 b, CRY v. 21 b, DESIGN *sb.* 1 b, LIE v.¹ 1 b, PEACH v. 2, RAGE v. 2 b, RAIL v.⁴ 1 b, STEAL v. 5 e; (b) GO v. 67 a, MAKE v. 81, SEEK v. 17.

(*a*) *c* **1200** ORMIN 415 þatt fand mann nan þing uppon hemm To wre3enn, ne to tælenn. *a* **1225** *Leg. Kath.* 2204 þa Porphire iseh feole, þet me seide hit upon,..dreien to deaðe. *c* **1275** *Passion Our Lord* 241 in O.E. *Misc.* 44 A ueole kunne wise hi lowen him vp-on. *c* **1430** LYDG. *Hors, Shepe & G.* 151 He cryethe affter peasse, compleynnyþe vppon þe werres sore. *c* **1440** *Alph. Tales* 12 þis abbatis..forgaff paim all þai had saide vppon hur. **1560** DAUS tr. *Sleidane's Comm.* 10 He declareth howe grevously he is complained upon unto the Duke. **1642** LAUD *Diary* 2 Dec., They were sufficiently railed upon in the streets. **1651** H. MORE *Second Lash in Enthus. Tri.*, etc. (1656) 253, I now forgive thee heartily for all thy abuses upon me. *a* **1715** BURNET *Own Time* III. (1900) II. 84 The court carried every question..., though with..a protestation made upon it being then that was carried. **1737** WHISTON *Josephus, Hist.* V. xiii. §1 He also jested upon him. **1753** MISS COLLIER *Art Torment.* II. ii. (1811) 130 Nor need you be apprehensive of the others telling tales upon you. **1861** F. TEMPLE *Serm.* 274 The unhappy man who has not courage to tell truth upon himself. **1891** *Law Times* XC. 441/2 The judges..must accept criticism upon their order.

(*b*) *c* **1200** ORMIN 7155 Forr þatt he wennde þatt tatt follc Upponn himm cumenn wære..for to nipþrenn himm. *c* **1230** *Hali Meid.* 17 Leccherie..secheð earst upon hire, nebbe to nebbe. *c* **1300** *Havelok* 65 Was non so bold..þat durste upon his menie bringhe Hunger. **13..** *K. Alis.* 4875 (Laud MS.), Euermore hij beþ werrende, And vpon oþer conquerrende. *c* **1386** CHAUCER *Monk's T.* 537 The peple roos vp-on hym on a nyght. **1393** LANGL. *P. Pl. C.* VII. 106 Ich am wratthe,..wol gladliche smyte Boþe with ston and with staf, and stele vp-on myn enemy. *c* **1450** *Merlin* ii. 24 The hethen assembled a grete oste vpon hem. **1475** *Bk. Noblesse* (Roxb.) 5 They bring assailours uppon this lande. **1518** in Leadam *Star Chamber Cases* (Selden) II. 137 Afterwardes they soughet vpon hym at hys boothe with ij clubbys. **1535** COVERDALE *1 Esdras* i. 27, I am not sent..to fight agaynst yᵉ, for my warre is upon Euphrates. **1608** *Yorksh. Trag.* vii. 17 It shall be my charge To raise the towne vpon him.

(*c*) **1476** *Acta Auditorum* (1839) 55/2 Elene Tulloch..wes marijit þe tim þat þe said det wes recouerit apon hir. **1482** *Cely Papers* (Camden) 85 To see the hurtes and harms he dyd yow uppon your goodes. **1598** BARRET *Theor. Warres* 28 He is to haue great care that his soldiers grow not licencious vpon their poore hosts. **1647** in *Crawford Proclam.* (1910) II. 55/1 Robberies committed by the tories and rebels upon the protestants. **1678** WANLEY *Wond. Lit. World* v. i. §98 Encroachments upon his Dominions. **1748** *Anson's Voy.* II. v. 176 The most eligible situation on that coast for cruising upon the enemy. **1754** A. MURPHY *Gray's-Inn Journal* No. 102 ¶2 A Design upon one another's Pockets..was introductory of another Crime. **1772** in *Eng. Hist. Rev.* Jan. (1915) 30 He places a number of..sepoys upon them and their families. **1883** *Harper's Mag.* Aug. 448/2 The disadvantages are..unreliability in stays.., hardness upon helms.

**b.** On or against (a person), by way of vengeance or the like.

*a* **1300** *Cursor M.* 5862 þat suerd apon hus tak na wrak. *c* **1400** *Pilgr. Sowle* (Caxton, 1483) III. viii. 55 They alwey hauen sought vengeaunce.., to be wroken vppon tho that ought haue myslyked them. **1470-85** MALORY *Arthur* X. lv. 506 Soone we shold haue ben reuenged vpon the fals knyghtes. **1526**- [see REVENGE v. 1-2]. **1535** COVERDALE *Isaiah* i. 23, I must ease me of myne enemies, and a venge me vpon them. **1595** *Locrine* II. v. 86 Reuenge my death vpon his traiterous head. **1860** HOOK *Lives Abps.* I. vii. 377 Edwy had the power to avenge himself upon Dunstan.

Case 2:06-cv-06803-MMM-SH   Document 60-8   Filed 01/18/08   Page 15 of 18

ellipt. c1485 Digby Myst. (1882) I. 322 A shamefull deth I aske vpon herowde. **1535** COVERDALE *Ps.* lviii. 10 God letteth me se my desyre vpon myne enemies.

**c.** So as to close in or confine.

**1382** WYCLIF *2 Kings* iv. 5 The woman wente, and closede the dore vpon hir silf and vpon hir children. **1535** COVERDALE *Num.* xvi. 33 They wente downe quycke in to the hell .. And the earth closed vpon them. —— *Ps.* lxix. 15 That .. the pitte shut not hir mouth vpon me. **1633** T. ADAMS *Exp. 2 Pet.* ii. 5 The Lord .. himselfe shut the doore of the Arke upon Noah. **1701** PRIDEAUX *Direct. Ch.-wardens* (1712) 10 If they shall meet .. with the Doors lock'd, barred, or bolted upon them. **1844** DICKENS *Mart. Chuz.* xlviii, Softly turning the key upon him as they went out.

**22.** With respect or regard to; in reference to; touching, concerning; as to; = ON *prep.* 22.

See also AGREE *v.* 10 b, COMPLIMENT *v.* 3, CONCLUDE *v.* 13, CONSULT *v.* 1, INSIST *v.* 3, LOT *sb.* 1, MATTER *sb.* 25 C, PRIDE *v.* 4, TREAT *v.* 2 a, VALUE *v.* 6.

**1382** WYCLIF *Ecclus.* xxii. 11 A litil weep vp on the deade, for he restede. **1390** GOWER *Conf.* I. 110, I finde upon Surquiderie, How that .. Be olde daies was a King [etc.]. c**1400** *Contin. Brut* 321 In þe whiche parlement was treted .. how he myȝte best oppon his wrong be avenged. **1439** *Cases bef. King's Council* (Selden) 105 The Kyngis counsaillours examined the persones .. upon the ryot. **1484** *Surtees Misc.* (1888) 43 Surmising none othere upon hyme. **1515** in Leadam *Star Chamber Cases* (Selden) II. 85 Two seuerall Writtes .. to theym directed to enquere and examyn vpon certen Interrogatoriez. **1584** COGAN *Haven Health* xc. 81 If you will not be at cost vppon spices, you may make a verie sweete water thus. **1609** *Bible* (Douay) *1 Kings* xxx. 6 The soule of everie man was bitterly affected upon their sonnes, and daughters. **1680** MOXON *Mech. Exerc.* xiii. 227 Having such good Success upon Brass, I improv'd the Invention so, as to make it serve for Wood also. **1710** STEELE *Tatler* No. 150 ⁋4, I could name Two, who .. fell out and parted Beds upon the boiling of a Leg of Mutton. **1760** *Imposters Detected* III. vii, [She] was not in the least vain or proud upon the encomiums .. from every mouth. **1826** *Art of Brewing* (ed. 2) 9 Opinions and practices .. completely at variance upon the subject of mashing. **1843** *Blackw. Mag.* LIV. 209, I shall set you at ease .. upon that point. **1885** SIR H. C. LOPES in *Law Reports* 14 Q.B.D. 921 This case raises a novel point upon which there is no authority.

