# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY OF THE ENGLISH LANGUAGE

## UNABRIDGED

### SECOND EDITION

BASED UPON THE BROAD FOUNDATIONS LAID DOWN BY

Noah Webster

EXTENSIVELY REVISED BY THE PUBLISHER'S EDITORIAL STAFF UNDER THE GENERAL SUPERVISION OF

JEAN L. McKECHNIE

INCLUDING ETYMOLOGIES, FULL PRONUNCIATIONS, SYNONYMS, AND AN ENCYCLOPEDIC SUPPLEMENT OF GEOGRAPHICAL AND BIOGRAPHICAL DATA, SCRIPTURE PROPER NAMES, FOREIGN WORDS AND PHRASES, PRACTICAL BUSINESS MATHEMATICS, ABBREVIATIONS, TABLES OF WEIGHTS AND MEASURES, SIGNS AND SYMBOLS, AND FORMS OF ADDRESS

ILLUSTRATED THROUGHOUT

SIMON AND SCHUSTER

Exhibit I - Page 52

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

### Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964,
1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks
of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

10 9 8 7 6

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were pub-
lished by The World Publishing Company,
William Collins +World Publishing Co., Inc.
and William Collins Publishers, Inc.

PRINTED IN THE UNITED STATES OF AMERICA

Exhibit I - Page 53

## antitrochanter

existing against, and the denial of the doctrine of, the Trinity.
**an″ti·tro·chan′tĕr**, *n.* in anatomy, a smooth surface on the ilium against which the great trochanter plays and forms a joint, as in birds.
**an″ti·tro·chan·tĕr′ic**, *n.* pertaining to the antitrochanter.
**an·tit′rō·păl**, *a.* see *antitropous.*
**an′ti·trōpe**, *n.* [Fr. *antitrope*, from Gr. *anti*, against, and *tropos*, from *trepein*, to turn.] in anatomy, a part of an organism reversely repeated, so as to form a pair; as, the right and left ears are *antitropes* to each other.
**an·ti·trop′ic, an·ti·trop′ic·ăl**, *a.* 1. in anatomy, symmetrically related in position, as the two arms.
2. in botany, same as *sinistrorse.*
**an·tit′rō·pous, an·tit′rō·păl**, *a.* [L. *antitropus*; Gr. *antitropos*; *anti*, against, and *tropos*, from *trepein*, to turn.] in botany, having the radicle, in a seed, at the extremity most remote from the hilum, or the embryo inverted with respect to the seed.
**an·tit′rō·py**, *n.* reversed repetition of a part or organ.
**an′ti·trust**, *a.* antagonistic to or not in sympathy with trusts; opposed to or regulating business monopolies, cartels, etc.
**an′ti·tȳ′păl**, *a.* pertaining to an antitype.
**an′ti·tȳpe**, *n.* [Gr. *antitypos*; *anti*, against, corresponding to, and *typos*, form, figure.]
1. the person or thing represented or foreshadowed by an earlier type or symbol.
2. in anatomy, an antitrope.
3. an opposite type.
**an·ti·typ′ic·ăl, an·ti·typ′ic**, *a.* 1. pertaining to an antitype; explaining the type.
2. in anatomy, same as *antitropic.*
**an·ti·typ′ic·ăl·ly**, *adv.* by means of an antitype.
**an·tit′y·pous**, *a.* characterized by antitypy. [Obs.]
**an·tit′y·py**, *n.* [Gr. *antitypia*, from *antitypos*; *anti*, against, and *typos*, from *typtein*, to strike.] resistance of matter to the force of penetration.
**an″ti·vac·ci·nā′tion**, *n.* opposition to vaccination.
**an″ti·vac·ci·nā′tion·ist, an·ti·vac′cin·ist**, *n.* one who is opposed to vaccination.
**an·ti·vă·ri′ō·lous**, *a.* preventing or supposed to prevent smallpox contagion.
**an·ti·vĕ·nē′rē·ăl**, *a.* used in treating venereal disease.
**an·ti·vĕ′nin**, *n.* [*anti-*, and L. *venenum*, poison.]
1. an antitoxin for venom, as of snakes, formed in the blood by gradually increased injections of the specific venom.
2. a serum containing this antitoxin.
**an″ti·viv·i·sec′tion**, *n.* opposition to vivisection.
**an″ti·viv·i·sec′tion·ist**, *n.* one opposed to vivisection.
**an·ti·war′**, *a.* opposed to war.
**an·ti·zym′ic, an″ti·zȳ·mot′ic**, *a.* preventing or checking fermentation.
**an″ti·zȳ·mot′ic**, *n.* that which prevents fermentation.
**ant′lĕr**, *n.* [ME. *annteler*; OFr. *antoiller*, from an assumed L. *antocularis*; *ante*, before, and *oculus*, eye.]
1. the branched, deciduous horn of any animal of the deer family.
2. any branch of such a horn.

