Army Regulation 95–2

Aviation

# Air Traffic Control, Airspace, Airfields, Flight Activities, and Navigational Aids

Headquarters
Department of the Army
Washington, DC
10 August 1990

**UNCLASSIFIED**

# SUMMARY of CHANGE

AR 95–2
Air Traffic Control, Airspace, Airfields, Flight Activities, and Navigational Aids

This revision--

o  Identifies specific responsibilities for air traffic control (para 2-1).

o  Changes qualification requirements for ATC personnel (para 2-2).

o  Changes controller certification and rating requirements (para 4-1).

o  Adds provisions for SAVES awards (para 5-4).

o  Changes addresses for DARR offices (table 6-1).

o  Provides for AID accounts (para 12-3).

o  Revisees chapters 13 and 14.

o  Changes aircraft liability requirements (table 15-1).

o  Adds requirements for airport condition reporting (para 18-5).

o  Changes requirements and representation for DOD Policy Board on Federal Aviation (chap 19).

Headquarters
Department of the Army
Washington, DC
10 August 1990

*Army Regulation 95–2

Effective 10 September 1990

Aviation

# Air Traffic Control, Airspace, Airfields, Flight Activities, and Navigational Aids

By Order of the Secretary of the Army:
CARL E. VUONO
*General, United States Army
Chief of Staff*
Official:

*[signature]*

MILTON H. HAMILTON
*Administrative Assistant to the
Secretary of the Army*

**History.** This UPDATE printing publishes a revision of this publication. This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** This regulation covers Army air traffic control general provisions; qualifications and ratings; air traffic control awards program; certification of airfields, airspace, and special military operations requirements; terminal instrument procedures; aeronautical information; terminal air navigation; and approach facilities.

**Applicability.** This regulation applies to the Active Army, the Army National Guard, the U.S. Army Reserve, except chapter 19, and all personnel who perform duties in Army ATC facilities and support facilities.

**Proponent and exception authority.** Not Applicable.

**Army management control process.** This regulation is subject to the requirements of AR 11–2. It contains internal control provisions but does not contain checklists for conducting internal control reviews. These checklists are contained in DA Circular 11–89–2.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval of HQDA (DAMO–FDV), WASH DC 20310–0460.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by the Administrative Assistant to the Secretary of the Army. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** The proponent agency of this regulation is the Office of the Deputy Chief of Staff for Operations and Plans. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) to Commander, U.S. Army Aviation Center, ATTN: ATZQ–ATC, Fort Rucker, AL 36362–5265 (Parts One, Two, and Five), or Director, U.S. Army Aeronautical Services Office, ATTN: ATZQ–ATC–A, Cameron Station, Alexandria, VA 22304–5050 (Parts Three, Four, and Six).

**Distribution.** Distribution of this publication is made in accordance with the requirements on DA Form 12–09–E, block number 3923, intended for command level A for Active Army, the Army National Guard, and the U.S. Army Reserve.

## Contents (Listed by paragraph and page number)

**Part One**
**Introduction,** *page 1*

**Chapter 1**
**General,** *page 1*

*Section I*
*Introduction, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*

*Section II*
*Responsibilities, page 1*
Secretary of the Army • 1–4, *page 1*
The Assistant Secretary of the Army (Installations, Logistics, and Environment (ASA)(I,L&E)) • 1–5, *page 1*
The Deputy Chief of Staff for Operations and Plans (DCSOPS) • 1–6, *page 1*
The Deputy Chief of Staff for Intelligence (DCSINT) • 1–7, *page 1*
The Commanding General, U.S. Army Aviation Center (CG, USAAVNC) • 1–8, *page 1*
The Director, U.S. Army Air Traffic Control Activity (USAATCA) • 1–9, *page 1*
The Director, U.S. Army Aeronautical Services Office (USAASO) • 1–10, *page 1*
Major Army commands (MACOMs) and other commands • 1–11, *page 1*
ATC or facility chief • 1–12, *page 2*

**Part Two**
**Air Traffic Control General Provisions,** *page 2*

**Chapter 2**
**General,** *page 2*
Policy • 2–1, *page 2*
Deviations • 2–2, *page 2*
Waivers • 2–3, *page 2*

**Chapter 3**
**Air Traffic Control Facilities Operations, Evaluations, and Standardization,** *page 2*

*Section I*
*Operations, page 2*
Operational agreement • 3–1, *page 2*
Establishment of approach control • 3–2, *page 2*
Establishment of ATC service • 3–3, *page 3*

---

*This regulation supersedes AR 95–2, 15 September 1988.

