RECEIVED
LIBRARY

NOV 2 9 2004

KIRKLAND & ELLIS LLP
NEW YORK OFFICE



# SAE Dictionary of Aerospace Engineering

William H. Cubberly

Published by:
Society of Automotive Engineers, Inc.
400 Commonwealth Drive
rendale, PA  15096-0001



Copyright © 1992 Society of Automotive Engineers, Inc.

Library of Congress Catalog Card Number 92-64101
ISBN 1-56091-286-3

All rights reserved. Printed in the United States of America.

Permission to photocopy for internal or personal use, or the internal or personal use of specific clients is granted by SAE for libraries and other users registered with the Copyright Clearance Center (CCC), provided that the base fee of $.50 per page is paid directly to CCC, 27 Congress St., Salem, MA 01970. Special requests should be addressed to the SAE Publications Group.
1-56091-286-3/92 $.50

SAE Order No. M-107

**sideslip**  A slip in which the airplane's longitudinal axis remains parallel to the original flight path, but in which the actual flight path changes direction according to the steepness of the bank. A sideslip is used to make the airplane move sideways through the air to counteract the drift which results from a crosswind. See also slip.[ARP4107-88]

**side-step maneuver**  A VFR maneuver accomplished by a pilot at the completion of an instrument approach to permit a straight-in landing on a parallel runway not more than 1200 ft to either side of the runway to which the instrument approach was conducted. Landing minimums for a side-step maneuver will be higher than those to the primary runway, but normally will be lower than the published circling minimums.[ARP 4107-88]

**sidetone**  Feature which enables speaker to hear his/her own transmission in the headset.[ARP4107-88]

**siemens**  Metric unit of conductance.

**sieve**  1. A meshed or perforated sheet, usually of metal, used for straining liquids, classifying particulate matter or breaking up masses of loosely adherent or softly compacted solids. 2. A meshed sheet with apertures of uniform standard size used as an element of a set of screens for determining particle size distribution of a loose aggregate.

**sieve fraction**  The portion of a loose aggregate mass that passes through a standard sieve of given size number but does not pass through the next finer standard sieve; usually expressed in weight percent.

**sight glass**  A glass tube, or a glass-faced section of a process line, used for sighting liquid levels or taking manometer readings.

**sighting tube**  A tube, usually made of a ceramic material, that is used primarily for directing the line of sight for an optical pyrometer into a hot chamber.

**sigma phase**  A brittle, nonmagnetic, intermetallic compound generally formed between iron and chromium during long periods of exposure at 1050 to 1800 °F.

**SIGMET**  An acronym for SIGnificant METeorological information; a weather advisory concerning weather significant to the safety of all aircraft. SIGMET advisories cover severe and extreme turbulence, severe icing, and widespread dust or sandstorms that reduce visibility to less than 3 miles.[ARP4107-88]

**sign**  1. In arithmetic, a symbol which distinguishes negative quantities from positive ones. 2. An indication of whether a quantity is greater than zero or less than zero. The signs often are the marks, + and -, respectively, but other arbitrarily selected symbols may be used, such as 0 and 1, or 0 and 9; when used as codes at a predetermined location, they can be interpreted by a person or machine.

**signal**  1. A measure or quantity of the medium used to communicate a condition, effect, or other desired intelligence from one point in the system to another. In an electrical system this may be a voltage; in a hydraulic system, a pressure. A signal may be generated by a sensor, controller or selector or other such reference device.[ARP419-57] 2. Information conveyed from one point in a transmission or control system to another. Signal changes usually call for action or movement. 3. The event or phenomenon that conveys data from one point to another. 4. A time-dependent value attached to a physical phenomenon and conveying data.

**signal attenuation**  The reduction in the strength of electrical signals.

**signal common**  The reference point for all voltage signals in a system. Current flow into signal common is minimized to prevent IR drops which induce inac-