14 C.F.R. § 91.1415

**Effective: [See Text Amendments]**

Code of Federal Regulations Currentness
 Title 14. Aeronautics and Space
  Chapter I. Federal Aviation Administration, Department of Transportation
   Subchapter F. Air Traffic and General Operating Rules
    Part 91. General Operating and Flight Rules (Refs & Annos)
     Subpart K. Fractional Ownership Operations (Refs & Annos)
      Program Management

### § 91.1415 CAMP: Mechanical reliability reports.

(a) Each program manager who maintains program aircraft under a CAMP must report the occurrence or detection of each failure, malfunction, or defect in an aircraft concerning--

(1) Fires during flight and whether the related fire-warning system functioned properly;

(2) Fires during flight not protected by related fire-warning system;

(3) False fire-warning during flight;

(4) An exhaust system that causes damage during flight to the engine, adjacent structure, equipment, or components;

(5) An aircraft component that causes accumulation or circulation of smoke, vapor, or toxic or noxious fumes in the crew compartment or passenger cabin during flight;

(6) Engine shutdown during flight because of flameout;

(7) Engine shutdown during flight when external damage to the engine or aircraft structure occurs;

(8) Engine shutdown during flight because of foreign object ingestion or icing;

(9) Shutdown of more than one engine during flight;

(10) A propeller feathering system or ability of the system to control overspeed during flight;

(11) A fuel or fuel-dumping system that affects fuel flow or causes hazardous leakage during flight;

(12) An unwanted landing gear extension or retraction or opening or closing of landing gear doors during flight;

(13) Brake system components that result in loss of brake actuating force when the aircraft is in motion on the ground;

(14) Aircraft structure that requires major repair;

(15) Cracks, permanent deformation, or corrosion of aircraft structures, if more than the maximum acceptable to the manufacturer or the FAA; and

(16) Aircraft components or systems that result in taking emergency actions during flight (except action to shut down an engine).

(b) For the purpose of this section, during flight means the period from the moment the aircraft leaves the surface of the earth on takeoff until it touches down on landing.

(c) In addition to the reports required by paragraph (a) of this section, each program manager must report any other failure, malfunction, or defect in an aircraft that occurs or is detected at any time if, in the manager's opinion, the failure, malfunction, or defect has endangered or may endanger the safe operation of the aircraft.

(d) Each program manager must send each report

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

14 C.F.R. § 91.1415

required by this section, in writing, covering each 24-hour period beginning at 0900 hours local time of each day and ending at 0900 hours local time on the next day to the Flight Standards District Office that issued the program manager's management specifications. Each report of occurrences during a 24-hour period must be mailed or transmitted to that office within the next 72 hours. However, a report that is due on Saturday or Sunday may be mailed or transmitted on the following Monday and one that is due on a holiday may be mailed or transmitted on the next workday. For aircraft operated in areas where mail is not collected, reports may be mailed or transmitted within 72 hours after the aircraft returns to a point where the mail is collected.

(e) The program manager must transmit the reports required by this section on a form and in a manner prescribed by the Administrator, and must include as much of the following as is available:

   (1) The type and identification number of the aircraft.

   (2) The name of the program manager.

   (3) The date.

   (4) The nature of the failure, malfunction, or defect.

   (5) Identification of the part and system involved, including available information pertaining to type designation of the major component and time since last overhaul, if known.

   (6) Apparent cause of the failure, malfunction or defect (for example, wear, crack, design deficiency, or personnel error).

   (7) Other pertinent information necessary for more complete identification, determination of seriousness, or corrective action.

(f) A program manager that is also the holder of a type certificate (including a supplemental type certificate), a Parts Manufacturer Approval, or a Technical Standard Order Authorization, or that is the licensee of a type certificate need not report a failure, malfunction, or defect under this section if the failure, malfunction, or defect has been reported by it under § 21.3 of this chapter or under the accident reporting provisions of part 830 of the regulations of the National Transportation Safety Board.

(g) No person may withhold a report required by this section even when not all information required by this section is available.

(h) When the program manager receives additional information, including information from the manufacturer or other agency, concerning a report required by this section, the program manager must expeditiously submit it as a supplement to the first report and reference the date and place of submission of the first report.

SOURCE: 56 FR 23178, May 20, 1991; 56 FR 48657, Sept. 25, 1991; 56 FR 65657, Dec. 17, 1991; 59 FR 32057, June 21, 1994; Amdt. 91-245, 60 FR 65913, Dec. 20, 1995; Amdt. 91-246, 60 FR 67255, Dec. 28, 1995; Amdt. 91-249, 61 FR 7190, Feb. 26, 1996; Amdt. 91-280, 68 FR 54561, Sept. 17, 2003; 69 FR 6531, Feb. 11, 2004; Amdt. 21-88, 71 FR 52259, Sept. 1, 2006, unless otherwise noted.

AUTHORITY: 49 U.S.C. 106(g), 1155, 40103, 40113, 40120, 44101, 44111, 44701, 44704, 44709, 44711, 44712, 44715, 44716, 44717, 44722, 46306, 46315, 46316, 46504, 46506-46507, 47122, 47508, 47528-47531, articles 12 and 29 of the Convention on International Civil Aviation (61 Stat. 1180).

14 C. F. R. § 91.1415, **14 CFR § 91.1415**

          Current through January 10, 2008; 73 FR 1953

          Copr. © 2008 Thomson/West

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.