14 C.F.R. § 121.703

**C**

**Effective: January 30, 2006**

Code of Federal Regulations  Currentness
  Title 14. Aeronautics and Space
    Chapter I. Federal Aviation Administration, Department of Transportation
      Subchapter G. Air Carriers and Operators for Compensation or Hire: Certification and Operations
        Part 121. Operating Requirements: Domestic, Flag, and Supplemental Operations (Refs & Annos)
          Subpart V. Records and Reports (Refs & Annos)

→ **§ 121.703 Service difficulty reports.**

(a) Each certificate holder shall report the occurrence or detection of each failure, malfunction, or defect concerning--

(1) Fires during flight and whether the related fire-warning system functioned properly;

(2) Fires during flight not protected by a related fire-warning system;

(3) False fire warning during flight;

(4) An engine exhaust system that causes damage during flight to the engine, adjacent structure, equipment, or components;

(5) An aircraft component that causes accumulation or circulation of smoke, vapor, or toxic or noxious fumes in the crew compartment or passenger cabin during flight;

(6) Engine shutdown during flight because of flameout;

(7) Engine shutdown during flight when external damage to the engine or airplane structure occurs;

(8) Engine shutdown during flight due to foreign object ingestion or icing;

(9) Engine shutdown during flight of more than one engine;

(10) A propeller feathering system or ability of the system to control overspeed during flight;

(11) A fuel or fuel-dumping system that affects fuel flow or causes hazardous leakage during flight;

(12) An unwanted landing gear extension or retraction, or an unwanted opening or closing of landing gear doors during flight;

(13) Brake system components that result in loss of brake actuating force when the airplane is in motion on the ground;

(14) Aircraft structure that requires major repair;

(15) Cracks, permanent deformation, or corrosion of aircraft structures, if more than the maximum acceptable to the manufacturer or the FAA;

(16) Aircraft components or systems that result in taking emergency actions during flight (except action to shutdown an engine); and

(17) Emergency evacuation systems or components including all exit doors, passenger emergency evacuation lighting systems, or evacuation equipment that are found defective, or that fail to perform the intended functions during an actual emergency or during training, testing, maintenance, demonstrations, or inadvertent deployments.

(b) For the purpose of this section "during flight" means the period from the moment the aircraft leaves the surface of the earth on takeoff until it touches down on landing.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

(c) In addition to the reports required by paragraph (a) of this section, each certificate holder shall report any other failure, malfunction, or defect in an aircraft that occurs or is detected at any time if, in its opinion, that failure, malfunction, or defect has endangered or may endanger the safe operation of an aircraft used by it.

(d) Each certificate holder shall submit each report required by this section, covering each 24-hour period beginning at 0900 local time of each day and ending at 0900 local time on the next day, to the FAA offices in Oklahoma City, Oklahoma. Each report of occurrences during a 24-hour period shall be submitted to the collection point within the next 96 hours. However, a report due on Saturday or Sunday may be submitted on the following Monday, and a report due on a holiday may be submitted on the next work day.

(e) The certificate holder shall submit the reports required by this section on a form or in another format acceptable to the Administrator. The reports shall include the following information:

(1) Type and identification number of the aircraft.

(2) The name of the operator.

(3) The date, flight number, and stage during which the incident occurred (e.g., preflight, takeoff, climb, cruise, descent landing, and inspection).

(4) The emergency procedure effected (e.g., unscheduled landing and emergency descent).

(5) The nature of the failure, malfunction, or defect.

(6) Identification of the part and system involved, including available information pertaining to type designation of the major component and time since overhaul.

(7) Apparent cause of the failure, malfunction, or defect (e.g., wear, crack, design deficiency, or personnel error).

(8) Whether the part was repaired, replaced, sent to the manufacturer, or other action taken.

(9) Whether the aircraft was grounded.

(10) Other pertinent information necessary for more complete identification, determination of seriousness, or corrective action.

(f) A certificate holder that is also the holder of a Type Certificate (including a Supplemental Type Certificate), a Parts Manufacturer Approval, or a Technical Standard Order Authorization, or that is the licensee of a type certificate holder, need not report a failure, malfunction, or defect under this section if the failure, malfunction, or defect has been reported by it under § 21.3 of this chapter or under the accident reporting provisions of 14 CFR part 830.

(g) No person may withhold a report required by this section even though all information required in this section is not available.

(h) When certificate holder gets additional information, including information from the manufacturer or other agency, concerning a report required by this section, it shall expeditiously submit it as a supplement to the first report and reference the date and place of submission of the first report.

[Doc. No. 6258, 29 FR 19226, Dec. 31, 1964, as amended by Doc. No. 8084, 32 FR 5770, April 11, 1967; Amdt. 121-72, 35 FR 18188, Nov. 28, 1970; Amdt. 121-143, 43 FR 22642, May 25, 1978; Amdt. 121-178, 47 FR 13316, March 29, 1982; Amdt. 121-187, 50 FR 32375, Aug. 9, 1985; Amdt. 121-195, 53 FR 8728, March 16, 1988; Amdt. 121-251, 60 FR 65935, Dec. 20, 1995; Amdt. 121-279, 65 FR 56201, Sept. 15, 2000; 65 FR 80743, Dec. 22, 2000; Amdt. 121-284, 66 FR 21626, April 30, 2001; 66 FR 58912, Nov. 23, 2001; 67 FR 78970, Dec. 27, 2002; 68 FR 75116, Dec. 30, 2003; Amdt. 121-319, 70 FR 76979, Dec. 29, 2005]

SOURCE: Docket No. 6258, 29 FR 19226, Dec. 31, 1964, unless otherwise noted.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

14 C.F.R. § 121.703

14 C. F. R. § 121.703, **14 CFR § 121.703**

Current through January 10, 2008; 73 FR
1953

Copr. © 2007 Thomson/
West

END OF DOCUMENT

Exhibit O - Page 80