14 C.F.R. § 135.415

C

**Effective: January 30, 2006**

Code of Federal Regulations Currentness
 Title 14. Aeronautics and Space
  Chapter I. Federal Aviation Administration, Department of Transportation
   Subchapter G. Air Carriers and Operators for Compensation or Hire: Certification and Operations
    Part 135. Operating Requirements: Commuter and on Demand Operations and Rules Governing Persons on Board Such Aircraft (Refs & Annos)
     Subpart J. Maintenance, Preventive Maintenance, and Alterations

→ **§ 135.415 Service difficulty reports.**

(a) Each certificate holder shall report the occurrence or detection of each failure, malfunction, or defect in an aircraft concerning--

 (1) Fires during flight and whether the related fire-warning system functioned properly;

 (2) Fires during flight not protected by related fire-warning system;

 (3) False fire-warning during flight;

 (4) An exhaust system that causes damage during flight to the engine, adjacent structure, equipment, or components;

 (5) An aircraft component that causes accumulation or circulation of smoke, vapor, or toxic or noxious fumes in the crew compartment or passenger cabin during flight;

 (6) Engine shutdown during flight because of flameout;

 (7) Engine shutdown during flight when external damage to the engine or aircraft structure occurs;

 (8) Engine shutdown during flight due to foreign object ingestion or icing;

 (9) Shutdown of more than one engine during flight;

 (10) A propeller feathering system or ability of the system to control overspeed during flight;

 (11) A fuel or fuel-dumping system that affects fuel flow or causes hazardous leakage during flight;

 (12) An unwanted landing gear extension or retraction or opening or closing of landing gear doors during flight;

 (13) Brake system components that result in loss of brake actuating force when the aircraft is in motion on the ground;

 (14) Aircraft structure that requires major repair;

 (15) Cracks, permanent deformation, or corrosion of aircraft structures, if more than the maximum acceptable to the manufacturer or the FAA; and

 (16) Aircraft components or systems that result in taking emergency actions during flight (except action to shut-down an engine).

(b) For the purpose of this section, "during flight" means the period from the moment the aircraft leaves the surface of the earth on takeoff until it touches down on landing.

(c) In addition to the reports required by paragraph (a) of this section, each certificate holder shall report any other failure, malfunction, or defect in an aircraft that occurs or is detected at any time if, in its opinion, the failure, malfunction, or defect has endangered or may endanger the safe operation of the aircraft.

(d) Each certificate holder shall submit each report

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

required by this section, covering each 24-hour period beginning at 0900 local time of each day and ending at 0900 local time on the next day, to the FAA offices in Oklahoma City, Oklahoma. Each report of occurrences during a 24-hour period shall be submitted to the collection point within the next 96 hours. However, a report due on Saturday or Sunday may be submitted on the following Monday, and a report due on a holiday may be submitted on the next workday.

(e) The certificate holder shall transmit the reports required by this section on a form and in a manner prescribed by the Administrator, and shall include as much of the following as is available:

(1) The type and identification number of the aircraft.

(2) The name of the operator.

(3) The date.

(4) The nature of the failure, malfunction, or defect.

(5) Identification of the part and system involved, including available information pertaining to type designation of the major component and time since last overhaul, if known.

(6) Apparent cause of the failure, malfunction or defect (e.g., wear, crack, design deficiency, or personnel error).

(7) Other pertinent information necessary for more complete identification, determination of seriousness, or corrective action.

(f) A certificate holder that is also the holder of a type certificate (including a supplemental type certificate), a Parts Manufacturer Approval, or a Technical Standard Order Authorization, or that is the licensee of a type certificate need not report a failure, malfunction, or defect under this section if the failure, malfunction, or defect has been reported by it under § 21.3 or § 37.17 of this chapter or under the accident reporting provisions of Part 830 of the regulations of the National Transportation Safety Board.

(g) No person may withhold a report required by this section even though all information required by this section is not available.

(h) When the certificate holder gets additional information, including information from the manufacturer or other agency, concerning a report required by this section, it shall expeditiously submit it as a supplement to the first report and reference the date and place of submission of the first report.

[Amdt. 135-77, 65 FR 56204, Sept. 15, 2000; 65 FR 80743, Dec. 22, 2000; Amdt. 135-81, 66 FR 21626, April 30, 2001; 66 FR 58912, Nov. 23, 2001; 67 FR 78970, Dec. 27, 2002; 68 FR 75116, Dec. 30, 2003; Amdt. 135-102, 70 FR 76979, Dec. 29, 2005]

SOURCE: Docket No. 16097, 43 FR 46783, Oct. 10, 1978; 51 FR 40709, Nov. 7, 1986; 52 FR 9637, March 25, 1987; 52 FR 22743, June 15, 1987; 53 FR 12362, April 13, 1988; 53 FR 26151, July 11, 1988; 54 FR 23865, June 2, 1989; 55 FR 8367, March 7, 1990; 55 FR 23047, June 5, 1990; 56 FR 25451, June 4, 1991; 56 FR 43976, Sept. 5, 1991; 56 FR 65663, Dec. 17, 1991; 58 FR 34515, June 25, 1993; 59 FR 7396, Feb. 15, 1994; 59 FR 32058, June 21, 1994; 60 FR 29754, June 6, 1995; Amdt. 135-58, 60 FR 65937, Dec. 20, 1995; Amdt. 135-57, 60 FR 65949, Dec. 20, 1995; Amdt. 135-59, 60 FR 67256, Dec. 28, 1995; Amdt. 135-60, 61 FR 2616, Jan. 26, 1996; 62 FR 1205, Jan. 8, 1997; 62 FR 7675, Feb. 20, 1997; Amdt. 135- 76, 65 FR 36780, June 9, 2000; Amdt. 135-105, 71 FR 35765, June 21, 2006, unless otherwise noted.

AUTHORITY: 49 U.S.C. 106(g), 41706, 40113, 44701-44702, 44705, 44709, 44711-44713, 44715-44717, 44722, 45101-45105.

14 C. F. R. § 135.415, **14 CFR § 135.415**

Current through January 10, 2008; 73 FR 1953

Copr. © 2007 Thomson/

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

14 C.F.R. § 135.415

West

END OF DOCUMENT

Exhibit P - Page 83

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.