UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV06-06803-MMM (SHx) | Date | January 28, 2008 |
| Title | Teledyne Technologies Incorporated v. Honeywell International Inc | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Anderson<br>Joseph M. Paunovich<br>Anthony Alden<br>Frederick Lorig | Luke L. Dauchot |

**Proceedings:**   MARKMAN HEARING

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the matter **UNDER SUBMISSION**. The Court will issue an order.