KIRKLAND & ELLIS LLP
Robert G. Krupka, P.C. (S.B.N. 196625)
rkrupka@kirkland.com
Luke L. Dauchot (S.B.N. 229829)
ldauchot@kirkland.com
Ephraim D. Starr (S.B.N. 186409)
estarr@kirkland.com
777 South Figueroa Street
Los Angeles, California  90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Defendant-Counterclaimant
HONEYWELL INTERNATIONAL INC.
and Counterclaimant HONEYWELL
INTELLECTUAL PROPERTIES INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TELEDYNE TECHNOLOGIES INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL INC., a Delaware corporation,<br><br>    Defendant.<br><br>HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., a Delaware corporation,<br><br>    Counterclaimants.<br><br>vs.<br><br>TELEDYNE TECHNOLOGIES INC., a Delaware corporation,<br>    Counterdefendant. | Case No. CV 06-06803<br><br>Assigned to: Hon. Margaret M. Morrow<br><br>**DECLARATION OF EPHRAIM D. STARR IN SUPPORT OF HONEYWELL'S SUPPLEMENTAL *MARKMAN* BRIEF RE U.S. PATENTS 6,477,152 AND 6,438,468**<br><br>Date:    TBD<br>Time:   TBD<br>Place:   Courtroom 780 |

## **DECLARATION OF EPHRAIM D. STARR**

I, Ephraim D. Starr, declare as follows:

1. I am a member of the Bar of the State of California and am a partner at Kirkland & Ellis LLP, attorneys of record for Defendant-Counterclaimant Honeywell International Inc. and Counterclaimant Honeywell Intellectual Properties Inc. (collectively "Honeywell"). I submit this declaration on the basis of personal, firsthand knowledge in support of Honeywell's Supplemental *Markman* Brief Re U.S. Patents 6,477,152 And 6,438,468, and if called upon to do so, would and could competently testify as follows:

2. A true and correct copy of relevant excerpts from Merriam-Webster's Collegiate Dictionary is attached hereto as Exhibit A.  The arrow has been added for the convenience of the Court.

3. A true and correct copy of relevant excerpts from Random House Webster's Computer & Internet Dictionary is attached hereto as Exhibit B.  The arrow has been added for the convenience of the Court.

4. A true and correct copy of relevant excerpts from The American Heritage Dictionary is attached hereto as Exhibit C.  The arrow has been added for the convenience of the Court.

5. A true and correct copy of the Declaration of Alvin H. Burgemeister and its Exhibit 1 are attached hereto as Exhibit D.

//
//
//
//
//
//
//

1

DECLARATION OF EPHRAIM D. STARR
IN SUPPORT OF HONEYWELL'S SUPPLEMENTAL MARKMAN BRIEF

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February, 2008 at Los Angeles, California.

By: /s/ Ephraim D. Starr
Ephraim D. Starr
KIRKLAND & ELLIS LLP

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.
and Counterclaimants
HONEYWELL INTERNATIONAL INC.
and HONEYWELL INTELLECTUAL
PROPERTIES INC.

DECLARATION OF EPHRAIM D. STARR
IN SUPPORT OF HONEYWELL'S SUPPLEMENTAL MARKMAN BRIEF