

# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Exhibit A - Page 3



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1996 by Merriam-Webster, Incorporated

Philippines Copyright 1996 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1996
423—dc20 95-36076
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

141516RMcN96

ecclesiastical governing or advisory council: as **a :** the governing assembly of an Episcopal province **b :** a Presbyterian governing body ranking between the presbytery and the general assembly **c :** a regional or national organization of Lutheran congregations **2 :** the ecclesiastical district governed by a synod — **syn·od·al** \'si-nə-dᵊl, -ˌnä-\ *adj*

**syn·od·ic** \sə-'nä-dik\ *or* **syn·od·i·cal** \-di-kəl\ *adj* (1561) **1 :** of or relating to a synod : SYNODAL **2** *usu synodic* [Gk *synodikos,* fr. *synodos* meeting, conjunction] **:** relating to conjunction; *esp* **:** relating to the period between two successive conjunctions of the same celestial bodies (as the moon and the sun)

**synodic month** *n* (1654) **:** a lunar month

**syn·o·nym** \'si-nə-ˌnim\ *n* [ME *sinonyme,* fr. L *synonymum,* fr. Gk *synōnymon,* fr. neut. of *synōnymos* synonymous, fr. *syn-* + *onyma* name — more at NAME] (15c) **1 :** one of two or more words or expressions of the same language that have the same or nearly the same meaning in some or all senses **2 :** a symbolic or figurative name **:** METONYM **3 :** a taxonomic name rejected as being incorrectly applied or incorrect in form — compare HOMONYM — **syn·o·nym·ic** \ˌsi-nə-'ni-mik\ *also* **syn·o·nym·i·cal** \-mi-kəl\ *adj* — **syn·o·nym·i·ty** \-'ni-mə-tē\ *n*

**syn·on·y·mist** \sə-'nä-nə-mist\ *n* (ca. 1753) **:** one who lists, studies, or discriminates synonyms

**syn·on·y·mize** \-ˌmīz\ *vt* **-mized; -miz·ing** (ca. 1595) **1 a :** to give or analyze the synonyms of (a word) **b :** to provide (as a dictionary) with synonymies **2 :** to demonstrate (a taxonomic name) to be a synonym

**syn·on·y·mous** \-məs\ *adj* (1610) **1 :** having the character of a synonym; *also* **:** alike in meaning or significance **2 :** having the same connotations, implications, or reference ⟨to runners, Boston is ~ with marathon —*Runners World*⟩ — **syn·on·y·mous·ly** *adv*

**syn·on·y·my** \-mē\ *n, pl* **-mies** (1683) **1 a :** a list or collection of synonyms often defined and discriminated from each other **b :** the study or discrimination of synonyms **2 :** the scientific names that have been used in different publications to designate a taxonomic group (as a species); *also* **:** a list of these **3 :** the quality or state of being synonymous

**syn·op·sis** \sə-'näp-səs\ *n, pl* **-op·ses** \-ˌsēz\ [LL, fr. Gk, lit., comprehensive view, fr. *synopsesthai* to be going to see together, fr. *syn-* + *opsesthai* to be going to see — more at OPTIC] (1611) **1 :** a condensed statement or outline (as of a narrative or treatise) **:** ABSTRACT **2 :** the abbreviated conjugation of a verb in one person only

**syn·op·size** \-ˌsīz\ *vt* **-sized; -siz·ing** (1882) **1 :** EPITOMIZE **2 :** to make a synopsis of (as a novel)

**syn·op·tic** \sə-'näp-tik\ *also* **syn·op·ti·cal** \-ti-kəl\ *adj* [Gk *synoptikos,* fr. *synopsesthai*] (1763) **1 :** affording a general view of a whole **2 :** manifesting or characterized by comprehensiveness or breadth of view **3 :** presenting or taking the same or common view; *specif, often cap* **:** of or relating to the first three Gospels of the New Testament **4 :** relating to or displaying conditions (as of the atmosphere or weather) as they exist simultaneously over a broad area — **syn·op·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·os·to·sis** \ˌsi-ˌnäs-'tō-səs\ *n, pl* **-to·ses** \-ˌsēz\ [NL] (ca. 1848) **:** union of two or more separate bones to form a single bone

