**Second College Edition**

# The American Heritage Dictionary

LIBRARY
KIRKLAND & ELLIS
OCT 2 0 1999
NEW YORK

Exhibit C - Page 10

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985, 1991 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
    Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
    1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982       423       82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

Exhibit C - Page 11

dənt) *n.* **1. a.** An act or instance that xample in dealing with subsequent similar judicial decision that may be used as a ient similar cases. **2.** Convention or custom. ənt, prĕs'ĭ-dənt). Preceding; < Lat. *praecedens,* pr.part. of *praecedere,* PRECEDE.]

s'ĭ-dĕn'shəl) *adj.* **1.** Of or pertaining to a g precedence.

ĭng) *adj.* Existing or coming before in r sequence; previous.

n'sər) *tr.v.* -sored, -sor·ing, -sors. To ɔn, for example) prior to public release. tər) *n.* One who directs the singing of a t. *praecentor* < Lat. *praecinere,* to sing re + *canere,* to sing.] —**pre·cen'to·ri·al** r'-) *adj.*

*n.* **1.** A rule or principle imposing a particular action or conduct. **2.** *Law.* A writ. [ME < *raecipere,* to advise, teach : *prae-,* before

y'tĭv) *adj.* **1.** Of or expressing a precept. didactic. —**pre·cep'tive·ly** *adv.*

tər, prĕ'sĕp'tər) *n.* A teacher; instructor. :. *praeceptor* < *praecipere,* to teach. —see ·pˈto'ri·al (prĕ'sĕp-tôr'ē-əl, -tōr'-) *adj.* adv.

ˈrē'sĕs) *intr.v.* -cessed, -cess·ing, -cess·ie subjected to precession. [Back-forma-

ish'ən) *n.* **1.** The act or state of preced- Physics. A complex motion executed by jected to a torque tending to change its racterized for constant speed of rotation tude of the applied torque by a conical **3.** *Astron.* Precession of the equinoxes. Lat. *praecedere,* to go before. —see PRE- ɔn·al *adj.*

**equinoxes** *n. Astron.* A slow westward tial points along the plane of the ecliptic leconds of arc per year, resulting from rth's axis of rotation.

·krĭs'chən) *adj.* Of, pertaining to, or being before Christianity.

t') *n.* **1. a.** A subdivision or district of a unit of its police force. **b.** The police strict. **2.** An election district of a city or :incts. **a.** A place or enclosure marked ts. **b.** A boundary. **4. precincts.** Neighbor- **5. precincts.** An area of thought or ac- *ē praecincte,* an enclosed space < Med. Lat. *praecingere,* to encircle : *prae-,* be- iird.]

'ē-ŏs'ĭ-tē, prĕs'-) *n., pl.* -ties. Extreme verrefinement, as in language. [ME *pre- iosite* < Lat. *pretiositas* < *pretiosus,* pre- ce.]

*adj.* **1.** Of high cost or worth; valuable. , cherished. **3.** Dear; beloved. **4.** Affect- efined. **5.** *Informal.* Arrant; thoroughgo- ɔ an intensifier: *"He had precious little* ames Agee). [ME < OFr. *precios* < Lat. price.] —**pre'cious·ly** *adv.* —**pre'cious- **

Any of various minerals, such as dia- y, or sapphire, valued for their rarity or

pĭs) *n.* **1.** An extremely steep or over- ck, such as a crag or the face of a cliff. ıngerous situation. [OFr. < Lat. *praecipi- *ɪdlong. —see PRECIPITATE.]

-sĭp'ĭ-tə-bəl) *adj.* Capable of being pre- ITATE.]

ɔrĭ-sĭp'ĭ-təns) also **pre·cip·i·tan·cy** ɔri-sĭp'ĭ-tən-sē) *n.* The quality or quality of being precipitant.

p'ĭ-tənt) *adj.* **1.** Rushing or falling head- n thought or action; rash. **3.** Abrupt or . —*n.* A substance that causes precipita- note at **precipitate.** [Lat. *praecipitans,* t. of *praecipitare,* to throw headlong. — —**pre·cip'i·tant·ly** *adv.*

