QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
  Steven M. Anderson (Bar No. 144014)
  stevenanderson@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Teledyne Technologies Incorporated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TELEDYNE TECHNOLOGIES INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND COUNTERCLAIM | CASE NO. 06-06803-MMM (SHx)<br><br>The Honorable Margaret M. Morrow<br><br>DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF TELEDYNE'S SUPPLEMENTAL *MARKMAN* BRIEF<br><br>Trial Date:  Sept. 23, 2008<br>Discovery Cut-off Date: June 6, 2008<br>Pre-trial Conference Date: Aug. 25, 2008 |

# DECLARATION OF ANTHONY P. ALDEN

I, Anthony P. Alden, declare as follows:

1. I am a member of the Bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys of record for Plaintiff and Counter-Defendant Teledyne Technologies Incorporated ("Teledyne"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I would and could testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the File History of U.S. Patent No. 6,477,152.

3. Attached as Exhibit B is a true and correct copy of relevant excerpts from the Merriam Webster's Collegiate Dictionary (10th ed. 1999).

4. Attached as Exhibit C is a true and correct copy of relevant excerpts from the Compact Oxford English Dictionary (2nd ed. 2000).

5. Attached as Exhibit D is a true and correct copy of the "Honeywell Abbreviation & Acronym Dictionary." This document was downloaded on February 10, 2008, from the web site http://www.aerlyper.es/indice/glosario.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February, 2008, at Los Angeles, California.

/s/ *Anthony P. Alden*
Anthony P. Alden