.

# EXHIBIT B



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M36      1998
423—dc21                                        97-41846
                                                   CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2526WC99

A

**144   briny • broadside**

**briny** \'bri-nē\ adj **brin-i-er; -est** (1590) : of, relating to, or resembling brine or the sea : SALTY — **brin-i-ness** n

**brio** \'brē-(,)ō\ n [It] (1734) : enthusiastic vigor : VIVACITY, VERVE

**bri-oche** \brē-'ōsh, -'ôsh\ n [F, fr. MF dial., fr. brier to knead, of Gmc origin; akin to OHG brehhan to break — more at BREAK] (1826) : light slightly sweet bread made with a rich yeast dough

**bri-o-lette** \,brē-ə-'let\ n [F] (1865) : an oval or pear-shaped gemstone cut in triangular facets

**bri-quette** or **bri-quet** \bri-'ket\ n [F briquette, dim. of brique brick] (1883) : a compacted often brick-shaped mass of usu. fine material (a charcoal ~) — **briquette** vt

**bri-sance** \brē-'zän(t)s, -'zäⁿs\ n [F, fr. brisant, prp. of briser to break, fr. OF brisier, of Celt origin; akin to OIr brissid he breaks; perh. akin to L fricare to rub — more at FRICTION] (1915) : the shattering or crushing effect of an explosive — **bri-sant** \-'zänt, -'zäⁿ\ adj

**¹brisk** \'brisk\ adj [prob. modif. of MF brusque] (1560)   1 : keenly alert : LIVELY   2 a : pleasingly tangy (~ tea)   b : FRESH, INVIGORATING (~ weather)   3 : sharp in tone or manner   4 : ENERGETIC, QUICK (a ~ pace) — **brisk-ly** adv — **brisk-ness** n

**²brisk** vt (1628) : to make brisk — vi : to become brisk — usu. used with up (business ~ed up)

**bris-ket** \'bris-kət\ n [ME brusket; akin to OE brēost breast] (14c) : the breast or lower chest of a quadruped animal; also : a cut of beef from the brisket — see BEEF illustration

**bris-ling** \'briz-liŋ, 'bris-\ n [Norw brisling, fr. LG brerling, fr. Bret broad; akin to OE brād broad] (ca. 1868) : SPRAT 1a

**¹bris-tle** \'bris-əl\ n [ME bristil, fr. brust bristle, fr. OE byrst; akin to OHG burst bristle, and perh. to L fastigium top] (14c) : a short stiff coarse hair or filament — **bris-tle-like** \'bris-əl-(,)līk\ adj

**²bristle** vb bris-tled; bris-tling \'bris-liŋ, 'bris-əl\ vi (15c)   1 : to furnish with bristles   2 : to make bristly : RUFFLE — vi   1 a : to rise and stand stiffly erect (quills bristling)   b 1 : to raise the bristles (as in anger)   2 : to take on an aggressive attitude or appearance (as in response to a slight)   3 a : to be full of or covered with esp. something suggestive of bristles (roofs bristled with chimneys)   b : to be full of something specified (book ~s with detail and irony —W.J. Broad)

**bris-tle-cone pine** \'bris-əl-,kōn-\ n (1894) : either of two pines (Pinus longaeva and P. aristata) of the western U.S. that inhabit the oldest living trees

**bris-tle-tail** \-,tāl\ n (1706) : any of an order (Thysanura) of wingless insects with two or three slender caudal bristles

**bris-tly** \'bris-lē, 'bri-sə-\ adj bris-tli-er; -est (ca. 1591)   1 : consisting of or resembling bristles   b : thickly set with bristles   2 : inclined to or exhibiting aggressiveness or anger



bristlecone pine

**bris-tol board** \'bris-t⁼l-\ n [Bristol, England] (1809) : a paperboard with a smooth surface suitable esp. for artwork — called also bristol

**Bristol fashion** adj [Bristol, England] (1823) : being in good order : SHIPSHAPE

**brit** also **britt** \'brit\ n [perh. fr. Corn brythel mackerel] (1851) : minute marine animals (as crustaceans and pteropods) on which right whales feed

**Brit** \'brit\ n (1901) : BRITON 2

**Bri-tan-nia metal** \brə-'tan-yə, -'ta-nē-ə-\ n [Britannia, poetic name for Great Britain, fr. L] (1817) : a silver-white alloy largely of tin, antimony, and copper that is similar to pewter

**Bri-tan-nic** \brə-'ta-nik\ adj (1641) : BRITISH

**britch-es** \'bri-chəz\ n pl [alter. of breeches] (ca. 1803) : BREECHES, TROUSERS

**Brith Mi-lah** \'brit-mē-'lä, 'brith-, 'bris-, -'mē-(,)lä\ n [LHeb bĕrith milāh covenant of circumcision] (ca. 1902) : the Jewish rite of circumcision

