# EXHIBIT C

EXHIBIT C
Page 130

# THE COMPACT OXFORD ENGLISH DICTIONARY

SECOND EDITION

COMPLETE TEXT

REPRODUCED MICROGRAPHICALLY

OXFORD

UNIVERSITY PRESS

EXHIBIT C
Page 131

# OXFORD
**UNIVERSITY PRESS**

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford New York

Athens Auckland Bangkok Bogotá Buenos Aires Calcutta
Cape Town Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul
Karachi Kuala Lumpur Madrid Melbourne Mexico City Mumbai
Nairobi Paris São Paulo Shanghai Singapore Taipei Tokyo Toronto Warsaw
with associated companies in Berlin Ibadan

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

The Compact Edition of the Oxford English Dictionary (First Edition) © Oxford University Press 1971
The Compact Edition of the Oxford English Dictionary—A Supplement to the Oxford English Dictionary
© Oxford University Press 1987
The Oxford English Dictionary (Second Edition) © Oxford University Press 1989

The Compact Oxford English Dictionary (Second Edition) first published 1991
Reprinted 1992, 1993, 1994, 1996, 1998, 1999, 2000

ISBN 0-19-861258-3

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

For the suggestion of making available the Oxford English Dictionary in compact form
the publishers are indebted to Mr Albert Boni of Readex Microprint Corporation
whose Compact Edition of the British Museum Catalogue and other reference works
pioneered this method of publication

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Printed in the United States of America
on acid-free paper

**EXHIBIT C**
**Page 132**

**1955** *Times* 10 May 10/3 Whether Sir Winston Churchill will make a sound or television broadcast for the Conservative Party.

**'broadcast,** *v.* [f. as prec. + CAST *v.*]

1. To scatter (seed, etc.) abroad with the hand.
**1813** A. YOUNG *Essex Agric.* I. 333 They sow .. the barley .. spraining the first [half]; and broad-casting the second. **1836** MONTGOMERY *Poet's Portfolio* 248 Sow in the morn thy seed .. Broad-cast it o'er the land. **1846** *Jrnl. R. Agric. Soc.* VII. II. 591 It is preferable to broadcast the guano.

2. *fig.* To scatter or disseminate widely.
**1829** I. TAYLOR *Enthus.* iv. 270 The doctrine of missionary zeal .. has been broad-cast over Christendom. **1880** RUSKIN *Lett. to Clergy* 369 Showing his detestation of the sale of indulgences by broadcasting these gratis from his pulpit.

3. To disseminate (a message, news, a musical or dramatic performance, or any audible or visible matter) from a radio or television transmitting station to the receiving sets of listeners and viewers; said also of a speaker or performer. Also *absol.*

EXHIBIT C
Page 133