# EXHIBIT A

EXHIBIT A
Page 5

# *RESUME*

R.William Kreutel
11696 E. Sand Hills Rd.
Scottsdale, AZ 85255
480-473-0050
rwkreutel@aol.com

**Education**

**Doctor of Science**, Electrical Engineering, The George Washington University, Washington, D.C. 1978
**Master of Science**, Electrical Engineering, Northeastern University, Boston, MA 1964
**Bachelor of Science**, Electrical Engineering, Northeastern University, Boston, MA 1961

**Professional Experience**

**Consulting Engineer** (3 years)
*Consulting engineer in antennas, phased arrays and radiating systems*

**Teledesic** (6 years)
*Chief Antennas Architect*
- Responsible for all spacecraft and earth terminal antenna technology.
- High gain, Ku Band multiple beam, lens antennas (2-D and 3-D bootlace and dielectric lenses) for space application
- Multi-beam, active aperture, Ka Band phased array antennas for space application
- Low cost, wide angle scan, Ku/Ka Band phased array antenna user terminals

**Motorola Satcom Division** (4 years)
*Program Manager*
- Managed the development of the IRIDIUM spacecraft antenna systems
  + Main Mission Antenna – L Band, active aperture, multiple beam array antenna
  + Crosslink antennas – Ka Band flat plate slot array antennas
  + Gateway antennas – Ka Band mechanically steerable, dual reflector antennas
- Ka Band phased array antenna development for user terminals (Celestri)
- Digital beam forming studies

**Electromagnetic Sciences** (4 years)
*Principal Engineer*
- Design/development of lightweight beamforming networks for space application
- Designed the C Band antennas for NASA Aero-brake Flight Experiment
- Antenna design and system engineering support for NASA Microwave Reflecto-meter Ionization Sensor (MRIS)
- Established business group to provide design, development and manufacture of antenna feed systems and beamforming networks for commercial satcom

**Comsat Laboratories** (18 years)
*Manager, Antenna Department*
- Planned and managed Comsat and Intelsat antenna R&D programs
- Contributed to the development of dual polarized, multi-beam antennas for frequency reuse satcom systems
- Development of shaped beam and reconfigurable beam antennas
- Design and development of wideband autotrack systems
- Design and development of polarizing networks, orthomode transducers and adaptive polarization networks
- Contributed to the use of radio star calibration methods (G, G/T) for earth terminal antennas
- Supported Intelsat I, II, III, IV, IVa, V and Comstar satellite programs
- Provided technical advisory service to the international community

*Director, Optical Communications Laboratory*
- Managed research team in developing optical technology for satcom applications
- Design and development of optical switch matrix for SS/TDMA
- Design and development of optical intersatellite links
- Development of optically controlled phased array antennas (including optical beamforming)

*Division Director, Development Engineering*
- Managed and administered production engineering facility
- Responsible for second stage product development and limited quantity production Of components and systems
- Responsible for technology transfer between R&D labs and Comsat affiliated companies

**GTE/Sylvania**
*Research Engineer*
- Participated in the pioneering development of phased array technology (MAR)
- Design and development of low noise, multifrequency earth terminal antenna for early military satcom (ADVENT)
- Design and development of RF feed system (organ pipe scanner) for artillery shell tracking radar (MPQ-32)
- Design and development of HF log periodic antennas for OHD radar (FPS-95)

**Professional Affiliations**

Institute of Electrical and Electronic Engineers (Fellow)
American Institute of Aeronautics and Astronautics (Assoc. Fellow)
International Union of Radio Science (URSI, Commissions A & B)
New York Academy of Science
Eta Kappa Nu
Sigma XI