# EXHIBIT D

# COMSAT
## Technical Review

Volume 11 Number 2   Fall 1981

EXHIBIT D
Page 22

Advisory Board    Joseph V. Charyk
                  William W. Hagerty
                  John V. Harrington
                  B. I. Edelson
                  Sidney Metzger

Editorial Board   Pier L. Bargellini, Chairman
                  Ali E. Atia
                  S. J. Campanella
                  William L. Cook
                  C. Dorian
                  H. W. Flieger
                  Jorge C. Fuenzalida
                  William J. Getsinger
                  R. W. Kreutel
                  Robert K. Kwan
                  Akos G. Revesz
                  George R. Welti

Editorial Staff   Robert E. Bernier
                        MANAGING EDITOR
                  Margaret B. Jacocks
                  Elizabeth Christie
                  Pearl Coleman
                  Suzanne F. Metzger
                        TECHNICAL EDITORS
                  Edgar Bolen
                        PRODUCTION
                  Tina L. Arthur
                        CIRCULATION

COMSAT TECHNICAL REVIEW is published twice a year by Communications Satellite Corporation (COMSAT). Subscriptions, which include the two issues published within a calendar year, are: one year, $7 U.S.; two years, $12; three years, $15; single copies, $5; article reprints, $1. Make checks payable to COMSAT and address to Treasurer's Office, Communications Satellite Corporation, 950 L'Enfant Plaza, S.W., Washington, D.C. 20024 U.S.A.

©COMMUNICATIONS SATELLITE CORPORATION 1982
COMSAT IS A TRADE MARK AND SERVICE MARK
OF THE COMMUNICATIONS SATELLITE CORPORATION

# COMSAT TECHNICAL REVIEW
# Volume 11 Number 2, Fall 1981

195  A DIRECT BROADCAST SATELLITE SYSTEM FOR THE UNITED STATES    L. M. Keane, Editor
202  REGULATORY CONSIDERATIONS    E. E. Reinhart
215  SYSTEM CHARACTERISTICS    E. R. Martin
227  SATELLITE CHARACTERISTICS    E. R. Martin
241  HOME EQUIPMENT TERMINAL CHARACTERISTICS    D.L. Durand
248  UP-LINK AND GROUND CONTROL FACILITIES    D. L. Durand
255  DBS/FS FREQUENCY SHARING    J. E. Whitworth
267  SBS SYSTEM EVOLUTION    W. H. Curry, Jr.
293  4/6-GHz IONOSPHERIC SCINTILLATION MEASUREMENTS DURING THE PEAK OF SUNSPOT CYCLE 21    D. J. Fang and M. S. Pontes
321  GENERALIZED DIELECTRIC RESONATOR FILTERS    A. E. Atia and R. R. Bonetti
345  ANALYSIS OF THROUGHPUT EFFICIENCY AND DELAY IN ARQ SYSTEMS    D. M. Chitre
369  FREQUENCY AND TIME COORDINATION VIA SATELLITE    L. Veenstra, J. Kaiser, C. Costain, W. Klepczynski, and D. Allan
403  FABRICATION TECHNIQUES OF LIGHTWEIGHT INVAR MICROWAVE FILTERS    H. I. Gerson
421  CTR NOTES
     SUMMARY OF THE SBS SATELLITE COMMUNICATIONS PERFORMANCE SPECIFICATIONS    G. G. Churan and W. E. Leavitt   421
     SOLAR ABSORPTANCE DEGRADATION OF AN UNCLEANED RADIATOR    N. L. Hyman   433
     19- AND 28-GHz HIGH POWER/EFFICIENCY IMPATT AMPLIFIERS    S. M. Chou   441
459  TRANSLATIONS OF ABSTRACTS
     FRENCH   459    SPANISH   463

## *Foreword*

This issue of *COMSAT Technical Review* presents a series of papers related to the Direct Broadcast Satellite System planned by the Satellite Television Corporation (STC), a COMSAT subsidiary.

The papers describe the proposed system, articulate some of the issues surrounding introduction of this new service, and outline its broad scope.

The success of STC's satellite-to-home pay television service will depend heavily on a careful combination of various critical technological elements. Recent developments in spacecraft components such as long life, reliable and efficient high power amplifiers and satellite antennas producing precisely shaped beams are of great importance. Equally significant will be the availability of high performance, ultra reliable, low cost receiving and decoding equipment which will permit individual control of transmissions received by the subscribers.

After the unparalleled advances of the past fifteen years in international and domestic satellite communications, in which COMSAT has played a leading role, STC is now prepared to face with confidence the challenge posed by this new broadcasting satellite service.

J. V. Charyk

Index: direct broadcast satellite system, frequency allocation, broadcasting satellite

# A direct broadcast satellite system for the United States

L. M. KEANE, Editor

(Manuscript received August 18, 1981)

## Abstract

This series of papers describes the first commercial direct broadcast satellite (DBS) service proposed for the United States. System elements are defined as they are presently conceived, and the major engineering tradeoffs made during development of the system configuration are discussed. Services to be offered and their expected characteristics are indicated. Orbit and spectrum utilization matters are considered in connection with worldwide radio conferences dealing with DBS planning. Analyses and measurements to determine the most effective means by which DBS and other domestic (terrestrial fixed) services can band share are also presented.

## Introduction

On December 17, 1980, Satellite Television Corporation (STC)* applied for authorization from the U.S. Federal Communications

---

* STC is a wholly owned subsidiary of the Communications Satellite Corporation (COMSAT).

Abbreviations and acronyms used in this series of papers are defined on Page 265.