# EXHIBIT A

jc540 U.S. PTO
09/224214
12/30/98

| | | |
|---|---|---|
| | Subclass | ISSUE CLASSIFICATION |
| | Class | |

**PATENT NUMBER**

# 6477152

6477152

| O.I.P.E. | PATENT DATE |
|---|---|
| RM SCANNED Drw 2oa. Drw | NOV 0 5 2002 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER PHAM |
|---|---|---|---|---|
| | | | 2731 | YTO |

FILED WITH: ☐ DISK (CRF)  ☐ FICHE

(Attached in pocket on right inside flap)

## PREPARED AND APPROVED FOR ISSUE

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | |
|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
| 370 | 316 | 370 | 310 | | | | |

**INTERNATIONAL CLASSIFICATION**

| H | 0 | 4 | B | 7/185 |
|---|---|---|---|---|
| H | 0 | 4 | B | 7/00 |
| | | | | / |
| | | | | / |
| | | | | / |

☐ Continued on Issue Slip Inside File Jacket

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | #5 | 8 | 4 | 12 | 1 |

| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | BRENDA PHAM 6/13/02 (Assistant Examiner) (Date) | NOTICE OF ALLOWANCE MAILED |
|---|---|---|
| ☐ b) The term of this patent shall not extend beyond the expiration date, of U.S Patent. No. _____ | WELLINGTON CHIN SUPERVISORY PATENT EXAMINER TECHNOLOGY CENTER 2600 6/17/02 (Primary Examiner) (Date) | 6-17-02 |
| | | ISSUE FEE |
| | | Amount Due $1280 Date Paid 9/1/05 |
| ☐ c) The terminal _____ months of this patent have been disclaimed. | N. Little 6-19-02 (Legal Instruments Examiner) (Date) | ISSUE BATCH NUMBER |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/98)

(LABEL AREA)

**EXHIBIT A**
Page 2 (FACE)

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/224,214 | 12/30/98 | 378 | 2731 | A62-25262-US |

APPLICANT

JOHN H. HIETT, PHOENIX, AZ.

**CONTINUING DOMESTIC DATA*********************
VERIFIED

none BP

**371 (NAT'L STAGE) DATA*********************
VERIFIED

none BP

**FOREIGN APPLICATIONS************
VERIFIED

none BP

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 01/25/99

| Foreign Priority claimed ☐yes ☐no<br>35 USC 119 (a-d) conditions met ☐yes ☐no ☐Met after Allowance<br>Verified and Acknowledged  BP     Examiner's Initials          Initials | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| | AZ | 6 | 12 | 3 |

ADDRESS

HONEYWELL INCORPORATED
HONEYWELL PLAZA MN12 8251
P O BOX 524
MINNEAPOLIS MN 55440

TITLE

APPARATUS AND METHOD FOR DATA COMMUNICATIONS

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | |
|---|---|---|
| $890 | | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Process<br>☐ 1.18 Fees (Issue)<br>☐ Other _____<br>☐ Credit |




# PATENT APPLICATION

09/224214

09224214

12/30/96

INITIALS _____

JAN 19 99 ?

# CONTENTS

| | Date received (Incl. C. of M.) or Date Mailed | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application _____ papers. | | 42. _____ | _____ |
| 2. My Project | 2-1-99 | 43. _____ | _____ |
| 3. Declaration/Surcharge fee | 3-26-99 | 44. _____ | _____ |
| 4. IDS | 2-1-99 | 45. _____ | _____ |
| 5. CADD | 8-14-00 | 46. _____ | _____ |
| 6. IDS | 11-30-00 | 47. _____ | _____ |
| 7. Office Comm. | 2/13/02 | 48. _____ | _____ |
| 8. Amd - a | 5-24-02  com 5-13-02 | 49. _____ | _____ |
| 9. Notice of Allow | 6-17-02 | 50. _____ | _____ |
| 10. Issue Fee | 9-17-02 | 51. _____ | _____ |
| 11. _____ | | 52. _____ | _____ |
| 12. _____ | | 53. _____ | _____ |
| 13. _____ | | 54. _____ | _____ |
| 14. _____ | | 55. _____ | _____ |
| 15. _____ | | 56. _____ | _____ |
| 16. _____ | | 57. _____ | _____ |
| 17. _____ | | 58. _____ | _____ |
| 18. _____ | | 59. _____ | _____ |
| 19. _____ | | 60. _____ | _____ |
| 20. _____ | | 61. _____ | _____ |
| 21. _____ | | 62. _____ | _____ |
| 22. _____ | | 63. _____ | _____ |
| 23. _____ | | 64. _____ | _____ |
| 24. _____ | | 65. _____ | _____ |
| 25. _____ | | 66. _____ | _____ |
| 26. _____ | | 67. _____ | _____ |
| 27. _____ | | 68. _____ | _____ |
| 28. _____ | | 69. _____ | _____ |
| 29. _____ | | 70. _____ | _____ |
| 30. _____ | | 71. _____ | _____ |
| 31. _____ | | 72. _____ | _____ |
| 32. _____ | | 73. _____ | _____ |
| 33. _____ | | 74. _____ | _____ |
| 34. _____ | | 75. _____ | _____ |
| 35. _____ | | 76. _____ | _____ |
| 36. _____ | | 77. _____ | _____ |
| 37. _____ | | 78. _____ | _____ |
| 38. _____ | | 79. _____ | _____ |
| 39. _____ | | 80. _____ | _____ |
| 40. _____ | | 81. _____ | _____ |
| 41. _____ | | 82. _____ | _____ |

EXHIBIT A
Page 5
(LEFT OUTSIDE)



US006477152B1

(12) **United States Patent**

Hiett

(10) Patent No.: **US 6,477,152 B1**

(45) Date of Patent: **Nov. 5, 2002**

(54) **APPARATUS AND METHOD FOR DATA COMMUNICATIONS**

(75) Inventor: **John H. Hiett**, Phoenix, AZ (US)

(73) Assignee: **Honeywell Inc.**, Morristown, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/224,214**

(22) Filed: **Dec. 30, 1998**

(51) Int. Cl.[7] ............................. H04B 7/185; H04B 7/00
(52) U.S. Cl. ................................... 370/316; 370/310
(58) Field of Search ..................................... 370/310, 316, 370/352; 455/12.1, 151.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,717,878 A | 2/1998 | Sannino | |
| 5,852,721 A | 12/1998 | Dillon et al. | |
| 6,201,797 B1 * | 3/2001 | Leuca | 370/316 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 97300754.5 | 2/1997 |
| GB | 2 304 499 | 3/1997 |
| GB | 2 313 981 | 12/1997 |
| WO | PCT/US98/23963 | 11/1998 |

OTHER PUBLICATIONS

ARINC741, Part 4, *Aviation Satellite Communication System: Specification and Description Language*, May 15, 1992, AEEC.
*Satellite Communication Systems for Multimedia Services*, Araki et al, IEEE, 1993, pp. 690–695.
ARINC741, Part 3, *Aviation Satellite Communication System: Specification and Description Language*, Jan. 15, 1994, AEEC.

ARINC622–2, *ATS Data Link Applications Over ACARS Air–Ground Network*, Dec. 20, 1994, AEEC.
ARINC741, Part 1, *Aviation Satellite Communication System: Aircraft Installation Provisions*, Dec. 30, 1994, AEEC.
ARINC746, *Cabin Communications Systems*, Apr. 1, 1996, AEEC.
ARINC741, Part 2, *Aviation Satellite Communication System: System Design and Equipment Functional Description*, Nov. 15, 1996, AEEC.
ARINC758, *Communications Management Unit*, Apr. 30, 1997, AEEC.
*Inmarsat aeronautical services*, Nov. 1998, Inmarsat.
http://www.direcpc.com/about/a36f.html, *About DirecPC*, Nov. 30, 1998.

* cited by examiner

*Primary Examiner*—Wellington Chin
*Assistant Examiner*—Brenda Pham

(57) **ABSTRACT**

An improved technique for retrieving data information from various data sources provides a less costly, and yet faster and more reliable method for retrieving information while aboard a transportation vehicle, such as, for example, an aircraft. In addition, the data communication system provides a technique and apparatus for accessing and controlling direct broadcasting systems to facilitate the retrieval of desired information on an expedited basis. The data communications system may be carried out in one form by a data communications system having a data source, an information request system coupled to the data source and adapted to request data information from the data source, and a receiver coupled to the data source and adapted to receive the data information requested the information request system.

**12 Claims, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8

EXHIBIT A
Page 11

US 6,477,152 B1

1

## APPARATUS AND METHOD FOR DATA COMMUNICATIONS

### FIELD OF THE INVENTION

The present invention relates to communications, and more particularly, to systems for requesting and receiving data from a remote data source.

### BACKGROUND OF THE INVENTION

Data communications continue to pervade more aspects of business and personal communications as the technology develops. The increased use of electronic systems to communicate, such as via e-mail, the worldwide web, and various global networks, has brought increased dependence on the availability of such systems. Although many offices and homes are well-connected, mobile data communications are less mature.

Problems associated with mobile data communications are particularly acute on commercial aircraft. Commercial aircraft passengers demand faster and cheaper access to information sources used in their offices and homes, but many options are expensive, impractical, or unavailable. For example, many mobile communications systems rely on cellular modems to connect a computer to a service provider. Cellular systems, however, generally cannot be used on aircraft for a variety of technical and regulatory reasons. Similarly, wireless local area networks (LANs) are effective in some environments, but are generally unsuitable for aircraft, due in part to the limited range of such LANs. The current primary alternative for passengers on commercial aircraft is to connect to a service provider using the dedicated air-to-ground telephones available to passengers on some aircraft. Access charges for such telephones, however, are high, especially for low rate or high content data transfers requiring considerable time to complete the transaction.

### SUMMARY OF THE INVENTION

A communications system according to various aspects of the present invention may comprise a data source, an information request system coupled to the data source and adapted to request information from the data source, and a receiver coupled to the data source and adapted to receive the information requested by the information request system. The data source may comprise any conventional data source, such as an internet service provider, and the receiver may comprise any suitable receiver for receiving data from the data source. The information request system is coupled to the data source by any appropriate medium, such as airport wireless LAN, VHF radio signal, or satellite link, and may vary the type of connection according to the availability of various communications media. Similarly, the receiver is coupled to the data source via any appropriate and available medium, such as a satellite link, and is suitably different from the medium coupling the information request system to the data source.

### BRIEF DESCRIPTION OF THE DRAWING

A more complete understanding of the present invention may be derived by referring to the detailed description and claims when considered in connection with the figures, where like reference numbers refer to similar elements throughout the figures, and:

FIG. 1 is a schematic representation of a data communication system in accordance with the present invention;

2

FIG. 2 is schematic representation of a data communication system in accordance with a preferred embodiment of the present invention;

FIG. 3 is a schematic representation of a preferred embodiment of a data communication system as incorporated in an aircraft;

FIG. 4 is a schematic representation of an alternative preferred embodiment of the data communication system shown in FIG. 3;

FIG. 5 is a schematic representation of another alternative preferred embodiment of the data communication system shown in FIG. 3;

FIG. 6 is a schematic representation of a transmission unit in accordance with a preferred embodiment of the present invention; and

FIG. 7 is a schematic representation of a receiver unit in accordance with a preferred embodiment of the present invention.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS OF THE INVENTION

The present invention is described in part in terms of functional block components and various processing steps. It should be appreciated that such functional blocks may be realized by any number of hardware and/or software components configured to perform the specified functions. For example, the present invention may employ various integrated circuit components, drivers, antennas, signal processors and the like, which may carry out a variety of functions under the control of one or more microprocessors or other control devices. In addition, the present invention may be practiced in any number of contexts and the data communication system described herein is merely one exemplary application for the invention.

General

Referring now to FIG. 1, in accordance with a preferred embodiment of the present invention, a communication system 100 for requesting and receiving information comprises an information request system 102, a data source 104, and a receiver 106. The information request system 102 is suitably coupled to the data source 104 via a first communication medium 208, and the receiver 106 is suitably coupled to the data source 104 via a second communication medium 210. The first and second communication media 208, 210 may be the same or different media, or separate channels of the same medium. Requests for information are generated via the information request system 102 and transmitted to the data source 104 via the first communication medium 210. In response, the data source 104 transmits the requested information to the receiver 106 via the second communication medium 210. The information request system 102 and the receiver 106 are remote from the data source 104. In an exemplary embodiment, the information request system 102 and the receiver 106 are located aboard a vehicle, such as a commercial or noncommercial aircraft, helicopter, ship, train, or automobile.

