# EXHIBIT B



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                                 97-41846
                                              CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

A

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2526WC99

**briny** \'brī-nē\ *adj* **brin·i·er; -est** (1590) : of, relating to, or resembling brine or the sea : SALTY — **brin·i·ness** *n*
**brio** \'brē-(,)ō\ *n* [It] (1734) : enthusiastic vigor : VIVACITY, VERVE
**bri·oche** \brē-'ōsh, -'ōsh\ *n* [F, fr. MF dial., fr. *brier* to knead, of Gmc origin; akin to OHG *brehhan* to break — more at BREAK] (1826) : light slightly sweet bread made with a rich yeast dough
**bri·o·lette** \,brē-ə-'let\ *n* [F] (1865) : an oval or pear-shaped gemstone cut in triangular facets
**bri·quette** *or* **bri·quet** \bri-'ket\ *n* [F *briquette*, dim. of *brique* brick] (1883) : a compacted often brick-shaped mass of usu. fine material (a charcoal ~) — **briquette** *vt*
**bri·sance** \brē-'zän(t)s, -'zäⁿs\ *n* [F, fr. *brisant*, prp. of *briser* to break, fr. OF *brisier*, of Celt origin; akin to OIr *brisid* he breaks; perh. akin to L *fricare* to rub — more at FRICTION] (1915) : the shattering or crushing effect of an explosive — **bri·sant** \-'zänt, -'zäⁿ\ *adj*
¹**brisk** \'brisk\ *adj* [prob. modif. of MF *brusque*] (1560) 1 : keenly alert : LIVELY 2 a : pleasingly tangy (~ tea) b : FRESH, INVIGORATING (~ weather) 3 : sharp in tone or manner 4 : ENERGETIC, QUICK (a ~ pace) — **brisk·ly** *adv* — **brisk·ness** *n*
²**brisk** *vt* (1628) : to make brisk ~ *vi* : to become brisk — usu. used with *up* (business ~*ed up*)
**bris·ket** \'bris-kət\ *n* [ME *brusket*; akin to OE *brēost* breast] (14c) : the breast or lower chest of a quadruped animal; *also* : a cut of beef from the brisket — see BEEF illustration
**bris·ling** \'briz-liŋ, 'bris-\ *n* [Norw *brisling*, fr. LG *bretling*, fr. *bret* broad; akin to OE *brād* broad] (ca. 1868) : SPRAT 1a
¹**bris·tle** \'bris-əl\ *n* [ME *bristil*, fr. *brust* bristle, fr. OE *byrst*; akin to OHG *burst* bristle, and perh. to L *fastigium* top] (14c) : a short stiff coarse hair or filament — **bris·tle-like** \'bris-ə(l-)līk\ *adj*
²**bristle** *vb* **bris·tled; bris·tling** \'bris-liŋ, 'bris-ə-\ *vt* (15c) 1 : to furnish with bristles 2 : to make bristly : RUFFLE ~ *vi* 1 a : to rise and stand stiffly erect (quills *bristling*) b : to raise the bristles (as in anger) 2 : to take on an aggressive attitude or appearance (as in response to a slight) 3 a : to be full of or covered with esp. something suggestive of bristles (roofs *bristled* with chimneys) b : to be full of something specified (book ~s with detail and irony —W. J. Broad)
**bris·tle·cone pine** \'bris-əl-,kōn-\ *n* (1894) : either of two pines (*Pinus longaeva* and *P. aristata*) of the western U.S. that include the oldest living trees
**bris·tle·tail** \-,tāl\ *n* (1706) : any of an order (Thysanura) of wingless insects with two or three slender caudal bristles
**bris·tly** \'bris-lē, 'bris-ə-\ *adj* **bris·tli·er; -est** (ca. 1591) 1 : consisting of or resembling bristles b : thickly set with bristles 2 : inclined to or exhibiting aggressiveness or anger
**bris·tol board** \'bris-t<sup>ə</sup>l-\ *n* [Bristol, England] (1809) : a paperboard with a smooth surface suitable esp. for artwork — called also *bristol*

