# EXHIBIT D

# HONEYWELL ABBREVIATION & ACRONYM DICTIONARY

- = Honeywell term

- 

## A

**AAIB** - Air Accident Investigation Branch: British equivalent of NTSB
**a/c** - aircraft
**AC** - Advisory Circular
**a/l** - airline
**ACARS** - Aircraft Communications Addressing and Reporting System
**ACAS** - Aircraft Collision Avoidance System
**AD** - Airworthiness Directive: FAA regulatory notice
**A/D** - Analog-to-Digital
**Ada** - A higher order programming language developed during the 1970s for the DOD (note: not an acronym, named for first computer programmer, Ada Augusta Byron)
**ADC** - Air Data Computer
**ADF** - Automatic Direction Finder: a navigation receiver
**ADI** - Attitude Director Indicator
**ADIRS** - Air Data Inertial Reference System*
**ADIRU** - Air Data Inertial Reference Unit*
**ADM** - Air Data Module
**ADR** - Air Data Reference
**ADS** - Air Data System
**ADS** - Automatic Dependent Surveillance: a potential feature for a/c position reporting, e.g., via SATCOM
**ADS-B** - ADS-Broadcast
**ADT** - Air Data Tester
**AEEC** - Airlines Electronic Engineering Committee
**AES** - Aircraft Earth Station
**AFCS** - Automatic Flight Control System
**AFIS** - Airborne Flight Information Service
**AFMS** - Advanced Flight Management System*
**AFS** - Auto Flight System: MD-11, integrates autopilot, CAT II flight director and autothrottle functions*
**AGL** - above ground level
**AHRS** - Attitude-Heading Reference System
**AHS** - American Helicopter Association
**AIA** - Aerospace Industries Association
**AIAA** - American Institute of Aeronautics and Astronautics
**AIM** - Airman's Information Manual
**AIMS** - Airplane Information Management System (Boeing 777)
**ALPA** - Airline Pilots Association
**ALT** - altitude
**ALTN** - alternate (airport)
**AM** - Amplitude Modulation
**AMC** - Avionics Maintenance Conference
**AMD** - Advisory Map Display*
**AMI** - Airline Modifiable Information*
**AMLCD** - Active Matrix Liquid Crystal Display

**AMOSS** - Airline Maintenance and Operation Support System
**AMSS** - Aeronautical Mobile Satellite Service
**ANSI** - American National Standards Institute
**ANSIR** - Advanced Navigation System Inertial Reference*
**ANP** - Actual Navigation Performance
**AOA** - angle-of-attack
**AOG** - Aircraft-On-Ground
**AOPA** - Aircraft Owners and Pilots Association
**A/P** - Autopilot
**APU** - Auxiliary Power Unit
**ARINC** - Aeronautical Radio, Incorporated: a nonprofit corporation owned by member airlines to define form, fit and function of avionics equipment
    **ARNIC 429** - standard for broadcast digital information transfet systems for general applications
    **ARNIC 561** - Inertial navigation system specifications
    **ARNIC 571** - Inertial sensor attitude-heading reference system specifications
    **ARNIC 575** - Digital air data system specifications
    **ARNIC 700-series** - All-digital equipment specifications for new-generation transport category aircraft
**ARSA** - Airport Radar Service Area
**ASC** - Aircraft System Controllers: MD-11, computers and control panels which automate many of the flight engineer control/monitoring functions from the DC-10
**ASCB** - Avionics Standard Communication Bus
**ASCII** - American Standard for Information Exchange
**ASE** - Airline-Selected Equipment*: vs. SFE; see also, BFE
**ASI** - Airspeed Indicator
**ASIC** - Application-Specific Integrated Circuit
**ASL** - above sea level
***A-SMGCS** - Advanced Surface Movement Guidance and Control System (Airport Systems)
**ASME** - American Society of Mechanical Engineers
**ASRS** - Aviation Safety Reporting System
**A/T** - autothrottle
**ATA** - Air Transport Association
**ATC** - air traffic control
**ATCRBS** - Air Traffic Control Radar Beacon System
**ATE** - Automatic Test Equipment: e.g., the STS-1000
**ATI** - Air Transport Indicator: standard case sizes ranging nominally from 2ATI - 6ATI
**ATLAS** - Abbreviated Test Language for Avionics Systems
**ATM** - Air Traffic Management
**ATN** - Aeronautical Telecommunications Network
**ATR** - Air Transport Radio: ARINC form-factor/standard case dimensions; 1 ATR = 8 MCU (also, Austin Trumbull Radio standard design)
**ATS** - Air Traffic Services
**ATS** - Air Transport Systems*
**AUSRIRE** - All Union Scientific Research Institute of Radio Equipment: CIS (former Soviet) agency
**AWLU** - Aircraft Wireless LAN Unit
**AZ** - azimuth: angular measurement in horizontal plane

