# EXHIBIT E

1

```
 1
 2                    DISCLAIMER
 3
 4   THIS REALTIME/ROUGH TEXT IS UNEDITED/UNCERTIFIED AND
 5   WILL CONTAIN UNTRANSLATED STENOGRAPHIC SYMBOLS,
 6   OCCASIONAL REPORTER NOTES, MISSPELLED PROPER NAMES,
 7   AND/OR NONSENSICAL WORD COMBINATIONS.  ALL SUCH
 8   ENTRIES WILL BE CORRECTED ON THE OFFICIAL CERTIFIED
 9   TRANSCRIPT.
10
11   THIS REALTIME/ROUGH TEXT IS FOR THE PURPOSE OF
12   AUGMENTING COUNSEL'S NOTES AND SHALL NOT BE
13   RECOGNIZED AS AN OFFICIAL TRANSCRIPT, NOR SHALL IT BE
14   CITED OR USED IN ANY WAY OR AT ANY TIME TO REBUT OR
15   CONTRADICT THE OFFICIAL CERTIFIED TRANSCRIPT OF THE
16   PROCEEDINGS, PURSUANT TO APPLICABLE COURT RULES.
17
18   REALTIME/ROUGH UNEDITED/UNCERTIFIED TEXT
19
20             THE VIDEOGRAPHER:  Here begins media
21   number 1 of the deposition of R. Lee Fraley in the
22   matter of Teledyne versus Honeywell, this case is in
23   the Central District Court of California.  The case
24   number is 06-06803.  Today's date is February 21st,
25   2008, the time is 9:08 a.m.  The deposition is taking
```

1    place at Snell & Wilmer 400 East Van Buren, Suite

2    1900, Phoenix, Arizona, 85004 and is being taken on

3    behalf of the plaintiffs and counter defendants.   The

4    videographer is kill la Camenzind appearing on behalf

5    of Sarnoff court reporters and legal technology,

6    located in Irvine, California, would counsel please

7    identify yourselves and state whom you represent

8    please.

9             MR. ALDEN:   Anthony Alden of Quinn

10   Emanuel representing Teledyne Technologies,

11   Incorporated, plaintiff and counter defendant.

12            MR. STARR:   *Ephrain Starr with Kirkland

13   & Ellis LLP on behalf of of Honeywell.

14            MR. CONDO:   Jim Condo and Wendy Neal with

15   Snell & Wilmer, LLP on behalf of the witness in his

16   individual capacity and as a member of Snell & Wilmer

17   LLP.

18            THE VIDEOGRAPHER:   Thank you.   Madam

19   court reporter if you would please swear in the

20   witness.

21

22                    R. LEE FRALEY,

23   Having been first duly sworn, was examined and

24   testified as follows:

25            THE VIDEOGRAPHER:   We are on the record

3

1    at 909 a.m.

2                    E X A M I N A T I O N

3    BY MR. ALDEN:

4         Q.    Good morning, sir, as you just heard, my

5    name is Anthony Alden, I'm an attorney with Quinn

6    Emanuel Urquhart Oliver & Hedges in Los Angeles.   I

7    represent plaintiff and counter defendant in this

8    suit, Teledyne Technologies, Incorporated.

9              What is your full name, sir?

10        A.    My full name is Robert Lee Fraley.

11        Q.    And how do you spell Fraley?

12        A.    F-r-a-l-e-y.

13        Q.    And what is your current business

14   address, sir?

15        A.    Snell & Wilmer is located at, my office

16   located at 1 Arizona center, 400 east Van Buren,

17   Phoenix, Arizona 850 -- 85004.

18        Q.    Mr. Fraley, have you ever had your

19   deposition taken before?

20        A.    No, I have not.

21        Q.    Have you ever offered testimony in any

22   case?

23        A.    No.

24        Q.    Why don't we go over some ground rules

25   just so the deposition proceeds smoothly.   I will be

**EXHIBIT E**
**Page 151**

56

1    technology where they can, how they do that.

2    BY MR. ALDEN:

3        Q.   Do you know whether the signals that the

4    satellite dish that's on your roof receives are

5    signals that are broadcast generally over a

6    geographic area or from they signals that are

7    broadcast specifically to you or something else?

8        A.   That's multiple questions, but I don't

9    know.  The answer is I don't know whether or not the

10   signals that I receive are broadcast to another

11   person or if they're broadcast to knee, I don't know

12   for sure. .  I guess it could be both, meaning some

13   could go to me and go to someone else and other ones

14   not be available to others, I mean, again, I'm not

15   sure.

