QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
  Steven M. Anderson (Bar No. 144014)
  stevenanderson@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  josephpaunovich@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Teledyne Technologies Incorporated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TELEDYNE TECHNOLOGIES INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND COUNTERCLAIM | CASE NO. 06-06803-MMM (SHx)<br><br>The Honorable Margaret M. Morrow<br><br>DECLARATION OF JOSEPH M. PAUNOVICH IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT TELEDYNE TECHNOLOGIES INCORPORATED'S CORRECTED SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF CONCERNING THE HONEYWELL PATENTS-IN-SUIT<br><br>Trial Date: Sept. 23, 2008<br>Discovery Cut-off Date: June 6, 2008<br>Pre-trial Conference Date: Aug. 25, 2008 |

## DECLARATION OF JOSEPH M. PAUNOVICH

I, Joseph M. Paunovich, declare as follows:

1. I am a member of the Bar of the State of California, am admitted to practice before this Court and am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Plaintiff and Counter-Defendant Teledyne Technologies Incorporated. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts from the rough transcript of the deposition of Brett A. Carlson, which was conducted by me on February 19, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February, 2008, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　 */s/ Joseph M. Paunovich*
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Paunovich