1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    Frederick A. Lorig (Bar No. 057645)
  fredericklorig@quinnemanuel.com
3    Steven M. Anderson (Bar No. 144014)
  stevenanderson@quinnemanuel.com
4    Joseph M. Paunovich (Bar No. 228222)
  josephpaunovich@quinnemanuel.com
5    Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
7  Telephone: (213) 443-3000
Facsimile: (213) 443-3100

8  Attorneys for Plaintiff and Counter-Defendant
9  Teledyne Technologies Incorporated

10 KIRKLAND & ELLIS LLP
  Robert G. Krupka, P.C. (Bar No. 196625)
11   rkrupka@kirkland.com
  Luke L. Dauchot (Bar No. 229829)
12   ldauchot@kirkland.com
  Ephraim D. Starr (Bar No. 186409)
13   estarr@kirkland.com
777 South Figueroa Street
14 Los Angeles, California 90017
Telephone: (213) 680-8400
15 Facsimile: (213) 680-8500

16 Attorneys for Defendant and Counter-
Complainant Honeywell International Inc.
17 and Counter-Complainant Honeywell
Intellectual Properties Inc.

JS-6

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

18                 UNITED STATES DISTRICT COURT
19                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20 TELEDYNE TECHNOLOGIES INCORPORATED, a Delaware corporation, | CASE NO. CV 06-06803-MMM (SHx) |
| 22       Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| 23   vs. | |
| 24 HONEYWELL INTERNATIONAL, INC., a Delaware corporation, | |
| 26       Defendant. | |
| 27 AND COUNTERCLAIM | |

28

## [PROPOSED] ORDER

It is hereby ordered that all claims and counterclaims in this action are dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

DATE: *April 22*, 2008

*Margaret M. Morrow*
_____
The Honorable Margaret M. Morrow, Judge
United States District Court for the Central District of California