**b.** Denoting the object to or towards which mental activity is directed; = ON *prep.* 22 b.

See also CONSIDER *v.* 11 b, MEDITATE *v.* 4 b, MIN *v.*¹ 3 b, MIND *sb.*¹ 7 (quot. 1589), PUT *v.* 27 C, REFLECT *v.* 13, REMEMBER *v.* 4 C, RUN *v.* 70 C, STUDY *v.* 1, 2, THINK *v.*² 3 b, TREAT *v.* 2.

a**1300** *Sarmun* xxxvi. in *E.E.P.* (1862) 5 And þench þos wordis her ispoke; for-ȝite ham noȝt ac þench apan. a**1300** *Cursor M.* 112 In hir wirschip wald I bigyn A lastand warc apon to myn. **1390** GOWER *Conf.* I. 14 To studie upon the worldes lore Sufficeth now withoute more. a**1400** *Isumbras* 427 Sir Ysambrace hym umbithoghte Appone a horse that coles broghte. c**1450** *Merlin* iii. 49 The moste remembraunce that I shall haue, shall be vpon yow, and on yowre nedes. **1463** *Bury Wills* (Camden) 34 A remembraunce to thinke vpon me. **1582** N. T. (Rhem.) *Matt.* vii. 28 The multitude were in admiration vpon his doctrine. **1611** *Bible 1 Tim.* iv. 15 Meditate vpon these things. **1655** EARL ORRERY *Parthen.* I. VIII. 418 Did you reflect upon it with an vnprejudicate opinion, **1719** DE FOE *Crusoe* I. (Globe) 226, I ask'd him what it was he study'd upon. *Ibid.* II. (Globe) 379 But now the Admiration was turn'd upon another question. **1871** W. ALEXANDER *Johnny Gibb* xlvi, It has a closin'-in heid-piece concern that min's me .. upon a mutch that my wife had ance. **1899** W. J. LOCKE *White Dove* 3 S—— was at last able to reflect upon the entire unexpectedness of his presence.

**c.** Denoting the subject of speech or writing; = ON *prep.* 22 c.

Freq. with verbs, as *rave, talk, write*; AMPLIFY *v.* 7 b, CRITICIZE *v.* 1 b, DISTINGUISH *v.* 8 c, SPEAK *v.* 15.

(a) a**1390** *Wycliffite Bible* (1850) IV. 303 An other [prologue] vpon Romayns. **1390** GOWER *Conf.* II. 65 Laodomie his lusti wif .. Upon a thing wherof sche dradde A lettre .. sende him. **1525** LD. BERNERS *Froiss.* II. Preface, My Preface vpon the fyrst volume of this cronycle. **1533** FRITH *Answ. More* E iij b, The mynde and exposition of the olde Doctours vpon the wordes of Chrystes maundye. **1557** *Tottel's Misc.* (Arb.) 113 Vpon the deceas of W. Ch. **1605** SHAKS. *Macb.* II. i. 23 We would spend it in some words vpon that Businesse. **1697** DE FOE *Ess. Projects* Pref., I wou'd not adventure to appear in Print upon that Subject. **1709** STEELE *Tatler* No. 114 ⁋1 Our Discourse chanced to be upon the Subject of Death. **1758** BOSWELL *Lett.* (1924) 6 From 1 to 2, [I] attend a college upon Roman Antiquities. **1801** *Farmer's Mag.* Jan. 66 A series of animadversions .. published upon it in a provincial paper. **1824** BYRON *Juan* XVI. xlvii, She .. Made epigrams .. Upon her friends. **1893** STEVENSON *Catriona* xii, He engaged the goodwife .. with some compliments upon the rizzoring of our haddocks.

†(b) **1483** CAXTON *G. de la Tour* 107 Now I shalle telle yow upon this matere of a good lady. **1528** in Roy *Rede me*, etc. (Arb.) 152 Austyne sayeth vppon the psalter, ye clargy occupyeth the secular lordshyppe secularly. **1574** R. BRISTOW *Treatise* 47 Vpon these two, Christ .. and his Church, ronneth al the Scriptures. **1581** FULKE in *Confer.* III. (1583) Q ij b, I wil not vouchsafe to replie vpon this answere. **1605** CAMDEN *Rem.* 143 But he repaied him with this re-allusion vppon the name. **1710** STEELE *Tatler* No. 14 ⁋1 My Design of observing upon Things. **1748** RICHARDSON *Clarissa* (1811) I. 185, I .. am the less solicitous .. to amplify upon the contents of either.

(c) **1481** in Blades *W. Caxton* (1882) 231 The polytyque book .. whiche that Tullius wrote vpon the disputacons [etc.]. c**1600** W. FOWLER *Wks.* (S.T.S.) 9 A Fvneral Sonet, written vpon the death of .. Elizabeth Douglas. **1709** ADDISON *Tatler* No. 163 ⁋3 The Sonnet .. was written upon a Lady. **1776** JOHNSON in *Boswell* (1904) II. 647 A man who has never been engaged in trade himself may undoubtedly write well upon trade. **1791** 'G. GAMBADO' *Ann. Horsem.* (1809) 55 Had they spent as much time in riding upon turnips, as they have in writing upon them.

**III.** In other senses.

†**23.** From (a person or persons), esp. by means of hostile attack; = ON *prep.* 23. *Obs.* (Cf. 21.)

Const. with verbs, as *make, nim, recover, take, win*; also CONQUER *v.* 2 b, GAIN *v.*¹ 4.

**1338** R. BRUNNE *Chron.* (1810) 22 Uppon Saynt Edmunde Northfolk he nam. **1387** TREVISA *Higden* (Rolls) VI. 291 Egbertus .. took Chestre uppon þe Britouns. **1412-20** LYDG. *Chron. Troy* III. 3423 Troyens han wonne a-geyn her londe Vp-on Grekis. **1483** in *Acta Dom. Conc.* II. Introd. 114 Quhilk some was recoverit be .. Dure apone the said Schir Johne. a**1533** LD. BERNERS *Huon* 527 A ryche shyp, the whiche was wonne vpon the sowdans men. **1568** GRAFTON *Chron.* II. 194 They wanne dayly and yerely vpon the sayd Turkes, so that they had .. much of the landes. **1643** PRYNNE *Doom Cowardice & Treach.* 6 At last by such forcible assaults the said Towne was taken upon the said Robert. **1654** BRAMHALL *Just Vind.* i. (1661) 2 Whatsoever the Popes of Rome gained upon us. **1660** *Nicholas Papers* (Camden) IV. 187 The prizes made by the Ostenders upon the Kings subjects. **1742** LEONI *Palladio's Archit.* II. 66 The Spoils made upon Pyrrhus King of Epirus.

†**24.** In respect of; = ON *prep.* 24. *Obs.*

a**1310** in Wright *Lyric P.* v. 26 He is blosme opon bleo brihtest under bis. **13..** *Cursor M.* 2034 (Gött.), He lis here vte, cum ner þe sal, Naked apon his limes all.

**25.** On (a musical instrument).

c**1384** CHAUCER *H. Fame* III. 110 Ther herd I pleyen vpon an harpe .. Orpheus ful craftely. **1524** *Reg. Privy Seal Scot.* I. 499/1 Playing apoun organis in the Kingis chapell. **1552** in Feuillerat *Revels Edw. VI* (1914) 89, I haue provided one to plaie vppon a kettell drom. **1621** BRATHWAIT *Nat. Embassie* Ded., Able to play vpon an oaten pipe. **1683** KENNETT tr. *Erasm. on Folly* 68 No more skill .. than a Pig playing upon the Organs. **1709** Mrs. MANLEY *Secret Mem.* I. 149 A great many of 'em .. can toot, toot, toot, it upon a Pipe. **1804-6** SYD. SMITH *Mor. Philos.* (1850) 175 Any air .. performed upon such an instrument as the bagpipe. **1842** TENNYSON *Locksley Hall* 2 When you want me, sound upon the bugle-horn. **1876** GRANT *Burgh Sch. Scot.* II. 380 Discoursing laments upon the Bagpipes.

**26.** Denoting advance from or improvement on some standard, etc.

See also IMPROVE *v.* 8, IMPROVEMENT 6 b, REFINE *v.* 10.

**1662** EVELYN *Chalcogr.* 50 Which afterwards Sebastian Serli refining upon composed the better part of that excellent book of his. **1711** ADDISON *Spect.* No. 44 ⁋6 The French have therefore refin'd too much upon Horace's Rule. **1782** PRIESTLEY *Corrupt. Chr.* I. III. 301 An improvement was made upon this doctrine. **1843** *Blackw. Mag.* LIV. 197 Mr. Collins has improved greatly upon his last year's exhibition. **1859** GLADSTONE *Gleam.* (1879) II. 171 If he continues to advance upon himself as he has advanced heretofore.

†**u'pon,** *adv.* *Obs.* (exc. *arch.* in sense 1 b). [Ellipt. use of prec.]

**1. a.** On it; on or upon the surface.

**1307** *York Memo. Bk.* (Surtees) I. 181 Lether with the here apon. **1382** WYCLIF *Ecclus.* xxxiii. 6 An hors courser .. vnder eche man vpon sittende nesseth. **1547** in Feuillerat *Revels Edw. VI* (1914) 13 Changeable Taffita stripyd vpon with blewe golde dornix. **1567** in *Rep. Hist. MSS. Comm.* (1907) IV. 90 A clothe of blacke and redd wroughte with goulde vpon. **1596** SHAKS. *Merch. V.* II. vii. 57 A coyne that beares the figure of an Angell Stampt in gold, but that's insculpt vpon.