ANTLERS
a. brow antler; b. bez antler; c. antler royal; d. sur-royal or crown antler

The first year a stag has only frontal protuberances or *bossets;* the second year, a simple *snag* or *stem;* the third, a longer stem with a branch or *brow antler;* in the fourth, the *bes, bez,* or *bay antler;* in the fifth, the *antler royal* is added; in the sixth, the *crown* or *sur-royal* diverges on the top of the horn, forming the cup, which consists of two or three snags

or prongs curving upward. To these in future years others are added, the total number of branches often amounting to ten in a stag seven or eight years old.
**ant′lered** (-lĕrd), *a.* 1. furnished with or bearing antlers.
2. ornamented with antlers.
**ant′lĕr moth**, a European moth, *Charæas graminis,* the larvae of which are ruinous to grass and meadows.
**ant′li·à**, *n.*; *pl.* **ant′li·ae**, [L., a pump, from Gr. *antlia,* the hold of a ship, bilgewater.] the haustellum of a lepidopter.
**ant li′on**, 1. an insect resembling the dragon-fly and belonging to the order *Neuroplera,* the larvae of which build a trap in the earth to catch ants and other small insects.
2. its larva.
**an·toe′ci·ăns, an·toe′ci**, *n.pl.* same as *antecians.*
**an·tō·nō·mā′si·à** (-zhi-à) *n.* [L., from Gr. *antonomasia,* from *antonomazein,* to call by another name; *anti,* instead of, and *onomazein,* to name; *onoma,* name.]
1. the use of an epithet or title instead of the proper name of a person, as when *his honor* is used for a judge, or when, instead of Aristotle, we say, *the philosopher.*
2. the use of a proper name instead of a common noun, as when an eminent orator is called *a Demosthenes.*
**an·tō·nō·mas′tic, an·tō·nō·mas′tic·ăl**, *a.* of or pertaining to antonomasia.
**an·tō·nō·mas′tic·ăl·ly**, *adv.* by the use of antonomasia.
**an·ton′ō·mà·sy**, *n.* same as *antonomasia.*
**an·tō·nym**, *n.* [Gr. *antonymia,* a word used instead of another; *anti,* opposite, and *onoma, onyma,* name.] a word whose meaning is the opposite of that of some other word; as, sad is the *antonym* of happy, agreeable of disagreeable, good of bad.
**ant·or·gas′tic**, *a.* same as *antiorgastic.*
**an′tră**, *n.; pl.* of *antrum.*
**an′tral**, *a.* of or pertaining to an antrum.
**an′tre** (-tēr), *n.* [Fr. *antre,* L. *antrum;* Gr. *antron,* a cave.] a cavern; a cave. [Archaic or poetic.]
**an·trorse′**, *a.* [L. *ante,* before, and *versus,* turned, from *vertere,* to turn.] in biology, forward or upward.
**an·tro·vĕrt′**, *v.i.* [L. *ante,* before, and *vertere,* to turn.] to incline or bend forward. [Rare.]
**an′trum**, *n.; pl.* **an′trums, an′tră**, [L., a cave.]
1. a cavity or cave.
2. in anatomy, a cavity; especially, either of a pair of sinuses in the upper jaw.
**an·trus′tion** (-chun), *n.* [Fr.] a follower of the Frankish princes of the seventh century.
**ant thrush**, a bird of the genus *Pitta,* allied to the *Turdidæ* or thrush family. The name is also given to the ant bird.
**A·nū′bis**, *n.* [L., from Gr. *Anoubis;* Egypt. *Anepu.*] in Egyptian religion, a god who led the dead to judgment; identified with the Greek Hermes. He is represented as having a human body with a head like that of a jackal.
**ā·nū′clē·ăr**, *a.* in biology, without a nucleus or nuclei.
**A·nū′rà**, *n.pl.* [LL., from Gr. *an* priv., and *oura,* tail.] an order of amphibians which lose the tail when they reach maturity, as the toad and frog. Written also *anoura.*
**à·nū′răn**, *a.* [Gr. *an* priv., and *oura,* tail; and *-an.*] in zoology, belonging to a group of amphibians that includes the frogs and toads.
**à·nū′răn**, *n.* any member of the anuran group of amphibians.
**an·ū·rē′sis**, *n.* same as *anuria.*
**an·ū·ret′ic**, *a.* pertaining to anuresis.
**ā·nū′ri·à**, *n.* [LL., from Gr. *an* priv., and *ouron,* urine.] inability to excrete urine.
**ā·nū′ric**, *a.* relating to anuria.
**à·nū′rous**, *a.* tailless, as a frog or toad; relating to the *Anura.* Written also *anourous.*
**an·ū′ry**, *n.* same as *anuria.*
**ā′nus**, *n.; pl.* **ā′nus·es, ā′ni** [L.] the opening at the lower end of the alimentary canal.