**Contents—Continued**

Controlled airspace • 3–4, *page 3*

*Section II*
*Evaluations and Standardization, page 3*
Evaluations • 3–5, *page 3*
Standardization • 3–6, *page 3*
Safety • 3–7, *page 3*

**Chapter 4**
**Controller Certification and Rating,** *page 3*
Facility rating • 4–1, *page 3*
Proficiency and/or currency • 4–2, *page 4*
Air traffic control specialist (ATCS) certificate • 4–3, *page 4*
Examiners • 4–4, *page 5*

**Chapter 5**
**Army Air Traffic Control Awards Program,** *page 5*
General • 5–1, *page 5*
Purpose of the awards program • 5–2, *page 5*
Nominations and format • 5–3, *page 5*
Criteria • 5–4, *page 5*
Selection • 5–5, *page 6*
Awards presentation • 5–6, *page 6*
Air Traffic Control Association (ATCA) awards • 5–7, *page 6*

**Part Three**
**Airspace and Special Military Operation Requirements,** *page 7*

**Chapter 6**
**General,** *page 7*

*Section I*
*Introduction, page 7*
Airspace requirements • 6–1, *page 7*
Visits and statements • 6–2, *page 7*

*Section 2*
*Responsibilities to the NAS and FAA, page 8*
Coordinating authority • 6–3, *page 8*
Responsibility within the National Airspace System (NAS) • 6–4, *page 8*
Responsibility outside the NAS • 6–5, *page 8*
MACOMs • 6–6, *page 9*
MACOM air traffic and airspace (AT&A) officer • 6–7, *page 9*
Major subordinate commanders, State adjutant generals, and installation commanders • 6–8, *page 9*
Installation AT&A officer • 6–9, *page 9*

*Section III*
*General Information, page 9*
Supporting publications • 6–10, *page 9*
Waiver of administrative procedures • 6–11, *page 9*
Airspace over land or water outside the United States • 6–12, *page 9*
Environmental evaluations • 6–13, *page 9*
Letter of Agreement (LOA) or Letter of Procedure (LOP) • 6–14, *page 9*
Training requirements • 6–15, *page 10*

**Chapter 7**
**Special Use Airspace,** *page 10*

*Section I*
*General, page 10*
Scope • 7–1, *page 10*
Safety requirements • 7–2, *page 10*

Annual review of SUA • 7–3, *page 10*

*Section II*
*Airspace Proposals, page 10*
Proposal categories • 7–4, *page 10*
Initiating proposals • 7–5, *page 10*
Development of proposals • 7–6, *page 10*
Coordination of proposals • 7–7, *page 10*
Submission of rulemaking proposals • 7–8, *page 10*
Submission of nonrulemaking proposals • 7–9, *page 10*
Controversial proposals • 7–10, *page 10*
Submission of proposals to the FAA • 7–11, *page 10*
Processing time • 7–12, *page 11*
Proposals submitted by other NAS users • 7–13, *page 11*
Submission of objections to proposals • 7–14, *page 11*

*Section III*
*Restricted Areas, page 11*
Requirements for restricted areas • 7–15, *page 11*
Restricted area proposals • 7–16, *page 11*
Activities requiring restricted airspace • 7–17, *page 11*
Authorized use • 7–18, *page 11*
Changes • 7–19, *page 11*
Joint use • 7–20, *page 11*
Shared use • 7–21, *page 11*
Temporary restricted areas • 7–22, *page 11*
Utilization records • 7–23, *page 11*
Utilization reports (RCS 1412–DOT–AN) • 7–24, *page 12*
Violations of Army restricted areas • 7–25, *page 12*

*Section IV*
*Other Categories of Special Use Airspace, page 12*
Prohibited areas • 7–26, *page 12*
Warning areas • 7–27, *page 12*
Military operations areas (MOAs) • 7–28, *page 12*
Alert areas • 7–29, *page 12*
Controlled firing area (CFA) • 7–30, *page 12*

**Chapter 8**
**Terminal Airspace, Airports, Navigational Aids (NAVAIDs), and Obstructions,** *page 15*

*Section I*
*General, page 15*
Scope • 8–1, *page 15*
Terminal airspace • 8–2, *page 15*
Airports, heliports, landing areas, and missile and rocket sites • 8–3, *page 16*
NAVAIDs • 8–4, *page 16*
Obstructions • 8–5, *page 16*
Notices of proposed construction or alteration • 8–6, *page 16*

**Chapter 9**
**Special Military Operations,** *page 17*
Scope • 9–1, *page 17*
Night vision lights-out operations • 9–2, *page 17*
Vertical helicopter instrument recovery procedure (VHIRP) • 9–3, *page 18*
Visual flight rule (VFR) helicopter refueling procedures • 9–4, *page 18*
Altitude reservation procedures • 9–5, *page 18*
Exercise planning • 9–6, *page 18*
Remotely piloted vehicles (RPVs) • 9–7, *page 18*

**Part Four**
**Army Aviation Aeronautical Information and Terminal Instrument Procedures,** *page 19*

**Section II
Terms**

**Aeronautical information**
Documents, such as aeronautical maps, charts, and publications used by aviators, air crews, air traffic control, and command agencies to plan, conduct, and control aircraft operations.

**Air route surveillance radar (ARSR)**
Air route traffic center radar used primarily to detect and display an aircraft's position while enroute between terminal areas. The ARSR enables controllers to provide radar ATC service when aircraft are within the ARSR coverage. In some instances, ARSR may enable an ARTCC to provide terminal radar services similar to, but usually more limited than, those provided by a radar approach control.