**sy·no·via** \sə-'nō-vē-ə, sī-\ *n* [NL] (1726) **:** a transparent viscid lubricating fluid secreted by a membrane of an articulation, bursa, or tendon sheath

**sy·no·vi·al** \-vē-əl\ *adj* (1756) **:** of, relating to, secreting, or being synovia ⟨~ membranes⟩ ⟨~ fluid⟩

**sy·no·vi·tis** \ˌsi-nə-'vī-təs\ *n* (ca. 1836) **:** inflammation of a synovial membrane

**syn·tac·tic** \sin-'tak-tik\ *or* **syn·tac·ti·cal** \-ti-kəl\ *adj* [NL *syntacticus,* fr. Gk *syntaktikos* arranging together, fr. *syntassein*] (1577) **:** of, relating to, or according to the rules of syntax or syntactics — **syn·tac·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·tac·tics** \-tiks\ *n pl but sing or pl in constr* (1937) **:** a branch of semiotic that deals with the formal relations between signs or expressions in abstraction from their signification and their interpreters

**syn·tag·ma** \sin-'tag-mə\ *n, pl* **-mas** *or* **-ma·ta** \-mə-tə\ [Gk, fr. *syntassein*] (1937) **:** a syntactic element — **syn·tag·mat·ic** \ˌsin-ˌtag-'ma-tik\ *adj*

**syn·tax** \'sin-ˌtaks\ *n* [F or LL; F *syntaxe,* fr. LL *syntaxis,* fr. Gk, fr. *syntassein* to arrange together, fr. *syn-* + *tassein* to arrange] (1574) **1 a :** the way in which linguistic elements (as words) are put together to form constituents (as phrases or clauses) **b :** the part of grammar dealing with this **2 :** a connected or orderly system **:** harmonious arrangement of parts or elements **3 :** syntactics esp. as dealing with the formal properties of languages or calculi

**synth** \'sin(t)th\ *n, often attrib* (1976) **:** SYNTHESIZER 2

**syn·the·sis** \'sin(t)-thə-səs\ *n, pl* **-the·ses** \-ˌsēz\ [Gk, fr. *syntithenai* to put together, fr. *syn-* + *tithenai* to put, place — more at DO] (1589) **1 a :** the composition or combination of parts or elements so as to form a whole **b :** the production of a substance by the union of chemical elements, groups, or simpler compounds or by the degradation of a complex compound **c :** the combining of often diverse conceptions into a coherent whole; *also* **:** the complex so formed **2 a :** deductive reasoning **b :** the dialectic combination of thesis and antithesis into a higher stage of truth **3 :** the frequent and systematic use of inflected forms as a characteristic device of a language — **syn·the·sist** \-sist\ *n*

**synthesis gas** *n* (ca. 1941) **:** a mixture of carbon monoxide and hydrogen used esp. in chemical synthesis

**syn·the·size** \-ˌsīz\ *vb* **-sized; -siz·ing** *vt* (1830) **1 :** to combine or produce by synthesis **2 :** to make a synthesis of ~ *vi* **:** to make a synthesis

**syn·the·siz·er** \-ˌsī-zər\ *n* (1869) **1 :** one that synthesizes ⟨an expert ~ of diverse views⟩ **2 :** a usu. computerized electronic apparatus for the production and control of sound (as for producing music)

**syn·the·tase** \'sin-thə-ˌtās, -ˌtāz\ *n* [*synthetic* + *-ase*] (1947) **:** an enzyme that catalyzes the linking together of two molecules usu. using the energy derived from the concurrent splitting off of a pyrophosphate group from a triphosphate (as ATP) — called also *ligase*

**¹syn·thet·ic** \sin-'the-tik\ *adj* [Gk *synthetikos* of composition, component, fr. *syntithenai* to put together] (1697) **1 :** relating to or involving synthesis **:** not analytic **2 :** attributing to a subject something determined by observation rather than analysis of the nature of the subject and not resulting in self-contradiction if negated — compare ANALYTIC **3 :** characterized by frequent and systematic use of inflected forms to express grammatical relationships **4 a (1) :** of, relating to, or produced by chemical or biochemical synthesis; *esp* **:** produced artificially ⟨~ drugs⟩ ⟨~ silk⟩ **(2) :** of or relating to a synfuel **b :** devised, arranged, or fabricated for special situations to imitate or replace usual realities **c :** FACTITIOUS, BOGUS — **syn·thet·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**²synthetic** *n* (1946) **:** something resulting from synthesis rather than occurring naturally; *esp* **:** a product (as a drug or plastic) of chemical synthesis