ĭ-pĭ-tāt') *v.* -tat·ed, -tat·ing, -tates. —*tr.* ɔr as if from a great height; hurl down- ıridge in all Peru broke and precipitated 'e gulf below" (Thornton Wilder). **2.** To ore anticipated or required. **3.** To cause idense and fall as rain or snow. **4.** *Chem.* ubstance) to be separated from a solu- condense and fall as rain or snow. arated from a solution as a precipitate. g. —*adj.* (-tĭt). **1.** Speeding headlong; d heedlessly. **2.** Acting with excessive lacking due deliberation. **3.** Occurring :ctedly. —*n.* (-tāt', -tĭt). *Chem.* A solid or ted from a solution. [Lat. *praecipitare,* v *headlong* < *praeceps,* headlong : *prae-,*

in front + *caput,* head.] —**pre·cip'i·tate·ly** (-tĭt-lē) *adv.* —**pre·cip'i·tate·ness** *n.* —**pre·cip'i·ta'tive** *adj.* —**pre·cip'i·ta'tor** *n.*

**Usage:** *Precipitate* (adjective) and *precipitately* apply primarily to rash, overhasty human actions. *Precipitant* (adjective) and *precipitantly* are used also in the foregoing sense, with stress on rushing forward or falling headlong (literally or figuratively). *Precipitous* and *precipitously* are used primarily of physical steepness, as in *a precipitous slope,* or in the figurative extensions of such literal uses, as in *a precipitous drop in interest rates.*

**pre·cip·i·ta·tion** (prĭ-sĭp'ĭ-tā'shən) *n.* **1.** A headlong fall or rush. **2.** Abrupt or impulsive haste. **3. a.** Water droplets or ice particles condensed from atmospheric water vapor and sufficiently massive to fall to the earth's surface, such as rain or snow. **b.** The quantity of such precipitation falling in a specific area within a specific period. **4.** *Chem.* The production of a precipitate.

**pre·cip·i·tin** (prĭ-sĭp'ĭ-tĭn) *n.* An antibody that reacts with an antigen to cause a precipitate. [PRECIPIT(ATE) + -IN.]

**pre·cip·i·tin·o·gen** (prĭ-sĭp'ĭ-tĭn'ə-jən) *n.* An antigen that induces the formation of a specific precipitin.

**pre·cip·i·tous** (prĭ-sĭp'ĭ-təs) *adj.* **1.** Like a precipice; extremely steep. **2.** Having several precipices: *a precipitous bluff.* **3.** Abrupt and ill-considered; precipitate. —See Usage note at **precipitate.** [Fr. *précipiteux* < OFr. < Lat. *praecipitium,* precipice. —see PRECIPICE.] —**pre·cip'i·tous·ly** *adv.* —**pre·cip'i·tous·ness** *n.*

**pré·cis** (prā'sē, prā-sē') *n., pl.* **pré·cis** (prā'sēz, prā-sēz'). A concise summary of the essential facts or statements of a book, article, or other text; abstract. —*tr.v.* -cised, -cis·ing, -cis·es. To make a précis of. [Fr. < *précis,* condensed < OFr. *precis.* —see PRECISE.]

**pre·cise** (prĭ-sīs') *adj.* **1.** Clearly expressed or delineated; definite: *a precise description.* **2.** Capable of, resulting from, or designating an action, performance, or process executed or successively repeated within close specified limits: *a precise measurement.* **3.** Exactly corresponding to what is indicated; correct: *the precise amount of seasoning.* **4.** Strictly distinguished from others; very: *at that precise moment.* **5.** Distinct and correct in sound or statement: *precise articulation.* **6.** Conforming strictly to rule or proper form: *precise etiquette.* [OFr. *precis,* condensed < Lat. *praecisus,* p.part. of *praecidere,* to shorten : *prae-,* in front + *caedere,* to cut.] —**pre·cise'ly** *adv.* —**pre·cise'ness** *n.*

**pre·ci·sian** (prĭ-sĭzh'ən) *n.* **1.** A person who is strict and precise in adherence to established rules, forms, or standards. **2.** A person who is very strict about the forms of religious observance or moral behavior, esp. an English Puritan of the 16th or 17th century. [< PRECISE.] —**pre·ci'sian·ism** *n.* —**pre·ci'sian·ist** *n.*

**pre·ci·sion** (prĭ-sĭzh'ən) *n.* The state or quality of being precise. —*adj.* **1.** Used or intended for precise measurement: *a precision tool.* **2.** Made so as to vary minimally from a set standard: *precision components.* [Fr. *précision* < Lat. *praecisio,* a cutting off < *praecidere,* to cut off. —see PRECISE.] —**pre·ci'sion·ism** *n.*