**Brit-i-cism** \'bri-tə-,si-zəm\ n [British + -icism (as in gallicism)] (1868) : a characteristic feature of British English

**Brit-ish** \'bri-tish\ n [ME Bruttische of Britain, fr. OE Brettisc, fr. Brettas Britons, of Celt origin; akin to W Brython Briton] (13c)   1 a : the Celtic language of the ancient Britons   b : BRITISH ENGLISH   2 pl in constr : the people of Great Britain or the Commonwealth — **British** adj — **Brit-ish-ism** \'bri-ti-,shi-zəm\ n — **Brit-ish-ness** n

**British English** n (1869) : the native language of most inhabitants of England; esp : English characteristic of England and clearly distinguishable from that used elsewhere (as in the U.S. or Australia)

**Brit-ish-er** \'bri-ti-shər\ n (1829) : BRITON 2

**British thermal unit** n (1876) : the quantity of heat required to raise the temperature of one pound of water one degree Fahrenheit at a specified temperature (as 39°F)

**Brit-on** \'bri-t⁼n\ n [ME Breton, fr. MF & L; MF, fr. L Britton-, Britto, of Celt origin; akin to W Brython] (13c)   1 : a member of one of the peoples inhabiting Britain prior to the Anglo-Saxon invasions   2 : a native or subject of Great Britain; esp : ENGLISHMAN

**Brit-ta-ny** \'bri-tⁿ-ē, n. pl [Brittany, region in France] (1967) : any of a breed of medium-sized pointing spaniels of French origin — called also Brittany spaniel

**brit-tle** \'bri-t⁼l\ adj brit-tler \'bri-t⁼lər\, brit-tl-est \-last, -t⁼l-əst\ [ME britil; akin to OE brēotan to break, ON brjóta] (14c)   1 a : easily broken, cracked, or snapped (~ clay) (~ glass)   b : easily disrupted, overthrown, or damaged : FRAIL (a ~ friendship)   2 a : PERISHABLE, MORTAL   b : TRANSITORY, EVANESCENT   3 : easily hurt or offended : SENSITIVE (a ~ personality)   4 : SHARP (~ spatterings of war drums)   5 : lacking warmth, depth, or generosity of spirit : COLD (a ~ selfish person)   6 : affected with or being a form of diabetes characterized by large and unpredictable fluctuations in blood glucose level syn see FRAGILE — **brit-tle-ly** \'bri-t⁼l-(l)ē\ adv — **brit-tle-ness** \'bri-t⁼l-nəs\ n

**²brittle** n (1913) : a candy made with caramelized sugar and nuts spread in thin sheets (peanut ~)

**brittle star** n (1843) : any of a subclass or class (Ophiuroidea) of echinoderms that have slender flexible arms distinct from the central disk

**Brit-ton-ic** \bri-'tä-nik\ adj [L Britton-, Britto Briton] (1923) : BRYTHONIC

**Brix** \'briks\ adj (1897) : of or relating to a Brix scale

**Brix scale** n [Adolf F. Brix †1870 Austrian scientist] (1897) : a hydrometer scale for sugar solutions so graduated that its readings at a specified temperature represent percentages by weight of sugar in the solution — called also Brix

**bro** \'brō\ n, pl bros [by alter.] (1838)   1 : BROTHER   2 : SOUL BROTHER — often used informally as a term of address

**¹broach** \'brōch\ n [ME broche, fr. MF, fr. (assumed) VL brocca, fr. L, fem. of broccus projecting] (13c)   1 : BROOCH   2 : any of various pointed or tapered tools, implements, or parts: as   a : a spit for roasting meat   b : a tool for tapping casks   c : a cutting tool for removing material from metal or plastic to shape an outside surface or a hole

**²broach** vt (15c)   1 a : to pierce (as a cask) in order to draw the contents; also : to open for the first time   b : to open up or break into (as a mine or stores)   2 : to shape or enlarge (a hole) with a broach   3 a : to make known for the first time   b : to open up (a subject) for discussion — vi   1 : to break the surface from below syn see EXPRESS — **broach-er** n

**³broach** vi [perh. fr. ²broach] (1705) : to veer or yaw dangerously so as to lie broadside to the waves — often used with to

**¹broad** \'brod\ adj [ME brood, fr. OE brād; akin to OHG breit broad] (bef. 12c)   1 a : having ample extent from side to side or between limits (~ shoulders)   b : having a specified extension from side to side (made the path 10 feet ~)   2 : extending far and wide : SPACIOUS (the ~ plains)   3 a : OPEN, FULL (~ daylight)   b : PLAIN, OBVIOUS (a ~ hint)   4 : dialectal esp. in pronunciation   5 : marked by lack of restraint, delicacy, or subtlety : a obs : OUTSPOKEN   b : COARSE, RISQUÉ (~ humor)   6 of a vowel : OPEN — used specif. of a pronounced as in father   7 a : LIBERAL, TOLERANT (~ views)   b : widely applicable or general : EXTENDED   8 : relating to the main or essential points (~ outlines) — **broad-ly** adv — **broad-ness** n

syn BROAD, WIDE, DEEP mean having horizontal extent. BROAD and WIDE apply to a surface measured or viewed from side to side (a broad avenue). WIDE is more common when units of measurement are mentioned (rugs eight feet wide) or applied to unfilled space between limits (a wide doorway). BROAD is preferred when full horizontal extent is considered (broad shoulders). DEEP may indicate horizontal extent away from the observer or from a front or peripheral point (a deep cupboard) (deep woods).