Data Source

Data source 104 stores or channels information, such as news, weather, entertainment, financial, or sports information, or any other type of information, receives requests for information from the information request system 102, and transmits the requested data to the receiver 106. The data source 104 may comprise any appropriate source of data, such as an internet service provider (ISP), a host computer system, a remotely accessible network server, a dedicated or general information database configured to

US 6,477,152 B1

| 3 | 4 |
|---|---|

store selected information, or other information sources capable of transmitting requested information.

Second Communication Medium

Referring to FIGS. 3 through 5, the data source 104 of the present embodiment comprises a digital satellite source or digital broadcast system provider which provides, for example, internet access by receiving requests for data via the a conventional telephone network 314 and transmitting the data via a satellite link 319, such as a direct satellite . The satellite link 319 facilitates access to greater bandwidth than reliance solely on the telephone system 314 and affords relatively high data transfer rates from the data source 104 to the receiver 106. Accordingly, the second communication medium 210 of the present embodiment comprises a satellite link between the data source 104 and the receiver 106.

In accordance with various aspects of the present invention, however, second communication medium 210 may comprise any medium or plurality of media capable of transmitting information from data source 104 to receiver 106. For example, second communication medium 210 may comprise a wire, infrared signal, microwave signal, fiber optic cable, radio signal, laser signals, or acoustic signal. In addition, second communication medium 210 may comprise, for example, a general network system, public or private, suitably coupled to data source 104 to transmit information to receiver 106, such as a conventional telephone network or television cable network. Moreover, second communication medium 210 may comprise a remote ground data center coupled to data source 104 and configured to facilitate transfer of information from data source 104 to receiver 106 via satellite communications, radio communications, wireless cellular communications or direct cable communications and/or the like. The second communication medium 210 may comprise any suitable medium according to the characteristics of the data source 104, the receiver 106, and any other appropriate factors, such as the distance between the receiver 106 and the data source 104. Further, the second communication medium 210 may comprise multiple media, which may be used individually or in any suitable combination to transfer requests to the data source 104. Second communication medium 210 may suitably comprise any arrangement of components and utilize any communication methodology, now known or hereafter devised, to facilitate the transmission of data information from data source 104 to receiver 106. Second communication medium 210 preferably accommodates high data rates relative to the data rate of the first communication medium 208 because, in the present embodiment, high data rates tends to transfer significantly more data to the receiver 106 than the information request system 102 provides to the data source 104.

In one embodiment, second communication medium 210 may comprise multiple communications media available to the data source 104 for transmission of the information. For example, the data source 104 may have access to a satellite link and a conventional cable link. The data source 104 may transmit the requested information via one or both media. The data source 104 may elect the appropriate media according to any criteria, including instructions received from the information request system 102, availability of resources, anticipated cost, or any other suitable criteria.

Receiver

The data source 104 transmits data via the second communications medium 210 to the receiver 106, which then provides the information to the user. To facilitate reception of the information, receiver 106 is suitably configured according to the nature of the second communication

medium 210. Accordingly, the receiver 106 may be compatible with any appropriate communication medium, including radio, wireless LAN communications, satellite communications, or any other medium. The receiver 106 may also be configured to operate in conjunction with multiple media to facilitate operation with multiple data sources 104 or various communications media connected to the same data source 104.

Further, receiver 106 is suitably configured to transmit data information received from data source 104 to a system user. Information may be provided to the user directly, such as via a direct connection to a user interface, or indirectly, such as via a server in a multi-user environment.

Referring now to FIG. 7, in the present embodiment, receiver 106 is suitably located aboard a passenger vehicle, such as a commercial aircraft, and data for each of multiple users may be routed by a central computer, such as an aircraft LAN. Preferably, receiver 106 is configured to receive information signals from a satellite system, such as, for example, a direct broadcast satellite (DBS) system 318, extract the relevant information from the received signal, and route the information to the appropriate user. Accordingly, by broadcasting requested information to the receiver 106 via satellite system 318, a high data transfer rate, e.g., 30 Mbps, that is significantly cheaper than conventional techniques may be realized. In accordance with a preferred exemplary embodiment, receiver 106 comprises an antenna 702, a data unit 704, a router 308, and a receiver user interface 302. Antenna 702 may comprise any suitable antenna for receiving signals via second communications medium 210, such as a conventional gimbaled antenna or a phased-array antenna configured to receive satellite signals. In the present embodiment, antenna 702 comprises a DBS receiver antenna configured to receive information signals from DBS satellite 318, such as an antenna configured to rotate into a particular desired position based on the signal strength from a particular DBS satellite 318. Further, the antenna 702 may include other components configured to receive signals via other communications media, such as a wireless LAN interface, a VHF receiver, a cellular receiver, or any other appropriate mechanism for receiving signals from the data source 104.

Signals from the antenna 702 are transmitted to the data unit 704 to extract the relevant information from the signal. Data unit 704 preferably comprises a system configured for processing signals received by antenna 702, such as the broadcast signals from DBS satellite 318. Accordingly, data unit 704 may include amplifiers, filters and other like components to facilitate the processing of received signals into data information to be forwarded to the receiver user interface 302. The data unit 704 may also perform additional processing or conditioning, such as error checking and formatting. Data unit 704 may also store the received information in a memory (not shown), especially frequently requested data. The information may then be provided to a user who later requests the identical data, such as a frequently requested internet home page.

Upon receiving and processing the signals, the information is delivered to the system user via receiver user interface 302. In one embodiment, the information is delivered directly to the receiver user interface 302 from the data unit 704. In a multi-user environment, data unit 704 provides the information to the router 308 which routes the information to the appropriate receiver user interface 302. Preferably, router 308 comprises data terminating equipment and/or software capable of identifying the appropriate receiver user interface 302 for the requested information and transmitting

US 6,477,152 B1

5

the information accordingly. In addition, as described in greater detail below, with momentary reference to FIG. 2, router 308 may also be configured to manage requests from multiple request user interfaces 202 and route them to the appropriate portions of a transmission unit 206. In accordance with a preferred embodiment, router 308 communicates with other components in the information request system 102 and the receiver 106 using an avionics communication protocol, such as W429, via a two- or four-wire connection. Alternatively, router 308 may communicate using other communication protocols and systems, such as CEPTE1 via a cable suitably configured for an RJ45 telephone connector. In yet another alternative embodiment, router 308 may be to transmission unit 306 via cable suitably configured for a conventional RJ11 connector. In the present embodiment, the router 308 is implemented in a central computer of an aircraft LAN 304, which performs multiple functions in addition to those of the router 308. LAN 304 suitably comprises any appropriate central computer, such as a conventional computer server configured for an aircraft LAN or other suitable system.

The information is provided to the user by the receiver user interface 302. The receiver user interface 302 may comprise any suitable system for presenting the information to the user, for example a display or an audio transducer. In the present embodiment, the aircraft includes multiple receiver user interfaces 302 which receive information from the router 308. The receiver user interfaces suitably comprise seat-back displays and/or portable computer systems connected to the router 308 via the aircraft LAN 304.

Information Request System

The information request system 102 is configured to enable a system user, such as a passenger on an aircraft, ship or automobile, to request information from the data source 104 via the first communication medium 208. The information request system 102 is suitably configured to transmit a request via the first communication medium 208 in an appropriate format to be used by the data source 104.

User Interface

Referring now to FIG. 2, information request system 102 suitably comprises a request user interface 202, a router 308A, and a transmission unit 206. The request user interface 202 facilitates communication between a user and the communications system 100. For example, the request user interface 202 suitably comprises a computer terminal, such as a keyboard or a tracking device in conjunction with a monitor. Alternatively, request user interface 202 may comprise any appropriate system to facilitate the identification of information to be requested from data source 104. In the present embodiment, the request user interface comprises a dedicated keyboard and/or tracking device integrated into the passenger position in the aircraft, such as embedded in the armrest or tray table, or a keyboard and/or tracking device of a portable computer connected to the aircraft LAN 304 to transmit requests to the transmission unit 206. Preferably, the request user interface 202 is associated with the receiver user interface 302 such that the user transmits requests and receives the requested information at the same location.

Information requests may be submitted directly to the transmission unit 306. In the present passenger aircraft embodiment having multiple users and multiple communications media for transmitting information requests to the data source 104, however, the router 308A receives and processes the information request to properly route the request and manage the transfers of data and requests. The router 308A is suitably implemented by the aircraft LAN

6

204, and is configured to allow request user interface 202 to communicate with transmission unit 206, a local computer system or other request user interfaces 202. The LAN 204 suitably manages the requests received from the request user interfaces 202 and forwards them to the transmission unit 206. In the present embodiment, the LAN 204 of the transmission request system 102 is also the aircraft LAN 304 used by the receiver 106 to route information received from the data source 104. Alternatively, the information request system 102 may include a dedicated central computer for managing information requests, or the request user interface 202 may connect directly to transmission unit 206.

Transmission Unit

Information requests are transmitted to the data source 104 by the transmission unit 206 via first communication medium 208. Moreover, the transmission unit 206 may also be configured as a transceiver to receive data signals from data source 104 through transmission medium 208 or from various components within transmission medium 208, e.g., an aeronautical satellite system 310, a VHF ground station 412, or a ground-based LAN 512. Accordingly, transmission unit 206 may be configured to validate the contents of the information requests signals sent to the data source 104. In the present embodiment, transmission unit 206 includes multiple transmission mechanisms 810 available for transmitting the request to the data source 104, and a selection system 808 for selecting the appropriate transmission mechanism 810. For example, referring now to FIG. 8, the transmission unit 206 suitably comprises a selection system 808 and multiple transmission mechanisms 810, such as a satellite transmitter unit 602, a VHF radio unit 406, wireless LAN unit 506, and/or voice channel unit 812. Similarly, first communication medium 208 also suitably includes multiple media corresponding to the various transmission mechanisms, i.e., satellite, VHF radio, wireless, voice and/or direct cable or laser signals.

The selection system 808 suitably selects the transmission mechanism 810 for transmitting a request to the data source 104. In the present embodiment, the selection system 808 is implemented by the aircraft LAN 204, though the selection system 808 may be implemented in any suitable manner, such as by an independent microprocessor-based system, a dedicated controller, dedicated logic, or a software-based solution. The selection system 808 selects the transmission mechanism 810 according to a selection criteria. For example, the selection system 808 may select a transmission mechanism according to the availability, signal strength, and/or cost of various transmission mechanisms. The selection system 808 then provides the request to at least one of the transmission mechanisms 810.

Transmission Mechanisms

The transmission mechanisms 810 preferably include multiple mechanisms for transmitting requests to the data source 104 via the first communication media 208. Preferably, the transmission mechanisms 810 include communication components that are available for other purposes in the particular environment. For example, in the present aircraft embodiment, the transmission mechanisms include various transmitters and transceivers used in the conventional operation of the aircraft, such as a satellite data unit, a radio frequency unit, and a wireless LAN unit.

SDU

Referring to FIGS. 3 and 6, transmission unit 306 suitably includes a satellite data unit (SDU) 602 for facilitating communications via satellite, particularly transmitting the request from the information request system 102 to the data source 104. The SDU receives the request and generates a

US 6,477,152 B1

7

corresponding signal to be transmitted according to any suitable satellite communication technique. For example, the SDU 602 may use a "Data 3" communications protocol (TCP/IP/X.25/W429) to communicate the information request signals to the data source 104. The Data 3 communication protocol provides a standard for a packet switch network to facilitate transmissions without the need for extensive services of telecommunication companies, i.e., without the need for a circuit switched network. Stated another way, the Data 3 communications protocol facilitates the transfer of data information requests directly to a packet switched network at ground station 312. Accordingly, use of Data 3 communications protocol may facilitate transmissions to the data source 104 more cost effectively than voice communications protocols. The communication protocol utilized by the SDU 602, however, may comprise any suitable system, protocol, or technique for transmission of signals via satellite.

In the present embodiment, satellite data unit 602 comprises an embedded data driver unit configured to interface with LAN 304 or other onboard computer system. SDU 602 is suitably configured to provide voice channels as well as data channels for communication and includes an encoder/decoder to facilitate communications with the first communication medium 208, such as, an aeronautical satellite system 310. The transmission unit 306 further suitably includes additional components for processing and transmitting the request, such as a high power amplifier 604, a diplexer low-noise amplifier 606, and a phased-array antenna 608. High power amplifier 604 and low-noise amplifier 606 are suitably configured to facilitate the transmission of signals from SDU 602 to phased-array antenna 608, for example by amplifying and filtering the signal according to conventional techniques. Upon receiving communication signals from SDU 602, phased-array antenna 608 is suitably configured to transmit the signals to data source 104 through the first communication medium 208.