bristlecone pine

**Bristol fashion** *adj* [Bristol, England] (1823) : being in good order : SHIPSHAPE
**brit** *also* **britt** \'brit\ *n* [perh. fr. Corn *brÿthel* mackerel] (1851) : minute marine animals (as crustaceans and pteropods) on which right whales feed
**Brit** \'brit\ *n* (1901) : BRITON 2
**Bri·tan·nia metal** \bri-'tan-yə-, -'ta-nē-ə-\ *n* [*Britannia*, poetic name for Great Britain, fr. L] (1817) : a silver-white alloy largely of tin, antimony, and copper that is similar to pewter
**Bri·tan·nic** \bri-'ta-nik\ *adj* (1641) : BRITISH
**britch·es** \'bri-chəz\ *n pl* [alter. of *breeches*] (ca. 1803) : BREECHES, TROUSERS
**Brith Mi·lah** \'brit-mē-'lä, 'brith-, 'bris-, -'mē-(,)lä\ *n* [LHeb *bĕrith mīlāh* covenant of circumcision] (ca. 1902) : the Jewish rite of circumcision
**Brit·i·cism** \'bri-tə-,si-zəm\ *n* [*British* + *-icism* (as in *gallicism*)] (1868) : a characteristic feature of British English
**Brit·ish** \'bri-tish\ *n* [ME *Bruttische* of Britain, fr. OE *Brettisc*, fr. *Brettas* Britons, of Celt origin; akin to W *Brython* Briton] (13c) 1 a : the Celtic language of the ancient Britons b : BRITISH ENGLISH 2 *pl in constr* : the people of Great Britain or the Commonwealth — **British** *adj* — **Brit·ish·ism** \'bri-ti-,shi-zəm\ *n* — **Brit·ish·ness** *n*
**British English** *n* (1869) : the native language of most inhabitants of England; *esp* : English characteristic of England and clearly distinguishable from that used elsewhere (as in the U.S. or Australia)
**Brit·ish·er** \'bri-ti-shər\ *n* (1829) : BRITON 2
**British thermal unit** *n* (1876) : the quantity of heat required to raise the temperature of one pound of water one degree Fahrenheit at a specified temperature (as 39°F)
**Brit·on** \'bri-t<sup>ə</sup>n\ *n* [ME *Breton*, fr. MF & L; MF, fr. L *Britton-*, *Britto*, of Celt origin; akin to W *Brython*] (13c) 1 : a member of one of the peoples inhabiting Britain prior to the Anglo-Saxon invasions 2 : a native or subject of Great Britain; *esp* : ENGLISHMAN
**Brit·ta·ny** \'bri-t<sup>ə</sup>n-ē\ *n, pl* **Brittanys** *also* **Brittanies** [*Brittany*, region in France] (1967) : any of a breed of medium-sized pointing spaniels of French origin — called also *Brittany spaniel*
¹**brit·tle** \'bri-t<sup>ə</sup>l\ *adj* **brit·tler** \'brit-lər, 'bri-t<sup>ə</sup>l-ər\; **brit·tlest** \-ləst, -t<sup>ə</sup>l-əst\ [ME *britil*; akin to OE *brēotan* to break, ON *brjóta*] (14c) 1 a : easily broken, cracked, or snapped (~ clay) (~ glass) b : easily disrupted, overthrown, or damaged : FRAIL (a ~ friendship) 2 a : PERISHABLE, MORTAL b : TRANSITORY, EVANESCENT 3 : easily hurt or offended : SENSITIVE (a ~ personality) 4 : SHARP (~ staccato of snare drums) 5 : lacking warmth, depth, or generosity of spirit : COLD (a ~ selfish person) 6 : affected with or being a form of diabetes characterized by large and unpredictable fluctuations in blood glucose level *syn* see FRAGILE — **brit·tle·ly** \'bri-t<sup>ə</sup>l-(l)ē\ *adv* — **brit·tle·ness** \'bri-t<sup>ə</sup>l-nəs\ *n*
²**brittle** *n* (1913) : a candy made with caramelized sugar and nuts spread in thin sheets (peanut ~)
**brittle star** *n* (1843) : any of a subclass or class (Ophiuroidea) of echinoderms that have slender flexible arms distinct from the central disk