**B**

**BAe** - British Aerospace
**BCA** - Boeing Commercial Airplanes
**BCAS** - Business and Commuter Aviation Systems*
- Beacon Collision Avoidance System: forerunner of TCAS
**BEA** - Bureau d'Enquetes Accidents: French equivalent of NTSB
**BFE** - Buyer-Furnished Equipment: not supplied as standard equipment by airframe mfgr; selected by customer (see ASE)
**BIT** - Built-in Test
**BITE** - Built-in Test Equipment
**BPS** - Bits Per Second
**B-NAV** - Basic Area Navigatin: concept of easing congestion in European airways by requiring aircraft to be fitted with equipment that will allow more direct routings by ATC


**C**

**CAA** - Civil Aviation Authority (U.K. and other countries)
**CAB** - Civil Aeronautics Board
**CAD/CAM** - Computer Aided Design/Computer Aided Manufacture
**CADC** - Central Air Data Computer: an analog system
**CAS** - Calibrated Airspeed
- Commercial Aviation Systems*
**CAS-SPO** - Commercial Aviation Systems-Sensor Products Operation*
**CAT** - clear air turbulence: high altitude turbulence encountered where no clouds are present, (but coffee usually is.)
**CAT I** - Category I flight conditions: allows operation down to a 200 ft. decision height (DH) and with runway visual range not less than 2600 ft.
**CAT II** - Category II flight conditions: procedure which provides for approach to height above touchdown not less than 100 ft., runway visual range not less than 1200 ft.
**CAT IIIA** - Category IIIA flight conditions: no decision height minimum, runway visual range not ss than 700 ft.
**CAT IIIB** - Category IIIB flight conditions: no decision height minimum, runway visual range not less than 150 ft.
**CCA** - Circuit Card Assembly
**CDI** - Course Deviation Indicator
**CD-ROM** - Compact Disc-Read Only Memory
**CDS** - Common Display System*
**CDU** - Control-Display Unit: part of FMS
**CFDS** - Centralized Fault Display System (MD-11)*
**CFIT** - Controlled Flight Into Terrain
**CG** - Center of Gravity
**CMC** - Central Maintenance Computer
**CMOS** - Complementary Metal Oxide Semiconductor
**CMU** - Communications Management Unit
**CNS/ATM** - Communication, Navigation, Surveillance/Air Traffic Management (supersedes "FANS" terminology)
**COTS** - Commercial Off-The-Shelf
**CPA** - Closest Point of Approach (TCAS)
**C/PDLC** - Controller/Pilot Data Link Communications

**CRM** - Cockpit Resource Management or Crew Resource Management (the latter term has tended to displace former, recognizing a broader scope of the concept)
**CRT** - Cathode Ray Tube: display unit
**CTO** - Central Technical Operations*
**CVR** - Cockpit Voice Recorder


# D

**D/A** - Digital-to-Analog Conversion
**DAC** - Douglas Aircraft Company (unit of McDonnell Douglas)
**DADC** - Digital Air Data Computer
**DASA** - Deutsche Aerospace (German aerospace organization)
**dB** - decibel: acoustic measurement unit
**DDRMI** - Digital Distance Radio Magnetic Indicator*
**DEU** - Display Electronics Unit
**DFDAU** - Digital Flight Data Acquisition Unit
**DFDR** - Digital Flight Data Recorder
**DFGC** - Digital Flight Guidance Computer*
**DFGS** - Digital Flight Guidance System*
**DG** - Directional Gyro
**DGAC** - Direction Generale de l'Aviation Civile -- French certifying authority, equivalent of FAA
**DGPS** - Differential GPS
**DH** - Decision Height
**DME** - Distance Measuring Equipment
**DO** - Dornier
**DOT** - Department of Transportation (U.S.)
**DR** - deduced reckoning
**DRAM** - Dynamic Random Access Memory
**DU** - Display Unit
**DUATS** - Direct User Access Terminal System