16       Q.   Do you have any understanding as to

17   whether an aeronautical satellite is different to a

18   direct broadcast satellite?

19           MR. STARR:  Objection, calls for opinion

20   testimony.

21           THE WITNESS:  I don't have any specific

22   understanding if they're  -- quite frankly I don't

23   quite understand what they exactly are, but I don't

24   have any understanding that, you know, how they

25   relate or  --

1     attempt to try to look at the application.  At some

2     level it says it's a data source comprising a network

3     system for the storage of related data information.

4          Q.   Do you think it's referring, when it

5     refers to data source do you think it's relating to a

6     technical term in Element 1 of Claim 1?

7               MR. STARR:  Objection; calls for opinion

8     testimony.

9               THE WITNESS: I'm not sure -- what do you

10    mean by a technical term?

11    BY MR. ALDEN:

12         Q.   Well, do you think that it requires some

13    technical knowledge to understand what a data source

14    is that it's referring to in Element 1 of Claim 1?

15              MR. STARR:  Objection; calls for opinion

16    testimony.

17              THE WITNESS:  If what you're asking does

18    it require -- are you asking does it require more

19    than reading the words?

20    BY MR. ALDEN:

21         Q.   Well, I'm asking do you have an

22    understanding of what a data source is that's

23    referred to in Element 1 of Claim 1?

24         A.   Do I have an understanding?  Yeah, maybe

25    something.

1          unit is a term of art in any particular field?

2                  A.   No, I do not.

3                  Q.   Do you ever an understanding of what was

4          meant by the term transmission unit in the context of

5          Claim 1 during prosecution of the patent?

6                  Q.

7                  A.   I don't recall.

8                  Q.   Do you have an understanding of what the

9          term satellite data unit means?

10                 A.

11                      MR. STARR:   Objection, calls for opinion

12         testimony.

13                      THE WITNESS:   No.

14         BY MR. ALDEN:

15                 Q.

16                      THE WITNESS:   I do not, I don't have even

17         an understanding, I'm not quite sure what data unit,

18         some kind of  -- a data unit for a satellite is the

19         only thing that's coming to mind, but I'm not quite

20         sure what it means.

21                 Q.   Do you know if it's a term of art in any

22         particular field?

23                 A.   No, I'm not aware.

24                 Q.   So having been involved in the

25         prosecution and reviewed some of the patent file

1   history prior to your deposition today, you are

2   unable to tell me what a satellite data unit is; is

3   that correct?

4            MR. STARR:  Objection; argumentative.

5            THE WITNESS:  I don't think I could tell

6   you with any kind of certainty, that's described in

7   the specification.

8        Q.   What about a radiofrequency unit?

9            MR. STARR:  Excuse me, Mr. Fraley, are

10   you done answering the last question?

11            THE WITNESS:  What's that?

12            MR. STARR:  Are you done answering the

13   last question?

14            THE WITNESS:  I apologize, I interrupted

15   - I said I don't know if the data, the satellite data

16   unit is with any certainty except what it says in the

17   specification, I'd have to go look and see.

18        Q.   Do you have any understanding of what a

19   radiofrequency unit is?

20        A.   Likewise, I'm not real -- real

21   knowledgeable what it could be, I mean, again I could

22   guess or conjecture and maybe it's -- it's a

23   transmission unit comprises a radio transmission unit

24   and a radiofrequency unit, so maybe it's some type of

25   device that transmits via radiofrequency.

1          Q.    Well, do you know if a satellite data

2     unit transmits via radiofrequency?

3          A.    I don't know.

4          Q.    Did you have any understanding in, during

5     prosecution of the '152 patent as to what a

6     radiofrequency unit was?

7          A.    I don't recall.

8          Q.    If you look at the next claim it refers

9     to a first communication medium, do you have see

10    that?

11         A.    The next element.

12         Q.    Sorry the next element, do you see that?

13         A.    Yes, I see that.

14         Q.    Do you know what a first communication

15    medium is?

16              MR. STARR:  Objection, calls for opinion

17    testimony.

18              THE WITNESS:  Not specifically just

19    hearing those terms, I'm  -- the claim seems to help

20    provide some idea, but I don't have  -- those words

21    don't specifically have a meaning.

22         Q.    What's  -- what idea do you think that

23    the claim provides with respect to the meaning of the

24    term first communication medium?

25              MR. STARR:  Objection, calls for opinion

1      testimony.