**b.** On one's person, as an article of apparel. Phr. *clothed upon*, after biblical use (see quot. 1611.) Cf. CLOTHE *v.* 9.

a**1366** CHAUCER *Rom. Rose* 364 A chapelet, so semly oon, Ne werede neuer mayde vpon. c**1386** —— *Friar's T.* 84 He [*sc.* a gay yeoman] hadde vp-on a courtepy of grene. **1390** GOWER *Conf.* II. 246 And sche .. hir scherte dede upon And caste on hire a mantel clos. **1446** LYDG. *Two Nightingale P.* ii. 123 Whan Crist Ihesu was for mankynd dede And had vpon a garnement ful newe. **1513** BRADSHAW *St. Werburge* I. 1301 His gloues, thy gyrdell, the kynge had vpon. **1611** *Bible 2 Cor.* v. 2 Desiring to be clothed vpon with our house, which is from heauen. **1643** CARYL *Expos. Job* 1885 Those bodies of Saints .. shall be cloathed upon with a house which is from Heaven. **1895** L. JOHNSON *Poems* 34 Old ramparts, gray and stern; But comely clothed upon With wealth of moss and fern. **1930** *Month* Mar. 230 Ancient stones, like Ezekiel's dry bones, need to be clothed upon.

**2. a.** Into or to a position on a surface or object; so as to be put or placed on the thing in question.

**1382** WYCLIF *Num.* iv. 2 Of echon the name thow shalt vpon write [L. *superscribes*] to his ȝerde. c**1400** *Lanfranc's Cirurgie* 219 Make it abrood upon a cloop & leie it vpon hoot. c**1440** *Pallad. on Husb.* VII. 106 Do donge vppon and vmbe on euery side. **1534** TINDALE *Luke* xx. 18 But on whosoever it faul vpon, it wyll grynde him to powder.

**b.** In a direction towards something indicated or specified.

c**1400** *Apol. Loll.* 2 þer for, if we wil, we mai calle bischoppis, locars up on. **1593-1611** [see LOOK *v.* 46].

**3.** On or upon that (in time or order); thereafter, thereupon. Esp. coupled with *anon*, *near*, *soon*.

See also HEREUPON, THEREUPON, WHEREUPON *advs.*

**14..** *Lydgate's Bochas* v. 2898 Afftir whos deth anon vpon [MS. *Harl.* 1245 vpon anoon] suyng, To Euergetes .. She was ageyn ioyned in mariage. c**1440** *Generydes* 1926 Thanne came the prince of Cesare sone vppon. *Ibid.* 6632 Kyng auferius fell seke anon vppon. **1523** FITZHERB. *Husb.* §12 So that they be sowen ere the begynnynge of Marche, or sone vpon. **1602** SHAKS. *Ham.* I. ii. 179 Ham. I thinke it was to see my Mothers Wedding. *Hor.* Indeed my Lord, it followed hard vpon. **1603** —— *Meas. for M.* IV. vi. 14 The .. Citizens Haue hent the gates, and very neere vpon The Duke is entring. **1606** —— *Tr. & Cr.* IV. iii. 3 It is great morning, and the houre prefixt .. Comes fast vpon.

**4.** By way of addition, increase, etc.

a**1485** FORTESCUE *Wks.* (1869) 487 Why will God put uppon newe turmentis ovir the travaile of ther labour?

†**upon,** obs. var. OPEN *a.* (Cf. UPEN *a.*)

**13..** E.E. *Allit. P. B.* 453 þenne wafte he vpon his wyndowe. **14..** *Sir Beues* (E.)87/1691 Anon þe gate he vpon look.

†**uponland,** *adv.* *Obs.* Also 3-4 vp o londe, 5 *Sc.* upolande; 5-6 vp of land, and UPALAND. [f. *uppe* UP *adv.*² + ON *prep.* 1 b (O *prep.*¹) + LAND *sb.*¹ Cf. UPLAND *adv.*¹] In the country, as opposed to the town.

*a.* a**900** in Thorpe *Anc. Laws* (1840) I. 118 Be ciepe-monna fore uppe on londe. c**1386** CHAUCER *Prol.* 702 A poure person dwellynge vp on lond. **1430-40** LYDG. *Bochas* Prol. 84 Folkis that duellyn vp-on londe. c**1480** HENRYSON *Twa Mice* 1, The vther [mouse] wynnit vponland. —— *Sheep & Dog* xviii, Ane schireff stout, Quhilk .. dytis all the pure men vpon land [1568 *Bann. MS.* vp of land].

*β.* c**1300** *Havelok* 763 Gode paniers .. to beren fish inne, Vp o-londe to selle and fonge. **14..** *Burgh Laws Scotland* xxxiv, It is for to wyt that men upolande may borow thair pundis thryis. *y.* c**1440** *Alph. Tales* 173 On a tyme he was lugid on a night in a howse vp of land. **1568** [see *a.* above].

**b.** *John Uponland*, a rustic. (Cf. UPALAND b.)

a**1568** in *Bannatyne MS.* (Hunter. Club) 269/26 This said Johnne vponland.

†**uponlandis,** obs. Sc. var. UPLANDS *a.*

c**1480** HENRYSON *Fables* heading (Harl. MS.), The Taill of the vponlandis Mous and the burges Mous.

†**uponon(e,** *adv.* *Obs. rare.* Also uponan. [f. UPON *prep.* + ONE *pron.* 32 f.] = ANON *adv.* 4.

c**1400** *Destr. Troy* 2418, I onswaret hym esely euyn vp-onon. *Ibid.* 6712 Polidamas .. can fight, With his Enmeis full egurly, euer vpon-one.

**'up-patient.** [UP *a.*; cf. UP *adv.*² 7 a.] An in-patient in hospital no longer confined to bed.

**1952** 'R. GORDON' *Doctor in House* xi. 119 Two up-patients, dressing-gowned old gentlemen. **1959** *Manch. Guardian* 19 Aug. 5/6 Topham is an up-patient ... We started him with a couple of hours up each morning. **1976** J. GRENFELL *Joyce Grenfell requests Pleasure* (1977) xi. 163 Up-patients sat on the grass on grey army blankets.

†**uppe,** *v.* *Obs.* Forms: 1 yppan, 2 ippen, 3 uppen. [OE. *yppan* (also *ȝeyppan*), f. *upp* UP *adv.*¹, giving southern ME. *üppen*, midland *ippen.* Cf. ON. *yppa* (MDa. *yppe*), and OHG. *üffan* (MHG. *üffen*, *üfen*, obs. G. *aufen*).] *trans.* To display or make manifest; to bring to notice; to make known.

c**897** K. ÆLFRED *Gregory's Past. C.* lix. 451 Ðæt we hit .. forðy yppen ðæt mon God herige. c**900** tr. *Baeda's Hist.* IV. xxv. (1890) 352 Se Godes mon .. þa unrotnesse his heortan .. ypte & cyðde. a**1000** *Colloq. Ælfric* in Wr.-Wülcker 102 Ic ne deor yppan þe diȝla ure. c**1200** *Trin. Coll. Hom.* 165 Here wombe is here crist, and all iuele forbisne hie ippen of hem seluen. a**1225** *Ancr. R.* 146 Hencneð nu .. hu hit is to uppen & ȝelpen of god dede. *Ibid.*, Ancre þet was iwuned .. wel uorte wurchen, & seoððen .. uppede hit & scheawede.

**uppen:** see UP *prep.*¹

**'uppen,** *v.* *E. Angl.* ? *Obs.* [f. UP *adv.*¹ + -EN⁵. Cf. UPPE *v.*] *trans.* To bring up, mention, disclose.

**1565** GOLDING *Ovid's Met.* III. 344 When that after mickle talke .. Joves name was upned. **1567** *Ibid.* XII. 179 Every wyght Delyghts too uppen oftentymes .. The perills and the narrow brunts. **1583** —— *Calvin on Deut.* xxi. 125/2 It woulde not haue booted at all to haue vppened neuer so many thinges by parcellmeale. **1823** E. MOOR *Suffolk Words* 460 Yeow didnt uppen it did ye?

**up-'pent,** *pa. pple.* (UP- 5.)

**1600** FAIRFAX *Tasso* X. xlii, With this siege, if we be long vp pent, Famine I doubt. **1614** GORGES *Lucan* I. 18 A proud Courser .. in the stable close vp-pent. **1870** A. O'SHAUGHNESSY *Poems, Neglected Harp* 15 These wondrous melodies up-pent And languishing in me.

**'upper,** *sb.*¹ [From UPPER *a.*]

**1. a.** That part of a boot or shoe above the sole and welt. Usu. pl.

**1789** G. PARKER *Life's Painter of Variegated Characters* v. 36 If the top and leg of a jack-boot were joined to a dog-skin upper and a buff sole. **1845** J. COULTER *Adv. in Pacific* ix. 112 My shoes were .. only held together by passing straps of goat-skin under the soles, over the uppers. **1862** *Catal. Internat. Exhib., Brit.* II. No. 4769, Grained leather; machine-closed uppers. **1880** *Times* 21 Sept. 4/4 Forcing the needle through the outer sole, the edge of the upper, and the insole.

*attrib.* **1875** KNIGHT *Dict. Mech., Upper-machines*, .. those for cutting out or preparing the uppers of boots or shoes.