## anywise

**an′vil**, *n.* [OE. *anvelt, andvell, anvylte;* AS. *anfilt, onfilte,* an anvil; *an,* on, and *fealdan,* to fold.]
1. an iron or steel block on which metal objects are hammered into shape.
2. figuratively, anything on which blows are laid.
3. in anatomy, the incus, one of the three bones of the middle ear.
**an′vil**, *v.t.* and *v.i.;* anviled or anvilled, *pt., pp.;* anviling or anvilling, *ppr.* to use an anvil in forming or forging (things).


ANVIL.

**anx·i′e·tūde**, *n.* anxiety. [Rare.]
**anx·i′e·ty** (ang-zī′), *n.; pl.* **anx·i′e·ties,** [L. *anxietas,* from *anxius,* anxious.]
1. concern or solicitude respecting some event, future or uncertain, which disturbs the mind and keeps it in a state of painful uneasiness; the state of being anxious.
2. a thought or thing that causes this.
3. an eager and often slightly worried desire; as, *anxiety* to do well.
4. in medicine, a state of restlessness and agitation of the mind, accompanied by a distressing sense of pressure in the vicinity of the heart.
Syn.—solicitude, care, foreboding, uneasiness, perplexity, disquietude, disquiet, watchfulness, restlessness.
**anx′ious** (angk′shus), *a.* [L. *anxius,* anxious, troubled, from *angere,* to trouble, choke.]
1. having anxiety or anxieties; uneasy in mind; apprehensive; worried.
2. causing anxiety.
3. eagerly wishing.
Syn.—solicitous, uneasy, concerned, restless, watchful, disturbed, uneasy, worried.
**anx′ious·ly**, *adv.* in an anxious manner.
**anx′ious·ness**, *n.* a being anxious.
**anx′ious seat,** at American revival meetings, a bench near the preacher for those with a troubled conscience who seek salvation.
**an′y** (en′y), *a.* [ME.; AS. *ænig, anig,* from *an,* one; lit., *one,* and *-y.*]
1. one (no matter which) of more than two; as, *any* boy may go.
2. some (no matter how much, how many, or what kind); as, do you have *any* apples?
3. even one; the least amount or number of; as, I haven't *any* money.
4. every; as, *any* child can tell.
**an′y**, *pron. sing.* and *pl.* any person or persons (of more than two); any amount or number.
**an′y**, *adv.* to an indefinite extent; at all; in any degree; as, *any* farther, *any* better, *any* more.
**an′y·bŏd″y**, *pron.* 1. any person; anyone.
2. a person of fame, importance, etc.; as, is he *anybody?*
**an′y·how**, *adv.* 1. under any circumstances; in any manner or way.
2. carelessly; haphazardly; as, he performs his work *anyhow.*
3. at any rate; in any case.
**an′y·one**, *pron.* any person; anybody.
**an′y one**, 1. any single.
2. any single person or thing.
**an′y·thing**, *pron.* [ME. *ani thing;* AS. *ænige thinga,* somehow.] any thing; any event, fact, etc.
*anything but;* not in the least; by no means; as, the movie was *anything but* pleasing.
**an′y·thing**, *n.* a thing, no matter of what kind.
**an′y·thing·ā′ri·ăn**, *a.* one careless as to creed or belief or indifferent in his views.
**an′y·wāy**, *adv.* 1. in any manner or way.
2. at any rate; at least; nevertheless.
3. haphazardly; carelessly.
**an′y·wāys**, *adv.* anyway. [Colloq.]
**an′y·where** (-hwâr), *adv.* 1. in, to, or at any place.
2. at all; to any extent. [Colloq.]
*anywhere from;* any amount, rate, time, etc. between (stated limits); as, *anywhere from* five to ten dollars. [Colloq.]
*to get anywhere;* to have any success; to achieve anything. [Colloq.]
**an′y·whith·ĕr**, *adv.* to or toward any place. [Archaic.]
**an′y·wīse**, *adv.* in any way or manner; at all.

āse. bụll, brūte, tūrn, up; crȳ, myth; cat, machine, ace, church, chord; ġem, aṅger, (Fr.) boṅ, aṣ; this, thin; azure    83

Exhibit I - Page 54