**Air traffic**
Aircraft operating in the air or on an airport surface, exclusive of loading ramps and parking areas.

**Air traffic activity count**
A statistical summary of the various landing, departing, or overflight operations at a given aviation facility.

**ATC assigned airspace**
Airspace of defined vertical and lateral limits assigned by ATC for the purpose of providing air traffic separation between specified activities being conducted within the assigned airspace and nonparticipating IFR traffic.

**ATC chief**
A person who supervises and manages all ATC activities within a designated geographical or command area.

**ATC facility**
A facility (including personnel, equipment, and structures) that provides ATC service. Included are ATC tower, Army approach control, Army radar approach control, ground controlled approach, flight operations center, flight coordination center, or fixed base flight following.

**Air Traffic Control Radar Beacon System**
Radar pulses transmitted from the searching transmitter/receiver(interrogator) site that are received in the cooperative equipment and used to trigger a distinctive transmission from the transponder. This reply transmission, rather than a reflected signal, is then received back at the tranmsitter/receiver site for processing and display at an air traffic control facility.

**ATC service**
A service provided for promoting safe, orderly, and expeditious flow of air traffic including airport, approach, and en route ATC service.

**ATC specialist**
A person authorized to provide ATC service.

**Air Traffic Control Specialist (ATCS) Certificate (FAA Form 722–1))**
A certificate issued by CG, U.S. Army Aviation Center (USAAVNC), that authorizes the holder to act as an ATC specialist in accordance with this regulation, Federal Aviation Administration (FAA) Order 7220.1A, and FM 95–93. This certificate will be used in conjunction with the Airman Certificate (AC Form 8060–1) by control tower operators where required by FAA or host country.

**ATCS facility rating examiner**
A person having authority to administer and issue ATCS facility ratings to ATC specialists. The ATC or facility chief nominates and the Director, U.S. Army Air Traffic Control Activity (USAATCA) appoints the examiner.

**ATC tower**
A facility providing ATC service.

**Aircraft**
Any contrivance or device used or intended to be used for flight in the air.

**Airfield**
Any runway or landing area designed for use by aircraft.

**Airfield Advisory Service (AAS)**
A service provided by some operations not served by a control tower or when a part-time tower is closed down. This service may consist of providing information to landing and departing aircraft concerning wind direction and velocity, favored runway, altimeter setting, pertinent known traffic, pertinent known field conditions, airport taxi routes and traffic patterns, and authorized instrument approach procedures. No control of traffic is exercised.

**Airfield lighting**
All lighted visual aid systems associated with an airfield or heliport that aid the pilot in safely operating the aircraft.

**Airman Certificate (AC Form 8060–1)**
A certificate issued by the FAA that authorized the holder to act as an airman in accordance with Federal Aviation Regulations (FAR), Part 65.

**Airport surveillance radar**
Radar displaying range and azimuth that is normally used in a terminal area as an aid to approach and departure control.

**Airspace matters**
Actions related to the use of airspace, including—
  *a.* Establishing or amending rules, regulations, or orders affecting the use of airspace.
  *b.* Establishing or modifying special use airspace and controlled airspace.
  *c.* Preparing and submitting notices on the establishment, modification, or discontinuance of airfields, heliports, landing areas, missile sites, and rocket sites.
  *d.* Establishing, relocating, or discontinuing NAVAID facilities.
  *e.* Preparing and submitting notices of construction or alteration affecting the use of airspace.

**Approval authority**
The individual or agency having authority to approve landing at AAFs by nonexempt aircraft.

**Approach control service**
Air traffic control service provided by an approach control facility for arriving and departing VFR/IFR aircraft and, on occasion, en route aircraft. At some airports not served by an approach control facility, the Air Route Traffic Control Center provides limited approach control service.

**Army Airfield**
An airfield owned or operated by the Army.

**Army approach control**
A nonradar air traffic control facility located at a U.S. Army airfield or heliport using air and/or ground communications equipment to provide approach control service to aircraft arriving, departing, or transiting the airspace controlled by the facility.

**Army flight activity**
An activity located on property that may not be under Army jurisdiction or on Federal land. Flying operations at the Army flight activity may be conducted by the Army, USAR, or ARNG.

**Army heliport**
A facility designated for operating, basing, servicing, and maintaining helicopters.

**Army radar approach control facility**
A facility providing radar approach control service through the use of ASR and normally includes precision approach radar.

**Authorized buyer letter**
A letter of agreement that qualified operators must file with the Army in order to purchase aviation petroleum oils and lubricants on credit.

**Automated Radar Terminal System**
A computer system that displays for the terminal controller aircraft identification, flight plan data, other flight associated information, and aircraft position symbols in conjunction with his/her radar presentation.

**Aviation requirement**
Aviation requirement refers to existing or changes in aviation assets or mission that may result in added or fewer ATC and NAVAID facilities and personnel support requirements.

**Bailed aircraft**
U. S. Government-owned aircraft delivered to