**synthetic division** *n* (1904) **:** a simplified method for dividing a polynomial by another polynomial of the first degree by writing down only the coefficients of the several powers of the variable and changing the sign of the constant term in the divisor so as to replace the usual subtractions by additions

**synthetic geometry** *n* (1889) **:** elementary euclidean geometry or projective geometry as distinguished from analytic geometry

**synthetic resin** *n* (1907) **:** RESIN 2

**syph** \'sif\ *n* (ca. 1914) *slang* **:** SYPHILIS

**syph·i·lis** \'si-f(ə-)ləs\ *n* [NL, fr. *Syphilus,* hero of the poem *Syphilis sive Morbus Gallicus* (*Syphilis or the French disease*) (1530) by Girolamo Fracastoro †1553 Ital. poet, physician, and astronomer] (1718) **:** a chronic contagious usu. venereal and often congenital disease caused by a spirochete (*Treponema pallidum*) and if left untreated producing chancres, rashes, and systemic lesions in a clinical course with three stages continued over many years — compare PRIMARY SYPHILIS, SECONDARY SYPHILIS, TERTIARY SYPHILIS — **syph·i·lit·ic** \ˌsi-fə-'li-tik\ *adj or n*

**sy·phon** *var of* SIPHON

**Sy·rette** \sə-'ret\ *trademark* — used for a small collapsible tube fitted with a hypodermic needle for injecting a single dose of a medicinal agent

**Syr·i·ac** \'sir-ē-ˌak\ *n* [L *syriacus* Syrian, fr. Gk *syriakos,* fr. *Syria,* ancient country in Asia] (1605) **1 :** a literary language based on an eastern Aramaic dialect and used as the literary and liturgical language by several eastern Christian churches **2 :** Aramaic spoken by Christian communities — **Syriac** *adj*

**Syr·i·an hamster** \'sir-ē-ən-\ *n* [*Syria,* Asia] (ca. 1949) **:** GOLDEN HAMSTER

**sy·rin·ga** \sə-'riŋ-gə\ *n* [NL, genus name, fr. Gk *syring-, syrinx* panpipe] (1664) **:** MOCK ORANGE 1

**¹sy·ringe** \sə-'rinj *also* 'sir-inj\ *n* [ME *syring,* fr. ML *syringa,* fr. LL, injection, fr. Gk *syring-, syrinx* panpipe, tube] (14c) **:** a device used to inject fluids into or withdraw them from something (as the body or its cavities): as **a :** a device that consists of a nozzle of varying length and a compressible rubber bulb and is used for injection or irrigation **b :** an instrument (as for the injection of medicine or the withdrawal of bodily fluids) that consists of a hollow barrel fitted with a plunger and a hollow needle **c :** a gravity device consisting of a reservoir fitted with a long rubber tube ending with an exchangeable nozzle that is used for irrigation of the vagina or bowel

**²syringe** *vt* **sy·ringed; sy·ring·ing** (1610) **:** to irrigate or spray with or as if with a syringe

**sy·rin·go·my·e·lia** \sə-ˌriŋ-gō-mī-'ē-lē-ə\ *n* [NL, fr. Gk *syring-, syrinx* tube, fistula + NL *myel-* + *-ia*] (1897) **:** a chronic progressive disease of the spinal cord associated with sensory disturbances, muscle atrophy, and spasticity — **sy·rin·go·my·el·ic** \-'e-lik\ *adj*

**syr·inx** \'sir-iŋ(k)s\ *n, pl* **sy·rin·ges** \sə-'riŋ-ˌgēz, -'rin-ˌjēz\ *or* **syr·inx·es** (1606) **1** [LL, fr. Gk] **:** PANPIPE **2** [NL, fr. Gk] **:** the vocal organ of birds that is a special modification of the lower part of the trachea or of the bronchi or of both