**pre·ci·sion·ist** (prĭ-sĭzh'ə-nĭst) *n.* One who values precision.

**pre·clin·i·cal** (prē-klĭn'ĭ-kəl) *adj.* Occurring before the diagnosis of disease is possible.

**pre·clude** (prĭ-klōōd') *tr.v.* -clud·ed, -clud·ing, -cludes. To make impossible or impracticable by previous action; prevent. [Lat. *praecludere* : *prae-,* in front + *claudere,* to close.] —**pre·clu'sion** (-klōō'zhən) *n.* —**pre·clu'sive** (-klōō'sĭv, -zĭv) *adj.* —**pre·clu'sive·ly** *adv.*

**pre·co·cial** (prĭ-kō'shəl) *adj.* Of or characterizing birds that are covered with down and capable of moving about when first hatched. [< NLat. *praecoces,* precocial birds < Lat. *praecox,* premature. —see PRECOCIOUS.]

**pre·co·cious** (prĭ-kō'shəs) *adj.* **1.** Manifesting or characterized by unusually early development or maturity, esp. in mental aptitude. **2.** *Bot.* Blossoming before the leaves sprout. [Lat. *praecox,* premature < *praecoquere,* to boil before : *prae-,* before + *coquere,* to cook.] —**pre·co'cious·ly** *adv.* —**pre·co'cious·ness,** **pre·coc'i·ty** (-kŏs'ĭ-tē) *n.*

**pre·cog·ni·tion** (prē'kŏg-nĭsh'ən) *n.* Knowledge of something in advance of its occurrence. [LLat. *praecognitio* < Lat. *praecognoscere,* to foresee : *prae-,* before + *cognoscere,* to know. —see COGNITION.] —**pre·cog'ni·tive** *adj.*

**pre·co·lo·ni·al** (prē'kə-lō'nē-əl) *adj.* Of, pertaining to, or being the period of time before colonization.

**pre·Co·lum·bi·an** (prē'kə-lŭm'bē-ən) *adj.* Of, relating to, or originating in the Americas before the voyages of Columbus.

**pre·con·ceive** (prē'kən-sēv') *tr.v.* -ceived, -ceiv·ing, -ceives. To form an opinion or conception of beforehand.

**pre·con·cep·tion** (prē'kən-sĕp'shən) *n.* **1.** An opinion or conception formed in advance of actual knowledge. **2.** A prejudice.

**pre·con·cert** (prē'kən-sûrt') *tr.v.* -cert·ed, -cert·ing, -certs. To agree on or arrange in advance.

**pre·con·di·tion** (prē'kən-dĭsh'ən) *n.* A condition that must exist or be established before something can occur or be considered; prerequisite. —*tr.v.* -tioned, -tion·ing, -tions. To condition, train, or accustom in advance.

**pre·con·scious** (prē-kŏn'shəs) *adj. Psychoanal.* Capable of being recalled although not present in the conscious mind. —**pre·con'scious·ly** *adv.*

**pre·cook** (prē-kŏŏk') *tr.v.* -cooked, -cook·ing, -cooks. To cook in advance or cook partially before final cooking.

**pre·crit·i·cal** (prē-krĭt'ĭ-kəl) *adj.* Prior to the occurrence of a critical condition.

**pre·cur·sive** (prĭ-kûr'sĭv) *adj.* Precursory.

**pre·cur·sor** (prĭ-kûr'sər, prē'kûr'sər) *n.* **1.** One that precedes and indicates or announces someone or something to come; forerunner. **2.** One that precedes another; predecessor. [Lat. *praecursor* < *praecurrere,* to run before : *prae-,* before + *currere,* to run.]

**pre·cur·so·ry** (prĭ-kûr'sə-rē) *adj.* **1.** Preceding in the manner of a precursor; preliminary. **2.** Suggesting or indicating something to follow; premonitory.

**pre·da·cious** or **pre·da·ceous** (prĭ-dā'shəs) *adj.* Living by seizing or taking prey; predatory. [< Lat. *praedari,* to plunder < *praeda,* booty.] —**pre·da'cious·ness,** **pre·dac'i·ty** (-dăs'ĭ-tē) *n.*

**pre·date** (prē-dāt') *tr.v.* -dat·ed, -dat·ing, -dates. **1.** To mark or designate with an earlier date than the actual one. **2.** To precede in time; antedate.