**²broad** adv (bef. 12c) : in a broad manner : FULLY

**³broad** n (1659)   1 Brit : an expansion of a river — often used in pl.   2 slang : WOMAN

**broad arrow** n (14c)   1 : an arrow with a flat barbed head   2 Brit : a mark shaped like a broad arrow that identifies government property including clothing formerly worn by convicts

**broad-ax** or **broad-axe** \'brō-,daks\ n (bef. 12c) : a large ax with a broad blade

**broad-band** \'brōd-,band\ adj (1956)   1 : operating at, responsive to, or comprising a wide band of frequencies (a ~ radio antenna)   2 : of, relating to, or being a communications network in which a frequency range is divided into multiple independent channels for simultaneous transmission of signals (as voice, data, or video)

**broad bean** n (1783) : the large flat edible seed of an Old World upright vetch (Vicia faba); also : this plant widely grown for its seeds and as fodder

**broad-brush** \'brōd-,brəsh\ adj (1967) : GENERAL, NONSPECIFIC

**¹broad-cast** \'brōd-,kast\ adj (1767)   1 : cast or scattered in all directions   2 : made public by means of radio or television   3 : of or relating to radio or television broadcasting

**²broadcast** vb broadcast also broad-cast-ed; broad-cast-ing vt (1813)   1 : to scatter or sow (as seed) broadcast   2 : to make widely known   3 : to transmit or make public by means of radio or television — vi   1 : to transmit a broadcast   2 : to speak or perform on a broadcast program — **broad-cast-er** n

**³broadcast** adv (1814) : to or over a broad area

**⁴broadcast** n (1922)   1 : the act of transmitting sound or images by radio or television   2 : a single radio or television program

**Broad Church** adj (1853) : of or relating to a liberal party in the Anglican communion esp. in the later 19th century

**broad-cloth** \'brōd-,klóth\ n (15c)   1 : a twilled napped woolen or worsted fabric with smooth lustrous face and dense texture   2 : a fabric usu. of cotton, silk, or rayon made in plain and rib weaves with soft semigloss finish

**broad-en** \'brō-d⁼n\ vb broad-ened; broad-en-ing \'brōd-niŋ, 'brō-d⁼n-iŋ\ vt (1726) : to make broader — vi : to become broad

**broad-gauge** \'brōd-'gāj\ or **broad-gauged** \-'gājd\ adj (1858)   1 : wide in area or scope (a ~ effort)   2 : comprehensive in outlook, range, or capability (a ~ statesman)

**broad gauge** n (1844) : a railroad gauge wider than standard gauge

**broad jump** n (1872) : LONG JUMP — **broad jumper** n

**broad-leaved** \-'lēvd\ or **broad-leaf** \-'lēf\ also **broad-leafed** \-'lēft\ adj (1552)   1 : having broad leaves; specif : having leaves that are not needles   2 : composed of broad-leaved plants (~ forests)

**broad-loom** \-,lüm\ adj (1925) : woven on a wide loom; also : so woven in solid color

**²broadloom** n (1926) : a broadloom carpet

**broad-mind-ed** \'brōd-'mīn-dəd, -,mīn-\ adj (1882)   1 : tolerant of varied views   2 : inclined to condone minor departures from conventional behavior — **broad-mind-ed-ly** adv — **broad-mind-ed-ness** n

**broad-scale** \-,skāl⁼l\ adj (1939) : broad in extent, range, or effect

**broad-sheet** \-,shēt\, n (1705)   1 : BROADSIDE 1   2 Brit : a newspaper with full-size pages as distinguished from a tabloid

**¹broad-side** \-,sīd\ n (1575)   1 a : a sizable sheet of paper printed on one side   (2) : a sheet printed on one or both sides and folded   b : something (as a ballad) printed on a broadside   2 archaic : the side of a ship above the waterline   3 a : all the guns on one side of a ship; also : their simultaneous discharge   b : a volley of abuse or denunciation   4 : a broad or unbroken surface

**²broadside** adj (1690)   1 : directed or placed broadside (a ~ attack)

**³broadside** adv (1870)   1 a : with the side forward or toward a given point   b : SIDEWAYS   2 : directly from the side (the car was hit ~)