RF Unit

In addition, transmission unit 306 may further include a conventional radio frequency unit (RFU) 610 configured to provide additional channels of communication, such as a conventional MCS7000 radio unit configured to provide seven channels of additional communication. Referring to FIG. 4, in the present embodiment, RFU 610 comprises a VHF radio unit 406. Preferably, VHF radio unit 406 comprises a VHF radio equipped with a modem and suitably configured to provide modem to modem communications, i.e., communication via discrete/analog signals. Moreover, VHF radio unit 406 is preferably coupled to router 308 to facilitate the transferring of data information request from request user interface 302 to VHF radio unit 406. Accordingly, upon receiving the data information requests, VHF radio unit 406 transmits data information request signals via first communication medium 208 to data source 104.

Wireless LAN unit

Referring now to FIG. 5, transmission unit 206 further suitably includes a LAN interface 506 for facilitating communications with an off-board LAN. LAN interface 506 suitably comprises a wireless LAN interface coupled to router 308 to facilitate the transfer of requests from request user interface 302 to the data source 104 via the off-board LAN, which suitably forms part of the first communication medium 208 as described below. The LAN interface 506 may be configured to operate in conjunction with any suitable operating mode and medium, such as wireless communication, direct cable link, optical signal, acoustic signal, and the like.

8

First Communication Medium

The transmission unit 206 communicates with the data source 104 via the first communication medium 208, which may comprise any suitable medium according to the characteristics of the information request system 102, the data source 104, and any other appropriate factors, such as the distance between the transmission unit 206 and the data source 104. Further, the first communication medium 208 may comprise multiple media, which may be used individually or in any appropriate combination to transfer requests to the data source 104. For example, referring to FIGS. 3–5, various components of the first communication medium 208 suitably include satellites, earth stations such as satellite and VHF communication ground stations, wire and optical networks, such as telephone, cable, and power networks, computer networks, and any other suitable communications medium for transmitting the request to the data source 104. Communication medium 208 may further include public or private communication systems.

Satellite

In accordance with a preferred embodiment, a suitable first communications medium 208 for use in conjunction with satellite data unit 602 comprises an aeronautical satellite system 310, a ground earth station 312 and a conventional telephone network 314 to facilitate the communication of information request signals. Aeronautical satellite system 310 preferably comprises a satellite unit configured to receive data request signals from transmission unit 306 and forward or transmit the signals to ground earth station 310, i.e., serve as a repeater for the data request signals. Preferably, satellite system 310 comprises an array of satellites strategically orbiting the world, such as the Inmarsat Aeronautical Satellite Communications System or any other suitable satellite communication system, to facilitate the efficient communication of signals substantially regardless of the location of transmission unit 306. Accordingly, depending on the location of an aircraft, transmission unit 306 suitably selects a particular satellite from satellite system 310, for example according to anticipated cost, clearest signal, or as authorized by the satellite system provider.

Ground earth station 312 preferably includes a transmission and receiving unit capable of communicating with satellite systems and public or private network systems. Various ground earth stations 312 are positioned strategically around the earth in a manner to effectively communicate with a plurality of satellite systems 310. Preferably, a particular ground earth station 312 is selected as a result of the particular satellite system 310 chosen by information request system 102. Alternatively, information request system 102 can select a particular ground earth station 312 and then utilize a particular satellite system 310 associated with selected ground earth station 312.

Upon receiving information request signals from transmission unit 306 via satellite system 310, ground earth station 312 is suitably configured to transmit the request signals to telephone network 314, or alternatively, directly to data source 315.

Network 314 preferably comprises a general network system configured to transmit data or voice communications between various communication systems, such as ground stations, internet service providers, direct broadcast systems, or home computer systems. Accordingly, network system 314 can be a private network or a public network, such as a telephone network or television cable network, or any other suitable system for communicating the request to the data source 104. Preferably, network system 314 is suitably configured to receive information request signals from ground earth station 312 and transmit the signals to data source 104.

US 6,477,152 B1

9

VHF Radio

Referring to FIG. 4, first communication medium 208 may also include a VHF ground station 412 and network system 314. In accordance with this embodiment, VHF ground station 412 preferably includes a transmission and receiving unit capable of communicating with VHF radio systems and public or private network systems. In accordance with a most preferred embodiment, a plurality of VHF ground stations 412 are provided strategically around the earth in a manner to effectively communicate with VHF radio unit 406 as it relocates to various positions throughout the world. Accordingly, upon receiving information request signals from VHF radio unit 406, VHF ground station 412 is suitably configured to transmit the request signals to network system 314, or alternatively, directly to data source 104.

Airport LAN

Further, referring to FIG. 5, first communication medium 104 may also include a ground-based LAN 512 and network system 314. In accordance with this embodiment, ground-based LAN station 512 preferably includes a transmission and receiving unit capable of communicating with the LAN interface 506. In accordance with one embodiment, ground-based LAN 512 is an airport LAN configured to communicate with aircraft operating in the airport area, for example within 1000 feet of a wireless LAN 512. The LAN interface 506 may communicate with the LAN 512 in any appropriate manner, including direct electrical or optical connection, acoustic signals, optical signals, infrared signals, microwave signals, cellular communications, or any other suitable communication technique. Accordingly, upon receiving information request signals from LAN interface 506, ground-based LAN 512 transmits the request signals to the data source 104, for example via network system 314, or alternatively, directly to data source 104.

Voice Channel

First communication medium 208 may also accommodate transmission of requests over available voice channels. Accordingly, first communication medium 208 may comprise a voice channel communication protocol and a ground station configured to receive voice channel communications. Still further, transmission unit 206 may be configured to be directly coupled to a ground station or data center. Accordingly, first communication medium 208 may comprise a cable, an umbilical cord or wires and/or the like suitably configured to connect transmission unit 206 directly to a ground station or other data center. Still further, communication medium may comprise an infra-red laser connection suitably configured to transmit information request data from transmission unit 206 to a ground station or other local data center. Transmission unit 206 and first communication medium 208 may be configured in any manner to facilitate the transmission of information requests from request user interface 302 to data source 104.

Operation

In the present embodiment, the information request system 102 and the receiver 106 are implemented aboard an aircraft or other vehicle for use by the crew and/or the passengers. Using the information request system 102, requests for information may be submitted to the data source 104, which then transmits the information to the receiver 106. As relevant conditions change, the first and second communication media 208, 210 may vary according to any suitable criteria.

For example, when an aircraft is located next to a loading terminal, system users, such as the pilots or crew members, may request information, such as weather information.

10

Because the aircraft is within range of the airport LAN 512 (FIG. 5), the information request system transmits the request via LAN interface 506. The data source 104 transmits the requested information to the receiver 106, for example via a DBS system 318.

As the aircraft departs and exceed the range of the LAN 512, passengers and crew members may continue submitting information requests through other available transmission mechanisms 510, for example via VHF radio unit 406 and various VHF ground stations 412. If radio communications become less feasible, the selection system 508 may use other transmission mechanisms 510, such as satellite data unit 602. Accordingly, the information request system 102 may select an appropriate transmission mechanism 510 for submitting requests to the data source 104 according to any appropriate criteria. Similarly, the data source 104 may also be equipped to select an appropriate transmission mechanism for providing the requested information to the receiver 106.

General Summary

Thus, through the operation of the preferred embodiment, a system user may request data information from a data source 104 through information request system 102 and first communication medium 208. Upon receiving the data information request, data source 104 may retrieve the requested data and transmit the data to receiver 106 through second communication medium 210. Accordingly, upon receipt of the data from data source 104, receiver 106 may transmit the requested data to the system user.

Closing

The present invention has been described above with reference to a preferred embodiment. However, those skilled in the art will recognize that changes and modifications may be made to the preferred embodiment without departing from the scope of the present invention. For example, the various transmission units may be implemented in alternate ways depending upon the particular application or in consideration of any number of performance criteria associated with the operation of the system. In addition, the techniques described herein may be extended or modified for use with other modes of transportation utilizing a data communication system. These and other changes or modifications are intended to be included within the scope of the present invention, as expressed in the following claims.

I claim:

1. A data communications system for retrieving data information, said data communications system comprising:

a data source comprising a network system for the storage and delivery of the data information;

an information request system comprising a transmission unit coupled to said data source and adapted to request the data information from said data source wherein said transmission unit comprises a satellite data unit and a radio frequency unit;

a first communication medium configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising:

an aeronautical satellite system and a ground station, wherein said aeronautical satellite system is adapted to transmit data information request from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said network system; and

a radio ground station adapted to receive information request signals from said radio frequency unit,

US 6,477,152 B1

11 | 12

wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system;

a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver;

a receiver coupled to said data source by said second communication medium and adapted to receive the data information requested by said information request system from said data source; and

wherein said information request system is configured to select one of said aeronautical satellite system and said radio ground station from said first communication medium for transfer of data information requests.

2. A data communications system according to claim 1, wherein said network system comprises a direct broadcasting system.

3. A data communications system according to claim 1, wherein said information request system further comprises a wireless LAN unit and said first communication medium further comprises:

a LAN ground station adapted to receive information request signals from said wireless LAN unit, wherein said LAN ground station is adapted to transmit data information requests from said wireless LAN unit to said network system, and said network system is adapted to transfer information requests signals to said data source.

4. A method for providing and controlling data communications from a direct broadcast system to a passenger carrier, said method comprising the steps of:

transmitting data information requests from an information request system to a ground station, said transmitting of data information requests provided through one of satellite transmission signals and radio transmission signals by way of selection between one of a satellite data unit and a radio frequency unit;

transmitting the data information requests from said ground station to said direct broadcast system through a network system;

accessing data information corresponding to the data information request from said direct broadcast system;

transmitting the data information from said direct broadcast system to a direct broadcast satellite; and

broadcasting the data information from said direct broadcast satellite to a receiver provided onboard said passenger carrier.

5. A method according to claim 4, wherein said step of transmitting data information requests from said information request system to said ground station comprises:

transmitting the data information requests from said satellite data unit to an aeronautical satellite system utilizing said satellite transmission signals; and

transmitting the data information requests from said aeronautical satellite system to said ground station using said satellite transmission signals.

6. A method according to claim 4, wherein said step of transmitting data information requests from said information request system to said ground station comprises:

selecting one of a group of transmission mediums comprising an aeronautical satellite system, a radio frequency system, a wireless LAN system and a voice channel system for transmission of the data information requests.

7. A data communications system for a passenger carrier, said system comprising:

a transmission unit comprising a satellite data unit and a radio frequency unit, located on board said passenger carrier and operatively connected to a user interface, said transmission unit being configured to select one of said satellite data unit and said radio frequency unit for transmission of the information request signals, said satellite frequency unit configured for providing satellite transmission signals to an aeronautical satellite system, said aeronautical satellite system being adapted to provide the information request signals to said ground station, and said radio frequency unit for providing radio transmission signals to said ground station, wherein said ground station is adapted to receive the radio transmission signals and transmit said signals to said ground network;

a ground station for receiving information request signals from said transmission unit;

a direct broadcast system for providing data information;

a ground network for linking said ground station and said direct broadcast system to facilitate communications;

a direct broadcast satellite, said direct broadcast satellite adapted to interface and communicate with said direct broadcast system; and

a receiver located onboard said passenger carrier and adapted to receive data signals broadcast from said direct broadcast satellite, said receiver being operatively connected to said user interface to facilitate the transmission of said data information from said direct broadcast system to passengers.

8. A data communications system according to claim 7, wherein said transmission unit further comprises a wireless LAN unit, said transmission unit being configured to select one of said satellite data unit, said radio frequency unit and said wireless LAN unit for transmission of the information request signals.

9. A data communications system according to claim 7, wherein said transmission unit further comprises a high power amplifier, a di-plexor low-noise amplifier, and a phased-array antenna, wherein said amplifiers are configured to facilitate transmission of information request signals from said satellite data unit to said phased-array antenna, and said phased-array antenna being configured to transmit the information request signals to said ground station.

10. A data communications system for retrieving data information, said data communications system comprising:

a data source comprising a network system for the storage and delivery of the data information;

an information request system comprising a transmission unit coupled to said data source and adapted to request the data information from said data source, wherein said transmission unit comprises a satellite data unit, a radio frequency unit, and a wireless LAN unit;

a first communication medium configured for transmission of requests for the data information from the information request system to said data source, said first communication medium comprising:

an aeronautical satellite system and a ground station, wherein said aeronautical satellite system is adapted to transmit data information requests from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said network system; and

a radio ground station adapted to receive information request signals from said radio frequency unit,

US 6,477,152 B1

13

wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system; and

a LAN ground station adapted to receive information request signals from said wireless LAN unit, wherein said LAN ground station is adapted to transmit data information requests from said wireless LAN unit to said network system, and said network system is adapted to transfer information requests signals to said data source;

a second communication medium comprising a direct broadcast satellite adapted to receive data information from said data source and to broadcast said data information to said receiver;

a receiver coupled to said data source by said second communication medium and adapted to receive the data information requested by said information request system from said data source; and

wherein said information request system is configured to select one of said aeronautical satellite system, said radio ground station and said LAN ground station from

14

said first communication medium for transmission of data information requests.