**Brit·ton·ic** \bri-'tä-nik\ *adj* [L *Britton-*, *Britto* Briton] (1923) : BRYTHONIC
**Brix** \'briks\ *adj* (1897) : of or relating to a Brix scale
**Brix scale** *n* [Adolf F. *Brix* †1870 Austrian scientist] (1897) : a hydrometer scale for sugar solutions so graduated that its readings at a specified temperature represent percentages by weight of sugar in the solution — called also *Brix*
**bro** \'brō\ *n, pl* **bros** [by alter.] (1838) 1 : BROTHER 1 2 : SOUL BROTHER — often used informally as a term of address
¹**broach** \'brōch\ *n* [ME *broche*, fr. MF, fr. (assumed) VL *brocca*, fr. L, fem. of *broccus* projecting] (13c) 1 : BROOCH 2 : any of various pointed or tapered tools, implements, or parts: as a : a spit for roasting meat b : a tool for tapping casks c : a cutting tool for removing material from metal or plastic to shape an outside surface or a hole
²**broach** *vt* (15c) 1 a : to pierce (as a cask) in order to draw the contents; *also* : to open for the first time b : to open up or break into (as a mine or stores) 2 : to shape or enlarge (a hole) with a broach 3 a : to make known for the first time b : to open up (a subject) for discussion ~ *vi* : to break the surface from below *syn* see EXPRESS — **broach·er** *n*
³**broach** *vi* [perh. fr. ²*broach*] (1705) : to veer or yaw dangerously so as to lie broadside to the waves — often used with *to*
¹**broad** \'brȯd\ *adj* [ME *brood*, fr. OE *brād*; akin to OHG *breit* broad] (bef. 12c) 1 a : having ample extent from side to side or between limits (~ shoulders) b : having a specified extension from side to side (made the path 10 feet ~) 2 : extending far and wide : SPACIOUS (the ~ plains) 3 a : OPEN, FULL (~ daylight) b : PLAIN, OBVIOUS (a ~ hint) 4 : dialectal esp. in pronunciation 5 : marked by lack of restraint, delicacy, or subtlety: a *obs* : OUTSPOKEN b : COARSE, RISQUÉ (~ humor) 6 *of a vowel* : OPEN — used specif. of *a* pronounced as in *father* 7 a : LIBERAL, TOLERANT (~ views) b : widely applicable or applied : GENERAL 8 : relating to the main or essential points (~ outlines) — **broad·ly** *adv* — **broad·ness** *n*
*syn* BROAD, WIDE, DEEP mean having horizontal extent. BROAD and WIDE apply to a surface measured or viewed from side to side (a *broad* avenue). WIDE is more common when units of measurement are mentioned (rugs eight feet *wide*) or applied to unfilled space between limits (a *wide* doorway). BROAD is preferred when full horizontal extent is considered (*broad* shoulders). DEEP may indicate horizontal extent away from the observer or from a front or peripheral point (a *deep* cupboard) (*deep* woods).
²**broad** *adv* (bef. 12c) : in a broad manner : FULLY
³**broad** *n* (1659) 1 *Brit* : an expansion of a river — often used in pl. 2 *slang* : WOMAN
**broad arrow** *n* (14c) 1 : an arrow with a flat barbed head 2 *Brit* : a mark shaped like a broad arrow that identifies government property including clothing formerly worn by convicts
**broad–ax** *or* **broad–axe** \'brȯd-,aks\ *n* (bef. 12c) : a large ax with a broad blade
**broad–band** \'brȯd-,band\ *adj* (1956) 1 : operating at, responsive to, or comprising a wide band of frequencies (a ~ radio antenna) 2 : of, relating to, or being a communications network in which a frequency range is divided