# E

**EADI** - Electronic Attitude Direction Indicator (see ADI)
**EBDBDBD** - "That's All Folks"
**EEPROM** - Electrically Erasable Programmable Read-Only Memory
**EFIS** - Electronic Flight Instrument System
**EHSI** - Electronic Horizontal Situation Indicator (see HSI)
**EIA** - Electronic Industries Association
**EICAS** - Engine Indication and Crew Alerting System
**EIS** - Electronic Instrument System (MD-11)*
**ELF/FL** - Elevator Load Feel/Flap Limiter
**ELS** - Electronic Library System*
**EMI** - Electromagnetic Interference
**EPR** - Engine Pressure Ratio
**EPROM** - Erasable Programmable Read-Only Memory
**EPRT** - Engine Pressure Ratio Transmitter

**EROPS** - Extended Range Operations
**ETA** - Estimated Time of Arrival
**ETE** - Estimated Time Enroute
**ETP** - Equal Time Point: halfway there, by time
**ETOPS** - Extended Twin-engine Operations


F

**FAA** - Federal Aviation Administration (U.S.)
**FADEC** - Full Authority Digital Engine (or, Electronic) Control
**FAMIS** - Full Aircraft Management/Inertial System*: FMS/IRS upgrade package for widebodies -- no longer offered
**FANS** - Future Air Navigation System (ICAO-endorsed worldwide navigation plan -- the term "CNS/ATM" is now preferred)
**FAR** - Federal Aviation Regulations
**FBO** - Fixed-Base Operator
**FBL** - Fly-by-light
**FBW** - Fly-by-wire
**FBN** - Fly-by-night
**FCC** - Federal Communications Commission (U.S.)
-Flight Control Computer
**FCS** - Flight Control System
**FD** - Flight Director
**FDAU** - Flight Data Acquisition Unit
**FDMU** - Flight Data Management Unit: FAMIS component
**FDR** - Flight Data Recorder
**FGS** - Flight Guidance System
**FL** - Flight Level: measured in hundreds of ft. (above 18,000 ft.)
**FLIR** - Forward Looking Infra-Red (radar)
**FM** - Frequency Modulation
**FMC** - Flight Management Computer
**FMCDU** - Flight Management Control and Display Unit (FMS)
**FMCS** - Flight Management Computer System
**FMGC** - Flight Management Guidance Computer
**FMGEC** - Flight Management Guidance Envelope Computer
**FMS** - Flight Management System
**F/O** - First Officer
**FOD** - Foreign Object Damage
**FOG** - Fiber Optic Gyro (see IFOG)
**FQIS** - Fuel Quantity Indicating System*
**FSC** - Fuel System Controller
**FT/ADIRS** - Fault Tolerant/Air Data Inertial Reference System* (777)


G

**GA** - general aviation: aviation operations other than military and airlines (e.g., corporate, agricultural, personal, flying clubs/schools)
**GATM** - Global Air Traffic Management (military version of CNS-ATM concept)

**GATT** - General Agreement on Trade and Tariffs
**GBST** - Ground-Based Software Tool
**GCP** - Glareshield Control Panel
**GDAP** - Growing Danger of Acronym Proliferation
**GES** - Ground Earth Station (SATCOM term)
**GIE** - Groupment d'Intirjt Economique: French corporate entity, grouping of mutual economic interests (e.g. Airbus)
**GLONASS** - Global Orbiting Navigation Satellite System: CIS satellite navigation system version of GPS
**GLS** - GPS Landing System
**GLU** - GPS Landing Unit: provides precision of GPS guidance to the runway in Cat III operations
**GMT** - Greenwich Mean Time: used in navigation systems; Zulu
**GNS** - Global Navigation System (like GPS, but broader -- now the preferred term by Honeywell)
**GNSS** - Global Navigation Satellite System
**GNSSU** - Global Navigation Satellite Sensor Unit (the GNS receiver component of a GNS)*
**GO/NG** - Go/No Go
**GPIRS** - Global Positioning/Inertial Reference System*
**GPS** - Global Positioning System (see GNS)
**GPSSU** - Global Positioning System Sensor Unit*
**GPWS** - Ground Proximity Warning System
**GS** - Groundspeed
**G/S** - Glide Slope


# H

**HAI** - Helicopter Association International
**HERF** - High-Energy Radio Frequency or High-Energy Radiated Fields: dense electromagnetic fields created by radio/TV transmitters -- possible source of interference for electronic instruments
**HF** - High Frequency: 3-30 MHz
**HFDL** - High Frequency Data Link
**HIRF** - High Intensity Radiated electromagnetic Frequencies (see also, HERF)
**HMCDU** - Hybrid Multifunction Control-Display Unit: (757/767)*
**HPA** - High Power Amplifier - SATCOM component
**HSI** - Horizontal Situation Indicator
**HUD** - Head-up Display
**HW** - hardware
**Hz** - Hertz: cycles per second