2                   THE WITNESS:  Yeah, there's a  -- there's

3      another, maybe I can certain here tell by the index,

4      but it may be that the communication medium also

5      comprise's radio ground station, I'm not sure if

6      that's the same ground station or  --

7           Q.   Is it your understanding that the word

8      comprises or comprising in the context of a patent

9      has a particular meaning?

10          A.   Do I understand that comprising has a

11     different  -- has a particular meaning.

12          Q.   In the context of patents?

13          A.   In the context of patents.  I have an

14     understanding.

15          Q.   And what is that understanding, sir.

16          A.   Comprising means includes.

17          Q.   Okay.  So would it be your understanding

18     based on your reading of Claim 1 that the first

19     communication medium includes an aeronautical

20     satellite system and a ground station -- and a radio

21     ground says station adapted to receive information

22     request signals from a radiofrequency unit?

23          A.   I guess reading the word comprising,

24     sometimes it's read as the word includes, include

25     those elements.  I guess you're asking me if as I'm

1    looking at it here now I can't tell you that a ground

2    station and a radio ground station are two different

3    things, maybe, I'd have to study it more, I don't

4    know if it's meant to refer to the same or two

5    different --

6         Q.   But certainly based on your reading of

7    Claim 1 you would say that the first communication

8    medium includes an aeronautical satellite system and

9    a ground station?

10        A.   Yeah.  Yeah, yeah I would see that.

11        Q.   If you can go on to look at the next

12   element, you see there it refers to a second

13   communication medium?

14        A.   I see a second communication medium in

15   line four.

16        Q.   Right.  Do you have an understanding as

17   you sit here today of what a second communication

18   medium means?

19        A.   Again, similar to the first communication

20   medium, I guess another one.

21        Q.   Another communication medium?

22        A.   Another communication medium.

23        Q.   And do you see that in that same element

24   it refers to a direct broadcast satellite?

25        A.   I see it says comprising a direct

1    broadcast satellite, line five.

2         Q.   So would it be your understanding as we

3    spoke about just previously that the second

4    communication medium includes a direct broadcast

5    satellite?

6              MR. STARR:  Objection, calls for opinion

7    testimony.

8              THE WITNESS:  Yes, absent other reasons,

9    I mean, it looks like a second communication would

10   direct an include a direct broadcast satellite.

11        Q.   And what other reasons would there be for

12   depart interesting what the claim says?

13        A.

14             MR. STARR:  Objection, calls for opinion

15   testimony.

16             THE WITNESS:  I guess you'd have to look

17   to the body of the application, I'm not sure if

18   there's other reasons within dependent claims maybe

19   something in the specification that states some

20   particular reason, it could be something in the

21   prosecution, it could be in its interpretation, I

22   don't know if this patent has ever been litigated

23   before, but maybe something has happened there.

24        Q.   Can the specification or the file history

25   of a patent alter the plane meaning of the words of

122

1    the average jury is from, but I'm not an expert on

2    that either, probably, I'm probably average, I tend

3    to think somewhere in there seams seems possible.

4    BY MR. ALDEN:

5         Q.   Well, you have a degree in electrical

6    engineering, you can't identify any particular

7    satellite systems that afford access to greater band

8    width than a telephone system, do you think your

9    average person who doesn't have a bachelor's in

10   electrical engineering be able to identify them?

11             MR. STARR:   Objection, calls for

12   speculation, calls for opinion testimony.

13             THE WITNESS:   You know, again, sort of

14   speculating I guess maybe unless they're sort of

15   working in that industry, they're probably going to

16   have a similar view to what I have, other ones maybe

17   less.

18        Q.   Can you identify for me sitting here

19   today any satellite services that afford a higher

20   data transfer rate than the telephone system?

21             MR. STARR:   Objection, calls for opinion

22   testimony.

23        A.   I don't know specifically.  I suspect

24   that there are, buff I wouldn't have a great basis

25   to, or any specific dash.

123

1          Q.   Do you think an average juror is going to

2     be able to identify a satellite system that has

3     relatively high data transfer rates relative to a

4     telephone system?

5               MR. STARR:  Objection; foundation, calls

6     for opinion testimony?

7               THE WITNESS:  I suspect like myself, I

8     -- I don't know if they can identify at that

9     particular provider, I suspect that maybe they

10    believe satellite's going to be faster much like I

11    would tend to think it's faster than a phone system.

12         Q.

13    BY MR. ALDEN:

14         Q.   Sitting here today, do you have an

15    understanding of what the term wireless LAN system

16    means?

17              MR. STARR:  Objection, calls for opinion

18    testimony.