**b.** *U.S.* A cloth gaiter for wearing above the shoe over the ankle (*Cent. Dict.* 1891).

**c.** In fig. phr. *(down) on one's uppers*: in poor or reduced circumstances; having hard luck; also formerly *to walk* (etc.) *on one's uppers*. *colloq.* (orig. *U.S.*)

**1886** *Lantern* 8 Sept. 4/3 The Royal Street actors who are walking on their uppers, must mourn .. when they .. hear of some of the boys spending 200 a week yachting. **1891** *Cent. Dict.* s.v. **1895** ROBERTS & MORTON *Adv. Arthur Roberts* xi. 143, I know two actors who were left, as the term goes, 'on their uppers', in a town in the heart of the Midlands. **1899** 'J. FLYNT' *Tramping with Tramps* I. v. 117 I's been a moocher, an' now I's shatin' on me uppers. **1901** *Munsey's Mag.* XXV. 432/1 The rumor whirled about the Street that Greener was in difficulties. Financial ghouls .. said .. 'Greener is on his uppers'. **1903** *Judy* 9 Dec. 577/1 'What would you do if you were in my shoes?' 'Eh? Oh, then I

Exhibit H - Page 48

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME XX

Wave–Zyxt

BIBLIOGRAPHY

LIBRARY
KIRKLAND & ELLIS

JAN 0 4 1990

200 EAST RANDOLPH DR.
CHICAGO, ILLINOIS 60601

CLARENDON PRESS · OXFORD

1989

Case 2:06-cv-06803-MMM-SH   Document 60-8   Filed 01/18/08   Page 17 of 18

met me in the Park, and made me walk with them till nine, like unreasonable whelps. **1741** RICHARDSON *Pamela* (1824) I. 11 When she was beginning to complain of the whelp lord's impertinence. **1768** GOLDSM. *Goodn. Man* II. i, Stupid whelp! But I don't wonder: the boy takes entirely after his mother. **1809** SCOTT *Let.* 7 Aug. in *Lockhart*, It is funny enough to see a whelp of a young Lord Byron abusing me. **1823** 'JON BEE' *Dict. Turf* 192 *Whelp*, a boy with dog's-tricks. **1834** MARRYAT *Peter Simple* iii, Bad company, you whelp! **1866** MISS BRADDON *Lady's Mile* i, The shabby whelp gambling for marbles in the gutter. **1888** *Sat. Rev.* 20 Oct. 458/1 These whelps have been before the magistrates charged on their own confession with murder.

**4.** *Naut.* One of the longitudinal projections on the barrel of a capstan or the drum of a windlass.

The object designated in the first quot. is uncertain.

**1356** in *Pipe Roll* 32 *Edw. III* m. 34/1 Idem computat expendisse..in factura .iij. Whelpes .j. grossi Wynche...c. lb. *a* **1625** *Nomenclator Navalis* (Harl. MS. 2301), The Whelps are like Brackettes, sett to the bodie of the Capstaine close vnder the Barrs, downe to the Decke, and are theie which giue the Sweepe to the Capstaine. Theis are made soe in partes that the Cabell maie not be so apt to surge, as it would if it did run vpon a whole round bodie. **1627** CAPT. J. SMITH *Sea Gram.* ii. 8 The Whelps are short peeces of wood made fast to it, to keepe the Cable from coming too high in the turning about. **1769** FALCONER *Dict. Marine* (1776) s.v. *Capstern*. **1847** KEY *Recov. H.M.S. Gorgon* 19 The space between which had been filled up with wood, like the whelps of a capstan.

**b.** One of the teeth of a sprocket-wheel (Knight *Dict. Mech.* 1875).

**†5.** *Naut.* One of a fleet of auxiliary war vessels established in Charles I's reign, app. orig. so called because designed to attend upon H.M.S. Lion. *Obs.*

**1628-9** *Cal. St. Papers, Dom.* (1859) 455 [When she [*sc.* a small man-of-war] heard] our Whelps bark so loud and saucy, and saw them put up the King's colours, [she endeavoured to escape]. **1631** SIR J. PENNINGTON *Jrnl.* in *10th Rep. Hist. MSS. Comm.* App. IV. 276 Our whole fleete being 4 sayle in all, viz[t] the Convertive, Admirall, the Assurance, Vize Admirall, the Tenth Whelpe, and the Second Whelpe. **1634** BRERETON *Trav.* (Chetham Soc.) 158 Here we saw the 9th Whelp lying at anchor, to guard the fleet which now is ready to go heance to Bristoll fair. **1641** PRYNNE *Disc. Prel. Tyrr.* ii. 135 Being imbarqued..in one of the Kinges Whelpes,..he landed at Dover. **1660** BURNEY Κέρδιστον Δώρον 53 When he visits the Navy, and even boards the Whelps and Frigots. **1894** C. N. ROBINSON *Brit. Fleet* 227 A class of smaller craft, each of 185 tons, was decided on. They were called 'whelps', and were vessels built for sweeps as well as sails.

**6.** *Comb.*, as *whelp-robbed* adj.

**1627** MAY *Lucan* v. H8b, Swifter then whelpe-robb'd Tyger.

Hence 'whelphood, the condition of being a whelp; 'whelpish *a.*, of, resembling, or characteristic of a whelp; 'whelpless *a.*, having no whelps, deprived of whelps; †'whelplich [-LY²] *adv.*, like a whelp; 'whelpling, a young whelp; also *contemptuously* of a person.

**1847** E. BRONTË *Wuthering Heights* I. xiii. 325 It [*sc.* a dog] had spent its \*whelphood at the Grange. **1886** SWINBURNE *Misc.* 211 A vapid and effeminate rhymester in the sickly stage of whelphood. **1586** WHITNEY *Choice Emblems* 49 Though \*whelpishe daies, his nature did disguise Yet time at length vnto my euell lucke Bewray'de his hate. **1711** G. MIÈGE *Gt. Fr. Dict.*, Whelpish, *mechant, mauvais.* **1711** G. CARY *Phys. Phylactic* 334 You mightily hugged this whelpish Thought. **1883** J. CHRISTIE in *Mod. Scott. Poets* Ser. VI. 263 Thou gar'd the rocks and hallows ring Wi' whalpish glee. **1598** YONG *Diana* 9 Angry more then \*whelplesse Beare. **1814** BYRON *Lara* II. xxv, Her eye shot forth with all the living fire That haunts the tigress in her whelpless ire. **1847** TENNYSON *Princess* vi. 83 The old lion, glaring with his whelpless eye. *c* **1400** *Beryn* 481 He.. scrapid the dorr \*welplich. *a* **1618** SYLVESTER *Profit of Imprisonment* Wks. (1621) 625 As, when the Lion fierce.. Runnes midst a million swords, his \*whelplings to defend. **1782** ELPHINSTON *Martial* XII. clxxi. [1. lxxxiii.] 460 On thy lov'd lips, the whelpling lambent hung. **1889** FARRAR *Lives of Fathers* I. v. 222 That whelpling [L. *canicula*] Diogenes sought to find a man.

**whelp**, *sb.²* Erron. for WELT *sb.¹*

**1912** in *Dialect Notes* III. 593 She whipped the horse till she raised great whelps on him. **1952** *Publ. Amer. Dial. Soc.* XVII. 34 Time was in the upcountry when the teacher would, with a hickory, raise welts on the legs of a recalcitrant pupil. **1962** W. FAULKNER *Reivers* viii. 181 How the hell did Sugar Boy ever let him get this far without at least one whelp on him? **1980** *Verbatim* Autumn 17/2 A quite common mispronunciation is 'whelp' for 'welt': 'He has some big whelps on his arm.'

**whelp** (hwelp), *v.* [f. WHELP *sb.¹*]

**1.** *trans.* To bring forth (a whelp or whelps).

*c* **1200** ORMIN 6029 þatt deor þatt wass i leoness like, þatt riseþþ o þe þridde daȝȝ Affterr þatt itt iss wheollpedd. *a* **1225** *Ancr. R.* 200 Monie mo hweolpes þen ich habbe inempned haueþ þe Liun of Prude hwheolped. **1398** TREVISA *Barth. De P.R.* XVIII. i. (Bodl. MS.) If. 241 b/2 þe female wolfe whelpiþ manye whelpes as þe bitche doþe. **1493** *Festivall* (W. de W. 1515) 145 Whan a lyon hath yonge whelpes they shall lye as deed thre dayes after y^t they ben whelped. **1577** GOOGE *Heresbach's Husb.* III. 155 b, As soone as they be Whelped, cast away such as you mislike. **1677** N. COX *Gentl. Recr.* I. (ed. 2) 135 [Bears] are whelped most commonly in March, sometimes two, and not above five in number. **1731** *Gentl. Mag.* Aug. 352/2 A Litter of young Lions was whelped at the Tower, from a Lioness and Lion whelp'd here 6 years before. **1775** *Phil. Trans.* LXVI. 103 They all come on shore in December, to whelp their young. **1861** HUGHES *Tom Brown at Oxf.* iii, Jack's the dog as can draw a brock..agin any Lonnun dog as ever was whelped. **1892** *Brit. Fancier* 10

Feb. 71/2 His bitch Dainty..has just whelped a..fine litter to Mrs. Dainty's Dictator.