**syr·phid fly** \'sər-fəd-, 'sir-\ *n* [NL *Syrphidae,* fr. *Syrphus,* genus of flies, fr. Gk *syrphos* gnat] (ca. 1891) **:** any of a family (Syrphidae) of dipteran flies which frequent flowers and some of whose larvae prey on plant lice — called also *syrphid* — **syrphid** *adj*

**syr·up** \'sər-əp, 'sir-əp, 'sə-rəp\ *n* [ME *sirup,* fr. MF *sirop,* fr. ML *syrupus,* fr. Ar *sharāb*] (14c) **1 a :** a thick sticky solution of sugar and water often flavored or medicated **b :** the concentrated juice of a fruit or plant **2 :** cloying sweetness or sentimentality — **syr·upy** *adj*

**sys·op** \'sis-(ˌ)äp\ *n* [*system operator*] (1983) **:** the administrator of a computer bulletin board

**sys·tal·tic** \sis-'tȯl-tik, -'tal-\ *adj* [LL *systalticus,* fr. Gk *systaltikos,* fr. *systellein* to contract — more at SYSTOLE] (1676) **:** marked by regular contraction and dilatation **:** PULSING

**sys·tem** \'sis-təm\ *n* [LL *systemat-, systema,* fr. Gk *systēmat-, systēma,* fr. *synistanai* to combine, fr. *syn-* + *histanai* to cause to stand — more at STAND] (1603) **1 :** a regularly interacting or interdependent group of items forming a unified whole ⟨a number ~⟩: as **a (1) :** a group of interacting bodies under the influence of related forces ⟨a gravitational ~⟩ **(2) :** an assemblage of substances that is in or tends to equilibrium ⟨a thermodynamic ~⟩ **b (1) :** a group of body organs that together perform one or more vital functions ⟨the digestive ~⟩ **(2) :** the body considered as a functional unit **c :** a group of related natural objects or forces ⟨a river ~⟩ **d :** a group of devices or artificial objects or an organization forming a network esp. for distributing something or serving a common purpose ⟨a telephone ~⟩ ⟨a heating ~⟩ ⟨a highway ~⟩ ⟨a data processing ~⟩ **e :** a major division of rocks usu. larger than a series and including all formed during a period or era **f :** a form of social, economic, or political organization or practice ⟨the capitalist ~⟩ **2 :** an organized set of doctrines, ideas, or principles usu. intended to explain the arrangement or working of a systematic whole ⟨the Newtonian ~ of mechanics⟩ **3 a :** an organized or established procedure ⟨the touch ~ of typing⟩ **b :** a manner of classifying, symbolizing, or schematizing ⟨a taxonomic ~⟩ ⟨the decimal ~⟩ **4 :** harmonious arrangement or pattern **:** ORDER ⟨bring ~ out of confusion —Ellen Glasgow⟩ **5 :** an organized society or social situation

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̲, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

regarded as stultifying : ESTABLISHMENT 2 — usu. used with *the* ***syn*** see METHOD — **sys·tem·less** \-ləs\ *adj*

**sys·tem·at·ic** \,sis-tə-'ma-tik\ *adj* [LL *systematicus,* fr. Gk *systēmatikos,* fr. *systēmat-, systēma*] (ca. 1680) **1 :** relating to or consisting of a system **2 :** presented or formulated as a coherent body of ideas or principles ⟨~ thought⟩ **3 a :** methodical in procedure or plan ⟨a ~ approach⟩ ⟨a ~ scholar⟩ **b :** marked by thoroughness and regularity ⟨~ efforts⟩ **4 :** of, relating to, or concerned with classification; *specif* **:** TAXONOMIC — **sys·tem·at·i·cal·ly** \-ti-k(ə-)lē\ *adv* — **sys·tem·at·ic·ness** \-tik-nəs\ *n*

**systematic error** *n* (1891) **:** an error that is not determined by chance but is introduced by an inaccuracy (as of observation or measurement) inherent in the system

**sys·tem·at·ics** \,sis-tə-'ma-tiks\ *n pl but sing in constr* (1888) **1 :** the science of classification **2 a :** a system of classification **b :** the classification and study of organisms with regard to their natural relationships **:** TAXONOMY