**pre·da·tion** (prĭ-dā'shən) *n.* **1.** The act or practice of plundering or marauding. **2.** The capturing of prey as a means of maintaining life. [Lat. *praedatio* < *praedari,* to plunder < *praeda,* booty.]

**pred·a·tor** (prĕd'ə-tər, -tôr') *n.* **1.** An animal that lives by preying upon others. **2.** One who plunders or abuses other people for his own profit. [Lat. *praedator,* pillager < *praedari,* to plunder < *praeda,* booty.]

**pred·a·to·ry** (prĕd'ə-tôr'ē, -tōr'ē) *adj.* **1.** Of, relating to, or characterized by plundering, pillaging, or marauding. **2.** Preying on other animals; predacious. **3.** Addicted to or characterized by a tendency to victimize or destroy others for one's own gain. [Lat. *praedatoris* < *praedari,* to plunder < *praeda,* booty.] —**pred'a·to'ri·ly** *adv.* —**pred'a·to'ri·ness** *n.*

**pre·dawn** (prē'dôn') *n.* The time just before dawn.

**pre·de·cease** (prē'dĭ-sēs') *tr.v.* -ceased, -ceas·ing, -ceas·es. To die before (another person).

**pred·e·ces·sor** (prĕd'ĭ-sĕs'ər, prē'dĭ-) *n.* **1.** One who precedes another in time, esp. in an office or position. **2.** Something that has been succeeded by another. **3.** An ancestor or forefather. [ME *predecessour* < OFr. *predecesseur* < LLat. *praedecessor* : Lat. *prae-,* before + Lat. *decessor,* someone who leaves < *decedere,* to depart (*de-,* away + *cedere,* to go).]

**pre·des·ti·nar·i·an** (prē-dĕs'tə-nâr'ē-ən) *adj.* **1.** Of or pertaining to predestination. **2.** Believing in or based on the doctrine of predestination. —*n.* One who believes in the doctrine of predestination. —**pre·des'ti·nar'i·an·ism** *n.*

**pre·des·ti·nate** (prē-dĕs'tə-nāt') *tr.v.* -nat·ed, -nat·ing, -nates. **1.** To destine or determine in advance; foreordain. **2.** *Theol.* To predestine. —*adj.* (prē-dĕs'tə-nĭt, -nāt'). Foreordained; predestined. [ME *predestinaten* < Lat. *praedestinare.* —see PREDESTINE.]

**pre·des·ti·na·tion** (prē-dĕs'tə-nā'shən) *n.* **1.** The act of predestining or the condition of being predestined. **2.** *Theol.* **a.** The act whereby God is believed to have foreordained all things. **b.** The relegation of all souls to either salvation or damnation by this act. **c.** The doctrine that God has foreordained all things, esp. the salvation of individual souls. **3.** Destiny; fate.

**pre·des·tine** (prē-dĕs'tĭn) *tr.v.* -tined, -tin·ing, -tines. **1.** To fix upon, decide, or decree in advance; foreordain. **2.** *Theol.* To foreordain by divine will or decree. [ME *predestinen* < OFr. *predestiner* < Lat. *praedestinare* : *prae-,* before + *destinare,* to determine.]

**pre·de·ter·mine** (prē'dĭ-tûr'mĭn) *tr.v.* -mined, -min·ing, -mines. **1.** To determine, decide, or establish in advance: *factors that predetermine an outcome.* **2.** To influence or sway toward an action or opinion; predispose. [LLat. *praedeterminare* : Lat. *prae-,* before + Lat. *determinare,* to limit. —see DETERMINE.] —**pre'de·ter'mi·na'tion** *n.* —**pre'de·ter'mi·na'tive** (-mə-nā'tĭv, -nə-tĭv) *adj.* —**pre'de·ter'min·er** *n.*

**pre·di·al** (prē'dē-əl) *adj.* Variant of praedial.

**pred·i·ca·ble** (prĕd'ĭ-kə-bəl) *adj.* Able to be stated or predicated. —*n.* **1.** Something that can be predicated; quality; attribute. **2.** *Logic.* One of five general attributes of a class —genus, species, property, difference, and accident—designating the peculiar relation that a predicate bears to its subject regardless of the quantity or quality of a proposition. [Med. Lat. *praedicabilis* < LLat. *praedicare,* to proclaim. —see PREACH.] —**pred'i·ca·bil'i·ty,** **pred'i·ca·ble·ness** *n.*