11. A data communications system according to claim 10, wherein said information request system comprises a selection system configured to select one of said aeronautical satellite system, said radio ground station and said LAN ground station from said communication mediums for transmission of data information requests to said data source.

12. A data communications system according to claim 10, wherein said transmission unit further comprises:

a high power amplifier;

a di-plexor low-noise amplifier; and

a phased-array antenna, wherein said high power amplifier and said di-plexor low-noise amplifier are configured to facilitate transmission of requests signals from said satellite data unit to said phased-array antenna, and said phased-array antenna being configured to transmit the request signals to said data source through said first communication medium.

* * * * *

Express Mail Label No. EM___431954US

| UTILITY PATENT APPLICATION TRANSMITTAL | Docket No. |
|---|---|
| **(Large Entity)** | A62-25262-US |
| *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | **Total Pages in this Submission** |

12/30/98

### TO THE ASSISTANT COMMISSIONER FOR PATENTS
**Box Patent Application**
**Washington, D.C. 20231**

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 C.F.R. 1.53(b) is a new utility patent application for an invention entitled:

APPARATUS AND METHOD FOR DATA COMMUNICATIONS

and invented by:

John H. Hiett

**If a CONTINUATION APPLICATION,** *check appropriate box and supply the requisite information:*

☐ **Continuation**  ☐ **Divisional**  ☐ **Continuation-in-part (CIP)**  of prior application No.: _____

Which is a:

☐ **Continuation**  ☐ **Divisional**  ☐ **Continuation-in-part (CIP)**  of prior application No.: _____

Which is a:

☐ **Continuation**  ☐ **Divisional**  ☐ **Continuation-in-part (CIP)**  of prior application No.: _____

Enclosed are:

### Application Elements

1. ☒ Filing fee as calculated and transmitted as described below

2. ☒ Specification having _____ 26 _____ pages and including the following:

    a. ☒ Descriptive Title of the Invention

    b. ☐ Cross References to Related Applications *(if applicable)*

    c. ☐ Statement Regarding Federally-sponsored Research/Development *(if applicable)*

    d. ☐ Reference to Microfiche Appendix *(if applicable)*

    e. ☒ Background of the Invention

    f. ☒ Brief Summary of the Invention

    g. ☒ Brief Description of the Drawings *(if drawings filed)*

    h. ☒ Detailed Description

    i. ☒ Claim(s) as Classified Below

    j. ☒ Abstract of the Disclosure

| UTILITY PATENT APPLICATION TRANSMITTAL<br>(Large Entity)<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No.<br>A62-25262-US |
|---|---|
| | Total Pages in this Submission |

## Application Elements (Continued)

3. ☒ Drawing(s) *(when necessary as prescribed by 35 USC 113)*

    a. ☐ Formal     Number of Sheets _____

    b. ☒ Informal     Number of Sheets _____6_____

4. ☒ Oath or Declaration

    a. ☐ Newly executed *(original or copy)*     ☒ Unexecuted

    b. ☐ Copy from a prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

    c. ☒ With Power of Attorney     ☐ Without Power of Attorney

    d. ☐ *DELETION OF INVENTOR(S)*
       Signed statement attached deleting inventor(s) named in the prior application,
       see 37 C.F.R. 1.63(d)(2) and 1.33(b).

5. ☐ Incorporation By Reference *(usable if Box 4b is checked)*
    The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied
    under Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby
    incorporated by reference therein.

6. ☐ Computer Program in Microfiche *(Appendix)*

7. ☐ Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all must be included)*

    a. ☐ Paper Copy

    b. ☐ Computer Readable Copy *(identical to computer copy)*

    c. ☐ Statement Verifying Identical Paper and Computer Readable Copy

## Accompanying Application Parts

8. ☐ Assignment Papers *(cover sheet & document(s))*

9. ☐ 37 CFR 3.73(B) Statement *(when there is an assignee)*

10. ☐ English Translation Document *(if applicable)*

11. ☐ Information Disclosure Statement/PTO-1449     ☐ Copies of IDS Citations

12. ☐ Preliminary Amendment

13. ☒ Acknowledgment postcard

14. ☒ Certificate of Mailing

       ☐ First Class     ☒ Express Mail *(Specify Label No.)*: EM339431954US

    P01ULRG/REV04

| UTILITY PATENT APPLICATION TRANSMITTAL<br>(Large Entity)<br>*(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Docket No.<br>A62-25262-US |
|---|---|
| | Total Pages in this Submission |

## Accompanying Application Parts (Continued)

15. ☐   Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☐   Additional Enclosures *(please identify below):*

## Fee Calculation and Transmittal

### CLAIMS AS FILED

| For | #Filed | #Allowed | #Extra | Rate | | Fee |
|---|---|---|---|---|---|---|
| Total Claims | 12 | - 20 = | 0 | x | $18.00 | $0.00 |
| Indep. Claims | 3 | - 3 = | 0 | x | $78.00 | $0.00 |
| Multiple Dependent Claims (check if applicable)  ☐ | | | | | | $0.00 |
| | | | | | BASIC FEE | $760.00 |
| OTHER FEE *(specify purpose)* | | | | | | $0.00 |
| | | | | | TOTAL FILING FEE | $760.00 |

☒  A check in the amount of      $760.00      to cover the filing fee is enclosed.
☒  The Commissioner is hereby authorized to charge and credit Deposit Account No.      19-2814
       as described below.  A duplicate copy of this sheet is enclosed.
       ☐  Charge the amount of `      ` as filing fee.
       ☒  Credit any overpayment.
       ☒  Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.
       ☐  Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance,
           pursuant to 37 C.F.R. 1.311(b).

*R. Lee Fraley*  42,550   12/30/98
*Signature*

Dated:   December 30, 1998

R. Lee Fraley Reg. No. 42,550 (602)382-6250
Snell & Wilmer
**PLEASE DIRECT ALL CORRESPONDENCE TO:**
Honeywell, Inc.
Honeywell Plaza MN12-8251
Minneapolis, MN  55408

cc:

EXHIBIT A
Page 21

| CERTIFICATE OF MAILING BY "EXPRESS MAIL" (37 CFR 1.10)<br>Applicant(s):   John H. Hiett | | Docket No.<br>A62-25262-US |
|---|---|---|

| Serial No.<br>NYA | Filing Date<br>Herewith | Examiner<br>NYA | Group Art Unit<br>NYA |
|---|---|---|---|

Invention:   **APPARATUS AND METHOD FOR DATA COMMUNICATIONS**

I hereby certify that this  <u>Utility Patent Application, Declaration and Power of Attorney</u>
*(Identify type of correspondence)*

is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under

37 CFR 1.10 in an envelope addressed to: The Assistant Commissioner for Patents, Washington, D.C. 20231

on _____**December 30, 1998**_____
        *(Date)*

**Claudia K. Tate**
*(Typed or Printed Name of Person Mailing Correspondence)*

*(Signature of Person Mailing Correspondence)*

**EM339431954US**
*("Express Mail" Mailing Label Number)*

Note: Each paper must have its own certificate of mailing.

Copyright 1995 Legalsoft                                                                 P08A/REV02

# APPARATUS AND METHOD FOR DATA COMMUNICATIONS

Inventor:      John H. Hiett

5

## FIELD OF THE INVENTION

The present invention relates to communications, and more particularly, to systems for requesting and receiving data from a remote data source.

10

## BACKGROUND OF THE INVENTION

Data communications continue to pervade more aspects of business and personal communications as the technology develops.  The increased use of electronic systems to communicate, such as via e-mail, the worldwide web, and various global networks, has brought increased dependence on the availability of such systems.  Although many offices and homes are

15 well-connected, mobile data communications are less mature.

Problems associated with mobile data communications are particularly acute on commercial aircraft.  Commercial aircraft passengers demand faster and cheaper access to information sources used in their offices and homes, but many options are expensive, impractical, or unavailable.  For example, many mobile communications systems rely on cellular modems to

20 connect a computer to a service provider.  Cellular systems, however, generally cannot be used on aircraft for a variety of technical and regulatory reasons.  Similarly, wireless local area networks (LANs) are effective in some environments, but are generally unsuitable for aircraft, due in part to the limited range of such LANs.  The current primary alternative for passengers on commercial aircraft is to connect to a service provider using the dedicated air-to-ground telephones available



to passengers on some aircraft. Access charges for such telephones, however, are high, especially for low rate or high content data transfers requiring considerable time to complete the transaction.

## SUMMARY OF THE INVENTION

5    A communications system according to various aspects of the present invention may comprise a data source, an information request system coupled to the data source and adapted to request information from the data source, and a receiver coupled to the data source and adapted to receive the information requested by the information request system. The data source may comprise any conventional data source, such as an internet service provider, and the receiver may

10    comprise any suitable receiver for receiving data from the data source. The information request system is coupled to the data source by any appropriate medium, such as airport wireless LAN, VHF radio signal, or satellite link, and may vary the type of connection according to the availability of various communications media. Similarly, the receiver is coupled to the data source via any appropriate and available medium, such as a satellite link, and is suitably different from the

15    medium coupling the information request system to the data source.

## BRIEF DESCRIPTION OF THE DRAWING

A more complete understanding of the present invention may be derived by referring to the detailed description and claims when considered in connection with the figures, where like

20    reference numbers refer to similar elements throughout the figures, and:

Figure 1 is a schematic representation of a data communication system in accordance with the present invention;

46180.7800/593399                    2                    EM339431954US

Figure 2 is schematic representation of a data communication system in accordance with a preferred embodiment of the present invention;

Figure 3 is a schematic representation of a preferred embodiment of a data communication system as incorporated in an aircraft;

5    Figure 4 is a schematic representation of an alternative preferred embodiment of the data communication system shown in Figure 3;

Figure 5 is a schematic representation of another alternative preferred embodiment of the data communication system shown in Figure 3;

Figure 6 is a schematic representation of a transmission unit in accordance with a 10 preferred embodiment of the present invention; and

Figure 7 is a schematic representation of a receiver unit in accordance with a preferred embodiment of the present invention.


<u>DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS OF THE INVENTION</u>

15    The present invention is described in part in terms of functional block components and various processing steps. It should be appreciated that such functional blocks may be realized by any number of hardware and/or software components configured to perform the specified functions. For example, the present invention may employ various integrated circuit components, drivers, antennas, signal processors and the like, which may carry out a variety of functions under 20 the control of one or more microprocessors or other control devices. In addition, the present invention may be practiced in any number of contexts and the data communication system described herein is merely one exemplary application for the invention.

EXHIBIT A
Page 25

General

Referring now to Figure 1, in accordance with a preferred embodiment of the present

invention, a communication system 100 for requesting and receiving information comprises an

information request system 102, a data source 104, and a receiver 106. The information request

5      system 102 is suitably coupled to the data source 104 via a first communication medium 208, and

the receiver 106 is suitably coupled to the data source 104 via a second communication medium

210. The first and second communication media 208, 210 may be the same or different media, or

separate channels of the same medium. Requests for information are generated via the

information request system 102 and transmitted to the data source 104 via the first

10     communication medium 210. In response, the data source 104 transmits the requested

information to the receiver 106 via the second communication medium 210. The information

request system 102 and the receiver 106 are remote from the data source 104. In an exemplary

embodiment, the information request system 102 and the receiver 106 are located aboard a

vehicle, such as a commercial or noncommercial aircraft, helicopter, ship, train, or automobile.

Data Source

Data source 104 stores or channels information, such as news, weather, entertainment,

financial, or sports information, or any other type of information, receives requests for

information from the information request system 102, and transmits the requested data to the

receiver 106. The data source 104 may comprise any appropriate source of data, such as an

20     internet service provider (ISP), a host computer system, a remotely accessible network server, a

dedicated or general information database configured to store selected information, or other

information sources capable of transmitting requested information.

46180.7800/593399                                    4                              EM339431954US

Second Communication Medium

Referring to Figures 3 through 5, the data source 104 of the present embodiment comprises a digital satellite source or digital broadcast system provider which provides, for example, internet access by receiving requests for data via the a conventional telephone network

5    314 and transmitting the data via a satellite link 319, such as a direct satellite . The satellite link 319 facilitates access to greater bandwidth than reliance solely on the telephone system 314 and affords relatively high data transfer rates from the data source 104 to the receiver 106. Accordingly, the second communication medium 210 of the present embodiment comprises a satellite link between the data source 104 and the receiver 106.