into multiple independent channels for simultaneous transmission of signals (as voice, data, or video)
**broad bean** *n* (1783) : the large flat edible seed of an Old World upright vetch (*Vicia faba*); *also* : this plant widely grown for its seeds and as fodder
**broad–brush** \'brȯd-,brəsh\ *adj* (1967) : GENERAL, NONSPECIFIC
¹**broad·cast** \'brȯd-,kast\ *adj* (1767) 1 : cast or scattered in all directions 2 : made public by means of radio or television 3 : of or relating to radio or television broadcasting
²**broadcast** *vb* **broadcast** *also* **broad·cast·ed; broad·cast·ing** *vt* (1813) 1 : to scatter or sow (as seed) broadcast 2 : to make widely known 3 : to transmit or make public by means of radio or television ~ *vi* 1 : to transmit a broadcast 2 : to speak or perform on a broadcast program — **broad·cast·er** *n*
³**broadcast** *adv* (1814) : to or over a broad area
⁴**broadcast** *n* (1922) 1 : the act of transmitting sound or images by radio or television 2 : a single radio or television program
**Broad Church** *adj* (1853) : of or relating to a liberal party in the Anglican communion esp. in the later 19th century
**broad·cloth** \'brȯd-,klȯth\ *n* (15c) 1 : a twilled napped woolen or worsted fabric with smooth lustrous face and dense texture 2 : a fabric usu. of cotton, silk, or rayon made in plain and rib weaves with soft semigloss finish
**broad·en** \'brȯd-<sup>ə</sup>n\ *vb* **broad·ened; broad·en·ing** \'brȯd-niŋ, 'brȯd-<sup>ə</sup>n-iŋ\ *vt* (1726) : to make broader ~ *vi* : to become broad
**broad–gauge** \'brȯd-'gāj\ *or* **broad–gauged** \-'gājd\ *adj* (1858) 1 : wide in area or scope (a ~ effort) 2 : comprehensive in outlook, range, or capability (a ~ statesman)
**broad gauge** *n* (1844) : a railroad gauge wider than standard gauge
**broad jump** *n* (1872) : LONG JUMP — **broad jumper** *n*
**broad–leaved** \-'lēvd\ *or* **broad–leaf** \-'lēf\ *also* **broad–leafed** \-'lēft\ *adj* (1552) 1 : having broad leaves; *specif* : having leaves that are not needles 2 : composed of broad-leaved plants (~ forests)
**broad–loom** \-,lüm\ *adj* (1925) : woven on a wide loom; *also* : so woven in solid color
²**broadloom** *n* (1926) : a broadloom carpet
**broad–mind·ed** \'brȯd-'mīn-dəd, -,mīn-\ *adj* (1882) 1 : tolerant of varied views 2 : inclined to condone minor departures from conventional behavior — **broad–mind·ed·ly** *adv* — **broad–mind·ed·ness** *n*
**broad–scale** \-,skā(ə)l\ *adj* (1939) : broad in extent, range, or effect
**broad·sheet** \-,shēt\ *n* (1705) 1 : BROADSIDE 1 2 *Brit* : a newspaper with full-size pages as distinguished from a tabloid
¹**broad·side** \-,sīd\ *n* (1575) 1 a (1) : a sizable sheet of paper printed on one side (2) : a sheet printed on one or both sides and folded b : something (as a ballad) printed on a broadside 2 *archaic* : the side of a ship above the waterline 3 a : all the guns on one side of a ship; *also* : their simultaneous discharge b : a volley of abuse or denunciation 4 : a broad or unbroken surface
²**broadside** *adj* (1646) : directed or placed broadside (a ~ attack)
³**broadside** *adv* (1870) 1 a : with the side forward or toward a given point : SIDEWAYS (turned ~) b : directly from the side (the car was hit ~) 2 : in one volley 3 : at random

EXHIBIT 5
Page 129