# I

**IAC** - Integrated Avionics Computer*
**IAS** - Indicated Airspeed
**IATA** - International Air Transport Association: economic association of commercial airlines
**ICAO** - International Civil Aviation Organization: agency of the UN
**IDENT** - Identification

**IEEE** - Institute of Electrical and Electronics Engineers
**IFALPA** - International Federation of Airline Pilots Association
**IFE** - In-flight entertainment
**IFOG** - Interferometric Fiber Optic Gyro (see FOG)
**IFR** - Instrument Flight Rules: see IMC
**Il** - Ilyushin Design Bureau
**ILS** - Instrument Landing System
**IM** - Inner Marker (glideslope)
**IMA** - Integrated Modular Avionics (see AIMS)
**IMC** - Instrument Meteorological Conditions (see IFR)
**Inmarsat** - International Maritime Satellite Organization -- international cooperative of more than 50 countries that operates a global system of satellites for mobile communications, such as SATCOM.
**INS** - Inertial Navigation System
**I/O** - Input/Output
**IPTN** - Industri Pesawat Terbang Nusantara -- Indonesia's state-owned aerospace manufacturer
**IR** - Infrared
**IRS** - Inertial Reference System
**IRU** - Inertial Reference Unit: part of IRS
**ISA** - Inertial Sensor Assembly - part of IRS
-International Standard Atmosphere
**ISDU** - Inertial System Display Unit
**ISO** - International Standards Organization
**IVSI** - Instantaneous Vertical Speed Indicator


## J

**JAA** - (European) Joint Airworthiness Authority -- founded in 1970 to develop unified European approach to aviation safety; represents 27 European countries. (See also, JAR.)
**JAR** - Joint Airworthiness Requirement -- issued by JAA


## K

**K** - thousand
**KHz** - KiloHertz
**KIAS** - Indicated Airspeed in Knots
**KT** - Knots: nautical miles/hour


## L

**LAAS** - Local Area Augmentation System
**LADGPS** - Local area differential GPS
**LAN** - Local Area Network
**LASER** - Light Amplification by Simulated Emission of Radiation
**LAT** - latitude

**LCD** - Liquid Crystal Display
**LED** - Light-Emitting Diode
**LEO** - Low Earth Orbit
**LIDAR** - Light Detection and Ranging
**LIP** - Limited Installation Program (e.g. TCAS)
**LLWAS** - Low-Level Wind Shear Alert System
**LNAV** - Lateral Navigation
**LOC** - Localizer: part of Instrument Landing System
**LORAN** - Long-Range Navigation: electronic pulse system for oceanic navigation
**Loran-C** - a hyperbolic grid navigation system
**LRU** - Line-Replaceable Unit
**LRM** - Line-Replaceable Module
**LSAS** - Longitudinal Stability Augmentation System (MD-11)
**LSI** - Large Scale Integration
**LSRRTI** - Leningrad Scientific Research Radio Technical Institute: Soviet agency
**LSS** - Lightning Sensor System*


## M

**mb** - millibars
**M** - Mach number: speed of a/c expressed in relation to speed of sound
**M** - million; mega
**MAC** - Mean Aerodynamic Chord
**MASI** - Mach Airspeed Indicator
**MAPPER** - Maintaining, Preparing & Producing Executive Reports*
**MAU** - Modular Avionics Unit*
**MCA** - Ministry of Civil Aviation (former USSR)
**MCDU** - Multifunction Control and Display Unit: part of FMS
**MCP** - Mode Control Panel
**MCU** - Modular Concept Unit (Spitzer); also defined as Minimum Configuration Unit (BCA Magazine); also, Modular Component Unit
**MD** - McDonnell Douglas (no hyphen)
**MDAU** - Maintenance Data Acquisition Unit
**MEO** - Medium Earth Orbit (satellite)
**MFD** - Multi-Function Display
**MHRS** - Magnetic Heading Reference System
**MHz** - MegaHertz: a whole lot of Hertz
**MLS** - Microwave Landing System
**MM** - Middle Marker (glideslope)
**MMR** - Multi-Mode receiver
**MNPS** - Minimum Navigation Performance Specifications
**MOPS** - Minimum Operation and Performance Standards/Minimum Operational Performance Standards
**MOU** - Memorandum of Understanding (pl: Memoranda)
**MRI** - Ministry of Radio Industry (USSR)
**MSL** - Mean Sea Level (datum for altitude measurement)
**MSU** - Mode Select Unit
**MTBF** - Mean Time Between Failures
**MTBR** - Mean Time Between Removals