19         A.   I have some understanding.

20         Q.   What is your understanding of the term

21    wireless LAN system.

22         A.   Some understanding that LAN stands for

23    local area network, and I'm sort of putting two and

24    two together, I don't know if that necessarily means

25    the network communicates locally wireless or if it's

1    one that's a network that communicates wire Leslie to

2    some other, you know, receiver or transmitter.

3         Q.   Could you repeat back that answer,

4    please?

5              MR. STARR:  Please just do the question

6    and answer so I can hear it as well.

7              (Record read.)

8    BY MR. ALDEN:

9         Q.   In that answer you appear to be make ago

10   distinction, could you elaborate the distinction for

11   me, I wasn't entirely clear?

12        A.   I don't know what the meaning of the word

13   wireless, I mean, it could be both, could have again

14   I don't know specify knee local area network, but

15   looking at the terms you've got some network that's

16   local, in a locale, and either the wireless I would

17   suspect could modify that maybe within that network

18   it communicates wireless Lee, maybe another thought

19   is that network could communicate wireless Lee out to

20   some other transmitter or receiver is somewhere or

21   maybe it it does both.  Again, that's, I wouldn't

22   call it an educated guess, but a thought.

23        Q.   As someone who has a bachelor of eye

24   sense in e- e- do you have any understanding of what

25   a wireless LAN system would include?

1          MR. STARR:  Objection, calls for opinion

2     testimony.

3          THE WITNESS:  No, not with any kind of

4     reasonable certainty, I mean, other than throwing out

5     a generic term like a there's got to be some kind of

6     connection means I assume to billed a network you

7     connect a couple things together, so whether that's

8     some type of transmitters or receivers or direct

9     cable of some type, but no specific knowledge.

10         Q.  If I said to you that a wireless LAN

11    system is a wireless LAN unit in corresponding

12    transmission medium, what would you understand the

13    corresponding transmission medium is?

14         A.

15         MR. STARR:  Objection, lacks foundation,

16    calls for opinion testimony.

17         THE WITNESS:  Repeat that, you say

18    wireless LAN system.

19         Q.  If I said to you that a wireless LAN

20    system is a wireless LAN unit and corresponding

21    transmission medium?

22         A.  And corresponding.

23         Q.  Transmission medium, what would you

24    understand the corresponding transmission medium to

25    be or include?

1              MR. STARR:  Objection, lacks foundation,

2       calls for opinion testimony.

3              THE WITNESS:  I could guess it could be

4       something within the LAN unit, you know, it could

5       contain some type of communication medium or there

6       could be a communication medium outside of it, that

7       helps it communicate, but I'm really not certain,

8       just kind of in that context.

9          Q.   Well, would you know what that medium

10      would be?

11         A.

12             MR. STARR:  Objection, lacks foundation,

13      calls for opinion testimony.

14             THE WITNESS:  Absent a whole lot of

15      information, no, I would  -- nothing is coming to

16      mind.

17         Q.   Do you recall whether in 1998 to 1999

18      time frame you understood what the term wireless LAN

19      system meant?

20         A.   I don't recall.

21         Q.   Presumably if I represent to you that it

22      was included in claim six you had an understanding at

23      the time that you drafted the application?

24         A.   You might be able to presume at some

25      point I had some understanding of what it is whether

1    it's one I would have now or even one that would be

2    viewed now, I don't know

3          Q.   Do you have an understanding sitting here

4    today of what the term radiofrequency system means?

5          A.   No, it's -- it's a fairly broad term,

6    again it would be just conjecture to say some type of

7    system capable of communicating radiofrequency.

8          Q.   Well, if I told you again that it was

9    used in claim six of the '152 patent, do you think

10   you had an understanding in the 1998 do 1999 time

11   frame?

12         A.   I'm not certain, but I mean, it's

13   possible, I had some understanding.

14         Q.   But you don't recall what that

15   understanding was sitting here now?

16         A.   I do not recall the understanding.

17         Q.   If I told you that a radiofrequency unit

18   meant -- sorry, strike that.

19              If I told you a radiofrequency system

20   meant a radiofrequency unit and corresponding

21   transmission medium, do you know what the

22   corresponding transmission medium would be?

23         A.   Didn't we just ask that, I'm sorry?

24         Q.   We asked a similar question with respect

25   to LAN.  Now I'm moving on to a different term, which

128

1    is radiofrequency system, and I'm asking you if I

2    said to you that a radiofrequency system means a

3    radiofrequency unit and a correspond -- and

4    corresponding transmission medium, what would you

5    understand the corresponding transmission medium to

6    be?