**b.** *transf.* and *fig.* To bring forth: often with contemptuous implication.

**1581** J. BELL *Haddon's Answ. Osor.* 82 b, Two detestable lyes whelped at one lytter (so pregnant is this worme). **1599** B. JONSON *Cynthia's Rev.* II. iv, Vnlesse shee had whelpt it her selfe, shee could not haue lou'd a thing better. *a* **1641** BP. MOUNTAGU *Acts & Mon.* (1642) 422 Antignus, Boethus, Sadoc, and such mungrels were scarce whelped in Epiphanius his dayes. **1675** HOBBES *Odyss.* VIII. 472 Sing now of the Horse of Wood..Which in Troy-Town destruction to it whelpt. **1781** COWPER *Table-T.* 536 Having whelped a prologue with great pains. **1821** SCOTT *Kenilw.* xix, Out, you diminutive pint-pot, whelped of an overgrown reckoning! **1902** WISTER *Virginian* xv, None of 'em was whelped savage enough to sing himself bloodthirsty.

**2.** *intr.* To bring forth whelps.

**1398** TREVISA *Barth. De P.R.* XVIII. lxxiv. (Bodl. MS.), þat wesels conceyue atte mouþe and whelpiþ atte ere. *a* **1400** *Octouian* 470 The tygre aftyr thys bataȝle, Whelpede sone for hyr trauayle. **1605** B. JONSON *Volpone* II. i, Your lyons whelping, in the Tower. **1660** BOYLE *New Exp. Phys.-Mech.* Digress. 368 A Bitch that was said to be almost ready to whelp. **1798** W. TAYLOR in *Monthly Mag.* V. 208 On Paris' tomb The flocks insulting frisk, And whelps the lioness in Priam's hall. **1887** SWINBURNE *Locrine* IV. ii. 98 No she-wolf whelps upon the wold Whose brood is like thy mother's.

*fig.* **1821** SHELLEY *Hellas* 874 The foliage in which Fame, the eagle, built Her aerie, while Dominion whelped below.

Hence **whelped** *ppl. a.*, **whelping** *vbl. sb.* (also in **whelping ice** (see quots.)).

**1398** TREVISA *Barth. De P.R.* XVIII. xxvi. (Bodl. MS.), In bicches melk is founde many daies bifore þe whelpinge. **1625** K. LONG tr. *Barclay's Argenis* II. xiii. 105 She was then lately dead in whelping. **1804** W. TAYLOR in *Robberds Mem.* (1843) I. 491 Licking the whelped bears into courtliness at one's leisure. *c* **1900** J. P. HOWLEY in *Regional Lang. Stud.—Newfoundland* (1978) 23 Whelping ice. The part of an ice field where they [*sc.* seals] bring forth their young. **1907** R. LEIGHTON *New Bk. Dog* 578 Breeding and Whelping. **1919** W. T. GRENFELL *Labrador Doctor* (1920) ix. 174 The smoother, whiter variety known as 'whelping ice'—that is, the Arctic shore ice..on which the seals give birth to their pups. **1969** H. HORWOOD *Newfoundland* xii. 83 The drift ice where they [*sc.* seals] give birth to their young is the whelping ice.

**whels**, obs. form of WHILES.

**whelve** (hwelv), *v.* *Obs. exc. dial.* Forms: 1 hwylfan, 3 hwelfen, 5- whelve, (9 whilve). [Late OE. *hwylfan* = \**hwielfan*, Anglian \**hwelfan* (also in compounds *á-*, *be-*, *ofhwylfan*) = OS. *bihwelbian* to cover over, (M)Du., (M)LG. *welven*, OHG., MHG. *welben*, *weltwen* (G. *wölben*) to vault, arch, ON. *hvelfa* to arch, turn upside down:—OTeut. \**χwalbjan*, causative vb. f. *χwalb-* (: *χwelb-*, *χulb-*), whence OE. *hwealf* *sb.*, arch, vault, *adj.* vaulted, OHG. *walbe* (MHG. *walbe*), curved object, gutter-tile, roof-gutter, *walbî* 'volubilitas', *walbên* to roll, ON. *hvalf* vault, concavity, *hvalfa*, *holfa* to capsize (see WHAUVE); further related to Goth. *hwilftri* coffin, Gr. κόλπος bosom: the radical notion being 'rounded, arched'.]

**1.** *trans.* To turn (a vessel, etc.) upside down so as to cover something; *gen.* to turn or roll over, overturn; to upheave. *to whelve over*, to overwhelm: = OVERWHELVE.

*c* **1000** in *Techmer's Zeitschr.* (1885) II. 125 Donne þu hlid habban wylle, þonne hafa þu þine wynstran hand samlocene and eac swa þa swyþran and hwylf hy syþþan ofer þa wynstran eal swylce þu cuppan hlide. [*c* **1000** *Regius-Psalter* etc. (Roeder) 276 Cneoris min alæd & ofhwylfed [*Vulg. conuoluta*] is fram me.] *c* **1275** *Passion our Lord* 513 in *O.E. Misc.* 51 He hwelfde at þare sepulchre-dure enne grete ston. [*c* **1374** CHAUCER *Boeth.* II. met. iii. (1868) 39 þe horrible wynde aquilon moeueþ boylyng tempestes and ouer whelweþ þe see.] *c* **1440** *Pallad. on Husb.* I. 161 For harm & stryf of that vpon thy selue May rise, yhe & perchaunce ouer thee whelue [*v.r.* the overwhelve]. **1854** *Trans. Philol. Soc.* 84 (Surrey) I'll whelve a pot over 'em, to keep off the sun. **1854** *N. & Q.* 1st Ser. X. 479 (Cornwall) *Whelve* or *Whilve*, to turn upside down any hollow vessel.

**†2.** To cover over with anything; to hide, bury.

*c* **1440** *Pallad. on Husb.* IV. 393 Ek whelue a seriol ther-out that haue Grauel vp to the myddes. **1566** W. P. tr. *Curio's Pasquine in Traunce* To Rdr., The candell whelued vnder the Busshell wil burne a hole throughe. **1706** PHILLIPS (ed. Kersey), To *Whelm* or *Whelve*, to cover.

**wheme**, var. QUEME *sb.* and *v.* *Obs.*

**whemen**, obs. f. *women*, pl. of WOMAN.

**whemmel** ('hwɛm(ə)l), *sb.* *Sc.* and *dial.* Forms: see next. [f. next.] An overturn, upset, overthrow; a state of confusion.

**1818** SCOTT *Rob Roy* xxii, Nae doubt, nay doubt—ay, ay it's an awfu' whummle – and for ane that held his head sae high too. **1822** GALT *Sir A. Wylie* civ, The chaise made a clean whamle, and the Laird was lowermost. **1830** —— *Lawrie T.* III. v, Many a joint-dislocking jolt, and almost headlong whamle. **1887** *Jamieson's Sc. Dict.* Suppl., *Quhemle*..a rock, toss; a rocking, tossing. **1895** CROCKETT *Men of Moss-Hags* xlviii, His horse also fell from rock to rock, and among a great whammel of stones, reached the bottom of the defile.

**whemmel** ('hwɛm(ə)l), *v.* *Sc.* and *dial.* Forms: 6, 9 quhemle, quhomle, 7-9 whemmel, 8-9 whomel, whemble, 9 w(h)emmle, whammle,

wham(b)le, whommle, whum(m)el, etc. (see *Eng. Dial. Dict.*). [Metathetic form of WHELM *v.*]

**1.** *trans.* To turn upside down; to overturn, capsize; to drink off (liquor) to the bottom; also *transf.* and *fig.* to upset, throw into confusion.

**1536** BELLENDEN *Cron. Proheme* ii. (1541) F iv, And schyll Triton with his wyndy horne Ouir quhemlit all the flowand occean. **1684** [MERITON] *Yorksh. Dial.* 47, I whemmeld Dubler owr'th Meat. To keep it seaf and warm for you to Eat. **1715** RAMSAY *Christ's Kirk Gr.* II. xix, On whomelt tubs lay twa lang dails. **1721** —— *Prospect of Plenty* 196 Healthfou hearts shall own their honest flame, With reaming quaff, and whomelt to her name. **1816** SCOTT *Antiq.* xl, I think I see the coble whombled keel up. *Ibid.* xli, He took the curbstane, and he's whomeld her as I wad whomle a toom bicker. *c* **1850** *Denham Tracts* (1895) II. 31 Put into a wheelbarrow and whemmeled over upon the muck-midden. **1883** *Trans. Amer. Philol. Soc.* 55 *Whommle*, 'to turn a trough, or any vessel, bottom upwards, so that it will drain well'; used in West Virginia.

**b.** To cover (something) by turning a vessel, etc. upside down over it.

**1790** GROSE *Prov. Gloss.* (ed. 2), *Whemble*, to cover with a bowl. **1824** MACTAGGART *Gallovid. Encycl.* s.v. *Whommled*, To be whommled beneath a bushel. **1855** [J. D. BURN] *Autobiog. Beggar Boy* (1859) 57, I was, like the turkey, whomalled under a tub.

**2.** To submerge in or as in a flood; to drown.

**1567** *Satir. Poems Reform.* iv. 51 Quhomlit in sorow and plungeit in cair. **1824** MACTAGGART *Gallovid. Encycl.* s.v. *Whommled*, 'To be whommled by a wave,' to be whelmed in the deep.