**systematic theology** *n* (1836) **:** a branch of theology concerned with summarizing the doctrinal traditions of a religion (as Christianity) esp. with a view to relating the traditions convincingly to the religion's present-day setting

**sys·tem·a·tise** *Brit var of* SYSTEMATIZE

**sys·tem·a·tism** \'sis-tə-mə-,ti-zəm, sis-'te-mə-\ *n* (1846) **:** the practice of forming intellectual systems

**sys·tem·a·tist** \'sis-tə-mə-tist, sis-'te-mə-\ *n* (1700) **1 :** a maker or follower of a system **2 :** a specialist in taxonomy **:** TAXONOMIST

**sys·tem·a·tize** \'sis-tə-mə-,tīz\ *vt* **-tized; -tiz·ing** (ca. 1767) **:** to arrange in accord with a definite plan or scheme **:** order systematically ⟨the need to ~ their work⟩ ***syn*** see ORDER — **sys·tem·a·ti·za·tion** \,sis-tə-mə-tə-'zā-shən, sis-,te-mə-\ *n* — **sys·tem·a·tiz·er** *n*

**¹sys·tem·ic** \sis-'te-mik\ *adj* (1803) **:** of, relating to, or common to a system: as **a :** affecting the body generally **b :** supplying those parts of the body that receive blood through the aorta rather than through the pulmonary artery **c :** of, relating to, or being a pesticide that as used is harmless to the plant or higher animal but when absorbed into its sap or bloodstream makes the entire organism toxic to pests (as an insect or fungus) — **sys·tem·i·cal·ly** \-mi-k(ə-)lē\ *adv*

**²systemic** *n* (1951) **:** a systemic pesticide

**systemic lupus er·y·the·ma·to·sus** \-,er-ə-,thē-mə-'tō-səs\ *n* (1951) **:** an inflammatory connective tissue disease of unknown cause that occurs chiefly in women, is characterized esp. by fever, skin rash, and arthritis, often by acute hemolytic anemia, by small hemorrhages in the skin and mucous membranes, by inflammation of the pericardium, and in serious cases by involvement of the kidneys and central nervous system

**sys·tem·ize** \'sis-tə-,mīz\ *vt* **-ized; -iz·ing** (1778) **:** SYSTEMATIZE — **sys·tem·i·za·tion** \,sis-tə-mə-'zā-shən\ *n*

**systems analysis** *n* (1950) **:** the act, process, or profession of studying an activity (as a procedure, a business, or a physiological function) typically by mathematical means in order to define its goals or purposes and to discover operations and procedures for accomplishing them most efficiently — **systems analyst** *n*

**sys·to·le** \'sis-tə-(,)lē\ *n* [Gk *systolē,* fr. *systellein* to contract, fr. *syn-* + *stellein* to send] (1578) **:** a rhythmically recurrent contraction; *esp* **:** the contraction of the heart by which the blood is forced onward and the circulation kept up — **sys·tol·ic** \sis-'tä-lik\ *adj*

**syz·y·gy** \'si-zə-jē\ *n, pl* **-gies** [LL *syzygia* conjunction, fr. Gk, fr. *syzygos* yoked together, fr. *syn-* + *zygon* yoke — more at YOKE] (ca. 1847) **:** the nearly straight-line configuration of three celestial bodies (as the sun, moon, and earth during a solar or lunar eclipse) in a gravitational system

**Szech·uan** *or* **Szech·wan** \'sech-,wän, 'sesh-\ *adj* [*Szechwan* or *Szechuan* (Sichuan), province in China] (1956) **:** of, relating to, or being a style of Chinese cooking that is spicy, oily, and esp. peppery

# T

**t** \'tē\ *n, pl* **t's** *or* **ts** \'tēz\ *often cap, often attrib* (bef. 12c) **1 a :** the 20th letter of the English alphabet **b :** a graphic representation of this letter **c :** a speech counterpart of orthographic *t* **2 :** a graphic device for reproducing the letter *t* **3 :** one designated *t* esp. as the 20th in order or class **4 :** something shaped like the letter T **5 :** T FORMATION **6 :** TECHNICAL FOUL — **to a T** [short for *to a tittle*] **:** to perfection