**pre·dic·a·ment** (prĭ-dĭk'ə-mənt) *n.* **1.** A troublesome, embarrassing, or ludicrous situation. **2.** *Logic.* A category (sense 2). [ME, something predicated < LLat. *praedicamentum* < *praedicare,* to proclaim. —see PREACH.] —**pre·dic'a·men'tal** (-mĕn'tl) *adj.* —**pre·dic'a·men'tal·ly** *adv.*

**Synonyms:** *predicament, plight, dilemma, quandary.* A *predicament* is a problematic situation seen in terms of a difficult decision and implies that one does not know what to do and is considering it rationally. A *plight* is a more serious pass, which may have been imposed on an individual with a course of action being less clear. *Dilemma* more abstractly denotes a problem which poses two alternatives, each of which must be carefully weighed. The term is some-



**pre-Columbian**
Pendant in the form of a stylized figure

p pop / r roar / s sauce / sh ship, dish / t tight / th thin, path / th this, bathe / ŭ cut / ûr urge / v valve / w with / y yes / z zebra, size / zh vision / ə about, item, edible, gallop, circus / œ Fr. feu, Ger. schön / ü Fr. tu, Ger. über / кн Ger. ich, Scot. loch / N Fr. bon.

Exhibit C - Page 12

Case 2:06-cv-06803-MMM-SH   Document 68-3   Filed 02/11/08   Page 4 of 4

ate the palatal nasal sound (ny), as in el in Portuguese to indicate nasaliza-). < Lat. *titulus*, superscription.]
lat, or convex slab of material such as laid in rows to cover walls, floors, and 3th of pipe made of clay or concrete, ains. **3.** A hollow fired clay or concrete ling walls. **4.** Tiles collectively. **5.** A ∍, as in mahjong. —*tr.v.* **tiled, til·ing,** vide with tiles. [ME < OE *tigele* < Lat. ver.] —**til'er** *n.*
*pl.* **tilefish** or **-fish·es.** Any of several the family Branchiostegidae, esp. *Lo-ticeps*, of deep Atlantic waters, having . [*Tile-*; short for NLat. *Lopholatilus*,

he laying of tiles. **2.** Tiles collectively.

**il·ing, tils.** To prepare (land) for the owing, harrowing, and fertilizing. [ME labor.] —**till'a·ble** *adj.*
—*conj.* **1.** Until. **2.** Before or unless.

mall chest, or compartment for money, ylle.]
t composed of an unconsolidated, het- of clay, sand, gravel, and boulders.

e cultivation of land. **2.** Land that has

ⁱ-ɔ) *n.* Any of various usually epiphytic *Tillandsia*, such as Spanish moss, of ɔal America. [NLat., genus name, after 1693).]
hat tills land.
er used to turn a rudder and steer a of a crossbow < OFr. *telier*, weaver's 'arium < Lat. *tela*.]
ot, esp. one that sprouts from the base ered, **-ler·ing, -lers.** To send forth til- 3 *telgor*.]
ing, tilts. —*tr.* **1.** To cause to slope, as icline. **2. a.** To aim or thrust (a lance) rge (an opponent). **3.** To forge with a l. To slope; incline. **2.** To joust. **3.** To n inclination from the horizontal or oping surface, as of the ground. **2.** The medieval sport in which two mounted harged together and attempted to un- . A thrust or blow with a lance. **4.** A hammer. —*idiom.* **at full tilt.** At full ⁱ cause to fall, perh. of Scand. orig.] or awning for a boat, wagon, or cart. tilts. To cover with a tilt. [ME *telte*,

cultivation of land; tillage. **2.** Tilled < *tilian*, to labor.]
y forge hammer having a pivoted lever, ip and then allowed to drop.
An enclosed yard for tilting contests. tim'bəl) *n.* A kettledrum. [Fr. *timbale*, ɘ < OSp. *atabal*, small drum < Ar.