10       In accordance with various aspects of the present invention, however, second communication medium 210 may comprise any medium or plurality of media capable of transmitting information from data source 104 to receiver 106. For example, second communication medium 210 may comprise a wire, infrared signal, microwave signal, fiber optic cable, radio signal, laser signals, or acoustic signal. In addition, second communication medium

15    210 may comprise, for example, a general network system, public or private, suitably coupled to data source 104 to transmit information to receiver 106, such as a conventional telephone network or television cable network. Moreover, second communication medium 210 may comprise a remote ground data center coupled to data source 104 and configured to facilitate transfer of information from data source 104 to receiver 106 via satellite communications, radio

20    communications, wireless cellular communications or direct cable communications and/or the like. The second communication medium 210 may comprise any suitable medium according to the characteristics of the data source 104, the receiver 106, and any other appropriate factors, such as



the distance between the receiver 106 and the data source 104.  Further, the second

communication medium 210 may comprise multiple media, which may be used individually or in

any suitable combination to transfer requests to the data source 104. Second communication

medium 210 may suitably comprise any arrangement of components and utilize any

5   communication methodology, now known or hereafter devised, to facilitate the transmission of

data information from data source 104 to receiver 106.  Second communication medium 210

preferably accommodates high data rates relative to the data rate of the first communication

medium 208 because, in the present embodiment, data source 104 tends to transfer significantly

more data to the receiver 106 than the information request system 102 provides to the data source

10   104.

In one embodiment, second communication medium 210 may comprise multiple

communications media available to the data source 104 for transmission of the information.  For

example, the data source 104 may have access to a satellite link and a conventional cable link.

The data source 104 may transmit the requested information via one or both media.  The data

source 104 may elect the appropriate media according to any criteria, including instructions

15   received from the information request system 102, availability of resources, anticipated cost, or

any other suitable criteria.

Receiver

The data source 104 transmits data via the second communications medium 210 to the

20   receiver 106, which then provides the information to the user.  To facilitate reception of the

information, receiver 106 is suitably configured according to the nature of the second

communication medium 210.  Accordingly, the receiver 106 may be compatible with any

EXHIBIT A
Page 28

appropriate communication medium, including radio, wireless LAN communications, satellite

communications, or any other medium. The receiver 106 may also be configured to operate in

conjunction with multiple media to facilitate operation with multiple data sources 104 or various

communications media connected to the same data source 104.

5          Further, receiver 106 is suitably configured to transmit data information received from

data source 104 to a system user. Information may be provided to the user directly, such as via a

direct connection to a user interface, or indirectly, such as via a server in a multi-user

environment.

           Referring now to Figure 7, in the present embodiment, the receiver 106 is suitably located

10    aboard a passenger vehicle, such as a commercial aircraft, and data for each of multiple users may

be routed by a central computer, such as an aircraft LAN. Preferably, receiver 106 is configured

to receive information signals from a satellite system, such as, for example, a direct broadcast

satellite (DBS) system 318, extract the relevant information from the received signal, and route

the information to the appropriate user. Accordingly, by broadcasting requested information to

15    the receiver 106 via satellite system 318, a high data transfer rate, e.g., 30Mbps, that is

significantly cheaper than conventional techniques may be realized. In accordance with a

preferred exemplary embodiment, receiver 106 comprises an antenna 702, a data unit 704, a

router 308, and a receiver user interface 302. Antenna 702 may comprise any suitable antenna for

receiving signals via second communications medium 210, such as a conventional gimbaled

20    antenna or a phased-array antenna configured to receive satellite signals. In the present

embodiment, antenna 702 comprises a DBS receiver antenna configured to receive information

signals from DBS satellite 318, such as an antenna configured to rotate into a particular desired



position based on the signal strength from a particular DBS satellite 318. Further, the antenna 702 may include other components configured to receive signals via other communications media, such as a wireless LAN interface, a VHF receiver, a cellular receiver, or any other appropriate mechanism for receiving signals from the data source 104.

5      Signals from the antenna 702 are transmitted to the data unit 704 to extract the relevant information from the signal. Data unit 704 preferably comprises a system configured for processing signals received by antenna 702, such as the broadcast signals from DBS satellite 318. Accordingly, data unit 704 may include amplifiers, filters and other like components to facilitate the processing of received signals into data information to be forwarded to the receiver user interface 302. The data unit 704 may also perform additional processing or conditioning, such as error checking and formatting. Data unit 704 may also store the received information in a memory (not shown), especially frequently requested data. The information may then be provided to a user who later requests the identical data, such as a frequently requested internet home page.

       Upon receiving and processing the signals, the information is delivered to the system user via receiver user interface 302. In one embodiment, the information is delivered directly to the receiver user interface 302 from the data unit 704. In a multi-user environment, data unit 704 provides the information to the router 308 which routes the information to the appropriate receiver user interface 302. Preferably, router 308 comprises data terminating equipment and/or software capable of identifying the appropriate receiver user interface 302 for the requested information and transmitting the information accordingly. In addition, as described in greater detail below, with momentary reference to Figure 2, router 308 may also be configured to manage requests from multiple request user interfaces 202 and route them to the appropriate portions of a

46180.7800/593399                          8                          EM339431954US

transmission unit 206.  In accordance with a preferred embodiment, router 308 communicates

with other components in the information request system 102 and the receiver 106 using an

avionics communication protocol, such as W429, via a two- or four-wire connection.

Alternatively, router 308 may communicate using other communication protocols and systems,

5     such as CEPTE1 via a cable suitably configured for an RJ45 telephone connector.  In yet another

alternative embodiment, router 308 may be  to transmission unit 306 via cable suitably configured

for a conventional RJ11 connector.  In the present embodiment, the router 308 is implemented in

a central computer of an aircraft LAN 304, which performs multiple functions in addition to those

of the router 308.  LAN 304 suitably comprises any appropriate central computer, such as a

10    conventional computer server configured for an aircraft LAN or other suitable system.

        The information is provided to the user by the receiver user interface 302.  The receiver

user interface 302 may comprise any suitable system for presenting the information to the user,

for example a display or an audio transducer.  In the present embodiment, the aircraft includes

multiple receiver user interfaces 302 which receive information from the router 308.  The receiver

15    user interfaces suitably comprise seat-back displays and/or portable computer systems connected

to the router 308 via the aircraft LAN 304.

Information Request System

        The information request system 102 is configured to enable a system user, such as a

passenger on an aircraft, ship or automobile, to request information from the data source 104 via

20    the first communication medium 208.  The information request system 102 is suitably configured

to transmit a request via the first communication medium 208 in an appropriate format to be used

by the data source 104.

*10*

<u>User Interface</u>

Referring now to Figure 2, information request system 102 suitably comprises a request
user interface 202, a router 308A, and a transmission unit 206. The request user interface 202
facilitates communication between a user and the communications system 100. For example, the
request user interface 202 suitably comprises a computer terminal, such as a keyboard or a
tracking device in conjunction with a monitor. Alternatively, request user interface 202 may
comprise any appropriate system to facilitate the identification of information to be requested
from data source 104. In the present embodiment, the request user interface comprises a
dedicated keyboard and/or tracking device integrated into the passenger position in the aircraft,
such as embedded in the armrest or tray table, or a keyboard and/or tracking device of a portable
computer connected to, for example, the aircraft LAN 304 to transmit requests to the
transmission unit 206. Preferably, the request user interface 202 is associated with the receiver
user interface 302 such that the user transmits requests and receives the requested information at
the same location.

Information requests may be submitted directly to the transmission unit 306. In the
present passenger aircraft embodiment having multiple users and multiple communications media
for transmitting information requests to the data source 104, however, the router 308A receives
and processes the information request to properly route the request and manage the transfers of
data and requests. The router 308A is suitably implemented by the aircraft LAN 204, and is
configured to allow request user interface 202 to communicate with transmission unit 206, a local
computer system or other request user interfaces 202. The LAN 204 suitably manages the
requests received from the request user interfaces 202 and forwards them to the transmission unit

206. In the present embodiment, the LAN 204 of the transmission request system 102 is also the

aircraft LAN 304 used by the receiver 106 to route information received from the data source

104. Alternatively, the information request system 102 may include a dedicated central computer

for managing information requests, or the request user interface 202 may connect directly to

5   transmission unit 206.

Transmission unit

Information requests are transmitted to the data source 104 by the transmission unit 206

via first communication medium 208. Moreover, the transmission unit 206 may also be

configured as a transceiver to recieve data signals from data source 104 through transmission

medium 208 or from various components within transmission medium 208, e.g., an aeronautical

satellite system 310, a VHF ground station 412, or a ground-based LAN 512. Accordingly,

transmission unit 206 may be configured to validate the contents of the information requests

signals sent to the data source 104. In the present embodiment, transmission unit 206 includes

multiple transmission mechanisms 810 available for transmitting the request to the data source

104, and a selection system 808 for selecting the appropriate transmission mechanism 810. For

example, referring now to Figure 8, the transmission unit 206 suitably comprises a selection

system 808 and multiple transmission mechanisms 810, such as a satellite transmitter unit 602, a

VHF radio unit 406, wireless LAN unit 506, and/or voice channel unit 812. Similarly, first

communication medium 208 also suitably includes multiple media corresponding to the various

20   transmission mechanisms, i.e., satellite, VHF radio, wireless, voice and/or direct cable or laser

signals.

The selection system 808 suitably selects the transmission mechanism 810 for transmitting

a request to the data source 104.  In the present embodiment, the selection system 808 is

implemented by the aircraft LAN 204, though the selection system 808 may be implemented in

any suitable manner, such as by an independent microprocessor-based system, a dedicated

5    controller, dedicated logic, or a software-based solution.  The selection system 808 selects the

transmission mechanism 810 according to a selection criteria.  For example, the selection system

808 may select a transmission mechanism according to the availability, signal strength, and/or cost

of various transmission mechanisms.  The selection system 808 then provides the request to at

least one of the transmission mechanisms 810.

Transmission Mechanisms

The transmission mechanisms 810 preferably include multiple mechanisms for transmitting

requests to the data source 104 via the first communication media 208.  Preferably, the

transmission mechanisms 810 include communication components that are available for other

purposes in the particular environment.  For example, in the present aircraft embodiment, the

transmission mechanisms include various transmitters and transceivers used in the conventional

operation of the aircraft, such as a satellite data unit, a radio frequency unit, and a wireless LAN

unit.

SDU

Referring to Figures 3 and 6, transmission unit 306 suitably includes a satellite data unit

20   (SDU) 602 for facilitating communications via satellite, particularly transmitting the request from

the information request system 102 to the data source 104.  The SDU receives the request and

generates a corresponding signal to be transmitted according to any suitable satellite



communication technique.  For example, the SDU 602 may use a "Data 3" communications

protocol (TCP/IP/X.25/W429) to communicate the information request signals to the data source

104.  The Data 3 communication protocol provides a standard for a packet switch network to

facilitate transmissions without the need for extensive services of telecommunication companies,

5        i.e., without the need for a circuit switched network.  Stated another way, the Data 3

communications protocol facilitates the transfer of data information requests directly to a packet

switched network at ground station 312.  Accordingly, use of Data 3 communications protocol

may facilitate transmissions to the data source 104 more cost effectively than voice

communications protocols.  The communication protocol utilized by the SDU 602, however, may

10       comprise any suitable system, protocol, or technique for transmission of signals via satellite.

        In the present embodiment, satellite data unit 602 comprises an embedded data driver unit

configured to interface with LAN 304 or other onboard computer system.  SDU 602 is suitably

configured to provide voice channels as well as data channels for communication and includes an

encoder/decoder to facilitate communications with the first communication medium 208, such as,

an aeronautical satellite system 310.  The transmission unit 306 further suitably includes additional

components for processing and transmitting the request, such as a high power amplifier 604, a di-

plexor low-noise amplifier 606, and a phased-array antenna 608.  High power amplifier 604 and

low-noise amplifier 606 are suitably configured to facilitate the transmission of signals from SDU

602 to phased-array antenna 608, for example by amplifying and filtering the signal according to

20       conventional techniques.  Upon receiving communication signals from SDU 602, phased-array

antenna 608 is suitably configured to transmit the signals to data source 104 through the first

communication medium 208.

46180.7800/593399                                    13                              EM339431954US



RF Unit

In addition, transmission unit 306 may further include a conventional radio frequency unit (RFU) 610 configured to provide additional channels of communication, such as a conventional MCS7000 radio unit configured to provide seven channels of additional communication.

5     Referring to Figure 4, in the present embodiment, RFU 610 comprises a VHF radio unit 406. Preferably, VHF radio unit 406 comprises a VHF radio equipped with a modem and suitably configured to provide modem to modem communications, i.e., communication via discrete/analog signals. Moreover, VHF radio unit 406 is preferably coupled to router 308 to facilitate the transferring of data information request from request user interface 302 to VHF radio unit 406. Accordingly, upon receiving the data information requests, VHF radio unit 406 transmits data information request signals via first communication medium 208 to data source 104.