**MTBUR** - Mean Time Between Unscheduled Removal
**MTU** - Motoren-und Turbinen Union Ludwigsfelde GMBH (German engine manufacturer)

## N

**N1** - Engine low pressure rotor speed
**NAS** - National Airspace System
**NASA** - National Aeronautics and Space Administration (U.S.)
**NAT** - North Atlantic Tracks
**NAV** - navigation
**NAVAID** - Navigational Aid
**NAVSAT** - navigation satellite
**NBAA** - National Business Aviation Association
**NCD** - No Computed Data
**ND** - Navigation Display
**NDB** - Nondirectional Beacon
-Nav Data Base
**NIH** - Not Invented Here
**NM** - Nautical Mile: 1.15 statute miles or 1000 fathoms or 216,000 barleycorns; 60 nm = 1 degree of Earth's circumference
**NMS** - Navigation Management System
**NMU** - Navigation Management Unit
**NOAA** - National Oceanic and Atmospheric Administration
**NOTAM** - Notice to Airmen
**NPRM** - Notice of Proposed Rule-Making (FAA)
**NTSB** - National Transportation Safety Board (U.S.)
**NWS** - National Weather Service (U.S.)


## O

**OAT** - Outside Air Temperature
**OEM** - Original Equipment Manufacturer
**OM** - Outer Marker (glideslope)
**OMS** - On-Board Maintenance System
**ORT** - Owner Requirements Table


## P

**PFD** - Primary Flight Display
**PIP** - Product Improvement Program*
**PIREP** - Pilot Report
**PMAT** - Portable Maintenance Access Terminal
**PMO** - Program Management Organization*
**PMS** - Performance Management System*
**PRF** - Pulse Repetition Frequency: pertaining to radar
**PROM** - Programmable Read-Only Memory

**Ps** - Pressure, static: air data measurement
**psi** - pounds/square inch
**Pt** - Pressure, total: air data measurement
**PWB** - Printed wire board

## Q

**QFE** - field elevation pressure
**QNH** - sea level pressure

## R

**RA** - Radio Altitude
- Resolution Advisory (TCAS)
**RAA** - Regional Airline Association
**RADAR** - Radio Detection And Ranging
**RAE** - Royal Aircraft Establishment (Farnborough)
**RAIM** - Receiver autonomous Integrity Monitoring (GPS)
**RAM** - Random Access Memory
**RDDMI** - Radio Digital Distance Magnetic Indicator*
**RDI** - Radio Direction Indicator
**REACT** - Rain Echo Attenuation Compensation Technique: Honeywell weather radar feature*
**RF** - radio frequency
**RFI** - Request For Information
**RFP** - Request For Proposal
**RFQ** - Request For Quotation
**RFU** - Radio Frequency Unit - SATCOM component
**RHF** - Ridiculously High Frequency
**RISC** - Reduced Instruction Set Computer
**RLD** - Rijks Luchtvaart Dienst: Dutch equivalent of FAA
**RLG** - Ring Laser Gyro
**RMI** - Radio Magnetic Indicator
**RMU** - Radio Management Unit
**RNAV** - Area Navigation
**RNP** - Required Navigation Performance
**ROM** - Read-Only Memory
**RPK** - Revenue Passenger-Kilometers: number of revenue passengers carried times distance in KMs
**RPM** - Revenue Passenger-Miles (see RPK)
**RPZ** - Ramensky Priborostroitelny Zavod (Russian avionics manufacturer)
**R/T** - Receiver/Transmitter
**RTA** - Required Time of Arrival
**RTCA** - a private, not-for-profit organization that brings industry and government together to address the needs of the worldwide aeronautical community. The acronym RTCA originally stood for Radio Technical Commission for Aeronautics-- but is now known simply as RTCA
**RVR** - Runway Visual Range
**RVMS** - Reduced Vertical Separation Minimums