7              MR. STARR:  Objection; lacks foundation,

8    calls for opinion testimony.

9              THE WITNESS:  I guess, from my

10   understanding, is it's a component of the

11   radiofrequency system.  Things sort of come to mind

12   it's either a part of the radiofrequency unit that

13   helps communicate some kind of medium or it's

14   something separate.  I'm not sure what it's a part of

15   or something in addition to the radiofrequency unit.

16        Q.   If I asked you, sitting here today, what

17   the term "voice channel system" means, do you have an

18   understanding?

19        A.   No, I wouldn't.  I couldn't even

20   conjecture at this point.

21        Q.   Do you know what a voice channel is?

22        A.   Not specifically.

23        Q.   Well, again, if I told you that the term

24   voice channel system was used in claim six of the

25   patent, did you have an understanding in the 1998 to

129

1    1999 time frame of what the term voice channel system

2    meant?

3          A.    I don't recall any understanding.

4          Q.    But presumably you had one at the time?

5          A.    I would probably resume at some point, I

6    don't know whether that's the ordinary meaning today

7    or not, I have no idea.

8          Q.    Is it fair to say you don't know what a

9    voice channel unit is?

10         A.    I can't say that I know what it is.

11         Q.    Now, earlier we were discussing the fact

12   that you had reviewed at least portions of an office

13   action summary that formed part of the file wrapper

14   is that correct?

15         A.    Correct.  I recall reviewing portions of

16   it.

17         Q.    If we can turn back to that exhibit, it

18   was exhibit number 45.

19         A.    Okay, I have 45.

20         Q.    Do you recall -- strike that.  I believe

21   that you said that you reviewed on the first page

22   where it said disposition of claims claims one to 12

23   is art rejected, is that correct?

24         A.    I reviewed, I recall reviewing the front

25   page and the thing recalled was reading that line

**EXHIBIT E**
**Page 167**

1        Q.    Sitting here today, what do you think the

2    key features of the '152 patent are?

3              MR. STARR:  Objection, asked and

4    answered, calls for opinion testimony.

5              THE WITNESS:  May I look to the

6    application.

7        Q.    I'd prefer you to just answer based on

8    your recollection?

9        A.

10             MR. STARR:  Objection, asked and

11   answered, calls for opinion testimony.

12             THE WITNESS:

13       A.    Based on my recollection what is, I

14   understand you said what the key features what that

15   means.

16       Q.    Yes?

17       A.    By that do you mean, I'm sorry, the

18   elements of the claims or dash.

19       Q.    By that I mean what do you believe are

20   the key patentable features of the '152 patent?

21       A.

22             MR. STARR:  Objection, calls for opinion

23   testimony, also objection, to the form of the

24   question.

25       A.    I guess I could surmise, this is going

1   back to recall our conversation dealing with the

2   notice of allowability, there was a combination of

3   elements, I wasn't certain when I read that whether

4   that was dealing with all the claims or one claim,

5   elements being, you know, communication medium, data

6   source, second communication medium, information

7   request system, I'm sorry I can't think of the other

8   element.

9           Q.   That's okay.

10          MR. STARR:  Can I have the last q-and

11   a-read back please.

12          (The record was read from page **, line.

13    **, to page **, line **.)

14   BY MR. ALDEN:

15          Q.   I'd like to mark as exhibit 56 a document

16   Bates numbered Snell 000726, please?

17          Q.   Mr. Fraley, do you recall ever having

18   seen this document before?

19          A.   No recollection.

20          Q.   Okay.  Would you agree that U.S. serial

21   number 09/224, 214 that's referenced under the

22   redacted ray line is the serial number for the '152

23   application?

24          A.   That appears correct.

25          Q.   Does this document refresh your

1    within 30 days we will return the original signature

2    page to the court reporter for filing.

3              MR. STARR:  Works for me, for you.

4              MR. ALDEN:  I just have one more

5    question.  Was the same approach adopted with respect

6    to all the subjects of the document requests, not

7    only the '152 but other related applications.

8              MR. CONDO:  For both this deposition and

9    the Brett Carlson deposition, the same approach was

10   used in responding to both sets of document requests.

11             MR. ALDEN:  Okay.

12             THE VIDEOGRAPHER:  We're done?

13             This concludes the videotaped deposition

14   of R. Lee Fraley, we have used seven tapes, we are

15   off the record at 4:41 p.m.

16

17

18

19

20

21

22

23

24

25

EXHIBIT E
Page 170