**3.** *intr.* To tumble over, capsize; also, to move unsteadily, stumble about.

**1895** CROCKETT *Men of Moss-Hags* xxiii, The deil whummelt on his hearthstane! **1897** —— *Lads' Love* iii, When..your hoggs [are] whammelin' in the black hags by the score.

**when** (hwɛn), *adv.* (*conj.*, *sb.*) Forms: a. 1-3 hwonne, (1 huonne), 3 wonne, 3-4 whonne, 6 *Sc.* quhone. β. 1-3 hwanne, 3 wænne, quanne, (quuanne, ȝwanne, ȝwane), 3-4 wane, 3-5 whanne, wanne, quane, 4 huanne, 6 whane, *Sc.* quhane. γ. 1 hwenne, hwænne, (hoenne), 2-3 wenne, 3 hwenne, weonne, 3-5 whenne, 4 quenne, qwenne, quene, *Sc.* qwene, qwhene, 4-6 *Sc.* quhene, 5 whene. δ. 3-4 hwon, won, (4 w3on), 4-5 whon, 5 qwon. ε. 3-4 hwan, (3 quuan, quæn), 3-5 wan, quan, 3-6 whan, (4 van, 5 whann), 5-6 *Sc.* quhan. ζ. 3 hwen, 3-5 wen, 4-5 quen, (4 qwheyn, 5 qwen, qwhen), 4-8 *Sc.* quhen, 4- when. [OE. *hwanne*, *hwonne*, *hwenne*, late WS. *hwænne*, corresp. to OFris. *hwanne*, (*h)wenne* until, if (Fris. *wan* when, if), OS. *hwan* when, *hwanna* at some time, when, (MLG. *wan*, *wen*, *wanne*, *wenne*, MDu. *wan*, *wen*, surviving in Du. *wanneer* when = OS. *hwan êr* as soon as), OHG. *wanne*, *wenni*, *-e* (MHG. *wanne*, *wenne*, G. *wann* when, *wenn* if), Goth. *hwan* when, how: a derivative of the interrog. stem *χwa-* WHO, WHAT, as *then* is of the demonstrative *þa-*; cf. Avestic *kəm* how, L. *quom*, *cum* when, OPruss. *kan* if, OIr. *can*, W. *pan*.

The formations present points of difficulty; the following related forms have a dental suffix: OFris. *hwande*, *hwante*, *wande*, *want*, *hwende*, *hwent(e* (Fris. *want*) for, because, as, OS. *hwanda*, *hwand* when, for, because (MLG. *wande*), OHG. *(h)wanta* why, L. *quando* when (cf. Skr. *kadâ* when, Lith. *kadà* where, etc.).]

**I. Interrogative uses.**

**1. a.** In a direct question: At what time? on what occasion? Sometimes passing into the sense: In what case or circumstances? (cf. 8.) Also with ellipsis of the remainder of the question (see also b).

*c* **1000** *Ags. Gosp.* Matt. xxv. 37 Hwænne ȝesawe we ðe hingriȝende, & we ðe feddon? *c* **1000** *Ags. Ps.* (Th.) xl[i]. 5 Hwonne ær he beo dead, oþþe hwænne his nama aspringe? *c* **1175** *Lamb. Hom.* 65 Wenne scal þos bode us god don? **1382** WYCLIF *Ps.* xli[i]. 3 Whan I shal comen, and apere befor the face of God? *c* **1412** HOCCLEVE *De Reg. Princ.* 864 Whan schol ye þre to vs be reconsiled? **1540** PALSGR. *Acolastus* IV. v. Vj b, Thou shalt haue gold inolde out to the. *La.* Whan, at the Grekish calendes? **1590** SHAKS. *Com. Err.* II. ii. 13 When spake I such a word? **1681** DRYDEN *Abs. & Achit.* I. 387 When should People strive their Bonds to break, If not when Kings are Negligent or Weak? **1742** YOUNG *Nt. Th.* III. 537 When shall I die?—when shall I live for ever? **1841** *Punch* 24 July 21/2 When is a horse like a herring?—When he's hard rode. **1865** DICKENS *Mut. Fr.* III. xiv, When shall I come to see you, Mr. Boffin? **1867** TENNYSON *Holy Grail* 255 Who shall blazon it? when and how?

**†b.** *ellipt.* as an exclamation of impatience. *Obs.*

**1592** KYD *Sp. Trag.* III. i. 47 No more, I say: to the tortures, when! **1596** SHAKS. *Tam. Shr.* IV. i. 147 Off with my boots, you rogues: you villaines, when? **1623** MIDDLETON *More Dissemblers* v. i. (1657) 66 Why when? begin Sir: I must stay your leisure.

**2.** In a dependent question or clause of similar meaning: At what time; on what occasion; in what case or circumstances. Also *ellipt.*

*say when*, *colloq.* formula used by a person pouring out drink for another, to ask him to say when he shall stop; also *ellipt.*, as a reply to this formula.

*c* **1000** *Ags. Gosp.* Matt. ii. 7 Herodes..befran hi ȝeorne,

Nou rek i neuer quen i dei. *c*1375 in Horstmann *Altengl. Leg.* (1878) 124/1 Alle ȝe haue herd told & rad How & whanne god þis world mad. 1535 COVERDALE *Lev.* xiv. 57 That it maye be knowne, whan eny thinge is vncleane or cleane. 1676 N. FRENCH *Vnkinde Desertor* i. 22 To know when to speake, and when to be silent. 1710 SWIFT *Jrnl. to Stella* 7 Oct., I wonder when this letter will be finished. 1854 R. S. SURTEES *Handley Cr.* i. (1901) I. 11 He knew when to lay hold of his hounds, and when to let them alone. 1865 DICKENS *Mut. Fr.* IV. iii, Say when you've put it safe back, Mr. Venus.
  *a*1225 *Ancr. R.* 144 Deað þet we beoð siker of & vnsiker hwonne. *c*1400 *Pol. Rel. & L. Poems* (1903) 26/1 Deȝe we ssulin sikerliche; bot god wot wanne & were. 1545 ASCHAM *Toxoph.* II. (Arb.) 125 Whych matter was onse excellentlye disputed vpon, in the Scooles, you knowe when. 1590 SHAKS. *Com. Err.* III. i. 39 Ile tell you when, and you'll tell me wherefore. 1667 MILTON *P.L.* x. 499, I am to bruise his heel; His Seed, when is not set, shall bruise my head. 1779 H. WALPOLE *Let. to Selwyn* 5 July, Can you tell me if the Duchess of Leinster still goes to Aubigny; and, if she does, when? 1828 HAZLITT *Self Love & Benev.* Sk. & Ess. (1872) 104 What might be the consequence to myself the Lord knows when? 1883 STEVENSON *Treas. Isl.* xi. Well, now, if you want to know, I'll tell you when. The last moment I can manage; and that's when. 1888 'J. S. WINTER' *Bootle's Childr.* ii, I haven't seen such food I don't know when. 1889 *Mod. Society* 6 June (Farmer's *Slang*) 'Say when,' said Bonko, taking up a flagon of whiskey and commencing to pour out the spirit into my glass. 1911 *Maclean's Mag.* Oct. 297/2 'Say when?' I held the glass with a shaking hand: 'When.' 1931 A. POWELL *Afternoon Men* I. 13 'Say when, sir,' said the waiter. 'When,' said Pringle. 1948 E. WAUGH *Loved One* 3 'When,' he added aside to the young man, who helped him to whisky. 'Right up with soda, please.'

  **3.** After a prep. (esp. *since*, *till*), in a direct or a dependent question: = What time?
  Cf. F. *depuis quand*, G. *seit wann*.
  *a*1300 *Cursor M.* 5670 Sin quen was þou vr dempster? 1583 MELBANCKE *Philotimus* N iv, If any circumstance of where, or when, or whome, may make a probable Argument. 1828 SCOTT *F.M. Perth* xiv, Since when is it, good Father, that the principal libertine has altered his morals so much? 1861 H. KINGSLEY *Ravenshoe* xix, 'Since when have you missed her?' 'Since yesterday afternoon.'