**'t** \t\ *pron* **:** IT ⟨my country, 'tis of thee —S. F. Smith⟩

**ta** \'tä\ *n* [baby talk] (1772) *Brit* **:** THANKS

**Taal** \'täl\ *n* [Afrik, fr. D, language; akin to OE *talu* talk — more at TALE] (1896) **:** AFRIKAANS — usu. used with *the*

**¹tab** \'tab\ *n, often attrib* [origin unknown] (1607) **1 a :** a short projecting device: as (1) **:** a small flap or loop by which something may be grasped or pulled (2) **:** a projection from a card used as an aid in filing **b :** a small insert, addition, or remnant **c :** APPENDAGE, EXTENSION; *esp* **:** one of a series of small pendants forming a decorative border or edge of a garment **d :** a small auxiliary airfoil hinged to a control surface (as a trailing edge) to help stabilize an airplane in flight — see AIRPLANE illustration **2** [partly short for ¹*table;* partly fr. sense 1] **a :** close surveillance **:** WATCH ⟨keep ~s on trends⟩ **b :** a creditor's statement **:** BILL, CHECK **c :** COST ⟨the ~ for the new program⟩ **3** [by shortening] **a :** TABLOID **b :** TABLET **4** [short for *tabulator*] **:** a device (as on a typewriter) for arranging data in columns

**²tab** *vt* **tabbed; tab·bing** (1872) **1 :** to furnish or ornament with tabs **2 :** to single out **:** DESIGNATE **3 :** TABULATE

**ta·ba·nid** \tə-'bā-nəd, -'ba-\ *n* [ultim. fr. L *tabanus* horsefly] (ca. 1891) **:** HORSEFLY

**tab·ard** \'ta-bərd *also* -,bärd\ *n* [ME, fr. MF *tabart*] (14c) **:** a short loose-fitting sleeveless or short-sleeved coat or cape: as **a :** a tunic worn by a knight over his armor and emblazoned with his arms **b :** a herald's official cape or coat emblazoned with his lord's arms **c :** a woman's sleeveless outer garment often with side slits

**Ta·bas·co** \tə-'bas-(,)kō\ *trademark* — used for a pungent condiment sauce made from hot peppers

**tab·bou·leh** \tə-'bü-lə, -lē\ *n* [Ar *tabbūla*] (1955) **:** a salad of Lebanese origin consisting chiefly of cracked wheat, tomatoes, parsley, mint, onions, lemon juice, and olive oil

**¹tab·by** \'ta-bē\ *n, pl* **tabbies** [F *tabis,* fr. ML *attabi,* fr. Ar *'attābī,* fr. Al-*'Attābiya,* quarter in Baghdad] (1638) **1 a** *archaic* **:** a plain silk taffeta esp. with moiré finish **b :** a plain-woven fabric **2** [²*tabby*] **a :** a domestic cat with a striped and mottled coat **b :** a domestic cat; *esp* **:** a female cat

**²tabby** *adj* (1661) **1 :** of, relating to, or made of tabby **2 :** striped and mottled with darker color **:** BRINDLED ⟨a ~ cat⟩

**³tabby** *n* [Gullah *tabi,* ultim. fr. Sp *tapia* adobe wall] (1775) **:** a cement made of lime, sand or gravel, and oyster shells and used chiefly along the coast of Georgia and So. Carolina in the 17th and 18th centuries

**¹tab·er·na·cle** \'ta-bər-,na-kəl\ *n* [ME, fr. OF, fr. LL *tabernaculum,* fr. L, tent, fr. *taberna* hut] (13c) **1 a** *often cap* **:** a tent sanctuary used by the Israelites during the Exodus **b** *archaic* **:** a dwelling place **c** *archaic* **:** a temporary shelter **:** TENT **2 :** a receptacle for the consecrated elements of the Eucharist; *esp* **:** an ornamental locked box used for reserving the Communion hosts **3 :** a house of worship; *specif* **:** a large building or tent used for evangelistic services — **tab·er·nac·u·lar** \,ta-bər-'na-kyə-lər\ *adj*