-bāl', tăm-) *n.* **1.** A bland, custardlike n, fish, or vegetables baked in a drum- **2.** The pastry mold in which a timbale timbal.]
Trees or wooded land considered as a Wood as a building material; lumber. wood, esp. a beam in a structure. **2.** A ɘ. **3.** Material: *He's executive timber*. g, **-bers.** To support or shore up when d to warn of a falling tree. [ME < OE.] *adj.* **1. a.** Constructed of or covered with exposed timbers. **2.** Wooded. -hēd') *n. Naut.* A timber end that pro- d is used as a bollard.
*t.* A knot used for fastening a rope to be hoisted or towed.
ng) *n.* Timber or work made of it. -lănd') *n.* Forested land considered

ɔer line (tĭm'bər-līn') *n.* The limit of ɔus regions beyond which trees do not

n to the trees on property belonging to

ᵢyish or whitish wolf, *Canis lupus*, of ions.]
r-wûrk') *n.* The part of a structure ɪs the framework of a boat or house. ·) *n.* The quality of a sound that distin- sounds of the same pitch and volume, ne of a musical instrument, a voice, or id. [Fr. < OFr., timbrel < Med. Gk. *anum*.]

---

**tim·brel** (tĭm'brəl) *n.* An ancient percussion instrument simi- lar to a tambourine. [ME *timbre* < OFr. —see TIMBRE.]
**time** (tīm) *n.* **1. a.** A nonspatial continuum in which events occur in apparently irreversible succession from the past through the present to the future. **b.** An interval separating two points on this continuum, measured essentially by se- lecting a regularly recurring event, such as the sunrise, and counting the number of its occurrences during the interval; duration. **c.** A number, as of years, days, or minutes, repre- senting such an interval. **d.** A similar number representing a specific point, such as the present, as reckoned from an arbitrary past point on the continuum. **e.** A system by which such intervals are measured or such numbers are reckoned: *standard time; solar time.* **2.** Often **times.** An in- terval, esp. a span of years, marked by similar events, condi- tions, or phenomena; era: *a time of troubles.* **3.** A suitable or opportune moment or season. **4.** A moment or period desig- nated, as by custom, for a given activity: *harvest time; bed- time.* **5.** An appointed or fated moment, esp. of death: *died before his time.* **6.** One of several instances. **7.** An occasion. **8.** *Informal.* A prison sentence. **9. a.** The customary period of work: *hired for full time.* **b.** The period spent working. **10.** The rate of speed of a measured activity: *marching in double time.* **11.** The characteristic beat of musical rhythm: *three-quarter time.* —*adj.* **1.** Of or relating to time. **2.** Con- structed so as to operate at a particular moment: *a time bomb.* **3.** Payable on a future date or dates: *a time loan.* **4.** Of or relating to installment buying. —*tr.v.* **timed, tim- ing, times. 1.** To set the time for (an event or occasion). **2.** To adjust to keep accurate time. **3.** To regulate or adjust for the orderly sequence of movements or events: *timed his leap beautifully.* **4.** To record the speed or duration of. **5.** To set or maintain the tempo, speed, or duration of. —*idioms.* **against time.** With a quickly approaching time limit. **at one time. 1.** Simultaneously. **2.** At a period or moment in the past. **at the same time.** However; nonetheless. **at times.** On occasion; sometimes. **behind the times.** Out-of-date; old- fashioned. **for the time being.** Temporarily. **from time to time.** Once in a while; at intervals. **gain time.** To run too fast. Used of a timepiece. **high time.** Long overdue. **in good time. 1.** In a reasonable length of time. **2.** When or before due. **3.** Quickly. **in no time.** Almost instantly; immediately. **in time. 1.** Before a time limit expires. **2.** Within an indefi- nite amount of passing time. **3.** In proper tempo. **keep time. 1.** To indicate the correct time. **2.** To maintain the tempo or rhythm. **lose time. 1.** To run too slowly. Used of a time- piece. **2.** To delay advancement. **on time. 1.** According to schedule; promptly. **2.** By paying in installments. [ME < OE *tīma*, interval between events.]
**time and a half** *n.* A rate of pay that is one and a half times the regular rate, as for overtime work.
**time and motion study** *n.* An analysis of the efficiency with which an industrial operation is performed.
**time bill** *n.* A bill of exchange payable at an indicated future time.
**time bomb** *n.* A bomb with a detonating mechanism that can be set for a particular time.
**time capsule** *n.* A sealed container preserving articles and records of contemporary culture for perusal by scientists and scholars of the distant future.
**time·card** (tīm'kärd') *n.* A card, either maintained by an employee or stamped by a time clock, recording the em- ployee's arrival and departure time each day.
**time clock** *n.* A clock that records the arrival and departure times of employees, usually by punching timecards.
**time deposit** *n.* A bank deposit that cannot be withdrawn before a date specified at the time of deposit.
**time dilatation** also **time dilation** *n.* The relativistic slow- ing of a clock that moves with respect to a stationary ob- server.
**time exposure** *n.* **1.** A photographic exposure made for a relatively long period of time. **2.** An image made by time exposure.
**time-hon·ored** (tīm'ŏn'ərd) *adj.* Respected or adhered to because of age or age-old observance.
**time immemorial** *n.* **1.** Time long past, beyond memory or record. **2.** *Law.* Time antedating legal records.
**time·keep·er** (tīm'kē'pər) *n.* **1.** A timepiece. **2.** The person who keeps track of time, as in a sports event or in a place of employment. **3.** A railroad dispatcher.
**time-lapse** (tīm'lăps') *adj.* Of or using a motion-picture technique for filming a naturally slow process, as the un- folding of a leaf, by photographing it at intervals so that the continuous projection of the frames gives an accelerated view of it.
**time·less** (tīm'lĭs) *adj.* **1.** Independent of time; unending; eternal. **2.** Unaffected by time; ageless. **3.** *Obs.* Untimely. —**time'less·ly** *adv.* —**time'less·ness** *n.*
**time loan** *n.* A loan to be paid within or by a specified time.
**time lock** *n.* A lock set to open at a specific time.
**time·ly** (tīm'lē) *adj.* **-li·er, -li·est. 1.** Occurring at a suitable or opportune time; well-timed. **2.** *Archaic.* Early; premature. —*adv.* **1.** Opportunely; in time. **2.** *Archaic.* Early; soon. —**time'li·ness** *n.*
**time machine** *n.* A machine or device that in theory permits travel into the future and the past.