Wireless LAN unit

Referring now to Figure 5, transmission unit 206 further suitably includes a LAN interface 506 for facilitating communications with an off-board LAN. LAN interface 506 suitably comprises a wireless LAN interface coupled to router 308 to facilitate the transfer of requests from request user interface 302 to the data source 104 via the off-board LAN, which suitably forms part of the first communication medium 208 as described below. The LAN interface 506 may be configured to operate in conjunction with any suitable operating mode and medium, such as wireless communication, direct cable link, optical signal, acoustic signal, and the like.

20     First Communication medium

The transmission unit 206 communicates with the data source 104 via the first communication medium 208, which may comprise any suitable medium according to the

characteristics of the information request system 102, the data source 104, and any other

appropriate factors, such as the distance between the transmission unit 206 and the data source

104. Further, the first communication medium 208 may comprise multiple media, which may be

used individually or in any appropriate combination to transfer requests to the data source 104.

5     For example, referring to Figures 3-5, various components of the first communication medium

208 suitably include satellites, earth stations such as satellite and VHF communication ground

stations, wire and optical networks, such as telephone, cable, and power networks, computer

networks, and any other suitable communications medium for transmitting the request to the data

source 104. Communication medium 208 may further include public or private communication

10     systems.

## Satellite

     In accordance with a preferred embodiment, a suitable first communications medium 208

for use in conjunction with satellite data unit 602 comprises an aeronautical satellite system 310, a

ground earth station 312 and a conventional telephone network 314 to facilitate the

15     communication of information request signals. Aeronautical satellite system 310 preferably

comprises a satellite unit configured to receive data request signals from transmission unit 306 and

forward or transmit the signals to ground earth station 310, i.e., serve as a repeater for the data

request signals. Preferably, satellite system 310 comprises an array of satellites strategically

orbiting the world, such as the Inmarsat Aeronautical Satellite Communications System or any

20     other suitable satellite communication system, to facilitate the efficient communication of signals

substantially regardless of the location of transmission unit 306. Accordingly, depending on the

location of an aircraft, transmission unit 306 suitably selects a particular satellite from satellite



system 310, for example according to anticipated cost, clearest signal, or as authorized by the

satellite system provider.

Ground earth station 312 preferably includes a transmission and receiving unit capable of

communicating with satellite systems and public or private network systems. Various ground

5    earth stations 312 are positioned strategically around the earth in a manner to effectively

communicate with a plurality of satellite systems 310. Preferably, a particular ground earth

station 312 is selected as a result of the particular satellite system 310 chosen by information

request system 102. Alternatively, information request system 102 can select a particular ground

earth station 312 and then utilize a particular satellite system 310 associated the selected ground

10    earth station 312.

Upon receiving information request signals from transmission unit 306 via satellite system

310, ground earth station 312 is suitably configured to transmit the request signals to telephone

network 314, or alternatively, directly to data source 315.

Network 314 preferably comprises a general network system configured to transmit data

or voice communications between various communication systems, such as ground stations,

internet service providers, direct broadcast systems, or home computer systems. Accordingly,

network system 314 can be a private network or a public network, such as a telephone network or

television cable network, or any other suitable system for communicating the request to the data

source 104. Preferably, network system 314 is suitably configured to receive information request

20    signals from ground earth station 312 and transmit the signals to data source 104.

VHF Radio

*17*

Referring to Figure 4, first communication medium 208 may also include a VHF ground station 412 and network system 314. In accordance with this embodiment, VHF ground station 412 preferably includes a transmission and receiving unit capable of communicating with VHF radio systems and public or private network systems. In accordance with a most referred

5    embodiment, a plurality of VHF ground stations 412 are provided strategically around the earth in a manner to effectively communicate with VHF radio unit 406 as it relocates to various positions throughout the world. Accordingly, upon receiving information request signals from VHF radio unit 406, VHF ground station 412 is suitably configured to transmit the request signals to network system 314, or alternatively, directly to data source 104.

10   Airport LAN

Further, referring to Figure 5, first communication medium 104 may also include a ground-based LAN 512 and network system 314. In accordance with this embodiment, ground-based LAN station 512 preferably includes a transmission and receiving unit capable of communicating with the LAN interface 506. In accordance with one embodiment, ground-based

15   LAN 512 is an airport LAN configured to communicate with aircraft operating in the airport area, for example within 1000 feet for a wireless LAN 512. The LAN interface 506 may communicate with the LAN 512 in any appropriate manner, including direct electrical or optical connection, acoustic signals, optical signals, infrared signals, microwave signals, cellular communications, or any other suitable communication technique. Accordingly, upon receiving information request

20   signals from LAN interface 506, ground-based LAN 512 transmits the request signals to the data source 104, for example via network system 314, or alternatively, directly to data source 104.

Voice Channel



EXHIBIT A
Page 39

First communication medium 208 may also accommodate transmission of requests over available voice channels. Accordingly, first communication medium 208 may comprise a voice channel communication protocol and a ground station configured to receive voice channel communications. Still further, transmission unit 206 may be configured to be directly coupled to

5   a ground station or data center. Accordingly, first communication medium 208 may comprise a cable, an umbilical cord or wires and/or the like suitably configured to connect transmission unit 206 directly to a ground station or other data center. Still further, communication medium may comprise an infra-red laser connection suitably configured to transmit information request data from transmission unit 206 to a ground station or other local data center. Transmission unit 206

10   and first communication medium 208 may be configured in any manner to facilitate the transmission of information requests from request user interface 302 to data source 104.

Operation

In the present embodiment, the information request system 102 and the receiver 106 are implemented aboard an aircraft or other vehicle for use by the crew and/or the passengers. Using

15   the information request system 102, requests for information may be submitted to the data source 104, which then transmits the information to the receiver 106. As relevant conditions change, the first and second communication media 208, 210 may vary according to any suitable criteria.

For example, when an aircraft is located next to a loading terminal, system users, such as the pilots or crew members, may request information, such as weather information. Because the

20   aircraft is within range of the airport LAN 512 (Figure 5), the information request system transmits the request via LAN interface 506. The data source 104 transmits the requested information to the receiver 106, for example via a DBS system 318.

*19*

As the aircraft departs and exceed the range of the LAN 512, passengers and crew members may continue submitting information requests through other available transmission mechanisms 510, for example via VHF radio unit 406 and various VHF ground stations 412. If radio communications become less feasible, the selection system 508 may use other transmission

5 mechanisms 510, such as satellite data unit 602. Accordingly, the information request system 102 may select an appropriate transmission mechanism 510 for submitting requests to the data source 104 according to any appropriate criteria. Similarly, the data source 104 may also be equipped to select an appropriate transmission mechanism for providing the requested information to the receiver 106.

General Summary

10 Thus, through the operation of the preferred embodiment, a system user may request data information from a data source 104 through information request system 102 and first communication medium 208. Upon receiving the data information request, data source 104 may retrieve the requested data and transmit the data to receiver 106 through second communication medium 210. Accordingly, upon receipt of the data from data source 104, receiver 106 may

15 transmit the requested data to the system user.

Closing

The present invention has been described above with reference to a preferred embodiment. However, those skilled in the art will recognize that changes and modifications may be made to

20 the preferred embodiment without departing from the scope of the present invention. For example, the various transmission units may be implemented in alternate ways depending upon the particular application or in consideration of any number of performance criteria associated with

46180.7800/593399                           19                        EM339431954US

20

the operation of the system. In addition, the techniques described herein may be extended or

modified for use with other modes of transportation utilizing a data communication system.

These and other changes or modifications are intended to be included within the scope of the

present invention, as expressed in the following claims.

5

21

## CLAIMS

We claim:

1.      A data communications system for retrieving data information, said data communications system comprising:

a data source;

an information request system coupled to said data source and adapted to request the data information from said data source; and

a receiver coupled to said data source and adapted to receive the data information requested by said information request system from said data source.

2.      A data communications system according to claim 1, wherein said information request system transmits requests for data information to said data source through a first communication medium, and said data source transmits said data information to said receiver through a second communication medium.

3.      A data communications system according to claim 2, wherein said data source comprises a direct broadcasting system and said second communication medium comprises a direct broadcast satellite adapted to receive data information from said data source and broadcasting said data information to said receiver.

4.      A data communications system according to claim 3, wherein said information request system comprises a satellite data unit and said first communication medium comprises:

EXHIBIT A
Page 43

an aeronautical satellite system;

a ground station; and

a network system, wherein said satellite system is adapted to transmit data information requests from said satellite data unit to said ground station, said ground station being coupled to said network system to facilitate the transferring of said data information requests to said data source.

5.    A data communications system according to claim 4, wherein said information request system further comprises a radio frequency unit and said first communication medium further comprises:

a radio ground station adapted to receive information request signals from said radio frequency unit, wherein said radio ground station is adapted to transmit data information requests from said radio frequency unit to said network system, and said network system is adapted to transfer information requests signals to said data source.

6.    A data communications system according to claim 5, wherein said information request system further comprises a wireless/LAN unit and said first communication medium further comprises:

a LAN ground station adapted to receive information request signals from said wireless LAN unit, wherein said LAN ground station is adapted to transmit data information requests from said wireless LAN unit to said network system, and said network system is adapted to transfer information requests signals to said data source.

EXHIBIT A
Page 44

7.    A method for providing and controlling data communications from a direct broadcast system to a passenger carrier, said method comprising the steps of:

transmitting data information requests from an information request system to a ground station;

transmitting the data information requests from said ground station to said direct broadcast system through a network system;

accessing data information corresponding to the data information request from said direct broadcast system;

transmitting the data information from said direct broadcast system to a direct broadcast satellite; and

broadcasting the data information from said direct broadcast satellite to a receiver provided onboard said passenger carrier.

8.    A method according to claim 7, wherein said step of transmitting data information requests from said information request system to said ground station comprises:

transmitting the data information requests from a satellite data unit to an aeronautical satellite system utilizing satellite transmission signals; and

transmitting the data information requests from said satellite system to said ground station using satellite transmission signals.

46180.7800/593399                          23                          EM339431954US

9.  A method according to claim 7, wherein said step of transmitting data information requests from said information request system to said ground station comprises:

transmitting the data information requests from a radio frequency unit to said ground station utilizing radio transmission signals.

10.  A data communications system for a passenger carrier, said system comprising:

a transmission unit located on board said passenger carrier and operatively connected to a user interface;

a ground station for receiving information request signals from said transmission unit;

a direct broadcast system for providing data information;

a ground network for linking said ground station and said direct broadcast system to facilitate communications;

a direct broadcast satellite, said direct broadcast satellite adapted to interface and communicate with said direct broadcast system; and

a receiver located onboard said passenger carrier and adapted to receive data signals broadcast from said direct broadcast satellite, said receiver being operatively connected to said user interface to facilitate the transmission of said data information from said direct broadcast system to passengers.

11.  A data communications system according to claim 10, said transmission unit comprising a satellite data unit for providing satellite transmission signals to an aeronautical

46180.7800/593399                          24                          EM339431954US

satellite system, said aeronautical satellite system being adapted to provide the information request signals to said ground station .

12.    A data communications system according to claim 11,  said transmission unit further comprising a radio frequency unit for providing radio transmission signals to said ground station, wherein said ground station is adapted to receive the radio transmission signals and transmit said signals to said ground network.

add as

46180.7800/593399                          25                          EM339431954US

*624, 214*

## ABSTRACT OF THE INVENTION

An improved technique for retrieving data information from various data sources provides a less costly, and yet faster and more reliable method for retrieving information while aboard a transportation vehicle, such as, for example, an aircraft. In addition, the data communication system provides a technique and apparatus for accessing and controlling direct broadcasting systems to facilitate the retrieval of desired information on an expedited basis. The data communications system may be carried out in one form by a data communications system having a data source, an information request system coupled to the data source and adapted to request data information from the data source, and a receiver coupled to the data source and adapted to receive the data information requested the information request system.