## S

**SA** - Selective Availability -- re GPS
**SAARU** - Secondary Attitude/Air data Reference Unit* (777)
**SAE** - Society of Automotive Engineers
**SAFEBUStm** - Honeywell-developed ARINC 659 cabinet bus (777)
**SAIFIR** - Systems Aid for Integration and Fault Reporting (777)
**SAMPE** - Society for the Advancement of Material and Process Equipment
**SAR** - Search and Rescue: usually pertaining to weather radars and navigation (BCAS)
- Some Assembly Required (Sears)
**SARPS** - Standard and Recommended Practices
**SAT** - Static Air Temperature
**SATCOM** - Satellite Communications
**SC** - Special Committee (RTCA term)
**SDU** - Satellite Data Unit: SATCOM component
**SFE** - Seller-Furnished Equipment: i.e., selected by airframe manufacturer as standard for that aircraft type
**SID** - Standard Instrument Departure
**SIGMET** - Significant Meteorological Advisory
**SITA** - Sociiti Internationale de Tilicommunications Aironautiques: cooperative, not-for-profit organization with 400 member companies dedicated to the air transport industry. Operates world's largest specialized data telecommunications network including VHF AIRCOM Service which provides air-ground communications network of ground stations.
**SITS** - Subsystem Integration and Test Station
**SLS** - Satellite Landing System*
**SMART** - Standard Modular Avionics Repair and Test
**SMT** - Surface-Mount Technology
**SRC** - Systems and Research Center*
**STAR** - Standard Terminal Arrival Route
**STC** - Supplemental Type Certificate: FAA certification document
**STOL** - Short Take-Off and Landing
**SW** – software


## T

**TA** - Traffic Advisory (TCAS)
***TAIS** - Total Aircraft Information System (Aviation Services)
***TAMS** - Total Airport Management System (Airport Systems)
**TAS** - True Airspeed
**TAT** - Total Air Temperature
**TBD** - To Be Determined
**TCA** - Terminal Control Area
**TCAS** - Traffic Alert and Collision Avoidance System
***TEMPLE** - Terminal Management and Planning Equipment
**TERPS** - Terminal Instrument Procedures
**TO/GA** - Take Off/Go Around: operating mode
**TRACON** - Terminal Radar Approach Control
**TSO** - Technical Standard Order: performance specification and production compliance document issued by FAA

**TTG** - Time To Go
**TTS** - Time To Station
**TTW** - Time to Waypoint
**Tu** - Tupolev Design Bureau
**TURB** - Turbulence
**TWDL** - Two-way Data Link

## U

**UDF** - Unducted Fan
**UHF** - Ultra High Frequency: 300-3000 MHz

## V

**V/STOL** - Vertical/Short Takeoff and Landing
**V1** - takeoff decision speed
**V2** - minimum takeoff safety speed at 35'
**VAC** - Volts, Alternating Current
**VALFAC** - Validation Facility: avionics test and simulation facility*
**VASI** - Visual Approach Slope Indicator
**VDC** - Volts, Direct Current
**VDGS** - Visual Docking Guidance System (Airport Systems)
**VDL** - VHF Data Link
**VDR** - VHF Data Radio
**VFE** - maximum flap extended speed
**VFR** - Visual Flight Rules (see VMC)
**VG/DG** - Vertical Gyro/Directional Gyro
**VG** - Vertical Gyro
**VHF** - Very High Frequency: 30-300 MHz -- "straight-line" signal used for communications and navigation
**VHSIC** - Very High Speed Integrated Circuit
**VIA** - Versatile Integrated Avionics -- offshoot of Integrated Modular Avionics
**VLF** - Very Low Frequency: 3 KHz-30 KHz -- used for long range navigation in combination with Omega
**VLSIC** - Very Large Scale Integrated Circuit
**VMC** - Visual Meteorological Conditions (see VFR)
**VNAV** - Vertical Navigation
**VNE** - never-exceed speed
**VNO** - maximum structural cruising speed
**VOR** - VHF Omnidirectional Range
**VORTAC** - Combined VOR and Tacan system
**VR** - rotation speed
**VREF** - approach reference speed
**VSI** - Vertical Speed Indicator
**VSI/TRA** - Vertical Speed Indicator/Traffic, Resolution Advisory

# W

**WAAS** - Wide area augmentation system
**WBS** - Weight and Balance System*
**WORM** - Write-Once/Read Many: optical disk technology
**WPT** - waypoint
**WS** - Windshear*
**WX** - Weather
**WXR** - Weather Radar

# X

**XPDR** - Transponder
**X/WIND** – crosswind

# Y

# Z

**Z** - zillion: 1 X 10z or 10 jillion
- unit of sleep