  **II. Relative and conjunctive uses.**
  Formerly (now *arch.*) also followed by *that* (THAT *conj.* 6).
  **4.** As compound relative (cf. WHAT C.*), or as correlative to *then* (implied and sometimes expressed): At the (or a) time at which; on the (or an) occasion on which.
  Also *ellipt.* with only the predicate expressed, e.g. *when a boy* = when he (I, etc.) was a boy; *when cold* = when it is cold.
  **a.** In reference to a definite actual occurrence or fact, chiefly with verb in past tense: At the time that, on the occasion that; sometimes with verb in present tense = now that (sometimes with mixture of sense 9 a).
  *a*1000 *Guthlac* 209 Hwonne hy mid menȝu maran cwome, þa þe for his life lyt sorȝedon. *c*1250 *Gen. & Ex.* 576 Sexe hundred ȝer noe was huld Quan he dede him in ðe archewold. *a*1300 *Cursor M.* 8958 Quen þat sco to þe cite com Sco com in at þat ilk yatte, þar þis tre lai in hir gatt. *c*1350 *Will. Palerne* 2484 Wan þei þider come, þei founde al awei fare. *c*1400 *Destr. Troy* 1689 Qwhen this Citie was set .. Then meuyt to his mynde [etc.]. *c*1420 *Sir Amadace* xxix, Qwen he was gone on this kin wise, Thenne iche mon sayd thayre deuise. 1470-85 MALORY *Arthur* x. lxx. 536 Whanne he saw her make suche chere he ferd lyke a lyon that there myghte no man withstande hym. 1533 BELLENDEN *Livy* v. xxiv. (S.T.S.) II. 230 We suld nocht leif oure ciete now quhen It hes sa mony ruynouss housis. 1577 HANMER *Anc. Eccl. Hist.* 239 When that he was certified .. that the Ethnicks offred sacrifice .. in that place .. he sharply rebuked Eusebius. 1581 *Satir. Poems Reform.* xliii. 154 Sone efter that the Counsell cround ȝoursell, Quhan godly Murray as a regent rang. 1605 SHAKS. *Macb.* II. ii. 27 Listning their feare, I could not say Amen, When they did say God blesse vs. 1763 J. BROWN *Poetry & Mus.* v. 67 Music had then its greatest Power, when the Melody was most confined in its Compass. 1775 HARRIS *Philos. Arrangem.* Wks. (1841) 339 It was by being attacked when asleep .. that the gigantic Polypheme fell a sacrifice to Ulysses. 1779 *Mirror* No. 23. ⁋3 He lost his father when an infant. 1848 THACKERAY *Van. Fair* liii, It was ten o'clock when he woke up. 1863 DICKENS *Uncomm. Trav.* xxvi, When I was a child .. I used to think that I should like to play at Chinese Enchanter. 1894 BARING-GOULD *Bk. Fairy T.* 70 It is not the time for violets, when the snow lies deep?
  (*b*) With ellipsis of following clause: in the past, in the old days (*N. Amer. colloq.*).
  1962 N. RICHLER in *Kenyon Rev.* Winter 88 Six months from now .. I'll be saying I knew you when. 1968 H. WAUGH '30' *Manhattan East* (1969) 163 She needn't try those airs with me. I knew her when. 1984 M. HINXMAN *Night they murdered Chelsea* viii. 65 The Hearst newspaper group are even flying in Gloria Beesley to cover the case. She knew Charlotte when.
  **b.** In reference to a future time (whether in the present or the past).
  971 *Blickl. Hom.* 97 He sceal winnan & sorȝian, hwonne se dæȝ cume. *c*1275 LAY. 643 He .. prettede þan castle, þat folk wið ine, wanne he hit mihte awinne. *c*1350 *Leg. Rood* (1871) 21 Vr lord bi-het me þere Wiþ Oyle of Milce smere me whonne hit tyme were. *c*1420 *Atow. Arth.* xxiv, Quen thou art armut in thi gere, Take thi schild and thi spere. 1560 *Bible* (Geneva) 1 Sam. iii. 12 When I begin, I wil also make an end. 1588 SHAKS. *L.L.L.* IV. iii. 145 What will Browne say when that he shall heare Faith infringed? 1646 in Row *Hist. Kirk* (Wodrow Soc.) p. xxxi, I desyrit our people to convein quhen the bellis suld be rung. 1769 MRS. RAFFALD *Eng. Housekpr.* (1805) 109 When your head is boiled, rub it over with the yolk of an egg. *a*1814 [see THAT *conj.* 6]. 1865 KINGSLEY *Herew.* xxxi, Pray St. Etheldreda to be with us when the day shall come. 1889 TENNYSON *Crossing the Bar* 16, I hope to see my Pilot face to face When

II. xx. 303 The Oxford Dictionary of the English Language will have to be revised and enlarged when this war is over.
  **c.** Indefinitely or generally: At any time, or at the several times, at which; on any occasion that: most commonly with vb. in pres. tense.
  *c*1200 *Trin. Coll. Hom.* 147 Wanne hie seȝen men wanred polien oðer on sinne bifallen .. per-of hie hadden reuðe. *c*1220 *Bestiary* 16 in O.E. *Misc.* 1 Wanne he is ikindled Stille lið ðe leun. *a*1250 *Owl & Night.* 324 Ich singe an eue a riȝte time & soþþe won hit is bedtime. 1340 *Ayenb.* 27 Huanne he yziȝþ oþer yherþ þe guod of oþren .. þanne him comþ a zorȝe to þe herte. 1461 PASTON *Lett.* I. 541 To see that the contre be allweyes redy to come bothe fote men and hors men, qwen they be sent for. 1553 *Respublica* 894 Solace we muste nedes have whan that we are werie. 1591-5 SPENSER *Astrophel* 29 There was no pleasure nor delightfull play, When Astrophel so euer was away. 1639 J. CLARKE *Parœm.* 87 When God will, all winds bring raine. 1711 ADDISON *Spect.* No. 26 ⁋7 When I look upon the tombs of the great, every emotion of envy dies in me. *a*1774 GOLDSM. *Elegy Mrs. Mary Blaize* 16 She never slumbered in her pew, — But when she shut her eyes. 1827 SCOTT *Highl. Widow* v, The answers which he received from him, when conversing on religious topics. 1860 DICKENS *Uncomm. Trav.* ii, I am overpowered when I think of you and your hospitable home.

  **5.** Introducing a clause as the object of a verb, or (later) governed by a preposition: = The or a time at which; †a case in which (cf. 8).
  This use arises from the dependent interrog. use (sense 2), and the OE. examples are only particular cases of this.
  971 *Blickl. Hom.* 227 Hine ðæs heardost langode hwanne he of ðisse worulde moste. *a*1000 *Cædmon's Gen.* 1433 Hæleð langode .. hwonne hie of nearwe .. stæppan mosten. *c*1375 *Cursor M.* 5939 (Fairf.) Sette us terme & quenne [*Cott.* term wen] we salle pray for þe & þi men. *c*1412 HOCCLEVE *De Reg. Princ.* 113 Passe ouer whanne þis stormy nyght was gon, And day gan at my wyndowe in to prye. 1487 *Cely Papers* (Camden) 166 They loke euery owre when the comens of the town schall ryse. 1568 [see LOOK *v.* 3 c]. 1603 SHAKS. *Meas. for M.* II. ii. 11, I haue seene When after execution, Iudgement hath Repented ore his doome. 1648 HERRICK *Hesper., To the Lark,* And know thy when To say. Amen. 1689 MILWARD *Selden's Table-t.* Ded., In your Fancy carry along with you, the *When* and the *Why* many of these things were spoken. 1838 S. SHARPE *Hist. Egypt under Ptol.* 186 As to the when, the why, or by whom the pyramids were built. 1867 MORRIS *Jason* XVII. 100 Since when I am dead, By none but him the people shall be led. 1868 —— *Earthly Par.* Prol. 202 Expecting when our turn shall come to die. 1884 *Dailys of Sodden Fen* x, I was a grown young man of twenty by when it happened.

  **6. a.** As simple relative (cf. WHAT C.**): At which time, on which occasion; and then. Sometimes implying suddenness: = and just then, and at that moment.
  *a*1000 *Cædmon's Gen.* 1265 Siððan hundtwelftiȝ ȝeteled rime wintra on worulde wræce bisȝedon fæȝe peoda; hwonne frea wolde on wærloȝan wite settan. 1461 PASTON *Lett.* I. 541 Wrytyn the xxiij. day of Janware in haste, wan I was not well at hesse. 1562 WINȜET *Cert. Tractates* Wks. (S.T.S.) I. 2 Haistelie maid one Pasche twisday, .. 1562, quhen thair apperit ane daingerous seditioun in Edinburgh. 1592 SHAKS. *Ven. & Ad.* 320 His testie maister goeth about to take him, When lo the vnbackt breeder full of feare, .. swiftly doth forsake him. 1634 FORD *Perkin Warbeck* II. E 2 b, There haue been Irish-Hubbubs, when I haue made one too. 1711 BUDGELL *Spect.* No. 77 ⁋1 We took a turn or two more, when, to my great Surprize, I saw him squirr away his Watch a considerable way into the Thames. 1780 *Mirror* No. 78 ⁋3, I had not been above three years at college, when the death of an uncle put me in possession of a very considerable estate. 1820 KEATS *Lamia* II. 26 There came reposed, .. When from the slope side of a suburb hill, .. came a thrill Of trumpets. 1893 *Law Times* XCV. 62/2 An inspector .. tested the drain, when he found that the joints of the pipes were not properly cemented. 1894 BARING-GOULD *Bk. Fairy T.* 58 Scarcely had she touched the spindle when she pierced her hand with it.
  **b.** As *quasi*-pronoun after a preposition (esp. *since* or *till*): = which time.
  13.. *Cursor M.* 20180 (B.M. Add. MS.) Haueþ he me sette any day aȝens when I me greithe may? 1581 A. HALL *Iliad* I. 12 But then a suter will I be, til when I wish (my child) You from the battayle do absteine. 1593 SHAKS. *3 Hen. VI* II. ii. 89 *Ed.* I was adopted Heire by his consent. *Cla.* Since when, his Oath is broke. 1634 SIR T. HERBERT *Trav.* 145 Since when it [*sc.* Persia] was vanquished by Tangrolipix the Turke, an. 1030. 1712 MRS. CENTLIVRE *Perplex'd Lovers* III. i, Till when, thou Charmer of my Soul, Farewel. 1820 SHELLEY *Prometh. Unb.* III. ii. 40 Thy steeds will pause at even, till when farewell.