**²tabernacle** *vi* **tab·er·na·cled; tab·er·na·cling** \-,na-k(ə-)liŋ\ (1653) **:** to take up temporary residence; *esp* **:** to inhabit a physical body

**ta·bes** \'tā-(,)bēz\ *n, pl* **tabes** [L, wasting disease, decay, fr. *tabēre* to decay — more at THAW] (1651) **:** wasting accompanying a chronic disease — **ta·bet·ic** \tə-'be-tik\ *adj or n*

**tabes dor·sa·lis** \-dȯr-'sa-ləs, -'sā-, -'sä-\ *n* [NL, dorsal tabes] (ca. 1681) **:** a syphilitic disorder of the nervous system marked by wasting, pain, lack of coordination of voluntary movements and reflexes, and disorders of sensation, nutrition, and vision — called also *locomotor ataxia*

**ta·bla** \'tä-blə\ *n* [Hindi *tablā,* fr. Ar *tabla*] (1865) **:** a pair of small different-sized hand drums used esp. in music of India

**tab·la·ture** \'ta-blə-,chůr, -chər, -,tyůr, -,tůr\ *n* [MF, fr. ML *tabulatus* tablet, fr. L *tabula*] (1574) **:** an instrumental notation indicating the string, fret, key, or finger to be used instead of the tone to be sounded

**¹ta·ble** \'tā-bəl\ *n, often attrib* [ME, fr. OE *tabule* & OF *table;* both fr. L *tabula* board, tablet, list] (bef. 12c) **1 :** TABLET 1a **2 a** *pl* **:** BACKGAMMON **b :** one of the two leaves of a backgammon board or either half of a leaf **3 a :** a piece of furniture consisting of a smooth flat slab fixed on legs **b** (1) **:** a supply or source of food (2) **:** an act or instance of assembling to eat **:** MEAL ⟨sit down to ~⟩ **c** (1) **:** a group of people assembled at or as if at a table (2) **:** a legislative or negotiating session ⟨the bargaining ~⟩ **4 :** STRINGCOURSE **5 a :** a systematic arrangement of data usu. in rows and columns for ready reference **b :** a condensed enumeration **:** LIST ⟨a ~ of contents⟩ **6 :** something that resembles a table esp. in having a plane surface: as **a :** the upper flat surface of a cut precious stone — see BRILLIANT illustration **b** (1) **:** TABLELAND (2) **:** a horizontal stratum ⟨water ~⟩ — **under the table 1 :** into a stupor ⟨can drink you *under the table*⟩ **2 :** in a covert manner ⟨took money *under the table*⟩

**²table** *vt* **ta·bled; ta·bling** \-b(ə-)liŋ\ (15c) **1 :** to enter in a table **2 a** *Brit* **:** to place on the agenda **b :** to remove (as a parliamentary motion) from consideration indefinitely **c :** to put on a table

**³table** *adj* (1547) **1 :** suitable for a table or for use at a table ⟨a ~ lamp⟩ **2 :** suitable for serving at a table ⟨~ grapes⟩ **3 :** proper for conduct at a table ⟨~ manners⟩

**tab·leau** \'ta-,blō, ta-'blō\ *n, pl* **tab·leaux** \-,blōz, -'blōz\ *also* **tableaus** [F, fr. MF *tablel,* dim. of *table,* fr. OF] (1699) **1 :** a graphic description or representation **:** PICTURE ⟨winsome *tableaux* of old-fashioned literary days —J. D. Hart⟩ **2 :** a striking or artistic grouping **3** [short for *tableau vivant* (fr. F, lit., living picture)] **:** a depiction of a scene usu. presented on a stage by silent and motionless costumed participants

**tableau curtain** *n* (1881) **:** a stage curtain that opens in the center and has its sections drawn upward as well as to the side

**ta·ble·cloth** \'tā-bəl-,klȯth\ *n* (15c) **:** a covering spread over a dining table before the tableware is set

**ta·ble d'hôte** \,tä-bəl-'dōt, ,ta-\ *n* [F, lit., host's table] (1617) **1 :** a meal served to all guests at a stated hour and fixed price **2 :** a complete meal of several courses offered at a fixed price

**ta·ble·ful** \'tā-bəl-,fůl\ *n* (1535) **:** as much or as many as a table can hold or accommodate