---

**time money** *n.* A time loan.
**time note** *n.* A promissory note or similar instrument speci- fying a date or dates of payment.
**time·ous** (tī'məs) *adj. Scot.* Timely. —**time'ous·ly** *adv.*
**time-out** also **time out** (tīm'out') *n.* **1.** A brief cessation of play at the request of a sports team for rest or consultation. **2.** A short break from work or play.
**time out of mind** *n.* Time immemorial (sense 2).
**time·piece** (tīm'pēs) *n.* An instrument that measures, regis- ters, or records time.
**tim·er** (tī'mər) *n.* **1.** A person who keeps track of time; time- keeper. **2.** A timepiece, esp. one used for measuring inter- vals of time. **3.** A switch or regulator that controls or activates another mechanism at fixed intervals.
**time reversal** *n.* A mathematical operation representing a transformation from a given physical system undergoing a given sequence of events to a system in which the exact reverse sequence of events is undergone.
**times** (tīmz) *prep.* Multiplied by: *Five times two is ten.*
**time·sav·ing** (tīm'sā'vĭng) *adj.* Serving to save time through an efficient method or a shorter route; expeditious. —**time'- sav'er** *n.*
**time·serv·er** (tīm'sûr'vər) *n.* A person who conforms to the prevailing ways and opinions of his time or condition for personal advantage; opportunist. —**time'serv'ing** *adj. & n.*
**time-shar·ing** (tīm'shâr'ĭng) *n.* **1.** A technique permitting many users simultaneous access to a central computer through remote terminals. **2.** The joint ownership or lease of vacation property through which the principals occupy the property individually for set periods of time. —**time'-share'** *v.* (**-shared, -shar·ing, -shares**).
**time sheet** *n.* A sheet that records the number of hours worked by employees during a pay period.
**time signature** *n. Mus.* A symbol, commonly in the form of a numerical fraction, placed on a staff to indicate the meter.
**times sign** *n.* The symbol × used to indicate multiplication.
**time study** *n.* Time and motion study.
**time·ta·ble** (tīm'tā'bəl) *n.* A schedule listing the times at which certain events, such as arrivals and departures at a transportation station, are expected to take place.
**time-test·ed** (tīm'tĕs'tĭd) *adj.* Proved effective over a long period of time: *a time-tested recipe.*
**time warp** *n.* A discontinuity or distortion held to occur in the flow of time.
**time·work** (tīm'wûrk') *n.* Work paid for in specified time units, as by the hour. —**time'work'er** *n.*
**time·worn** (tīm'wôrn', -wōrn') *adj.* **1.** Showing the effects of long use or wear. **2.** Used too often; trite.
**time zone** *n.* Any of the 24 longitudinal divisions of the earth's surface in which a standard time is kept, the primary division being that bisected by the Greenwich meridian. Each zone is 15 degrees of longitude in width, with local variations, and observes a clock time one hour earlier than the zone immediately to the east.