5

10

46180.7800/593399                         26                         EM339431954US

Application for United S___   ___

PATENT
Attorney Docket No.: A62-25262-US

<u>DECLARATION AND POWER OF ATTORNEY</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

      I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## APPARATUS AND METHOD FOR DATA COMMUNICATIONS

The specification of which

(check      __X__ is attached hereto
one)       ____ was filed on _____ as
    Application Serial No._____
    and was amended on _____.
          (if applicable)

      I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

      I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

      I hereby claim foreign priority benefits under Title 35, United States Code §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| | | | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | | |

      I hereby claim the benefit under Title 35, United States Code §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|

      I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: MICHAEL K. KELLY (Reg. No. 32,848, CHARLES F. HAUFF, JR. (Reg. No. 33,244), DANIEL J. NOBLITT (Reg. No. 35,969), JOHN A. FISHER (Reg. No. 28,505), EDWARD M. BYORICK, JR. (Reg. No. 34,131), LAURA J. ZEMAN (Reg. No. 36,078), MARK M. TAKAHASHI (Reg. No. 38,631), HOWARD I. SOBELMAN (Reg. No. 39,038), BRETT A. CARLSON (Reg. No. 39,928), DAVID O. CAPLAN (Reg. No. 41,655), TIMOTHY J. LORENZ (Reg. No. 41,954), R. LEE FRALEY (Reg. No. 42,550), KAREN L. HUNNICUTT (Reg. No. 42,677), CYNTHIA L. PILLOTE (Reg. No. 42,999), DANIEL R. POTE (Reg. No. 43,011), CHRISTINE M. SZWERC (Reg. No. 43,177). Address all telephone calls to R. Lee Fraley at telephone number **(602) 382-6250.**
Address all correspondence to Honeywell Inc., Honeywell Plaza, MN12-8251, P.O. Box 524, Minneapolis, Minnesota 55440 U.S.A.

      I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and

46180.7800\602024.01

Page 1 of 3

the like so made are punt.   .e by fine or imprisonment, or both, under Sec.   301 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Sole
or First Inventor_____ John H. Hiett

Inventor's Signature_____ Date_____ , 19___

Residence_____ 17625 North 7th Street, Apt. 2031, Phoenix, AZ 85022 _____

Citizenship_____ U.S. _____

Post Office Address_____

_____


Full Name of Second
Joint Inventor, If Any_____

Inventor's Signature_____ Date_____ , 19___

Residence_____

Citizenship_____

Post Office Address_____

_____


Full Name of Third
Joint Inventor, If Any_____

Inventor's Signature_____ Date_____ , 19___

Residence_____

Citizenship_____

Post Office Address_____

_____

*Title 37, Code of Federal Regulations §1.56:

(a)   A patent by its very nature is affected with a public interest. The public interest is best served, and the most effective patent examination occurs when, at the time an application is being examined, the Office is aware of and evaluates the teachings of all information material to patentability. Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. The duty to disclose information exists with respect to each pending claim until the claim is canceled or withdrawn from consideration, or the application becomes abandoned. Information material to the patentability of a claim that is canceled or withdrawn from consideration need not be submitted if the information is not material to the patentability of any claim remaining under consideration in the application. There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98. However, no patent will be granted on an application in connection with which fraud on the Office was practiced or attempted or the duty of disclosure was violated through bad faith or intentional misconduct. The Office encourages applicants to carefully examine:

     (1)  Prior art cited in search reports of a foreign patent office in a counterpart application, and

(2) The closest information over which individuals associated with the filing or prosecution of a patent application believe any pending claim patentably defines, to make sure that any material information contained therein is disclosed to the Office.

(b) Under this section, information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and

(1) It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or

(2) It refutes, or is inconsistent with, a position the applicant takes in:

(I) Opposing an argument of unpatentability relied on by the Office, or

(ii) Asserting an argument of patentability.

A prima facie case of unpatentability is established when the information compels a conclusion that a claim is unpatentable under the preponderance of evidence, burden-of-proof standard, giving each term in the claim its broadest reasonable construction consistent with the specification, and before any consideration is given to evidence which may be submitted in an attempt to establish a contrary conclusion of patentability.

(c) Individuals associated with the filing or prosecution of a patent application within the meaning of this section are:

(1) Each inventor named in the application;

(2) Each attorney or agent who prepares or prosecutes the application; and

(3) Every other person who is substantively involved in the preparation or prosecution of the application and who is associated with the inventor, with the assignee or with anyone to whom there is an obligation to assign the application.

(d) Individuals other than the attorney, agent or inventor may comply with this section by disclosing information to the attorney, agent, or inventor:

PRINT OF DRAWINGS
AS ORIGINALLY FILED

100

102   104   106

INFORMATION REQUEST SYSTEM — DATA SOURCE — RECEIVER

FIG 1

102   202   200

USER INTERFACE

204

LAN

206

TRANSMISSION UNIT

TRANSMISSION MEDIUM   208

DATA SOURCE   104

TRANSMISSION MEDIUM   210

RECEIVER   106

FIG 2

EM339431954US



FIG 3

EM339431954US

PRINT OF DRAWINGS
AS ORIGINALL    LED



FIG 4

EM339431954US

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 5

EM339431954US

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 6

FIG 7

EM339431954US

PRINT OF DRAWINGS
AS ORIGINALLY FILED



206



FIG 8

EM339431954US



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/224,214 | 12/30/98 | HIETT | A62-25262-US |

022270201

HONEYWELL INCORPORATED
HONEYWELL PLAZA MN12-8251
P O BOX 524
MINNEAPOLIS MN 55440

NOT ASSIGNED

2731

DATE MAILED:

02/01/99

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☐ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ small entity (statement filed) ☐ non-small entity is $ _130.00_.

☐ 1. The statutory basic filing fee is:
  ☐ missing.
  ☐ Insufficient.
  Applicant must submit $ _____ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).

☐ 2. Additional claim fees of $ _____, including any multiple dependent claim fees, are required.
  $ _____ for _____ independent claims over 3.
  $ _____ for _____ dependent claims over 20.
  $ _____ for multiple dependent claim surcharge.
  Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☐ 3. The oath or declaration:
  ☐ is missing or unexecuted.
  ☐ does not cover the newly submitted items.
  ☐ does not identify the application to which it applies.
  ☐ does not include the city and state or foreign country of applicant's residence.
  An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
  A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:
  _____
  An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

☐ 7. Your filing receipt was mailed in error because your check was returned without payment.

☐ 8. The application does not comply with the Sequence Rules.
  See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

☐ 9. OTHER: _____

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

### A copy of this notice MUST be returned with the reply.

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 3 - OFFICE COPY

FORM PTO-1533 (REV. 8-97)

Application for United States

MAR 2 6 1999

PATENT
A62-25262   #3

**DECLARATION AND POWER OF ATTORNEY**

The below named inventor hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

**APPARATUS AND METHOD FOR DATA COMMUNICATIONS**

The specification of which

(check     ___     is attached hereto
one)        **X**   was filed on   **DECEMBER 30, 1998**                          as
             Application Serial No.  **09/224,214**
             and was amended on _____
                                        (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                                                  PriorityClaimed

_____      _____      _____      _____   _____
(Number)         (Country)              (Day/Month/Year Filed)          Yes      No

I hereby claim the benefit under Title 35, United States Code §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

_____      _____      _____      (patented,    pending,
(Application Serial No.)         (Filing Date)              (Status)          abandoned)

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: JOHN G. SHUDY, JR. (Reg.No.31,214 ), ALBERT K. KAU (Reg.No. 40,672), MICHAEL K. KELLY (Reg.No. 32,848), CHARLES F. HAUFF, JR. (Reg.No. 33,244), DANIEL J. NOBLITT (Reg.No. 35,969), JOHN A FISHER (Reg.No. 28,505), EDWARD M. BYORICK, JR. (Reg.No. 34,131), LAURA J. ZEMAN (Reg.No. 36,078), MARK M. TAKAHASHI (Reg.No. 38,631), HOWARD I. SOBELMAN (Reg.No. 39,038), BRETT A. CARLSON (Reg.No. 39,928), DAVID O. CAPLAN (Reg.No. 41,655), TIMOTHY J. LORENZ (Reg.No. 41,954), R. LEE FRALEY (Reg.No. 42,550), KAREN L. HUNNICUTT (Reg.No. 42,677), CYNTHIA L. PILLOTE (Reg.No. 42,999), DANIEL R. POTE (Reg.No. 43,011), CHRISTINE M. SZWERC (Reg.No. 43,177).  Address all telephone calls to DANIEL J. NOBLITT at telephone number (602) 382-6305.
Address all correspondence to JOHN G. SHUDY, JR., Honeywell Inc., Honeywell Plaza, P.O. Box 524, Office of General Counsel, MN12-8251, Minneapolis, Minnesota  55440-0524.

Page 1 of 3

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Sole
or First Inventor _____ JOHN H. HIETT _____

Inventor's Signature _____   Date 3/1a , 19 99

Residence _____ Phoenix, Arizona, (Maricopa County) _____

Citizenship _____ U.S.A. _____

Post Office Address _____ 17625 N. 7th Street, Apt. 2031 _____

_____ Phoenix, Arizona  85027 _____

*Title 37, Code of Federal Regulations §1.56:

(a) A patent by its very nature is affected with a public interest. The public interest is best served, and the most effective patent examination occurs when, at the time an application is being examined, the Office is aware of and evaluates the teachings of all information material to patentability. Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. The duty to disclose information exists with respect to each pending claim until the claim is cancelled or withdrawn from consideration, or the application becomes abandoned. Information material to the patentability of a claim that is cancelled or withdrawn from consideration need not be submitted if the information is not material to the patentability of any claim remaining under consideration in the application. There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98. However, no patent will be granted on an application in connection with which fraud on the Office was practiced or attempted or the duty of disclosure was violated through bad faith or intentional misconduct. The Office encourages applicants to carefully examine:

(1) prior art cited in search reports of a foreign patent office in a counterpart application, and

(2) the closest information over which individuals associated with the filing or prosecution of a patent application believe any pending claim patentably defines, to make sure that any material information contained therein is disclosed to the Office.

(b) Under this section, information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and

(1) It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or

(2) It refutes, or is inconsistent with, a position the applicant takes in:

(i) Opposing an argument of unpatentability relied on by the Office, or

(ii) Asserting an argument of patentability.

Page 2 of 3

A prima facie case of unpatentability is established when the information compels a conclusion that a claim is unpatentable under the preponderance of evidence, burden-of-proof standard, giving each term in the claim its broadest reasonable construction consistent with the specification, and before any consideration is given to evidence which may be submitted in an attempt to establish a contrary conclusion of patentability.

(c)  Individuals associated with the filing or prosecution of a patent application within the meaning of this section are:

(1)  Each inventor named in the application;

(2)  Each attorney or agent who prepares or prosecutes the application; and

(3)  Every other person who is substantively involved in the preparation or prosecution of the application and who is associated with the inventor, with the assignee or with anyone to whom there is an obligation to assign the application.

(d)  Individuals other than the attorney, agent or inventor may comply with this section by disclosing information to the attorney, agent, or inventor.

Page 3 of 3

**EXHIBIT A**
**Page 61**

SOLE                                                              .PATENT

IN 7    UNITED STATES PATENT AND
                TRADEMARK OFFICE
                                             Minneapolis, Minnesota

-JOHN H. HIETT                          Group -

-09/224,214                             Examiner -

Filed        -DECEMBER 30, 1998          Docket No- A62-25262 US

For          -APPARATUS AND METHOD FOR DATA COMMUNICATIONS

---

## SPACE STATEMENT

STATE OF : ARIZONA
                                : ss
COUNTY OF : MARICOPA

    I, **JOHN H. HIETT,** the applicant in the enclosed application, state:

    1. The invention claimed in the above-cited application was made in the course of my employment with Honeywell Inc.

    2. The equipment, materials, facilities, funds and the like used by me at the time of this invention were furnished to me by Honeywell Inc.

    3. The present invention was not made in connection with the performance of any contract with the National Aeronautics and Space Administration.

    4. The invention or discovery was not made in the course of or under any contract, subcontract, or arrangement entered into, with or for the benefit of the Atomic Energy Commission, the Energy Research and Development Administration (Public Law 93-438, 93rd Congress, 42 U.S.C. 5801) or the Department of Energy (Public Law 95-91, 95th Congress, 42 U.S.C. 7101).

Date  3/10          , 19 99.                              John H. Hiett

Subscribed and sworn to before me this 10th day of MARCH          , 1999

Faye Chambers
Notary Public
County of  MARICOPA
State of   ARIZONA
My Commission Expires:  MAY 3, 2002

OFFICIAL SEAL
FAYE CHAMBERS
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 3, 2002

*Sector*

Please type a plus sign (+) inside this box ➝ `+`

PTO/SB/21 (10-96)
Approved for use through 10/31/99. OMB 0651-0031

**This form is a Replica of PTO/SB-21 (10-96)**
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

*#3*

## TRANSMITTAL FORM

be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 09/224,214 |
| Filing Date | 12/30/98 |
| First Named Inventor | John H. Hiett |
| Group Art Unit | 2731 |
| Examiner Name | |
| Attorney Docket Number | A62-25262-US |

Total Number of Pages in This Submission | 8

### ENCLOSURES (check all that apply)

- [X] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Response
  - [ ] After Final
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [X] Response to Missing Parts/
- [ ] Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [X] Assignment Papers (for an Application)
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition Checklist and Accompanying Petition
- [ ] To Convert a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer

- [ ] After Allowance Communication to group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [X] Additional Enclosure(s) (please identify below):

  Declaration and Power of Atty. Space Statement

Remarks

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Daniel J. Noblitt, Registration No. 35,969 |
|---|---|
| Signature | *[signature]* |
| Date | 24 MAR 99 |

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope address to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date:

| Type or printed name | Faye Chambers | | |
|---|---|---|---|
| Signature | *Faye Chambers* | Date | 3/24/99 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time are required to complete this from should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents Box Patent Application, Washington, DC 20231.