  **7.** With *time*, *day*, etc. as antecedent: = at or on which.
  The following OE. quot. exemplifies the kind of context out of which this constr. might arise: — *Guthlac* 82 Fyrst was on godes dome, hwonne Guðlace on his ondȝietan engel sealde þæt [etc.].
  *c*1200 ORMIN 133 Att ænne time whanne hiss lott Wass cumenn upp to þeowwtenn. *a*1300 *Cursor M.* 19716 To wait þe time Quen þai moght cum to murther him. 1362 LANGL. *P. Pl.* A. Prol. 11 In a somer sesun whon softe was þe sonne. 1406 HOCCLEVE *La Male Regle* 326 Nat tell I can the tyme Whan they to bedde goon, it is so late. *c*1440 *Gesta Rom.* xii. 38 (Harl. MS.) A day was set whanne the king shuld come and see hire. 1596 SPENSER *F.Q.* VI. vii. 32 On a day when Cupid kept his court. 1697 DRYDEN *Virg. Georg.* III. 79 A time will come, when my maturer Muse, In Cæsar's Wars, a Nobler Theme shall chuse. 1788 COWPER *Let. to S. Rose* 29 Mar., At all times, when it shall suit you to give us your company. 1845 M. PATTISON *Ess.* (1889) I. 9 The ages of faith, the ages when the Church bore sway over every action of life. 1865 NEWMAN *Hist. Relig. Opin.* iv. 201 Charges .. which .. I fully believed at the time when I made them. 1876 SWINBURNE *Note Engl. Repub.* 16 Time was when England herself might have claimed .. this noblest of human rights. 1876 MEREDITH *Beauch. Career* iv. There are times when an

**8. a.** With the notion of time modified by or merged in that of mere connexion: In the, or any, case or circumstances in which; sometimes nearly = if. Often *ellipt.* with only the predicate expressed.
  The clause with *when* is often equivalent to a phrase with preposition and gerund (*when he sees* or *saw* = 'on seeing'; *when he says* or *said* = 'in saying').
  *c*1175 *Lamb. Hom.* 153 Mildheortnesse me kuð him soluen, h[w]enne he him biþengð þet he isuneȝed haueð and þet sare bimurneð. *c*1220 *Bestiary* 502 in O.E. *Misc.* 16 ȝef ðu it soȝe wan it flet. 1357 *Lay Folk's Catech.* (T.) 518 That is when we will noght do to god almighten, .. That us augh for to do. 1370-80 *Visions St. Paul* 198 in O.E. *Misc.* 228 He opened þe Mouþ of þat put, Hit stonk foule wȝon hit was vn-schut. *c*1400 tr. *Secr. Secr., Gov. Lordsh.* 63 Ȝers and reals dedys shal bettir come to a kynges mynde whon enhyed. *c*1460 FORTESCUE *Abs. & Lim. Mon.* iv. (1885) 117 Whan a kynge rulith his reaume only to his owne profite .. he is a tyrant. 1588 A. KING tr. *Canisius' Catech.* 181 The quhilk thing the scriptur meanes quhen it sayis [etc.]. 1591 SHAKS. *Two Gent.* v. iv. 44 Oh tis the curse in Loue .. When women cannot loue, where they're belou'd. 1643 TRAPP *Comm. Gen.* xxxv. 1 God .. takes his opportunity, (for we are best, when at worst). 1724 DE FOE *Tour Gt. Brit.* 15 When I have said this, I think I have done Malden Justice. 1781 COWPER *Table-T.* 148 Most confident, when palpably most wrong. 1859 RUSKIN *Two Paths* i. §42 A painter designs when he chooses some things, refuses others, and arranges all. 1890 J. CHAMBERLAIN *Sp.* 7 May in W. S. Lilly *1st Princ. Pol.* 161 *note*, When great national interests are at stake, .. the party system breaks down.
  **b.** As simple relative (cf. 6): †(*a*) with *case* as antecedent: = in which: (*b*) in which case; whereupon; and then.
  1526 *Pilgr. Perf.* (W. de W. 1531) 2 Except in case whan you vnderstande not yt yee rede therin. 1803 *Med. Jrnl.* X. 564 It may be opened with a lancet or a needle, when the fluid will run out. 1880 *Encycl. Brit.* XI. 695/1 The ribbon .. is sometimes couped or cut short, when it becomes a *bâton*.

  **9.** With the notion of time passing into that of cause or contrast. **a.** It being the case that, seeing that, considering that, inasmuch as, since. (Often, and now only, with implication of opposition or contrast, thus approaching b.)
  *c*1230 *Hali Meid.* 9 Hwen þus is of þe riche, hwat wenes tu of þe poure? 1297 R. GLOUC. (Rolls) 2215 Wanne ȝe abbeþ fourme of him, beþ men an alle wise. *a*1330 *Otuel* 1272 Otuwel, whan it is so, Tak þe bataille a godes name. *c*1420 *Sir Amadace* xxviii, Quat wundur were hit, thaȝhe him were wo, Quen alle his godus were spendutte him fro. 1591 SHAKS. *1 Hen. VI.* IV. i. 112 What madnesse rules in braine-sicke men, When for so slight .. a cause, Such factious æmulations shall arise? *a*1637 B. JONSON *Timber* Wks. (1641) 118 And indeed when the attaining of them [*sc.* all knowledges] is possible, it were a sluggish and base thing to despaire. 1764 GOLDSM. *Trav.* 64 But where to find that happiest spot below, Who can direct, when all pretend to know? 1865 DICKENS *Mut. Fr.* IV. iii, What's the good of my pretending to stand out, when I can't help myself? 1886 [E. H. DERING] *In Light of 20th Cent.* iv. 85 'If you would only .. look at the question without prejudice—' 'Prejudice! I like that, when you are full of prejudices about it.'
  **b.** In adversative sense: While on the other hand, while on the contrary, whereas.
  †In quot. *c* 1489 = although.
  1297 R. GLOUC. (Rolls) 7770 Hii wolde euere abbe ynou, wanne þe pouere adde wo. *c*1489 CAXTON *Sonnes of Aymon* vi. 153 And whan the kyng gaaff you not his suster but a simple damoysell, yet oughte you to beleve hym. *a*1568 ASCHAM *Scholem.* II. (Arb.) 145 To follow rather the Gothes in Ryming, than the Greekes in trew versifiyng, were euen to eate ackornes with swyne, when we may freely eate wheate bread emonges men. 1610 SHAKS. *Temp.* II. i. 139 You rub the sore, When you should bring the plaister. *a*1654 SELDEN *Table-T.* (1689) 26 Little things do great works, when great things will not. 1725 RAMSAY *Gentle Sheph.* IV. ii, An estate like yours yields braw content, When we but pike it scantly on the bent. 1836 MARRYAT *Japhet* lvii, I .. received fifty shillings, when I ought to have received, at least, ten pounds. 1888 F. HARRISON *Cromwell* vi. 118 He was solemnly debating a treaty, when he never intended to keep any treaty at all.

  **III. Indefinite and substantival uses.**
  †**10. a.** *adv.* At some time (only OE. with *nú*, *seld(um)*; *when and when*, at one time and another, now and then. *Obs. rare.*
  *c*900 tr. *Bæda's Hist.* II. i. (1890) 94 He nu hwonne on þam ilcan bið on wuldre arisende mid oþrum hyrdum þære halȝan cyricean. *c*1470 HARDING *Chron.* CXXI. iv, And Scottes also that false wer when and when.
  **b.** As the second element of a compound: see ANYWHEN, AYWHEN, ELSEWHEN, EVERYWHEN, NOWHEN, SELD-*when*, SOMEWHEN.

  **11.** *as sb.* The time at which something happens (or did or will happen): = *time when* (see 7); also *vaguely*, Time, duration.
  Often conjoined with *where* or *how* similarly used.
  1616 B. JONSON *Epigr.* xxxiii. Wks. 777 Thou art but gone before, Whither the world must follow. And I, now, Breathe to expect my *when*, and make my *how*. 1765 STERNE *Tr. Shandy* VII. xxi, The gardener .. troubled his head very little with the *hows* and *whens* of life. 1819 SHELLEY *Ode to Heaven* 6 Deep, immeasurable vast, Which art now, and which wert then Of the Present and the Past, Of the eternal Where and When. 1864 NEWMAN *Apol.* VI. 362, I have very little reason to doubt about the issue of things, but the when and the how are known to Him. 1867 CARLYLE *E. Irving* in *Remin.* (1881) 101 The *when* of my first call there I do not now remember. 1885 TENNYSON *Anc. Sage* 104 Thin minds, who creep from thought to thought, Break into