**tim·id** (tĭm'ĭd) *adj.* **-er, -est. 1.** Shrinking from dangerous or difficult circumstances; hesitant or fearful. **2.** Shrinking from public attention; shy. [Lat. *timidus* < *timēre*, to fear.] —**ti·mid'i·ty** (tə-mĭd'ĭ-tē), **tim'id·ness** *n.* —**tim'id·ly** *adv.*
**tim·ing** (tī'mĭng) *n.* The art or operation of regulating occur- rence, pace, or coordination to achieve the most desirable effects, as in music, the theater, athletics, or in a machine.
**ti·moc·ra·cy** (tī-mŏk'rə-sē) *n., pl.* **-cies. 1.** A state described by Plato as being governed on principles of honor and mili- tary glory. **2.** An Aristotelian state in which civic honor or political power is proportional to the property one owns. [OFr. *tymocracie* < Med. Lat. *timocratia* < Gk. *timokratia*: *timē*, honor, value + *-kratia*, *-cracy*.] —**ti'mo·crat'ic** (tī'- mə-krăt'ĭk) *adj.*
**tim·or·ous** (tĭm'ər-əs) *adj.* Full of apprehensiveness; timid. [ME *tymerous* < OFr. *timoureus* < Med. Lat. *timorosus* < Lat. *timor*, fear < *timēre*, to fear.] —**tim'or·ous·ly** *adv.* —**tim'or·ous·ness** *n.*
**tim·o·thy** (tĭm'ə-thē) *n.* A grass, *Phleum pratense*, native to Eurasia, having narrow, cylindrical flower spikes and widely cultivated for hay. [Prob. after Timothy Hanson, an 18th-cent. American farmer who reportedly took the grass from New York to the Carolinas.]
**Tim·o·thy** (tĭm'ə-thē) *n.* **1.** A Christian leader and legendary martyr of the 1st century A.D. **2.** See table at **Bible.**
**tim·pa·ni** also **tym·pa·ni** (tĭm'pə-nē) *pl.n.* A set of ket- tledrums. [Ital., pl. of *timpano*, kettledrum < Lat. *tympanum*, drum. —see TYMPANUM.] —**tim'pa·nist** *n.*
**tim·pa·num** (tĭm'pə-nəm) *n.* Variant of **tympanum.**
**tin** (tĭn) *n.* **1.** *Symbol* **Sn** A malleable, silvery metallic element obtained chiefly from cassiterite. It is used to coat other metals to prevent corrosion, and forms part of numerous alloys, such as soft solder, pewter, type metal, and bronze. Atomic number 50; atomic weight 118.69; melting point 231.89°C; boiling point 2,270°C; specific gravity 7.31; va- lences 2, 4. **2.** Tin plate. **3.** A tin container or box. **4.** Chiefly *Brit.* A container for preserved foodstuffs; can. —*tr.v.* **tinned, tin·ning, tins. 1.** To plate or coat with tin. **2.** Chiefly *Brit.* To preserve or pack in tins; can. [ME < OE.]
**tin·a·mou** (tĭn'ə-mōō') *n.* Any of various chickenlike or quaillike birds of the family Tinamidae, of Central and South America. [Fr. < Galibi *tinamu*.]



time clock



timothy

George Miksch Sutton
tinamou

p pop / r roar / s sauce / sh ship, dish / t tight / th thin, path / *th* this, bathe / ŭ cut / ûr urge / v valve / w with / y yes / z zebra, size /- zh vision / ə about, item, edible, gallop, circus / œ *Fr.* feu; *Ger.* schön / ü *Fr.* tu, *Ger.* über / KH *Ger.* ich, *Scot.* loch/ N *Fr.* bon.

Exhibit C - Page 13