PTO/SB/17 (12/97)

Approved for use 09/30/99. OMB 0651-0032

**This form is a Replica of PTO/SB/   (12/97)**                Patent and Trademark   ...e: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control

### FEE TRANSMITTAL

| COMPLETE IF KNOWN | |
|---|---|
| Application Number | 09/224,214 |
| Filing Date | 12/30/98 |
| First Named Inventor | John H. Hiett |
| Group Art Unit | 2731 |
| Examiner Name | |
| Attorney Docket No. | A62-25262-US |

MAR 2 6 1999

**TOTAL AMOUNT OF PAYMENT   ($) 170.00**

## METHOD OF PAYMENT (check one)

1. ☑ The Commissioner is hereby authorized to charge indicated fees and credit any over

Deposit Account Number   **08-2727**

Deposit Account Name

☐ Charge Any Additional Fee Required Under 37 CFR 1.16 & 1.17   ☐ Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the

2. ☐ Payment Enclosed:

☐ Check   ☐ Money Order   ☐ Other

## Fee Calculation

1. **Filing Fee**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee $ | Fee Code | Fee $ | Fee Description | Fee Paid |
| 101 | 760 | 201 | 380 | Utility Filing Fee | |
| 106 | 310 | 206 | 155 | Design Filing Fee | |
| 107 | 480 | 207 | 240 | Plant Filing Fee | |
| 108 | 760 | 208 | 380 | Reissue Filing Fee | |
| 114 | 150 | 214 | 75 | Provisional Filing Fee | |
| | | | | Subtotal (1) | ($) |

2. **Claims**

| | | Extra | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | -20 = | | x | = |
| Independent | - 3 = | | x | = |
| Multiple Dependent Claims | | | | = |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee $ | Fee Code | Fee $ | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 78 | 202 | 39 | Independent claims in excess of 3 | |
| 104 | 260 | 204 | 130 | Multiple dependent claim | |
| 109 | 78 | 209 | 39 | Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | Reissue claims in excess of 20 and over original patent | |
| | | | | Subtotal (2)   ($) | |

## FEE CALCULATION (continued)

3. **ADDITIONAL FEES**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | $ | Fee Code | $ | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - Late Filing Fee | |
| 127 | 50 | 227 | 25 | Surcharge - Late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English Specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner Action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner Action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 380 | 216 | 190 | Extension for reply within second month | |
| 117 | 870 | 217 | 435 | Extension for reply within third month | |
| 118 | 1360 | 218 | 680 | Extension for reply within fourth month | |
| 128 | 1850 | 228 | 925 | Extension for reply within fifth month | |
| 119 | 300 | 219 | 150 | Notice of Appeal | |
| 120 | 300 | 220 | 150 | Filing a brief in support of an appeal | |
| 121 | 260 | 221 | 130 | Request for Oral Hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to Institute a public use hearing | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,210 | 241 | 605 | Petition to revive - unintentional | |
| 142 | 1,210 | 242 | 605 | Utility issue fee (or reissue) | |
| 143 | 430 | 243 | 215 | Design issue fee | |
| 144 | 580 | 244 | 290 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to Provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Statement | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | 40.00 |
| 146 | 760 | 246 | 380 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 760 | 249 | 380 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| Other fee (specify) | | Response to Missing Parts | | | 130.00 |
| Other fee (specify) | | | | | |
| * Reduced by Basic Filing Fee Paid | | | | Subtotal (3)   ($) 170.00 | |

## SUBMITTED BY

| | | COMPLETE IF APPLICABLE | |
|---|---|---|---|
| Typed or Printed Name | Daniel J. Noblitt | Registration Number | 35,969 |
| Signature | | Date | Deposit Account User ID |

**Burden Hour Statement:** This form is estimated to take .2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time are required to complete this from should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|

0222/0201

HONEYWELL INCORPORATED
HONEYWELL PLAZA MN12 8251
P O BOX 524
MINNEAPOLIS MN 55440

NOT ASSIGNED

2731

DATE MAILED:
02/01/99

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☐ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set above, the total amount owed by applicant as a ☐ small entity (statement filed) ☐ non-small entity is $  150 00

☐ 1. The statutory basic filing fee is:
   ☐ missing.
   ☐ insufficient.
   Applicant must submit $ _____ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).

☐ 2. Additional claim fees of $ _____, including any multiple dependent claim fees, are required.
   $ _____ for _____ independent claims over 3.
   $ _____ for _____ dependent claims over 20.
   $ _____ for multiple dependent claim surcharge.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

☐ 3. The oath or declaration:
   ☑ is missing or unexecuted.
   ☐ does not cover the newly submitted items.
   ☐ does not identify the application to which it applies.
   ☐ does not state the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

   _____

   An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).
☐ 7. Your filing receipt was mailed in error because your check was returned without payment.
☐ 8. The application does not comply with the Sequence Rules.
   See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."
☐ 9. OTHER:

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

**A copy of this notice MUST be returned with the reply.**

_signature_

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 2 - COPY TO BE RETURNED WITH RESPONSE

FORM PTO-1533 (REV 9-97)

*CAV 2731 CM*
*10-25-99*

CERTIFICATE OF MAILING PURSUANT TO 37 C.F.R. §1.8

I hereby certify that this correspondence, pursuant to 37 C.F.R. §1.8, is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on:

Date: _June 30, 1999_          By: _ckfate_



## INFORMATION DISCLOSURE STATEMENT

RECEIVED
JUL 1 3 1999,
Group 2700

| | |
|---|---|
| Applicant(s): John H. Hiett | Docket No.: 46180.7800 |
| Serial No.: 09/224,214 | Art Unit No.: NYA |
| Filed: December 30, 1998 | Examiner: NYA |
| Title: APPARATUS AND METHOD FOR DATA COMMUNICATIONS | |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    This Information Disclosure Statement is being filed in accordance with the duty of disclosure under 37 C.F.R. §1.56 and pursuant to 37 C.F.R. §§1.97-1.98. With the exception of the Asaki reference (Reference C), one copy of each document cited on the enclosed Form PTO-1449 is submitted herewith. The Examiner is requested to initial the enclosed Form PTO-1449 and return a copy thereof to the undersigned.

    Applicant has made exhaustive attempts to obtain the Asaki reference, but has been unsuccessful in doing so. Please be aware that the Asaki reference is cited in the Sannino reference, and that a copy should be located in the appropriate file wrapper.

    The submission of the listed documents is not intended as an admission that any such document constitutes prior art against the claims of the present application. Applicant(s) reserve the right to dispute any of the listed documents as prior art during examination. Further, Applicant(s) do not waive any right to take any action that would be appropriate to antedate or otherwise remove any listed document as a competent reference against the claims of the present application.

Furthermore, the submission of this Information Disclosure Statement is not to be construed as a representation that a search has been made or that no other material information may exist.

No fee is due under 37 C.F.R. §1.17(p) for this Information Disclosure Statement since it is being filed in compliance with 37 C.F.R. §1.97(b)(3), before the mailing date of a first Office Action on the merits.

**This statement does NOT authorize charge of the issue fee.** The Assistant Commissioner is hereby authorized to charge or credit Deposit Account No. **19-2814** for any deficiency or overpayment in the fees required for the filing of this Information Disclosure Statement, for which purpose a duplicate copy of this sheet is enclosed.

Respectfully submitted,

Date: ___6/29/99___          By ___R. Lee Fraley___

R. Lee Fraley
Reg. No. 42,550

Enclosures:    PTO-1449
               Copies of references

**SNELL & WILMER,** L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-0001
(602) 382-6250

46180.7800/647410.01                    2 of 2

**EXHIBIT A**
**Page 67**

GAU 2731

#5

**CERTIFICATE OF MAILING PURSUANT TO 37 C.F.R. § 1.8**

I hereby certify that this correspondence and attached documents in response to an Office Action,  pursuant to 37 C.F.R. § 1.8, are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, DC 20231, on:

Date:  ___August  8 , 2000___          By ___Dixie Maxcee___
                                              Signature of person depositing First Class Mail

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | John H. Hiett | Client Ref.: | A62-25262-US |
| Serial No.: | 09/224,214 | Docket No.: | 46180.7800 |
| Filing Date: | December 30, 1998 | Group Art Unit: | 2731 |
| Title: | APPARATUS AND METHOD FOR DATA COMMUNICATIONS | Examiner: | TBA |

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

RECEIVED
AUG 1 - 2000
TC 2700 MAIL ROOM

Assistant Commissioner:

This Information Disclosure Statement is being filed in accordance with the duty of disclosure under 37 C.F.R. § 1.56 and pursuant to 37 C.F.R. §§ 1.97-1.98.  Copies of the cited references is being submitted herewith.  The submission of the listed documents is not intended as an admission that any such document constitutes prior art against the claims of the present application.  Applicant reserves the right to dispute any of the listed documents as prior art during examination.  Further, Applicant does not waive any right to take any action that would be appropriate to antedate or otherwise remove any listed document as a competent reference against the claims of the present application.  Furthermore, the submission of this Information Disclosure Statement is not to be construed as a representation that a search has been made or that no other material information may exist.

46180.7800\CARLSOB\PHX\872547.1                    1

This Information Disclosure Statement is being filed in compliance with 37 C.F.R. 1.97(b)(1) as it is being filed within three months of receipt from the European Patent Office. Therefore, there is no fee required for this Information Disclosure Statement

The Assistant Commissioner is hereby authorized to charge Deposit Account No. 19-2814 for any deficiency in the fees required for the filing of this Information Disclosure Statement, for which purpose a duplicate copy of this sheet is enclosed. **This statement does not authorize the payment of the issue fee.**

Respectfully submitted,

Date: ~~August 7~~, 2000          By _____

Brett A. Carlson
Reg. No. 39,928

**SNELL & WILMER,** L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202
(602) 382-6236
(602) 382-6070 - Fax

46180.7800\CARLSOB\PHX\872547.1                2

*GAU 2664*

*#6*

**CERTIFICATE OF MAILING PURSUANT TO 37 C.F.R. § 1.8**

I hereby certify that this correspondence and attached documents in response to an Office Action, pursuant to 37 C.F.R. § 1.8, are being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, DC 20231, on:

Date: November 28, 2000

**RECEIVED**

By _____ Signature of person depositing First Class Mail

DEC 0 5 2000

**Technology Center 2600**

NOV 3 0 2000

PATENT

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Applicant: | John H. Hiett | Client Ref.: | A62-25262-US |
| Serial No.: | 09/224,214 | Docket No.: | 46180.7800 |
| Filing Date: | December 30, 1998 | Group Art Unit: | 2731 |
| Title: | APPARATUS AND METHOD FOR DATA COMMUNICATIONS | Examiner: | TBA |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Assistant Commissioner:

      This Supplemental Information Disclosure Statement is being filed in accordance with the duty of disclosure under 37 C.F.R. § 1.56 and pursuant to 37 C.F.R. §§ 1.97-1.98. Copies of the cited references is being submitted herewith. The submission of the listed documents is not intended as an admission that any such document constitutes prior art against the claims of the present application. Applicant reserves the right to dispute any of the listed documents as prior art during examination. Further, Applicant does not waive any right to take any action that would be appropriate to antedate or otherwise remove any listed document as a competent reference against the claims of the present application. Furthermore, the submission of this Supplemental Information Disclosure Statement is not to be construed as a representation that a search has been made or that no other material information may exist.

925096.1

1

This Supplemental Information Disclosure Statement is being filed in compliance with 37 C.F.R. 1.97(b)(1) as it is being filed within three months of receipt from the European Patent Office. Therefore, there is no fee required for this Supplemental Information Disclosure Statement.

The Assistant Commissioner is hereby authorized to charge Deposit Account No. 19-2814 for any deficiency in the fees required for the filing of this Supplemental Information Disclosure Statement, for which purpose a duplicate copy of this sheet is enclosed. **This statement does not authorize the payment of the issue fee.**

Respectfully submitted,

Date: _Navember 28, 2003_                      By _R. Lee Fraley_

R. Lee Fraley
Reg. No. 42,550

**SNELL & WILMER,** L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202
(602) 382-6250
(602) 382-6070 - Fax

925096.1                                          2